UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

GHISLAINE MAXWELL,

Defendant.

**Unsealing Order**

**20 Cr. 330**

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Alex Rossmiller;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
July 2, 2020

_Katharine H. Parker_
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GHISLAINE MAXWELL,

Defendant.

ORDER

20 Cr. 330 ( )

(18 U.S.C. §§ 2422, 2423(a), 1623, 371, & 2.)

AUDREY STRAUSS
Acting United States Attorney.