

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 5, 2020

<u>**VIA ECF**</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     ***United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)**

Dear Judge Nathan:

The Government respectfully submits this letter to request that the Court schedule an arraignment, initial appearance, and bail hearing in the above referenced case.  On July 2, 2020, the defendant was arrested in Bradford, New Hampshire on the charges contained in the above-captioned Indictment and presented before a United States Magistrate Judge in the District of New Hampshire.  At that appearance, the defendant waived her right to an identity hearing, consented to detention without prejudice to making a later application for bail, and consented to her transfer to the Southern District of New York.

While the Government has no control over the timing of the defendant's transport, the Government understands from the United States Marshals Service ("USMS") that the USMS is acting expeditiously to transport the defendant into this District.  In particular, the Government understands that the USMS expects that the defendant will arrive in this District early this week, well within the ten days contemplated by the Speedy Trial Act for transfer of a defendant from another district.  *See* 18 U.S.C. § 3161(h)(1)(F).

The Government has consulted with defense counsel, Christian Everdell, Esq., who has requested that the arraignment, initial appearance, and bail hearing in this matter take place on July 10, 2020.  In advance of that proceeding, the parties jointly request that the defense be permitted to file a written bail application to the Court by 3:00 p.m. on July 9, 2020, and that the Government be permitted to file a written reply by 12:00 p.m. on July 10, 2020.  If that schedule is acceptable to the Court, the parties respectfully request that the Court schedule an arraignment, initial appearance, and bail hearing in this matter for the afternoon of July 10, 2020.

Additionally, the Government respectfully requests that the Court exclude time under the Speedy Trial Act between the defendant's arrest on July 2, 2020 and the date of the arraignment, initial appearance, and bail hearing before Your Honor.  In addition to part of this time being necessary to transport the defendant to this District, and thus subject to an automatic exclusion of up to ten days from Speedy Trial Act calculation, *see* 18 U.S.C. § 3161(h)(1)(F), the Government

Honorable Alison J. Nathan
United States District Judge
July 5, 2020
Page 2

also intends to use the time until any initial appearance before Your Honor to discuss the terms of a protective order with defense counsel.  Such a protective order will be necessary to facilitate the production of discovery while also protecting, among other things, the privacy and identity of third parties, including victims of the conduct charged in the Indictment.  Accordingly, the Government respectfully requests that the Court exclude time both for the transportation of the defendant from another district, *see* 18 U.S.C. § 3161(h)(1)(F), and to allow the parties to engage in discussions regarding a protective order, which will serve the interests of justice by facilitating the timely production of discovery in a manner protective of the rights of third parties, including potential victims.  *See* 18 U.S.C. § 3161(h)(7).  The Government has consulted with defense counsel, who consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Alex Rossmiller / Alison Moe / Maurene Comey
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2415 / 2225 / 2324

Cc:   Christian Everdell, Esq. (by email)
      Mark Cohen, Esq. (by email)