

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

July 6, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

On behalf of our client, Ghislaine Maxwell, we respectfully submit this letter in response to the Court's order from earlier today regarding the scheduling of the arraignment, initial appearance, and bail hearing in this matter.  We have been attempting to contact our client at the Metropolitan Detention Center; we were able to speak to her for the first time today just before 9:00pm this evening.  She has agreed to waive her physical presence for these proceedings.

As directed by the Court, we have met and conferred with the Government regarding scheduling.  All parties will be able to proceed remotely on the morning of July 14, 2020.  The defense will not be able to proceed on July 9, 2020.

We will meet and confer further with the Government tomorrow regarding a proposed briefing schedule and anticipate providing a joint proposed briefing schedule for the Court's consideration by the end of the day.

Respectfully submitted,

  /s/ Mark S. Cohen
Mark S. Cohen
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor

The Honorable Alison J. Nathan
July 6, 2020
Page 2

                                                New York, New York  10022
                                                (212) 957-7600

cc:    Alison Moe (by e-mail)
        Alex Rossmiller (by e-mail)
        Maurene Comey (by e-mail)