

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in connection with the Court's Order dated July 6, 2020 (the "Order") (Dkt. 7) and the defendant's letter of July 6, 2020 (the "Defense Letter") (Dkt. 8). Pursuant to the Order, the parties have conferred regarding the scheduling of an initial proceeding in the above-captioned case. As set forth in the Defense Letter, the parties are available to proceed remotely on the morning of July 14, 2020. Additionally, the parties jointly respectfully propose the following briefing schedule in connection with the Government's Memorandum in Support of Detention, dated July 2, 2020 (Dkt. 4):

- Defense response to be due by 3:00 p.m. on Friday, July 10, 2020
- Government reply to be due by 5:00 p.m. on Monday, July 13, 2020

    The Government also respectfully renews and amends its request that the Court exclude time under the Speedy Trial Act, *see* Government Letter dated July 5, 2020 (Dkt. 5), between the defendant's arrest on July 2, 2020, and the revised proposed date of the arraignment, initial appearance, and bail hearing. In the interim, the Government intends to confer with defense counsel regarding the terms of a protective order and initial discovery, to facilitate the production

Honorable Alison J. Nathan
July 7, 2020
Page 2

of discovery, which will serve the interests of justice by facilitating the timely production of discovery materials. *See* 18 U.S.C. § 3161(h)(1)(F). I have conferred with defense counsel, who consent to this request.

                Very truly yours,

                AUDREY STRAUSS
                Acting United States Attorney

By: _____
                Alex Rossmiller / Alison Moe / Maurene Comey
                Assistant United States Attorneys
                Southern District of New York
                Tel: (212) 637-2415

Cc:    Christian Everdell, Esq., and Mark Cohen, Esq., *counsel for defendant*