UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

:

UNITED STATES OF AMERICA,

:                    20 Cr. 330 (AJN)

        v.

:

GHISLAINE MAXWELL,                    **NOTICE OF APPEARANCE**

:

        Defendant.

:

———————————————————— x

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that the undersigned hereby appears for purposes of

arraignment, initial appearance and a bail hearing only (until final retainage issues are completed)

as counsel for Defendant Ghislaine Maxwell in the above-captioned action.  The undersigned

counsel certifies that he is admitted to practice in this Court.

Dated:  New York, New York
       July 8, 2020

                      **COHEN & GRESSER LLP**

                      */s/ Mark S. Cohen*
                      Mark S. Cohen
                      800 Third Avenue
                      New York, New York 10022
                      (212) 957-7600

                      *Attorney for Defendant Ghislaine Maxwell*