UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
                                                      :
UNITED STATES OF AMERICA,
                                                      :         20 Cr. 330 (AJN)
     v.
                                                      :
GHISLAINE MAXWELL,                    **NOTICE OF APPEARANCE**
                                                      :
     Defendant.
                                                      :
———————————————————————— x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears for purposes of arraignment, initial appearance and a bail hearing only (until final retainage issues are completed) as counsel for Defendant Ghislaine Maxwell in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       July 8, 2020

                                         **COHEN & GRESSER LLP**

                                         */s/ Christian R. Everdell*
                                         Christian R. Everdell
                                         800 Third Avenue
                                         New York, New York 10022
                                         (212) 957-7600

                                         *Attorney for Defendant Ghislaine Maxwell*