**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                          20-CR-330-AJN

GHISLAINE MAXWELL,

    Defendant.

---

# NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned attorney, Laura A. Menninger, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Ghislaine Maxwell in the above-captioned proceeding.

Dated: Denver, Colorado
       July 8, 2020.

                                                                 Respectfully submitted,

                                                                */s/ Laura A. Menninger*
                                                                Laura A. Menninger (LM-1374)
                                                                HADDON, MORGAN AND FOREMAN, P.C.
                                                                150 East 10th Avenue
                                                                Denver, CO 80203
                                                               Phone:   303.831.7364
                                                                Fax:       303.832.2628
                                                                lmenninger@hmflaw.com

                                                               *Attorney for Ghislaine Maxwell*