# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                              **20-CR-330-AJN**

GHISLAINE MAXWELL,

    Defendant.

-------------------------------------------------------X

# MOTION FOR ADMISSION *PRO HAC VICE*

    I respectfully mover under Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York for an Order for admission to appear and practice *Pro Hac Vice* as counsel for the defendant Ghislaine Maxwell in the above-captioned action.

    I submit in support of the Motion the attached Declaration of Jeffrey S. Pagliuca.

July 8, 2020

                                          Respectfully submitted,

                                          *s/ Jeffrey S. Pagliuca*
                                          Jeffrey S. Pagliuca, Colorado Atty. Reg. #12462
                                          HADDON, MORGAN AND FOREMAN, P.C.
                                          150 East 10th Avenue
                                          Denver, CO 80203
                                          Phone:   303.831.7364
                                          Fax:     303.832.2628
                                          jpagliuca@hmflaw.com

                                          *Attorney for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on July 8, 2020, I electronically served this *Motion for Admission Pro Hac Vice* via ECF on the following:

Alex Rossmiller
Alison Moe
Maurene Comey
U.S. Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Alexander.rossmiller@usdoj.gov
Alison.moe@usdoj.gov
Maurene.comey@usdoj.gov

*/s/ Nicole Simmons*