UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                                    20-CR-330-AJN

GHISLAINE MAXWELL,

    Defendant.

------------------------------------------------------X

## Declaration of Jeffrey S. Pagliuca in Support of Motion for Admission *Pro Hac Vice*

I, Jeffrey S. Pagliuca, declare as follows:

1. I am an attorney at law duly licensed in the State of Colorado. I am a member of the law firm Haddon, Morgan & Foreman, P.C., I respectfully submit this Declaration in support of my Motion for Admission *Pro Hac Vice*.

2. I have not ever been convicted of a felony.

3. I have not ever been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2020.

                                                    *s/ Jeffrey S. Pagliuca*

1

## CERTIFICATE OF SERVICE

I certify that on July 8, 2020, I electronically served this *Declaration of Jeffrey S. Pagliuca in Support of Motion for Admission Pro Hac Vice* via ECF on the following:

Alex Rossmiller
Alison Moe
Maurene Comey
U.S. Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Alexander.rossmiller@usdoj.gov
Alison.moe@usdoj.gov
Maurene.comey@usdoj.gov

                                                    */s/ Nicole Simmons*