

# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JEFFREY S PAGLIUCA**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **19th** day of **October** A. D. **1982** and that at the date hereof the said **JEFFREY S PAGLIUCA** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **7th** day of **July** A. D. **2020**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

