**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                              **20-CR-330-AJN**

GHISLAINE MAXWELL,

      Defendant.

------------------------------------------------------X

## <u>ORDER FOR ADMISSION *PRO HAC VICE*</u>

The motion of Jeffrey S. Pagliuca for admission to appear and practice *pro hac vice* in this action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of Colorado; and that his contact information is as follows:

> Jeffrey S. Pagliuca, Colorado Atty. Reg. #12462
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, CO 80203
> Phone:  303.831.7364
> Fax:  303.832.2628
> jpagliuca@hmflaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Ghislaine Maxwell in this action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in his action in the United States District Court for the Southern District of New York.  All attorneys

1

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date:_____          _____
                                        United States District Judge
                                        Alison J. Nathan