USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

              Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed in its previous order, the Court will hold an arraignment, initial conference, and bail hearing in this matter remotely as a video/teleconference on July 14, 2020 at 1 pm. Members of the press and the public in the United States may access the live audio feed of the proceeding by calling 855-268-7844 and using access code 32091812# and PIN 9921299#. Those outside of the United States may access the live audio feed by calling 214-416-0400 and using the same access code and PIN. These phone lines can accommodate approximately 500 callers on a first come, first serve basis.

The Court will provide counsel for both sides an additional dial-in number to be used to ensure audio access to the proceeding for non-speaking co-counsel, alleged victims, and any family members of the Defendant. The United States Attorney's Office should email Chambers with information regarding any alleged victims who are entitled, pursuant to 18 U.S.C. § 3771(a)(4), to be heard at the bail hearing and who wish to be heard. The Court will then provide information as to the logistics for their dial-in access.

As the Court described in a previous order, members of the press and public may watch and listen to the live video feed in the Jury Assembly Room, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street. *See* Dkt. No. 10. However, in light of COVID-19, seating will be

limited to approximately 60 seats in order to enable appropriate social distancing and ensure

public safety.  Counsel for the Defendant and the Government may contact Chambers by email if

there is a request to accommodate alleged victims or family members of the Defendant.

Members of the credentialed in-house press corps may contact the District Executive's Office

about seating.  Otherwise, all seating will be allocated on a first come, first serve basis and in

accordance with the S.D.N.Y. COVID-19 Courthouse Entry Program and this Court's previous

order of July 7, 2020.  *See* Dkt. No. 10.  If conditions change or the Court otherwise concludes

that allowing for in-person viewing of the video feed at the courthouse is not consistent with

public health, the Court may provide audio access by telephone only.

Any photographing, recording, or rebroadcasting of federal court proceedings is

prohibited by law.  Violation of these prohibitions may result in fines or sanctions, including

removal of court issued media credentials, restricted entry to future hearings, denial of entry to

future hearings, or any other sanctions deemed necessary by the Court.


SO ORDERED.

Dated:  July 9, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge