UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
                                                              :
UNITED STATES OF AMERICA,
                                                              :     20 Cr. 330 (AJN)
    v.
                                                              :
GHISLAINE MAXWELL,                                                  **NOTICE OF APPEARANCE**
                                                              :
            Defendant.
                                                              :
———————————————————— x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Ghislaine Maxwell in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       July 10, 2020

                                                **COHEN & GRESSER LLP**

                                                */s/ Mark S. Cohen*
                                                Mark S. Cohen
                                                800 Third Avenue
                                                New York, New York 10022
                                                (212) 957-7600

                                                *Attorney for Defendant Ghislaine Maxwell*