UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――― x
                                          :
UNITED STATES OF AMERICA,
                                          :       20 Cr. 330 (AJN)
          v.
                                          :
GHISLAINE MAXWELL,                                **NOTICE OF APPEARANCE**
                                          :
          Defendant.
                                          :
―――――――――――――――――――――――― x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Ghislaine Maxwell in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        July 10, 2020

                              **COHEN & GRESSER LLP**

                              */s/ Christian R. Everdell*
                              Christian R. Everdell
                              800 Third Avenue
                              New York, New York 10022
                              (212) 957-7600

                              *Attorney for Defendant Ghislaine Maxwell*