USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

For the reasons stated on the record at today's proceeding, the Government's motion to detain the Defendant pending trial is hereby GRANTED.

SO ORDERED.

Dated: July 14, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge