USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

　　　　　　　　Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　At yesterday's proceeding, the Court set the following schedule for this matter:

- Initial non-electronic discovery, generally to include search warrant applications and subpoena returns, is due by Friday, August 21, 2020

- Completion of discovery, to include electronic materials, is due by Monday, November 9, 2020

- Motions are due by Monday, December 21, 2020

- Motion responses are due by Friday, January 22, 2021

- Motion replies are due by Friday, February 5, 2021

- Trial is set for Monday, July 12, 2021

　　SO ORDERED.

Dated: July 15, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　United States District Judge