```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received a significant number of letters and messages from non-parties that purport to be related to this case. These submissions are either procedurally improper or irrelevant to the judicial function. Therefore, they will not be considered or docketed. The Court will accord the same treatment to any similar correspondence it receives in the future.

      SO ORDERED.

Dated: July 21, 2020
       New York, New York

*[signature: Alison J. Nathan]*

                          ALISON J. NATHAN
                     United States District Judge