

**Haddon, Morgan and Foreman,** P.C
**Jeffrey Pagliuca**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364  FX  303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

August 17, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Request for Permission to Submit Letter Motion in Excess of Three Pages
                 *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan,

Pursuant to your Revised Individual Practices in Criminal Cases, specifically Practice 2.B, we request permission to exceed the three-page limitation and submit contemporaneously to chambers the letter motion ("motion,") under seal, which is eight pages, exclusive of the attachments. We felt that a substantial amount of background and factual information was necessary to place the relief requested in the motion into context. Counsel for Ms. Maxwell spent considerable time editing the motion to eliminate extraneous information and present the motion as succinctly as possible.


Respectfully Submitted,

Jeffrey S. Pagliuca

CC: Counsel of Record (via ECF)