UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
UNITED STATES OF AMERICA                            :          **Notice of Appearance**
                                                    :
                                                    :
          - v. -                                    :
                                                    :          **20 Cr. 330 (AJN)**
GHISLAINE MAXWELL,                                  :
                                                    :
                    Defendant.                      :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York


                                        by:  _____s/_____
                                             Lara Pomerantz
                                             Assistant United States Attorney
                                             (212) 637-2343