UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

20-CR-330 (AJN)

RECEIVED SEP 04 2020 S.D.N.Y. - APPEALS

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Ghislaine Maxwell, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's September 2, 2020, Memorandum Opinion and Order denying her motion to modify the protective order. *Pichler v. UNITE*, 585 F.3d 741, 746 n.6 (3d Cir. 2009) ("We have jurisdiction under the collateral order doctrine to review the denial of the motion to modify the Protective Order and the denial of the motion to reconsider."); *Minpeco S.A. v. Conticommodity Servs., Inc.*, 832 F.2d 739, 742 (2d Cir. 1987) (denial of motion to modify protective order is immediately appealable under the collateral order doctrine) (citing *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 545–47 (1949)); *see also Brown v. Maxwell*, 929 F.3d 41, 44 (2d Cir. 2019) (appeal by intervenors challenging denial of motions to modify protective order and unseal).

Dated: September 3, 2020.

1

Case 1:20-cr-00330-AJN   Document 55   Filed 09/04/20   Page 2 of 9

Respectfully submitted,

/s/ Laura A. Menninger

Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364
Fax:    303.832.2628
lmenninger@hmflaw.com
jpagliuca@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2020, I filed this *Notice of Appeal* with the Clerk of Court by mail pursuant to Section 17 of the CM/ECF Rules and served all parties of record by email.

/s/ Nicole Simmons

```
Court Name: District Court
Division: 1
Receipt Number: 465401266036
Cashier ID: Swooten
Transaction Date: 09/09/2020
Payer Name: GHISLANE MAXWELL
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GHISLANE MAXWELL
 Amount:          $505.00
-----------------------------------
CHECK
 Check/Money Order Num: 329
 Amt Tendered:    $505.00
-----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

20CR000330
```



Haddon, Morgan and Foreman, P.C

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com

**HADDON MORGAN FOREMAN**

September 3, 2020

**VIA OVERNIGHT DELIVERY**

Southern District of New York
Court Clerk's Office
500 Pearl Street
New York, NY 10007-13122

*Re:*   *US v. Maxwell,* Case No. 20 cr. 330 (AJN) Notice of Appeal

Dear Clerk of Court:

Attached hereto is the Notice of Appeal for filing and a check in the amount of $505.00 for the docketing and processing fees.

If you have any questions, please feel free to call me at the phone number referenced above.

Very truly yours,

*Nicole Simmons*

Nicole Simmons

Enclosures





Express Envelope

A18-1416
P:PURPLE S:FRNT
1Z F466 1F01 9417 6904
1030

US DISTRICT COURT - SDNY
500 PEARL ST
NEW YORK NY 10007

RECEIVED
2020 SEP -8 AM 11:28
US OFFICE
S.D.N.Y.



# Tracking Details

1ZF4661F0194176904

**Updated:** 09/09/2020 10:55 A.M. EST

# Delivered

**Delivered On**

## Friday
## 09/04/2020

**Delivery Time**

## at 10:11 A.M.

Send Updates

**Delivered To**
NEW YORK, NY, US

**Left At:** Dock

**Received By:** EDDIE

Proof of Delivery



**This website uses cookies**
We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.

We care about the security of your package. Log in () to get more details about your delivery.

## Shipment Progress ⌄

## Shipment Details ⌃

**Service**

UPS Next Day Air® ↗ (https://www.ups.com/content/us/en/shipping/time/service/next_day.html) with UPS Carbon Neutral 🍃

Show More +

📦 Track

Help ↗

[                                                                            ]

[                              Track                                         ]

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.

**This website uses cookies**   
We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.