UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

                v.

GHISLAINE MAXWELL,
                      Defendant.
-------------------------------------------------------x

NOTICE OF APPEARANCE

20 Cr. 330 (AJN)

To the Clerk of Court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned attorney admitted to practice in this Court hereby appears as counsel for Defendant Ghislaine Maxwell in the above-captioned action.

Dated: October 3, 2020

                                              /s/ Bobbi C. Sternheim

                                              BOBBI C. STERNHEIM, ESQ.
                                              Law Offices of Bobbi C. Sternheim
                                              33 West 19th Street – 4th Floor
                                              New York, NY 10011
                                              212-243-1100