USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defendant's December 4, 2020 letter, Dkt. No. 85, and hereby sets the following schedule:

- The Defendant's submission is due **December 8, 2020**;
- The Government's response is due **December 16, 2020**;
- The Defendant's reply is due **December 18, 2020**.

After reviewing these submissions, the Court will determine whether a hearing on the renewed bail motion is necessary.

The Court grants the Defendant's request that the Government shall file its submission under seal with proposed redactions. Any objections to proposed redactions are due within 24 hours after any brief has been filed.

Finally, the Defendant is granted leave to file a motion not to exceed **40 pages**. The Government's response shall also be limited to 40 pages. The Defendant's reply shall not exceed 10 pages.

SO ORDERED.

Dated: December 7, 2020
New York, New York

ALISON J. NATHAN
United States District Judge