# Exhibit A

CONFIDENTIAL/PRIVILEGED/SEALED

November 19, 2020

Dear Judge Nathan,

I respectfully submit this letter in support of Ghislaine Maxwell's bail application.

**History**

1. █████████████████████

2. █████████████████████

3. █████████████████████

4. The person described in the criminal charges is not the person we know.  I have never witnessed anything close to inappropriate with Ghislaine; quite to the contrary, the Ghislaine I know is a wonderful and loving person. █████████████████████

5. Until the explosion of media interest that followed the arrest and subsequent death in custody of Jeffrey Epstein in July thru August 2019, █████████████████████

**Privacy**

1 | Page

6. ███████████████████████████████████
███████████████████████████████████

7. I was, of course, aware of Ghislaine's previous relationship with Epstein, a person I have never met nor had any communication. The media coverage of Epstein is very different today than it was ███████████████████████████████████
███████████████████████████████████

8. The "reporting" of Ghislaine over the past year has exploded exponentially. From the time of Epstein's arrest and death in custody in the summer of 2019 until Ghislaine's own arrest in July of this year, huge and increasingly frightening levels of media interest meant ███████████████████████████████████ There are many examples of violence whose seeds were born in conspiracy theories, and the experiences of QAnon, Pizzagate, and the recent Judge Salas attack are terrifying.

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████ Twitter comments have been particularly galling, ███████████████████████████████████
███████████████████████████████████ There are many other gross and disgusting posts like this on the web that a simple search will bring up. I have also received threatening messages through social media, which I have reported and blocked.

It is hard to communicate in words the feeling of being stalked, spied upon and trapped by constant, 24/7 media intrusion ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

███████

███████████████████████████████████
███████████████████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

███████████████████████████████████
██████████ At one point, *The Sun* even put a "bounty" on her head. ███████████████████████████████████
███████████████████████████████████

Despite our best efforts, there have still been life altering consequences as a result of the media's harassment. ███████

There are other examples of painful and real loss like this due to the media's aggressive treatment of those who simply know Ghislaine; the entire experience has been most regrettable.

**My support for her bail application**

12. I believe that Ghislaine had nothing to do with Epstein's crimes. She has pleaded not guilty and denied the criminal allegations against her, and I fully believe that it is her intent and desire to remain in the U.S. to face the ensuing process and to clear her name.

Over the past few years she has had dozens of alternative places she could have gone, but she did not want to be perceived as running or as having done something wrong. She was adamant to not only stay in the United States to fight the smears against her, but to be within driving distance of New York. ███████ She was not hiding from the SDNY, but she left ███████ Her arrest came as a shock.

13. I did not initially come forward as a co-signer of her first bail application for the reasons stated above, trying to protect ███████ from ferocious media aggression. ███████

13. ███████ I believe wholeheartedly in Ghislaine's commitment to stand trial and not to seek to leave the jurisdiction should her bail application be successful.

I pray for Ghislaine's safety. I am praying for justice. And I pray for her constitutionally afforded due process.

With humility and deep compassion, I am also praying for Epstein's victims.