# Exhibit B



17 November, 2020

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Confidential Letter in Support of Ghislaine Maxwell.

Your Honor:

My name is ███████

I submit the following letter in support of ███ Ghislaine Maxwell's character and for bail.

I have known Ghislaine ███████ I observed her ███ grow up and become a lovely, witty, resourceful, scrupulous and trustworthy human being. key values such as "consideration of others; that everyone is important, no matter if they are a king or a street cleaner - there is something to be learned from every person, and they should be treated with equal respect. ███ Additionally, ███ a ferocious work etihc and Ghislaine was no exception in deeply absorbing, exhibiting and living these values and training.

Cont/….

1

*Letter in Support of Ghislaine Maxwell Cont/…*

As far as allowing my own young children and or their friends to visit ▇▇▇, both before and at any time in the future, the answer is an unequivocal YES. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ As a growing teenager, he visited ▇▇▇ in New York on his own ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇  I was very happy whenever ▇▇▇▇▇▇▇▇▇▇▇▇▇ and she made sure they were safe and happy and well looked after - always.  They would come back exclaiming "we had a wonderful time with ▇▇▇▇▇▇▇" and "it was awesome!" I have not and I would not hesitate now, to allow any youngster to visit with ▇▇▇▇ and stay with her for any length of time with or without my presence.

I wish further and most critically as it obtains to this bail hearing, to attest to the loving relationship she has with her husband ▇▇▇▇▇▇▇▇ which I have personally witnessed on many different occasions. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ But I have been so moved at ▇▇▇▇▇▇ constant worry for them and protecting them from the press and from any intrusion into their lives.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ That speaks to me, volumes about trust and about the true reality of ▇▇▇▇▇ character and values.

▇▇▇▇▇▇▇▇▇▇▇ Her love for ▇▇▇▇▇▇▇▇▇ her husband was a principal reason that she stayed close by as possible while fighting for her innocence, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I recall on one particularly bad occasion ▇▇▇▇ when ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ a pack of photographers were converging on us all at once. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ -they were so aggressive.   I am no stranger to aggressive tactics by the press.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I can attest to ▮▮▮▮ calmness and courage and focus and consistency in immediately stating why each allegation that comes up, was/is not true and why. She was completely consistent no matter how many times it came up or what variations of it came up.

I know that ▮▮▮▮ unlike the late Mr. Epstein and others, did not take the 5th in civil litigation. She underwent many hours of deposition because she has nothing to hide.

The thousands by now of stories and accusations against her reported in the press have morphed into a figurative tsunami of monikers – "madam", "procurer", "witch", "monster" and "master architect" - public opprobrium and character assassination. Absolutely anyone who dares to put their head above the parapet so to speak, to question any of the accusers' allegations, let alone support Ghislaine personally, gets it shot off immediately amid of hail of social vilification and malignancy and reputational slaughtering.

▮▮▮▮ I can attest that when she moved, it was always and only due to fear of being discovered by the press or 'vigilantes' – the fear was palpable.

The only reason that she was forced to find quiet places to be in all this time, ▮▮▮▮ is due to the howling 'mobs' screaming for her 'scalp' on Twitter and other social media outlets. ▮▮▮▮ has been forced to 'hide' from the crazy people who seem to want to take matters into their own hands and grab her themselves or worse, aided and abetted by the media – The Sun for example in the UK has offered a £10,000 "bounty" on her head for anyone who can get them "in front of her" - - this on November 19, 2019 - was extremely shocking ▮▮▮▮ and scary – it felt like incitement to violence ▮▮▮▮ I can attest to the fear that it engendered.

With this kind of 'vigilante' publicity, her life has absolutely been in danger and she has herself received death threats and also even her own attorneys too. This is not a joke.   This is the sole reason why she has had to find private homes that are independent - - Literally any person at all who has had even the most small of interactions has been vilified in the press - - ▮▮▮▮ did not "slither away" anywhere – she was finally able to locate a place where she could not be moving around constantly and collect herself to fight for her life and to clear her name. That is all she has been doing.

I also want to address the widely published statements and media views that ▮▮▮▮ was "a fugitive from justice and from the FBI", a "proven criminal", and that she was reported as being in places as far flung as Brazil, London, Israel, France, in a submarine, on a yacht, being protected by the Mossad, Special Forces, etc. Nothing was further from the factual truth. ▮▮▮▮ never left nor intended to leave the United States.  She wanted only to stay close to her family and fight her case and was in constant contact with her lawyers all the time ▮▮▮▮ Up until the day of her arrest, she had never been in any criminal situation whatsoever and had neither been charged, arrested, or interviewed and therefore had no reason at all to be "hiding from the police" - which she categorically was not.

▮▮▮▮ has only and always maintained her absolute innocence of these accusations, and how she has felt 100% frustrated that she cannot come out and fight against each and all allegations in the civil suits that have come against her. I know deeply and expect that she will welcome a fair legal process to clear her name.

3

Further she has been at ALL times inside the United States, contrary to the many wild and unsubstantiated rumors in the media. She has never left the country wants only to fight the case and remain in the country to do that. The United States has been her home since 1991 – and she has *always* returned here.  I have witnessed her great humility, I have witnessed her personal warmth and bravery, and her humanity and great resilience in the face of the tidal waves of negative adverse publicity in the social media and by the Press, all over the world.

 I attest that Ghislaine was only laying low for her own protection against vigilantes and the 'mob' who have been baying for her blood to this day. She has never hid from the authorities and is frustrated that she never had the opportunity to talk to them personally to counteract all the lies pouring out in the media.

In regard to bail, I know in every fiber of my being that ▮▮▮▮ will NOT skip bail and am co-signing ▮▮▮▮ a bond in the value of $1,500,000 which is secured by ▮▮▮▮. I myself ▮ ▮▮▮▮ do not own any property or I would have put it up without hesitation.

There is another critical reason I know she will not skip bail if released on remand – This is because I am willing, ▮▮▮▮ to stay with Ghislaine 24 x 7 if she is released into my personal custody – in a residence in New York that we have located - for as long as necessary. I am prepared to stay with her 24/7 indefinitely and ▮▮▮▮ I have complete confidence that ▮▮▮▮ will utterly not seek to flee her bail and I completely assure the court that if she is released into my custody that she will remain with me 24x7x365 and will not leave the premises unless required to do so by the court and in direct coordination with them.

Yours respectfully,

4