# Exhibit E



The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

November 23rd 2020

Your Honor

This statement is in support of Ghislaine Maxwell's request for bail and her character.

My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I write this letter in support of ▓▓▓▓▓▓▓ Ghislaine Maxwell. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

We remain close and have been in communication by phone and videolink most weeks up until her arrest on July 2nd 2020; I have historically regularly visited her in the United States at least a couple of times a year and she has always caught up with me when she has visited the UK or Europe. I have historically and continue to act as one her closest confidants and advisors, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Ghislaine has always faced up to every challenge she has met in her life whether it involved ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or decisions involving either her business interests or philanthropic interests. I consider her to be absolutely straight, clear and honest in all her dealings with third parties - this attitude applies to her filing her tax returns as it does to every other aspect of her life: organised, clear and straight.

Until these charges, ▓▓▓▓▓ has never been involved in any allegation of breaking the law in any jurisdiction.

Speaking for myself, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I can confirm that I stand absolutely behind her in her fight to clear her name. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ she has been a constant visitor to my family homes, has had my children to stay with her in her homes ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ and I would not hesitate to leave any of my kids or grandkids in her care. I have never witnessed, nor heard from my children or grandchildren any reports of any inappropriate behaviour ▓▓▓▓▓▓▓.

Ghislaine has stayed at all times in the jurisdiction of the Unites States since the new charges against the late Jeffrey Epstein and has from the outset confirmed to me personally on

numerous occasions that she wanted to be available to deal with any civil or criminal allegations, to confront these and to deal with them in situ. She provided evidence under oath in deposition in civil litigation rather than stay silent which is a good illustration of her candour.

From my own experience, I can confirm that Ghislaine is kind, thoughtful and generous whether it is helping friends who have fallen on difficult times such as a friend who was recently widowed and to whom Ghislaine provided her own home in London immediately; or inviting my children and their friends when on their gap year to stay with her and to sort out transport, housing and friends to support them on their travels; or whether devoting considerable resources and time to her philanthropic activity primarily in oceans conservation.

I have offered to co-sign a bond in the amount of US$3,500,000 where the amount of the bond would be secured by properties owned by ███████████████ as this represents the entirety of realisable family wealth; I do this in support of ███ judgement in relation to Ghislaine's integrity and commitment to attend court and to underline that the family would be left without resources in the event that the bond was called.

Yours sincerely