# Exhibit F



The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

November 23rd 2020

Your Honor:

This statement is in support of Ghislaine Maxwell's request for bail and her character.

My name is ▮▮▮▮▮ I am resident in ▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮ I have known Ghislaine since 1979 when she was 18 years old, living at her family home in Oxford. At that time, when we first met, my first impression was the same as it remains now, that she is extraordinarily vivacious, friendly and intelligent. She has her father's charisma and has a genuine warmth. She was then diligently working for her final years of school exams to achieve her place at Oxford University, which she succeeded in.

Throughout the last couple of years, she has been in touch as she was based in ▮▮▮▮▮
▮▮▮▮▮ I
joined a large family event hosted by Ghislaine and her husband in which she was very hospitable and obviously very much at home and in love. We all met her new family, and extended family, ▮▮▮▮▮. Prior to this, at various points in the lives of my children, as they have expressed a desire to see New York, Ghislaine has welcomed them, hosted them, and entertained them with friends and their children. At no time did I have any hesitation about them making those trips. The older children would have been in their early teens at that time.

I recall when we all descended on her home in Manhattan in 2011. She was extremely busy with her philanthropic work that was very important to her regarding the Oceans and marine conservation, and her work took her to presentations at the UN and TED talks, I believe.

It has been clear for many years that Ghislaine regards the US as her home, retaining her London house as a place to stay on return visits to see family and visit her mother (who

died in 2013). In recent years she has not been in the UK at all, I believe, for any length of time. She is a person who my children always regarded as sparkling and engaging, and dedicated to her oceans conservation work and other business projects.

I would describe her as a woman of principle; very disciplined with an extraordinary work ethic, instilled by both her parents. She is the youngest of seven surviving siblings, all of whom are close and all of whom have the same work ethic and integrity.

I have at no point given any credence to the ridiculous and defamatory statements in the press about her being in hiding from law enforcement; this has never been the case. She would just like an opportunity to prepare her defence in an appropriate manner.

I am totally confident that Ghislaine will appear in court as required, and I am prepared to sign a bond in the amount of $3.5 million in support of her bail application. This amount represents the value of effectively all of my assets, including my home ▮▮▮▮. If I lost these assets because Ghislaine violated the conditions of her release, I would be financially ruined. I make this pledge without reservation because I know that Ghislaine will remain in the United States to face the charges against her, which she vehemently denies.

Yours sincerely

▮▮▮▮▮▮▮▮