# Exhibit G

1st December 2020

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Your Honor,

This letter is provided by way of support for the release on bail of ▮▮▮ Ghislaine Maxwell, ▮▮▮

Ghislaine and I have always remained in close touch. During the last 30 years or so this has been primarily by phone and email as Ghislaine has lived for the greater part of that time in the US whilst I live in London. On my last two trips to the US in February 2013 and in December 2018 I stayed with her for about a week on both occasions and she always made a point of seeing me whenever she came through London. ▮▮▮ in areas where we would both consider I have some knowledge I would certainly think of myself as a trusted advisor of hers.

▮▮▮ Ghislaine eventually excelled academically and ended up graduating with honours from Oxford University and has gone on to achieve many and varied professional goals. Determination is a notable characteristic of hers, as is her naturalness and honesty – which I have never doubted - whether in her dealings with me personally or to my knowledge with ▮▮▮ and friends, or in her business interests or charitable activities. Until the laying of these charges against her, I am not aware there have ever been any allegations of criminal conduct against Ghislaine whether in the US or in any other country for that matter.

Ghislaine has always been an exemplary ▮▮▮ surrogate mother and friend. My son travelled with me on both my trips to the US mentioned above when he was aged ▮▮▮ staying with Ghislaine at her then homes in New York and ▮▮▮ Together with me, my son ▮▮▮ stands four-square behind her as she seeks to defend and clear her name. She has spent many hours with my son and he and I have never witnessed any inappropriate behaviour on her part. I

1 | Page

have personally seen ▮ in many settings over the years, sometimes with young children ▮ and Ghislaine has always behaved totally appropriately. In my eyes she is a totally trustworthy individual and I would have no hesitation at any time leaving children or young adults in her care.

Regarding the extremely serious charges she is now facing, Ghislaine has repeatedly denied any knowledge of, or involvement in, any such improper and criminal conduct. Based on my knowing her very well ▮ and the nature of her character I believe in her innocence and I have no doubt that she will deal with all the allegations head on and will attend trial for the opportunity it provides her finally to put her side of the story without it being intermediated by an overwhelmingly hostile media.

I have no doubt ▮ will not shirk the responsibility she has to attend her trial in this matter and will fight the case through to the finish to clear her name. ▮ Knowing her as I do, for Ghislaine too there is simply no other option ▮

Respectfully,