# Exhibit H

████████
████

29 October, 2020

The Honorable Alison J. Nathan

United States District Court

Southern District of New York

United States Courthouse

40 Foley Square

New York, NY 10007

Your Honor:

This statement is in support of Ghislaine Maxwell's request for bail and her character.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I have ████ known ████ Ghislaine since ████████████████ and witnessed her develop into a lovely, energetic and capable young woman. ████████████████████████████████████████████████████████████████████ Ghislaine, also learned a relentless work ethic and the importance of key moral values ████████████ such as "concentration, consideration and conciseness" ████████████████████████████████████████████████████████████████████████████████████████████████████████████

Though Ghislaine left the United Kingdom for America ████████████████ we have always remained close ████████ and kept in contact. I know that many of ████████████ and their friends have visited and benefitted from staying with Ghislaine during their vacations and for life experience over the years, and Ghislaine asked if ████ ████ would like to come over for a few months after she finished university ████. It was a

kind and generous invitation from her and we had no hesitation whatsoever in sending her to spend time with Ghislaine.

I must attest to my utter shock at the arrest of ███ on the charges she is facing. From all I know of her ███ she would not be capable of such behavior. I never witnessed Ghislaine be violent or remotely sexually inappropriate with anybody of any age or gender, ever. She is a warm, loving and generous human being and I am told she is bearing up with great courage and fortitude inside the detention center and those are some of the qualities in her character that are sustaining her in her current awful circumstances. I believe she is innocent of the charges brought against her and determined to prove her innocence. I believe she wants nothing else but to fight these charges in court in July 2021 and to clear her name and therefore would never seek to flee anywhere if she were granted bail. She, like all people so charged, have a constitutional right to due process and indeed she has declared herself to be innocent of all charges. She is innocent until proven otherwise and she like all people so charged – is entitled to a fair trial by a jury of her peers.

I, ███ have complete faith in Ghislaine's respect for the judicial process and in her determination to fight all the charges brought against her. I am certain and confident of Ghislaine's trustworthiness and of the importance of her achieving bail in order to properly be able to prepare her defense to the charges she faces.

Yours respectfully,