# Exhibit J

November 25, 2020

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Uni ted States Courthouse
40 Foley Square New
York, NY 10007

Your Honor:

This statement is in support of Ghislaine Maxwell's character and her request for bail.

I sincerely hope you will see fit to grant Ghislaine Maxwell, ▮ bail to properly prepare for trial. However, should you not do so, I am afraid for her life given the conditions to which she is being subjected. If I may, just because Jeffrey Epstein died in Federal pretrial custody, should NOT mean that Ghislaine should become the scapegoat, and be treated so harshly. I sincerely hope that Ghislaine's life will not be forfeited due to the adverse extreme conditions in which she is being held, or that she have a severe mental health or physical health breakdown as a consequence of her current conditions and treatment.

Accordingly, I join with ▮ who have extremely strong faith in Ghislaine's respect for the judicial process and her absolute determination and right to prove her innocence at trial. I am demonstrating my faith that she will not seek to flee if she is granted bail, by placing $25,000 cash in good faith towards her bond. Ghislaine Maxwell has NO reason to flee. When she could have left the country, she chose not to. The people she loves most, her husband ▮ are here. She remained in the US to prove her innocence. The US is her home.

Yours respectfully,