# Exhibit M

[REDACTED]

17 November, 2020

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Confidential Letter in Support of Ghislaine Maxwell

Your Honor,

I, [REDACTED] am petitioning the court to release on bail [REDACTED] Ms. Ghislaine Maxwell. It is my belief that she is of good character to warrant this release. I am also setting aside cash money in case it is needed as security for her bond. [REDACTED] We have always been close to Ghislaine's family. [REDACTED] We have all remained close. I would dine with Ghislaine a few times a year and she came over to my place of business for a lovely lunch the Summer before last.

I live in [REDACTED] and have six-decade roots in that community. I am on staff at [REDACTED] I've worked there for nearly three decades as [REDACTED] and am a respected member [REDACTED]

I have a reputation to hold fast. I treat this petition seriously. I don't have lots of cash, but I am putting up $2,000 as bond towards her bail because I believe in Ghislaine's innocence and I believe that the only way Ms. Maxwell will be able to defend herself against the charges is out on bail. Her conditions of confinement are extreme even for the BOP.

As to her "fleeing" she didn't before, she won't. I believe that. The Court should release her on bail.

Respectfully [REDACTED]