# Exhibit N

December 1st 2020

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Ghislaine Maxwell**

Your Honor,

Ghislaine has been a friend of mine for over 25 years.

Ghislaine, without judgment or prejudice, offered me a roof over my head free of charge or bill payments until I could get back on my feet so to speak. I had nothing to give her and she had nothing to gain from me living there. Given those circumstances I think it says a great deal about Ghislaine's moral character: in particular her loyalty and kindness towards someone who could offer her nothing in return. When another friend subsequently offered to pay rent for me this was still at a substantially lower than market rate.

I want to conclude by saying that never in my wildest dreams do I think Ghislaine could be guilty of the terrible charges against. Like anyone charged with any crime, she is innocent unless proven guilty and has a right to due process and humane treatment and should be treated accordingly.

Yours respectfully,