# Exhibit Q

# Ghislaine Maxwell Media Analysis

# Ms. Maxwell Becomes Media Target

### JULY 15, 2019

**The New York Times**

The 'Lady of the House' Who Was Long Entangled With Jeffrey Epstein



https://www.nytimes.com/2019/07/15/us/ghislaine-maxwell-epstein.html

### AUGUST 10, 2019

**The Washington Post**

Epstein's accusers still deserve justice and will go after his alleged enablers, their lawyers say



https://www.washingtonpost.com/politics/epsteins-accusers-still-deserve-justice-and-will-go-after-his-alleged-enablers-their-lawyers-say/2019/08/10/f8cd8df4-bb88-11e9-bad6-609f75bfd97f_story.html

### AUGUST 10, 2019

**NEW YORK POST**

Meet Jeffrey Epstein's gang of accused slave 'recruiters'



https://nypost.com/2019/08/10/meet-jeffrey-epsteins-gang-of-accused-slave-recruiters/

### AUGUST 21, 2019

**VANITY FAIR**

How to Pronounce "Ghislaine," as in Ghislaine Maxwell, America's Most Wanted Woman



https://www.vanityfair.com/style/2019/08/pronounce-ghislaine-maxwell-jeffrey-epstein

# Bounty On Ms. Maxwell

**NOVEMBER 19, 2019**



**WANTED** The Sun is offering a £10,000 reward for information on Jeffrey Epstein pal Ghislaine Maxwell



https://www.the-sun.com/news/74018/the-sun-is-offering-a-10000-reward-for-information-on-jeffrey-epstein-pal-ghislaine-maxwell/

# Social Media Threats










