# Exhibit R

# Timeline of Discussions with SDNY Prosecutors

