# Exhibit S

**STATEMENT OF ▮▮▮▮▮▮▮▮ SECURITY CONSULTANT**

1. I, ▮▮▮▮▮▮▮, served for 25 years in the United Kingdom military. For 15 of those years, I served in the United Kingdom Special Forces. I have worked in the security industry for ten years and have gained a level 6 Security Risk Management Consultants (SRMC) qualification, working towards a master's degree in Risk Management. I hold numerous instructional and operational licenses qualifying me to deliver several types of security services under the UK Security Industry Authority, including a certification to provide close protection services for individuals facing physical threats. I am a member of the Academy of Security Intelligence and Risk Studies and have owned and operated security companies in all capacities in a number of different countries.

2. As part of my security portfolio, I have secured global assets and have protected numerous high value persons. As an example, I was contracted to guard the UKs third richest person, according to *Forbes*, after he broke his agreed bail conditions with another consultant. Under my protection never escaped again and completed his high-profile court appearances to cessation.

3. I have provided security consultation and services for the Maxwell family for a number of years in both the United Kingdom and United States. I provided security services for Ghislaine Maxwell from approximately July 2019 through up to the time of her arrest on July 2, 2020.

4. Ms. Maxwell faced a number of security issues. For example, I was aware that she received a number of death threats connected to her relationship with Jeffery Epstein some 20 years previously. She was also the target of aggressive behavior by members of the press who were trying to achieve a 'scoop.' This kind of behavior is not only harassing, but can be life threatening. A good example is the case of Princess Diana, who unfortunately lost her life due to

press intrusion into her personal space. My consultants conduct meticulous planning and preparation to avoid such instances.

5. After the announcement of Epstein's death on the 10th August 2019, my risk assessment showed that Ghislaine Maxwell was at substantial risk. It was therefore paramount for her safety that we implement certain security protocols, which we did.

6. On the morning of July 2, 2020, my operative/consultant ▮▮▮▮▮▮, was providing security and administrative support for Ms. Ghislaine Maxwell at a residence in Bradford, New Hampshire. He had been assigned to Ms. Maxwell since approximately May 2020. I had informed ▮▮▮ that Ms. Maxwell needed security because she was being harassed by the press and had been the target of physical threats by unknown third parties.

7. ▮▮▮ was on duty alone on the morning of July 2, 2020. He called me twice after being disturbed at approximately 6:30am. He had heard and noticed a helicopter flying above the general area of the property. He assumed it was members of the press. He telephoned me and informed me of the situation. At this stage, we believed the press had discovered the property. I instructed that Ms. Maxwell be informed and she should be prepared to move into a safe room if any perimeters were breached.

8. At approximately 8:30am, ▮▮▮ noticed and subsequently reported to me that vehicles were coming up the driveway and that he had approached the vehicles to check what was happening.

9. ▮▮▮ again assumed it was members of the press. He reported to me that he called Ms. Maxwell on the radio to alert her that the press was on the grounds and approaching the house.

10. There was an established security protocol in place that Ms. Maxwell was to follow in the event that her security was threatened while she was inside the house. This protocol was communicated to ▮▮▮▮▮▮ when he was assigned to Ms. Maxwell, and he had reviewed it with Ms. Maxwell when he started.

11. According to the protocol, Ms. Maxwell was to move away from the windows, if possible, and move into a safe room inside the house. This is normal protocol in these situations. A safe room typically has water, food and communications. It is also able to be locked and barricaded from the inside to ensure it gives enough time for a 911 call to be placed and the police to arrive before exposure to the threat.

12. ▮ reported to me immediately after Ghislaine Maxwell's arrest. He confirmed to me that after radioing Ms. Maxwell, one or two vehicles pulled up and stopped near where ▮ was standing. He was told to stop and move no further by a number of individuals who got out of the vehicles. At that time, he could see that they were federal agents because they were wearing FBI jackets and had weapons visible. The agents physically searched ▮ and questioned him.

13. ▮ was later taken to a vehicle where Ms. Maxwell was sitting. She asked him if he would look after the dogs and the cat, which he agreed to do.

14. I understand that, as part of her renewed bail application, Ms. Maxwell is proposing a substantial bail package that will include the following conditions, among others: (i) Ms. Maxwell will surrender all of her travel documents, and (ii) she will be subject to home confinement with electronic GPS monitoring. I also understand that, upon release, Ms. Maxwell will be monitored 24 hours a day, 7 days a week by our security teams.

15. In light of the proposed bail package and the strict conditions of her confinement post-release, as well as our long-standing relationship with Ms. Maxwell, my company will be posting a $1 million bond in support of her bail application.

16. I have never once posted a bond for a client in the past. I am happy to post a bond for Ms. Maxwell in light of the factors discussed above and my relationship with her, because I am confident that she will not try to flee.

All of the above is true and to the best of my knowledge

Signed:



25/11/2020