# Exhibit W

December 7, 2020

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*
20 Cr. 330 (AJN)

Dear Judge Nathan,

I am writing this letter on behalf of Ghislaine Maxwell, a woman who I grew up knowing and looking up to. ███████████████████████████████████ we continue to be in touch today.

I do not write this to discuss the charges against Ghislaine Maxwell, to plead that she is innocent or argue that she is guilty. I am simply hoping to offer a more well-rounded picture of Ms. Maxwell as a person outside of the opinions of the media.  As a kid, I saw Ghislaine as an example of a strong, caring woman. ████████████████████████████████████████████████████████████████████████████████████████ In addition, her passion for saving the oceans was inspiring. At a very impressionable age, Ghislaine taught me a lot about generosity, determination, and resilience.

Thank you for the opportunity to write this letter. I hope you will consider granting bail to Ghislaine Maxwell. Given the seriousness of the situation, I would not have considered taking action if I did not feel it necessary.  Whatever the outcome, I felt it was important for me to share my unique perspective and stand up for what I believe in.

Sincerely,

█████████