# Exhibit X

The Honourable Alison J Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY10007

Dear Your Honour,                                                                 2nd November 2020

**R:E: Miss Ghislaine Maxwell – Bail Application**

I am sending this character reference in the knowledge that it will be presented to the court at Ghislaine's bail hearing. The content of this letter is the truth and within my knowledge.

I first met Ghislaine ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Both Ghislaine and her immediate family have been family friends for decades ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Following our first encounter we became close friends and remained in constant touch ever since. We would always speak on her birthday which falls on Christmas Day.

Ghislaine and I would regularly socialize together and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ amongst many other adoring friends and family members. I was immediately drawn to Ghislaine when I first met her and both her honesty and integrity shone through from the moment we first met and I was therefore delighted to be asked ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ adores Ghislaine and it deeply disturbs me that a country as great as the United States would even think that Ghislaine poses a danger to children or minors and further to this I would have absolutely no hesitation in allowing Ghislaine to look after ▓▓▓ at any time.

Ghislaine is a prominent individual and I believe she will fight these charges to the end. She will not evade justice and is not in any way a flight risk. She should be granted bail immediately so that she can form a proper defence to these horrendous charges. She has faced monstrous allegations in the press that forced her to have to worry about her safety.

I am not being paid or retained to provide this letter. I would however respectfully be prepared to offer any financial surety that I can afford in order to meet any bail pledge that the court may set. I await the courts decision and remain on standby should I be asked to fulfil any such commitment.

Yours faithfully

L of L