UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Notice of Appearance** |
|  | : |  |
| - v - | : |  |
|  | : | **20 Cr. 330 (AJN)** |
| GHISLAINE MAXWELL, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:    Clerk of Court
       United States District Court
       Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

           Respectfully submitted,

           AUDREY STRAUSS
           Acting United States Attorney for the
           Southern District of New York


    by:  _____/s/_____
           Andrew A. Rohrbach
           Assistant United States Attorney
           (212) 637-2345


TO:    Counsel of record (by ECF)