

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2020

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The parties jointly submit this letter in response to the Court's December 28, 2020 Order directing the parties to indicate whether they propose any redactions to the Court's December 28, 2020 Opinion and Order denying the defense's renewed bail motion. (Dkt. No. 104). After conferring, the parties agree that no redactions need be applied to the Court's December 28, 2020 Opinion and Order. Accordingly, the parties have no objection to the public filing of the complete Opinion and Order without redactions.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By:    s/                               
    Maurene Comey / Alison Moe / Lara Pomerantz
    Assistant United States Attorneys
    Southern District of New York
    Tel: (212) 637-2324

Cc: All Counsel of Record (By ECF)