USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 11, 2021

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

**Caption:**

United States

v.

Ghislaine Maxwell

Docket No.: 1:20-CR-00330

Alison J. Nathan
(District Court Judge)

Notice is hereby given that Ghislaine Maxwell appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] Order Denying Defendant's Renewed Motion for Release on Bail (specify) entered in this action on 12/28/2020.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   | trial [ ]   | N/A [✓]

Offense occurred after November 1, 1987?   Yes [✓]   | No [ ]   N/A [ ]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   | N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Christian Everdell

Counsel's Address: Cohen & Gresser LLP
800 Third Avenue, New York, NY 10022

Counsel's Phone: 212-957-7600

Assistant U.S. Attorney: Maurene Comey

AUSA's Address: 1 St. Andrew's Plaza
New York, NY 10007

AUSA's Phone: 212-637-2200

*Christian R. Everdell /s/ SS*
Signature