

COHEN & GRESSER LLP

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
Christian R. Everdell
+1 (212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com

January 25, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    On behalf of our client, Ghislaine Maxwell, we will be filing the following pretrial motions with accompanying exhibits:

1. Motion to Dismiss the Superseding Indictment for Breach of the Non-Prosecution Agreement
2. Motion to Dismiss Counts One through Four of the Superseding Indictment as Time-Barred
3. Motion Under the Due Process Clause to Suppress All Evidence Obtained from the Government's Subpoena to ▬▬▬▬ and to Dismiss Counts Five and Six
4. Motion to Dismiss Counts Five and Six of the Superseding Indictment Because the Alleged Misstatements Are Not Perjurious as a Matter of Law
5. Motion for a Severance of and Separate Trial on Counts Five and Six of the Superseding Indictment
6. Motion to Strike Surplusage from the Superseding Indictment
7. Motion to Dismiss Counts One Through Six of the Superseding Indictment for Pre-Indictment Delay
8. Motion to Dismiss Either Count One or Count Three of the Superseding Indictment as Multiplicitous
9. Motion to Dismiss the Superseding Indictment as It Was Obtained in Violation of the Sixth Amendment
10. Motion for a Bill of Particulars and Pretrial Disclosures
11. Motion Under the Fourth Amendment, *Martindell*, and the Fifth Amendment to Suppress All Evidence Obtained from the Government's Subpoena to ▬▬▬▬ and to Dismiss Counts Five and Six
12. Motion to Dismiss Counts One through Four of the Superseding Indictment for Lack of Specificity

The Honorable Alison J. Nathan
January 25, 2021
Page 2

   Several of the motions reference or discuss Confidential Information produced in discovery and are therefore redacted pursuant to paragraph 15 of the Protective Order (Dkt. 36). In an abundance of caution, and to give the government the chance to review the proposed redactions, we will not file on the public docket any motions containing redactions until we are instructed to do so by the Court. Instead, we will submit by email to the Court and the government two versions of those motions—an unredacted original to be kept under seal and a version for public filing with proposed redactions—pursuant to Rule 2(B) of the Court's individual rules of criminal practice. We will file on the public docket any motions that do not contain redactions.

   Please contact us with any questions. Your consideration is greatly appreciated.

                        Respectfully submitted,

                        */s/ Mark S. Cohen*
                       Mark S. Cohen
                       Christian R. Everdell
                       **COHEN & GRESSER LLP**
                       800 Third Avenue, 21st Floor
                       New York, New York 10022
                       (212) 957-7600

cc: All counsel of record (via email)