UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :
:                    20 Cr. 330 (AJN)
v.                           :
:                    **NOTICE OF MOTION**
GHISLAINE MAXWELL,                       :
:                    ORAL ARGUMENT REQUESTED
Defendant.               :
:
:
---------------------------------------------------------- x

**DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION FOR A SEVERANCE OF AND SEPARATE TRIAL ON COUNTS FIVE AND SIX OF THE SUPERSEDING INDICTMENT**
**(Pretrial Motion # 5)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Ghislaine Maxwell, through counsel, hereby moves for a severance of and separate trial on Counts Five and Six of the Superseding Indictment.

Dated: January 25, 2021
       New York, New York

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303-831-7364

Mark S. Cohen
Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: 212-957-7600

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*