UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                   :
                                            :         20 Cr. 330 (AJN)
        v.                                  :
                                            :
GHISLAINE MAXWELL,                          :         **NOTICE OF MOTION**
                                            :
                Defendant.                  :
                                            :         ORAL ARGUMENT REQUESTED
                                            :
-----------------------------------------------------------x


### DEFENDANT GHISLAINE MAXWELL'S
### NOTICE OF MOTION TO DISMISS THE SUPERSEDING INDICTMENT
### AS IT WAS OBTAINED IN VIOLATION OF THE SIXTH AMENDMENT
(Pretrial Motion # 9)

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Ghislaine Maxwell, through counsel, hereby moves to dismiss the superseding indictment as it was obtained in violation of the Sixth Amendment.

Dated: January 25, 2021
       New York, New York

                                    Respectfully submitted,

                                    **COHEN & GRESSER LLP**


                                     /s/ Mark S. Cohen
                                    Mark S. Cohen
                                    mcohen@cohengresser.com
                                    Christian Everdell
                                    ceverdell@cohengresser.com
                                    800 Third Avenue, 21st Floor
                                    New York, NY  10022
                                    Phone:  (212) 957-7600
                                    Fax:  (212) 957-4514

                                    Jeffrey S. Pagliuca
                                    Laura A. Menninger

2

                HADDON, MORGAN & FOREMAN P.C.
                150 East 10th Avenue
                Denver, Colorado 80203
                Phone: 303-831-7364

                Bobbi C. Sternheim
                Law Offices of Bobbi C. Sternheim
                33 West 19th Street - 4th Floor
                New York, NY 10011
                Phone: 212-243-1100

                *Attorneys for Ghislaine Maxwell*