UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
UNITED STATES OF AMERICA, :
: 
      v. :   20 Cr. 330 (AJN)
: 
GHISLAINE MAXWELL, :   **NOTICE OF MOTION**
: 
      Defendant. :   ORAL ARGUMENT REQUESTED
: 
------------------------------------------------------- x

**DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION TO DISMISS COUNTS ONE THROUGH SIX OF THE SUPERSEDING INDICTMENT FOR PRE-INDICTMENT DELAY**
**(Pretrial Motion # 7)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and exhibits, Defendant Ghislaine Maxwell, through counsel, hereby moves to dismiss Counts One through Six of the Superseding Indictment for pre-indictment delay.

Dated: January 25, 2021
       New York, New York

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303-831-7364

Mark S. Cohen
Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: 212-957-7600

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*