UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                        :

UNITED STATES OF AMERICA,        :      20 Cr. 330 (AJN)

          v.                   :

GHISLAINE MAXWELL,         :      **NOTICE OF MOTION**

                Defendant.   :

                         :      ORAL ARGUMENT REQUESTED
                         :
---------------------------------------------------------x

## DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION TO DISMISS SUPERSEDING INDICTMENT FOR BREACH OF NON-PROSECUTION AGREEMENT
### (Pretrial Motion # 1)

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and exhibits, Defendant Ghislaine Maxwell, through counsel, hereby moves to dismiss the superseding indictment for breach of the non-prosecution agreement.

Dated:  January 25, 2021
       New York, New York

                             Respectfully submitted,

                             **COHEN & GRESSER LLP**

                             */s/ Mark S. Cohen*
                             Mark S. Cohen
                             mcohen@cohengresser.com
                             Christian Everdell
                             ceverdell@cohengresser.com
                             800 Third Avenue, 21st Floor
                             New York, NY  10022
                             Phone:  (212) 957-7600
                             Fax:  (212) 957-4514

                             Jeffrey S. Pagliuca
                             Laura A. Menninger

HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, Colorado 80203
Phone: 303-831-7364

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*