UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                    :
                                             :   20 Cr. 330 (AJN)
        v.                                   :
                                             :
GHISLAINE MAXWELL,                           :   **NOTICE OF MOTION**
                                             :
            Defendant.                       :   ORAL ARGUMENT REQUESTED
                                             :
-----------------------------------------------------------x


# DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION
# TO DISMISS COUNTS ONE THROUGH FOUR OF THE
# SUPERSEDING INDICTMENT AS TIME-BARRED
### (Pretrial Motion # 2)

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Ghislaine Maxwell, through counsel, hereby moves to dismiss counts one through four of the superseding indictment as time-barred.

Dated:  January 25, 2021
        New York, New York

                                        Respectfully submitted,

                                        **COHEN & GRESSER LLP**


                                          /s/ Mark S. Cohen
                                        Mark S. Cohen
                                        mcohen@cohengresser.com
                                        Christian Everdell
                                        ceverdell@cohengresser.com
                                        800 Third Avenue, 21st Floor
                                        New York, NY  10022
                                        Phone:  (212) 957-7600
                                        Fax:  (212) 957-4514

                                        Jeffrey S. Pagliuca
                                        Laura A. Menninger

HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, Colorado 80203
Phone: 303-831-7364

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*