UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                              :

UNITED STATES OF AMERICA,          :

              v.                    :

GHISLAINE MAXWELL,            :

              Defendant.     :

                              :

                              :

--------------------------------------------------------x

20 Cr. 330 (AJN)

**NOTICE OF MOTION**

**DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION**
**TO STRIKE SURPLUSAGE FROM SUPERSEDING INDICTMENT**
**(Pretrial Motion # 6)**

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant

Ghislaine Maxwell, through counsel, hereby moves to strike surplusage from the superseding

indictment.

Dated:  January 25, 2021
          New York, New York

                           Respectfully submitted,

                           **COHEN & GRESSER LLP**

                           */s/ Mark S. Cohen*
                           Mark S. Cohen
                           mcohen@cohengresser.com
                           Christian Everdell
                           ceverdell@cohengresser.com
                           800 Third Avenue, 21st Floor
                           New York, NY  10022
                           Phone:  (212) 957-7600
                           Fax:  (212) 957-4514

                           Jeffrey S. Pagliuca
                           Laura A. Menninger

HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, Colorado 80203
Phone: 303-831-7364

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*