UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
UNITED STATES OF AMERICA,                               :
                                                        :    20 Cr. 330 (AJN)
         v.                                             :
                                                        :
GHISLAINE MAXWELL,                                      :    **NOTICE OF MOTION**
                                                        :
                         Defendant.                     :
                                                        :    ORAL ARGUMENT REQUESTED
                                                        :
---------------------------------------------------------x

### DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION
### FOR A BILL OF PARTICULARS AND PRETRIAL DISCLOSURES
**(Pretrial Motion # 10)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and exhibits, Defendant Ghislaine Maxwell, through counsel, hereby moves for a bill of particulars and pretrial disclosures.

Dated:  January 25, 2021
        New York, New York

                                            Respectfully submitted,

                                            **COHEN & GRESSER LLP**


                                             /s/ Mark S. Cohen
                                            Mark S. Cohen
                                            mcohen@cohengresser.com
                                            Christian Everdell
                                            ceverdell@cohengresser.com
                                            800 Third Avenue, 21st Floor
                                            New York, NY  10022
                                            Phone:  (212) 957-7600
                                            Fax:  (212) 957-4514

                                            Jeffrey S. Pagliuca
                                            Laura A. Menninger

HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, Colorado 80203
Phone: 303-831-7364

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*