UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA

        -v-                                   20 Cr. 330 (AJN)

GHISLAINE MAXWELL,

                Defendant.
-------------------------------------------------x

### AFFIDAVIT PURSUANT TO LOCAL CRIMINAL RULE 16.1

BOBBI C. STERNHEIM, ESQ., counsel for Ghislaine Maxwell, certifies that defense counsel have conferred in good faith with government counsel in an attempt to resolve by agreement issues and requests raised in the accompanying Motion for a Bill of Particulars and Pretrial Disclosures. Government counsel was unwilling to agree to the requested relief.

Dated: January 25, 2020

                                                     ___/s/ Bobbi C. Sternheim, Esq.___
                                                         BOBBI C. STERNHEIM, ESQ.

1949005.2