UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/21
```

---

United States of America,

        –v–

Ghislaine Maxwell,

               Defendant.

---

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On February 23, 2021, Defendant Ghislaine Maxwell filed a third motion for release on

bail.  Dkt. No. 160.  The Government's response is due March 9, 2021, and the Defendant's

reply is due March 16, 2021.

      SO ORDERED.

Dated: February 24, 2021
      New York, New York

                           _____
                                 ALISON J. NATHAN
                       United States District Judge

1