

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2021

**BY ECF & ELECTRONIC MAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

  The Government respectfully submits under seal the enclosed unredacted version of its memorandum of law and accompanying exhibits in opposition to the defendant's twelve pre-trial motions. Additionally, the Government respectfully submits proposed redactions to its memorandum of law and three exhibits, Exhibits 1, 5, and 7. Consistent with the redactions contained in the defendant's motions, the Government's proposed redactions are narrowly tailored to (1) cover information implicating the privacy interests of third parties, (2) cover Confidential Material produced by the Government in discovery and governed by paragraph 15 of the Protective Order in this case (Dkt. 36), (3) cover information submitted under seal to other judicial officers or information another judicial officer has determined should remain under seal, and (4) protect the integrity of the Government's ongoing investigation.

  In addition, the Government respectfully requests that certain exhibits be filed entirely under seal. In particular, the Government respectfully submits that (1) Exhibits 8 and 9, filings submitted under seal to other judicial officers, should similarly be filed under seal in this case while the Government's grand jury investigation remains ongoing; and (2) Exhibit 11 should be filed under seal because it contains information which another judicial officer has determined should remain under seal.

Page 2

Accordingly, the Government respectfully requests that the Court permit the Government to publicly file its memorandum of law and exhibits with the enclosed proposed redactions.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney

                                By:    s/
                                          Maurene Comey / Alison Moe /
                                          Lara Pomerantz / Andrew Rohrbach
                                          Assistant United States Attorneys
                                          Southern District of New York

Cc: All Counsel of Record (By email)