

**MINISTÈRE
DE LA JUSTICE**
*Liberté
Égalité
Fraternité*

**Direction des affaires criminelles et des grâces**

Sous-direction de la justice pénale spécialisée
Bureau de l'entraide pénale internationale

Paris, le 9 mars 2021

Monsieur le garde des Sceaux, ministre de la Justice

à

Department of Justice (D.O.J)

*Par l'intermédiaire d'Andrew FINKELMAN, magistrat de liaison
Ambassade des Etats-Unis d'Amérique à Paris*

J'ai l'honneur de porter à votre connaissance que la procédure et les conditions d'extradition sont régies en France par les articles 696 et suivants du code de procédure pénale.

L'article 696-2 de ce code prévoit ainsi que « *le gouvernement français peut remettre, sur leur demande, aux gouvernements étrangers, toute personne n'ayant pas la nationalité française qui, étant l'objet d'une poursuite intentée au nom de l'Etat requérant ou d'une condamnation prononcée par ses tribunaux, est trouvée sur le territoire de la République.* »

L'article 694-4 précise expressément que :

« *L'extradition n'est pas accordée :*

*1° Lorsque la personne réclamée a la nationalité française,* **cette dernière étant appréciée à l'époque de l'infraction pour laquelle l'extradition est requise** ».

Ainsi, le fait que la personne recherchée ait la nationalité française constitue un obstacle insurmontable à son extradition. Dès lors que cette nationalité s'apprécie au moment de la commission de l'infraction, la perte de la nationalité, postérieurement à la commission de cette dernière, est sans incidence sur la procédure d'extradition, et ne permet pas de lever cet obstacle.

Le Chef du Bureau de l'Entraide Pénale Internationale

Philippe JAEGLÉ

13, place Vendôme - 75042 Paris Cedex 01
Téléphone : 01 44 77 60 60
www.justice.gouv.fr

**MINISTRY OF JUSTICE**
*Liberty*
*Equality*
*Fraternity*

**Directorate of Criminal Affairs & Pardons**

Specialized Criminal Justice Sub-Directorate
International Criminal Assistance Bureau

Paris, March 9, 2021

His Honor the Keeper of Seals, Minister of Justice

To the

Department of Justice (D.O.J)

*Through Andrew FINKELMAN, Liaison Magistrate on behalf of the Embassy of the United States of America located in Paris, France*

I hereby inform you that in France, all removal proceedings and conditions are governed by Articles 696 et sq. of the Code of Criminal Procedure.

Article 696-2 of said Code provides that: "*The French government is able to remit to foreign governments upon their request any individual who is not a French citizen and who is subject to a lawsuit brought on behalf of the requesting State, or who is subject to a sentence passed by the Court of said requesting State, and who is located on the territory of the French Republic.*"

Article 694-4 expressly specifies as follows:

"*Removal is not granted:*

*1- When the individual claimed to have French citizenship, **said citizenship having been assessed at the time of the offense on the basis of which removal is being requested.***"

WHEREBY, the fact that the wanted individual is a French national constitutes an insuperable obstacle to his/her removal. As long as said nationality is assessed at the time the offense was committed, any loss of nationality subsequent to said offense has no bearing upon the removal proceedings and shall not supersede said assessment of nationality.

Head of the International Criminal Assistance Bureau

Philippe JAEGLÉ

13, place Vendôme - 75042 Paris Cedex 01 - France
Telephone: (011) 33.1.44.77.60.60
www.justice.gouv.fr