**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2021

**BY ECF & ELECTRONIC MAIL**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

In accordance with the Court's March 18, 2021 order (the "Order"), the parties have met and conferred regarding proposed redactions to Exhibit 11 and the defendant's cover letter dated March 9, 2021. The parties have reached agreement regarding redactions as to Exhibit 11 and the defendant's cover letter. The parties do not believe any redactions are needed as to the defendant's cover letter. The parties' proposed redactions to Exhibit 11 are submitted under seal for the Court's consideration.

The Government intends to file its omnibus memorandum of law and the corresponding exhibits consistent with the Court's Order, with one exception to which the defense consents. In particular, the defense has indicated that it no longer wishes the Government to remove the redactions the Government had originally proposed to pages 118 to 119 of the Government's brief. Those redactions refer to and quote from portions of an exhibit filed under seal by the defense and which the Government understands is filed under seal in *Giuffre v. Maxwell*, 15 Civ. 7433 (LAP). Accordingly, the Government has kept those redactions in the attached omnibus memorandum of law.

Additionally, and mindful of the presumption of public access, the Government notes that some of the defense's proposed redactions which the Court adopted in the Order include language

Page 2

that is contained in the publicly-filed Indictment in this case. In particular, the additional redactions proposed by the defense to pages 129 to 134 on March 9, 2021 relate to language that is contained in Count Six of the publicly filed Indictment in this case. Although the Government respectfully submits that there is no basis under the applicable standard to redact language that is already publicly available on the docket in this case, the Government is prepared to file the brief with redactions consistent with the Order subject to any further direction from the Court. In addition, the defense also requested earlier today an additional redaction to the bottom of page 134, which is reflected in a red box in the enclosed memorandum. The language covered by this additional redaction is also related to information that is in the publicly filed Indictment. Although, as noted above, the Government is aware of no basis to redact language that is available in the publicly-docketed Indictment, the Government is prepared to file the brief with this additional redaction, subject to any further direction from the Court.

The Government respectfully submits under seal the enclosed version of its memorandum of law with proposed redactions consistent with the Court's Order, the redactions originally proposed by the Government and contained on pages 118 to 119, and the additional redaction proposed by the defendant on page 134. The Government will publicly file its memorandum of law with the enclosed proposed redactions, unless modified by the Court, at the Court's direction.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:   s/  _____
        Maurene Comey / Alison Moe /
        Lara Pomerantz / Andrew Rohrbach
        Assistant United States Attorneys

Cc: All Counsel of Record (By email)