**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

**Caption:**

United States of America v.

Ghislaine Maxwell

Docket No.: 20-CR-00330-AJN

Alison J. Nathan
(District Court Judge)

Notice is hereby given that Ghislaine Maxwell appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other [✔] Order on Third Motion for Release on Bail (Doc. 169)
(specify)

entered in this action on March 22, 2021.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | | Other [✔]

Defendant found guilty by plea | | trial | | N/A [✔]

Offense occurred after November 1, 1987?  Yes | | No | | N/A [✔]

Date of sentence: _____  N/A [✔]

Bail/Jail Disposition: Committed [✔]  Not committed | |  N/A |

Appellant is represented by counsel?  Yes [✔] | No | |  If yes, provide the following information:

Defendant's Counsel: David Oscar Markus

Counsel's Address: Markus/Moss PLLC

40 NW Third Street, Ph 1, Miami, Florida 33128

Counsel's Phone: (305)379-6667

Assistant U.S. Attorney: Maurene Comey, Alison Moe & Lara Pomerantz

AUSA's Address: The Silvio J. Mollo Building

One Saint Andrew's Plaza, New York, New York 10007

AUSA's Phone: (212)637-2324

_____
Signature

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021