

Court Name: District Court
Division: 1
Receipt Number: 465481276762
Cashier ID: Bwilliam
Transaction Date: 03/29/2021
Payer Name: GHISLAINE MAXWELL

NOTICE OF APPEAL/DOCKETING FEE
 For: GHISLAINE MAXWELL
 Amount:        $505.00

CHECK
 Check/Money Order Num: 3536
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

20CR000330



FedEx Ship Manager - Print Your Label(s)

3/24/2021