UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>GHISLAINE MAXWELL,<br><br>Defendant. | No. 1:20-cr-00330 (AJN)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, David Boies, who is a member in good standing of the bar of this Court, hereby appears as counsel for Intervenor Boies Schiller Flexner LLP and the victims it represents in the above-captioned action.

Dated: New York, New York
March 26, 2021

                                       BOIES SCHILLER FLEXNER LLP

                                       By:   /s/ David Boies
                                                 David Boies
                                                 Boies Schiller Flexner LLP
                                                 333 Main Street
                                                 Armonk, NY 10504
                                                 Tel: (914) 749-8200
                                                 Fax: (914) 749-8300
                                                 Email: dboies@bsfllp.com

                                                 *Attorney for Intervenor*
                                                 *Boies Schiller Flexner LLP*
                                                 *and the victims it represents*