UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>GHISLAINE MAXWELL,<br><br>Defendant. | No. 1:20-cr-00330 (AJN)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sigrid S. McCawley, hereby appears as counsel for Intervenor Boies Schiller Flexner LLP and the victims it represents in the above-captioned action.

Dated: New York, New York
       March 26, 2021

BOIES SCHILLER FLEXNER LLP

By:   /s/ Sigrid S. McCawley
      Sigrid S. McCawley
      (Pro Hac Vice application pending)
      Boies Schiller Flexner LLP
      401 E. Las Olas Boulevard, Suite 1200
      Fort Lauderdale, FL 33301
      Tel: (954) 356-0011
      Fax: (954) 356-0022
      Email: smccawley@bsfllp.com

      *Attorney for Intervenor*
      *Boies Schiller Flexner LLP*
      *and the victims it represents*