UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Case No.: 20-CR-330-AJN

**MOTION FOR ADMISSION PRO HAC VICE**

GHISLAINE MAXWELL

    Defendant.
_____/

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sigrid S. McCawley, hereby move this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Boies Schiller Flexner LLP and the victims it represents in the above-captioned action.

I am in good standing in the bars of the State of Florida and Washington, D.C. and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 26, 2021                        Respectfully Submitted,

                                              */s/ Sigrid S. McCawley*
Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356 0022
Email: smccawley@bsfllp.com

*Attorney for Intervenor*
*Boies Schiller Flexner LLP*
*and the victims it represents*