**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                          Case No. 20-CR-330-AJN

v.

GHISLAINE MAXWELL                  **DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

        Defendant.

_____/

I, Sigrid S. McCawley, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bars of the State of Florida and Washington, D.C.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 26, 2021                        Respectfully Submitted,

                                                          /s/ Sigrid S. McCawley
                                                          Sigrid S. McCawley
                                                          Boies Schiller Flexner LLP
                                                          401 E. Las Olas Boulevard, Suite 1200
                                                          Fort Lauderdale, FL 33301
                                                          Tel: (954) 356-0011
                                                          Fax: (954) 356 0022
                                                          Email: smccawley@bsfllp.com

                                                          *Attorney for Intervenor*
                                                          *Boies Schiller Flexner LLP*
                                                          *and the victims it represents*