```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court sees no reason to maintain the redactions on Boies Schiller Flexner LLP's March 26, 2021 letter. Dkt. No. 183. Unless the Government indicates an objection to removing those redactions by March 29, 2021, BSF shall file the unredacted version on the docket on March 30, 2021.

    SO ORDERED.

Dated: March 26, 2021
       New York, New York

                                 ALISON J. NATHAN
                            United States District Judge

1