UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/21

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An arraignment on the S2 Superseding Indictment and a status conference is hereby tentatively scheduled for April 16, 2021. As requested by the Defendant, the proceeding will take place in person. The Court is making logistical arrangements and will provide more information when it is available.

    The Government is ORDERED to respond to the issues raised in the Defendant's March 31, 2021 letter, Dkt. No. 192, by April 9, 2021.

SO ORDERED.

Dated: April 2, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge

1