

Haddon, Morgan and Foreman, P.C
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364  FX  303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

April 5, 2021

The Hon. Alison J. Nathan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Unopposed Request for One-Week Continuance of Arraignment
     *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

  Counsel for Ms. Maxwell writes to request that the arraignment of the S2 Indictment (Dkt. 193), tentatively scheduled for April 16, 2021, be calendared for April 23, 2021.  The government does not oppose this request.

  At present, counsel for Ms. Maxwell has a conflict on April 16, 2021 in Colorado due to a currently-scheduled hearing that day.  Additionally, other members of Ms. Maxwell's defense team have previously scheduled a review of the physical evidence the weeks of April 12 and 19th in the courthouse and would prefer to complete that review prior to the arraignment.

  Counsel appreciates that an in-person arraignment requires some logistical arrangements which may be accommodated by the requested date. Further, the extra time will permit Ms. Maxwell's family members to adjust their schedules and make travel arrangements to attend the court proceedings.

  Ms. Maxwell respectfully requests that the Court hold the arraignment on the S2 Indictment on April 23, 2021, or such other date convenient to the Court during the week of

The Hon. Alison J. Nathan
April 5, 2021
Page 2

April 19, 2021.

                                        Respectfully submitted,

                                        Laura A. Menninger

CC: Counsel of Record