UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendant's request to adjourn the arraignment on the S2 Superseding Indictment is GRANTED. Dkt. No. 194. The arraignment is RE-SCHEDULED to occur on April 23, 2021 at 2:30 p.m. It will take place at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 24B, New York, NY 10007.

    It is ORDERED that the parties ensure that all participants comply with the Southern District of New York's COVID-19-related orders that govern entry into and behavior within SDNY courthouses. These materials may be found at: https://www.nysd.uscourts.gov/covid-19-coronavirus.

    Court staff are working on the logistical arrangements related to public access (including a public dial-in number), and as soon as that information is available it will be provided in a public order.

    SO ORDERED.

Dated: April 8, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge