# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

April 13, 2021

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/14/21

VIA Email
Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

4/14/21

*[signature]*
ALISON J. NATHAN
United States District Judge

> After conferring with the District Executive and the United States Marshal for the Southern District of New York, the Court denies the request. The U.S. Marshall has a generally applicable policy that prohibits inmates being held in the Courthouse cellblocks from possessing any materials or items. The circumstances do not warrant an exception to that policy.
> SO ORDERED.

Re:  United States v. Ghislaine
     S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

    I write to request that Court sign the attached proposed order directing the U.S. Marshal to permit Ghislaine Maxwell to have access to her legal papers while in the cellblock at 500 Pearl Street awaiting the evidence review being conducted in the U.S. Attorney's Office on the 5th floor. Today, she arrived at the courthouse at approximately 5:15 am and remained idle in the cellblock until approximately 8:30 am when she was brought to the to the evidence review. Ms. Maxwell will be attending the evidence review throughout this week.

    Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*

BOBBI C. STERNHEIM

Enc.
cc: All counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

GHISLAINE MAXWELL,

                  Defendant.
------------------------------------------------------x

**O R D E R**

S2 20 Cr. 330 (AJN)

IT IS HEREBY ORDERED that the U.S. Marshal is directed to permit Ghislaine Maxwell (02879-509) to have access to her legal materials while she remains in the courthouse cellblock from arrival until she is brought to the U.S. Attorney's office on the 5th floor for evidence review during this week.

Dated: April    , 2021

SO ORDERED.

_____
HONORABLE ALISON J. NATHAN
United States District Judge