JERENE CANO (N.Y. AUSA)

sublet to Ivan Fisher

## Serene Cano

~~Illegal subtenant in house owned~~
Had lease w/ State Dept and illegally sublet to Ivan Fisher, a prominent criminal defense atty who then sublet to a number of others

Very nervous about financial records turning over

Ties to ███████
became very nervous any time ███ name came up

Ghislaine Maxwell had a social relationship with the real estate broker