**To:**     Villafana, Ann Marie C. (USAFLS)[Ann.Marie.C.Villafana@usdoj.gov]
**From:**   Nakano, Serene[/O=USA/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SNAKANO-02]
**Sent:**    Thur 6/14/2007 5:23:41 PM (UTC)
**Subject:** RE: A question regarding a very old case

COMPLAIN.03.wpd
EJECT2.BRF.wpd
DECISION.02.wpd
DECISION.01.wpd


Marie,

Attached is a copy of the complaint, summary judgment brief and court's decisions.  Please let me know if you need any further info.  Good luck!


Serene
212-510-0505

---

**From:** Villafana, Ann Marie C. (USAFLS) [mailto:Ann.Marie.C.Villafana@usdoj.gov]
**Sent:** Tuesday, June 12, 2007 3:40 PM
**To:** Nakano, Serene
**Subject:** A question regarding a very old case


Hi Serene – I saw that you were the AUSA who worked on a case several years ago against Jeffrey Epstein involving the lease of a former embassy.  Do you remember anything about the case that you might be willing to share?

*A. Marie Villafaña*

Assistant U.S. Attorney

500 S. Australian Ave, Suite 400

West Palm Beach, FL 33401

Phone 561 209-1047

Fax 561 820-8777