①

P. Skinner                                    2/29/16
Brad Edwards
Stan Pottinger
A. Kramer (notes)

                                    Re:
                                    Virginia Roberts
BE - rep. Virginia Roberts          (who now lives in
SP - rep. Virginia                  ▮▮▮▮▮▮ )

Long history of litigation

BE
- Init. inv. into Jeffrey Epstein was done by local Palm Beach PD = 2005
- rounded up app. 24 girls molested by JE
- represented about 10 girls
- JE's MO - w/ adults they'd tell 13 yr. old girl "come to rich guy's house to give paid massage. JE naked - starts as massage, extortionate demand of sex acts (if you want $, do x). After paid 200/300 + then offered 200-300 finders fee. Victims recruited other victims. Mother complained + involved PD.
- PD turned case over to FBI + USAO. Most of girls (appr. 40+) in FL. No flight logs. Issued GJ subpoenas. Epstein + 4 named co-conspirators
- Entered into a non pros w/ guilty plea to state ct. to 2001-2007 procuring minor for prost. + immunity fm. fed. pros. for sex crimes comm. in FL b/w 2001-2007
- Jerry Lefcourt, Jay Lefkowitz, Ken Starr, Roy Black, ⎫ Epstein's
  Martin Weinberg, Guy Lewis - never Jerry Shargel  ⎭ counsel
- SDFL - at of Palm Beach. Maria Viafagna.
  Alex Acosta US Atty.
- Limited to FL in pros.



- US Attorney has said cald be prosecuted elsewhere.
- Agmt. under 2255 if victim elect to proceed under 2255 + forfeit civil remedies Epstein must pay stat. min. 50k or 150k. At Least 12 proceeded under that provision
- Named ▮▮▮▮▮

Ghislaine Maxwell - daughter of Robert Maxwell - head recruiter

- Evidence = 2000 (virginia roberts - her case unknown @ time)
- NO END?

▮▮▮▮▮

3

[redacted]

Virginia Roberts
- victimized summer 2000 @ age 16 ( [redacted] ) - about to turn 17
- taken to NY for training by Maxwell + Epstein - how to service men
- in civil case, got records conc. her on his plane
- she goes to private island Little St. James - USVI
  - few miles off St. Thom.
- Virginia said that in affidavit - same thing happening
- 2000-2002 was live-in sex slave - for Epstein + others.
- Promised educ. in mass. ther.



- ② 18 told by Epstein too old
- ③ turn. 19 went to Thailand to get underage girl + fled to ▓▓▓ where lived for a decade.
- filed civil lawsuit in 2015 - defamation suit against Maxwell
- she went public by atty. declaration in FL suit.
- FL suit - pro bono - crime victims rights act - against USAO b/c they didn't interview girls.
- Virginia Roberts moved to join those suits

- in 2011 a British reporter find her + interviewed her about Prince Andrew. Also said met ▓▓▓.
- said was Epstein sex slave
- 2011 was first atty of her.
- FBI went + interviewed Virginia - FL. FBI - 302. FBI FL wants to pursue inv.
  Agents Jason Richards + Nesbit Kirkendal

Virginia

[REDACTED]

- 2010 - civil depos. of Epstein former butler Alfredo Rodriguez. Bel. Epstein + Maxwell were gng. to kill him. Downloaded their black book. Bad went to FBI, made controlled calls, they arrested him + he went to prison for obstruction. Pled to cons. agmt + blew deal b/c he was selling AK-47s.
- tried to sell book. explained how it all worked in recorded mtgs. FBI agent [name unknown]
- Rodriguez died in jail.
- Agent filed affidavit in obstruction case.
- Epstein's lawyers said his property

1997-2005 flight logs + manifests

CP - Virginia

- Have been told Epstein had photos in house in PB + NY + USVI
- One photo is a photo of Virginia w/ another girl - naked + in sexual pose - on his wall - "artistic" - visible genitals

CP?

- Photos of naked girls on Maxwell's comp.

\* SW executed on PB house. Collage of photos included nude girls incl. clients. Epstein tipped off. All computers were gone.
- Virginia says cameras all over NY house. She believes they were used for extortion or bm by Epstein. When last out 6 other men had to report back.
- Videos recorded in bathroom. - recording? security?
- Maxwell + ▮▮▮ took sexually explicit photos of her regularly.
- Maxwell gave photo to Epstein for bday @ age 16.
- Photo hung in one of the homes
- Saved on computers.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Subp. issued for computers

Registered as sex offender in FL
     Level 3
USMS  Registered in NY
    Reparty by private jet

┌─────────────────────┐
│ - Sex acts on planes │
└─────────────────────┘

Manhattan



[REDACTED]

Virginia wants prosecution. [REDACTED] —feels oblig. to do
something about it.
From 2014/2015, she believed it was summer 1999.
As it turns out, it was summer of two.

She has lawsuit against Maxwell for defamation. Truth is defense.

She wants settlement/[rtg.] into nonprofit to help girls in same situation
 — attorney
Her father/attorney negotiated a settlement w/ Epstein + she has a confidentiality provision limiting amount. —around 2009
Epstein's attorneys reached out + neg. settlement.

Did FBI search his planes? Did they find hidden cameras?

Concern active pedophile.

Pitch to other prosecutors? no
Book deal? not now
- 20/20 interview last spring > ABC killed it — lawyers pulled it but they still have it
[REDACTED]

Have portions of diary



[REDACTED]

- They will send me affidavits + depositions

- Blond, part. size + shape.
- Wanted to have baby w/ her -
- Same MO w/ one other victim - 17 yr. old - emails w/ her

- As young as 12 but younger the better.

Virginia emailed Epstein
Thailand - mm charges + handwritten note w/ name of
girls - written by Maxwell.

**Brad Edwards**
Trial Attorney

Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.

Mass Torts
Class Action
Personal Injury
Wrongful Death
Whistleblower Cases

WWW.PATHTOJUSTICE.COM

STAN POTTINGER

J. STANLEY POTTINGER PLLC