| | |
|---|---|
| **From:** | Kramer, Amanda (USANYS) |
| **To:** | Moe, Alison (USANYS); Rossmiller, Alexander (USANYS) |
| **Subject:** | FW: Contact Info ▮▮▮▮ (from ▮▮▮) |
| **Date:** | Thursday, December 6, 2018 1:40:33 PM |
| **Attachments:** | 20160502_193023_resized.jpg |

FYI

**From:** StanPottinger@aol.com <StanPottinger@aol.com>
**Sent:** Tuesday, May 3, 2016 12:02 PM
**To:** Kramer, Amanda (USANYS) <AKramer@usa.doj.gov>
**Cc:** Brad@pathtojustice.com; Smccawley@BSFLLP.com
**Subject:** Fwd: Contact Info ▮▮▮▮ (from ▮▮▮)

Amanda:

Yesterday I spoke of ▮▮▮▮, whom ▮▮▮▮ describes as a "scout" or recruiter of girls and/or women for J. Epstein. Attached to this incoming email from ▮▮▮ is the contact information he has for ▮▮▮.

Best regards,

Stan

> **From:** ▮▮▮▮▮▮
> **To:** StanPottinger@aol.com
> **Sent:** 5/3/2016 11:13:15 A.M. Eastern Daylight Time
> **Subj:** (no subject)
>
>
>
> Sent from my Samsung Galaxy smartphone.

Phone Numbers

Mobile:

Other:

Email Addresses

Email:

Notes