UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                        Case No.:

   -against-             15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

       Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

               - - -

       MAGNA LEGAL SERVICES
     1200 Avenue of the Americas
     New York, New York 10026



Page 2

```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                 401 East Las Olas Boulevard
 5               Fort Lauderdatle, Florida, 33301
      BY:        SIGRID McCAWLEY, ESQUIRE
 6               MEREDITH SCHULTZ, ESQUIRE
                 EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                 Attorneys for Plaintiff
10               425 N. Andrews Avenue
                 Fort Lauderdale, Florida 33301
11    BY:        BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14               383 South University Street
                 Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                 150 East 10th Avenu
18               Denver, Colorado 80203
      BY:        JEFFREY S. PAGLIUCA, ESQUIRE
19               LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



MAGNA
LEGAL SERVICES

1

2          THE VIDEOGRAPHER:  We are now on

3     the record and recording.  This begins

4     disk No. 1 in the deposition of

5     Ghislaine Maxwell in the matter of

6     Virginia Giuffre versus Ghislaine

7     Maxwell in the U.S. District Court for

8     the Southern District of New York.

9          Today is April 22, 2016 the time is

10    9:04 a.m..  This deposition is being

11    taken at 575 Lexington Avenue in New

12    York at the request of Sigrid McCawley

13    of Boies Schiller & Flexner.

14          The videographer is James Christe

15    and the court reporter is Leslie Fagin.

16    Will counsel state their appearance and

17    whom they represent and then court

18    reporter swear in Ms. Maxwell.

19          MS. McCAWLEY:  My name is Sigrid

20    McCawley with my colleague Meredith

21    Schultz.  We are with Boies Schiller &

22    Flexner.  We represent Ms. Giuffre.

23          MR. EDWARDS:  Brad Edwards.  I also

24    represent Ms.  Giuffre.

25          MR. CASSELL:  Paul Cassell, I also



Page 4

```
 1        G Maxwell - Confidential

 2        represent Ms. Giuffre.

 3            MR. PAGLIUCA:   Jeff Pagliuca and

 4        Laura Menninger on behalf of Ms.

 5        Maxwell.

 6  G H I S L A I N E    M A X W E L L,   called

 7  as a   witness,   having been duly sworn by a

 8  Notary Public, was examined and testified as

 9  follows:

10  EXAMINATION BY

11  MS. McCAWLEY:

12      Q.   Good morning.  I'm going to explain

13  some of the rules that will happen with

14  respect to depositions.

15           Have you ever been deposed before?

16      A.   I have not.

17      Q.   What is going to happen here, we

18  have a court reporter and a videographer.

19  What they do is take down the words that we

20  say so when I ask you a question they will

21  record what you say in response to that.  So

22  we have to be mindful that in order for them

23  to do their job we can't talk over each

24  other.

25           Another issue you have to be weary
```



Page 8

1          G Maxwell - Confidential

2     It's in the process of being sold.  It still

3     requires some final paperwork to be done, so

4     just for the purposes of clarity.

5          Q.   Do you have a new address where you

6     will be living?

7          A.   I do not.

8          Q.   For the purpose of the record, if

9     there is something I ask you that you later

10    remember something else or need to correct

11    your testimony in some way, you can do that,

12    just let me know what it is and we will go

13    back to that question and can you clarify.

14         A.   Of course.  I just wanted to be

15    clear, there is still some paperwork pending

16    for final release, but it's in the process of

17    sale.  But I don't have another address

18    currently, so whilst that should still be of

19    record that the mail could be forwarded

20    there, so for purposes of clarity I wanted to

21    be clear.

22         Q.   I appreciate that.

23              So Ms. Maxwell, when did you first

24    recruit a female to work for Mr. Epstein?

25              MR. PAGLIUCA:  Again.  I object to



1        G Maxwell - Confidential

2        form and foundation of the question.

3        Q.   You can answer the question.

4        A.   First of all, can you please

5    clarify the question.  I don't understand

6    what you mean by female, I don't understand

7    what you mean by recruit.  Please be more

8    clear and specific about what you are

9    suggesting.

10       Q.   Are you a female, is that the sex

11   that you are?

12       A.   I am a female.

13       Q.   That's what I'm referring to a

14   female and I'm asking you when you first, the

15   very first time you recruited a female to

16   work for Mr. Epstein?

17       A.   Again, I don't understand what

18   female -- I am a 54 year old women.

19       Q.   I'm not making it age, any age of a

20   female that you recruited to work for Mr.

21   Epstein?

22       A.   Again, I was somebody who hired a

23   number of people to work for Mr. Epstein and

24   hiring is one of my functions.

25       Q.   And when is the first time you



Page 14

1           G Maxwell - Confidential

2               Any female under the age of 18, did

3      you invite them to come to Jeffrey's home?

4               MR. PAGLIUCA:  Object to the form

5           and foundation.

6           A.   Again, as I said, I am not aware of

7      inviting anybody other than friends of mine

8      who have children to the house.

9           Q.   Did you invite Virginia Giuffre to

10     come to Jeffrey Epstein's home when she was

11     under the age of 18?

12              MR. PAGLIUCA:  Object to the form

13          and foundation.

14          A.   Virginia Roberts held herself out

15     as a masseuse and invited herself to come and

16     give a massage.

17          Q.   My question is, did you invite

18     Virginia Roberts when she was under the age

19     of 18 to come to Jeffrey Epstein's home?

20              MR. PAGLIUCA:  Object to the form

21          and foundation.

22          A.   Again, Virginia Roberts was a

23     masseuse --

24          Q.   I'm asking not asking if she was a

25     masseuse.  I'm asking if you invited her to



MAGNA
LEGAL SERVICES

1        G Maxwell - Confidential

2   come to Jeffrey Epstein's home?

3        A.   Again, there would be no course to

4   have a conversation with Virginia unless she

5   held herself out to be a masseuse.

6        Q.   I'm not asking that question.  I'm

7   asking if you invited her to come to Jeffrey

8   Epstein's home when she was under the age of

9   18?

10       A.   Again, I repeat, she was a masseuse

11  and in the form and as my job, I was to have

12  people who he wanted for various things

13  including massage.  She came as a masseuse.

14       Q.   So you invited her to his home to

15  come to give a massage, is that correct?

16            MR. PAGLIUCA:  Object to the form

17       and foundation.  Misstates the witness'

18       testimony.

19       A.   Again, I did not invite Virginia

20  Roberts.  She came as a masseuse.

21       Q.   She who invited her to come as a

22  masseuse, she just showed up at the front

23  door?

24            MR. PAGLIUCA:  Object to the form

25       and foundation.



Page 16

1          G Maxwell - Confidential

2          A.   Ms. Roberts held herself out --

3          Q.   I'm not asking how she held herself

4    out.  I'm asking how she arrived at the home.

5    Did you meet her and invite her to come to

6    the home or how did she arrive there?

7               MR. PAGLIUCA:   Object to the form

8          and foundation.

9          A.   Ms. Roberts held her to be a

10   masseuse and her mother drove her to the

11   house.

12         Q.   When did you first meet Virginia

13   Roberts?

14         A.   I don't have a recollection of the

15   first meeting.

16         Q.   Do you recall meeting her at

17   Mar-a-Lago?

18         A.   Like I said, I don't have a

19   recollection of meeting Ms. Roberts.

20         Q.   So you recall Ms. Roberts being

21   brought to the home by her mother, is that

22   your testimony?

23         A.   That is my testimony.

24         Q.   And that is the first time you met

25   her?



Page 17

```
 1          G Maxwell - Confidential
 2     A.   Like I said, I don't recall meeting
 3   her the first time.  I do remember her mother
 4   bringing her to the house.
 5     Q.   Are you a member at Mar-a-Lago?
 6     A.   No.
 7     Q.   Have you visited Mar-a-Lago?
 8     A.   Yes.
 9     Q.   Did you visit Mar-a-Lago in the
10   year 2000?
11     A.   I'm pretty sure I did.
12     Q.   When Ms. Roberts arrived at the
13   home with her mother, what happened?
14     A.   I spoke to her mother outside of
15   the house and she -- what I don't recall is
16   exactly what happened because I was talking
17   to her mother the entire she was in the
18   house.
19     Q.   Did you introduce Ms. Roberts to
20   Jeffrey Epstein?
21     A.   I don't recall how she actually met
22   Mr. Epstein.  As I said, I spoke to her
23   mother the entire time outside the house.
24     Q.   Did you walk Ms. Roberts up to the
25   upstairs location at the Palm Beach house to
```


MAGNA
LEGAL SERVICES

Page 39

1          G Maxwell - Confidential

2      A.    No.

3      Q.    Were you aware that Jeffrey was

4  having sexual contact with ███████████ when

5  she was 13 years old?

6          MR. PAGLIUCA:  Object to the form

7      and foundation.

8      A.    I would be very shocked and

9  surprised if that were true.

10      Q.    Were you in the house when ██████

11  ██████ was in the house in a private area

12  with Jeffrey Epstein?

13          MR. PAGLIUCA:  Object to the form

14      and foundation.

15      A.    Can you repeat the question.

16      Q.    Were you ever in the Palm Beach

17  house when Jeffrey Epstein was in the house

18  with ████████████?

19          MR. PAGLIUCA:  Object to the form

20      and foundation.

21      A.    I've already testified that I have

22  met her and that she was there ███████

23  ██████  I don't understand what your

24  question is asking.

25      Q.    So you have never seen ██████



Page 51

```
 1          G Maxwell - Confidential
 2    therapists paid?
 3             MR. PAGLIUCA:  Object to the form
 4        and foundation.
 5        A.    They get paid between 100 and $200.
 6        Q.    Did it vary based on what sexual
 7    acts they performed?
 8             MR. PAGLIUCA:  Object to the form
 9        and foundation.
10        A.    No.  It varied depending how much
11    time, some massage therapists charge more and
12    some charge less.
13        Q.    Did the massage therapists that
14    were hired to come to the home perform sexual
15    acts for Jeffrey Epstein?
16             MR. PAGLIUCA:  Object to the form
17        and foundation.
18        A.    What are you asking me?
19        Q.    I'm asking if the massage
20    therapists --
21        A.    Are you asking me about underage
22    girls?
23        Q.    I'm asking in general, did any of
24    the massage therapists in the home --
25        A.    Are you asking if they were paid
```



MAGNA ▶
LEGAL SERVICES

     1          G Maxwell - Confidential
     2    for sexual acts.
     3          Q.   I'm asking if they performed sexual
     4    acts?
     5               MR. PAGLIUCA:  Object to the form
     6          and foundation.
     7          Q.   Did any of the massage therapists
     8    who were at the home perform sexual acts for
     9    Jeffrey Epstein?
    10          A.   I don't know what you mean by
    11    sexual acts.
    12          Q.   Did any of the massage therapists
    13    who were working at the home perform sexual
    14    acts, including touching the breasts,
    15    touching the vaginal area, being touched
    16    while Jeffrey is masturbating, having
    17    intercourse, any of those things?
    18               MR. PAGLIUCA:  Objection.  Form and
    19          foundation.
    20               To the extent any of this is asking
    21          for to your knowledge any consensual sex
    22          act that may or may not have involved
    23          you, I'm instructing you not to answer
    24          the question.
    25          Q.   I'm not asking about consensual sex



Page 53

1        G Maxwell - Confidential

2   acts.  I'm asking whether any of the massage

3   therapists performed sexual acts for Mr.

4   Epstein, as I have just described?

5        A.   I have never seen anybody have

6   sexual intercourse with with Jeffrey, ever.

7        Q.   I'm not asking about sexual

8   intercourse.  I'm asking about any sexual

9   act, touching of the breast -- did you ever

10  see -- can you read back the question?

11           (Record read.)

12       A.   I'm not addressing any questions

13  about consensual adult sex.  If you want to

14  talk about what the subject matter, which is

15  defamation and lying, Virginia Roberts, that

16  you and Virginia Roberts are participating in

17  perpetrating her lies, I'm happy to address

18  those.  I never saw any inappropriate

19  underage activities with Jeffrey ever.

20       Q.   I'm not asking about underage.  I'm

21  asking about whether any of the masseuses

22  that were at the home perform sexual acts for

23  Jeffrey Epstein?

24       A.   I have just answered the question.

25       Q.   No, you haven't.



Page 54

```
 1            G Maxwell - Confidential

 2      A.   I have.

 3      Q.   No, you haven't.

 4      A.   Yes, I have.

 5      Q.   You are refusing to answer the

 6 question.

 7      A.   Let's move on.

 8      Q.   I'm in charge of the deposition.  I

 9 say when we move on and when we don't.

10            You are here to respond to my

11 questions.  If you are refusing to answer the

12 court will bring you back for another

13 deposition to answer these questions.

14            Do you understand that?

15            MR. PAGLIUCA:  You don't need to

16      threaten the witness.

17            MS. McCAWLEY:  I'm not threatening

18      her.  I'm making sure the record is

19      clear.

20            MR. PAGLIUCA:  Certainly can you

21      apply to have someone come back and the

22      court may or may not have her come back

23      again.

24            Again, she is not answering

25      questions that relate to adult consent
```



Page 55

```
 1          G Maxwell - Confidential
 2      sex acts.  Period.  And that's the
 3      instruction and we can take it up with
 4      the court.
 5          Q.   Ms. Maxwell, are you aware of any
 6  sexual acts with masseuses and Jeffrey
 7  Epstein that were nonconsensual?
 8          A.   No.
 9          Q.   How do you know that?
10          A.   All the time that I have been in
11  the house I have never seen, heard, nor
12  witnessed, nor have reported to me that any
13  activities took place, that people were in
14  distress, either reported to me by the staff
15  or anyone else.  I base my answer based on
16  that.
17          Q.   Are you familiar with a person by
18  the name of ████████████?
19          A.   I am.
20          Q.   Has ████████████ given a statement
21  to police about you performing sexual acts on
22  her?
23          A.   I have not heard that.
24          Q.   Has ████████████ given a statement
25  to police about Jeffrey Epstein performing
```



1          G Maxwell - Confidential

2      Q.   In your responsibilities in working

3  for Jeffrey, would you book massages for him

4  on any given day so that he would have a

5  massage scheduled?  Would you take a call for

6  example and book a massage for him?

7          MR. PAGLIUCA:  Objection to the

8      form and foundation.

9      Q.   You can answer.

10      A.   Typically, that was not my

11  responsibility.  He would either book the

12  massage himself or one of his other

13  assistants would do that.

14      Q.   From time to time you had to do

15  that?

16          MR. PAGLIUCA:  Objection to the

17      form and foundation.

18      A.   Like I said, typically it was

19  somebody else's responsibility.

20      Q.   If you were unable to book a girl

21  for a massage on a given day, would that mean

22  that you were responsible for giving him a

23  sexual massage?

24          MR. PAGLIUCA:  Objection to the

25      form and foundation and I instruct you



Page 93

1        G Maxwell - Confidential

2        not to answer any questions about any of

3        your consensual adult sexual activity.

4        Q.   So you are not going to answer that

5    question?

6        A.   You just heard my counsel.

7        Q.   Have you ever said to anybody that

8    recruiting other girls to perform sexual

9    massages for Jeffrey Epstein takes the

10   pressure off you?

11           MR. PAGLIUCA:   Object to the form

12       and foundation.

13       A.   Repeat the question and break it

14   out.

15       Q.   Have you ever said to anybody that

16   you recruit girls --

17       A.   Stop right there.  I never

18   recruited girls, let's stop there.  Now

19   breakdown the question.

20       Q.   Have you ever said to anybody --

21       A.   By girls, we are talking about

22   underage people -- you said girls, are you

23   talking about underage -- we are not talking

24   about consensual acts -- this is a defamation

25   suit.


MAGNA
LEGAL SERVICES

Page 94

1          G Maxwell - Confidential

2          Q.   I'm asking the questions.  I know

3     what this case is about.  I'm trying to -- I

4     will ask you questions if you don't

5     understand the question I can break it down

6     for you.  I'm happy to do that.

7          A.   Break it down a lot please.

8          Q.   I will do that.

9               The question is, have you ever said

10    to anybody that you recruit other girls --

11         A.   Why don't you stop there.

12         Q.   Let me finish my question.

13              Have you ever said to anybody that

14    you recruit girls to take the pressure off

15    you, so you won't have to have sex with

16    Jeffrey, have you said that?

17              That's the question?

18         A.   You don't ask me questions like

19    that.  First of all, you are trying to trap

20    me, I will not be trapped.  You are asking me

21    if I recruit, I told you no.  Girls meaning

22    underage, I already said I don't do that with

23    underage people and as to ask me about a

24    specific conversation I had with language, we

25    talking about almost 17 years ago when this



Page 95

```
 1          G Maxwell - Confidential
 2    took place.  I cannot testify to an actual
 3    conversation or language that I used with
 4    anybody at any time.
 5         Q.   Have you ever said to anybody that
 6    you recruit other females over the age of 18
 7    to take the pressure off you to having to
 8    have sex with Jeffrey?
 9         A.   I totally resent and find it
10    disgusting that you use the word recruit.  I
11    already told you I don't know what you are
12    saying about that and your implication is
13    repulsive.
14         Q.   Answer my question.
15         A.   I just did.
16         Q.   Have you ever said to anybody that
17    you recruit females --
18         A.   I don't recruit anybody.
19         Q.   That's an answer.  So you never
20    said that?
21         A.   I'm testifying that I cannot
22    testify to an actual language --
23         Q.   It's a yes or no.
24         A.   I will not testify to an actual
25    statement made 17 years ago, so I cannot
```



```
 1          G Maxwell - Confidential
 2    the flights?
 3          A.   I can't recollect having a meal
 4    with them, but just so we are clear, the
 5    allegations that ████████ had a meal on
 6    Jeffrey's island is 100 percent false.
 7          Q.   But he may have had a meal on
 8    Jeffrey's plane?
 9          A.   I'm sure he had a meal on Jeffrey's
10    plane.
11          Q.   You do know how many times he flew
12    on Jeffrey's plane?
13          A.   I don't.
14          Q.   Do you know who ████████████ is?
15          A.   I do.
16          Q.   How do you know him?
17          A.   He used to work or still works for
18    ██████████████████
19          Q.   Did you ever have a relationship
20    with him?
21          A.   We are talking about adult
22    consensual relationships, it's off the
23    record.
24          Q.   I'm not asking what you did with
25    him, I'm asking if you ever had a
```



MAGNA
LEGAL SERVICES

Page 138

```
 1        G Maxwell - Confidential
 2   relationship with him?
 3           MR. PAGLIUCA:  If you understand
 4       the term relationship, certainly you can
 5       answer that.
 6       A.   Define relationship.
 7       Q.   Somebody that you would have spent
 8   time together, either seeing them in a
 9   romantic relationship or --
10       A.   You need to be, what do you mean by
11   romantic.  I was friends with ████ but you
12   are suggesting something more so I want to be
13   clear what you are actually asking me.
14       Q.   You defined it.  You said you were
15   friends with him.  If that's what you were
16   that's all I need to know.
17           While you were on the trip with
18   ██████████████, do you recall where you
19   stayed at these locations, in other words,
20   would you leave the jet and stay overnight at
21   a hotel, do you have a recollection of this
22   trip?
23       A.   I recollect the trip but if you're
24   asking me where we stayed, you can see it's a
25   very fast paced trip.  It was very tiring and
```



Page 171

```
 1          G Maxwell - Confidential
 2    more time because I want you to be able to
 3    understand it.
 4              Knowing that you have the police
 5    report here and knowing about the criminal
 6    investigation, do you believe that Jeffrey
 7    Epstein sexually abused minors?
 8              MR. PAGLIUCA:  Same objection.
 9          A.   I know what you put in front of me
10    and I know what I read.
11          Q.   I'm asking what you believe, do you
12    believe Jeffrey Epstein sexually abused
13    minors?
14          A.   I can only tell you what I read and
15    what you showed me.
16          Q.   I'm asking what you believe, from
17    your own belief, do you believe that Jeffrey
18    Epstein abused minors?
19          A.   I can only go from what I know
20    personally and what I know personally about
21    what Virginia's lies talked about.  She is
22    the only person I know that actually claimed
23    that.  And I can say with certitude that
24    everything Virginia said was a lie.
25          Q.   You are aware Jeffrey Epstein was
```



           1          G Maxwell - Confidential

           2     sentenced for sexual abuse, are you aware of

           3     that?

           4             MR. PAGLIUCA:  Objection to the

           5        form and foundation.

           6        Q.   Are you aware that Jeffrey Epstein

           7     served time for sexual abuse of a minor?

           8             MR. PAGLIUCA:  Objection to the

           9        form and foundation.

          10        A.   I don't believe that's what he was

          11     sentenced for, actually.

          12        Q.   So you don't know that Jeffrey

          13     Epstein served time for sexually abusing a

          14     minor?

          15             MR. PAGLIUCA:  Objection to the

          16        form and foundation.

          17        A.   I don't believe that's what he was

          18     sentenced for.

          19        Q.   Do you know that Jeffrey Epstein

          20     was convicted for procuring a minor for

          21     prostitution?

          22             MR. PAGLIUCA:  Objection to the

          23        form and foundation.

          24        A.   I don't know exactly what he was

          25     convicted of.  I don't know that he was



Page 173

1           G Maxwell - Confidential

2    convicted.  I know he spent time in jail.

3        Q.   Do you know that he spent time in

4    jail related to an issue with a minor child?

5             MR. PAGLIUCA:  Objection to the

6        form and foundation.

7        A.   I did not know that.

8        Q.   What did you think he was spending

9    time in jail for?

10       A.   I only know he went to jail for --

11   it was alleged that he hired -- had an

12   underage prostitute.

13       Q.   So knowing that, do you believe

14   that Jeffrey Epstein sexually abused minors?

15            MR. PAGLIUCA:  Objection to the

16       form and foundation.

17       A.   I can only tell you what he went to

18   jail for.

19       Q.   I'm asking what you believe.  I'm

20   not asking what he went to jail for.  I'm

21   asking for your belief.

22       A.   I cannot testify to what I believe.

23   I can only say what I have seen in the

24   reports and I know he went to jail.

25       Q.   You can testify to what you



Page 183

1          G Maxwell - Confidential

2     sexually abused any minor children?

3          A.   Again, I only know 1000 percent

4     that Virginia is a liar.  I can only talk to

5     Virginia, her lies and your inappropriate,

6     unethical, really unattractive, terrible use

7     of her and the way that you have abused the

8     system, used the press for purposes that are

9     unethical, inappropriate and appalling.

10         Q.   Do you believe that Jeffrey Epstein

11    used massages to lure minors to have sex with

12    him?

13         A.   Again, that is Virginia's

14    testimony, which is a lie.

15         Q.   But do you believe that?

16         A.   Again, I refer back to Virginia.

17         Q.   I'm asking whether you believe it

18    or not?

19         A.   I can only go with what I know and

20    I know Virginia is a liar and therefore

21    that's a lie.

22         Q.   So you don't believe that?

23         A.   I said, I only know that Virginia

24    is lying.

25         Q.   Are you aware that Jeffrey Epstein



```
 1          G Maxwell - Confidential

 2    is a registered sex offender?

 3          A.    I am.

 4          Q.    Are you aware that Jeffrey Epstein

 5    paid considerable amounts of money to settle

 6    lawsuits with the minor children that he had

 7    sexual contact with?

 8                MR. PAGLIUCA:   Objection to the

 9          form and foundation.

10          A.    I have no knowledge of those

11    issues.

12          Q.    Why did you continue to maintain

13    contact with Jeffrey Epstein after he pled

14    guilty?

15          A.    I'm a very loyal person and Jeffrey

16    was very good to me when my father passed

17    away and I believe that you need to be a good

18    friend in people's hour of need and I felt

19    that it was a very thoughtful, nice thing for

20    me to do to help in very limited fashion

21    which was helping if he had any issue with

22    his homes, in terms of the staffing issues.

23    It was very, very minor but I felt it was

24    thoughtful in somebody's hour of need.

25          Q.    Did he continue to pay you during
```



1           G Maxwell - Confidential

2    that time period?

3         A.   I was paid a little.

4         Q.   You were paid?

5         A.   Yes.

6         Q.   When you say a little, what you did

7    mean by that?

8         A.   I don't recall exactly the amount.

9         Q.   So in 2009 when you left him, what

10   were you being paid?

11        A.   I just told you, I don't recall.

12        Q.   Were you being paid $100,000?

13        A.   I just don't you I don't recall.

14        Q.   Were you paid over a million

15   dollars?

16        A.   I think I would remember over a

17   million dollars.

18        Q.   So it was under a million dollars?

19        A.   It was under a million dollars.

20        Q.   Was it over $500,000?

21        A.   I just told you, it was under 500,

22   it was an amount of money less than $500,000,

23   less than a million dollars and I did it out

24   of thoughtfulness and consideration for

25   somebody who was in trouble.



```
 1           G Maxwell - Confidential
 2      Q.    Did you have an attorney to consult
 3  with during the criminal investigation of
 4  Jeffrey Epstein?
 5      A.    I don't believe I did.
 6      Q.    When did you learn that a search
 7  warrant was executed for the Palm Beach
 8  house?
 9      A.    I don't recall exactly.
10      Q.    Were you present at the house in
11  advance of the search warrant being executed?
12           MR. PAGLIUCA:   Object to the form
13      of the question.
14      A.    I don't remember when the search
15  warrant was executed and I don't remember the
16  year that the search warrant was executed and
17  whenever that was, I already testified, I was
18  very, very infrequently at the house.  So
19  highly unlikely but I was there a couple of
20  days, I just don't know which days it was in
21  relation to the police situation.
22      Q.    Did you have a computer at the Palm
23  Beach home that was a computer that you would
24  use?
25      A.    No.
```



Page 244

1          G Maxwell - Confidential

2     I took of people would only have been

3     mainstream type magazine type photos and any

4     photos I took could have been very happily

5     and expected to be displayed on your parents'

6     mantel piece or grandparents' mantel piece.

7          Q.   Is it a lie that you approached

8     females to bring them to Jeffrey Epstein?

9               MR. PAGLIUCA:  Objection to the

10          form and foundation.

11          A.   Please ask the question, again.

12          Q.   Sure.  Is it a lie that you

13     approached females to bring them to Jeffrey

14     Epstein?

15          A.   I don't know what you are asking

16     me.

17          Q.   I'm asking you, if it's a lie that

18     you approached females to bring them to

19     Jeffrey Epstein?

20               MR. PAGLIUCA:  Objection to the

21          form and foundation.

22          A.   You are not asking me a good

23     question, sorry.

24          Q.   You don't get to choose the

25     questions.



1       G Maxwell - Confidential

2       A.   I would like to answer your

3   questions but you are not asking me a

4   question that I can answer.

5       Q.   What about that is causing you

6   pause where you can't answer the question?

7       A.   You are trying to trap me and

8   that's not fair, so I already testified that

9   I hire people across the board, so I would

10  hire architects, decorators, pool people,

11  exercise instructors, gardeners, cooks,

12  chefs, cleaning people.  So I, in the course

13  of a very long time when I would hire people

14  I hired people to work for Jeffrey.  So I'm

15  happy to testify to hiring people for every

16  possible conceivable proper job that you

17  could conceive of within the context of

18  Jeffrey's life and homes.

19      Q.   Is it a lie that you approached

20  females to bring them to Jeffrey Epstein for

21  the purpose of performing massages?

22          MR. PAGLIUCA:  Objection to the

23      form and foundation.

24      A.   Again, I have already testified

25  that part of the job that I had was to hire



```
 1          G Maxwell - Confidential
 2   lots of different types of people.  In terms
 3   of whatever -- very small part of my job,
 4   Jeffrey enjoyed getting massages.  I think
 5   that is something we can all agree in this
 6   room and within the context of that, very
 7   infrequently I would go to spas and myself
 8   happily receive a professional nonsexual
 9   massage from a man and/or from a woman and if
10   that massage was something that I thought was
11   something that was good, I would ask if that
12   man or woman would come back and does home
13   visits.  If that person said that they did,
14   they would sometimes come, from time to time,
15   not always, come back to the house to perform
16   a nonsexual professional male or female
17   massage.
18       Q.    Were any of the exercise
19   instructors you hired under the age of 18?
20       A.    Again, I don't hire, we've already
21   established that I don't hire people.  I
22   interview people to see if they are competent
23   in the job that they do and/or whether they
24   are someone who seemed that they can do home
25   visits.
```



```
 1        G Maxwell - Confidential
 2            At the point where I think that
 3   there is somebody that has, can be either
 4   whatever the job may be, pool, gardener, chef
 5   and/or exercise instructor and I think they
 6   could be good at whatever it is at whatever
 7   skill that they had and they did a home visit
 8   which would obviously be mandatory and Mr.
 9   Epstein would meet with them and decide if he
10   wanted to have whatever skill it was that he
11   would do it and then he would then either
12   have them come back or hire them.
13        Q.   Were there any exercise instructors
14   that worked at the home that were under the
15   age of 18?
16            MR. PAGLIUCA:  Objection to the
17       form and foundation.
18        A.   Again, I keep coming back to this,
19   that the people that I employed or -- not the
20   right word, the people I would meet to come
21   and work at the house, under any guise
22   whatsoever, again, from any of the many
23   positions that I filled, were all over --
24   were adults.
25        Q.   When you say adults, over the age
```



1          G Maxwell - Confidential

2     of 18?

3          A.    I think we can establish what adult

4     would be.

5          Q.    You never interviewed or I know you

6     don't want to use the word hired, whatever

7     your role was, you brought in an exercise

8     instructor that was under the age of 18 to

9     work at the house?

10               MR. PAGLIUCA:  Object to the form

11          and foundation.

12          A.    I have already testified that what

13    I was responsible for was to find people who

14    had competencies in whatever area I was

15    looking for.  The competencies I was looking

16    for were professional and adult.

17          Q.    So there was no exercise instructor

18    that worked at the Palm Beach house or the

19    New York house or the New Mexico house or the

20    USVI under the age of 18?

21               MR. PAGLIUCA:  Objection to the

22          form and foundation.

23          A.    I can only testify to when I was at

24    the house.

25          Q.    Yes.



Page 249

1          G Maxwell - Confidential

2          A.    I can only testify to the years

3     when I was present.

4          Q.    Right.

5          A.    And I can also only testify to

6     people I personally either met and/or worked

7     with and/or invited, to find the correct

8     word, I don't know what the correct word is,

9     to come to do exercise or whatever it was at

10    the house.

11          Of the people that I, male and/or

12    female that I brought were all appropriate

13    and age appropriate adults.

14          Q.    Over the age of 18?

15          A.    We've established them as an adult.

16          Q.    You are saying appropriate adults,

17    so we are clear, you didn't hire or bring in

18    or know of any exercise instructors that were

19    under the age of 18 at any of those homes?

20          A.    I am also testifying that when I

21    was present at the house and with the people

22    that I brought in, were all age appropriate

23    adults.

24          Q.    How do you define age appropriate

25    adults, is that over the age of 18, can we



1          G Maxwell - Confidential

2     agree to that?

3          MR. PAGLIUCA:  Objection to the

4     form and foundation.

5     Q.    Are they under the age of 18?

6     A.    We already established that you can

7     be a masseuse in Florida at age 17.  That

8     does not make it inappropriate.

9     A.    I'm not saying appropriate or

10    inappropriate.  I'm just asking if there were

11    any exercise instructors that were under the

12    age of 18.

13    A.    I am not aware if anybody was but I

14    don't want to full out and say you oh she

15    said, we already established you can be a 17

16    year old masseuse and have it not be

17    something that is not appropriate.  So when

18    you say that and then you go, well, you come

19    back and say something, now we can establish

20    that Virginia was 17 but you can be a 17 year

21    old legal masseuse, but I am not aware to

22    your point.

23    Q.    Who were the other 17 year old

24    masseuses that you were aware of?

25    A.    I am not aware of any.



Page 251

1           G Maxwell - Confidential

2        Q.   Were there any 16 year year old

3   masseuse that you are aware of?

4        A.   I am not aware.

5        Q.   Any 15?

6        A.   I just want to be clear.  The only

7   person that I am aware of who claims to have

8   been a -- we have to -- we established

9   Virginia now is 17, given she has changed her

10  age so many times.  The only person that I am

11  aware of that was a masseuse at the time when

12  I was present in the house was Virginia.

13       Q.   Is it an obvious lie that Jeffrey

14  Epstein had a sexual preference for underage

15  miners?

16            MR. PAGLIUCA:  Objection to the

17       form and foundation.

18       A.   Can you ask the question again?

19       Q.   It is it an obvious lie that

20  Jeffrey Epstein had a sexual preference for

21  underage minors?

22            MR. PAGLIUCA:  Objection to the

23       form and foundation.

24       A.   Can you ask the question again?

25       Q.   Is it an obvious lie that Jeffrey



Page 252

```
 1          G Maxwell - Confidential
 2    Epstein had a sexual preference for underage
 3    minors?
 4              MR. PAGLIUCA:  Object to the form
 5         and foundation.
 6         A.   I cannot testify to what
 7    Jeffrey's --
 8         Q.   You don't know his preference?
 9         A.    You handed me a stack of papers
10    from the police reports and that's what I've
11    read but I have no knowledge, direct
12    knowledge, of what you are referencing.
13         Q.   So you don't know, you don't know
14    in your own mind that Jeffrey Epstein had a
15    sexual preference for underage minors, is
16    that correct?
17              MR. PAGLIUCA:  Objection to the
18         form and foundation.
19         Q.   Is that correct?
20         A.   Please ask the question again.
21         Q.   You don't know in your own mind
22    that Jeffrey Epstein had a sexual preference
23    for underage minors?
24              MR. PAGLIUCA:  Objection to the
25         form and foundation.  You have to pause,
```



Page 253

          1          G Maxwell - Confidential

          2          let me object, answer the question.

          3          Listen to her question, pause, I object,

          4          you answer.

          5          Q.    So you don't know in your own mind

          6    that Jeffrey Epstein had a sexual preference

          7    for underage minors?

          8                 MR. PAGLIUCA:  Objection to the

          9          form and foundation.

         10          Q.    You can answer.

         11          A.    I cannot tell you what Jeffrey's

         12    story is.  I'm not able to.

         13          Q.    Did Jeffrey Epstein have a scheme

         14    to recruit underage girls to use them for

         15    purposes of sexual massages?

         16                 MR. PAGLIUCA:  Objection to the

         17          form and foundation.

         18          A.    Can you ask me again, please?

         19          Q.    Did Jeffrey Epstein have a scheme

         20    to recruit underage girls to recruit them for

         21    sexual massages?

         22                 MR. PAGLIUCA:  Objection to the

         23          form and foundation.

         24          A.    Can you ask it a different way?

         25          Q.    Did Jeffrey Epstein have a scheme



1        G Maxwell - Confidential

2    to recruit underage girls for sexual

3    massages?

4            MR. PAGLIUCA:  Objection to the

5        form and foundation.

6        Q.   If you know.

7        A.   I don't know what you are talking

8    about.

9        Q.   Is it an obvious lie that Virginia

10   Giuffre was a minor the first time she was

11   taken to Jeffrey Epstein's house?

12           MR. PAGLIUCA:  Objection to the

13       form and foundation.

14       A.   So we've already established that

15   Virginia was 17 and we have established that

16   her mother brought her to the house and that

17   she came as a masseuse, age 17, which is

18   legal in Florida.

19       Q.   Would Jeffrey Epstein's assistants

20   arrange times for underage girls to come to

21   the house for sexual massages?

22           MR. PAGLIUCA:  Objection to the

23       form and foundation.

24       A.   What are you talking about?

25       Q.   Sure.  Would Jeffrey Epstein's



Page 382

```
 1          G Maxwell - Confidential
 2          A.    I know nothing about that
 3    transaction.
 4          Q.    Can you list for me all the girls
 5    that you have met and brought to Jeffrey
 6    Epstein's house that were under the age of
 7    18?
 8               MR. PAGLIUCA:  Objection to the
 9          form and foundation.
10          A.    I could only recall my family
11    members that were there and I could not make
12    a list of anyone else because that list -- it
13    never happened that I can think of.
14          Q.    I'm talking about the time you were
15    working for Jeffrey Epstein, can you list all
16    girls that you found for Jeffrey Epstein that
17    were under the age of 18 to come work for him
18    in any capacity?
19               MR. PAGLIUCA:  Objection to the
20          form and foundation.
21          A.    I didn't find the girls.
22          Q.    You choose the word.
23               MR. PAGLIUCA:  If you have a
24          question ask it, you don't choose the
25          word.
```



Page 383

```
 1          G Maxwell - Confidential
 2      Q.   List all of the girls you met and
 3  brought to Jeffrey Epstein's home for the
 4  purposes of employment that were under the
 5  age of 18?
 6          MR. PAGLIUCA:  Objection to the
 7          form and foundation.
 8      A.   I've already characterized my job
 9  was to find people, adults, professional
10  people to do the jobs I listed before; pool
11  person, secretary, house person, chef, pilot,
12  architect.
13      Q.   I'm asking about individuals under
14  the age of 18, not adult persons, people
15  under the age of 18.
16      A.   I looked for people or tried to
17  find people to fill professional jobs in
18  professional situations.
19      Q.   So Virginia Roberts was under the
20  age of 18, correct?
21      A.   I think we've established that
22  Virginia was 17.
23      Q.   Is she the -- sorry, go ahead.
24          Is she the only individual that you
25  met for purposes of hiring someone for
```



Page 384

1         G Maxwell - Confidential

2    Jeffrey that was under the age of 18?

3         MR. PAGLIUCA:  Objection to form

4         and foundation.  Mischaracterizes her

5         testimony.

6    A.    I didn't hire people.

7    Q.    I said met.

8    A.    I interviewed people for jobs for

9    professional things and I am not aware of

10   anyone aside from now Virginia who clearly

11   was a masseuse aged 17 but that's, at least

12   that's how far we know that I can think of

13   that fulfilled any professional capacity for

14   Jeffrey.

15   Q.    List all the people under the age

16   of 18 that you interacted with at any of

17   Jeffrey's properties?

18   A.    I'm not aware of anybody that I

19   interacted with, other than obviously

20   Virginia who was 17 at this point?

21         (Maxwell Exhibit 21, email, marked

22         for identification.)

23   Q.    I'm showing you what's been marked

24   as Maxwell 21, it's an email dated January

25   21, 2015 from Jeffrey to you.  Is that, you



```
 1          G Maxwell - Confidential
 2          MS. McCAWLEY:  I will state for the
 3     record there were questions today that
 4     remain unanswered because the witness
 5     has been instructed not to answer those
 6     questions and we will be raising our
 7     objections with the court to be able to
 8     have those questions answered in the
 9     near future.
10          MR. PAGLIUCA:  So we are clear, we
11     are designating this entire deposition
12     as confidential under the protective
13     order.  That would cover the paralegal
14     whose been present as well as the court
15     reporter and the videographer and all
16     the lawyers in the room.
17          THE VIDEOGRAPHER:  This concludes
18     today's proceedings.  We are off the
19     record at 6:43 p.m.
20          (Time noted: 6:43 p.m.)
21
22
23
24
25
```

