Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                    Case No.:
    -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - x

              **CONFIDENTIAL**

       Continued Videotaped Deposition of
GHISLAINE MAXWELL, the Defendant herein,
taken pursuant to subpoena, was held at
the law offices of Boies, Schiller &
Flexner, LLP, 575 Lexington Avenue, New
York, New York, commencing July 22,
2016, 9:04 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

             - - -

       MAGNA LEGAL SERVICES
    1200 Avenue of the Americas
    New York, New York 10026
       (866) 624-6221



Confidential

```
Page 2
 1
 2    APPEARANCES:
 3    On Behalf of the Plaintiff:
 4    BOIES SCHILLER & FLEXNER, LLP
                333 Main Street
 5              Armonk, New York 10504
      BY:       DAVID BOIES, ESQUIRE
 6
      BOIES SCHILLER & FLEXNER,LLP
 7              401 East Las Olas Boulevard
                Fort Lauderdale, Florida 33301
 8    BY:       MEREDITH SCHULTZ, ESQUIRE
                SIGRID McCAWLEY, ESQUIRE
 9              SANDRA PERKINS, PARALEGAL
10
      FARMER JAFFE WEISSING EDWARDS FISTOS &
11    LEHRMAN, P.L.
                425 N. Andrews Avenue
12              Fort Lauderdale, Florida 33301
      BY:       BRAD EDWARDS, ESQUIRE
13
14    PAUL G. CASSELL, ESQUIRE
                383 South University Street
15              Salt Lake City, Utah 84112
16
      J. STANLEY POTTINGER, PLLC
17              49 Twin Lakes Road
                South Salem, New York 10590
18    BY:       STAN POTTINGER, ESQUIRE
19
      On Behalf of Defendant:
20
      HADDON MORGAN FOREMAN
21    Attorneys for Defendant
                150 East 10th Avenue
22              Denver, Colorado 80203
      BY:       JEFFREY S. PAGLIUCA, ESQUIRE
23              LAURA A. MENNIGER, ESQUIRE
24
      Also Present:
25
```



Confidential

Page 3

1

2            THE VIDEOGRAPHER:  This is DVD No.

3      1, Volume II, of the continued video

4      recorded deposition of Ghislaine Maxwell

5      in the matter Virginia Giuffre against

6      Ghislaine Maxwell, in the United States

7      District Court, Southern District of New

8      York.

9            This deposition is being held at

10      575 Lexington Avenue, New York, New

11      York, on July 22, 2016 at approximately

12      9:04 a.m.

13            My name is Rodolfo Duran.  I am the

14      legal video specialist.  The court

15      reporter is Leslie Fagin, and we are

16      both in association with Magna Legal

17      Services.

18            Will counsel please introduce

19      themselves.

20            MR. BOIES:  This is David Boies, of

21      Boies, Schiller & Flexner, counsel for

22      plaintiff.

23            MS. SCHULTZ:  Meredith Schultz,

24      from Boies Schiller & Flexner, counsel

25      for plaintiff.



Page 4

1

2              MR. EDWARDS:  Brad Edwards, also

3        representing the plaintiff, Virginia

4        Giuffre.

5              MR. POTTINGER:  Stan Pottinger,

6        also representing the plaintiff.

7              MR. CASSELL:  Paul Cassell, from

8        Salt Lake City, Utah, also representing

9        Ms. Giuffre.

10             MR. PAGLIUCA:  Jeff Pagliuca and

11        Laura Menninger, on behalf of Ms.

12        Maxwell.

13             And Ms. McCawley has also entered

14        the room, and we have an assistant from

15        Boies Schiller from the Fort Lauderdale

16        office here today as well today.

17             THE VIDEOGRAPHER:  Will the court

18        reporter please swear in the witness.

19   G H I S L A I N E   M A X W E L L,

20        called as a witness, having been duly

21        sworn by a Notary Public, was

22        examined and testified as follows:

23   EXAMINATION BY

24   MR. BOIES:

25        Q.   Good morning, Ms. Maxwell.  ▬



Confidential

Page 53



1          G. Maxwell - Confidential

2              MR. PAGLIUCA:   Why don't we both

3       stop making speeches.

4    BY MR. BOIES:



Confidential

Page 54

1          G. Maxwell - Confidential





Confidential

Page 55



1        G. Maxwell - Confidential

2    Epstein's home in Palm Beach?

3        MR. PAGLIUCA:  Objection to form

4    and foundation.



Page 56

1          G. Maxwell - Confidential





Confidential

Page 57

```
 1          G. Maxwell - Confidential
 2              MR. PAGLIUCA:   Objection to form
 3      and foundation.
 4      A.  ███████████
 █  ███  █████████████████████████
 █  █████████████████████████████████
 █  █████████████████████████
 8              MR. PAGLIUCA:   Objection to form
 9      and foundation.
10      A.  █████████████████████
 █  █████████████████████████████████
 █  ███████████████████████████████
 █  ████████████████████████
 █  ███  ███████████████████████████
 █  ██████████████████████████████
 █  █████████████████████████████████
 █  ███████████████████████████
 █  ███  █████████
 █  ███  ████████████████████████████
 █  █████████████████████████████
 █  █████████████████████████████
 █  █████████████
 █  ████████████  ████████████
 █  ██████████████████
 █  ███  ████████████████
```





Confidential

Page 85

```
 1        G. Maxwell - Confidential
 2        only area that the witness was precluded
 3        from talking about in the first
 4        deposition.  So that's where we're at.
 5             MR. BOIES:  I think that directly
 6        misreads the judge's order, including
 7        where it says:  Defendant is ordered to
 8        answer questions relating to defendant's
 9        own sexual activity with or involving
10        Jeffrey Epstein, with or involving
11        plaintiff, with or involving underage
12        females, involving or including massage
13        with individuals defendant knew to be or
14        believed might become known to Epstein.
15             MR. PAGLIUCA:  All of it is
16        preceded by the word sexual activity.
17             MR. BOIES:  I think your point of
18        view is an interesting one, but we will
19        see what the judge rules on it.
20   BY MR. BOIES:
21
```



Page 86

```
 1          G. Maxwell - Confidential
 2       and foundation.
 3       A.    █████
██    █████    ████████████████████████
██    ███████████████████████████████████
██    ████████████████████████████████████
██    ████████████
 8              MR. PAGLIUCA:  Objection to form
 9       and foundation.
10       A.    I don't know.
11       Q.    Did any of them give you massages?
12       A.    No.
13       Q.    ██████████████████████████
██    ███████████████████████████████████
██    ████████████████████████████████████
██    █████████████████████████████
17              MR. PAGLIUCA:  Objection to form
18       and foundation.  Asked and answered.
19       A.    No.
20       Q.    Were they ever in the Virgin
21   Islands?
22              MR. PAGLIUCA:  Objection to form
23       and foundation.
24       A.    No.
25       █████    ███████████████████████████
```



Confidential



Page 87

        1          G. Maxwell - Confidential

       24          MR. PAGLIUCA:  Objection to form

       25       and foundation.



Confidential

Page 88



```
 1          G. Maxwell - Confidential
 2          ██      ██
 ██         ██      ███████████████████████
 ██   █████████████████████████████████████
 ██   ███████████████████████████████████
 ██   ████████████████████████████████
 ██   ████████████
 ██         ██      ██
 9          Q.    Were you aware of the presence of
10   sex toys or devices used in sexual activities
11   in Mr. Epstein's Palm Beach house?
 ██              █████████████  █████████████
 ██         ████████████
14          A.    No, not that I recall.
 ██         ██      ██████████████████████████
 ██   █████████████████████████████████████
 ██   █████████████████████████
 ██         ██      ██
 ██         ██      ██████████████████████████
 ██   ███████████████████████████████████████
 ██   ███████████████████████████████████████
 ██              █████████████  █████████████
 ██         ████████████████
 ██         ██      ██
 ██         ██      █████████████████████████
```



Confidential

Page 89

1          G. Maxwell - Confidential

2  ████████████████████████████████

█  ██████████████████████████████████

█  █████████████████

█          ████████████  █████████████

█      █████████████████

█      ████   ████

8      Q.   Do you know whether Mr. Epstein

9  possessed sex toys or devices used in sexual

10  activities?

█          ████████████  █████████████

█      █████████████████

13     A.   No.

█      ████  ███████████████████████

█  ████████████████████████████████████

█  █████████████

█          ████████████  █████████████

█      █████████████████

█      ████   ████

█      ████   ████████████████████

█  ██████████████████████████████████

█  ████████████████████████████

█      ████   ████

█      ████   ████████████████████

█  ██████████████████████████



Confidential

Page 90

1          G. Maxwell - Confidential





Confidential

Page 91

```
 1          G. Maxwell - Confidential
 2       it to something in the case.
 3           MR. BOIES:  I think it's tied, but
 4       if you instruct her not to answer, it
 5       goes into the --
 6           MR. PAGLIUCA:  Meat grinder.
 7  BY MR. BOIES:
 8       Q.   ██████████████████████████████
 ██████████████████████████████████████
 ████████████████████████████████████████
 ██████████████████████████████████████
 ███████████████████
 ██████████████████    ███████████████
14       A.   Can you repeat the question?
15       Q.   ██████████████████████████
 ████████████████████████████████████████
 ████████████████████████████████████████
 ██████████████████████████████████████████
 ██████████████
20           MR. PAGLIUCA:  Same objection.
21       A.   No.
22       Q.   Other than yourself and the blond
23  and brunette that you have identified as
24  having been involved in three-way sexual
25  activities, with whom did Mr. Epstein have
```



MAGNA ▶
LEGAL SERVICES

Confidential

Page 92

```
 1        G. Maxwell - Confidential
 2   sexual activities?
```

■                    ████████    ███████████

■         ████████████

```
 5        A.   I wasn't aware that he was having
 6   sexual activities with anyone when I was with
 7   him other than myself.
 8        Q.   I want to be sure that I'm clear.
 9   Is it your testimony that in the 1990s and
10   2000s, you were not aware that Mr. Epstein
11   was having sexual activities with anyone
12   other than yourself and the blond and
13   brunette on those few occasions when they
14   were involved with you?
15        A.   That is my testimony, that is
16   correct.
```

■        ■    ████████████████████████

■  ████████████████████████████████

■  ██████████████████████████████

■  █████████████████████████████████████

■  ██████████████████████████████

■  ██████████

■         ████████████    ██████████████

■    ████████████████

■        ■    ████████████████████████



Confidential

Page 93



```
 1            G. Maxwell - Confidential
 2
25        Q.    Do you know
```

Confidential

Page 112

```
 1          G. Maxwell - Confidential
 2   ever see ████████████?
 3          A.   I don't recall ever seeing her.
 4          Q.   ████████████████████████
     █ ██████████████████
 6          A.   ████
 7          Q.   Did ██████████ ever engage in any
 8   sexual activity with Mr. Epstein?
 9          A.   I wouldn't know.  I would assume
10   not, but I don't know.
11          Q.   Do you have any reason to believe
12   that Mr. Epstein engaged in any sexual
13   activity with ██████████?
14              MR. PAGLIUCA:  Objection to form
15          and foundation.
16          A.   I wouldn't know.
17          Q.   Did you ever give a massage to
18   anyone other than Mr. Epstein at any of Mr.
19   Epstein's properties?
20          A.   First of all, I never said I gave
21   Mr. Epstein a massage.
22          Q.   I will ask that question if you
23   want, but I was focusing on people other than
24   Mr. Epstein right now.
25          A.   I don't give massages.
```



Confidential

Page 113

```
 1          G. Maxwell - Confidential
 2          Q.    Let's just tie that down.  It is
 3     your testimony that you've never given
 4     anybody a massage?
 5          A.    I have not given anyone a massage.
 6          Q.    You never gave Mr. Epstein a
 7     massage, is that your testimony?
 8          A.    That is my testimony.
 9          Q.    You never gave ████████ a
10     massage is your testimony?
11          A.    I never gave ████████ a
12     massage.
13          Q.    Did you, or to your knowledge,
14     Mr. Epstein pay for ████████ to go to
15     Thailand?
16               MR. PAGLIUCA:  Objection to form
17          and foundation.
18          A.    I am not aware.
19          Q.    Do you know whether ████████
20     went to Thailand?
21          A.    I have no knowledge of anything
22     like that.
23          Q.    Did you ever give anyone
24     instructions as to how to give a massage?
25               MR. PAGLIUCA:  Objection to form
```



Confidential

Page 193

```
 1        G. Maxwell - Confidential
 2        closed.
 3             If there are questions that I have
 4        instructed the witness not to answer and
 5        it later turns out the judge disagrees
 6        with my characterization, we will be
 7        back to revisit it, but we are done as
 8        far as I'm concerned.
 9             MR. BOIES:  The deposition is not
10        closed.  There are a number of
11        instructions not to answer.  I think it
12        is a fair point that if the court were
13        to conclude that none of the questions
14        that have been instructed need to be
15        answered, we're not going to be
16        continuing the deposition, barring some
17        additional information coming to light.
18             MR. PAGLIUCA:  I think we agree
19        then.
20             THE VIDEOGRAPHER:  The time is 2:51
21        p.m., and we are going off the record.
22             (Time noted:  2:51 p.m.)
23
24
25
```

