```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

           Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 2, 2021, the Defendant filed her response to Boies Schiller Flexner LLP's objections to the Defendant's proposed Rule 17(c) subpoena by email, in order to allow the parties to confer on appropriate redactions. Boies Schiller Flexner LLP filed its reply on April 5, 2021, also by email. On April 5, 2021, the Government filed on the public docket a letter motion requesting that the Court order the Defendant to provide the Government with a copy of the proposed subpoena and that any productions made pursuant to any Rule 17(c) subpoenas be produced to the opposing party. Dkt. No. 193. On April 15, 2021, the Defendant submitted her response by email in order to allow the parties to confer on any appropriate redactions.

IT IS ORDERED that any redaction requests for documents not already filed on the public docket must be made by April 21, 2021. Alternatively, the parties may file the unredacted versions by that date.

SO ORDERED.

Dated: April 19, 2021
      New York, New York

                                                 ALISON J. NATHAN
                                                 United States District Judge