UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2021
```

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-cr-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In its April 16, 2021 Opinion, the Court denied the Defendant's motions to dismiss the S1 superseding indictment in whole or in part and granted the Defendant's motion to sever the perjury counts for a separate trial. Dkt. No. 207. The Court will try the non-perjury counts first.

      As the Court noted in its Opinion, it has not yet resolved the Defendant's two motions to suppress evidence. *See* Dkt. Nos. 133, 139. The Defendant contends in those motions that the Government obtained by subpoena documents covered by a protective order in violation of her rights against unreasonable searches and seizures, against self-incrimination, and to due process of law. The motions seek, at minimum, an evidentiary hearing to determine whether the Government knowingly misrepresented facts to procure an order modifying the protective order.

      The Court requires information from the Government for scheduling purposes.

      The Government is ORDERED to inform the Court by letter docketed on ECF no later than April 20, 2021, whether it intends to use any of the documents subject to the pending motions to suppress in the trial of the non-perjury counts in this case.

If the Government does not intend to use any of the documents subject to the pending motions to suppress in the trial of the non-perjury counts, the Court will defer consideration of those motions until it has scheduled the trial of the perjury counts.

SO ORDERED.

Dated: April 19, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge