

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

April 21, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

Pursuant to the Court's Opinion and Order, dated April 16, 2021 (Dkt. 207), we write to inform the Court that the defense agrees that Ms. Maxwell's motion to dismiss the S1 superseding indictment on the grounds that it was returned by a grand jury sitting at the White Plains courthouse (Dkt. 125) is now moot in light of the fact that a grand jury sitting in Manhattan returned the S2 superseding indictment.

Sincerely,

  /s/ Christian Everdell
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600

cc:    All Counsel of Record (By ECF)