USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defendant's and Boies Schiller Flexner LLP's April 19, 2021 joint letter responding to the Court's April 19, 2021 Order, Dkt. No. 215. The letter proposes limited redactions on the basis that some of the information is covered by the terms of the protective order in this case.

In light of this, by April 22, 2021, the Defendant and BSF are hereby ORDERED to confer with the Government regarding whether the Government requests redaction of any information contained in the Defendant's response to BSF's objections to the Defendant's proposed Rule 17(c) subpoena, BSF's reply, and the April 19, 2021 joint letter addressing the redactions to these documents.

The Government may submit any redaction requests by April 23, 2021; in doing so, the Government shall justify any proposed redactions by reference to the test articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

The Defendant, BSF, and the Government are further ORDERED to notify the Court whether any party seeks redactions to the April 19, 2021 joint letter. If not, the Defendant shall file the letter on the public docket by April 23, 2021.

SO ORDERED.

Dated: April 21, 2021
      New York, New York

                                                   ALISON J. NATHAN
                                                   United States District Judge