

**COHEN & GRESSER LLP**

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

800 Third Avenue
New York, NY 10022
600 phone
resser.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2021

April 21, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

  Pursuant to the Court's Opinion and Order, dated April 16, 2021 (Dkt. 207), we write to inform the Court that the defense agrees that Ms. Maxwell's motion to dismiss the S1 superseding indictment on the grounds that it was returned by a grand jury sitting at the White Plains courthouse (Dkt. 125) is now moot in light of the fact that a grand jury sitting in Manhattan returned the S2 superseding indictment.

Sincerely,

/s/ Christian Everdell
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600

---

The motion to dismiss the S1 superseding indictment on the grounds that it was returned by a grand jury sitting at the White Plains courthouse (Dkt. No. 125) is DENIED as moot.  SO ORDERED.

SO ORDERED.    4/21/2021
ALISON J. NATHAN, U.S.D.J.