UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

          Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will schedule a trial date for the severed perjury counts after trial of the non-perjury counts is completed. Given that and in light of the representations in the Government's April 21, 2021 letter, *see* Dkt. No. 227, the Court intends to defer resolution of the pending motions to suppress (including resolution of the request for an evidentiary hearing) until after the trial on the non-perjury counts. If either side objects, counsel shall state the basis for any objection by letter on or before by 5pm on Thursday, April 22, 2021.

    SO ORDERED.

Dated: April 21, 2021
       New York, New York

                        ALISON J. NATHAN
                        United States District Judge