

Sigrid McCawley
Email:smccawley@bsfllp.com
Telephone: (954) 356-0011

April 22, 2021

**VIA ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007

  Re: *United States v. Ghislaine Maxwell*
     *Case No. 20 Cr. 330 (AJN)*

Dear Judge Nathan,

  Minor Victim-2 respectfully request that this Court will allow attorneys, Sigrid McCawley and David Boies to bring to the Courthouse, a Personal Electronic Device and a General-Purpose Computing Device for all scheduled hearings and the jury trial in the above-styled case.

  Minor Victim-2 has attached the Electronic Device General Purpose form as Exhibit A hereto. Counsel will comply with the obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

        Sincerely,

        */s/ Sigrid McCawley*

        Sigrid McCawley, Esq.