

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter in response to the Court's April 22, 2021 Order (Dkt. 232) regarding whether the parties seek redactions to Exhibit L of Reply Brief 3. The Government does not seek redactions to Exhibit L and accordingly does not object to the public filing of Exhibit L. The Government has conferred with defense counsel. Defense counsel has indicated that it has no objection to the public filing of Exhibit L and, accordingly, will file Exhibit L on the public docket.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   s/
Maurene Comey / Alison Moe /
Lara Pomerantz / Andrew Rohrbach
Assistant United States Attorneys
Southern District of New York

Cc: All Counsel of Record (By ECF)