



DOC #: _____
DATE FILED: 4/22/21

SIGRID MCCAWLEY
Email: smccawley@bsfllp.com
Telephone: (954) 356-0011

April 22, 2021

**VIA ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007



4/22/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

> Because remote access is available for tomorrow and because no electronic devices may be used in the courtroom or overflow rooms, Dkt. No. 214, to the extent the request is for tomorrow's arraignment, that request is denied. Counsel may renew their application in advance of future proceedings.
> SO ORDERED.

    **Re:**    *United States v. Ghislaine Maxwell*
             **Case No. 20 Cr. 330 (AJN)**

Dear Judge Nathan,

    Minor Victim-2 respectfully request that this Court will allow attorneys, Sigrid McCawley and David Boies to bring to the Courthouse, a Personal Electronic Device and a General-Purpose Computing Device for all scheduled hearings and the jury trial in the above-styled case.

    Minor Victim-2 has attached the Electronic Device General Purpose form as Exhibit A hereto. Counsel will comply with the obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

                  Sincerely,

                  */s/ Sigrid McCawley*

                  Sigrid McCawley, Esq.