```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

              Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of the parties' proposed schedules for pretrial disclosures and pretrial motions practice. Dkt. Nos. 229, 230. Having considered the parties' respective positions, the Court hereby sets the schedule below, which it deems reasonable and fair. For purposes of this scheduling order, the trial commencement date shall mean the date that the Court will request from the Clerk's Office as the trial commencement date. It does not include any period involving the issuance of a jury questionnaire that may predate that trial commencement date. As explained at the April 23, 2021 conference, the Court is considering the Defendant's request for a continuance, but until such a request is resolved the parties shall presume that the Court will request July 12, 2021 as the trial commencement date. *See also* Dkt. No. 221. With that in mind, the Court hereby sets the following schedule:

- Government expert witness disclosure are due **April 23, 2021** (agreement of the parties)

- Supplemental Pretrial Motions that pertain only to the new charges raised in the S2 indictment (agreement of the parties):

    o Defense supplemental motions are due **May 7, 2021**

    o Government's response is due **May 21, 2021**

- o   Defense replies are due **May 28, 2021**
- Disclosure of the alleged victims referenced in the S2 Indictment: **May 17, 2021** (agreement of the parties)
- Jencks Act/3500 materials, Rule 404(b) notice, *Giglio* materials, the Government's witness list, and co-conspirator statements are due **seven weeks before the trial commencement date**
- The Government's exhibit lists and marked exhibits are due **five weeks before the trial commencement date**
- Defense Expert Witness disclosure is due **four weeks before the trial commencement date**
- The Defendant's Rule 16(b)(1)(A) and 16(b)(1)(B) disclosures and witness list are due **three weeks before the trial commencement date**
- Motions in limine are due **four weeks before the trial commencement date** (agreement of the parties)
  - o   Responses to motions in limine are due **two weeks before the trial commencement date** (agreement of the parties)
- Requests to Charge, Verdict Sheet, and Proposed Voir Dire are due **three weeks before the trial commencement date** (agreement of the parties)

The Court will address a process and schedule for the parties' proposals regarding a jury questionnaire by separate order.

Finally, the parties are ORDERED to meet and confer on the Government's proposal that the Defendant submit witness statements pursuant to Federal Rule of Criminal Procedure 26.2 at

least four weeks in advance of trial. The parties are further ORDERED to submit a joint letter laying out their respective positions and proposals within one week of this Order.

SO ORDERED.

Dated: April 26, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge