```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

            Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 26, 2021, defense counsel advised the Court of an incident that took place on April 24, 2021 in which Defendant Ghislaine Maxwell's legal materials were seized by staff at the Metropolitan Detention Center. Dkt. No. 248. In the letter, defense counsel requested that the Court order MDC staff to provide them with more information regarding the incident. The Court ordered legal counsel for the MDC to show cause why the requested order should not issue. Dkt. No. 249. The MDC filed its response with the Court. Dkt No. 254. In reply, Maxwell made additional requests. Dkt. No. 253. Defense counsel's requests are GRANTED in part and DENIED in part.

    IT IS ORDERED that by April 30, 2021, legal counsel to the MDC must provide the following information:

1. If known, an inventory of the items seized from Ms. Maxwell in the incident that occurred on April 24, 2021 shall be provided by email to defense counsel only; and

2. A representation to this Court, to be filed on ECF, indicating:

    a. Whether any of the materials seized from Ms. Maxwell were duplicated in any fashion and what investigation was undertaken in order to determine this information;

    b. Whether Ms. Maxwell is permitted to bring confidential legal materials to in-person meetings with defense counsel without those materials being seized;

    c. What steps have been or will be taken to ensure the confidentiality of Ms. Maxwell's lawyer-client communications.

Defense counsel's requests are denied in all other respects.

SO ORDERED.

Dated: April 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge