```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Ghislaine Maxwell,

          Defendant.

---

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 21, 2021, the Court's Chambers received a letter from counsel for a non-party requesting assurances as to privacy protections for his client in any filings or proceedings in this case. The letter requests anonymity on behalf of the client as an alleged victim of a sexual crime. After receiving the letter, the Court forwarded it to the parties and required the Government to respond to counsel, which it has done. The Court will take no further action based on the April 21, 2021 letter but will file it under seal to protect the privacy interests of the non-party asserting that interest.

    The Government is requested to forward this order to counsel for the non-party.

    SO ORDERED.

Dated: May 3, 2021
       New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge