UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 30, 2021, defense counsel requested that the Court issue an order directing the MDC to accept two hard drives from defense counsel that contain the non-Highly Confidential discovery in this case for Ms. Maxwell's use. Dkt. No. 260. On May 4, 2021, the Court received the attached email from MDC legal counsel indicating that MDC does not oppose the defense's request and that MDC staff will coordinate with defense counsel so that Ms. Maxwell can receive the hard drives.

In light of this, defense counsel's April 30, 2021 request appears moot. Defense counsel shall raise any further issues regarding their request within two weeks of this order.

SO ORDERED.

Dated: May 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

### Re: Memorandum endorsement in 20-cr-330, US v Maxwell

Sophia Papapetru 
Tue 5/4/2021 11:54 AM

**To:** Nathan NYSD Chambers
**Cc:** John Wallace ; ; JeffPagliuca ; Laura Menninger ; ; Alison Moe ; Andrew Rohrbach ; Lara Pomerantz ; Maurene Comey

CAUTION - EXTERNAL:


Good afternoon Your Honor,

I write in regards to the letter filed by Christian Everdell on April 30, 2021.  Based on prior discussions with defense counsel and the U.S. Attorney's, the MDC Brooklyn is only permitted to accept external hard drives which were loaded and certified by the U.S. Attorney's Office.  However, after internal discussions, we are not opposed to accepting the external hard drive from defense counsel.  It is our position that there is there is no need for an Order, as MDC will be working with Defense on acceptance of the hard drive.  We will be in contact with defense counsel in coordinating acceptance of the delivery.
Please let us know if the Court requires any additional information, which we will be happy to provide.



Sincerely,

Sophia Papapetru
Staff Attorney
U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Detention Center Brooklyn
80 29th Street
Brooklyn, New York 11232


SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this

information is strictly prohibited.  If you received this message in
error, please notify us immediately to make arrangements for its return
to us.


>>> Nathan NYSD Chambers 5/3/2021 10:44 AM >>>
Counsel,

Please find attached a memorandum endorsement signed by Judge Nathan, which has been filed on the public docket.

Respectfully,
The Chambers of the Hon. Alison J. Nathan
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.