SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

PLANTIFF,

                                                                                     1:20-cr-00330 - AJN

                                                                                     1:20-cr-003300 – AJN- 1

                 AGAINST                           Letter to the judge

Ghislaine Maxwell,

     DEFENDANT,

-------------------------------------------------------------X

Good day judge, Nathan,

       I, David Grazette, write to you, today, on this Greek Easter, as a man of the public, in regards to the defendant of this case, Ghislaine Maxwell. I have been working tirelessly to communicate with Ghislaine Maxwell and confirm her health and wellness. Although, none of my letters have been returned, I have been turned away, multiple times from the Metropolitan Detention Center, and today I was met with unprovoked hostility, and near forcibly turned around at the detention center, which is the topic of this letter:

       I have followed Metropolitan Detention Center's rules to legal visits and the visit is still denied ... I signed up for a legal visit as a New York Public Notary: 01GR6408856 using their booking system: https://legalvisitmdc.skedda.com/booking and in Exhibit 1 you can see my scheduled appointment in the top left, and the bottom right, the timestamp. This was done over 48 hours in advance as prescribed by the Detention Center.

       The facility was taken my surprise by my presence at the Metropolitan Detention Center. I could smell the booze on one guard. I was ran off the property by two of the largest people, also gaurds, I've seen all year, citing that there are no visiting hours on Sunday and the legal department was closed – I'm aware today is Greek Easter, but I refused to enlighten the brute of the holy day. The visiting hours are the detention center are 8am to 3pm on weekends.

       I'm not sure who's running the show at Metropolitan Detention Center, because from my perspective it is, in fact, a show. If the onsite staff cannot abide by following the visiting schedule and policy without the Legal Department being on call, Metropolitan Detention Center's may not be satisfactory and may not be safe place for Ghislaine Maxwell ... or any other inmate.

Judge Nathan, I ask of you to let me represent the people, report on the conditions and allow me a one hour visit with Ghislaine Maxwell where she may be able to write and document what she may to a New York State Public Notary of King County.

/DAVID GRAZETTE/

David Grazette

New York State Public Notary

King County

CC: MDC Legal Department

DAVID GRAZETTE
285 PULASKI STREET apt 4A
BROOKLYN, NEW YORK 11206

RECEIVED
2021 MAY -5 PM 12:39
CLERK'S OFFICE
S.D.N.Y.

CLERK - SDNY
500 Pearl Street
NEW YORK, NEW YORK 10007

Crim. Dept JW