# EXHIBIT J

①

P. Skinner                                              2/29/16
Brad Edwards
Stan Pottinger
A. Kramer (notes)

                                              Re:
                                              Virginia Roberts
BE - rep. Virginia Roberts                    (who now lives in
SP - rep. Virginia                            ▓▓▓▓▓▓▓▓ )

Long history of litigation

BE
- Init. inv. into Jeffrey Epstein was done by local Palm Beach PD ≈ 2005
- rounded up app. 24 girls molested by JE
- represented about 10 girls
- JE's MO - w/ adults they'd tell 13 yr. old girl "come to rich guy's house to give paid massage. JE naked - starts as massage, extimate demand of sex acts (if you want $, do X). After paid 200/300 + then offered 200-300 finders fee. Victims recruited other victims. Mother complained + involved PD.
- PD turned case over to FBI + USAO. Most of girls (appr. 40+) in FL. No flight logs. Issued GJ subpoenas. Epstein + 4 named co-conspirators
- Entered into a non pros w/ guilty plea to state ct. to 2001-2007 procuring minor for prost. + immunity from fed. pros. for sex crimes comm. in FL b/w 2001 + 2007
- Jerry Lefcourt, Jay Lefkowitz, Ken Starr, Roy Black, Martin Weinberg, Gary Lewis  — never Jerry Shargel  } Epstein's counsel
- SDFL — at off Palm Beach. Maria Villafagna. Alex Acosta US Atty.
- Limited to FL in pros.

CONFIDENTIAL                              SDNY_GM_02742878

②

- US Attorney has said could be prosecuted elsewhere
- Agmt. under 2255 if victim elect to proceed under 2255 + forfeit civil remedies, Epstein must pay stat. min. 50k or 150k. At least 12 proceeded under that provision
- Named ███████████████

Ghislaine Maxwell - daughter of Robert Maxwell - head recruiter

- Evidence = 2000 (Virginia Roberts - her case underway @ time)
- NO END?

███████████████

CONFIDENTIAL                                    SDNY_GM_02742879

(3)



Virginia Roberts
- victimized summer 2000 @ age 16 ( ▮ ) - about to turn 17
- taken to NY for training by Maxwell + Epstein - how to service men
- in civil case, got records corr. her on his plane
- she goes to private island Little St. James - USVI
    - few miles off St. Th.
- Virginia said that in affidavit - same thing happen
- 2000-2002 was live in sex slave - svc. Epstein + others.
- Promised educ. in major. then

CONFIDENTIAL          SDNY_GM_02742880


(4)

- @ 18 told by Epstein too old
- @ turning 19 went to Thailand to get underage girl + fled to [REDACTED] where lived for a decade.
- filed civil lawsuit in 2015 - defamation suit against Maxwell
- She went public by atty. declaration in FL suit.
- FL suit - pro bono - crime victims rights act - against USAO b/c they didn't interview girls.
- Virginia Roberts moved to join those suits

- in 2011 a British reporter find her + interviewed her about Prince Andrew. Also said met [REDACTED]
- said was Epstein sex slave
- 2011 was first atty of her.
- FBI went + interviewed Virginia - FL. FBI - 302. FBI FL wants to pursue inv.
  Agents Jason Richards + Nesbit Kirkendal

Virginia
[REDACTED]

CONFIDENTIAL

SDNY_GM_02742881

⑤

[redacted]

- 2010 - civil depos. of Epstein former butler Alfredo Rodriguez. Bel. Epstein + Maxwell were gay. to kill him. Downloaded their black book. Brad went to FBI, made controlled calls, they arrested him + he went to prison for obstruction. Pled to corp. rcmt + blew deal b/c he was selling AK-47s.
- tried to sell book. explained how it all worked in recorded mtgs. FBI agent unknown [names]
- Rodriguez died in jail.
- Agent filed affidavit in obstruction case.
- Epstein's lawyers said his property

1997-2005 flight logs + manifests

CP - Virginia

- Have been told Epstein had photos in house in PB + NY + USVI

CP? - One photo is a photo of Virginia w/ another girl - naked + in sexual pose - on his wall - artistic - visible genitals

CONFIDENTIAL                    SDNY_GM_02742882

(6)

- Photos of naked girls on Maxwell's comp.

* SW executed on PB house. Collage of photos included nude girls, incl. clients. Epstein tipped off. All computers were gone.
- Virginia says cameras all over NY house. She believes they were used for extortion or bm by Epstein. When left out 6 other men had to report back.
- Videos records in bathroom. - recording? security?
- Maxwell + ▇ took sexually explicit photos of her regularly
- Maxwell gave photo to Epstein for bday @ age 16.
- Photo hung in one of the homes
- Saved on computers.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- Subp. issued for computers

USMS
Registered as sex offender in FL
  Level 3
Registered in NY
Repary by private jet

[ Sex acts on planes ]

Manhattan

CONFIDENTIAL                              SDNY_GM_02742883

(7)

[redacted]

Virginia wants prosecution. [redacted] Feels oblig. to do something about it.

From 2014/2015, she believed it was summer 1999. As it turns out, it was summer of two.

She has lawsuit against Maxwell for defamation. Truth is defense.

She wants settlement (rtg. into nonprofit to help girls in same situation

— of attorney — around 2009.

Her father negotiated a settlement w/ Epstein + she has a confidentiality provision limity amount. Epstein's attorneys reached out + neg. settlement.

Did FBI search his planes? Did they find hidden cameras?

Concern active pedophile.

Pitch to other prosecutors? no
Book deal? not now
— 20/20 interview last spring → ABC killed it — lawyers pulled it [redacted] but they still have it

Have portions of diary

CONFIDENTIAL

SDNY_GM_02742884

⑧

[REDACTED]

- They will send me affidavits + depositions

- Blond, part. size + shape.
- Wanted to have baby w/ her.
- Same MO w/ one other victim - 17 yr. old - emails w/ her
- As young as 12 but younger the better.

Virginia emailed Epstein
Thailand - num charges + handwritten note w/ name of
girls - written by Maxwell.

CONFIDENTIAL SDNY_GM_02742885



CONFIDENTIAL

SDNY_GM_02742886