# EXHIBIT M

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**To:**
**Subject:** Fwd: Next week - meet re: Jeffrey Epstein
**Date:** Sunday, February 24, 2019 8:18:01 PM

Sent from my iPhone

Begin forwarded message:

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** March 3, 2016 at 5:09:55 PM EST
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: RE: Next week - meet re: Jeffrey Epstein**

Cool.  Talk to you then.

_____
**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, March 03, 2016 5:05 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Next week - meet re: Jeffrey Epstein

Tuesday at 4 is good.  Thanks.

_____
**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, March 03, 2016 10:24 AM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Next week - meet re: Jeffrey Epstein

Sure.  Sounds both intriguing and complicated.  Tuesday is better for me than Wednesday.  How's Tuesday at 4 pm?

_____
**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, March 03, 2016 10:08 AM
**To:** ▮▮▮▮▮▮▮▮▮
**Subject:** Next week - meet re: Jeffrey Epstein

Hi ▮▮ ,

Earlier this week Pete Skinner and two other lawyers came in to pitch a sex trafficking case against Jeffrey Epstein, a financier with homes abroad, in FL, and in Manhattan. They represent Virginia Roberts, who claims to have been prostituted by and for

SDNY_GM_02742758

Epstein when she was 16 years old.  Epstein apparently had dozens of victims, and it's not clear if/when his criminal conduct stopped.  The facts are complicated, there are several related civil cases, and Epstein entered into a non-pros with the SDFL USAO in 2007 that is limited but obviously something to take into account.

All that said, there are aspects of the facts here that are intriguing and I'd like to talk it over with you.  I'm free next week Tuesday afternoon and all day Wednesday.  Do you have time to meet then?

Thanks,

████████

████████████

█████████████████

████████████████████████████████████

United States Attorney's Office
Southern District of New York

████████████

████████████████