# EXHIBIT O

| | |
|---|---|
| **From:** | Kramer, Amanda (USANYS) |
| **To:** | Moe, Alison (USANYS); Rossmiller, Alexander (USANYS) |
| **Subject:** | FW: Contact Info ▇▇▇▇ (from ▇▇▇) |
| **Date:** | Thursday, December 6, 2018 1:40:33 PM |
| **Attachments:** | 20160502_193023_resized.jpg |

FYI

**From:** StanPottinger@aol.com <StanPottinger@aol.com>
**Sent:** Tuesday, May 3, 2016 12:02 PM
**To:** Kramer, Amanda (USANYS) <AKramer@usa.doj.gov>
**Cc:** Brad@pathtojustice.com; Smccawley@BSFLLP.com
**Subject:** Fwd: Contact Info ▇▇▇▇ (from ▇▇▇)

Amanda:

Yesterday I spoke of ▇▇▇▇, whom ▇▇▇▇ describes as a "scout" or recruiter of girls and/or women for J. Epstein. Attached to this incoming email from ▇▇▇ is the contact information he has for ▇▇▇.

Best regards,

Stan

> **From:** ▇▇▇▇▇▇▇▇
> **To:** StanPottinger@aol.com
> Sent: 5/3/2016 11:13:15 A.M. Eastern Daylight Time
> Subj: (no subject)
>
> Sent from my Samsung Galaxy smartphone.

CONFIDENTIAL                                   SDNY_GM_02742753

CONFIDENTIAL

SDNY_GM_02742754