U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/21

May 20, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the Court's Order dated May 17, 2021, which directed the Government to confer with defense counsel and submit proposed redactions to Exhibit C to the defendant's memorandum in support of her supplemental pre-trial motions. (Dkt. No. 284).

    The Government seeks redactions that are narrowly tailored to protect the privacy interests of victims and third parties referenced in the document. These proposed redactions are consistent with the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Today the Government is submitting to the Court by email its proposed redactions to Exhibit C, which the Government respectfully requests be filed under seal.

The Government has conferred with defense counsel in accordance with the Order. The defense has indicated that it has no objection to the Government's proposed redactions to Exhibit C.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____s/_____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense counsel (By ECF)

---

> The Government's proposed redactions are permitted for the reasons provided. By May 25, 2021, the Defendant is ORDERED to file her supplemental pretrial motions and supporting papers on the docket in accordance with Dkt. No. 284 and this order.
> SO ORDERED.

5/21/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.