UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

GHISLAINE MAXWELL,

              Defendant.

-------------------------------------------------------------x

S2 20 Cr. 330 (AJN)

**NOTICE OF MOTION**

ORAL ARGUMENT REQUESTED

### DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION TO OBTAIN THE RELIEF SPECIFIED IN HER SUPPLEMENTAL PRETRIAL MOTIONS RELATING TO THE S2 SUPERSEDING INDICTMENT

PLEASE TAKE NOTICE that, upon the accompanying omnibus memorandum of law and exhibits, Defendant Ghislaine Maxwell, through counsel, hereby moves for the relief requested in her supplemental pretrial motions relating to the S2 Superseding Indictment.

Dated: May 7, 2021
       New York, New York

                                            Respectfully submitted,

                                            **COHEN & GRESSER LLP**

                                            */s/ Christian R. Everdell*
                                            Christian Everdell
                                            ceverdell@cohengresser.com
                                            800 Third Avenue, 21st Floor
                                            New York, NY  10022
                                            Phone:  (212) 957-7600
                                            Fax:  (212) 957-4514

                                            Jeffrey S. Pagliuca
                                            Laura A. Menninger
                                            HADDON, MORGAN & FOREMAN P.C.
                                            150 East 10th Avenue

Denver, Colorado 80203
Phone: 303-831-7364

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*