Exhibit C

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF FLORIDA

3

4

5   UNITED STATES OF AMERICA,       **COPY**

6          Plaintiff,

7   vs.

8   JEFFREY EPSTEIN, SARAH KELLEN,
    ADRIANA ROSS, a/k/a Adriana Mucinska,
9   and NADIA MARCINKOVA,

10         Defendants.
    _____/
11

12             - - -

13             TESTIMONY

14              OF

15      SPECIAL AGENT ▓▓▓▓▓▓▓▓▓▓▓▓▓

16            - -

17

18        Federal Grand Jury 07-103
            Federal Building
19         U.S. Courthouse
        West Palm Beach, Florida
20        Tuesday, March 18, 2008

21

22   APPEARANCES:

23     A. MARIE VILLAFANA,
      Assistant United States Attorney
24

25    Foreperson

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

MM20-GJ TESTIMONY-000303

CONFIDENTIAL

3501.125-020
Page 1 of 65

1          The sworn testimony of SPECIAL AGENT

2 ███████████████████████ was taken before the

3 Federal Grand Jury, West Palm Beach Division,

4 Federal Building, U.S. Courthouse, Palm Beach

5 County, State of Florida, on Tuesday, March 18,

6 2008.

7          ███████████████████, Certified Court

8 Reporter and Notary Public, State of Florida,

9 Official Reporting Service, LLC, 524 South Andrews

10 Avenue, Suite 302N, Fort Lauderdale, Florida,

11 33301, was authorized to and did report the sworn

12 testimony.

13

14

15

16

17

18

19

20

21

22

23

24

25

MM20-GJ TESTIMONY-000304

CONFIDENTIAL

3501.125-020
Page 2 of 65

```
 1              (Witness enters the Grand Jury Room.)
 2              THE FOREPERSON:  You do solemnly swear
 3         that the testimony you give will be the
 4         truth, the whole truth, and nothing but the
 5         truth, so help you God?
 6              THE WITNESS:  I do.
 7              THE FOREPERSON:  Thank you.  Please be
 8         seated.
 9                      EXAMINATION
10    BY MS. VILLAFANA:
11         Q     Good afternoon, Special Agent
12                     .  Would you just remind the grand jury
13    of your name and for whom you work?
14         A     I am              .  My official name is
15                                    and I work for the FBI here
16    in West Palm Beach.
17         Q     All right.  And you are still one of the
18    case agents on Operation Leap Year?
19         A     Yes, I am.
20         Q     Have additional subpoenas been issued on
21    behalf of this grand jury regarding Leap Year?
22         A     Yes, they have.
23         Q     And have documents been received in
24    response to those subpoenas?
25         A     Yes, they have.
```

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

MM20-GJ TESTIMONY-000305

CONFIDENTIAL

3501.125-020
Page 3 of 65

1    Q    What subpoenas were issued and what
2  items were received?
3    A    The items that are received are in this
4  box for your review at a later time, but starting
5  with the first subpoena that we had received
6  documents back for would be from American Express.
7         The subpoena was issued and we received
8  credit card account information.
9    Q    Okay.
10   A    Do you want me just to --
11   Q    You can just go through them.
12   A    A subpoena was issued to J. Epstein
13  Virgin Island Foundation, Inc., J. Epstein and
14  Company, Epstein Interests, Financial Trust
15  Company, Inc., and we received documents on all
16  three of those except for -- all four of those
17  except for Jeffrey Epstein and Company --
18  J. Epstein and Company, which we received a letter
19  of no response.
20        The next subpoena was issued to the Palm
21  Beach County School Board and we received
22  transcript request forms.  The next grand jury
23  subpoena was issued to                , Airport
24  Executive, Town Car Services.  We received a
25  verbal that there were no records from Mr.

MM20-GJ TESTIMONY-000306

CONFIDENTIAL

3501.125-020
Page 4 of 65

1

2          We issued a grand jury subpoena to the

3  custodian of records for ████████████, which

4  we received ticketing records for.

5          We issued a grand jury subpoena or you

6  issued a grand jury subpoena for the custodian of

7  records at the ████████████████████

8  ████ and we received ticketing records.

9          We issued a subpoena for the custodian

10 of records for the ████████████████

11 ████████████ and received a letter of no

12 records response.

13         We issued a subpoena for the custodian

14 of records for ████████████████████████

15 ████████████. Again, received a response letter

16 of no records.

17         We issued another subpoena for the

18 custodian of records from ████████████████

19 ████████████████████ and that we did receive

20 some ticketing records.

21         We issued a subpoena to Bear Sterns and

22 Company, Inc., and we received personnel files and

23 account information. We issued a grand jury

24 subpoena for Wolf Camera and we received

25 transaction records.

MM20-GJ TESTIMONY-000307

CONFIDENTIAL

3501.125-020
Page 5 of 65

```
 1              We have issued a grand jury subpoena to
 2    Amazon.com and received order records.  We issued
 3    a grand jury subpoena to Federal Express and
 4    received shipping records, and all that is
 5    contained in this box.
 6         Q    All right.
 7              MS. VILLAFANA:  And at the end of our
 8         preservation, you will be welcome to look
 9         through any of those records and we also will
10         bring them to the next session.
11              A GRAND JUROR:  I have a question.
12              MS. VILLAFANA:  Yes.
13              A GRAND JUROR:  We subpoenaed
14         information from theaters.  I heard you say
15         ticketing information or records from a few
16         of them.
17              Did we subpoena that information to
18         establish location of the defendant or I
19         guess he's not a defendant yet?
20              THE WITNESS:  Just as corroborating
21         evidence of testimony provided by the girls.
22         Their statements provided to us.
23              A GRAND JUROR:  Okay.
24    BY MS. VILLAFANA:
25         Q    Okay.  Special Agent          , each
```

MM20-GJ TESTIMONY-000308

CONFIDENTIAL

3501.125-020
Page 6 of 65

1   member of the grand jury has before them a copy of

2   a chart. Do you also have a copy of this chart

3   entitled Revised Indictment Summary Chart

4   (by victim)?

5       A    Yes.

6       Q    And then you also provided to everyone a

7   list of Jane Does with photographs?

8       A    Yes, I did.

9       Q    Okay. Can you just explain to the grand

10  jury how -- which Jane Does we are going to be

11  talking about today?

12      A    We are going to talk about

13                              and what you have

14  here is a                              . We

15  will be going through the

16      .

17           As you can see, if you look at these two

18  columns you'll see in the indictment we have

19  before you is going to have the new Jane Doe

20  numbers and the column to the right of that shows

21  you what their Jane Doe number used to be.

22           So                         , when we spoke

23  about those two before, and we will go through

24  that a little bit later, we referred to those as

25                         . From here on out, we

MM20-GJ TESTIMONY-000309

CONFIDENTIAL

3501.125-020
Page 7 of 65

1  will refer to them as █████████████████

2           A GRAND JUROR: I have a question about

3  ████████████████████ and Amy pointed this

4  out. The date of birth is ███████. The

5  range of activity dates is 1988 to 2003?

6           THE WITNESS: That's a typo. That

7  should be 1998.

8           MS. VILLAFANA: Thank you for catching

9  that.

10           A GRAND JUROR: I was about ready to

11  have a problem here. I was having a real

12  problem. Yeah.

13           MS. VILLAFANA: Okay. Thank you.

14           A GRAND JUROR: I was about to take the

15  law into my own hands.

16           THE WITNESS: Let there be noted on the

17  summary chart, there is a typo correction for

18  ████████████████. The range of activity

19  for her is 1998 to 2003.

20           This chart is a chart that we put

21  together because I have testified in the past

22  as well as you may have heard other testimony

23  regarding some of the Jane Does, and we are

24  going to be talking about them today and in a

25  later session.

MM20-GJ TESTIMONY-000310

CONFIDENTIAL

3501.125-020
Page 8 of 65

1          We want -- we provided this to you sort

2     of as an aid so that you can go back and

3     access the grand jury transcripts and go to

4     the date that the testimony was provided.

5          If you look at the last column where it

6     says, Grand Jury Transcript Pages, on this

7     form it will tell you the date of the grand

8     jury, who provided that testimony, and the

9     page number where you can find testimony

10    related to those specific Overt Acts and

11    substantive counts.

12         So the two columns next to that -- let's

13    just take ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and run through

14    that real quick. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, we

15    have not testified about before. So that is

16    her number and will always remain her number.

17         Her date of birth is ▮▮▮▮▮▮▮▮.

18    The range of activity and that reflects the

19    range of activity that we have her connected

20    to Mr. Epstein and his assistants.

21         The next two columns are the Overt Acts

22    and the associated substantive counts. The

23    Overt Acts support those substantive counts

24    and again the last column you would at that

25    point go to my testimony on May 8th, 2007,

CONFIDENTIAL

1        and look on the transcript on Pages Six and

2        Seven, and that would be my testimony for the

3        Overt Acts, the supporting evidence and

4        testimony for Overt Acts One

5        through 18.

6    BY MS. VILLAFANA:

7        Q    But, Special Agent ▮▮▮▮▮, just so

8    that it is clear, when you testified back in May,

9    you weren't testifying specifically about ▮▮▮▮

10   ▮▮▮▮▮▮, but her name came up in -- with

11   respect to one of the other Jane Does?

12       A    Exactly.

13       Q    Okay.  So any information related to

14   those Jane Does would be in the transcript pages?

15       A    Yes.

16            MS. VILLAFANA:  Does that make sense to

17       everyone how we have organized that?

18   BY MS. VILLAFANA:

19       Q    Now Special Agent ▮▮▮▮▮▮, if you

20   could look at the proposed indictment, and I'm

21   looking at the Background section of the

22   indictment specifically Paragraphs One through

23   Nine, which deal with Mr. Epstein's background and

24   who he employed.

25            Have you testified about that material

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

CONFIDENTIAL

1    in the past?

2        A    Yes, I have.

3        Q    And let me just direct you to Overt Two,

4    which is at the top of Page Two.  There is a

5    reference to ███, and I don't believe we have

6    talked about ███ before.

7            Can you tell the grand jury who that is?

8    ██████████████████████████████████████████████

9    ██████████████████████████████████████████████

10   ██████████████████████████████████████████████

11       Q    All right.  And just for the court

12   reporter, ███████████████████████  and ███ is

13   ████████; is that correct?

14       A    Yes, it is.

15   ██████████████████████████████████████████████

16   ██████████████████████████████████████████████

17   ██████████████████████████████████████████████

18   ██████████████████████████████████████████████

19   ██████████████████████████████████████████████

20       Q    And if you look at the summary chart on

21   the second page, there are columns for ██████████

22   ███  Do you see those at the bottom of Page Two?

23       A    Yes, I see them.

24       Q    And those refer to ████████████████████

25   ███████████████  where you have testified about

MM20-GJ TESTIMONY-000313

CONFIDENTIAL

3501.125-020
Page 11 of 65

1   them before or where ████████████████████ who

2   testified about them?

3       A   Yes.

4       Q   I know that you have testified about

5   Mr. Epstein's residence here in Palm Beach, but if

6   you could look at Paragraph Five of that

7   introductory section, which is on Page Two.

8       Are you -- can you provide the grand

9   jury with the location of Mr. Epstein's New York

10  residence?

11      A   Mr. Epstein currently has a property

12  located at 9 East 71st Street, New York, New York.

13      Q   If I could direct you to Page Five of

14  the proposed indictment in Paragraphs 18 through

15  25 of the introductory section.

16      Can you tell the grand jury about where

17  the various victims in this case attended high

18  school?

19      A   I can. Starting with Paragraph 18.

20  Would you like me to just run through them?

21      Q   Sure.

22

23

24

25

MM20-GJ TESTIMONY-000314

CONFIDENTIAL

3501.125-020
Page 12 of 65

1 ████████████████████████████

2 I should state that all of these high

3 schools are located in Palm Beach County. ████

4 ████████████████████████████

5 ████████████████████████████

6 ████████████████████████████

7 ████████████████████████████

8 ████████████████████████████

9 ████████████████████████████

10 ████████████████████████████

11 ████████████████████████████

12 ████████████████████████████

13 ████████████████████████████

14 ████████████████████████████

15 ██████████████, and the Jane

16 Does attended these high schools during some point

17 of the contact with Mr. Epstein.

18     Q    Now Special Agent ██████, I know

19 that not each and everyone of the Jane Does is

20 listed in this. Did some of the Jane Does leave

21 school before they began their relationship with

22 Mr. Epstein?

23     A    Yes, they did.

24     Q    Now everyone was handed a copy of a

25 document entitled, Merged Flight Manifests. If I

MM20-GJ TESTIMONY-000315

CONFIDENTIAL

3501.125-020
Page 13 of 65

1  could ask you to take a look at that, and in the
2  proposed indictment if you could turn to Page 32.
3          Special Agent ▓▓▓▓▓▓, I'm going to
4  ask you about Overt Acts 191 through 225. Can
5  you tell the grand jury what the basis is for the
6  allegations set forth in 191 through 225?
7          A    We received through the issuance of a
8  grand jury subpoena the flight manifest from Mr.
9  Epstein's pilot and that is our evidence to show
10  the travel that Mr. Epstein did, which is
11  displayed in Overt Acts 191 through 225.
12          Q    And the chart that is entitled Merged
13  Flight Manifests, what does that include?
14          A    This chart will show the grand jury that
15  in January 2004 through -- basically, Mr.
16  Epstein's travel in '04 and '05 on his two
17  personal aircrafts, which would be the Boeing 727
18  and the Gulfstream.
19          If you look at this chart, the first
20  column is the date of departure, the date that he
21  left, and you'll see airport codes in the next
22  column that tells you the airport that he left and
23  what time he left would be the next time, the
24  departure time.
25          It will tell you what airport he was

MM20-GJ TESTIMONY-000316

CONFIDENTIAL

3501.125-020
Page 14 of 65

1   arriving in and what time he arrived at that
2   airport, and the last would be the actual
3   aircraft itself, which aircraft he was traveling
4   on, and just to remind the grand jury, Hyperion
5   is the Gulfstream and JEGE is the Boeing 727.
6       Q    And who created this chart, the Merged
7   Flight Manifests Chart?
8       A    The FBI.
9       Q    And where did they gather this
10  information from?
11      A    We subpoenaed or the grand jury issued a
12  subpoena to the pilot and pilots of Mr. Epstein
13  and through counsel the pilots gave us a copy of
14  the flight manifest for those two years and I have
15  here a set of the flight manifests that were
16  provided to us by the grand jury subpoena and have
17  marked each of the Overt Acts from 191 to 225.
18          So that if any time the grand jury would
19  like to come and look at the actual manifest the
20  pilots gave us, you'll be able to see the data
21  that this form was taken from.
22      Q    Okay.  Thank you.
23          MS. VILLAFANA:  Before I go on, does
24      anyone have any questions about those Overt
25      Acts and where this information came from?

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

1          Yes, sir.

2          A GRAND JUROR:  Is there something that

3     ties in these travel itineraries to the

4     actual fact that there was a meeting or

5     something planned?  I mean, where does that

6     tie together?  Traveling is not against the

7     law.

8          MS. VILLAFANA:  Right.  The way that we

9     had the indictment organized before was an

10     attempt to do this in chronological order,

11     which seems to be more confusing rather than

12     less confusing.

13          So when you look at the -- when you hear

14     the testimony from Special Agent ▮▮▮▮▮▮▮▮

15     and when you look at the Overt Acts related

16     to the victims and when he went to see them,

17     you'll see that the dates of travel relate to

18     the dates of his meeting with the victims.

19          Does that make sense?

20          A GRAND JUROR:  Yes.

21     BY MS. VILLAFANA:

22          Q     Is there anything else, Special Agent

23     ▮▮▮▮▮▮▮▮, that I should add to that?

24          A     No.  It will become clear once we

25     testify about the travel count.

CONFIDENTIAL

```
 1            A GRAND JUROR:  Can I just ask which
 2       airport is ISM?
 3            THE WITNESS:  You know, I can in the
 4       next session, I would be happy to bring the
 5       airport codes.
 6            A GRAND JUROR:  Okay.
 7            THE WITNESS:  Obviously, we focused in
 8       on his times when he traveled into the Palm
 9       Beach County area and that would be PBIA or
10       PBI, but I can certainly provide all the
11       airport codes at our next session.
12  BY MS. VILLAFANA:
13       Q    All right.  Now throughout the Overt
14  Acts portion where there are discussions of
15  various Jane Does, there will be mentioned a
16  telephone call.
17            So, for example, if you look at Page
18  Ten, Paragraph 17, it says on or about April 23rd,
19  2004,                         placed a telephone
20  call to a telephone used by                       .
21            Do you see that?
22       A    Yes.
23       Q    And Special Agent              , what is
24  the evidence that we have related to the telephone
25  calls that are mentioned in the Overt Acts?
```

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

MM20-GJ TESTIMONY-000319

CONFIDENTIAL

3501.125-020
Page 17 of 65

1      A     We have issued administrative subpoenas
2   to telecommunication companies for cell phone
3   records for Mr. Epstein's assistants as well as
4   many of the Jane Does.
5           These specific Overt Acts are reflected
6   in those telephone records and we have also
7   prepared for the grand jury -- I brought with me
8   today, and I will bring with me next time, all of
9   the telephone records for -- that we have received
10  via administrative subpoenas.
11          Today I brought the ones pertaining to
12  the Overt Acts and what we have done is we have
13  taken those cell phone records and we have marked
14  for the grand jury all the Overt Acts that are
15  listed in the indictment.
16          You'll note when you go to that page,
17  there will be a little mark by the telephone call
18  that we are specifically talking about in the
19  Overt Acts.
20      Q     And can you just remind the grand jury
21  what information will be on those records?
22      A     It will be telephonic contact between
23  ███████████████████████████████████████████████
24  ███████████, telephonic contact between his
25  assistants and the Jane Does.

MM20-GJ TESTIMONY-000320

CONFIDENTIAL

3501.125-020
Page 18 of 65

```
 1        Q     Okay.  So let's talk about ████████
 2   ████████.  Who is she?
 3   ████████████████████████████████████████████████
 4   ████████████████████████████████████████████████
 5   ████████████████████████████████████████████████
 6   ████████████████████████████████████████████████
 7        Q     And how -- has she been interviewed?
 8        A     Yes.
 9        Q     During -- how old was she during the
10   time frame that ████████████████ was involved
11   with Mr. Epstein?
12        A     She was 14 at the time that she first
13   met Mr. Epstein.
14        Q     And she was involved with him until she
15   was 17?
16        A     We have in or about the beginning of
17   2001, which would make her 14 up until 2004.
18        Q     And how did she come to meet Mr.
19   Epstein?
20        A     ████████████████████ brought ████
21   ████████ to Mr. Epstein's residence for the
22   first time.  Mr. Epstein was introduced to ████
23   ████████████ by ████████████████
24              There was a massage that took place with
25   the two of them and then ████████████████████
```

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

CONFIDENTIAL

1  engaged in sexual activity that I mentioned
2  earlier where ▮▮▮▮▮▮▮▮▮▮▮▮▮ informed us that
3  she sat on the couch and observed what she
4  believed the two of them to engage in sexual
5  intercourse.
6      Q    And at the time, ▮▮▮▮▮▮▮▮▮▮▮ was
7  17 and ▮▮▮▮▮▮▮▮▮▮ was 14?
8      A    Yes.
9      Q    All right.
10     A    And I'm not sure if that was actually
11  the first or second visit that she went.  So it
12  was either the first visit or the second that the
13  sexual activity that I described took place.
14          They may have gone there the first time
15  and just performed a massage for Mr. Epstein, but
16  on the second occasion the sexual activity that I
17  described took place.
18          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ stated that, you
19  know, the three years that we discussed from 2001
20  to 2004, she provided Mr. Epstein with over, in
21  that three-year period, over 100 massages and all
22  but three of the massages were sexually in nature.
23     Q    How much was she paid for performing
24  sexual massages for Epstein?
25     A    She was paid between 200 and $400.

MM20-GJ TESTIMONY-000325

CONFIDENTIAL

3501.125-020
Page 23 of 65

```
 1   Originally, she was paid $300 when she starting
 2   performing massages for Mr. Epstein.  On at least
 3   two occasions, Mr. Epstein offered her $100 more
 4   if she would take off her underwear, which she
 5   did, and on those two occasions she was paid
 6   $400.
 7              When ████████████████ expressed to
 8   Mr. Epstein that she did not want him touching her
 9   vagina, ████████████████ informed us that he
10   dropped the amount to $200.
11              She would also receive $100 for bringing
12   any girls.
13       Q    All right.  Now you said that on all but
14   three occasions with ████████████████, the
15   massages were sexual.  Did Jeffrey Epstein
16   masturbate during those massages?
17       A    Yes, he did.
18       Q    Did he instruct ████████████████ to
19   do anything while he was masturbating?
20       A    Yes.  He asked her to rub and pinch his
21   nipples.
22       Q    And these started when she was still 14?
23       A    Yes.
24       Q    What was the involvement of ████████
25   with ████████████████?
```

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

MM20-GJ TESTIMONY-000326

CONFIDENTIAL

3501.125-020
Page 24 of 65

1    A  ███████  would schedule ███████████

2  and sometimes ██████ would be out of town and be in

3  New York and scheduled her to come and work, but

4  █████████████ primary role was to schedule or I

5  guess she was the one that would schedule █████████

6  ████████ to come and perform the massages.

7    Q  Did ███████████ ever actually lead █

8  ████████ upstairs up to the bedroom?

9    A  Yes.  After █████████████████ took

10  ██████████, ██████████████████ started

11  going by herself.  The first time that ████████

12  ████████ arrived at Mr. Epstein's by herself,

13  ████████ took █████████████████ from the

14  kitchen and took her upstairs for the massage that

15  was to be performed for Mr. Epstein.

16    Q  Now you mentioned the sexual activity

17  that ████████████████ observed between █████████

18  ████████ and Mr. Epstein.  Was there ever any

19  other females involved in the sexual activity?

20    A  Yes.  Mr. Epstein introduced an

21  unidentified female who performed oral sex on █

22  ████████████ -- I'm sorry, on ████████████████

23  █ while Mr. Epstein had sexual intercourse with

24  the unidentified female.

25    Q  Now you mentioned that at some point,

MM20-GJ TESTIMONY-000327

CONFIDENTIAL

3501.125-020
Page 25 of 65

1  Mr. Epstein asked ▓▓▓▓▓▓▓▓▓▓ to start

2  bringing girls; is that correct?

3      A    Yes.

4      Q    And did he describe what exactly he

5  wants, the type of person that he wanted her to

6  bring? Did she report that he asked her if she

7  had any younger friends that would be interested

8  in performing massages?

9      A    Yes. He asked her -- can I just have a

10 moment?

11     Q    Of course, yes.

12     A    I'm sorry. ▓▓▓▓▓▓▓▓▓▓▓, Mr.

13 Epstein asked her if she had any friends that

14 would be interested in performing these massages

15 and then he also inquired if she had any younger

16 friends that would -- that she could bring to him

17 and then he offered to pay her $100 for each

18 person that she brought.

19     Q    In addition to the sexual activity with

20 Mr. Epstein, did ▓▓▓▓▓▓ ever involve ▓▓▓▓

21 ▓▓▓▓▓▓▓ in any specific activity?

22     A    Yes. ▓▓▓▓▓▓▓ contacted ▓▓▓▓▓

23 ▓▓▓▓▓ by telephone and asked her to come to

24 Mr. Epstein's residence that Mr. Epstein wanted

25 ▓▓▓ to take pictures of ▓▓▓▓▓▓▓▓▓

MM20-GJ TESTIMONY-000328

CONFIDENTIAL

3501.125-020
Page 26 of 65

1              ███████ paid ████████████ $500 to

2  take naked photographs of ███████████████ at

3  Mr. Epstein's residence in and around the house

4  and pool area at the request of Mr. Epstein.

5       Q    And approximately how old or how old

6  does ████████████ believe she was at the

7  time?

8       A    ███████████ informed us that she

9  was 16 years old when ████████ took the

10  photographs of her naked.

11       Q    What did ██████████████ say about

12  whether Jeffrey Epstein knew her true age?

13       A    ████████████████ was informed by ████

14  ████████████ to say if asked her age that she

15  was -- she should respond that she was 17.  When

16  they went -- and went to Mr. Epstein's residence

17  and were upstairs performing massages, Mr. Epstein

18  asked ██████████████ her age.

19       She responded four --.  And then he

20  said, so you're 14? And Mr. Epstein informed ███

21  ███████████ that they would just keep that

22  between them.

23       Q    So in other words, he knew that she was

24  14 when she started seeing him?

25       A    Yes.  She did not remember to say 17 and

MM20-GJ TESTIMONY-000329

CONFIDENTIAL

3501.125-020
Page 27 of 65

1   just naturally came out four --. And then he
2   finished that statement for her, so you're 14?
3   And then stated that they would keep that between
4   them.

5          Q    Now is the -- can you summarize -- does
6   your testimony cover the evidence supporting the
7   allegations in Overt Acts One through 18?

8          A    Yes, it does.

9          Q    And if I could ask you to refer to Count
10  Two, which appears on Page 38. Is the evidence
11  that you have just summarized the basis for the
12  allegation that Jeffrey Epstein and ▮▮▮▮▮▮▮▮
13  procured ▮▮▮▮▮▮▮▮▮▮▮▮ to engage in
14  commercial sex acts knowing that she was under 18?

15         A    Yes.

16         Q    So is there anything else that you
17  wanted to mention with respect to either ▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮?

19         A    The only other thing I didn't bring up
20  was the gifts that Mr. Epstein provided to ▮▮▮
21  ▮▮▮▮▮▮▮▮▮▮ and Mr. Epstein would provide her
22  with lingerie.

23              He gave her tickets to a concert, a
24  local concert. He would also send her via FedEx
25  packages to her residence, and in one of those

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

1    packages ███████████████ informed us that

2    there was a Massage for Dummies book that she

3    received by FedEx from Mr. Epstein.

4         And the grand jury should know that we

5    have received records from FedEx which corroborate

6    Mr. Epstein's address and packages going to ████

7    ████████████'s residence.

8         Q    And those records relate to Mr.

9    Epstein's personal Federal Express account?

10        A    Yes.

11        A GRAND JUROR: ████████████████ do

12   we know how old she was when Mr. Epstein

13   asked her to bring younger friends? Was she

14   already in his eyes up there and he wanted

15   them younger?

16        THE WITNESS: When ████████████████

17   was 16, about midway through her 16th year,

18   ████████████████████ at that point she did

19   not provide Mr. Epstein with anymore

20   massages.

21        So I know she went away for a time

22   period and when she came back, you know, she

23   ████████████ did not want to do massages

24   anymore. So at that point, she may have

25   brought her friends as well as prior to that.

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

MM20-GJ TESTIMONY-000331

CONFIDENTIAL

3501.125-020
Page 29 of 65

1    BY MS. VILLAPANA:

2       Q    Do you know exactly when she started

3    bringing other girls?

4       A    I don't know that I want to say that it

5    was before or after. We just know that she was

6    asked by Mr. Epstein to bring other females and he

7    would pay $100.

8            The only other thing we haven't talked

9    about is we have message pads that were recovered

10   in the execution of the state search warrant on

11   Mr. Epstein's residence, and I think the grand

12   jury has seen copies of some of those message

13   pads.

14           We do have a message pad for

15   ███████████ that gives you an example of -- and I

16   can pull that out and read that to the grand jury,

17   if you would like?

18      Q    Sure.

19      A    This particular message pad is

20   basically -- it's a carbon copy message that again

21   was recovered during the execution of the state

22   search warrant at Mr. Epstein's residence and this

23   shows that this was dated on March 11, 2003.

24           It's from ███████ with her phone number

25   and it's marked that she telephoned and it's

1   marked, please call, and it was signed by one of

2   Mr. Epstein's employees.  So again the date that

3   the contact here is March 11, 2003.

4        Q     And ███████████████ was still under

5   the age of 18 at that time?

6        A     Yes, she was.

7        Q     Okay.  Now if we could turn to ████████

8   ███████████ and who is she?

9   ███████████████████████████████████████████████

10  ███████████████████████████████████████████████

11  ███████████████████████████████████████████████

12       Q     Has she been interviewed?

13       A     Yes.

14       Q     And during what period of time did ████

15  ███████████████ have contact with Jeffrey

16  Epstein?

17       A     Beginning in or around 2003 to up 2005.

18       Q     And how old was she during that time

19  frame?

20       A     She was 15 when she first met Mr.

21  Epstein.

22       Q     And how did she meet him?

23       A     ███████████████████████ brought ███████

24  ███████████████ to Mr. Epstein's house.  They

25  traveled by taxi there.  ███████████████████ took

MM20-GJ TESTIMONY-000333

CONFIDENTIAL

3501.125-020
Page 31 of 65

32

1      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ upstairs to meet Mr.
2  Epstein.
3            They provided Mr. Epstein a massage in
4  their underwear.  Mr. Epstein asked ▮▮▮▮
5  ▮▮▮▮▮▮▮ to leave and ▮▮▮▮▮▮▮▮▮▮▮▮▮
6  finished the massage.
7            Mr. Epstein masturbated in front of ▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮ on that first occasion, and ▮▮▮
9  ▮▮▮▮▮▮▮▮▮, after the massage, she was paid
10 $200 and she left the residence.
11     Q    All right.
12     A    On other occasions after that, ▮▮▮▮▮
13 ▮▮▮▮ would be the one to contact ▮▮▮▮▮▮▮▮
14 ▮▮ to come to the residence to provide massages
15 for Mr. Epstein.
16     Q    And you have phone records showing calls
17 from ▮▮▮▮▮▮▮▮ phone to ▮▮▮▮▮▮▮▮
18 ▮▮'s phone?
19     A    Yes, I do.
20     Q    In addition to that, the masturbation
21 during that massage, was there other sexual
22 activity that occurred between the two of them?
23     A    Yes, there was.  Mr. Epstein requested
24 that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ rub his chest and
25 nipples while he masturbated.  He also used a

MM20-GJ TESTIMONY-000334
CONFIDENTIAL
3501.125-020
Page 32 of 65

```
 1   transcripts?
 2        A    Yes.
 3        Q    Okay.  I also wanted to ask you about
 4   the victims who we have discussed today.  We have
 5   discussed eight victims, ███████████████████████
 6   ██████████████████████
 7             Are you aware of whether any of those
 8   victims have used illicit drugs or have had
 9   mental health issues?
10        A    Yes.
11        Q    And can you summarize that for the grand
12   jury?
13
14
15
16
17
18
19
20
21
22
23
24
25
```

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

OFFICIAL REPORTING SERVICE, LLC
(954) 467-8204

MM20-GJ TESTIMONY-000356

CONFIDENTIAL

3501.125-020
Page 54 of 65

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16     Q    With respect to those Jane Does, did you

17  go about getting independent corroboration for

18  their statements so that you weren't relying

19  exclusive on what they told you about Mr. Epstein?

20     A    Yes.  We talked about that today.

21  Specifically, with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we have

22  her statement, but along with that statement we

23  have telephone records.

24         Those telephone records indicate

25  telephonic contact with ▮▮▮▮▮▮▮▮  We have the

MM20-GJ TESTIMONY-000357

CONFIDENTIAL

3501.125-020
Page 55 of 65

1 message pads recovered during the search warrant,

2 recovered during the execution of the state search

3 warrant that indicates the contact here.

4 　　　　We have statements from other Jane Does

5 and witnesses that corroborate. We also have

6 received the FedEx records indicating packages

7 were sent to ██████████████ from Mr.

8 Epstein.

9 　　　　When you look at ██████████████

10 the same thing, we have telephone records that

11 indicate telephonic contact. We have message pads

12 recovered in the state search warrant, execution

13 of the state search warrant.

14 　　　　Then we have the statements of other

15 Jane Does, and in regards to Jane Doe Number Nine,

16 again, we have the telephone records which

17 indicate telephonic contact with ██████████. We

18 have the message pads.

19 　　　　In addition to that, we have the message

20 pads that were recovered by the state search

21 warrant and they also found her high school

22 transcript. It was found at Mr. Epstein's

23 residence.

24 　　　　We have statements from other Jane Does,

25 and then we also have the records for her from the

MM20-GJ TESTIMONY-000358

CONFIDENTIAL

3501.125-020
Page 56 of 65