UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :        **AFFIDAVIT OF CERTIFICATION**
                v.                                      :        **PURSUANT TO LOCAL**
                                                        :        **CRIMINAL RULE 16.1**
GHISLAINE MAXWELL,                                      :
                                                        :
                        Defendant.                      :        S2 20 Cr. 330 (AJN)
                                                        :
                                                        :
--------------------------------------------------------x

I, Christian R. Everdell, an attorney duly admitted to practice in New York State and

before this Court, declare the following is true and correct under penalty of perjury pursuant to

28 U.S.C. § 1746:

1.   I am a partner at Cohen & Gresser LLP, counsel for defendant Ghislaine Maxwell

     in the above-captioned case.

2.   I certify pursuant to Local Criminal Rule 16.1 that defense counsel has conferred

     in good faith with government counsel, but has not been able to reach an

     agreement concerning the disclosure requests raised in the accompanying

     Omnibus Memorandum in Support of Ms. Maxwell's Supplemental Pretrial

     Motions Relating to the S2 Superseding Indictment.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements are willfully false, I am subject to punishment.

Dated:  May 7, 2021
        New York, New York

                                        */s/ Christian R. Everdell*_____
                                        Christian R. Everdell
                                        COHEN & GRESSER LLP
                                        800 Third Avenue
                                        New York, New York 10022
                                        Phone: 212-957-7600