```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

           Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Having considered the parties' respective proposals, Dkt. No. 291, the Court hereby sets the following disclosure schedule:

- September 13, 2021: Disclosure of alleged victims' identities (Government's proposal)

- October 11, 2021: Government's disclosure of Jencks Act and *Giglio* material, Rule 404(b) evidence and notice, co-conspirator statements, and Government witness list (Government's proposal)

- October 11, 2021: Government's disclosure of its proposed exhibit list (Defendant's proposal)

- October 18, 2021: Simultaneous filing of motions *in limine* (agreement of the parties)

- October 25, 2021: Simultaneous filing of proposed jury questionnaire and voir dire (agreement of the parties)

- November 1, 2021: Defense expert disclosures (Defendant's proposal)

- November 1, 2021: Responses to motions *in limine* (agreement of the parties)

- November 8, 2021: Simultaneous filing of requests to charge and verdict sheet (agreement of the parties)

1

- November 8, 2021: Defense disclosures pursuant to Rules 16(b)(1)(A) and 16(b)(1)(B) materials (The Government proposed November 1, 2021; the Defendant proposed the close of the Government's case-in-chief)

- Close of the Government's case-in-chief: Defense witness list and 26.2 statements (Defendant's proposal)

These dates establish a baseline for when the parties must disclose certain materials. Each of the parties has a continuing obligation to update all disclosures if they become aware of additional responsive materials. In addition, and as requested by the parties, the parties may bring issues to the Court's attention that arise after the deadline for motions *in limine* if the issues could not have been raised within the deadline set for *in limine* motions.

SO ORDERED.

Dated: June 2, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge