# MANDATE

21-58-cr (L), 21-770-cr
United States v. Maxwell

<div style="float:right; border:1px solid black;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: <u>June 07, 2021</u>
</div>

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of April, two thousand twenty-one.

PRESENT:  PIERRE N. LEVAL,
          RAYMOND J. LOHIER, JR.,
          RICHARD J. SULLIVAN,
                *Circuit Judges*.

United States of America,

    *Appellee*,

  v.                     21-58-cr (L)
                        21-770-cr

Ghislaine Maxwell, AKA Sealed Defendant 1,

    *Defendant-Appellant*.

Defendant-Appellant Ghislaine Maxwell appeals from orders of the District Court entered December 28, 2020 and March 22, 2021, which denied her renewed requests for bail pending trial. See Dkts. 1, 20. Upon due consideration, it is hereby ORDERED that the District Court's orders are AFFIRMED and that Appellant's motion for bail, or in the alternative, temporary pretrial release pursuant to 18 U.S.C. § 3142(i), Dkt. 39, is DENIED. During oral argument, counsel for Appellant expressed concern that Appellant was improperly being deprived of sleep while incarcerated. To the extent Appellant seeks relief specific to her sleeping conditions, such request should be addressed to the District Court.

                 FOR THE COURT:
                 Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/07/2021