*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2021

**BY ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter to provide an update regarding the defendant's conditions of confinement at the Metropolitan Detention Center ("MDC") pursuant to the Court's Order dated December 8, 2020. (Dkt. No. 92). This update is based on information provided to the Government by MDC legal counsel regarding the conditions of the defendant's confinement over the last two months.

      The defendant continues to receive more time to review discovery than any other inmate at the MDC. Specifically, the defendant is permitted to review her discovery thirteen hours per day, seven days per week. During the entirety of that time, the defendant still has access to both a desktop computer provided by the MDC and a laptop computer provided by the Government on which to review discovery. Also during those thirteen hours per day, the defendant may use the MDC desktop computer to send and receive emails with her attorneys. This discovery review takes place in a day room that is separate from the defendant's assigned cell. Accordingly, the defendant continues to be permitted out of her cell from 7am to 8pm every day. While in the day room, the defendant continues to have exclusive access to the MDC desktop computer, the laptop, a television, a phone on which to place social or attorney calls, and a shower. The defendant is

also permitted outdoor recreation every day, although she has the option of declining such recreation time if she wishes.

The defendant also continues to receive as much, if not more, time as any other MDC inmate to communicate with her attorneys. Currently, the defendant receives five hours of video-teleconference ("VTC") calls with her counsel every weekday, for a total of 25 hours of attorney VTC calls per week. All of these VTC calls take place in a room where the defendant is alone and where no MDC staff can hear her communications with counsel. During these VTC calls, MDC staff place a camera approximately 30 feet away from the door to the room where the defendant conducts the VTC calls. The camera has a full view of the door to the VTC room, but the camera does not capture any sound from the defendant's VTC calls with her attorneys. The defendant is also permitted to use the phone in the day room to place phone calls to her attorneys as needed.

In addition, the defendant receives in-person visits from her attorneys as needed on weekends. These meetings take place in a room where the defendant is alone with her counsel and where no MDC staff can hear the defendant's communications with counsel. During these visits, MDC staff place a camera approximately 30 feet away from the door to the attorney visit room. The camera has a full view of the door to the attorney visit room, but the camera does not capture any sound from the defendant's meetings with her counsel.

Like any other inmate, the defendant is patted down by MDC staff whenever she is moved to a different part of the facility. As part of every pat-down search, the defendant is required to open her mouth briefly so that MDC staff can confirm she has not hidden contraband in her mouth. These pat-down and mouth searches continue to be consistent with MDC's policy that all inmates be searched whenever they move to a different location within the jail facility. Also like all other inmates, after each in-person visit she receives, the defendant is strip searched.

Page 3

After any in-person visit the defendant receives, MDC staff conduct a body scan of the defendant, which is a non-invasive machine scan, to check for any secreted contraband. MDC staff also search the defendant's cell for contraband approximately once per day. Finally, as discussed in detail in the Government's May 5, 2021 letter (Dkt. No. 270), MDC staff conduct wellness checks on the defendant every fifteen minutes at night to confirm that the defendant is breathing. The MDC continues to be of the view that all of these searches are necessary for the safety of the institution and the defendant, including for the reasons detailed in the Government's May 5, 2021 letter.

MDC medical staff and psychology staff continue to monitor the defendant daily. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ MDC medical staff continue to assess that the defendant is physically healthy.

Should the Court have any questions or require any additional details regarding this topic, the Government will promptly provide additional information.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By: _____
        Maurene Comey / Alison Moe
        Lara Pomerantz / Andrew Rohrbach
        Assistant United States Attorneys
        Southern District of New York
        Tel: (212) 637-2324

Cc: All Counsel of Record (By ECF)