UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/25/2021
```

| | |
|---|---|
| United States of America, | |
| —v— | 20-cr-330 (AJN) |
| Ghislaine Maxwell, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

Maxwell's motions to suppress evidence (Dkt. Nos. 133, 139) are DENIED.  The Court

sets out its reasoning in an opinion concurrently filed under temporary seal to allow Maxwell and

the Government the opportunity to propose redactions.  The parties may file under seal any

proposed redactions to the opinion within three days.

The Court further ORDERS that the April 9, 2019 memorandum decision and order on

the Government's application to modify the protective order in *Giuffre v. Maxwell*, No. 15-cv-

7433, as well as the transcripts of the March 26, 2019 and April 9, 2019 ex parte hearings on that

application shall be unsealed.  These documents were previously filed under seal as Exhibits D,

E, F, and G to the memorandum of law in support of Maxwell's first motion to suppress (Dkt.

No. 134).  Within one week, the parties shall confer and file under seal any proposed redactions

to the memorandum decision, order, and transcripts.

Any proposed redactions shall be narrowly tailored and shall be supported with reference

to the Second Circuit's opinion in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir.

2006).  The parties' proposed redactions should not include any information that has already

been made public.

SO ORDERED.

Dated: June 25, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge