UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                  Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       The Court grants the Defendant's request that going forward the Government shall only file updates if there are any material changes to Ms. Maxwell's conditions of confinement. *See* Dkt. No. 300 at 1. In the absence of any other specific or supported application for relief from the Defendant, the Court will take no further action at this time.

SO ORDERED.

Dated: June 25, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge