

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The parties jointly submit this letter in response to the Court's June 30, 2021 Order directing the parties to indicate whether they propose any redactions to the Court's June 25, 2021 Opinion and Order denying the defendant's suppression motions as well as Exhibits D, E, F, and G (the "Exhibits") to the memorandum of law in support of the defendant's first motion to suppress (Dkt. No. 134). (Dkt. No. 305). The parties have conferred and do not seek any redactions to the Court's June 25, 2021 Opinion and Order or the Exhibits. Accordingly, the parties have no objection to the public filing of the Opinion and Order and the Exhibits without redactions.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney

            By:   s/
                Maurene Comey / Alison Moe /
                Lara Pomerantz / Andrew Rohrbach
                Assistant United States Attorneys
                Southern District of New York

Cc: Defense counsel (By ECF)