

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

July 2, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

   **Re:  *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)**

Dear Judge Nathan:

  Pursuant to the Court's order dated July 1, 2021 (Dkt. 308), we have attached to this letter the unsealed copies of Exhibits D, E, F, and G of Ms. Maxwell's memorandum of law in support of her first motion to suppress (Dkt. 134) to be filed on the public docket.

               Respectfully submitted,

                /s/ Christian Everdell
               Christian R. Everdell
               **COHEN & GRESSER LLP**
               800 Third Avenue, 21st Floor
               New York, New York 10022
               (212) 957-7600

cc:  All Counsel of Record (By ECF)