# EXHIBIT E

```
XJ49HGJS                    SEALED - DO NOT DOCKET

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    In Re Grand Jury Subpoena,

4                                              19 Misc. 149 (CM)

5                                              Conference
     ------------------------------x
6
                                               New York, N.Y.
7                                              April 9, 2019
                                               11:45 a.m.
8

9    Before:

10                      HON. COLLEEN MCMAHON,

11                                             Chief District Judge

12                          APPEARANCES

13   GEOFFREY S. BERMAN
          United States Attorney for the
14        Southern District of New York
     ALEX ROSSMILLER
15        Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25
```

1            (In the robing room)
2            THE COURT:  This is 19 Misc. 149, In Re Grand Jury
3    Subpoena.  I've had one conference with the government in this
4    matter.  You want to put your appearance on the record.
5            MR. ROSSMILLER:  Yes.  Good morning, your Honor.  Alex
6    Rossmiller for the government.
7            THE COURT:  Mr. Rossmiller, I now know a lot more
8    about what's going on than I did the last time we were
9    together.  My question is this:  I'll be very up-front with
10   you.  I want to make sure I'm not in a Chemical Bank kind of
11   situation, so I would like to know about contacts between the
12   United States Attorney's Office and the Boies Schiller firm
13   prior to the issuance of the subpoena on the subject of your
14   investigation.
15           MR. ROSSMILLER:  Yes, your Honor.  So with respect to
16   this investigation, the investigation was opened in late
17   November or early December, either on Friday, November 30, or
18   Monday, December 3.
19           THE COURT:  OK.
20           MR. ROSSMILLER:  In the initial days and weeks of the
21   investigation, we endeavored to identify information about the
22   subject of the investigation, including, among other things,
23   possible victims who we should speak to.  In the process of
24   doing so, we identified certain counsel that were identified as
25   representing victims or witnesses either in public filings or

1  in media reports. Boies Schiller was among those plaintiff
2  attorneys. So following the opening of the investigation, we
3  were in touch with Boies Schiller, among other plaintiff and
4  witness counsel, in connection with their representation of
5  witnesses or victims.
6      With respect to Boies Schiller in particular, we
7  quickly came to learn during the investigation that they had at
8  the time either active or recently completed civil litigation
9  and so asked them, as is our standard practice, told them, I
10 should say, that we expected to make document requests. They
11 generally advised us that they believed there was a protective
12 order that would govern at least some of the materials, and
13 that is why we ultimately made the application to the Court.
14      THE COURT: OK. That's all I needed to know. I want
15 to make two little changes in this opinion, and if you come
16 back in an hour, you'll have it.
17      MR. ROSSMILLER: OK.
18      THE COURT: All right.
19      MR. ROSSMILLER: Thank you, your Honor.
20      THE COURT: And we are granting your request.
21      MR. ROSSMILLER: Understood. Thank you, your Honor.
22      THE COURT: OK.
23      (Adjourned)
24
25