UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Defense counsel, including David Markus, are ORDERED to respond to the Government's July 1, 2021 letter motion, Dkt. No. 309, by July 9, 2021.

SO ORDERED.

Dated: July 2, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge