SECTIONS  **10 WEEKS FOR 99¢** SUBSCRIBE  LOG IN

**LEARN MORE ABOUT SUBSCRIPTIONS**


Belarusian athlete claims she was forced to airport after complaining about Olympic…

Kathy Griffin reveals lung cancer diagnosis 

Governors Ball dur after homop

ADVERTISEMENT

NEW YORK

# Ghislaine Maxwell makes first in-person NYC court appearance

By **STEPHEN REX BROWN**
NEW YORK DAILY NEWS | APR 23, 2021

Cited in Gov v Maxwell 20 CR330 December 7/15/21
Archived on 8/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

FEEDBACK



In this courtroom sketch, Ghislaine Maxwell, far right, appears in Manhattan Federal court seated next to her attorney Bobbi C. Sternheim, second from left, along with her sister Isabel Maxwell, far left, during her arraignment on a superceding indictment, Friday, April 23, in New York. (Elizabeth Williams/AP)

Cited in U.S. v Maxwell 20-CR-330 Decided 7/30/21 Archived on 8/2/21 This document is protected by copyright. Further reproduction is prohibited without permission.

A thin Ghislaine Maxwell made her first in-person court appearance Friday, nearly a year after her arrest for allegedly luring victims into Jeffrey Epstein's underage sex trafficking trap.

Maxwell, 59, walked stiffly into the Manhattan federal courtroom sporting a blue jail uniform. She had gray roots showing in her shoulder-length black hair. The British socialite, worth more than $20 million, chatted with her defense attorneys and stared straight ahead, showing no obvious signs of the torture she claims to be enduring in the Metropolitan Detention Center in Brooklyn.

ADVERTISEMENT

Maxwell pleaded not guilty to a new charge of sex trafficking a minor in the early 2000s. The British socialite is fighting with prosecutors on multiple fronts — though they were not addressed during the brief hearing.



FILE - Jeffrey Epstein and Ghislaine Maxwell are pictured at Cipriani Wall Street on March 15, 2005 in New York City. (Patrick McMullan via Getty Image)

Maxwell's sister, Isabel, sat in the courtroom near an Epstein victim, Danielle Bensky.

"It's painful, but it's good too; it's healing," Bensky said after the hearing. "After not having a trial for Epstein this will provide closure for the victims."

[More New York] Governors Ball dumps DaBaby after homophobic comments »

Maxwell has complained about the conditions of her confinement, the start date of her trial and a 2016 meeting between lawyers for Epstein victims and prosecutors.

Cited in US v Maxwell 20CR330 Decided 7/30/21 Archived on 8/2/21 This document is protected by copyright. Further reproduction is prohibited without permission.

FEEDBACK

Protestors display an anti-Jeffrey Epstein banner outside Manhattan Federal Court after Ghislaine Maxwell's court appearance Friday, April 23, in Manhattan, New York. (Barry Williams/for New York Daily News)

Maxwell says she's being held in solitary confinement in the jail on the Sunset Park waterfront. Jail staff shine a light in her cell every 15 minutes overnight, preventing her from sleeping, she says. The food is often inedible and the water is filthy, her attorneys claim. She claims she's lost weight and her hair is falling out. An MDC staffer allegedly abused her in one encounter, the details of which have not been revealed.

## Breaking News Newsletter
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.

ENTER YOUR EMAIL ADDRESS

"Ghislaine is in very, very difficult conditions none of us would wish on our worst enemy," her attorney, David Oscar Markus, said outside of court. "She's staying strong, she's getting ready for trial. Ghislaine is looking forward to that trial and she's looking forward to fighting, and she will fight."

FEEDBACK

Danielle Bensky (center) speaks to the media with attorneys Sigrid McCawley, left, and David Boies, after leaving Manhattan Federal Court Friday, April 23, in Manhattan, New York. (Barry Williams/for New York Daily News)

Maxwell is currently scheduled to face trial starting July 12 for procuring and grooming three underage Epstein victims in the mid-1990s, as well as trafficking a fourth

underage victim between 2001 and 2004. Her lawyers have asked for a delay until early next year. Prosecutors say they "strenuously" oppose the request.

**MOST READ**

**Belarusian athlete claims she was forced to airport after complaining about Olympic coaches**

**Kathy Griffin reveals lung cancer diagnosis**

**Governors Ball dumps DaBaby after homophobic comments**

Judge Alison Nathan said she will soon rule on whether to postpone the start of trial. The judge recently ordered that Maxwell face a second trial on charges of lying under oath at a later date to be determined.

FEEDBACK

Cited in U.S. v. Maxwell
20CR330 Decided 7/30/21
Archived on 8/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Isabel Maxwell, Ghislaine Maxwell's sister, leaves Manhattan Federal Court Friday, April 23, in Manhattan, New York. (Barry Williams/for New York Daily News)

A legal battle is also brewing over a 2016 meeting — first revealed by the Daily News — between Manhattan federal prosecutors and attorneys for Epstein accusers. Sources told the Daily News that the victims' lawyers urged the office to open an investigation of Epstein and Maxwell. But the request went nowhere.

Cited in US v Maxwell 20CR330 Decided 7/30/21 Archived on 8/2/21 This document is protected by copyright. Further reproduction is prohibited without permission.

Isabel Maxwell, Ghislaine Maxwell's sister, right, leaves Manhattan Federal Court Friday, April 23, in New York. (Barry Williams/for New York Daily News)

Maxwell now cites that meeting as evidence that prosecutors and victims' lawyers were improperly in cahoots. Manhattan federal prosecutors say they opened an investigation of Epstein and Maxwell in response to investigative reporting by the Miami Herald in late 2018. Sources familiar with the meetings said victims' lawyers were frustrated by prosecutors' failure to take action following the outreach — rebutting Maxwell's claims of collusion.

"I don't believe there is any credible basis whatsoever to assert Ms. Maxwell is the victim. The media blitz the defendant is putting out, I don't believe it's fair to the real victims. I think it's highly undesirable," victims' attorney David Boies said.

### Woman Files For Divorce After Seeing This Photo - Can You See Why?
MISTERSTORY | SPONSORED

### Keith Urban Just Made A Heartfelt Statement About Nicole Kidman
ZENHERALD.COM | SPONSORED

### No One Knew She Felt This Way For Him Until Now
MATERNITYWEEK.COM | SPONSORED

The Scene That Made American Pickers Cancel Frank Fritz

They Drained Niagara Falls — They Weren't Prepared For This Sickening Discovery

SEXIER IN FREE LIFE ACOM NEXT REFINED | SPONSORED

**NY DAILY NEWS**
Queens husband gets 16 years for killing newlywed wife after she flipped him off, challenged his a…

**NY DAILY NEWS**
SEE IT: Tourist thrown to ground, dragged down sidewalk by Manhattan mugger after her purse
By JOHN ANNESE STEPHEN STRATMAN, JOHN ANNESE

**ORLANDO SENTINEL**
Pictures: Carnival Downtown

Cited in US v Maxwell 20CR330 Decided 7/30/21 Archived on 8/2/21 This document is protected by copyright. Further reproduction is prohibited without permission.

## You May Like

Sponsored Links by Taboola

**This Picture Shows Who Prince Harry's Father Really Is**
Medical Matters

**Amal Clooney's No Makeup Photo: Her Real Face Is Quite Different**
Loan Insurance Wealth

**Faith Hill's Daughter Is Probably The Prettiest Woman To Ever Exist**
Lovesobserver

**Here's The Salaries Made For Each Military Rank**
thedelite.com

ADVERTISEMENT

Cited in US v Maxwell
20CR330 Decided 7/30/21
Archived on 8/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

FEEDBACK

CONNECT



### TRIBUNE PUBLISHING

| | |
|---|---|
| Chicago Tribune | The Baltimore Sun |
| Orlando Sentinel | Sun Sentinel of Fla. |
| The Morning Call of Pa. | Hartford Courant |
| Daily Press of Va. | The Virginian-Pilot |
| The Daily Meal | Studio 1847 |

### COMPANY INFO

Careers

Help Center

Manage Web Notifications

Place an Ad

Media Kit

Privacy Policy

Terms of Service

Contact Us

Site Map

Manage Subscription

Contests

Special Sections

The Active Times

About Us

Copyright © 2021, New York Daily News

Cited in US v Maxwell
20CR330 Decided 7/30/21
Archived on 8/2/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

FEEDBACK