UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/21
```

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 19, 2021, Defendant Ghislaine Maxwell submitted a sealed and *ex parte* motion for an order authorizing four subpoenas pursuant to Rule 17(c)(3) of the Federal Rules of Criminal Procedure. By sealed order dated March 22, 2021, the Court provided an opportunity for recipients of the subpoenas to respond to the requests by March 30, 2021, but it received no responses.

In an Opinion and Order temporarily filed under seal, the Court DENIES Maxwell's motion without prejudice. It does so after concluding that none of the proposed subpoenas conform to the factors first set out in *United States v. Nixon*, 418 U.S. 683, 698–70 (1974).

The Court will send the temporarily sealed Opinion and Order to defense counsel. By August 18, 2021, Maxwell is ORDERED to inform the Court whether she seeks sealing or limited redactions of the Court's opinion and of her original motion papers, justifying any such request by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). In addition, by that date Maxwell shall inform the Court whether she seeks full sealing or redactions of the original motion, again justifying any such request by reference to the *Lugosch* test.

SO ORDERED.

Dated: August 13, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge