

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

August 25, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *United States v. Ghislaine Maxwell*, **S2 20 Cr. 330 (AJN)**

Dear Judge Nathan:

    Pursuant to the Court's Order, dated August 23, 2021 (Dkt. 325), we write to advise the Court that defense counsel provided copies of the Court's August 23rd Order and its August 13th temporarily sealed Opinion and Order to the intended recipients of the subpoenas or their counsel via email on August 24, 2021 and August 25, 2021.

    Sincerely,

    /s/ Christian Everdell
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600

cc:    All Counsel of Record (By ECF)