UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     Defendant submitted a letter on August 18 informing the Court about disruptions of attorney-client video teleconferences. Dkt. No. 319. After conferring with MDC Legal, the Government responded on August 23. Dkt. No. 326. According to the Government and MDC Legal, the Defendant's difficulties in communicating with her counsel via video teleconference have been resolved, and the Government's letter sufficiently addresses her other requests. The Court finds MDC Legal's assurance that Defendant's communications have not been interfered with, recorded, or listened to sufficient. No further application for relief was made in Defendant's August 24 reply. Dkt. No. 327. The Court remains confident that Ms. Maxwell is fully able to communicate with her defense counsel and to prepare for trial. If Defendant experiences further issues in communicating with her counsel, she should promptly notify the Court after conferring in good faith with the Government and MDC Legal.

     SO ORDERED.

Dated: August 25, 2021
       New York, New York

ALISON J. NATHAN
United States District Judge