UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/21

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 11, 2021, the Court informed the parties that it set a tentative trial date for November 29, 2021. The Court accordingly requested a jury trial for that date pursuant to the COVID rules for centralized jury trial scheduling in the district. The Clerk's Office has now confirmed that a jury trial in this case has been scheduled to commence on **November 29, 2021**. This is a firm trial date. When the information is available, the Court will provide courtroom location and public access information by separate order.

    Due to space limitations resulting from the SDNY COVID protocols, the Clerk's Office has also provided the following dates for administering a juror questionnaire and conducting voir dire: **November 4, 5, and 12 (questionnaire), and November 16–19 (voir dire)**. The Court intends to use a streamlined questionnaire as much as feasible given all relevant circumstances. The parties shall bear this in mind when they discuss and jointly propose a questionnaire and voir dire on the schedule outlined below.

    In light of the firm dates discussed above, it is hereby ORDERED that the parties appear for a telephone conference to discuss jury selection matters on **October 21, 2021 at 12:00 P.M**. Dial-in information for the parties and for public access will be provided when it is available by separate order.

1

In light of the jury selection dates provided by the Clerk's Office, the Court amends the schedule that it set on June 2, 2021 as follows. The parties shall meet and confer and submit a joint proposed juror questionnaire and joint proposed voir dire by **October 11, 2021**. The parties shall file a joint proposed charge and verdict sheet, with any differing proposals supported by authority or other justification, by **October 27, 2021**. Any motions in limine must be simultaneously filed by **October 18, 2021**, and any responses to motions in limine are due by **October 25, 2021**. Otherwise, the parties shall continue to follow the schedule that the Court set on June 2, 2021. Dkt. No. 297.

IT IS FURTHER ORDERED that the parties appear for an in-person pretrial conference on **November 1, 2021 at 11:00 A.M.** Location information and public access information will be provided by separate order when available.

SO ORDERED.

Dated: August 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge