UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

GHISLAINE MAXWELL,

Defendant.

-------------------------------------------------------- x

S2 20 Cr. 330 (AJN)

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all papers and proceedings had herein, Defendant Ghislaine Maxwell will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the United States Courthouse located at 40 Foley Square, New York, NY 10007, for the following:

An Order granting individual sequestered juror voir dire and limited counsel-conducted voir dire.

Dated: New York, NY.
October 13, 2021

_____/s/_____
Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
225 Broadway -Suite 715
New York, NY 10007
212-243-1100

Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue New York, NY 10022
212-957-7600

Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, CO 80203
303-831-7364

*Attorneys for Ghislaine Maxwell*

Via ECF to:  Clerk of the Court
             Government Counsel