UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

　　　　　　　　Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　The Court is in receipt of Defendant's motion for an order granting individual sequestered juror voir dire and limited counsel-conducted voir dire. Dkt. No. 341. The Government is hereby ORDERED to respond by Monday, October 18, 2021.

　　SO ORDERED.

Dated: October 13, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　United States District Judge

1