UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received a letter via email from a lawyer for an alleged victim regarding victim attendance at the upcoming trial. The Court will file the letter under seal and forward a copy to counsel for both sides.

    Consistent with the District's COVID-19 protocols, the Court will ensure public access for pre-trial proceedings and trial, including several overflow rooms at the courthouse with live feeds of the proceedings. Additional information will be provided as soon as it is available.

    Access for alleged victims will be coordinated between the Victim Witness Unit and the District Executive's Office. The contact information for each office is provided below. Furthermore, Defense counsel may coordinate access for the Defendant's family members with the District Executive's Office.

| | |
|---|---|
| Wendy Olson, Coordinator<br>Victim Witness Unit<br>United States Attorney's Office<br>(212) 637-1028<br>Wendy.Olson@usdoj.gov | Joseph Pecorino<br>District Executive's Office<br>United States District Court<br>Southern District of New York<br>(212) 805-0504<br>Joseph_Pecorino@nysd.uscourts.gov |

SO ORDERED.

1

Dated: October 14, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge