UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's letter regarding the deadline for filing a motion under Federal Rule of Evidence 412. Dkt. No. 345. The Government is hereby ORDERED to respond by 5:00 p.m. tomorrow, October 15, 2021.

    SO ORDERED.

Dated: October 14, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge

1