UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                    Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's letter regarding delivery of Defendant's legal mail at MDC. Dkt. No. 346. The Government is hereby ORDERED to respond as soon as possible but by no later than today, October 15, 2021 at 5:00 p.m.

    SO ORDERED.

Dated: October 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge