UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/21
```

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As noted in its previous order, the Court will hold a telephone conference to discuss jury selection matters on October 21, 2021 at 12:00 p.m. Dkt. No. 330. Members of the press and the public in the United States may access the live audio feed of the proceeding by calling 844-721-7237 and using access code 9991787. Those outside of the United States may access the live audio feed by calling 409-207-6951 and using the same access code.

      The Court will provide counsel for both sides an additional dial-in number to be used by counsel, the Defendant, alleged victims, and any family members of the Defendant.

      Any photographing, recording, or rebroadcasting of federal court proceedings is prohibited by law. Violation of these prohibitions may result in fines or sanctions, including monetary fines, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

      SO ORDERED.

Dated: October 19, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge