## members of SDNY press corps join RCFP in opposition to secret jury selection in USA v. Maxwell

**Pete Brush** <pete.brush@law360.com>
Thu 10/21/2021 11:28 AM

**To:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
**Cc:** Matthew R. Lee <matthew.lee@innercitypress.com>; CNS New York Fed <newyork@courthousenews.com>; thays_ap.org <thays@ap.org>; adamklasfeld@lawandcrime.com <adamklasfeld@lawandcrime.com>; Jacobs, Shayna <Shayna.Jacobs@washpost.com>

**CAUTION - EXTERNAL:**

Dear Judge Nathan -

   Reporters belonging to the Southern District of New York's in-house press corps write respectfully in support of the arguments made by the Reporters Committee for Freedom of the Press (docket #362) in opposition to any secret jury selection and/or secret juror-vetting in the upcoming USA v. Maxwell trial.

   The case is USA v. Maxwell, case number 1:20-cr-00330, in the U.S. District Court for the Southern District of New York.

   best regards,

   Pete Brush, Law360; Tom Hays, AP; Josh Russell, Courthouse News Service; Shayna Jacobs, Washington Post; Matthew Russell Lee, Inner City Press; Adam Klasfeld, Law&Crime

--
Pete Brush, reporter, New York federal courts
212 267 3090
Law360 Newswires
www.law360.com
@petebrush

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.