UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/21

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As discussed at yesterday's conference, attached is the Court's draft preliminary remarks to be recorded and played before each questionnaire session. The parties may suggest any proposed edits by letter on or before October 26, 2021, or they shall indicate by that date that they have no objections or suggestions.

      SO ORDERED.

Dated: October 22, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge

*United States v. Maxwell*, 20cr330

Preliminary Remarks Prior to Questionnaire

To be video recorded and played on 11/4, 11/5, and 11/12

      Hello everyone.  Thank you so much for being here.  And welcome to the Southern District of New York.  My name is Judge Alison Nathan and I am the judge who will preside over the trial for which you have been summoned.  I have recorded this message to you because you are spread out in different rooms and over different times as part of the District's COVID safety protocols.  I look forward to seeing you in person as this process moves forward.

      We are about to start the process of selecting a jury to try a criminal case.  I'm going to briefly describe the process to you as it may be different than what some of you have previously experienced when summoned for jury duty.

      The first part of the process is going to occur now.  In a few minutes, after you've been sworn to tell the truth, you will fill out a questionnaire.  The purpose of the questionnaire is for you to provide information to myself, to the prosecutors, to defense counsel, and to the defendant to assist all of us in determining whether you can be a fair and impartial juror in this case.

      When you are done filling out the questionnaire, you will return it to the Jury Department staff and you will be done for the day.  Some of you will be asked to return for a phase two, which will involve in-person questioning by me.  That is going to start on November 16.  So you are free of jury service with respect to this case from whenever you finish the questionnaire until at least November 16.  Some of those who are going to return will come in on November 16, some will come on November 17th, and possibly there will be one or two more days.  You will get instructions before you leave here today about how you will find out whether you are going

to have to come back at all for the in-person questioning in this case and exactly what date and time you would be obliged to be here.

Once that in-person questioning is completed, some of that group will be asked to return for the last step in the jury selection, and some of that last group will be selected to serve on the jury.

The trial in this case will begin on November 29 and we expect it to last approximately six weeks. We will of course not sit on federal holidays, including Christmas Eve and Christmas and New Year's Eve and New Year's Day. The questionnaire will explain the estimated schedule more fully and you will get to that in a moment.

But first, I want to tell you a little bit about the case. As I mentioned, this is a criminal case. The charges against the Defendant are set forth in an indictment. An indictment is a formal method of accusing someone of a crime. It is not evidence of any kind. It is the Government's burden at trial to establish a defendant's guilt beyond a reasonable doubt.

This case is brought by the United States Attorney's Office for the Southern District of New York against Ghislaine Maxwell. The indictment against Ms. Maxwell alleges that she conspired with and aided and abetted Jeffrey Epstein to entice minor females to travel to engage in criminal sexual activity, to transport minors to engage in criminal sexual activity, and to engage in sex trafficking of a minor. Ms. Maxwell has pled not guilty to all charges. Ms. Maxwell is presumed innocent, and before she can be found guilty on any charge, the jury must find that the Government has proven each element of that crime beyond a reasonable doubt.

Now, as some of you may have already figured out, there is going to be significant press coverage of this trial. Some of you may have already heard about this case in the media, and that is OK. But from this moment on, I instruct you that you are not to read or watch or listen to

anything that has anything at all to do with this case or anyone involved in the case. You are not to discuss this case among yourselves, you are not to discuss it with anyone, including your family, friends, anyone. You may say that you are part of the jury selection process in a criminal case in federal court, but that is all you may say. Moreover, you are not to do any research through any means about the case or anyone involved in it. That includes the defendant, it includes the judge, it includes the lawyers, and it includes any other names you hear about today. And it means, among other things, that you are not to chatter about it on Facebook, Twitter, Instagram, Tiktok, Snapchat, or any other social media services. You are not to read anything about it online or in the paper. You are not to watch or listen to anything about it on television, the radio, or on podcasts. You are not to do a Google search or any other kind of search. You may not do any of that and that is very important. As I am sure you understand, we must ensure that we have a jury of citizens who will decide the issues in this case based only on the evidence that is presented in court during the trial.

    Because this is a high-profile case AND because we are still in the age of COVID, I want to assure you that the Court will take a number of steps to protect your privacy and safety. First, when you are filling out the questionnaire and as we go through the later stages of the process, I ask that you please not identify yourself by your name or identify anyone you are associated with by name. Throughout the selection process and if you are selected as a juror, although the lawyers and I will know your names, we will only refer to you in Court by your juror number. This will protect your privacy.

    Second, due to COVID and to ensure easy access into and out of the Courthouse, the Court will arrange and provide transportation for selected jurors to and from the Courthouse every day of trial.

And third, for those of you who are selected, we will provide breakfast, lunch, and snacks as well as places in the Courthouse where you can eat while maintaining adequate distance from each other while doing so.  We also have all kinds of measures in place to assure safe distancing and air filtration in the Courtroom.  And of course, everyone is required to wear masks.

Ok, I will end here with a few points about how to fill out the questionnaire and then I will leave you to it.  First, read all of the directions in the questionnaire.  Second, please enter your juror number on the front page of the questionnaire and at the top of each page. Where indicated, please check the space for yes or no or unsure and, as requested, provide answers, explanations or details on the lines provided.

Please answer every question.  If you don't understand a question, please write, I don't understand.  If you don't know the answer to a question, write I don't know.  Please do not write on the back of any page.  There are pages at the end for extra space if you need it.

Please don't leave the room while you are completing the questionnaire.  If you need to use the restroom, please hand the questionnaire to one of the members of the Jury Department staff, follow their directions, and retrieve it upon your return.

Please do not discuss the questions or your answers with anyone, including your fellow prospective jurors.

Ladies and gentlemen, thank you for your service.  Jury trials are part of the bedrock of American democracy.  Citizen jurors, not judges, decide the outcome of criminal and civil disputes.  This right to trial by jury is enshrined in the Sixth and Seventh Amendments to our Constitution.

Each of you have responded to the call to serve.  Doing so will involve some inconvenience and hardship.  But by your willingness to serve, by your truthful answers to the

questions posed to you, and by your careful following of the rules and instructions I have provided, you are doing your part to support the cherished American institution of trial by jury. Thank you.