```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

              Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 18, 2021, the parties filed their respective motions *in limine*. Dkt. Nos. 355, 357, 358. Responses are due today, October 25, 2021. The parties are further ORDERED that reply briefs, if any, are due by October 27, 2021. Each sides' responses and any replies must be filed as a single document. For example, the Government should file an omnibus response brief to all of the motions *in limine* filed by the Defendant, and the Defendant should file an omnibus response brief to the Government's omnibus motion *in limine*. Similarly, any reply by the Defendant should be an omnibus reply document and same for the Government.

The parties filed their motions *in limine* temporarily under seal to allow for the other side's proposal and the Court's consideration of redactions. *See* Dkt. Nos. 358-59. Each side should consider the other party's briefs—including any responses filed on October 25, and any replies filed on October 27—and indicate whether they seek any additional redaction requests. The parties are ORDERED to file on the public docket all briefing with both parties' proposed redactions, and a joint letter justifying any requested redactions by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), on or before October 29, 2021.

SO ORDERED.

1

Dated: October 25, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge