

**Haddon, Morgan and Foreman, P.C**
**Jeffrey Pagliuca**

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

October 25, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

Today, counsel for Ghislaine Maxwell filed her Omnibus Response to the Government's Motions *in Limine* temporarily under seal in order to provide the parties time to consider whether any proposed redactions can be justified under the relevant legal test.

Consistent with the Court's Order of today (Dkt. 368), counsel for Ms. Maxwell will file this Response together with her other pleadings regarding *in limine* issues on the public docket with any proposed redactions and a joint letter justifying any such redactions on or before October 29, 2021.

Respectfully Submitted,

Jeffrey S. Pagliuca

CC: Counsel of Record (via ECF)