USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is receipt of the parties' letters regarding the jury questionnaire and voir dire. *See* Dkt. Nos. 372, 373, 375.

    The Court will provide counsel the corresponding list of juror names and assigned juror numbers on November 16 at the commencement of voir dire. The placeholder for the juror information sheet in the Court's draft questionnaire refers to the information sheet required by the Jury Department. *See* Dkt. No. 365. The information sheet will be removed and collected by the Jury Department from the packet before the parties' review of the questionnaires.

    The Court is still considering the logistics of when peremptory strikes will be exercised, but the Court anticipates peremptory strikes will be exercised on November 29. Assuming so, the swearing in of the jury, preliminary instructions, and opening statements would commence immediately following the simultaneous (via submission of lists) exercise of peremptory challenges.

    SO ORDERED.

Dated: October 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge