UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                                  :
                                                           :
          v.                                               :     S2 20 Cr. 330 (AJN)
                                                           :
GHISLAINE MAXWELL,                                         :     **NOTICE OF MOTION**
                                                           :
          Defendant.                                       :
                                                           :
                                                           :
---------------------------------------------------------- x


**GHISLAINE MAXWELL'S MOTION UNDER FEDERAL RULE OF EVIDENCE 412
TO PERMIT QUESTIONING ABOUT HER ACCUSERS' SEXUAL BEHAVIOR**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Ghislaine Maxwell, through counsel, hereby moves under Federal Rule of Evidence 412 and the constitutional rights to present a defense and to confrontation to permit questioning regarding her accusers' other sexual behavior.

Dated: October 27, 2021
       New York, New York

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303-831-7364

Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: 212-957-7600

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*