# EXHIBIT 2

# Lisa M. Rocchio, Ph.D.

## EDUCATION

| | | |
|---|---|---|
| 1995 | **Ph.D.** Clinical Psychology<br>University of Rhode Island, Kingston, RI | |
| 1992 | **MA** Clinical Psychology<br>University of Rhode Island, Kingston, RI | |
| 1989 | **BA** Psychology and English<br>Emory University, Atlanta, Georgia | |
| 1988 | **Visiting Student**<br>Westfield College, London, England | |

## ACADEMIC APPOINTMENT

2020 - present   **Clinical Instructor**
Department of Psychiatry and Human Behavior
Alpert Medical School of Brown University
Providence, RI

## LICENSURE

11/14 – present   **Licensed Psychologist (MA) #10025**
02/12 - present   **Licensed Psychologist (NY) #019490**
12/97 - present   **Licensed Psychologist (RI) #00631**

## CLINICAL EXPERIENCE

7/98 - present   **Clinical Director and Owner, Inter-Disciplinary Independent Group Practice**
Lisa M. Rocchio, Ph.D. & Associates, Inc. Johnston, RI
*Psychotherapy, Assessment, Consultation, Education and Training,*
*Forensic Assessment, Forensic Consultation, Expert Testimony*

12/97 - 6/98   **Independent Practice**
Associates in Psychotherapy, North Kingstown, RI
*Psychotherapy, Assessment, Education and Training*

7/96 - 11/97   **Post-Doctoral Fellow in Psychology**
Ann Begin, Ph.D., Associates in Psychotherapy, North Kingstown, RI
Women's Day Hospital Program, Butler Hospital, Providence, RI

Lisa Marie Rocchio, Ph.D.  2

| | |
|---|---|
| 7/94 - 7/95 | **Pre-Doctoral Intern in Psychology**<br>Yale University School of Medicine, New Haven, CT<br>New Haven Hospital and Yale Psychiatric Institute |
| 9/93 - 5/94 | **Clinical Psychology Extern**<br>Counseling Center, University of Rhode Island, Kingston, RI |
| 5/91 - 5/94 | **Clinical Psychology Trainee**<br>Psychological Consultation Center, University of Rhode Island, Kingston, RI |
| 9/92 - 5/93 | **Clinical Psychology Extern**<br>Psychological Services, Brown University, Providence, RI |
| 6/90 - 8/90<br>7/91 - 8/91 | **Family Service Student Counselor**<br>Pre-Natal Clinic, St. Joseph's Hospital<br>Department of Family Service, Providence, RI |

**TRAINING AND CONSULTATION EXPERIENCE**

| | |
|---|---|
| 2000 - 2002 | **Psychological Consultant**<br>North Providence School Department<br>*Performed comprehensive psychological evaluations of elementary school students to determine the impact of psychological difficulties on school performance and functioning. Evaluations involved clinical diagnostic interviews, psychological testing, classroom observations and collateral interviews.* |
| 2000 - 2001 | **Psychological Consultant**<br>Diagnostic Assessment Services, Middletown, RI<br>*Performed comprehensive psychological evaluations of adolescents who had been court ordered for outpatient psychological, cognitive and educational testing.* |
| 1999 - 2002 | **Consultant: Professional Development, Education and Training**<br>Department of Children, Youth, and Families, Providence, RI<br>*Developed and presented workshops to DCYF employees in the areas of trauma, vicarious traumatization, and stress management.* |
| 1994 | **Mock Trial Expert Witness**<br>Yale University School of Medicine, New Haven, CT |
| 1992 - 1994 | **Workshop Leader**<br>College Counseling Center, University of Rhode Island, Kingston, RI<br>*Eating Disorders Workshops presented across campus to various student groups and organizations* |
| 1992 | **Mock Trial Expert Witness**<br>Travelers Worker's Compensation Trial Advocacy Program, Hartford, CT |

**RESEARCH EXPERIENCE**

| | |
|---|---|
| 1999 - 2003 | **Research Group Member**<br>Trauma Science Research Group, Providence, RI |
| 6/93 - 9/93 | **Research Assistant** |

Lisa Marie Rocchio, Ph.D.   3
Outpatient Eating Disorders Research Group, Butler Hospital, Providence, RI

| | |
|---|---|
| 10/89 - 8/91 | **Research Project Coordinator**<br>The Social Behavior of Developmentally Disabled Children, Bradley Hospital, East Providence, RI |

**TEACHING EXPERIENCE**

| | |
|---|---|
| 9/96 - 12/96 | **Adjunct Assistant Professor**<br>University of Rhode Island, College of Continuing Education, Providence, RI<br><u>Introduction to Women's Studies (2 sections)</u> |
| 1/96 - 5/96 | **Special Instructor in Psychology**<br>Providence College, Providence, RI<br><u>Psychology of Women</u> (2 sections) |
| 9/92 - 5/94 | **Instructor**<br>Counseling Center, University of Rhode Island, Kingston, RI<br><u>Workshop Training for Eating Disorders Prevention</u> |
| 5/92 and 5/93 | **Teaching Assistant**<br>University of Rhode Island, Continuing College of Education, Providence, RI<br><u>Psychology of Sexual Equality</u> |
| 9/91 - 5/92 | **Teaching Assistant**<br>University of Rhode Island, Kingston, RI<br><u>Towards Self Understanding</u> |

**SELECTED SPECIALIZED PROFESSIONAL TRAINING**

| | |
|---|---|
| 2011 – 2012 | **Leadership Institute for Women in Psychology**<br>Sponsored by the American Psychological Association, Committee on Women in Psychology<br>*Selected (through a competitive selection process) to participate in a leadership training program for women in psychology, the mission of which*<br>*"is to prepare, support, and empower women psychologists as leaders to promote positive changes in institutional and organizational life and increase the diversity, number, and effectiveness of women psychologists as leaders".* |
| 2011 | **Continuing Education in Forensic Psychology (14 hours)**<br>American Academy of Forensic Psychology (AAFP)<br>*Comprehensive Assessment of Feigning in Forensic Settings*<br>*Forensic & Correctional Applications of the Personality Assessment Inventory* |
| 2006 | **Continuing Education in Forensic Psychology (28 hours)**<br>American Academy of Forensic Psychology (AAFP)<br>*Stalking:  The State of the Science*<br>*Assessment of Response Style in Forensic Contexts*<br>*Excusing and the New Excuses*<br>*Psychological Evaluation and Testimony in Cases of Clergy or Teacher Sexual Abuse* |
| 2005 - 2006 | **Psychotherapy Training Course for Dissociative Disorders (22.5 hours)** |

Lisa Marie Rocchio, Ph.D.  4

International Society for the Study and Treatment of Trauma and Dissociation (ISSTD)

| | |
|---|---|
| 2004 | **Continuing Education in Forensic Psychology (21 hours)**<br>American Academy of Forensic Psychology (AAFP)<br>*Advanced Topics in Criminal Forensic Assessment*<br>*Forensic Consultation, Expertise & Testimony*<br>*Forensic Mental Health Assessment:  Principles and Cases* |
| 2001 | **Eye Movement Desensitization and Reprocessing, Levels I & II (34 hours)**<br>Eye Movement Desensitization and Reprocessing International Association (EMDRIA) |
| 1999 - 2000 | **Dialectical Behavior Therapy, Intensive Training, Parts I & II (72 hours)**<br>Behavioral Technology Transfer Group |

**PUBLICATIONS**

Bailey, T.D. & Rocchio, L.M. (2020). Evaluating the effects of repeated psychological injury: Introduction to the Special Issue. *Psychological Injury and the Law*. NY: Springer

Rocchio, L.M. (2020).  Ethical and professional considerations in the forensic assessment of complex trauma and dissociation. *Psychological Injury and the Law*. NY: Springer

Rocchio, L.M. (Fall, 2015).  Ethics corner:  Psychologists Coping with Serious Health Concerns:  Ethical, Professional, and Risk Management Issues. *The Newsletter of the Rhode Island Psychological Association.*

Rocchio, L.M. (Spring 2011).  Ethics corner:  Ethical Considerations in Trauma Psychology: Vicarious Traumatization and Self-Care.  *The Newsletter of the Rhode Island Psychological Association.*

Rocchio, L.M. (Spring 2009).  Ethics corner: How should I respond to a subpoena? *The Newsletter of the Rhode Island Psychological Association.*

Lott, B. & Rocchio, L. M. (1998).  Standing up, talking back, and taking charge:  Strategies and outcome in collective action against sexual harassment.  In L.H. Collins, J. Chryslers, and K. Quina (Eds.) *Career strategies for women academics: Arming Athena*.  NY:  Sage.

Lott, B. & Rocchio, L. M. (1997).  Individual and collective action:  Social approaches and remedies for sexist discrimination.  In H. Landrine and E. A. Klonoff (Eds.) *Sexist discrimination:  Prevalence, correlates, and remedies*.  CA:  Sage.

Rocchio, L. M., Feinstein, C., & Appareddy, V. (1997). The sibling of the psychiatrically disturbed child. In J. Nashpitz (Ed), *Handbook of Child and Adolescent Psychiatry*.

Baker's Dozen (1997). Feminist student voices. In J. Worell and N. Johnson (Eds.) *Feminist visions:  New directions for education and practice*. American Psychological Association.

**PROFESSIONAL PRESENTATIONS**

Rocchio, L.M. (August, 2020). Ethical and professional considerations in the forensic assessment of trauma and PTSD. In J. Scroppo (Chair), *Ethics and Risk Management in Forensic Evaluations and Settings*. Symposium conducted virtually at the National Meeting of the American Psychological Association, Washington, DC.

Lisa Marie Rocchio, Ph.D.  5

Rocchio, L.M. (August, 2020). Ethical challenges when a client is engaged in a lawsuit: Dr. Helpful wants to help. In APA Ethics Committee, *Ethics Hot Topics.* Panel presentation conducted virtually at the National Meeting of the American Psychological Association, Washington, DC.

Rocchio, L.M. (August, 2015).  Ethical dilemmas in the treatment of trauma in independent practice settings.  In Rocchio (Chair), *Trauma treatment in independent practice settings:  Ethical and relational issues.* Skill Building session conducted at the National Meeting of the American Psychological Association, Washington, DC

Rocchio, L.M. (August, 2014).  Trauma psychologists with serious health concerns:  Ethical issues.  In L. Rocchio (Chair), *Trauma psychologists with serious health concerns:  Ethical, clinical and professional issues.* Symposium conducted at the National Meeting of the American Psychological Association, Washington, DC.

Hughes, D.M. & Rocchio, L.M. (August, 2014).  *Essentials of forensic assessment of trauma in civil and criminal litigation.*  Skill building session presented at the National Meeting of the American Psychological Association, Washington, DC.

Rocchio, L.M. (August, 2013).  *Trauma in the treatment room:  What the independent practitioner needs to know*.  Skill building session presented at the National Meeting of the American Psychological Association, Honolulu, HI

Rocchio, L.M. (August, 2012).  The forensic evaluation of traumatic stress and dissociation in civil litigation.  In L. Rocchio (Chair), *The forensic evaluation of traumatic stress and dissociation:  Malpractice and personal injury cases*. Symposium conducted at the National Meeting of the American Psychological Association, Orlando, FL.

Rocchio, L.M. (April, 2012).  *Trauma psychology:  Legal considerations and ethical dilemmas in treatment*.  Workshop presented at the 32nd Annual Meeting of the Anxiety Disorders Association of America, Arlington, VA.

Courtois, C.A. & Rocchio, L.M. (April, 2012).  *Relationship dimensions and ethical factors in the treatment of complex trauma*.  Workshop presented at the 32nd Annual Meeting of the Anxiety Disorders Association of America, Arlington, VA.

Anthony, J., Feil, L., Rocchio, L.M., Plante, W., Sabo, R., and Spencer, M. (March 2012).  *Mental health professionals in transition: Clinical, ethical, and practical considerations when life changes.*  Professional Continuing Education Workshop sponsored by the Rhode Island Psychological Association, Providence, RI.

Rocchio, L.M. (November 2011).  Conceptualization and assessment of sexual harassment in civil litigation.  In D. Hughes (Chair), *The conceptualization of trauma in a forensic context.* Symposium conducted at the 27th Annual Meeting of the International Society for Traumatic Stress Studies, Baltimore, MD

Rocchio, L.M. (August 2011).  Assessment of complex trauma in a clinical setting.  In L. Rocchio (Chair), *Assessment of complex trauma and dissociation in clinical, forensic and research settings*.  Symposium conducted at the National Meeting of the American Psychological Association, Washington, D.C.

Rocchio, L.M. (March 2011).  Conceptualization, assessment, and treatment of trauma and dissociation: Translating research into practice.  In K. Rose (Chair), *Advancing the applications and boundaries of traumatic stress research:  Translation between empirical inquiry and clinical case findings*.  Symposium conducted at the National Meeting of the American Anxiety Disorders Association, New Orleans, LA.

Lisa Marie Rocchio, Ph.D.  6

Rocchio, L.M. (March, 2011).  *The effects of trauma on the therapist*.  Paper presented at the National Meeting of the American Anxiety Disorders Association, New Orleans, LA.

Hughes, D.M. & Rocchio, L.M. (November 2010).  *Forensic assessment of psychological trauma and PTSD*.  Workshop presented at the 26th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Rocchio, L.M. (August 2010). Professional and ethical considerations in trauma psychology: Psychotherapy. In L. Rocchio (Chair), *Professional and ethical considerations in trauma psychology: Psychotherapy, forensics, research*.  Symposium conducted at the National Meeting of the American Psychological Association, San Diego, CA.

Rocchio, L.M. (March 2010). *Trauma psychology:  What the anxiety disorders specialist needs to know*.  Paper presented at the National Meeting of the American Anxiety Disorders Association, Baltimore, MD.

Ethics Committee of the Rhode Island Psychological Association (June 2008). *From In Treatment to our treatment:  Ethical considerations raised in the television program In Treatment*. Continuing education salon presentation sponsored by the Rhode Island Psychological Association, Providence, RI.

Ethics Committee of the Rhode Island Psychological Association (January 2007). *Sex, lies & confidentiality:  A discussion of the top ten ethical issues posed to the RIPA Ethics Committee*. Professional Continuing Education Workshop sponsored by the Rhode Island Psychological Association, Providence, RI.

Rocchio, L.M. (October 1999).  *The effects of trauma on the professional*.  Workshop presented at the Fifth Annual Conference of the RI Coalition Against Domestic Violence, Providence, RI.

Rocchio, L.M. (April 1999). Discussant. In J.C. Chrisler (Chair), *Addressing fat oppression: Research and practice*. Symposium conducted at the National Meeting of the Eastern Psychological Association, Providence, RI.

Rocchio, L.M. (October 1997). Discussant. In J.C. Chrisler (Chair), *Current issues in feminist therapy*. Symposium conducted at the National Meeting of the New England Psychological Association, Easton, MA.

Johnston-Robledo, I., Rocchio, L. M., & Chrisler, J. C. (March 1997).  *AWP program content 1981 - 1996: Where we've been, where we're heading*.  Discussion facilitated at the National Meeting of the Association for Women in Psychology, Pittsburgh, PA.

Rocchio, L.M. (October 1996).  Discussant. In J.C. Chrisler (Chair), *Women and weight:  Gendered messages from the media*. Symposium conducted at the National Meeting of the New England Psychological Association, New London, CT.

Rocchio, L. M. (August 1996).  The pursuit of beauty through thinness and the impact of advertising on college women's attitudes. In C. Smith (Chair), *Empirical investigations of women's pursuit of beauty*. Symposium conducted at the National Meeting of the American Psychological Association, Toronto, Canada.

Cogan, J. & Rocchio, L. M. (March 1995). *Fat oppression and body hatred: Strategies for change*. One-half day training workshop presented at the National Meeting of the Association for Women in Psychology, Indianapolis, IN.

Lisa Marie Rocchio, Ph.D.  7

Cogan, J. & Rocchio, L. M. (March 1994). *Celebrating and redefining our diverse beauty: Rejecting body hatred*. Workshop presented at the National Meeting of the Association for Women in Psychology, Oakland, CA.

Rocchio, L. M. (March 1993*). Battered women who kill, psychology, and the law*. Paper presented at the National Meeting of the Association for Women in Psychology, Atlanta, GA.

Gregory, C.J., Minugh, P. A., Riedford, M., Rocchio, L. M., & Saris, R. (March 1993).  *Women Against Sexual Harassment (WASH):  Working to eliminate sexual harassment from the academic community*. Workshop presented at the National Meeting of the Association for Women in Psychology, Atlanta, GA.

Silver, B., Rocchio, L. M., & Gregory, C.J., (November 1992). *A model for gender role assessment*. Paper presented at the meeting of the New England Psychological Association, Fairfield, CT.

Rocchio-Giordano, L. M. (February 1992*). Moral reasoning related to gender and dilemma content*. Paper presented at the National Meeting of the Association for Women in Psychology, Long Beach, CA.


**INVITED ADDRESSES**

Rocchio, L.M. (January, 2021). *Trauma psychology: What the trauma psychotherapist needs to know.* Invited presentation to the PGY 3 Residency Seminar at Brown Alpert School of Medicine. Providence, RI.

Rocchio, L.M. (March, 2016, 2017, 2018). *Vicarious traumatization: The effect of trauma exposure on the helping professional*. Invited continuing education presentation to the New England Society for the Treatment of Trauma and Dissociation workshop: Fundamentals of Complex Trauma and Dissociation, Cambridge, MA.

Rocchio. & Mills, M.A.M. (May, 2017). *The anxiety and obsessive compulsive disorders: Overview and treatment strategies.* Invited continuing education presentation to the members of the Behavioral Health Pod of the Rhode Island Primary Care Physician's Corporation, Cranston, RI.

Hughes, D.M. & Rocchio, L.M. (August, 2016).  *Forensic work with trauma populations*.  Invited hospitality suite presentation sponsored by Division 56 of the American Psychological Association.  Presented at the National Meeting of the American Psychological Association, Denver, CO.

Rocchio, L.M. (2016).  *Trauma psychology:  What the therapist needs to know.*  Invited continuing education presentation to the members of the Behavioral Health Pod of the Rhode Island Primary Care Physician's Corporation, Cranston, RI

Rocchio, L.M. (2016, 2015, 2013, 2012, 2011, 2010, 2009, 2008). *Ethical considerations in the practice of clinical and forensic psychology:  Business and forensic issues*. Invited presentation to the participants of the Fellows Ethics Workshop, Brown University, Providence, RI.

Rocchio, L.M. (2015, 2014).  *Ethical considerations in the practice of clinical and forensic psychology: Multiple Relationships.* Invited presentation to the participants of the Fellows Ethics Workshop, Brown University, Providence, RI.

Brown, LS., Gold, S., & Rocchio, L.M. (August, 2014).  *The forensic assessment of trauma.*  Invited hospitality suite presentation sponsored by Division 56 of the American Psychological Association. Presented at the National Meeting of the American Psychological Association, Washington, DC

Brown, LS., Gold, S., & Rocchio, L.M. (August, 2013).  *The forensic assessment of trauma.*  Invited hospitality suite presentation sponsored by Division 56 of the American Psychological Association.

Lisa Marie Rocchio, Ph.D.  8
Presented at the National Meeting of the American Psychological Association, Honolulu, HI.

Rocchio, L.M. (August 2011).  *Development of a successful independent group practice in psychology*. Hospitality suite conversation hour sponsored by Division 42 of the American Psychological Association. Presented at the National Meeting of the American Psychological Association, Washington, D.C.

Rocchio, L.M. (April 2009*). Practical, legal and ethical considerations in establishing an independent practice in psychology*.  Invited salon presentation to Early Career Psychologists sponsored by the Rhode Island Psychological Association, Providence, RI.

Rocchio, L.M. (April 1996).  *The pursuit of beauty through thinness and the impact of advertising on college women's attitudes*.  Invited colloquium presented to the Providence College Department of Psychology, Providence RI.

Rocchio, L.M., Gregory, C.J., & Minugh, P.A. (1993). *Women Against Sexual Harassment (WASH): Dealing with sexual harassment in the workplace*. Invited presentation to the participants of the Feminist Lecture Series, Butler Hospital, Providence, RI.

Rocchio, L.M. (April 1993). *Women and weight*.  Panel discussion participant, Brown University, Providence, RI.

Rocchio, L.M. (May 1991*). Images of women in the media, the pursuit of beauty, and eating disorders*. Invited presentation to Psychology of Sexual Equality class, University of RI, Kingston, RI.

**DISSERTATION AND THESIS**

Rocchio, L. M. (1995). <u>The pursuit of beauty through thinness and the impact of advertising on college women's attitudes</u>. Doctoral dissertation, University of RI, Kingston, RI.

Rocchio, L. M. (1993). <u>Moral reasoning related to gender and dilemma content.</u>  Master's thesis, University of RI, Kingston, RI.

**PROFESSIONAL ACTIVITIES**

<u>American Psychological Association</u>

| | |
|---|---|
| 2021 – present | Division 56 (Trauma Psychology)  President-Elect |
| 2020 - present | APA Ethics Committee Member: Forensic Slate |
| 2014 – present | Division 56 Journal, *Trauma Psychology:  Theory, Research, Practice and Policy*, Editorial Review Board Member |
| 2019 – 2020 | Division 56 Member at Large |
| 2013 – 2019 | Division 56 Treasurer |
| 2009 – 2019 | Division 56 Representative to the Committee on Women in Psychology (CWP) |
| 2015 - 2016 | APA  Committee for State Leaders, Past-Chair |
| 2014 – 2015 | State Leadership Convention (SLC) 2020 Initiative Task Force, CSL Representative |
| 2013 – 2015 | APA Committee for State Leaders, Chair |
| 2012 - 2013 | APA Committee for State Leaders, Member-at-large |
| 2010 – 2013 | Division 56 Membership Chair; Program Review Committee Member |
| 1996 - 2000 | Division 35 Student Research Prize Reviewer |
| 1992 - 1995 | Division 35 Student Committee Member |

Lisa Marie Rocchio, Ph.D.  9

Association for Women in Psychology

| | |
|---|---|
| 2011, 1992 - 2000 | Program Review Committee Member |
| 1996 - 2000 | Student Research Prize Review Committee Member |
| 1999 | Conference Planning Committee Member |
| 1991 - 1995 | Co-Coordinator, RI Chapter |
| 1992 - 1995 | Student Caucus Coordinator |

Blue Cross Blue Shield of RI

| | |
|---|---|
| 2020 - present | Grant Recipient for Behavioral Health Provider Quality Support Grant Pilot Program |
| 2015 - present | Quality Measures Workgroup Member |

Coalition of Mental Health Providers in RI

| | |
|---|---|
| 2004 – present | Founding Committee Member |

Healthsource RI

| | |
|---|---|
| 2014 – 2015 | Expert Advisory Panel, Member |

New England Psychological Association

| | |
|---|---|
| 1995 | Program Review Committee, Member |

Rhode Island Primary Care Physicians Corporation Behavioral Health Network

| | |
|---|---|
| 2014 – present | Vision Committee Member |
| 2013 – present | Communications Committee Member |

Rhode Island Psychological Association

| | |
|---|---|
| 2020 – present | Social Justice Committee Member |
| 2016 – present | APA Council Representative |
| 2013 – present | Healthcare Task Force/Committee Member |
| 2011 – present | Legislative Affairs Committee Member |
| 1996 - present | Ethics Committee Member |
| 2015 - 2016 | Secretary |
| 2010 – 2014 | Colleague Assistance Task Force/Committee Member |
| 2014 - 2015 | Past-President |
| 2012 – 2014 | President |
| 2011 – 2012 | President-Elect |
| 2006 - 2008 | Ethics Committee Chair |

Rhode Island and Southeastern Massachusetts Trauma Study Group

| | |
|---|---|
| 2010 – 2016 | Co-founder and member |

Lisa Marie Rocchio, Ph.D. 10

**PROFESSIONAL ADVOCACY**

<u>Congressional Visits</u>

Visits organized by the American Psychological Association:

| | |
|---|---|
| March, 2016 | Medicare and Mental Health Reform. Senators Jack Reed and Sheldon Whitehouse (Rhode Island) |
| March, 2016 | Medicare and Mental Health Reform. Representatives David Cicilline and James Langevin (Rhode Island) |
| March, 2015 | Medicare. Senators Jack Reed and Sheldon Whitehouse (Rhode Island) |
| March, 2015 | Medicare. Representatives David Cicilline and James Langevin (Rhode Island) |
| March, 2014 | Medicare. Senators Jack Reed and Sheldon Whitehouse (Rhode Island) |
| March, 2014 | Medicare. Representatives David Cicilline and James Langevin (Rhode Island) |
| Feb., 2012 | Medicare and Healthcare Reform. Senators Jack Reed and Sheldon Whitehouse (Rhode Island) |
| Feb., 2012 | Medicare. Representatives David Cicilline and James Langevin (Rhode Island) |

<u>Rhode Island Legislative Advocacy</u>

| | |
|---|---|
| 09/2013 – 02/ 2014 | Special Joint Commission to Study the Integration of Primary Care and Behavioral Health, Co-Chaired by Senator Joshua Miller and Representative David Bennett, Commission Member. |
| 2004 - present | Advocacy regarding legislation: |

> The increased oversight of Blue Cross/Blue Shield of RI by the office of the Insurance Commissioner. Changes to the RI licensing law for psychologists
>
> The inclusion of psychologists in corporate practice of medicine legislation
>
> Ensuring that psychologists' scope of practice was not restricted by the passage of statutes related to the practice of applied behavioral analysis
>
> Local mental health parity legislation
>
> Marriage equality in the state of RI.

**PROFESSIONAL AFFILIATIONS**

American Psychological Association (APA), Fellow Divisions 42 and 56

Lisa Marie Rocchio, Ph.D.  11

American Psychological Association (APA), Member Divisions 12, 29, 31, 35, 41,
Association for Women in Psychology (AWP)
Eye Movement Desensitization and Reprocessing International Association (EMDRIA)
International Society for the Study of Trauma and Dissociation (ISSTD)
International Society for Traumatic Stress Studies (ISTSS)
Massachusetts Psychological Association
New England Society for the Treatment of Trauma and Dissociation (NESTTD)
Rhode Island Psychological Association (RIPA)

**COMMUNITY ACTIVITIES**

| | |
|---|---|
| 2019 – present | Governance Committee Member, Moses Brown School, Providence, RI |
| 2011 – 2019 | Nominating Committee Member, Moses Brown School, Providence, RI |
| 2013 – 2017 | Clerk, Nominating Committee, Moses Brown School, Providence, RI |
| 2013 -2017 | Executive Committee Member, Moses Brown School, Providence, RI |
| 2011 – 2017 | Board of Trustees, Moses Brown School, Providence RI |
| 2008 – 2015 | Trustee Committee Member, Moses Brown School, Providence, RI |
| 2002 – 2006 | Founding Director, Board of Directors, Quest Montessori School, Exeter. |