UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/21
```

United States of America,

—v—

Ghislaine Maxwell,

　　　　　　　　Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　The Court is in receipt of Defendant's letter regarding delivery of Defendant's legal mail

at MDC.  Dkt. No. 381.  The Government is hereby ORDERED to respond by Tuesday,

November 2, 2021 at 12:00 p.m.

　　SO ORDERED.

Dated: October 29, 2021
　　　　New York, New York

_____
　　　ALISON J. NATHAN
　　United States District Judge

1