

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2021

**BY ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The parties have conferred about the estimate of the trial length as directed by the Court on November 1, 2021. The parties' estimates of the length of their cases remain the same (*see* Dkt. No. 340), and accordingly, the parties continue to estimate a six-week trial.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense counsel (By ECF)