UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

GHISLAINE MAXWELL,

               Defendant.

S2 20 CR 330 (AJN)

HONORABLE ALISON J. NATHAN:

**VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**     Conspiracy to Entice an Individual to Travel in Interstate Commerce with Intent to Engage in Illegal Sexual Activity

               Guilty _____     Not Guilty _____

**COUNT TWO:**     **Enticement of ~~an Individual~~[Jane Doe-1 pseudonym][1] to Travel from Florida to New York with Intent to Engage in Illegal Sexual Activity with Jeffrey Epstein in Violation of New York Penal Law, Section 130.55 ~~(Minor Victim-1~~)**

> **Commented [RA(1)]:** GOVERNMENT RESPONSE: The Government objects to the defense's remaining edits. These facts are not elements of the offense and unnecessary for the verdict form. The jury will be properly instructed elsewhere.

               Guilty _____     Not Guilty _____

**COUNT THREE:**     Conspiracy to Transport a Minor to Travel in Interstate Commerce with Intent to Engage in Illegal Sexual Activity

               Guilty _____     Not Guilty _____

---

[1] The defense has informed the Government that they continue to object to the use of pseudonyms. The parties have agreed to use neutral identifiers here to avoid the need for redactions.

1

**COUNT FOUR:**   **Transportation of [Jane Doe-1 pseudonym] from Florida to New York ~~a Minor~~ with Intent to Engage in Illegal Sexual Activity with Jeffrey Epstein in violation of New York Penal Law, Section 130.55 ~~(Minor Victim-1)~~**

        Guilty _____         Not Guilty _____

**COUNT FIVE:**   **Sex Trafficking Conspiracy**

        Guilty _____         Not Guilty _____

**COUNT SIX:**   **Sex Trafficking of ~~a Minor (Minor Victim-4)~~ [Jane Doe-4 pseudonym]**

        Guilty _____         Not Guilty _____

_____
Foreperson

_____
Date and Time

2