UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/21

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Government's supplemental letter regarding its opposition to the defense motion to exclude evidence of Minor Victim-3. *See* Dkt. No. 387. The letter is submitted temporarily under seal to allow defense counsel the opportunity to propose any additional redactions beyond what the Government proposes.

At the November 1, 2021 conference, the Court asked the Government to provide its position as to whether Alleged "Victim-3" could be considered a "victim" of the crimes charged in the indictment for **any** legal purpose, including for purposes of restitution under 18 U.S.C. § 3663(a)(2). *See* Transcript at 71-72. The Government's supplemental letter does not address this issue. While acknowledging that the Court's request may have been unclear, the Government is now ORDERED to file a supplemental letter responsive to the Court's question on or before 12:00 p.m. on November 7, 2021. For the sake of clarity, the Government is directed to state its position as to whether this anticipated witness could be deemed a victim of any of the crimes charged in the indictment for **any** legal purpose, including for purposes of restitution under 18 U.S.C. § 3663(a)(2).

SO ORDERED.

1

Dated: November 6, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

2