

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the Court's Order dated November 2, 2021, attaching the Court's draft preliminary remarks to be recorded and played before each voir dire session and directing the parties to suggest any proposed edits or additions by letter. (Dkt. No. 404). The Government has no objections or suggestions to the Court's proposed remarks.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: ___s/_____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (By ECF)