UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/21
```

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Defendant's motion for reconsideration regarding release on bond, Dkt. No. 408, and the parties' letters regarding the delivery of the Defendant's legal mail and transport to the courthouse for pretrial conferences and trial in this case, Dkt. Nos. 381, 403, 422. For the reasons stated in this Court's prior bail determinations, Dkt. Nos. 93, 106, 169, and the Government's letter in opposition, Dkt. No. 423, the renewed request for bail is denied.

    Moreover, based on the representations from MDC legal counsel regarding the delivery of the Defendant's legal mail, Dkt. No. 422, the Court concludes that the Defendant has adequate access to legal counsel and legal mail in order to prepare for trial. MDC legal counsel and the Government are ordered to take the steps outlined in the Dkt. No. 422 between now and the completion of trial.

    As to the Defendant's transport, the Court concludes that she will be transported to and from the courthouse for pretrial conferences and trial in a way that is humane, proper, and consistent with security protocols. This conclusion is based on representations from MDC legal counsel in the letter submitted under seal because it discusses BOP security protocols, *see* Dkt. No. 412, as well as the Court's communication with the United States Marshal for the Southern District of New York. The Government, BOP, and USMS shall continue to take all available

measures consistent with security protocols to ensure the Defendant has sufficient rest, nutrition, and comfort in order to be able to prepare for and participate in trial.

This resolves Dkt. No. 408.

SO ORDERED.

Dated: November 9, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge