

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter in response to the Court's Order dated November 8, 2021. (Dkt. No. 421). The Government has notified the attorneys for the victims regarding their right to attend the November 10, 2021 hearing pursuant to Federal Rule of Evidence 412.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    s/
        Maurene Comey
        Alison Moe
        Lara Pomerantz
        Andrew Rohrbach
        Assistant United States Attorneys
        Southern District of New York

Cc: Defense Counsel (By ECF)