UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/21
```

United States of America,

–v–

Ghislaine Maxwell,

           Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As noted in its previous Order, the Court will hold an in-person proceeding on November 10, 2021 at 9:00 a.m. Dkt. No. 409. The proceeding will take place in Courtroom 110 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

      The purpose of the proceeding is to address the Defendant's motion under Federal Rule of Evidence 412, Dkt. No. 378, the Defendant's motion in limine to exclude under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Dkt. No. 386, and the other outstanding issues that overlap with these two motions as discussed at the November 1, 2021 conference.  As is expressly required by Federal Rule of Evidence 412, the Court must conduct a hearing on this motion in camera and seal the record of the hearing.  Fed. R. Evid. 412(c)(2).  Accordingly, this portion of the hearing will be sealed and in camera.  The Government confirmed that the attorneys for the alleged victims implicated by the Defendant's motion have been notified of their right to attend the hearing pursuant to Federal Rule of Evidence 412. Dkt. No. 430.

      For the public portions of the proceeding, the Court will ensure access for alleged victims and any members of the Defendant's family, in accordance with its prior Order. Dkt. No. 344.

1

Space will be available in the courtroom proper for members of the media. In order to comply with the District's COVID-19 protocols, the public and additional members of the media will be able to access the proceeding in overflow Courtrooms 506 and 905 of the Thurgood Marshall U.S. Courthouse. These overflow rooms will have live video and audio feeds of the proceeding. **The use of any electronic devices during the proceeding in the overflow rooms is strictly prohibited.**

The Court anticipates seating capacity in the overflow rooms for 50 members of the public. If capacity is reached, no additional persons will be admitted. Per the S.D.N.Y. Response to COVID-19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Only persons who meet the entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse. All visitors must wear a mask that covers the person's nose and mouth. Bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID-19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED.

Dated: November 9, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge