

**Haddon, Morgan and Foreman,** P.C
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364  FX  303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

November 11, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ghislaine Maxwell.*, Case No. 20 Cr. 330 (AJN)

Dear Judge Nathan,

      With apologies for the delay, the defense writes to inform the Court pursuant to the Order of November 9, 2021, that we have no objections or suggestions to the Court's proposed remarks, voir dire or instruction sheet.

Sincerely,

Laura A. Menninger

C: Counsel of Record (via ECF)