UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby revises the schedule for the supplemental briefing as to Defendant's first and seventh motions *in limine*, which was previously set at the November 1, 2021 conference, as follows:

- Government submission due Friday, November 12, 2021
- Defense submission due Monday, November 15, 2021

At today's conference, the parties inquired about the start time for voir dire on November 16, 2021. The parties are ORDERED to appear at **8:30 a.m. on November 16, 2021** in Courtroom 518 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York, for the start of voir dire.

SO ORDERED.

Dated: November 10, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge