UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

           Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' proposed redactions in accordance with Dkt. No. 401. The Court concludes that the proposed redactions and requests to seal certain exhibits are consistent with the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and narrowly tailored to protect the pre-trial privacy interests of alleged victims, anticipated witnesses, and non-parties. *See United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995).

    The parties are hereby ORDERED to file the proposed redactions and accompanying exhibits on the public docket on or before November 12, 2021.

    SO ORDERED.

Dated: November 11, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge

1