UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/21

United States of America,

–v–

Ghislaine Maxwell,

                 Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As discussed at Wednesday's conference, the Court will hold an in-person proceeding on **November 15, 2021 at 9:30 a.m.**  The proceeding will take place in Courtroom 518 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and any members of the Defendant's family. Dkt. No. 344.

      In order to comply with the District's COVID-19 protocols, the public will be able to access the proceeding in overflow Courtrooms 110 and 506 of the Thurgood Marshall U.S. Courthouse. These overflow rooms will have live video and audio feeds of the proceeding. **The use of any electronic devices during the proceeding in the overflow rooms is strictly prohibited.**

      The Court anticipates seating capacity in the overflow rooms for at least 50 members of the public. If capacity is reached, no additional persons will be admitted. Per the S.D.N.Y. Response to COVID-19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Only persons who meet the

entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse. All visitors must wear a mask that covers the person's nose and mouth. Bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID-19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED.

Dated: November 12, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge