UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of the Government's letter motion seeking clarification on two items from the November 1, 2021 pretrial conference. Dkt. No. 455.

      As to the first item, the Government seeks clarification about the line between permissible and impermissible cross-examination for witnesses testifying under a pseudonym. The Government's suggested level of generality as to permissible cross-examination of the witnesses' careers would unduly curtail the Defendant's Sixth Amendment right to meaningful cross-examination. *See United States v. Figueroa*, 548 F.3d 222, 227 (2d Cir. 2008). The line of questioning the Government identifies may be relevant to a juror's credibility determination and thus the Court will not limit the Defendant's ability to pursue such questioning on cross-examination. As the Court noted at the November 1 conference, the Defendant may not elicit the name of a specific employer, but the type and genre of employment may be relevant to the jury's assessment of credibilty. Nov. 1, 2021 Transcript at 11-12.

      As to the second item, the Government is ORDERED to submit a proposed order regarding sketch artist depictions of certain witnesses on or before November 18, 2021.

      SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge