UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/21
```

United States of America,

—v—

Ghislaine Maxwell,

                    Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Voir dire for this matter is set to begin on November 16, 2021 at 8:30 a.m. in Courtroom

518 of the United States District Court for the Southern District of New York, Thurgood

Marshall U.S. Courthouse at 40 Foley Square, New York, New York.  In accordance with its

prior Order, the Court will ensure access for alleged victims and any members of the Defendant's

family.  Dkt. No. 344.

In order to comply with the District's COVID-19 protocols, a number of pool reporters

will be permitted in the courtroom proper as managed by the District Executive's Office.  Press

will also be able to access the proceeding in dedicated overflow press rooms.  The public will be

able to access the proceeding in overflow Courtrooms 110 and 906 of the Thurgood Marshall

U.S. Courthouse. These overflow rooms will have live video and audio feeds of the proceeding.

**The use of any electronic devices during the proceeding in the overflow rooms is strictly**

**prohibited.**

The Court anticipates significant seating capacity in the overflow rooms for members of

the public. If capacity is reached, no additional persons will be admitted. Per the S.D.N.Y.

Response to COVID-19, anyone who appears at any S.D.N.Y. courthouse must complete a

questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must

1

also have their temperature taken when they arrive at the courthouse. Only persons who meet the

entry requirements established by the questionnaire and whose temperatures are below 100.4

degrees will be allowed to enter the courthouse. All visitors must wear a mask that covers the

person's nose and mouth. Bandannas, gaiters, and masks with valves are not permitted. If a

person does not have an approved mask, a screener will provide one. Anyone who fails to

comply with the COVID-19 protocols that have been adopted by the Court will be required to

leave the courthouse. There are no exceptions. For more information, please see

https://www.nysd.uscourts.gov/covid-19-coronavirus.

        SO ORDERED.


Dated:  November 15, 2021
        New York, New York

_____
            ALISON J. NATHAN
        United States District Judge