# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main 225 Broadway, Suite 715
917-912-9698 • Cell New York, NY 10007
888-587-4737 • Fax bcsternheim@mac.com

November 15, 2021

Honorable Alison J. Nathan
United States Circuit Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

I write to inform the Court of the recurring problem regarding late delivery of mail by the government to Ms. Maxwell at the MDC. Today, November 15, Ms. Maxwell received disclosures from the government under cover letter dated November 6. This is an excessively long delay, especially since trial commences in two weeks. Please direct the government to send disclosures to Ms. Maxwell via Federal Express Next Day Delivery on the same day they are provided to counsel and to provide tracking information to counsel.

Your assistance in resolving this persistent problem is greatly appreciated.

Very truly yours,

/s/
BOBBI C. STERNHEIM

cc: All counsel of record