# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main                                                                   225 Broadway, Suite 715
917-912-9698 • Cell                                                                        New York, NY 10007
888-587-4737 • Fax                                                                      bcsternheim@mac.com

November 15, 2021

Honorable Alison J. Nathan
United States Circuit Judge
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/21
```

Re: *United States v. Ghislaine Maxwell*
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

I write to inform the Court of the recurring problem regarding late delivery of mail by the

government to Ms. Maxwell at the MDC.  Today, November 15, Ms. Maxwell received

disclosures from the government under cover letter dated November 6.  This is an excessively

long delay, especially since trial commences in two weeks.  Please direct the government to send

disclosures to Ms. Maxwell via Federal Express Next Day Delivery on the same day they are

provided to counsel and to provide tracking information to counsel.

Your assistance in resolving this persistent problem is greatly appreciated.

Very truly yours,

/s/
BOBBI C. STERNHEIM

cc: All counsel of record

> It appears that the mail referenced in this letter was sent prior to the Court's
> memo endorsement of the Government's November 8, 2021 letter.  Dkt. Nos.
> 422, 425.  In any event, as this matter is less than two weeks before trial, the
> Government is ordered to send materials via FedEx and provide the tracking
> number to defense counsel. SO ORDERED.

11/15/21