```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :     [PROPOSED] ORDER
      - v. -                      :
                                  :     S2 20 Cr. 330 (AJN)
GHISLAINE MAXWELL,                :
                                  :
                  Defendant.      :
                                  :
- - - - - - - - - - - - - - - - - x
```

ALISON J. NATHAN, United States District Judge:

WHEREAS the Court has ordered that certain witnesses will be permitted to testify either using pseudonyms or only using first names (the "Protected Witnesses"). *See* 11/01/21 Tr. at 11:13-17);

WHEREAS to effectuate that order, it is necessary to prohibit courtroom sketch artists from drawing exact likenesses of the Protected Witnesses;

IT HEREBY IS ORDERED:

1. That courtroom sketch artists — whether in the courtroom or overflow rooms — may not draw exact likenesses of the Protected Witnesses; and

1

2. For avoidance of doubt, courtroom sketch artists may confer with the Court or counsel for either party to determine whether a witness is a Protected Witness.

SO ORDERED:

Dated:   New York, New York
         November ___, 2021

                                    _____
                                    HONORABLE ALISON J. NATHAN
                                    United States District Judge