```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :
                                   :
GHISLAINE MAXWELL,                 :
                                   :
                    Defendant.     :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/21

[~~PROPOSED~~] ORDER

S2 20 Cr. 330 (AJN)

ALISON J. NATHAN, United States District Judge:

WHEREAS the Court has ordered that certain witnesses will be permitted to testify either using pseudonyms or only using first names (the "Protected Witnesses"). *See* 11/01/21 Tr. at 11:13-17);

WHEREAS to effectuate that order, it is necessary to prohibit courtroom sketch artists from drawing exact likenesses of the Protected Witnesses;

IT HEREBY IS ORDERED:

1. That courtroom sketch artists — whether in the courtroom or overflow rooms — may not draw exact likenesses of the Protected Witnesses; and

1

2. For avoidance of doubt, courtroom sketch artists may confer with the Court or counsel for either party to determine whether a witness is a Protected Witness.

SO ORDERED:

Dated:   New York, New York
         November  18 , 2021

_____
HONORABLE ALISON J. NATHAN
United States District Judge

2