**Smith Villazor LLP**
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Patrick J. Smith
patrick.smith@smithvillazor.com
T   212.582.4400

# SMITH | VILLAZOR

November 18, 2021

**BY E-MAIL to NathanNYSDChambers@nysd.uscourts.gov**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:_____*
*DATE FILED: 11/19/21*

> The Clerk of Court is respectfully directed to add Jordana H. Feldman to the ECF docket in this case as a "movant." SO ORDERED.
>
> /s/ Alison J. Nathan
> 11/19/21

Re:   *United States v. Maxwell*, No. 20 Cr. 330

Dear Judge Nathan:

We represent Jordana H. Feldman, the independent administrator of the Epstein Victims' Compensation Program.  As we explained in our letter to the Court dated November 15, 2021, Ms. Feldman intends to move to quash defendant Maxwell's subpoena directed to her.  So that Ms. Feldman may file papers on the ECF system as directed by the Court, we respectfully request that the Court approve Jordana H. Feldman being added to the ECF docket in this case as a "movant."  We understand that if the Court approves this request, the S.D.N.Y. docketing clerk will add Ms. Feldman to the ECF system so that we may file her papers electronically at the appropriate time.   SO ORDERED.

We are available should the Court have any questions.

Respectfully submitted,

*/s/ Patrick J. Smith*

Patrick J. Smith
Smith Villazor LLP

cc:   AUSA Alison Moe, AUSA Maurene Comey, AUSA Andrew Rohrbach, AUSA Lara Pomerantz, Christian R. Everdell, Esq., Jeffrey S. Pagliuca, Esq., Laura A. Menninger, Esq., Mark Stewart Cohen, Esq., Bobbi C. Sternheim, Esq. (by e-mail)