UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Government's letter motion dated November 18, 2021. That motion has been filed temporarily under seal to allow the parties the opportunity to propose limited redactions. Defendant is hereby ORDERED to file a response on or before November 20, 2021. The parties are FURTHER ORDERED to file any proposed redactions to the motion papers on the public docket on or before November 22, 2021, justifying any requested redactions by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

SO ORDERED.

Dated: November 19, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge

1