UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 1, 2021, the Defense noticed eight expert witnesses. Def. Br., Ex. 1 ("Notice"). On November 8, 2021, the Government filed a motion to partially preclude the testimony of two of those experts, Dr. Dietz and Dr. Loftus. Gov't Br., Dkt. No. 424. The Defense filed a response via email on November 12, 2021, to permit the Government the opportunity to propose redactions.

    In an Opinion and Order temporarily filed under seal, the Court DENIES in part and GRANTS in part the Government's motion to preclude Dr. Dietz's testimony and DENIES in part and GRANTS in part the Government's motion to preclude Dr. Loftus's testimony. It does so after considering the admissibility of the anticipated testimony under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

    The Court will send the temporarily sealed Opinion & Order to the parties. By November 23, 2021, the parties are ORDERED to inform the Court whether either seeks sealing or limited redactions of the Court's Opinion & Order, justifying any such request by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). In addition, by that date, the parties are FURTHER ORDERED to file

any proposed redactions to the Defense's response brief and/or supporting exhibits on the public docket, again justifying any such request by reference to the *Lugosch* test.

SO ORDERED.

Dated: November 21, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge