UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Government's proposed redactions to the parties' supplemental briefing and the Court's Memorandum Opinion & Order regarding the admissibility of the anticipated testimony of Witness-3. Dkt. No. 481; *see also* Dkt. No. 477. The Court concludes that the proposed redactions are consistent with the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and narrowly tailored to protect the pre-trial privacy interests of an anticipated witness who is subject to this Court's pseudonym order. The redactions also properly protect materials related to the Rule 412 motion, which must remain sealed pursuant Rule 412. Fed. R. Evid. 412(c)(2); *see also* Advisory Committee Note—1994 Amendment.

    Accordingly, the parties are ORDERED to file the redacted papers on the public docket by November 22, 2021, including the Government's supplemental letter regarding Witness-3 dated November 7, 2021 in response to Dkt. No. 417. The Court will file the redacted Memorandum Opinion & Order.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                              ALISON J. NATHAN
                                            United States District Judge