UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On November 1, 2021, the Defense noticed eight expert witnesses. Dkt. No. 418-1. On November 15, 2021, the Government filed a motion to preclude the testimony of six of the experts. *See id*. The Defense filed a response on November 19, 2021, and the Government filed a motion for leave to file a reply on November 22, 2021.[1] The moving papers have been filed temporarily under seal to permit the parties the opportunity to propose sealing or limited redactions in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

      In two Memorandum Opinions and Orders temporarily filed under seal, the Court GRANTS the Government's motion to preclude as to Dr. Ryan Hall's testimony and GRANTS the Government's motion to preclude as to Bennett Gershman's testimony.

      The Court will send the temporarily sealed Memorandum Opinions and Orders to the parties. By November 24, 2021, the parties are ORDERED to inform the Court whether either seeks sealing or limited redactions of the Memorandum Opinions and Orders, justifying any such request by reference to the three-part test articulated by the Second Circuit in *Lugosch v.*

---

[1] The Court denies the Government's request to file a reply because the Government's motion to preclude and the Defendant's response are sufficient for this Court to rule on the motion.

1

*Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). In addition, by that date, the parties are FURTHER ORDERED to file any proposed redactions to the moving papers and/or supporting exhibits on the public docket, again justifying any such request by reference to the *Lugosch* test.

SO ORDERED.

Dated: November 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge