UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Government's, Administrator Feldman's, and two anticipated witnesses' motions to quash the Defendant's Rule 17(c)(3) subpoena. Dkt. No. 486. The motions to quash are DENIED.[1]

    The Court hereby ORDERS the Administrator of the Epstein Victims' Compensation Program to produce to the Court via electronic thumb drive any materials responsive to the subpoena as soon as possible, **but no later than 12:00 p.m. on November 24, 2021**.

    Upon receipt, the Court will determine whether the parties may "inspect all or part" of the materials. Fed. R. Crim. P. 17(c)(1). In that event, the Court may determine that an appropriate protective order is necessary for the parties' review of some or all of the materials. Review under a protective order may better facilitate the review process of the narrow, specific, and targeted materials and may better ensure no trial delay, as compared to a review process solely by the Court. Accordingly, the parties shall negotiate a protective order and submit the proposal for approval by the Court **no later than 12:00 p.m. on November 24, 2021**.

    SO ORDERED.

---

[1] Administrator Feldman's request for oral argument is accordingly denied.

1

2

Dated: November 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge