# EXHIBIT 1



**Haddon, Morgan and Foreman, P.C**
**Jeffrey S. Pagliuca**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364
FX  303.832.2628
www.hmflaw.com
JPagliuca@hmflaw.com

November 1, 2021

**VIA EMAIL**

Maurene Comey
Alison Moe
Lara Pomerantz
Andrew Rohrbach
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007

Re:      *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Counsel:

Defendant Ghislaine Maxwell through counsel, submit the following summary pursuant to Fed. R. Crim. P. 16(b)(1)(C).

## I.    EXPERT DISCLOSURE BY THE DEFENSE

### A.  Dr. Elizabeth Loftus

Dr. Loftus is the Distinguished Professor of Psychological Science and Law at the University of California, Irvine School of Law. Dr. Loftus is one of the nation's leading experts on the science of memory.  In addition to her experience as an academic and clinical researcher, she has been an expert witness or consultant in hundreds of cases. Her extensive experience and credentials are recited in her curriculum vitae.  Exhibit A.

It is expected that Dr. Loftus, a psychologist who specializes in the study of memory, will focus on the memory aspects of this case. Based on her education, training, experience, and research, her testimony will concern the workings of human memory, the effects of suggestion on memory, the mechanism of creation of false memories, the characteristics of false memories, how memory fades and weakens over time, and how memory becomes more vulnerable to contamination.  She will describe scientific research showing that false memories can be

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 2

described with confidence, detail, and emotion, just like true memories.  This can occur when people come to believe in these experiences and are not deliberately lying. Dr. Loftus would identify some of the suggestive activities that occurred in the current case.

Suggestive activities can explain how it is that a person might go from having no memory of sexual abuse, and even denying sexual abuse, to later having "memories" for numerous abusive acts, if the memories are false. She will explain the mechanism by which false and/or distorted memories can be created as a result of post-event information and occurrences, suggestion, influence or the like.  She will also testify about the characteristics of false and/or distorted memories.  In particular "memories" can be described with confidence, detail and emotion, even when they are false.  She will point out some of the suggestive activities that occurred in this case. She will explain how media coverage and other publications (including but not limited to newspaper and magazine articles, news reports, television shows, documentaries, books, podcasts, websites, etc.) and discussions/ conversations with others, can be sources of suggestion.  She will explain how, in a case like this one, suggestion can lead individuals to the construction of distorted memories.

### B.  Park Dietz, M.D., M.P.H., PH.D.

Dr. Park Dietz is a psychiatrist specializing in forensic psychiatry with over 40 years of experience. He has been previously qualified as an expert in psychiatry and forensic psychiatry.

Dr. Dietz received a bachelor's degree in psychology and biology from the Cornell University College of Arts and Sciences (1970), an M.D. degree from the Johns Hopkins University School of Medicine (1975), a Master's degree in Public Health from the Johns Hopkins School of Hygiene and Public Health (1975), and a Ph.D. in sociology from the Johns Hopkins University (1984).  He completed psychiatric residency at the Johns Hopkins Hospital (1975-77) and the Hospital of the University of Pennsylvania (1977-78), where he was Chief Fellow in Forensic Psychiatry.  He has been board certified in psychiatry by the American Board of Psychiatry and Neurology since 1979.

He is a Clinical Professor of Psychiatry and Biobehavioral Sciences at the UCLA School of Medicine.  From 1986 to 1989, he was a Professor of Law at the University of Virginia School of Law and a Professor of Behavioral Medicine and Psychiatry at the University of Virginia School of Medicine.  From 1982 to 1986, he was an Associate Professor of Law and of Behavioral Medicine and Psychiatry at the University of Virginia Schools of Law and Medicine. From 1978 to 1982, he was an Assistant Professor of Psychiatry at Harvard Medical School.  In those positions he taught and lectured on forensic psychiatry for diverse audiences, including law students, practicing attorneys, law enforcement officers, psychiatry residents, forensic psychiatry fellows, and practicing forensic psychiatrists and psychologists.

He is a Past President of the American Academy of Psychiatry and the Law, a Distinguished Life Fellow of the American Psychiatric Association, and a Fellow of the American Academy of Forensic Sciences.  He has served on the editorial boards of the Bulletin of the American Academy of Psychiatry and the Law, the Journal of Forensic Sciences, Behavioral Sciences and the Law, the Journal of Threat Assessment and Management, and other

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 3

professional publications.  He has authored more than 100 articles and book chapters, primarily on forensic psychiatry.

He has conducted more than 1,000 evaluations of persons charged with crime and, in his role as President of Park Dietz & Associates, Inc., has evaluated or supervised over 1,000 evaluations of allegations of sexual victimization.  He has testified as an expert witness in forensic psychiatry on hundreds of occasions, including testimony in criminal matters in federal courts throughout the U.S. and the trial courts of nearly every state.

Dr. Dietz will be qualified as an expert in the areas of psychiatry and behavioral science. Dr. Dietz's curriculum vitae is attached as Exhibit B. Attached as Exhibit C is a list of material reviewed by Dr. Dietz.

His testimony may include, but will not be limited to, the following:

### a.  Opinions about Dr. Rocchio's Disclosed Opinions

The first use of the word "grooming" to refer to strategies that sometimes enable nonforceful, nonthreatening, and nonviolent sexual victimization of minors was the proposition that "the perpetrator involves children in sexual abuse through a grooming process in which a combination of kindness, attention, material enticement, special privilege, and coercion are expertly applied" (Conte, 1984, p. 558).  Since then, this usage has been widely adopted by social scientists, clinicians, journalists, and others.  But this usage has some unintended consequences that threaten the integrity of the adjudicative process, including these:

(1) Because use of the term "grooming" commonly assumes that the grooming party is intentionally using these strategies to gain sexual access to children, to abuse them, and to prevent them from disclosing the abuse, the word "grooming" has acquired meaning beyond an objective description of behaviors; it imputes motive and intent without adequate evidence of either.

(2) In the litigation context, "when 'grooming' is applied to such common and desirable behaviors as being kind or attentive or helpful or caring, there is considerable risk of misleading the fact finder into believing that these latter behaviors are well established predictors of child sexual abuse," when they are not.  Park Dietz, Grooming and Seduction, 33 J. Interpersonal Violence, 28, 31 (2018). Dr. Rocchio characterizes "grooming" as "a strategic pattern of behavior[] . . . that can take a variety of forms and function to render the victims vulnerable to abuse, to obscure the nature of the abuse, and to build trust and attachment with their abuser."  This vague opinion about "grooming" carries the risk of imputing motive and intent to the Defendant, when the determination of motive and intent is a task for the fact finder charged with determining the credibility of witnesses, the weight of the evidence, and the ultimate issues.  Moreover, this opinion carries the risk of implying that innocuous and even desirable behaviors are associated with nefarious or criminal conduct.

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 4

Moreover, grooming has no consistent definition, and concerns have been raised that "there is no valid method to assess whether grooming has occurred or is occurring." Natalie Bennett & William O'Donohue, The Construct of Grooming in Child Sexual Abuse, 23 J. Child Sexual Abuse 957, 974 (2014).

In any particular population of alleged victims, patients, or plaintiffs—including those whom Dr. Rocchio has treated or evaluated—the determination of whether grooming has occurred is a subjective judgment hinging largely on the credibility of the individuals. Such judgments have no known error rate and cannot be tested, verified, or reproduced.

Although the Government's Expert Notice regarding Dr. Rocchio's proposed testimony is silent as to whether she is expected to impute a theory of "grooming-by-proxy" to the Defendant, it is important to note that there is no generally accepted theory of grooming by third parties or empirical evidence regarding the prevalence, characteristics, or mechanisms of such a phenomenon. Ms. Maxwell is not accused of soliciting or enticing sexualized massages for herself. Instead, the claim appears to be that Ms. Maxwell recruited and groomed minors to provide sexualized massages for Mr. Epstein, which would amount to grooming-by-proxy.

Dr. Dietz is aware of no authority—no journal articles, no studies, no tests, nothing—to support a theory of grooming-by-proxy. Such a theory has not gained any acceptance (let alone general acceptance) in the relevant community; it has not been peer-reviewed; it has not and cannot be tested; and there is no known or potential rate of error.

Dr. Rocchio's opinion that "[i]ndividuals with particular vulnerabilities are often targeted by perpetrators of sexual abuse" is a commonly accepted bit of clinical lore derived from the frequent observation of highly vulnerable children among those children who allege sexual abuse, but it is not based on empirical data regarding the likelihood of abuse among children with varying degrees of vulnerability. To the extent that less vulnerable children, such as those with intact families, attentive parents, good social support, little psychopathology, less prior trauma, no substance use, and higher resilience are less likely to allege abuse than the more vulnerable, the generalization could be proved weak or false, if only there were such empirical data. And even if there were such data, it would be important to devise a means of verifying that abuse did occur to those who allege it, which is a difficult task at best because of the pains so many abusers take to avoid confession, witnesses, or physical evidence. The clinical, criminal justice, and forensic populations from which the observation of prevalent vulnerabilities is derived—including those clients whom Dr. Rocchio has treated or evaluated—rarely represent groups in which all allegations of abuse have been verified by confession, witnesses, physical evidence, or other means.

Other opinions put forth in the disclosure of Dr. Rocchio's proposed testimony also rest on assertions that are untestable, cannot be reproduced, and have no known error rate.

### b.  Opinions About Hindsight Bias

Hindsight bias must be considered when evaluating sex abuse allegations and or "grooming behavior." Many claims of sexual abuse of minors involve behaviors that are, in

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 5

hindsight, labeled "grooming" or otherwise imputed as knowledge to onlookers. Hindsight bias refers to the tendency to overestimate how predictable or foreseeable an event is after being informed about the outcome of an event. Simply put, knowledge of the outcome of the event, i.e. Epstein pleaded guilty to having sexual contact with post-pubescent minors, makes the importance of pre-conviction behaviors obvious. Retrospective judgments about the predictability or foreseeability of the outcome are systemically inflated or biased compared to judgments made without information about the outcome. Hindsight bias refers to the tendency to overestimate how predictable an event is after learning the outcome of the event (Fischhoff, 1975). For example, after a political election, people believe their pre-election estimates of the outcome were closer to the outcome than they actually were (Blank, Fischer, & Erdfelder, 2003). Hindsight bias has been discussed in over 800 scholarly articles across a variety of different domains including medicine, financial decision making, consumer satisfaction, and within the legal domain (see Roese & Vohs, 2012; Arkes, 2013; Strohmaier et al., 2021) and using a variety of different experimental designs (Pohl & Erdfelder, 2016) and a variety of different stimuli such as written vignettes, visual stimuli (e.g., Bernstein & Harley, 2007), and auditory stimuli (e.g., Bernstein, Wilson, Pernat, & Meilleur, 2012). Even individuals with specialized training and expertise succumb to hindsight bias (Musch & Wagner, 2007). One notable study detected hindsight bias among actual judges making civil liability decisions, in which judges with outcome knowledge perceived the harm to be significantly more foreseeable than judges who did not receive outcome information and were thus more likely to render a finding of negligence (Oeberst & Goeckenjan, 2016). Another notable study detected hindsight bias in a sample of mental health professionals who gauged the dangerousness of a psychiatric patient; again, outcome knowledge affected the reported dangerousness and predictably of harm posed by the patient (Beltrani et al., 2018).

        Hindsight bias affects legal judgments. Civil or criminal prosecutions related to events occurring decades ago may be compromised by this bias in many ways, from the investigation—either ignoring evidence or attributing significance in hindsight—through the presentation of evidence, to the deliberation of any factfinder. Awareness of the impact of the hindsight bias should temper any claims that so called "grooming" behaviors should have been noticed and either reported or avoided and that failing to do so constitutes knowledge or intent.

### c.  Opinions Related to the Halo Effect

        The term "Halo effect" was coined by Thorndike (1920) a century ago. The Halo effect is a cognitive bias in impression formation whereby the positive evaluation of one characteristic has a radiating effect on how other, non-related characteristics of the individual are evaluated. For example, one classic study found that physical attractiveness influenced evaluations of the target's personality, life satisfaction, and expected future personal and occupational success — despite the fact that no information about any of these attributes was provided (Dion et al., 1972). Physical attractiveness has also been found to influence culpability judgments, with attractive individuals being held less-responsible than unattractive individuals (Dion, 1972; Efran, 1974). Halo effects have been found to be cued by factors other than attractiveness, such as the described status of the target (Wilson, 1968), the name of the target (Harari & McDavid, 1973), and even one's mood when evaluating the target (Forgas, 2011). Studies have documented

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 6

halo effects when making diagnoses of psychopathology, such that symptoms of one mental disorder influence the interpretation of other symptoms indicative of other mental disorders and vice versa (see e.g., DeVries, Hartung, & Golden, 2017).

Halo effects are a means to achieving cognitive consistency, which roughly refers to a state in which attitudes, perceptions, beliefs, predictions, and thoughts are aligned. Cognitive consistency serves many important goals. As noted by Read and Simon (2012), cognitive consistency is "essential for reasons of parsimony and economy of effort, as well as to allow for the predictability of, and hence adaptability to, subsequent encounters" (p. 67). Indeed, the noted psychologist Leon Festinger "was convinced that the psychological need for cognitive consistency is as basic as hunger and thirst" (Gawronski, 2012, p. 652). But because the world is often not so neat, orderly, or unequivocal, humans engage in complicated reasoning processes to impose consistency. These processes involve bi-directional reasoning in which "decisions follow from evidence, and evaluations of the evidence shift toward coherence with the emerging decision" (Simon, Snow, & Read, 2004, p. 814; Greenspan & Scurich, 2016). As a result, perceptions and decisions become highly skewed toward one interpretation while alternatives are neglected or dismissed, hence consistency is achieved. This reasoning process occurs unconsciously, i.e., outside conscious awareness, and is not intentional self-deception.

Halo effects can have serious practical consequences. As noted by Forgas and Laham (2016):

> Once unjustified initial expectations are formed about a person, they can easily become self-perpetuating with serious implications for how a target is treated. If we expect a person to have positive characteristics, we may selectively look for and find such features from the rich array of information available (a self-fulfilling prophecy), and positive impressions may in turn lead to preferential treatment in a range of domains:
>
> interpersonal relations, the work place, the health and legal systems, and even for decision making and consumer choices. (p. 286)

Like many people who achieve great power and wealth, Jeffery Epstein exploited the Halo effect to surround himself with people who would serve his needs.  At the most primitive level, his wealth attracted those seeking for themselves some of what he had.  At the most sophisticated level, others with halos of their own—through any combination of power, influence, fame, brilliance, attractiveness, social standing, or other positive characteristics—mingled with Epstein for reasons of their own, and being seen in their company empowered him and made him look above suspicion.  In a videotaped interview with Steve Bannon, Epstein differentiated between different kinds of power—such as Bill Clinton's political power, wrestlers' and weight lifters' physical power, and Gerry Edelman's intellectual power—and acknowledged that he gravitated to people of power.  [CONFIDENTIAL] SDNY_GM_SUPP_00219000.mov.

The materials reviewed reflect that Jeffrey Epstein was a brilliant man who was flawed by enduring personality traits familiar to psychiatrists as "Cluster B personality traits," found among those with antisocial, narcissistic, borderline, and histrionic personality disorders.

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 7

American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders, 5th Ed., Arlington, VA:  American Psychiatric Association (2013), pp. 659-672. These flaws allowed him to use his brilliance to manipulate people to do his bidding and to compartmentalize people into isolated cells in which none had complete information about his activities.  These were not his only flaws, and Dr. Dietz is also prepared to address Jeffrey Epstein's sexual behavior should it prove relevant.

> ### d.  Opinions Related to the Multiple Pathways to False Sex Assault Allegations

Studies concerning the accurate reporting of alleged sexual assaults undermine the assertions made by Dr. Rocchio to the extent they are based on uncorroborated allegations and are also otherwise relevant here.  False allegations of sexual assault do occur, and there are multiple pathways to these false allegations of sexual assault.

Not all allegations of sexual assault are true. Unfortunately, there has been little work on understanding the prevalence of false allegations or pathways to these, particularly in a sample most relevant to a jury—currently adjudicated cases. A peer reviewed journal article has proposed 11 pathways to false allegations of sexual assault: (a) lying, (b) implied consent, (c) false memories, (d) intoxication, (e) antisocial personality disorder, (f) borderline personality disorder, (g) histrionic personality disorder, (h) delirium, (i) psychotic disorders, (j) dissociation, and (k) intellectual disability. Jessica Engle and William O'Donohue, Pathways to False Allegations of Sexual Assault, 12 J. Forensic Psychology Practice, 97. These pathways originate in the psychological proclivities or state of the individual making these false allegations. The descriptions of these pathways that follow include material drawn nearly verbatim from the article by Engle and O'Donohue (2012), which was published before the latest edition of the Diagnostic and Statistical Manual of Mental Disorders but nonetheless remains accurate in characterizing certain personality disorders.

Lying: Lying involves the alleged victim knowingly making a false claim of sexual assault.  Humans do lie, and their lies can be difficult to detect. Often, humans lie because of what they perceive as the favorable consequences for lying; for sexual assault these consequences could be:

- 1. the severe negative consequences that the alleged perpetrator experiences,

- 2. secondary gain from victim status,

- 3. excusing behaviors or characteristics of the alleged victim (e.g., sexual activity, pregnancy, sexually transmitted diseases)

- 4. financial gain.

Implied Consent:  A fact finder's determination of whether consent was competently given is often problematic, and some allegations are regarded as unfounded or false based on determinations regarding consent before cases reach the stage of adjudication. A false allegation

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 8

can arise when it was reasonable to believe consent was given but the alleged victim falsely believes that it was not.

False Memory: The existence and prevalence of repressed memories is a source of controversy, and yet research does exist demonstrating the successful implantation of fabricated memories. In one of the first studies on the implantation of false memories, participants were given short narratives of childhood experiences, purportedly obtained from relatives, and asked to try to remember these experiences. Research by Elizabeth Loftus has revealed how subtle information introduced after an event may alter the memory of that event. Loftus and her students have conducted more than 200 studies with more than 20,000 participants demonstrating how misinformation introduced after an event can induce people into creating false memories.

Intoxication: Intoxication can substantially increase the likelihood of a false allegation of sexual assault. Alcohol and other intoxicants pose a significant problem in sorting out the validity of a sexual assault allegation. The information-processing errors induced by intoxicating substances may cause confusion surrounding events that occurred while a person was intoxicated. A person who does not accurately recall events that occurred while he or she was under the influence or while experiencing the side effects of withdrawal from a substance may attempt to make sense out of the disjointed and seemingly incoherent memories of events that occurred while intoxicated. In an effort to make sense of and organize what memories are intact, a person may confabulate or fill in the memory lapses with events that seem probable or which for some reason they come to believe "must have" taken place.

Antisocial Personality Disorder: The essential feature of antisocial personality disorder is a pervasive pattern of behavior that disregards and violates of the rights of others. It often begins in early childhood or early adolescence and continues into adulthood. If an individual with antisocial personality disorder is likely to lie to achieve power and pleasure, a false allegation of sexual assault might be the means by which he or she attempts to achieve power over the falsely accused. Falsely claiming someone sexually assaulted you can be an aggressive act and a lack of remorse could allow the individual to file an allegation of sexual assault and maintain this allegation with few, if any, conflicts of conscience. Thus, a pathway to a false allegation of sexual assault can occur when an individual with antisocial personality disorder makes a false claim of assault.

Borderline Personality Disorder: Borderline personality disorder (BPD) is a serious mental condition characterized by affective dysregulation, impulsiveness, difficulties in interpersonal relationships, and difficulties with self-image.  Of particular note is the rapid switching from idealization to devaluation, impulsivity, and manipulative features of borderline personality disorder. The instability of relationships experienced by an individual with BPD may be rooted in the tendency to quickly switch from idealizing significant others or lovers to devaluing them. This sudden change in conceptualization of a partner is often caused by feeling that the partner is not caring enough or giving enough or by suspicion of abandonment. The rapid shifting between idealizing and demonization may bring about a change in perspective such that a relationship that was viewed idealistically in the past is now seen through the devalued lens of abuse or mistreatment. Past events then may become construed as "abuse" and may lead a person

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 9

with BPD to believe he or she is a victim of sexual assault. Previous research has found that two of the three major motivations to file a false allegation of rape were attention-seeking and revenge. The switch from idealization to devaluation of the relationship and/or relationship partner may spur a desire for revenge for any past behaviors that are, in the devaluation phase, newly construed as mistreatment. Also, there is some evidence that individuals with BPD engage in behaviors that are viewed as "manipulative." Manipulative behaviors are often outside the conscious awareness of the individual and are learned through positive reinforcement, as manipulation frequently results in positive outcomes for the manipulator. Thus, an individual with BPD may use a sexual assault allegation as a way of impacting a third party for some desired outcome.

Histrionic Personality Disorder: Diagnostic criteria for histrionic personality disorder include: 1) feeling uncomfortable in situations in which he or she is not the center of attention; 2) interactions with others are often characterized by inappropriate sexually seductive or provocative behavior; 3) displaying rapidly shifting and shallow expressions; 4) consistently uses physical appearance to draw attention to the self; 5) has a style of speech that is excessively impressionistic and lacking in detail; 6) shows self-dramatization, theatricality, and exaggerated expression of emotion; 7) is suggestible (i.e., easily influenced by others or circumstances), and 8) considers relationships to be more intimate than they actually are. Other relevant behaviors include the tendency to play out stereotyped roles in their relationships with others; an intense desire for novelty and excitement; and the upset and depression that may follow periods in which they received little attention. Filing a false allegation of sexual assault may serve to benefit individuals with histrionic personality disorder in several important ways. The sexualized behavior of individuals with histrionic personality disorder can lead to sexual relationships that may be used to seek attention (e.g., having sex with a person and telling all of their friends about it). Filing a false sexual assault claim may regain lost attention, either from the desired partner or from other individuals, providing a novel and exciting environment that may be stimulating to a person who is histrionic. They may enjoy the large amounts of attention received for filing a sexual assault charge and for the "victim" role that can be played out in other relationships (a dynamic also common in false allegations by those with borderline personality disorder). In times when attention is not being received to the desired level, a false allegation of sexual assault may help to pull individuals with histrionic personality disorder out of their depressed state.

Delirium: Delirium is a disturbance of consciousness that is accompanied by a change in cognition that cannot be better accounted for by a preexisting or evolving dementia. Relevant to this pathway are the perceptual disturbances that may be present, including misinterpretations, illusions, or even hallucinations. Many substances induce delirium, particularly in excessive doses.

Psychotic Disorders: The term psychotic generally refers to conditions that are marked by delusions, hallucinations, or markedly illogical thinking. Such conditions cause gross impairments in functioning. Studies investigating the content of delusions have found delusions that are sexual in nature are not uncommon and occur more often in women than in men. Some cases of sexual delusions have been documented. These delusions may lead a person to claim adamantly that sexual relations or events occurred that may be impossible or highly improbable.

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 10

Dissociation:  Dissociation is 'the lack of the normal integration of thoughts, feelings, and experiences into the stream of consciousness and memory. Dissociation involves a disruption or splitting off of memory, personality, identity, consciousness, or general perceptions of the self and surroundings; it can be recurring, gradual, or transient. It is likely associated with memory distortions. Thus, it is possible that in the event of a sexual assault, dissociation may cause a person to fill in the parts of the experience that are not clearly remembered with events that for them feasibly could have occurred. Of course, memory lapses will not necessarily be filled in with a confabulated event, let alone a sexual one. However, individuals who dissociate at a high frequency may seek to make their stories more coherent by adding details to an incomplete memory that would make sense to them when considered in the context of the event. Thus, these confabulations may lead to erroneous claims that have forensic relevance, including who the perpetrator was, what happened, where, and how many times.

Intellectual Disability: Intellectual disability, is characterized by below average IQ and adaptive functioning. Limitations in functioning include deficits in the acquisition of social, occupational, academic, and general self-care skills. Intellectual disability has several etiologies that often are related to biological or pathological processes affecting the central nervous system. Many of the specific vulnerabilities that arise from intellectual disability overlap to some extent with other disorders (e.g., autism spectrum disorders, cerebral palsy, fetal alcohol syndrome) and individuals with other developmental disabilities may also have intellectual disability. Intellectually disabled individuals, compared to individuals without ID, have vulnerabilities related to memory and communication that the legal system may not be equipped to handle adequately. Individuals with moderate-to-profound ID may have significant difficulty communicating about the events that occurred because of language skills deficits or other communication-interfering conditions (e.g., related neurological conditions). Research findings indicate that communications skills are essential in filing a sexual assault charge; alleged victims with mild ID were more likely than individuals with moderate or severe ID not only to file sexual assault charges but to have their allegations confirmed. Difficulties with memory may also complicate the investigation process for individuals with ID.

Changes in the core details of the allegation are often used by professionals as indices in determining the credibility of a victim's claims. Peace and colleagues (2015) conducted a narrative analysis of 147 sets of allegations of sexual assault across short (3 month) and long (6 month) intervals since the alleged event took place. In reviewing the existing literature, Peace and colleagues found that genuine traumatic experiences have a demonstrable resiliency to drastic impairments in recall. However, some inconsistencies especially in less core matters are to be expected due to some less important details fading or varying over time. In examining their sample of 147 allegations, the researchers discovered that truthful allegations contained more detail relative to false allegations at each of the assessment intervals. Specifically, the researchers found that fabricated allegations of traumatic experiences contained more inconsistent details both at 3 months and 6 months. The total amount of detail for each type of allegation (true or false) does tend to decrease over time. Additionally, as these figures suggest, the researchers found that the number of details present in genuine reports continued to decrease over time whereas fabricated stories 'levelled off' in detail.

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 11

Hunt and Bull (2012) reviewed signs that can be used to differentiate true allegations of sexual assault from false ones and concluded that the literature did not support the hypothesis that emotional distress was predictive of the truthfulness of the allegation. This is consistent across the literature, and emotional distress (e.g., crying) is not regarded as a reliable predictor of the accuracy or truthfulness of an allegation. Additional research is needed, but at this point there is little empirical support to indicate that being emotionally upset, distressed, or crying while reporting an assault indicates that the report is more likely to be true. This is likely due to the fact that such reactions can also occur in false allegations for various reasons, including a false memory or an attempt to mislead by those who know this sort of reaction would be expected of a true allegation.

Individuals who have been sexually assaulted have higher rates of mental disorders than individuals who have not been sexually assaulted, and this includes significantly higher rates of post-traumatic stress disorder, depression, bipolar disorder, drug use disorders, and alcohol use disorders.  Emily R. Dworkin, Risk for Mental Disorders Associated with Sexual Assault: A Meta-Analysis, 21 Trauma, Violence, & Abuse (2020), pp. 1011-1028. Any of these mental disorders that occur more frequently among those who have been sexually assaulted can affect memory and recall, requiring assessment on a case-by-case basis.

Varying degrees of post-traumatic stress symptomatology occur in significant proportions of victims following sexual assault and last for varying durations. Emily R. Dworkin, Anna E. Jaffe, Michele Bedard-Gilligan, and Skye Fitzpatrick, PTSD in the Year Following Sexual Assault: A Meta-Analysis of Prospective Studies, Trauma, Violence, & Abuse (2021) https://doi.org/10.1177/15248380211032213.  A substantial number of people never fully remit from their PTSD even after many years, and variables associated with a longer time to remit from an episode of chronic PTSD include a history of alcohol abuse and a history of childhood trauma. Caron Zlotnick, Meredith Warshaw, et al., Chronicity in Posttraumatic Stress Disorder (PTSD) and Predictors of Course of Comorbid PTSD in Patients with Anxiety Disorders,12 J. Traumatic Stress (1999), 89-100.

Symptoms of PTSD include distressing memories of the event; intense or prolonged psychological distress at exposure to cues that symbolize or resemble an aspect of the traumatic event; marked physiological reactions to cues that symbolize or resemble an aspect of the traumatic event; avoidance or efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s); and avoidance of or efforts to avoid external reminders (people, places, conversations, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s). American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders, 5th Ed., Arlington, VA:  American Psychiatric Association (2013), pp. 271-272. Individuals with any of these symptoms are particularly unlikely to engage in continued communication or friendly gestures with an alleged perpetrator, to wear clothing provided by an alleged perpetrator, or to unnecessarily recreate a sexual assault event, any of which would be expected to elicit intense distress.

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 12

### C.  Dr. Ryan Hall

██████████████████████████████████████████████████████████
████████████ Dr. Hall's curriculum vitae is attached as Exhibit D. His report is attached as
Exhibit E. Attached as Exhibit F is a list of material reviewed by Dr. Hall.

Dr. Hall is an expert in the field of forensic psychiatry and will offer opinions as such. He
will offer the opinions and diagnoses contained in his report, the bases for those opinions, and
the significance of the diagnoses and opinions.███████████████████████████████████████
████████████████████████████████████

### D.  Bennett Gershman

Professor Gershman is a Distinguished Professor of Law at the Elisabeth Haub School of
Law of Pace University since its founding as the Pace Law School in 1976. He has also taught as
a visiting professor at Cornell Law School and Syracuse Law School. Prior to coming to Pace, he
was a prosecutor in the Manhattan District Attorney's Office and the New York State Anti-
Corruption Office. Professor Gershman's extensive scholarship has had an essential role in
establishing the study of prosecutorial misconduct, a subject at the intersection of criminal
procedure and professional ethics. He is a leading authority on prosecutorial misconduct and the
author of the treatise, Prosecutorial Misconduct, a preeminent resource for scholars and
practitioners.

We expect Professor Gershman to provide testimony on best practices to ensure the
integrity of any prosecution, focusing on investigation, witness preparation, media contact,
neutrality, obligations to provide accurate information, and relationship with crime victims, their
counsel, and case-related civil litigation. His extensive experience and credentials are recited in
his curriculum vitae, annexed as Exhibit G.

### E.  Robert Kelso

Mr. Kelso is CEO of Forensic Pursuit.  He has over 25 years of experience in computer
forensics, engineering and software technology.  He holds Bachelor's and Master's degrees from
University of Colorado at Boulder in aerospace engineering and astrodynamics, respectively.  He
is currently an adjunct professor at University of Denver teaching computer forensics at the
Master's level.  He holds multiple computer forensics certifications including EnCE, CHFI, ACE
and AME.  His curriculum vitae is attached.  Exhibit H.  Mr. Kelso has previously testified in
federal and state courts as an expert witness in computer forensics and has been appointed a
"special master" by the court on multiple occasions.

We anticipate that Mr. Kelso will testify about the user data associated with certain
devices seized and searched by the government's team in this case,  documents and photographs
extracted from certain of those devices, and the metadata associated with certain documents and
photographs.  He may also testify generally about computer forensic principles associated with
the creation of documents, storage and retrieval of digital documents and photographs, including

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 13

the limits to the information that can be gleaned from the metadata.  Mr. Kelso may testify in
rebuttal to any testimony offered by the government through Stephen Flatley.  As trial
preparation proceeds, the defense will update the topics for Mr. Kelso if any arise.

### F.  John Lopez

Mr. Lopez was a Special Agent with the United States Department of the Treasury,
Internal Revenue Service, Criminal Investigation ("IRS-CI") for over twenty-five years.  During
his tenure at IRS-CI, Mr. Lopez led the New York Asset Forfeiture Task Force and participated
in numerous criminal investigations involving complex fraud, corruption, bribery, tax evasion,
money laundering, and asset forfeiture.  Since retiring from the IRS in 2013, Mr. Lopez has
worked as a financial investigator and consultant for several private investigation companies and
government enforcement agencies.  He currently runs his own private financial investigation and
consulting company called JDL Services, Inc.  Mr. Lopez holds a bachelor's degree in Business
Administration, Accounting and Finance from Pace University. His curriculum vitae is attached
as Exhibit I.

It is expected that Mr. Lopez will testify about his review of certain financial records
provided by the government in discovery.  Specifically, Mr. Lopez will discuss various transfers
of funds that are reflected in the financial records and explain the information contained in the
financial records regarding those transfers.[1]

### G.  Gerald LaPorte

Mr. LaPorte is a Forensic Chemist and Document Dating Specialist with the firm Riley
Welch LaPorte &Associates Forensic Laboratories. He currently is the Director of Research
Innovation for Florida International University, Global Forensic and Justice Center. Prior to that,
he was the Director of the U.S. Department of Justice, National Institute of Justice, Office of
Investigative and Forensic Sciences. He has testified as an expert witness in numerous cases and
has multiple professional honors in this field. His curriculum vitae is attached.  Exhibit J

Defendant anticipates the receipt of documents produced by the government and
documents received pursuant to defense subpoena included but not limited to ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮. These documents may require analysis regarding the dates of creation,
completeness, alteration and manipulation. When these documents are disclosed, Defendant will
seek to have them analyzed and present testimony on the analysis as needed.

---

[1] The defense does not believe that the Court needs to qualify Mr. Lopez as an expert to
offer the proposed testimony.  Nevertheless, we hereby notice Mr. Lopez as a potential expert
witness in an abundance of caution.

Comey, Moe, Pomerantz and Rohrbach
November 1, 2021
Page 14

### H.  Jennifer Naso

Ms. Naso is a Forensic Document Examiner who worked for and received specialized training from the United States Secret Service as a Document Analyst. Ms. Naso has a Master's of Science in Forensic Science and a Bachelor of Arts in Psychology. She has over 15 years of experience examining and determining authorship and authentication of documents. Her curriculum vitae is attached as Exhibit K.

Defendant anticipates the receipt of documents produced by the government and pursuant to defense subpoena included but not limited to ███████████████████. These documents may require analysis regarding the dates of creation, completeness, alteration and manipulation. When these documents are disclosed, Defendant will seek to have them analyzed and present testimony on the analysis as needed.

## II.   RESERVATION OF RIGHTS

The defense reserves the right to amplify the disclosures contained herein based on testimony and other evidence presented during the government's case-in-chief.  The defense also reserves the right to call additional expert witnesses and will promptly provide additional disclosure notice.

## III.   RIGHT TO SUPPLEMENT

Ms. Maxwell reserves the right to supplement these opinions depending on the evidence produced at trial. To the extent that any accuser claims to have been "groomed" or otherwise testifies to the challenged opinions of Dr. Rocchio or other opinions properly rebutted by expert testimony Ms. Maxwell reserves the right to identify and rebut this testimony after the close of the  government's case in chief.

Very Truly Yours,

Jeffrey S. Pagliuca

Enclosures

# ELIZABETH F. LOFTUS

Distinguished Professor
University of California, Irvine

2393 Social Ecology II
University of California, Irvine
Irvine, California 92697-7080
USA

Tel:  (949) 824-3285
Fax: (949) 824-3001
email:  eloftus@uci.edu
web: http://socialecology.uci.edu/faculty/eloftus/

## EDUCATION
B.A., with highest honors in Mathematics and Psychology, UCLA, 1966
M.A., Psychology, Stanford University, 1967
Ph.D., Psychology, Stanford University, 1970

## TEACHING EXPERIENCE
**Permanent**
Distinguished Professor, University of California, Irvine, 2002 – present
       Psychological Science, 2002-
       Criminology, Law & Society, 2002 –
       Cognitive Sciences, 2002-
       Fellow, Center for the Neurobiology of Learning and Memory, 2002-
       Founding Director, Center for Psychology & Law, 2005 - 2012
       School of Law, 2007-
Affiliate Professor, Univ. of Washington, Psychology Dept and School of Law, 2002 – 2016.
Assistant, Associate, Full Professor, University of Washington, 1973-2002
Adjunct Professor of Law, University of Washington, 1984-2002
Assistant Professor, The New School, Graduate Faculty, New York 1970-73

**Visiting**
Harvard University, Seminar on Law and Psychology, 1975-76
National Judicial College, University of Nevada, 1975-87 (summers)
Visiting Professor, Georgetown University Law Center, 1986

## HONORS AND AWARDS
**Honorary Degrees**
Doctor of Science, Miami University (Ohio), 1982
Doctorate Honoris Causa, Leiden University, The Netherlands, 1990
Doctor of Laws, John Jay College of Criminal Justice, City University of New York, 1994
Doctor of Science, University of Portsmouth, England, 1998
Doctor of Philosophy, Honoris Causa, University of Haifa, Israel, 2005
Doctor Honoris Causa, University of Olso, Norway 2008
Doctor of Social Sciences Honoris Causa, Goldsmiths College, University of London 2015
Doctor of Science Honoris Causa,  Australian National University,  Dec. 2020 (invited)

**Honorary Societies**
Phi Beta Kappa, elected 1965   (President of University of Calif. – Irvine chapter, 2005-06).

EXHIBIT A

Pi Mu Epsilon, National Mathematics Honorary, elected 1965
Mortar Board, National Senior Women's Honorary, elected 1965
Elected, Golden Key International Honour Society, honorary member, 2005

**Fellowships**
Office of Education Traineeship, Stanford University, 1966-69
National Institute of Mental Health Fellowship, Stanford University, 1969-70
American Council on Education Fellowship in Academic Administration, Harvard University, 1975-76
Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford, 1978-79

**Grants, Contracts, Research Funding**
National Institute of Mental Health, 1971-72; 1972-73; 1976-79 (Human Memory)
U.S. Department of Transportation, 1974-76 (Human Memory)
General Services Administration, 1974-75 (Communications--w/Keating)
National Bureau of Standards, 1976-77; 1980-82 (Communications--w/Keating)
National Science Foundation, 1978-85 (Human Memory)
National Science Foundation, 1980-83 (Jury Behavior--w/Severance)
National Science Foundation, 1983-85; (Hypnosis--w/Greene)
National Institute of Mental Health, 1984-86; 1986-89;1989-92 (Memory)
National Center for Health Services Research, 1986-88 (Survey Memory)
National Science Foundation, 1986-88; 1988-91 (Jury Comprehension--w/Greene-Goodman)
Fund for Research on Dispute Resolution, 1989-91 (Predictions of Success--w/Goodman)
National Institute of Health, 1991-95 (Cognition & Health--w/Croyle)
National Institute of Health, 1993-94 (Health/sex memory: subcontract from UCSF/Catania)
Leverhulme Trust, Postevent info and erasing memories, 1997-1999 (w/ Dan Wright, Univ. of Bristol)
Royal Society of Edinburgh, Travel Grant, 2006
Grawemeyer Award Funding given to UCI, 2005-present.
Newkirk Center for Science & Society, 2017-2019.

**Awards & Honors**
National Lecturer of Sigma Xi, 1978-80
American Psychological Association nomination for the NSF Waterman Award for Outstanding
   Contributions to Science, 1977 and 1978
National Media Award for *Eyewitness Testimony* (American Psychological Foundation, Distinguished
   Contribution, 1980)
Greyhound Research Award, 1987-88
Honorary Fellow, British Psychological Society, 1991   (includes lifetime membership)
George E. Allen Professor, University of Richmond School of Law, 1995
American Academy of Forensic Psychology, Distinguished Contributions to Forensic Psych Award, 1995
American Association of Applied and Preventive Psychology (AAAPP), Distinguished Contribution to
   Basic and Applied Scientific Psychology Award, 1996
Association for Psychological Science, James McKeen Cattell Fellow ("For outstanding lifetime
   contributions to the area of applied psychological research"), 1997
Oklahoma Scholar Leadership Enrichment Program Scholar 2001
Association for Psychological Science, William James Fellow Award, 2001 ("For significant lifetime
   intellectual contributions to the basic science of psychology.")
Quad L Award (for "outstanding life-long contributions to our understanding of learning or memory
   processes" University of New Mexico) 2002
National Academy of Sciences: Henry & Bryna David Lectureship, 2002 (inaugural award, for
   "application of the best social and behavioral sciences research to public policy issues") Speech
   delivered at NAS (2002). Article selected for inclusion in: *The Best American Science and Nature
   Writing*, (2003)
Society for the Scientific Study of Sexuality (SSSS), Contributions to Sexual Science Award, 2002
American Academy of Political and Social Sciences, elected Thorsten Sellin Fellow, 2003
Distinguished Scientific Award for the Applications of Psychology, American Psychological Assn, 2003.

American Academy of Arts & Sciences, elected Fellow, 2003
National Academy of Sciences, elected 2004.
Grawemeyer Prize in Psychology  (for "Outstanding Ideas in the Science of Psychology"), 2005
Royal Society of Edinburgh, Corresponding Fellow (Scotland's National Academy of Science & Letters, Est 1783). 2005
Distinguished Member of Psi Chi (The National Honor Society in Psychology), 2005
Lauds & Laurels, Faculty Achievement Award, University of California- Irvine, (for "great professional prominence in their field" in research, teaching and public service; 9th recipient in UCI history),  2005
Ireland Distinguished Visiting Scholar Prize, 2006
American Philosophical Society (U.S. oldest learned society, Est. 1745 by Benjamin Franklin), 2006
International Academy of Humanism, elected Humanist Laureate, 2007 (for "outstanding contributions to science, law, and academic freedom, and to the public understanding of the human mind")
McGovern Award Lecture, "honors outstanding behavioral scientists from around the world."  American Assoc. for the Advancement of Science, 2009
Distinguished Contributions to Psychology and Law, American Psychology-Law Society, 2009.
Joseph Priestley Award (for "achievement in the sciences"), Dickinson College, October, 2009.
Howard Crosby Warren Medal, Society of Experimental Psychologists – Est. 1904, (for "significant contributions to the understanding of the phenomenology of human memory, especially its fragility and vulnerability to distortion")  2010
American Association for the Advancement of Science Award for Scientific Freedom and Responsibility (for "the profound impact that your pioneering research on human memory has had on the administration of justice in the United States and abroad."), for year 2010, ceremony Feb, 2011
Forensic Mental Health Assn of California, William T. Rossiter Award (for "exceptional global contribution to the field of forensic mental health"), 2012.
University of California, Irvine Medal (for "exceptional contributions to the vision, mission, and spirit of UC Irvine") 2012
Foundation for Critical Thinking, Bertrand Russell Scholar, 2013.
Gold Medal Award for Life Achievement in the Science of Psychology.  American Psychological Foundation. (for "extraordinary contributions to our understanding of memory during the past 40 years that are remarkable for their creativity and impact") 2013.
Cornell University:  Law, Psychology & Human Development Lifetime Achievement Award  ("In Recognition of a Distinguished Career of Pioneering Contributions in Legal Applications of Psychological Research"), 2015
Isaac Asimov Science Award, American Humanist Association, 2016
John Maddox Prize (for "promoting sound science and evidence on a matter of public interest, with perseverance and courage""), 2016
Western Psychological Association, Lifetime Achievement Award ("in recognition of Outstanding Career Contributions to Research and Teaching", 2018
Albert Wolters Distinguished Visiting Professor  ("in recognition of her world-class contributions to cognitive psychology"), University of Reading, 2018
Ulysses Medal, University College Dublin, Ireland ("the highest honor bestowed by UCD") 2018
Lifetime Achievement Award for Psychology, Australian National University, (for "pioneering research on the science of human memory") 2019
American Philosophical Society's Patrick Suppes Prize in Psychology, "in recognition of her demonstrations that memories are generally altered, false memories can be implanted, and the changes in law and therapy this knowledge has caused", 2020
International Union of Psychological Science, Lifetime Career Award, (for "distinguished and enduring lifetime contributions to advancing knowledge in psychology.") 2021

**Other Public Honors & Recognition**

Committee for the Scientific Investigation of Claims of the Paranormal (CSICOP): "In Praise of Reason" Award, 1994   (Renamed: Committee for Skeptical Inquiry – C.S.I.)
Sexual Sanity Award, Sexual Intelligence, 2001
*OC Metro* magazine selection as one of the "Hottest 25 People in Orange County for 2002"

Listed in One Hundred Most Eminent Psychologists of the 20th century.   #58.  *Review of General Psychology,* 2002.

University of Portsmouth (England) endowed a prize for the best research dissertation in their MSc Program in Forensic Psychology, naming it The Elizabeth Loftus Award, 2004.

"The false memory diet",  "Most noteworthy ideas of 2005", New York Times Magazine, 2005.

University of Klagenfurt, Student Scientific Board selection- "Nobel Prize in Psychology", Austria, 2005.

Listed in Who's Who in America, Who's Who in Science and Engineering, Who's Who in American Education，Who's Who in Social Sciences Higher Education (WWSSHE), World Who's Who of Women, and various others.

Bethschrift Redux: Research Inspired by the Work of Elizabeth F. Loftus   Special Issue of *Applied Cognitive Psychology*, edited by M. Garry & H. Hayne, Vol. 20, 2006.

Fellow,  German Skeptics Organization,  GWUP, elected 2018

## PROFESSIONAL MEMBERSHIPS

**Current**:

American Association for the Advancement of Science (Fellow; Board of Directors, 2013 - 2017)

Association for Psychological Science (Formerly American Psychological Society;  President 1998-99)

Western Psychological Association (President, 1984; President 2004-2005)

Psychonomic Society (Governing Board, 1990-1995)  Lifetime Member

Society of Experimental Psychologists, (1990 – )

British Psychological Society (1991, Lifetime Member)

National Academy of Sciences, (2004 -    )

American Academy of Arts and Sciences (2003 -    ).

Royal Society of Edinburgh (2005 – Lifetime Corresponding Fellow)

American Philosophical Society (2006 -    )

**Past**:

American Psychological Association (Fellow-Div. 3, 35, 41; President, American Psychology-Law Society, Div. 41, 1985; President, Experimental Psychology Division, Div. 3, 1988) (1973-1996)

Institute for the Study of the Trial (Board of Directors, 1979-81)

Law and Society Association (1982-89)

Eastern Psychological Assn, Elected Fellow 2011

## OTHER PROFESSIONAL EXPERIENCE

Member, Psychology Education Review Committee, National Institute of Mental Health, 1977-79

Associate Editor, *American Psychologist*, 1990-94

Editorial Board Member:

| | |
|---|---|
| *Journal of Experimental Psychology*, 1974-87 | *Ethics and Behavior*, 1989-91 |
| *Human Learning*, 1980-86 | *Forensic Reports*, 1987-92 |
| *Social Cognition*, 1981-92 | *The Forensic Echo*, 1998-2000 |
| *Law and Society Review*, 1982-86 | *Psychology, Crime and Law*, 1992- |
| *Information and Behavior*, 1983-90 | *Psych Science in the Public Interest*, 1999- |
| *American Journal of Psychology*, 1989-2008 | *Canadian Psychology* 2001- |
| *Justice Quarterly*, 1984-95 | *Perspectives on Psychological Science*, 2005 - 2017 |
| *Behavioral Sciences and the Law*, 1985-99 | *Internat. J of Psychology*, Cons Ed, 2005 -12 |
| *Applied Cognitive Psychology* 1987-93 | *Experimental Psychology*, 2008 - |
| (Special Editorial Advisor, 1993-   ) | *Psychology of Consciousness* 2012 – |
| *Law and Human Behavior*, 1980-2005 | *Memory, Mind & Media*, 2021 - |

Advisory Board Member:

| | |
|---|---|
| *British Journal of Psychology*, 1983-99(approx) | *Psychology Today*, 1999-2003 |
| *Skeptic Magazine (UK), 2009 – present.* | |

Member, Council for Scientific Medicine, *Scientific Review of Alternative Medicine*, 1998-

American Psychological Association committee work:
  Member, Communications Committee, 1975-76; Member, Magazine Task Force, 1975-76;
  Member, Finance Committee, 1976-78; Member, Comm. on Organization of APA, 1977-78;
  Commission on Organization, 1978-82; Council of Representatives, Div. 3, 1982-85;
  Executive Committee, Div. 41, 1981-85; Member, Ethics Committee, 1984; National
  Policy Studies Oversight Committee, 1986; *Psychology Today*, Board of Directors, 1987-88;
  Comm. on Division/APA Relations (CODAPAR), 1988-89, Public Information Comm. 1989-1992
  Task Force on Recovered Memories of Child Sexual Abuse, 1993-96
Association for Psychological Science (Formerly American Psychological Society)  Committee work:
    Fund for Advancement of Psychological Science, Board Member, 2003- . (Chair: Bequest
  Subcommittee).
    Cattell Award Committee, 2001-05 .
Association for Advancement of Psychology (AAP), Board of Trustees, 1981-85
Federation of Behavioral, Psychological, and Cognitive Sciences:
  Executive Committee, 1992-95
National Academies:  (inc. National Academy of Sciences)
  Committee on ELF Radiation, 1976-77
  Committee on Basic Research in the Behavioral and Social Sciences, 1980-82
  Committee on Use of Statistical Evidence in Court, 1982-85
  Committee on Cognitive Aspects of Survey Methodology, 1982-83
  Division of Behavioral & Social Sciences & Education (DBASSE) Executive Board,  2005 -2011
  National Academy of Sciences, Class Membership Committee,  2005, 2006,. 2007
  Committee on Military and Intelligence Methodology for Emergent Physiological and
        Cognitive/Neural Science Research, 2007 - 08.
  Board on Human-Systems Integration, NRC, 2014- 2017
  Standing Committee on Advancing Science Communication Research and Practice  2018-   present
American Philosophical Society
  TNG for Psychology, 2006-08
Social Sciences Research Council:
  Committee on Cognition and Surveys, 1985-90
Bureau of National Affairs, Advisory Committee on Complex Litigation, 1987-1990
Representative from University Faculty to State Legislature, 1976-78
Advisory Comm., Institute of Government and Public Affairs, Univ. of Illinois, 1987-1992
FMS Foundation Advisory Board, 1992-2019.
NIMH Behavioral Sciences Task Force, 1993
Sage Series on Counseling Women, Advisor, 1995-96
Exploratorium, San Francisco's Science Museum, Advisor, 1990-91, 1996-98
Brain.com Corporation, Scientific Advisory Board, 1999-2001
Center on Wrongful Convictions, National Advisory Board, 2000-
NewKirk Center for Science & Society, Advisory Board, 2002-
International Institute of Psychotherapy and Applied Mental Health
  Babes-Bolyai University, Cluj-Napoca, (Affiliated faculty), Romania, 2003 -    .
Member, Board of Commissioners, American Judicature Society Commission on Forensic Science &
  Public Policy, 2005-2010.
Sage Cognitive Psychology Program, Consulting Board Member, 2006-2008
Institute for Memory Impairments and Neurological Disorders (MIND), Advisory Board, 2009-2015
Committee for Skeptical Inquiry (CSI), Executive Council, 2011- present.
National Science Communication Institute, Board of Directors, 2011-2014.
Consortium of Social Science Associations (COSSA), Board of Directors, 2012 – 2013

# GOVERNMENT AND OTHER CONSULTING
General Services Administration, 1974-77

Federal Trade Commission, 1976-77
Bay Area Rapid Transit, San Francisco, 1979
U.S. Department of Justice (National Crime Survey), 1980
Consultant for attorneys and other members of the legal profession in 34 US states,
    Canada, South Korea, Israel, Sweden, Japan, The Netherlands, Ireland, Scotland, Portugal
Law Reform Commission of Canada, 1981
Westin Hotels, AT&T, Schering-Plough, L.A. Gear, and other corporations
Internal Revenue Service, 1984
National Center for Health Statistics, 1985
US Secret Service, 1986
Unified Court System, NY., 1989-90
Consultant to Canadian Government Officials re eyewitness testimony (Sophonow Inquiry), 2001
Central Intelligence Agency, 2005 –2006.  .
Veterans Education Association, Academic Advisory Board Member, 2006 .
Grawemeyer Award External Review Panel, 2008.

# PUBLICATIONS
## Books
Mednick, S.A., Pollio, R. H. & Loftus, E.F. (1973). *Learning*. Englewood Cliffs, NJ: Prentice-Hall.
  · Japanese edition: Iwanami Shoten Publishers, Tokyo.
Loftus, G.R. & Loftus, E.F. (1976) *Human Memory: The Processing of Information*. Hillsdale, NJ:
  Erlbaum Associates.
  · Japanese edition: University of Tokyo Press.
Bourne, L.E., Dominowski, R. L., & Loftus, E.F. (1979). *Cognitive Processes*. Englewood Cliffs, NJ:
  Prentice-Hall.
Loftus, E.F. (1979). *Eyewitness Testimony*. Cambridge, MA: Harvard University Press.(National Media
  Award, Distinguished Contribution, 1980).   (Reissued with new Preface in 1996).
  · Japanese edition: Seishin Shobo, Tokyo.
Loftus, E.F. (1980). *Memory*. Reading, MA: Addison-Wesley. (Reprinted by NY: Ardsley Press 1988).
  · Swedish edition: Liber Forlag, Stockholm.; Hebrew edition: Or Am, Tel-Aviv.; French edition: Le
  Jour, Editeur.;  Spanish edition: Compania Editorial Continental.; Danish edition: Hernon Publishers.
Wortman, C.B. & Loftus, E.F. (1981). *Psychology*. New York: Random House (Knopf).
Loftus, G.R. & Loftus, E.F. (1982). *Essence of Statistics*. Monterey, CA: Brooks/Cole.
Bootzin, R., Loftus, E., & Zajonc, R. (1983). *Psychology Today* (5th ed.). NY: Random House.
Loftus, G.R. & Loftus, E.F. (1983). *Mind at Play*. New York: Basic Books.
  · Japanese edition: Companion Shuppan Ltd.
Wells, G. & Loftus, E.F. (Eds.) (1984). *Eyewitness Testimony--Psychological perspectives*. NY:
  Cambridge University Press.
Wortman, C.B. & Loftus, E.F. (1985). *Psychology* (2nd ed.) NY: Random House (Knopf).
Bourne, L.E., Dominowski, R.L., Loftus, E.F., & Healy, A. (1986). *Cognitive Processes*. Englewood
  Cliffs: Prentice-Hall.
Loftus, E.F. & Doyle, J. (1987). *Eyewitness Testimony: Civil and Criminal*. NY: Kluwer.
Loftus, G.R. & Loftus, E.F. (1988). *Statistics*. New York: Random House.
Wortman, C.B. & Loftus, E.F. (1988). *Psychology* (3rd ed.). NY: Random House (Knopf).
Loftus, E.F. & Ketcham, K. (1991) *Witness for the Defense; The Accused, the Eyewitness, and the Expert
  Who Puts Memory on Trial* NY: St. Martin's Press.
  -Chinese Translation:  Taiwan: Business Weekly Publications 1999; Spanish Translation: Barcelona,
  Spain: Alba 2010
Wortman, C.B. & Loftus, E.F. (1992) *Psychology* (4th ed.) NY: McGraw Hill.
Loftus, E.F. & Doyle, J.M. (1992) *Eyewitness Testimony - Civil and Criminal.* Charlottesville, VA: The
  Michie Co.
Loftus, E.F. & Ketcham, K. (1994) *The Myth of Repressed Memory*. NY: St. Martin's Press.

-Dutch edition: Graven in het geheugen, Amsterdam/Antwerpen: Uitgeverji L.J. Veen (1995)
· German edition: Die Therapierte erinnerung. (translated by Ingrid Klein): Hamburg: Verlag    GmbH. (1995).
· French edition: Le syndrome des faux souvenirs. Collection Regard Critique: Editions Exergue, (1997). Bastei Lubbe Publishing.
· Taiwanese Translation: Yuan Liou Publishing.
· Japanese edition: Seishin Shobo Publishers (2000).
-Korean edition: Dosol Publishing (2008)
-French, second ed.  (2012)  Le syndrome des faux souvenirs.  Paris: Editions Exergue.
Loftus, E.F. & Doyle, J.M. (1997) *Eyewitness testimony: Civil & Criminal*, 3rd edition. Charlottesville, Va: Lexis Law Publishing.
Wortman, C.B., Loftus, E.F., & Weaver, C. (1999) *Psychology* (5th edition). NY: McGraw Hill.
Loftus, E.F., Doyle, J.M. & Dysart, J. (2007) *Eyewitness testimony: Civil & Criminal*, 4th edition. Charlottesville, Va: Lexis Law Publishing. (482 pages)
Loftus, E.F., Doyle, J.M. & Dysart, J.L . (2013) *Eyewitness testimony: Civil & Criminal*, 5th edition. Charlottesville, Va: Leis Law Publishing. (447 pages)
Loftus, E.F., Doyle, J.M. , Dysart, J. L, & Newirth, K.A. (2019) *Eyewitness testimony: Civil & Criminal*, 6th edition. Charlottesville, Va: Lexis Law Publishing. (532 pages)

## Articles and Chapters

### 1968

Fishman, E.F. (Loftus), Keller, L., & Atkinson, R.C. (1968). Massed vs. distributed practice in computerized spelling drills. *Journal of Educational Psychology*, 59, 290-296.
· Reprinted in: R.C. Atkinson & H.A. Wilson (Eds.) (1969). *Computer-Assisted Instruction: A Book of Readings*. NY: Academic Press.

### 1969

Suppes, P., Loftus, E.F., & Jerman, M. (1969). Problem-solving on a computer-based Teletype. *Educational Studies in Mathematics*, 2, 1-15.
· Reprinted in: E. Fishbein & E. Rasu (Eds.) (1971). *Invatamintul Matematic in Lumea Contemporana*. Bucharest: Editura Didactice si Pedagogica.

### 1970

Loftus, E.F. & Freedman, J.L. (1970). On predicting constrained associates from long-term memory. *Bulletin of Psychonomic Society*, 19, 357-358.
Loftus, E.F., Freedman, J.L., & Loftus, G.R. (1970). Retrieval of words from subordinate and superordinate categories in semantic hierarchies. *Bulletin of Psychonomic Science*, 21, 235-236.
Loftus, E.F. (1970). *An analysis of the structural variables that determine problem solving difficulty on a computer-based Teletype*. Doctoral Dissertation, Stanford University. Also, Institute for Mathematical Studies in the Social Sciences, Technical Report No. 126, December 18, 1970.

### 1971

Freedman, J.L. & Loftus, E.F. (1971). Retrieval of words from long-term memory. *Journal of Verbal Learning and Verbal Behavior,* 10, 107-115.
Loftus, E.F. & Scheff, R.W. (1971). Categorization norms for fifty representative instances. *Journal of Experimental Psychology Monograph,* 91, 355-364.
Loftus, E.F. (1971). Memory for intentions: The effect of presence of a cue and interpolated activity. *Bulletin of Psychonomic Science,* 23, 315-316.

### 1972

Loftus, E.F. & Suppes, P. (1972). Structural variables that determine problem-solving difficulty in computer-assisted instruction. *Journal of Educational Psychology,* 63, 531-542.
Loftus, E.F. & Freedman, J.L. (1972) Effect of category-name frequency on the speed of naming an instance of the category. *Journal of Verbal Learning and Verbal Behavior,* 11, 343-347.
Loftus, E.F. & Suppes, P. (1972). Structural variables that determine the speed of retrieving words from long-term memory. *Journal of Verbal Learning and Verbal Behavior,* 11, 770-777.

Loftus, E.F. (1972). Nouns, adjectives and semantic memory. *Journal of Experimental Psychology,* 96, 213-215.

**1973**

Loftus, E.F. (1973). Category dominance, instance dominance, and categorization time. *Journal of Experimental Psychology,* 97, 70-74.

Loftus, E.F. & Grober, E.H. (1973). Retrieval from semantic memory by young children. *Developmental Psychology,* 8, 310.

Loftus, E.F. (1973). Activation of semantic memory. *American Journal of Psychology,* 86, 331-337.

Loftus, E.F. (1973). Teaching young children how to use a computer-based Teletype as a desk calculator. *Behavioral Research Methods and Instrumentation,* 5, 204-208.

**1974**

Loftus, E.F. & Bolton, M. (1974). Retrieval of superordinates and subordinates. *Journal of Experimental Psychology,* 102, 121-124.

Loftus, E.F. & Loftus, G.R. (1974). Changes in memory structure and retrieval over the course of instruction. *Journal of Educational Psychology,* 66, 315-318.

Grober, E.H. & Loftus, E.F. (1974). Semantic memory: Searching for attributes versus searching for names. *Memory and Cognition,* 2, 413-416.

Loftus, E.F. & Keating, J.P. (1974, November). The psychology of emergency communications. *Proceedings of the International Conference on Fire Safety in High Rise Buildings.*

Loftus, G.R. & Loftus, E.F. (1974). The influence of one memory retrieval on a subsequent retrieval. *Memory and Cognition,* 2, 467-471.

Loftus, E.F. (1974). On reading the fine print. *Quarterly Journal of Experimental Psychology,* 26, 324.

Freedman, J.L. & Loftus, E.F. (1974). Retrieval of words from well-learned sets. *Journal of Experimental Psychology,* 102, 1085-1091.

Loftus, E.F. & Cole, W. (1974). Retrieving attribute and name information from semantic memory. *Journal of Experimental Psychology,* 102, 1116-1122.

Loftus, E.F., Wiksten, S., & Abelson, R.P. (1974). Using semantic memory to find versus create a word. *Memory and Cognition,* 3, 479-483.

Loftus, E.F. & Palmer, J.C. (1974). Reconstruction of automobile destruction: An example of the inter-action between language and memory. *Journal of Verbal Learning and Verbal Behavior,* 13, 585-589.
· Reprinted in: Neisser, U. (Ed.) (1982) *Memory Observed.* San Francisco: Freeman.
  Peter E. Morris & M. Conway (Eds.) (1993) *The International Library of Critical Writings in Psychology: Memory. NY: Academic Press.*

Loftus, E.F., Senders, J.W., & Turkletaub, S. (1974). The retrieval of phonetically similar and dissimilar category members. *American Journal of Psychology,* 87, 57-63.

Loftus, E.F. (1974). Reconstructing memory: The incredible eyewitness. *Psychology Today,* 8, 116-119.
· Reprinted in:
  *Jurimetrics Journal,* 15, 1975, p188-193.; *The Cincinnati Post,* January 21, 1975; *Annual Editions: Readings in Psychology* 75/76. Guilford, CT: Dushkin Publishing Group, 1975; *Student Lawyer,* 3, 1975, 38-51.; *Psychologie Heute,* April, 1975; N.W. Peralta (Ed.) (1975). *Personal awareness in business: Readings, problems, and activities.* Chicago: Institute of Financial Education; *Police Officers Journal,* 1976.; J.R. Snortum & I. Hadar (Eds.) (1977). *Criminal justice: The actors and the action.* Pacific Palisades, CA: Palisades Publishers; P. Chance & T.G. Harris (1990) *The Best of Psychology Today.* New York: McGraw Hill.

Loftus, E.F. (1974). Review of Lindsay and Norman's Human Information Processing. *Journal of Psycholinguistic Research,* 3, 180-184.

**1975**

Loftus, E.F. (1975). Leading questions and the eyewitness report. *Cognitive Psychology,* 7, 560-572.
· Reprinted in: *Notable Selections in Psychology,* 2nd Ed., Pettijohn, T. F., Ed. (1996) Madison, WI: Dushkin Publishing.
· Reprinted in part in: Hock, R. R. (1999) *Forty Studies that Changed Psychology.* Upper Saddle River, NJ: Prentice Hall, 115-123.

Collins, A.M. & Loftus, E.F. (1975). A spreading activation theory of semantic processing. *Psychological Review,* 82, 407-428.

Loftus, E.F. & Zanni, G. (1975). Eyewitness testimony: The influence of the wording of a question. *Bulletin of the Psychonomic Society,* 5, 86-88.

Keating, J.P. & Loftus, E.F. (1975). People care in fire emergencies--psychological aspects.. Boston, Ma: Society of Fire Protection Engineers, Technical Report 75-4, p 1-12. .

Loftus, E.F., Altman D., & Geballe, R. (1975). Effects of questioning upon a witness's later recollections. *Journal of Police Science and Administration,* 3, 162-165.

Loftus, E.F. (1975). Retrieval from semantic memory: Some data and a model. In T. Storer & D. Winter (Eds.), *Formal aspects of cognitive processes* [Volume 22 of G. Goos & J. Hartman (Eds.), *Lecture notes in computer science*]. Berlin: Springer-Verlag.

Loftus, E.F. (1975). Spreading activation within semantic categories. *Journal of Experimental Psychology: General,* 104, 234-240.

Kasprzyk, D., Montano, D.E., & Loftus, E.F. (1975). Effect of leading questions on juror's verdicts. *Jurimetrics Journal*, 16, 48-51. (American Bar Association Journal devoted to science and the law).

Loftus, E.F. (1975, April 4). Eyewitness testimony: Does the malleable human memory interfere with legal justice? *The Daily*, University of Washington.
   · Reprinted in: *Social Action and the Law, Newsletter,* 2, 5-9.

Loftus, E.F. (1975, October). Eyewitness. *Puget Soundings*, pp. 32-37.

Loftus, E.F. (1975). Review of Norman & Rumelhart's Explorations In Cognition. *American Journal of Psychology,* 88, 691-694.

**1976**

Loftus, E.F. (1976). Federal regulations: Make the punishment fit the crime. *Science,* 191, 521 [Lead editorial].

Loftus, E.F. (1976). Organization et recuperation de l'information sur les attributs et les noms Organization and retrieval of attribute and name information]. In S. Ehrlich and E. Tulving (Eds.), *La memoire semantique. Bulletin de Psychologie*, 69-75.

Loftus, E.F. (1976). Unconscious transference in eyewitness identification. *Law and Psychology Review*, 2, 93-98.

Miller, D.G. & Loftus, E.F. (1976). Influencing memory for people and their actions. *Bulletin of the Psychonomic Society,* 7, 9-11.

**1977**

Loftus, E.F. (1977). Shifting human color memory. *Memory and Cognition,* 5, 696-699.

Keating, J.P. & Loftus, E.F. (1977). Vocal alarm system for high-rise buildings--a case study. *Mass Emergencies,* 2, 25-34.

Loftus, E.F. (1977). Show to catch a zebra in semantic memory. In R. Shaw & J. Bransford (Eds.), *Perceiving, acting, and knowing: Toward An Ecological Psychology*. Hillsdale, NJ: Erlbaum.

Loftus, E.F. (1977). Follies of affirmative action. *Society,* 13, 21-24.

Loftus, E.F. (1977). Eyewitness reports: Psychological factors and expert testimony. In *Psychology and the litigation process*. Toronto, Canada: Law Society of Upper Canada.

Loftus, E.F. & Cole, W. (1977). A century of thought [A review of Meyer, R. E., *Thinking and problem solving*. Glenview, IL: Scott Foresman & Co., 1977]. *Contemporary Psychology,* 22, 691-692.

**1978**

Loftus, E.F., Miller, D.G., & Burns, H.J. (1978). Semantic integration of verbal information into a visual memory. *Journal of Experimental Psychology: Human Learning and Memory,* 4, 19-31.
   · Reprinted in:
      Gross, R.D. (1990) *Key Studies in Psychology*. London: Hodder & Stoughton Publishers.
      Shanks, D. (1997). *Human Memory: A reader*. London: Arnold (NY: St. Martin's Press). p. 91-107.
      Balota, D.A. & Marsh, E. J. (2004) Cognitive Psychology: Key Readings. NY: Psychology Press. p 309-320

Dale, P.S., Loftus, E.F., & Rathbun, L. (1978). The influence of the form of the question on the eyewitness testimony of preschool children. *Journal of Psycholinguistic Research,* 7, 269-277.

Groner, N., Keating, J.P., & Loftus, E.F. (1978). Development of coded emergency alarms through word-association tasks. *Bulletin of the Psychonomic Society,* 11, 139-140.

Loftus, E.F. (1978). Memory. In G. Lindzey, C. Hall, & R.F. Thompson, *Psychology*. NY: Worth Publishers.

Groner, N.E., Loftus, E.F., & Keating, J.C. (1978). Calling nurse blaze: Tailoring programs to fit human behavior. *Hospitals*, 52 (Journal of the American Hospital Association), 111-115.

Siegel, J.M. & Loftus, E.F. (1978). Impact of anxiety and life stress on eyewitness testimony. *Bulletin of the Psychonomic Society,* 12, 479-480.

Fishman, D.B. & Loftus, E.F. (1978). Expert testimony on eyewitness identification. *Law and Psychology Review,* 4, 87-103.

Hastie, R., Lansman, R., & Loftus, E.F. (1978). Eyewitness testimony: The dangers of guessing. *Jurimetrics Journal,* 19, 1-8.

Loftus, E.F. (1978). Three forms of impaired memories. (A review of A.R. Luria, *The Neuropsychology of Memory*. Washington, DC: V.H. Winston & Sons, 1976). *Contemporary Psychology*, 23, 1-2.

MacLeod, C.M. & Loftus, E.F. (1978). Memories are made of this... (A review of C.N. Cofer (Ed.), The Structure of Human Memory. San Francisco: Freeman, 1976). *Contemporary Psychology,* 23, 70-71.

Loftus, E.F. (1978). Review of J. Tough. *The Development of Meaning*. (Bristol, UK: John Wright & Sons, Ltd. Also, NY: John Wiley & Sons, Inc., 1977). *Modern Language Journal*, *LXII*, 80-81.

**1979**

Loftus, E.F. & Fries, J.F. (1979). Informed consent may be hazardous to your health. *Science,* 204, 11, (lead editorial). Reprinted several times. (Reply: *Science*, 1979, 205, 644-647).

Loftus, E.F. (1979). The malleability of human memory. *American Scientist,* 67, 312-320. Reprinted several times.

Powers, P.A., Andriks, J.L., & Loftus, E.F. (1979). The eyewitness accounts of females and males. *Journal of Applied Psychology,* 64, 339-347.

Loftus, E.F. (1979). Reactions to blatantly contradictory information. *Memory and Cognition,* 7, 368-374.

Fries, J.F. & Loftus, E.F. (1979). Informed consent: Right or rite? *Ca-A Cancer Journal for Clinicians,* 29, 316-318.

Gentner, D. & Loftus, E.F. (1979). Integration of verbal and visual information as evidenced by distortions in picture memory. *American Journal of Psychology,* 92, 363-375.

Loftus, E.F. (1979). Insurance advertising and jury awards. *American Bar Association Journal,* 65, 68-70.

Cole, W.G. & Loftus, E.F. (1979). Incorporating new information into memory. *American Journal of Psychology,* 92, 413-425.

Hilgard, E. & Loftus, E.F. (1979). Effective interrogation of the eyewitness. *International Journal of Clinical and Experimental Hypnosis,* 27, 342-357.

Loftus, E.F. (1979). Words that could save your life. *Psychology Today*, 13, 102-110, 136-137.

Loftus, E.F. (1979). Eyewitness reliability. Review of *The Psychology of Person Identification* by B.R. Clifford & R. Bull. *Science*, 205, 386-387.

Loftus, E.F. (1979). Review of *Social Psychology in Court* by M. Saks & R. Hastie, *Clinical Law Reporter*, 3, 31-33.

**1980**

Loftus, E.F. & Monahan, J. (1980). Trial by data: Psychological research as legal evidence. *American Psychologist,* 35, 270-283.

Loftus, E.F. (1980). Impact of expert psychological testimony on the unreliability of eyewitness identification. *Journal of Applied Psychology,* 56, 9-15.

Loftus, E.F. (1980). Alcohol, marijuana and memory. *Psychology Today*, 13, 42-56, 92.

Loftus, G.R. & Loftus, E.F. (1980). Visual perception: The shifting domain of discourse. *The Behavioral and Brain Sciences,* 3, 391-392.

Loftus, E.F. (1980). Psychological aspects of courtroom testimony. In F. Wright, C. Bahn, & R.W. Rieber (Eds.), *Forensic psychology and psychiatry*. NY: New York Academy of Sciences. P 27-37.

Loftus, E.F. & Loftus, G.R. (1980). On the permanence of stored information in the human brain. *American Psychologist,* 35, 409-420.

--Reprinted in: Honeck, R.P. (Ed) (1994) *Introductory readings for Cognitive Psychology*, 2nd Ed. Guilford, CT: Dushkin Publishing Group Inc., Chapter 12, p 1136-130

Loftus, E.F. (1980). The eyewitness on trial. *Trial*, 1980, 16, 30-35, 80-81. Expanded version in J. Taylor (Ed.), *Recent Developments in the Law of Evidence*. Vancouver: Butterworths.

Loftus, E.F. (1980). Language and memories in the judicial system. In R. Shuy & A. Shnukal (Eds.), *Language use and the uses of language* (pp. 257-268). Washington, DC: Georgetown University Press.

Loftus, E.F., Greene, E., & Smith, K.H. (1980). How deep is the meaning of life? *Bulletin of the Psychonomic Society*, 15, 282-284.

Loftus, E.F. & Greene, E. (1980). Warning: Even memory for faces may be contagious. *Law and Human Behavior*, 4, 323-334.

Greene, E., Manber, M., & Loftus, E.F. (1980). Witnesses to fires. In *Fire-related Human Behavior*. Washington, DC: Open Learning Fire Service Program.

Loftus, E.F. & Greene, E. (1980). Review of *The Psychology of Eyewitness Testimony* by A.D. Yarmey. The Free Press, 1979. *Journal of Criminal Justice, 4,* 264-266.

**1981**

Loftus, E.F. (1981). Reconstructive memory processes in eyewitness testimony. In B.D. Sales (Ed.), *The trial process* (pp. 115-144). NY: Plenum Press.

Greene, E. & Loftus, E.F. (1981) Distortions in eye witness memory. *Directions in Psychology*. Piscatay, NJ: Pro Scientia.

Loftus, E.F. & Scott, G.R. (1981). Memory, *Yearbook of Science and Technology*. NY: McGraw Hill.

Keating, J.P. & Loftus, E.F. (1981). The logic of fire escape. *Psychology Today*, 15, 14-19.

Loftus, E.F. (1981). Natural and unnatural cognition. *Cognition*, 10, 193-196.

Loftus, E.F. (1981). Eyewitness Testimony: Psychological Research and Legal Thought. In M. Tonry & N. Morris (Eds.), *Crime and justice--An annual review of research* (Vol. III, pp. 105-151). Chicago: University of Chicago Press.

Loftus, E.F. (1981). Mentalmorphosis: Alterations in memory produced by the mental bonding of new information to old. In J.B. Long and A.D. Baddeley (Eds.), *Attention and performance, IX*. Hillsdale, NJ: Erlbaum.

Loftus, E.F. (1981). Hear ye, hear ye. (Review of Atkinson, J.M. & Drew, P. Order in Court: The Organization of Verbal Interaction in Judicial Settings. Atlantic Highlands, NJ: Humanities Press, 1979). *Contemporary Psychology*, 26, 141-142.

Greene, E. & Loftus, E.F. (1981). The person-perceiver as information-processor. [Review of Hastie et al. (Eds.)], *Person Memory*. Erlbaum, 1980). *Contemporary Psychology,* 26, 343-345.

**1982**

Monahan, J. & Loftus, E.F. (1982). The psychology of law. *Annual Review of Psychology, 33*, 441-475.

Loftus, E.F. (1982). Remembering recent experiences. In L.S. Cermak (Ed.), *Human Memory and Amnesia*. Hillsdale, NJ: Erlbaum.

Penrod, S., Loftus, E., & Winkler, J. (1982). The reliability of eyewitness testimony. A psychological perspective. In R. Bray and N. Kerr (Eds.), *The Psychology of the Courtroom*. NY: Academic Press.

Greene, E., Flynn, M.S., & Loftus, E.F. (1982). Inducing resistance to misleading information. *Journal of Verbal Learning and Verbal Behavior,* 21, 207-219.

Loftus, E.F. (1982). Memory and its distortions. In A.G. Kraut (Ed.), *G. Stanley Hall Lectures* (pp. l23-154). Washington, DC: American Psychological Assn.

Loftus, E.F. & Hall, D.F. (1982). Memory changes in eyewitness accounts. In A. Trankell (Ed.), *Reconstructing the Past* (pp. 189-203). Stockholm: P.A. Norstedt & Sons.

Deffenbacher, K.A. & Loftus, E.F. (1982). Do jurors share a common understanding concerning eyewitness behavior? *Law and Human Behavior*, 6, 15-30.

Loftus, E.F. (1982). Interrogating eyewitnesses--good questions and bad. In R.M. Hogarth (Ed.), *New directions for methodology of social and behavioral science: Question framing and response consistency* (pp. 51-63). San Francisco: Jossey-Bass.

Severance, L.J. & Loftus, E.F. (1982). Improving jurors' abilities to comprehend and apply criminal jury instructions. *Law and Society Review*, 17, 153-197.

Loftus, E.F. & Burns, T.E. (1982). Mental shock can produce retrograde amnesia. *Memory and Cognition*, 10, 318-323.

Loftus, E.F. & Severance, L.J. (1982). Improving jury instructions. *Washington State Bar Journal*, July, 16-19.

Greene, E. & Loftus, E.F. (1982). Eyewitness testimony: Constructive processes in human memory. In *Advances in Psychology* (Vol. l). Villanova, PA: ProScientia, Inc.

Loftus, E.F. & Beach, L.R. (1982). Human inference and judgment: Is the glass half empty or half full? *Stanford Law Review*, 34, 901-918.

**1983**

Loftus, E.F. (1983). Misfortunes of memory. *Philosophical Transactions of the Royal Society*. London, 302, 413-421.

Loftus, E.F. (1983). Silence is not golden. *American Psychologist,* 38, 564-572.

Loftus, E.F. (1983). Whose shadow is crooked? *American Psychologist,* 38, 576-577.

Loftus, E.F. & Marburger, W. (1983). Since the eruption of Mt. St. Helens, did anyone beat you up? Improving the accuracy of retrospective reports with landmark events. *Memory and Cognition, ll*, 114-120.

Loftus, E.F., Manber, M., & Keating, J.P. (1983). Recollection of naturalistic events: Context enhancement versus negative cueing. *Human Learning,* 2, 83-92.

Loftus, E.F., Ketcham, K.E. (1983). The malleability of eyewitness accounts. In S.M.A. Lloyd-Bostock & B.R. Clifford (Eds.), *Evaluating Witness Evidence* (pp. 157-172). London: Wiley.

Loftus, E.F. (1983). Memory. *The World Book Encyclopedia* (Vol. 13, pp. 318-320). Chicago: World Book, Inc.

Keating, J.P., Loftus, E.F., & Manber, M. (1983). Emergency evaluations during fires: Psychological considerations. In R.F. Kidd & M. J. Saks (Eds.), *Advances in Applied Social Psychology* (Vol 2. pp. 83-99). Hillsdale: Erlbaum.

Loftus, E.F., Goodman, J., & Nagatkin, C. (1983). Examining witnesses--good advice and bad. In R.J. Matlon & R.J. Crawford (Eds.), *Communication Strategies in the Practice of Lawyering* (pp. 292-317). Annandale, VA: Speech Communication Association.

Loftus, E.F. & Greene, E. (1983). Review of "Reconstructing reality in the courtroom." *Journal of Criminal Law and Criminology,* 74, 315-328.

**1984**

Hall, D.F. & Loftus, E.F. (1984). The fate of memory: Discoverable or doomed? In N. Butters & L. Squire (Eds.), *Neuropsychology of Memory* (pp. 25-32). NY: Guilford Press.

Greene, E. & Loftus, E.F. (1984). What's new in the news? The influence of well publicized news events on psychological research and courtroom trials. *Basic and Applied Social Psychology,* 5, 211-221.

Severance, L.J. & Loftus, E.F. (1984). Improving criminal justice: Making jury instructions understandable for American jurors. *International Review of Applied Psychology,* 33, 97-119.

Loftus, E.F., Loftus, G.R., & Hunt, E.B. (1984). Broadbent's Maltese cross memory model: Something old, something new, something borrowed, something missing. *The Behavioral and Brain Sciences,* 7, 73-74.

Severance, L., Greene, E., & Loftus, E.F. (1984). Toward criminal jury instructions that jurors can understand. *Journal of Criminal Law and Criminology,* 75, 198-233.

Loftus, E.F. & Davies, G.M. (1984). Distortions in the memory of children. *Journal of Social Issues,* 40, 51-67.

Goodman, J. & Loftus, E.F. (1984). Social science looks at witness examination. *Trial,* 20, 52-57.

Loftus, E.F. (1984). Eyewitnesses: Essential but unreliable. *Psychology Today*, 18 (Feb.), 22-26.

Wells, G.L. & Loftus, E.F. (1984). Eyewitness research: Then and now. In G.L. Wells & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives* (pp. l-11). NY: Cambridge University Press.

Hall, D.F., Loftus, E.F., & Tousignant, J.P. (1984). Post-event information and changes in recollection for a natural event. In G.L. Wells & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives* (pp. 124-141). NY: Cambridge University Press.

Loftus, E.F. (1984). Expert testimony on the eyewitness. In G.L. Wells & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives*. NY: Cambridge University Press, 273-282.

Loftus, E.F. & Yuille, J.C. (1984). Departures from reality in human perception and memory. In W. Weingartner & E.S. Parker (Eds.), *Human Memory Consolidation: Toward a Psychobiology of Cognition* (pp. 163-183). Hillsdale: Erlbaum.

Fathi, D., Schooler, J. & Loftus, E.F. (1984). Moving survey problems into the Cognitive Psychology Laboratory. *Proceedings of the Survey Research Section*. Washington, DC: American Statistical Association, 19-21.

Loftus, E.F., Keating, J.P., & Manber, M. (1984). Communicating with people during emergencies. In L. Sproull & P. Larkey (Eds.), *Information Processing in Organizations* (pp. 33-44). Greenwich, CO: JAI Publishing.

Wilson, L. & Loftus, E.F. (1984). Now you will remember everything. *Contemporary Psychology,* 29, 462-463.

Loftus, E.F. & Greene, E. (1984). Twelve angry people: The collective mind of the jury. *Columbia Law Review,* 84, 1425-1434.

Hall, D.E. & Loftus, E.F. (1984). Research on eyewitness testimony: Recent advances and current controversy. In D.J. Muller, D.E. Blackman, & A.J. Chapman (Eds.), *Psychology and Law*, (pp. 199-213). London: Wiley.

Loftus, E.F. & Schooler, J.W. (1984). Recoding processes in memory. *Behavioral and Brain Sciences,* 7, 246-247.

**1985**

Loftus, E.F., Fienberg, S.E., & Tanur, J.M. (1985). Cognitive psychology meets the national survey. *American Psychologist,* 40, 175-180.

Loftus, E.F., Schooler, J.W., & Wagenaar, W.A. (1985). The fate of memory. Comment on McCloskey & Zaragoza. *Journal of Experimental Psychology: General*, 114, 375-380.

Loftus, E.F., Schooler, J.W., Loftus, G.R., & Glauber, D.T. (1985). Memory for events occurring under anesthesia. *Acta Psychologica,* 59, 123-128.

Loftus, E.F. & Fathi, D. (1985). Retrieving multiple autobiographical memories, *Social Cognition,* 3, 280-295.

Greene, E. & Loftus, E.F. (1985). When crimes are joined at trial. *Law and Human Behavior,* 9, 171-186.

Ward, R.A. & Loftus, E.F. (1985). Eyewitness performance in different psychological types. *Journal of General Psychology*, 112, 191-200.

Loftus, E.F. (1985). To file, perchance to cheat. *Psychology Today*, 19, 34-39.

Hall, D.F. & Loftus, E.F. (1985). Recent advances in research on eyewitness testimony. In C.P. Ewing (Ed.), *Psychology, Psychiatry and the Law: A Clinical and Forensic Handbook* (pp. 417-439). Sarasota, FL: Professional Resource Exchange.

Loftus, E.F. & Goodman, J. (1985). Questioning witnesses. In S. Kassin & L. Wrightsman (Eds.), *The Psychology of Evidence and Courtroom Procedure* (pp. 253-279). Beverly Hills: Sage.

Greene, E., Schooler, J.W., & Loftus, E.F. (1985). Expert testimony. In S. Kassin & L. Wrightsman (Eds.), *The Psychology of Evidence and Courtroom Procedure* (pp. 201-228). Beverly Hills: Sage.

Fienberg, S.E., Loftus, E.F., & Tanur, J.M. (1985). Cognitive aspects of health survey methodology. *Millbank Memorial Fund Quarterly,* 63, 547-564.

Fienberg, S.E., Loftus, E.F., & Tanur, J.M. (1985). Recalling pain and other symptoms. *Millbank Memorial Fund Quarterly,* 63, 582-597.

Fienberg, S.E., Loftus, E.F., & Tanur, J.M. (1985). Cognitive aspects of health surveys for public information and policy. *Millbank Memorial Fund Quarterly,* 63, 598-614.

Goodman, J., Greene, E., & Loftus, E.F. (1985). What confuses jurors in complex cases. *Trial*, November, 65-74.

Bell, B.E. & Loftus, E.F. (1985). Vivid persuasion in the courtroom. *Journal of Personality Assessment,* 49, 659-664.

Camper, P.M. & Loftus, E.F. (1985). The role of psychologists as expert witnesses: No more Daniels in the lions' den. *Law and Psychology Review,* 9, 1-13.

Loftus, E.F. & Schooler, J.W. (1985). Information-Processing Conceptualizations of Human Cognition: Past, present, and future. In B.D. Ruben (Ed.), *Information and Behavior* (Vol. I, pp. 225-250). New Brunswick, NJ: Transaction Books.

**1986**

Schooler, J.W., Gerhard, D., & Loftus, E.F. (1986). Qualities of the unreal. *Journal of Experimental Psychology: Learning, Memory and Cognition,* 12, 171-181.

Tousignant, J.P., Hall, D., & Loftus, E.F. (1986). Discrepancy detection and vulnerability to misleading post-event information. *Memory and Cognition,* 14, 329-338.

Schooler, J. & Loftus, E.F. (1986). Individual differences and experimentation: Complementary approaches to interrogative suggestibility. *Social Behaviour,* 1, 105-112.

Loftus, E.F. & Leber, D. (1986). Do jurors talk? *Trial,* 22, 59-60.

Loftus, E.F. (1986). Ten years in the life of an expert witness. *Law and Human Behavior*, 10, 241-263. (Presidential Address, Div 41, APA).

Franklin, K.C. & Loftus, E.F. (1986). Law errs in assumptions about memory. *Syllabus* (An American Bar Assn. Journal), March, 17, 7.

Wilson, L., Greene, E., & Loftus, E.F. (1986). Beliefs about forensic hypnosis. *International Journal of Clinical and Experimental Hypnosis,* 34, 110-121.

Loftus, E.F. (1986). Experimental psychologist as advocate or impartial educator. *Law and Human Behavior*, 10, 63-78.

Caddy, G. R., & Loftus, E. F. (1986). Forensic Practice. In G. S. Tryon (Ed.) *The Professional Practice of Psychology.* p 130-159. New Jersey: Norwood.

**1987**

Loftus, E.F., Loftus, G.R., & Messo, J. (1987). Some facts about weapon focus. *Law and Human Behavior*, 11, 55-62.

Loftus, E.F., Schooler, J.W., Boone, S.M., & Kline, D. (1987). Time went by so slowly: Overestimation of event duration by males and females. *Applied Cognitive Psychology*, 1, 3-13.

Cole, C.B. & Loftus, E.F. (1987). The memory of children. In S. Ceci, M. Toglia, & D. Ross (Eds.), *Children's Eyewitness Memory* (pp. 178-208). NY: Springer-Verlag.

Schooler, J.W. & Loftus, E.F. (1987). Memory. In *Encyclopedia of Science and Technology* (Vol. l, pp. 584-587). NY: McGraw-Hill.

Loftus, E.F., Banaji, M.R., Schooler, J.W., & Foster, R.A. (1987). Who remembers what? Gender differences in memory. *Michigan Quarterly Review,* 26, 64-85.

Hall, D.F., McFeaters, S.J., & Loftus, E.F. (1987). Alterations in recollection of unusual and unexpected events. *Journal of the Society for Scientific Exploration*, 1, 3-10.

Loftus, E.F. & Schneider, N.G. (1987). Challenging eyewitness testimony. *Trial*, 23, 40-44.

Goodman, J. & Loftus, E.F. (1987). How to play to the jury you select--in complex and other cases. *Criminal Justice,* 2 (Spring), 2-5, 42-43.

Christianson, S. & Loftus, E.F. (1987). Memory for traumatic events. *Applied Cognitive Psychology*, 1, 225-239.

Loftus, E.F. (1987). Trials of an Expert Witness. *Newsweek* (My Turn Column), June 29, 10-11.

Loftus, E.F. & Schneider, N.G. (1987). Behold with strange surprise: Judicial reactions to expert testimony concerning eyewitness testimony. *University of Missouri-Kansas City Law Review,* 56, 1-45. (Based on Annual Joseph Cohen Lectureship).
· Reprinted in *Criminal Practice Law Review* (1988), 1, 1-51.

Loftus, E.F. (1987). Psychology and law. In F. Farley & C.H. Null (Eds.), *Using Psychological Science: Making the Public Case* (pp. 69-78). Washington, D.C.: Federation of Behavioral Psychological Cognitive Sciences.

Loftus, E.F. (1987) Eyewitness testimony and event perception. *University of Bridgeport Law Review,* 8, 7-13.

**1988**

Loftus, E.F. & Doyle, J.M. (1988). *Eyewitness Testimony: Civil and Criminal*, 1988 Supplement. Kluwer Law Books, 1-37.

Bell, B. & Loftus, E.F. (1988). Degree of detail of eyewitness testimony and mock juror judgments. *Journal of Applied Social Psychology,* 18, 1171-1192.

Schooler, J.W., Foster, R.A., & Loftus, E.F. (1988). Some deleterious consequences of the act of recollection. *Memory and Cognition*, 16, 243-251.

Loftus, E.F., Smith, K.D., Johnson, D.A., & Fiedler, J. (1988). Remembering "when": Errors in dating of autobiographical memories. In M. Gruneberg, P. Morris, & R. Sykes (Eds.), *Practical Aspects of Memory* (pp. 234-240). NY: Wiley.

Schooler, J.W., Clark, C., & Loftus, E.F. (1988). Knowing when memory is real. In M. Gruneberg, P. Morris, & R. Sykes (Eds.), *Practical Aspects of Memory* (pp. 83-88). NY: Wiley.

Wells, G.L, & Loftus, E.F. (1988). Eyewitness testimony. *International Encyclopedia of Communications*. Annenberg School of Communications and Oxford University Press.

McSpadden, M., Schooler, J.W., & Loftus, E.F. (1988). Here today, gone tomorrow: The appearance and disappearance of context effects. In G. Davies and D. Thomson (Eds.), *Memory in Context: Context in Memory* (pp. 215-229). Sussex, England.

Goodman, J. & Loftus, E.F. (1988). The relevance of expert testimony on eyewitness testimony. *Journal of Interpersonal Violence,* 3, 115-121.

Loftus, E.F., Bell, B.E., & Williams, K.D. (1988). Powerful Eyewitness testimony. *Trial,* 24, 64-66.

Loftus, E.F. & Wagenaar, W.A. (1988). Lawyers' predictions of success. *Jurimetrics Journal*. (ABA Journal devoted to law, science, and technology), 28, 437-453.

**1989**

Bell, B. & Loftus, E.F. (1989). Trivial persuasion in the courtroom: The power of (a few) minor details. *Journal of Personality and Social Psychology,* 56, 669-679.

Loftus, E.F. & Hoffman, H.G. (1989). Misinformation and memory: The creation of memory. *Journal of Experimental Psychology: General*, 118, 100-104.

Loftus, E.F. & Doyle, J.M. (1989). *Eyewitness Testimony: Civil and Criminal. 1989 Supplement.* Michie Co.: Charlottesville, VA, 1-65.

Loftus, E.F., Donders, K., Hoffman, H.G., & Schooler, J.W. (1989). Creating new memories that are quickly accessed and confidently held. *Memory and Cognition,* 17, 607-616.

Greene, E., Wilson, L., & Loftus, E.F. (1989). Impact of hypnotic testimony on the jury. *Law and Human Behavior,* 13, 61-78.

Loftus, E.F. & Christianson, S.A. (1989). Malleability of memory for emotional events. In T. Archer & L. Nilsson (Eds.), *Aversively Motivated Behavior* (pp. 311-322). Hillsdale, NJ: Erlbaum Press.

Loftus, E.F. (1989). Distortions in eyewitness memory from post-event information. In H. Wegener, F. Losel, & J. Haisch (Eds.), *Criminal Behavior and the Justice System: Psychological Perspectives* (pp. 242-53). NY: Springer-Verlag.

Loftus, E.F. & Greene, E. (1989). Eyewitness identification. In W.G. Bailey (Ed.), *The Encyclopedia of Police Science* (pp. 183-186). New York: Garland.

Loftus, E.F., Korf, N., & Schooler, J.W. (1989). Misguided memories: Sincere distortions of reality. In J. Yuille (Ed.), *Credibility Assessment* (pp. 155-173). Dordrecht, Netherlands: Kluwer.

Loftus, E.F., Greene, E., & Doyle, J.M (1989). The psychology of eyewitness testimony. In D.C. Raskin (Ed.), *Psychological Methods in Criminal Investigation and Evidence*, (Chap. 1, pp. 3-45). NY: Springer.

Goodman, J. & Loftus, E.F. (1989). Implications of facial memory research for investigative and administrative criminal procedures. In A.W. Young & H.D. Ellis (Eds.), *Handbook of Research on Face Processing* (pp. 571-579). Amsterdam: North Holland Publishing Company.

Loftus, E.F. & Banaji, M. (1989). Memory modification and the role of the media. In V.A. Gheorghiu, P. Netter, H.J. Eysenck, & R. Rosenthal (Eds.), *Suggestibility: Theory and Research*. Berlin: Springer-Verlag, p. 279-294.

Loftus, E.F. & Goodman, J. (1989). Is the verdict in on the American jury? (Review of Kassin & Wrightsman). *Contemporary Psychology,* 34, 819-820.

Goodman, J., Greene, E., & Loftus, E.F. (1989). Runaway verdicts or reasoned determinations: Mock juror strategies in awarding damages. *Jurimetrics Journal*, 29, 285-309.

Loftus, E.F. (1989). Mind games: China's rulers changing memories. *Sunday Times Union*, Albany, NY, p. D1, 6.

**1990**

Loftus, E.F., Klinger, M.R., Smith, K.D., & Fiedler, J. (1990). A tale of two questions: Benefits of asking more than one question. *Public Opinion Quarterly*, 054, 330-345.

Raitz, A., Greene, E. Goodman, J., & Loftus, E.F. (1990). Determining damages: The influence of expert testimony on jurors' decision making. *Law and Human Behavior,* 14, 385-395.

Christianson, S., Goodman, J., & Loftus, E.F. (1990). Eyewitness testimony. In Eysenck, M. (Ed.), *The Blackwell Dictionary of Cognitive Psychology*. Oxford, U.K.: Basil Blackwell, Ltd, 142-144.

Goodman, J., Loftus, E.F. & Greene, E. (1990). A matter of money: Voir dire in civil cases. *Forensic Reports,* 3, 303-330.

Moran, G., Cutler, B.L. & Loftus, E.F. (1990). Jury selection in major controlled substance trials: The need for extended voir dire. *Forensic Reports,* 3, 331-348.

Christianson, S-A. & Loftus, E.F. (1990). Some characteristics of peoples' traumatic memories. *Bulletin of the Psychonomic Society,* 28(3), 195-198.

Jobe, J. White, A.A., Kelley, C.L., Mingay, D.J., Sanchez, M.J., & Loftus, E.F. (1990) Recall strategies and memory for health care visits., *Millbank Quarterly*, 68, 171-189.

Wagenaar, W.A. & Loftus, E.F. (1990) Ten cases of eyewitness identification: logical problems and procedural problems. *Journal of Criminal Justice*, 18, 291-319.

Loftus, E.F. & Doyle, J.M. (1990). *Eyewitness Testimony: Civil and Criminal.* 1990 *Supplement.* Michie Co.: Charlottesville, VA, 1-84.

**1991**

Christianson, S.A. & Loftus, E.F. (1991). Remembering emotional events: The fate of detailed information. *Cognition and Emotion,* 5, 81-108.

Loftus, E.F. (1991) Made in Memory: Distortions of recollection after misleading information. In G. Bower (Ed.) *Psychology of Learning and Motivation,* 27, 187-215. NY: Academic Press.

Loftus, E.F. (1991) The glitter of everyday memory research...and the gold. *American Psychologist,* 46, 16-18.

Christianson, S.A., Loftus, E.F., Hoffman, H., & Loftus, G.R. (1991) Eye fixations and accuracy in detail memory of emotional versus neutral events. *Journal of Experimental Psychology: Learning, Memory and Cognition,* 17, 693-701.

Means, B. & Loftus, E.F. (1991). When personal history repeats itself: Decomposing memories for recurrent events. *Applied Cognitive Psychology*, 5, 297-318.

Loftus, E.F. & Ceci, S.J. (1991). Research findings: What do they mean? In J. Doris (Ed.) *The Suggestibility of Children's Recollections*. Washington D.C.: American Psychological Association, 129-133.

Wells, G.L. & Loftus, E.F. (1991). Is this child fabricating?: Reactions to new assessment technique. In J. Doris (Ed.) *The Suggestibility of Children's Recollections*. Washington D.C.: American Psychological Association, 168-171.

Toland, K., Hoffman, H. & Loftus, E.F. (1991). How suggestion plays tricks with memory. In J.F.Schumaker, (Ed.) *Human Suggestibility*: *Advances in Theory, Research, and Application*. NY: Routledge, p. 235-252..

Jobe, J. & Loftus, E.F. (Eds.) (1991) Cognition and Survey Measurement. *Applied Cognitive Psychology,* 5 (special issue).

Loftus, E.F. (1991) When words speak louder than actions: Suggestibility about what happened? In J. Doris (Ed.) *The Suggestibility of Children's Recollections*. Washington DC: American Psychological Association, p. 56-59.

Greene, E., Goodman, J. & Loftus, E.F. (1991) Jurors' attitudes about civil litigation and the size of damage awards. *American University Law Review,* 40, 805-820.

Loftus, E.F. (1991) Resolving legal questions with psychological data. *American Psychologist ,* 46, 1046-1048.

Goodman, J. Loftus, E.F., Lee, M., & Greene, E. (1991) Money, sex and death: Gender bias in wrongful death damage awards. *Law and Society Review,* 25, 263-285.

Hoffman, H.G., Loftus, E.F., Greenmun, G.N. & Dashiell, R.L. (1991) Die Erzeugung von Fehlinformation (The generation of misinformation). *Gruppendynamik* 22 Jahrg., Heft 2, 161-173.

Wertheimer, M., Hilgard, E.R., Spilka, B, Tyler, L.E., Norman, R.D., Loftus, E.F., Brewer, M.B.. Ellis, H.C., Wollersheim, J.P., Kendler, H.H. (1991) A tale of two regions: The Rocky Mountains and the US Western. *Zeitschrift fur Psychologie*, 199, 107-119 and 191-204.

**1992**

Loftus, E.F., Levidow, B & Duensing, S. (1992) Who remembers best? Individual differences in memory for events that occurred in a science museum. *Applied Cognitive Psychology,* 6, 93-107.

Severance, L., Goodman, J. & Loftus, E.F. (1992) Inferring the Criminal Mind: Towards a bridge between legal doctrine and psychological understanding. *Journal of Criminal Justice,* 20, 15-27.

Loftus, E.F. & Klinger, M.R.(1992) Is the unconscious smart or dumb? *American Psychologist,* 47,761-765.

Loftus, E.F. & Leitner, R. (1992) Reconstructive Memory. In L.R. Squire, J.H. Byrne, L. Nadel, H.L. Roediger, D.L. Schacter & R.F. Thompson (Eds.) *Encyclopedia of Learning and Memory.* NY:: MacMillan, Vol I.

Abelson, R.P., Loftus, E.F. & Greenwald, A.G. (1992) Attempts to improve the accuracy of self-reports of voting. In J.M. Tanur (Ed.) *Questions about Questions: Inquiries into the Cognitive Bases of Surveys.* NY: Russell Sage, 138-153.

Croyle, R. & Loftus, E.F. (1992) Improving episodic memory performance on survey respondents. In J.M. Tanur (Ed.) *Questions about Questions: Inquiries into the Cognitive Bases of Surveys.* NY: Russell Sage, 95-101.

Loftus, E.F., Smith, K., Klinger, M. & Fiedler, J. (1992) Memory and mismemory for health events. In J.M. Tanur (Ed.) *Questions about Questions: Inquiries into the Cognitive Bases of Surveys.* NY: Russell Sage, 102-137.

Goodman, J. & Loftus, E.F. (1992). Judgment and memory: The role of expert testimony on eyewitness accuracy. In P. Tetlock and P. Suedfeld (Eds.), *Psychology and Social Policy*, 267-282.  Wash, DC: Hemisphere Publishing Corp.

Christianson, S.A., Goodman, J. & Loftus E.F. (1992) Eyewitness memory for traumatic events: Methodological quandaries and ethical dilemmas. In Christianson, S.A. (ed.) *Handbook of Emotion and Memory*. Hillsdale, NJ: Erlbaum, 217-241.

Fruzzetti, A.E., Toland, K., Teller, S.A. & Loftus, E.F. (1992). Memory and eyewitness testimony. In Gruneberg, M. & Morris, P. (Eds.) *Aspects of Memory*. London: Routledge, 18-50

Loftus, E.F. & Kaufman, L. (1992) Why do traumatic experiences sometimes produce good memory (flashbulbs) and sometimes no memory (repression)? In E. Winograd & U. Neisser (Eds.) *Affect and Accuracy in Recall: The Problem of "Flashbulb" memories.* NY: Cambridge University Press, 212-223.

Loftus, E.F., Hoffman, H., & Wagenaar, W.A. (1992). The misinformation effect: Transformations in memory induced by postevent information. In M.L. Howe, C.J. Brainerd, and V.F. Reyna (Eds.) *Development of Long-Term Retention*. NY: Springer. pp. 159-183.

Williams, K.D., Loftus, E.F., & Deffenbacher, K.A. (1992) Eyewitness evidence and testimony. In D.K. Kagehiro & N.S. Laufer (Eds.), *Handbook of Psychology and Law*. NY: Springer-Verlag, 141-166.

Loftus, E.F. (1992) When a lie becomes memory's truth. *Current Directions in Psychological Science,* 1, 121-123.

· Reprinted in: Honeck, R.P. (1998) *Introductory Readings for Cognitive Psychology*, 3rd Ed. Guilford, CT: Dushkin Publishing Group, chapter 12, 116-120.

Berliner, L. & Loftus, E.F. (1992) Sexual abuse accusations: Desperately seeking reconciliation. *Journal of Interpersonal Violence,* 7, 570-578.

Loftus, E.F. & Rosenwald, L.A. (1992) Damage Control: How to reduce guesswork and bias in jury awards. *Trial Diplomacy Journal,* 15, 183-188.

Hoffman, H.G., Loftus, E.F., Greenmun, G.N. & Dashiell, R.L. (1992) The generation of misinformation. In Losel, F., Bender, D., & Bliesener, T. (Eds.) (1992) *Psychology and Law: International perspectives*. Berlin: Walter de Gruyter, p.292-301. (English translation of German publication from 1991).

**1993**

Loftus, E.F. (1993) Desperately seeking memories of the first few years of childhood: The reality of early memories. *Journal of Experimental Psychology: General*, 122, 274-277.

Loftus, E.F. (1993) The reality of repressed memories. *American Psychologist*, 48, 518-537.

· Reprinted in:

Hertzig, M.E. & Farber, E.A. (Eds.) (1995) *Annual Progress in Child Psychiatry and Child Development* 1994: A selection of the year's outstanding contributions to the understanding and

treatment of the normal and disturbed child. NY: Brunner/Mazel.

Blake, T. (Ed.) *Enduring Issues in Psychology*. San Diego: Greenhaven Press.

Croyle, R.T. & Loftus, E.F. (1993) Recollection in the kingdom of AIDS. In D.G. Ostrow & R. Kessler (Eds.) *Methodological Issues in AIDS Behavioral Research*. NY: Plenum. p 163-180.

Croyle, R.T., Loftus, E.F., Klinger, M.R., & Smith, K.D. (1993) Reducing errors in health-related memories. Progress and prospects. In J.R. Schement & B.D. Ruben (Eds.) *Between Communication and Information: Information and Behavior*, Vol IV, pp. 255-268. New Brunswick, NJ: Transaction Publishers.

Schooler, J.W. & Loftus, E.F. (1993). Multiple mechanisms mediate individual differences in eyewitness accuracy and suggestibility. In J.M. Puckett & H.W. Reese (Eds.). *Life-span Developmental Psychology: Mechanisms of everyday cognition*. Hillsdale, NJ: Erlbaum. p. 177-203.

Loftus, E.F. & Rosenwald, L.A. (1993) Buried Memories/shattered lives. *American Bar Association Journal,* 79, 70-73.

Loftus, E.F. & Rosenwald, L.A. (1993) The Rodney King Videotape: Why the case was not black and white. *University of Southern California Law Review,* 66, 1637-1645.

Loftus, E.F. (1993) Repressed memories of childhood trauma: Are they genuine? *Harvard Medical School Mental Health Letter,* 9(9), 4-5.

Loftus, E.F. (1993) The theory behind witnessing events, and the practice. In Davies, G. & Logie, R. (Eds.) *Memory in Everyday Life*. North Holland, chapter 9, 402-407.

Ernsdorff, G. & Loftus, E.F. (1993) Let sleeping memories lie?: Words of caution about tolling the statute of limitations in cases of memory repression. *Journal of Criminal Law and Criminology,* 84, 129-174.

Loftus, E.F. (1993) Psychologists in the Eyewitness World. *American Psychologist,* 48, 550-552.

Loftus, E.F., Weingardt, K.R., & Hoffman, H.G. (1993). Sleeping memories on trial: Reactions to memories that were previously repressed. *Expert Evidence: The International Digest of Human Behaviour Science and Law,* 2, 51-59.

Loftus, E.F. (1993, June 27) You must remember this...or do you? How real are repressed memories? *Washington Post,* p.C1-C2. (Invited editorial).

Garry, M. & Loftus E.F. (1993) Repressed memories of childhood trauma: Could some of them be suggested? *USA Today Magazine* (Society for the Advancement of Education), 122, 82-84.

**1994**

Weingardt, K.R., Leonesio, R.J., & Loftus, E.F. (1994) Viewing eyewitness research from a metacognitive perspective. In J. Metcalfe & A. Shimamura (Eds.) *Metacognition: Knowing about Knowing*. Cambridge, Mass: MIT Press, pp. 157-184.

Foster, R.A., Libkuman, T.M., Schooler, J.W., & Loftus, E.F. (1994) Consequentiality and eyewitness person identification. *Applied Cognitive Psychology,* 8, 107-121.

Loftus, E.F., Polonsky, S., & Fullilove, M.T. (1994) Memories of childhood sexual abuse: remembering and repressing. *Psychology of Women Quarterly,* 18, 67-84.

Williams, K.D. & Loftus, E.F. (1994) Eyewitness testimony. In Ramachandran, V.S. (Ed) *Encyclopedia of Human Behavior*, Vol I. San Diego: Academic Press, Inc.

Croyle, R.T. & Loftus, E.F. (1994) Psychology and the Law. In Colman, A.M. (Ed.) *Companion Encyclopedia of Psychology*, Vol. 2. London: Routledge, p. 1028-1045.

· Reprinted in: Coleman, A.M. (Ed.) (1995) *Controversies in Psychology*. London: Longman, pp. 58-75.

Loftus, E.F. (1994) Therapeutic recollection of childhood abuse: When a memory may not be a memory? *The Champion* (National Association of Criminal Defense Lawyers), Vol. XVIII, 2, 5-10.

Loftus, E.F. (1994) We need to be concerned about 'altered' memories. *Brown University Child and Adolescent Behavior Letter, April,* 10, 3.

Loftus, E.F., Garry, M., Brown, S.W., & Rader, M. (1994) Near-natal memories, past-life memories, and other memory myths. *American Journal of Clinical Hypnosis,* 36, 176-179.

Loftus, E.F., Garry, M., & Feldman, J. (1994) Forgetting sexual trauma. *Journal of Consulting and Clinical Psychology,* 62, 1177-1181.

· Reprinted in: Baker, R.A. (Ed). (1998) Child sexual abuse and false memory syndrome. Amherst, NY: Prometheus Books.

Loftus, E.F. (1994) The repressed memory controversy. *American Psychologist*, 49, 443-445.

Loftus, E.F. (1994) Tricked by memory. In J. Jeffrey and G. Edwall (Eds). *Memory and History: Essays on recalling and interpreting experience*. NY: University Press of America. p. 17-29.

Garry, M., Loftus, E.F., Brown, S.W. (1994) Memory: A river runs through it. *Consciousness and Cognition,* 3, 438-451.

Belli, R.F. & Loftus, E.F. (1994) Recovered memories of childhood abuse: A source monitoring perspective. In Lynn, S.J. & Rhue, J. (Eds.) *Dissociation: Theory, clinical, and research perspectives*. NY: Guilford Press, p. 415-433.

Garry, M. & Loftus, E.F. (1994) Pseudomemories without hypnosis. *International Journal of Clinical and Experimental Hypnosis, Vo,l. XLII*, 363-378.

Weingardt, K.R., Toland, H.K., & Loftus, E.F. (1994) Reports of suggested memories: Do people truly believe them? In D. Ross, J.D. Read & M.P. Toglia (Eds.) *Adult eyewitness testimony: Current trends and developments*. NY: Springer-Verlag, pp. 3-26.

Ceci, S.J. & Loftus, E.F. (1994) "Memory work": A royal road to false memories? *Applied Cognitive Psychology,* 8, 351-364.
· Reprinted in Honech, R.P. (1998) Introductory readings for Cognitive Psychology, 3rd Ed. Guilford, CT: Dushkin Publishing Group, Chapter 31, 267-277.

Ceci, S.J., Loftus, E.F., Leichtman, M.D., & Bruck, M. (1994) The possible role of source misattributions in the creation of false beliefs among preschoolers. *International Journal of Clinical and Experimental Hypnosis, Vol. XLII*, 304-320.

Ceci, S.J., Huffman, M.L.C., Smith, E., and Loftus, E.F. (1994) Repeatedly thinking about a non-event: Source misattributions among preschoolers. *Consciousness and Cognition,* 3, 388-407.

**1995**

Weingardt, K.R., Loftus, E.F., & Lindsay, D.S. (1995) Misinformation revisited: New evidence on the suggestibility of memory. *Memory & Cognition,* 23 *(*1), 72-82.

Loftus, E.F., Milo, E.M., & Paddock, J.R. (1995) The accidental executioner: Why psychotherapy must be informed by science. *The Counseling Psychologist,* 23, 300-309.

Loftus, E.F. & Pickrell, J.E. (1995) The formation of false memories. *Psychiatric Annals,* 25, 720-725.
· Reprinted in: *Psykologia*, 1997, 32 *(*2). (Published in Finnish, pages 112a-112k).

Loftus, E.F., Feldman, J., & Dashiell, R. (1995) The reality of illusory memories. In Schacter, D.L., Coyle, J.T., Fishbach, G.D., Mesulam, M.M., and Sullivan, L.E. (Eds). *Memory Distortion: How minds, brains and societies reconstruct the past*. Cambridge, MA: Harvard University Press, p. 47-68

Loftus, E.F. (1995) Remembering dangerously. *Skeptical Inquirer,* 19, 20-29.

Loftus, E.F. (1995) Memory malleability: Constructivist and fuzzy-trace explanations. *Learning and Individual Differences,* 7, 133-137..

Clark, S.E. & Loftus, E.F. (1995) The psychological pay-dirt of space-alien abduction memories. Review of Mack, J. (1995) Abduction: Human encounters with aliens. *Contemporary Psychology,*40, 861-863.

Loftus, E.F, & Yapko, M. (1995) Psychotherapy and the recovery of repressed memories. In Ney, T. (Ed.) *Allegations in Child Sexual Abuse: Assessment and case management*. Brunner/Mazel, p. 176-191.

Leichtman, M.D., Loftus, E.F., & Ceci, S.J. (1995) Current issues in early eyewitness memory. *Scalpel and Quill: Bulletin of the Pittsburgh Institute of Legal Medicine,* 30, 1-71. (Copies available from Pittsburgh Institute of Legal Medicine, 1200 Centre Ave, Pittsburgh, PA 15219).

Loftus, E.F. (1995, August 25) The truth, the whole truth and & nothing but the truth? *Los Angeles Times*, p. B 9. (Invited editorial; Reprinted in newspapers in Minneapolis, Buffalo and elsewhere)

Loftus, E.F. (1995) Afterword to Ross, C.A., *Satanic ritual abuse*. Toronto: University of Toronto Press, 203-209.

Loftus, E.F. & Rosenwald, L.A. (1995, Fall) Recovered memories: unearthing the past in court. *Journal of Psychiatry & Law*, 349-361.

**1996**

Garry, M., Manning, C., Loftus, E.F., & Sherman, S.J. (1996) Imagination Inflation: Imagining a childhood event inflates confidence that it occurred. *Psychonomic Bulletin and Review,* 3, 208-214.

Loftus, E.F., Paddock, J.R. & Guernsey, T.F. (1996) Patient-psychotherapist privilege: Access to clinical records in the tangled web of repressed memory litigation. *University of Richmond Law Review,* 30, 109-154. (Special issue devoted to Allen Chair recipients.).

19

Belli, R.F. & Loftus, E.F. (1996) The pliability of autobiographical memory: Misinformation and the false memory problem. In David C. Rubin (Ed.) *Remembering our past*, 157-179. NY: Cambridge University Press.

Loftus, E.F., Coan, J.A. & Pickrell, J.E. (1996) Manufacturing false memories using bits of reality. In L. M. Reder (Ed.) *Implicit memory and metacognition*.  Mahwah, NJ: Lawrence Erlbaum Associates,  pp. 195-220.

Manning, C.G. & Loftus,E.F. (1996) Eyewitness testimony and memory distortion. *Japanese Psychological Research,* 38,5-13 (Invited Paper)

Loftus, E.F. (1996) Repressed Memory Litigation: Court cases and scientific findings on illusory memory. *Washington State Bar News,* 50, 15-25.

Loftus, E.F. (1996) The myth of repressed memory and the realities of science. *Clinical Psychology: Science and Practice, 3,* 356-362.

Loftus, E.F. (1996) Memory distortion and false memory creation. *Bulletin of the American Academy of Psychiatry & the Law, 24,* 281-295.

Manning, C.G. & Loftus, E.F. (1996) Memory. *McGraw-Hill* 1997 *Yearbook of Science & Technology*. NY: McGraw-Hill., p. 299-301.

Clark, S.E. & Loftus, E.F. (1996) The construction of space alien abduction memories. *Psychological Inquiry*, 7, 140-143.

Loftus, E. F., & Doyle, J. M. (1996). *Eyewitness Testimony: Civil and Criminal.* 1996 *Cumulative Supplement.* Charlottesville, VA: Michie Company, 1-49.

Mazzoni, G. A. L., & Loftus, E. F. (1996). When dreams become reality. *Consciousness & Cognition, 5,* 442-462.

Gilligan, F. A., Imwinkelried, E. J., & Loftus, E. F. (1996) The theory of 'unconscious transference': The latest threat to the shield laws protecting the privacy of victims of sex offenses. *Boston College Law Review,* 38, p. 107-144.

**1997**

Hyman, I. & Loftus, E.F. (1997) Some people recover memories of childhood trauma that never really happened. In Paul S. Appelbaum, Lisa A. Uyehara, Mark R. Elin (Eds) *Trauma and Memory: Clinical and Legal Controversies*. NY: Oxford University Press. p. 3-24.

Garry, M., Loftus, E. F., DuBreuil, S. C., & Brown, S. W. (1997) Womb with a view: Memory beliefs and memory-work experiences. In D. G. Payne & F. G. Conrad (Eds.) *Intersections in Basic & Applied Memory Research*. Mahwah, NJ: Lawrence Erlbaum Associates, p. 233-255.

Loftus, E. F. (1997) Commentary on anomolies of autobiographical memory. In J. D. Read and D. S. Lindsay (Eds.) *Recollections of Trauma: Scientific Research and Clinical Practice.* NY: Plenum Press, pp. 297-400.

Loftus, E. F. (1997). Repressed memory accusations: Devastated families and devastated patients. *Applied Cognitive Psychology, 11,* 25-30.

Loftus, E. F. & Rosenwald, L. (1997). Repressed Memories: Scientific Status. In D. L. Faigman, D. H. Kaye, M. J., Saks, & J. Saunders (Eds.) *Modern Scientific Evidence: The Law and Science of Expert Testimony*. St. Paul, MN: West Publishing, p. 535-550.

Loftus, E. F. (1997, September). Creating false memories. *Scientific American*, 277, *(3)*, 70-75.
    · Reprinted in Boyatzis, C. & Junn, E.N. (2000) *Child Growth and Development.* NY: McGraw Hill, Chapter 8.

Loftus, E. F. (1997). Memory for a past that never was. *Current Directions in Psychological Science,* 6, p. 60-65.

Joslyn, S., Carlin, L., & Loftus, E. F. (1997) Remembering and forgetting childhood sexual abuse. *Memory, 5,* 703-724.

Loftus, E. F. (1997). Dispatch from the (un)civil memory wars. In J. D. Read & D. S. Lindsay (Eds.) *Recollections of Trauma: Scientific Research and Clinical Practice.* NY: Plenum Press, pp. 171-198.

Loftus, E.F. (1997). Creating childhood memories. *Applied Cognitive Psychology,* 11, S75-S86.

**1998**

Loftus, E.F., Nucci, M., & Hoffman, H. (1998) Manufacturing memory. *American Journal of Forensic Psychology,* 16, 63-75.

Ceci, S. J., Bruck, M., & Loftus, E. F. (1998) On the ethics of memory implantation research. *Applied Cognitive Psychology,* 12, 230-240.

Greene, E. & Loftus, E.F. (1998) Psycholegal research on jury damage awards. *Current Directions in Psychological Science,* 7, 50-54.

Mazzoni, G. A. L. & Loftus, E. F. (1998). Dreaming, believing, and remembering. In J. DeRivera and T. R. Sarbin (Eds.). *Believed in Imaginings: The Narrative Construction of Reality.* Washington D.C.: American Psychological Association Press. pp. 145-156.

Wright, D.B. & Loftus, E.F. (1998) How memory research can benefit from CASM. *Memory,* 6, 467-474.

Braun, K.A. & Loftus, E.F. (1998) Advertising's misinformation effect. *Applied Cognitive Psychology,* 12, 569-591.

Loftus, E.F. (1998) The private practice of misleading deflection. *American Psychologist,* 53, 484-485.

Loftus, E.F. (1998) The price of bad memories. *Skeptical Inquirer,* 22, 23-24.

Na, Eun-Young & Loftus, E.F. (1998) Attitudes towards law and prisoners, conservative authoritarianism, attribution, and internal-external locus of control: Korean and American law students and undergraduates. *Journal of Cross Cultural Psychology,* 29, 595-615.

Loftus, E.F. (1998) Illusions of Memory. *Proceedings of the American Philosophical Society,* 142, 60-73.

Loftus, E.F. (1998) Imaginary memories. In Conway, M.A., Gathercole, S.E., & Cornoldi, C. (Eds) *Theories of memory.* Vol II. East Sussex, United Kingdom: Psychology Press Ltd. p. 135-145.

Mazzoni, G.A.L. & Loftus, E.F. (1998) Dream interpretation can change beliefs about the past. *Psychotherapy,* 35, 177-187.

Loftus, E.F. & Mazzoni, G.A.L. (1998) Using imagination and personalized suggestion to change people. *Behavior Therapy,* 29, 691-706.

Loftus, E.F. (1998) Who is the cat that curiosity killed? *Skeptical Inquirer,* 22, 60-61.

DuBreuil, S.C., Garry, M., & Loftus E.F. (1998) Tales from the Crib: Age regression and the creation of unlikely memories. In S.J. Lynn & K.M. McConkey (Eds) *Truth in Memory.* NY: Guilford Press, pp. 137-160.

Wright D. B. & Loftus, E. F. (1998). How misinformation alters memories. *Journal of Experimental Child Psychology,* 71, 155-164.

Lilienfeld, S.O. & Loftus, E.F. (1998) Repressed memories and World War II: Some cautionary notes. *Professional Psychology: Research and Practice,* 29, 471-475.

Paddock, J.R., Joseph, A.L., Chan, F.M., Terranova, S., Manning, C., & Loftus, E.F (1998). When guided visualization procedures may backfire: Imagination inflation and predicting individual differences in suggestibility. *Applied Cognitive Psychology,* 12, S63-S75. (Special Issue)

Billings, F.J. & Loftus, E.F. (1998) Havikuach al hazikaron hamudchak: Mishpatim umechkarim chadashim (The repressed memory controversy: recent court cases and recent research). *Psychologia,* 7, 24-32 (in Hebrew).

Hyman, I.E. Jr & Loftus, E.F. (1998) Errors in autobiographical memory. *Clinical Psychology Review,* 18, 933-947.

Alpert, J.L., Brown, L.S., Ceci, S.J., Courtois, C.A., Loftus, E.F., & Ornstein, P.A. (1998) Final conclusions of the American Psychological Association Working Group on Investigation of memories of Childhood Abuse, *Psychology, Public Policy, and Law,* 4, 933-940.

Ornstein, P.A., Ceci, S.J., & Loftus, E.F. (1998) Adult recollections of childhood abuse: Cognitive and Developmental Perspectives. *Psychology, Public Policy, and Law,* 4, 1025-1051. (See also other commentaries & replies by Ornstein, Ceci, & Loftus in the same issue.)

Loftus, E., Joslyn, S., & Polage, D. (1998) Repression: A mistaken impression? *Development & Psychopathology,* 10, 781-792.

**1999**

Feldman, J.J., Miyamoto, J., & Loftus, E.F. (1999) Are actions regretted more than inactions? *Organizational Behavior and Human Decision Processes,* 78, 232-255.

Wright, D.B. & Loftus, E.F. (1999) Measuring dissociation: Comparison of alternative forms of the dissociative experiences scale. *American Journal of Psychology,* 112, 497-519.

Mazzoni, G.A.L., Lombardo, P., Malvagia, S., & Loftus, E.F. (1999) Dream interpretation and false beliefs. *Professional Psychology: Research and Practice,* 30, 45-50.

Mazzoni, G.A.L., Loftus, E.F., Seitz, A., & Lynn, S.J. (1999)  Changing beliefs and memories through dream interpretation. *Applied Cognitive Psychology,* 13, 125-144.

Mazzoni, G. A. L., Vannucci, M., & Loftus, E. F. (1999). Misremembering story material. *Legal and Criminological Psychology,* 4, 93-110.

Paddock, J.R., Noel, M., Terranova, S., Eber, H.W., Manning, C., & Loftus, E.F. (1999). Imagination inflation and the perils of guided visualization. *Journal of Psychology,* 133, 581-595.

Loftus, E.F. & Polage, D.C. (1999) Repressed memories: When are they real? How are they false? *The Psychiatric Clinics of North America,* 22, 61-71. (P. Resnick, Guest ed).

Loftus, E.F. (1999) Lost in the mall: Misrepresentations and misunderstandings. *Ethics & Behavior,* 9, 51-60.

Garry, M., Frame, S., & Loftus, E.F. (1999) Lie down and let me tell you about your childhood. In S. Della Sala (Ed) *Mind myths: Exploring popular assumptions about the mind and brain*. Chichester, England & NY: Wiley. 113-124.

Loftus, E.F. & Doyle, J.M. (1999) *Eyewitness Testimony: Civil and Criminal,* 1999. *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-33.

**2000**

Busey, T.A., Tunnicliff, J., Loftus, G.R., & Loftus, E.F. (2000) Accounts of the confidence-accuracy relation in recognition memory. *Psychonomic Bulletin and Review,* 7, 26-48.

Loftus, E.F. (2000). Remembering What Never Happened. E. Tulving (Ed*.), Memory, Consciousness, and the Brain: The Tallinn Conference*. Philadelphia: Psychology Press, 106-118.

Tsai, A., Loftus, E.F., & Polage, D. (2000) Current Directions in False Memory Research. In Bjorklund, D. (Ed.) *False-Memory Creation in Children and Adults*. Mahwah, NJ: Erlbaum, 31-44.

Loftus, E.F. (2000) Suggestion, imagination, and the transformation of reality. In A.A. Stone, J.S. Turkkan, C.A. Bachrach, J.B. Jobe, H.S. Kurtzman, & V.S. Cain (Eds) *The Science of Self-Report*. Mahwah, NJ: Erlbaum, 201-210.

Calvin, W. H. & Loftus, E.F. (2000, April) The poet as brain mechanic: A 2050 version of physics for poets. *Global Business Network Bulletin*, p.1-5.

Loftus, E. L. and Castelle, G. (2000) Crashing Memories in Legal Cases. In P.J. van Koppen & N.H.M. Roos (Eds). *Rationality, Information and Progress in Law and Psychology*. Maastricht: Maastricht University Press. p. 115-127

Loftus, E.F. (2000) The most dangerous book. *Psychology Today*, 33, p 32-35, 84

**2001**

Mazzoni, G.A.L., Loftus, E.F., Kirsch, I. (2001) Changing beliefs about implausible autobiographical events. *Journal of Experimental Psychology: Applied*, 7 (1), 51-59

Wright, D.B., Loftus, E.F. & Hall, M. (2001) Now you see it; Now you don't; Inhibiting recall and recognition of scenes. *Applied Cognitive Psychology*, 15, 471-482.

Castelle, G. & Loftus, E.F. (2001) Misinformation and wrongful convictions. In S.D. Westervelt & J.A. Humphrey (Eds). *Wrongly Convicted: Perspectives on failed justice*. New Brunswick, NJ: Rutgers University Press, p 17-35

Hoffman, H.G., Granhag, P.A., Kwong See, S.T. & Loftus, E.F. (2001). Social influences on reality monitoring decisions. *Memory & Cognition*, 29, 394-404.

Joslyn, S., & Loftus, E.F. , McNoughton, A., & Powers, J. (2001) Memory for memory. *Memory and Cognition.* 29, 789-797.

Loftus, E.F. & Calvin, W.C. (2001, April) Memory's future. *Psychology Today*, 34, p 55-58, 83.

Loftus, E.F. (2001) Imagining the past. *The Psychologist*, 14, 584-587.

Davis, D., Loftus, E.F., & Follette, W.C. (2001)  How, when, and whether to use informed consent for recovered memory therapy.  *Journal of American Academy of Psychiatry and the Law*, Vol. 29, (2), p. 148-159

Loftus, E. F. (2001) When scientific evidence in the enemy. *Skeptical Inquirer*, 25, #6, p 14-15

Loftus, E.F. & Garry, M. (2001, Aug 31) Disneyland with the Queen? I recall it well. *The Times Higher Education Supplement*, p. 22-23.

Garry, M., Rader, M., & Loftus, E.F. (2001) Classic and contemporary studies on the impact of misleading information. Watanabe, Yasui; Ichinose, Keiichiro, Itsukushima, Yukio, & Hamada, Sumio

(Eds) *The study of eyewitness testimony: Seeking for the bridge between law and psychology*. Tokyo: Kitaohji publishers,  p. 185-200. (Chapter published in Japanese).

**2002**

Loftus, E.F. (2002) Memory faults and fixes. *Issues in Science and Technology (Publication of the National Academies of Science),* 18, # 4, pp 41-50. ( Selection for:*: The Best American Science and Nature Writing* , (2003) Richard Dawkins, guest editor; Tim Folger, series editor. NY: Houghton Mifflin
--Reprinted in Roesch, R. & Gagnon, N. (Eds)  (2007) Psychology and law. Hampshire, UK: Ashgate.

Hyman, I.E., & Loftus, E.F. (2002) False childhood memories and Eyewitness Memory Errors. In M. L. Eisen, J. A. Quas & G.S. Goodman, (Eds). *Memory and Suggestibility in the Forensic Interview.* Mahwah, NJ: Erlbaum, p 63-84

Thomas, A.K. & Loftus, E.F. (2002) Creating bizarre false memories through imagination, *Memory & Cognition*, 30, 423-431.

Braun, K.A., Ellis, R. & Loftus, E.F. (2002) Make My Memory: How Advertising Can Change Our Memories of the Past. *Psychology and Marketing,* 19, 1-23.

Bernstein, D. M., Whittlesea, B. W.A. & Loftus, E. F. (2002) Increasing confidence in remote autobiographical memory and general knowledge: Extensions of the revelation effect, *Memory & Cognition*, 30, 432-438.

Pickrell, J. & Loftus, E.F. (2002) Balancing with the players stacked against you. *Applied Cognitive Psychology*, 16, 365-366 (Book Review).

Loftus, E.F. & Guyer, M. (2002) Who Abused Jane Doe?: The Hazards of the Single Case History. *Skeptical Inquirer*. Part I. Vol 26, #3 (May/June), Pp. 24-32.

Loftus, E. F. & Guyer, M. J. (2002) Who Abused Jane Doe? Part II. *Skeptical Inquirer*, 26, #4 (July/Aug), p. 37-40, 44.

Garry, M., Sharman, S.J., Feldman, J. Marlatt, G.A., & Loftus, E.F.. (2002). Examining memory for heterosexual college students' sexual experiences using an electronic mail diary. *Health Psychology.* 21, 6, 629-634

Loftus, E.F. (2002) Dear Mother *Psychology Today Magazine*, vol. 35, p 68-70

Loftus, E.F. & Davis, D. (2002) Dispatch from the Repressed-memory legal front. *Psychiatric Times*, vol. XIX, p 44-45, 50-51.

Kanter,J. W., Kohlenberg, R. J., and Loftus, E. F. (2002). Demand Characteristics, Treatment Rationales, and Cognitive Therapy for Depression. *Prevention and Treatment.,* 5, Article 41. Available at http://journals.apa.org/prevention/volume5/pre0050041c.html

van de Wetering, S., Bernstein, D.M., & Loftus, E.F. (2002) Public education against false memories: A modest proposal. *Cognitive Technology*, 2, #2, p 4-7.

Bernstein, D.M. & Loftus, E.F. (2002) Lingering difficulties distinguishing true from false memories. *Neuro-Psychoanalysis*, 4, #2, p 139-141.

**2003**

Loftus, E.F. (2003) Our changeable memories: Legal and practical implications. *Nature Reviews: Neuroscience*, 4, 231-234.

Loftus, E.F. (2003) Make-believe Memories. *American Psychologist*, 58, 864-873,

Loftus, E. F. (2003) The Dangers of Memory. In R.J. Sternberg (Ed*). Psychologists Defying the Crowd.* Washington, D.C. American Psychological Association Press. Pp. 105-117.

Loftus, E. F. (2003) Memory in Canadian Courts of Law. *Canadian Psychology*, 44, 207-212.

Lynn, S. J., Lock, T., Loftus, E.F., Krackow, E., & Lilienfeld, S.O. (2003) The Remembrance of Things Past: Problematic Memory Recovery Techniques in Psychotherapy. In S.O. Lilienfeld, J.M. Lohr, & S.J. Lynn (Eds) *Science and Pseudoscience in Clinical Psychology*. NY; Guilford. pp 205-239.

Loftus, E.F. & Doyle, J.M. (2003) *Eyewitness Testimony: Civil and Criminal.*   2003 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-40..

Loftus, E.F. (2003) False memory.   In Nadel, L. (Ed). *Encyclopedia of Cognitive Science*. Vol 2. London: Nature Publishing Group., p 120-125.

Thomas, A. K., Bulevich, J. B., & Loftus, E.F. (2003) Exploring the role of repetition and sensory elaboration in the imagination inflation effect. *Memory & Cognition  31*, 630- 640.

Nourkova, V.V., Bernstein D.M., & Loftus, E.F. (2003) Echo of explosions: Comparative analysis of recollections about the terrorists attacks in 1999 (Moscow) and 2001 (New York City). *Psychological Journal*, 24, #1, 64-72 (Published in Russian: PSIKHOLOGICHESKII ZHURNAL 24 (1): 64-72 JAN-FEB 2003).

Bernstein, D.M. & Loftus, E.F. (2003) Reconstructive Memory. J.H. Byrne (Ed.) *Learning and Memory, 2nd Edition* (MacMillan Psychology Reference Series). New York: MacMillan, p 558-561.

Wells, G. L. & Loftus, E.F. (2003). Eyewitness memory for people and events. A. M. Goldstein (Ed.) *Handbook of Psychology. Vol 11 Forensic Psychology* (I.B. Weiner, Editor-in-Chief). New York: John Wiley & Sons, pp 149-160

Lynn, S. J., Loftus, E. F.,Lilienfeld, S.O. & Lock, T. (2003) Memory Recovery Techniques in Psychotherapy: Problems and Pitfalls. *Skeptical Inquirer*, 27, 40-46..

Loftus, E.F. (2003, Fall) On science under legal assault. *Daedalus (Journal of the American Academy of Arts & Sciences*), 132 (4), 84-86.

Davis, D. and Loftus, E. F. (2003). What's good for the goose cooks the gander: Inconsistencies between the law and psychology of voluntary intoxication and sexual assault. In W. T. O'Donohue, & E. Lewensky (Eds.) *Handbook of Forensic Psychology*. Boston: Academic Press (or Amsterdam: Elsevier), p 997-1032


**2004**

Loftus, E. F. (2004) Dispatch from the (un) civil memory wars. *Lancet, 364,* 20-21.

Bernstein, D. M., Godfrey, R., Davison, A., & Loftus, E. F. (2004) Conditions affecting the revelation effect for autobiographical memory. *Memory  & Cognition.* 32, 455-462.

Loftus, E.F. (2004) Memories of things unseen. *Current Directions in Psychological Science*, 13, 145-47.

Nourkova V.V., Bernstein D.M., Loftus E.F. (2004) Altering traumatic memory. *Cognition & Emotion. 18,* 575-585.

Rosen, G. M., Sageman, M., & Loftus, E.F. (2004) A Historical Note on False Traumatic Memories, *Journal of Clinical Psychology. 60,* 137-139.

Nourkova V.V., Bernstein D.M., Loftus E.F. (2004) Biography becomes autobiography: Distorting the subjective past. *American Journal of Psychology* 117, 65-80.

Lynn, S.J., Knox, J. A., Fassler, O., Lilienfeld, S.O. & Loftus, E.F. (2004) Memory, trauma, and dissociation. In G.M. Rosen (Ed) *Posttraumatic stress disorder: Issues and controversies.* NY: Wiley, p 163-186

Pickrell, J. E., Bernstein, D. M., & Loftus, E. F. (2004) The Misinformation Effect. In Pohl, R. F. (Ed.). *Cognitive illusions: A handbook on fallacies and biases in thinking, judgment, and memory.* Hove, UK & NY: Psychology Press., p. 345-361.

Loftus, E. F. (2004) The Memory Wars. *Science & Spirit.* Vol 15, 28-34

Kanter, J. W., Kohlenberg, R. J. & Loftus, E. F. (2004) Experimental and Psychotherapeutic Demand Characteristics and the Cognitive Therapy Rationale: An Analogue Study. *Cognitive Therapy and Research, 28,* 229-239.

Braun-LaTour, K. A., LaTour, M. S., Pickrell, J. & Loftus, E.F. (2004) How (and When) advertising can influence memory for consumer experience. *Journal of Advertising.* 33,7-25.

Bernstein M. & Loftus, E.F. (2004) Memories, false. In R.L. Gregory (Ed) *The Oxford Companion to the Mind, 2nd Edition.* Oxford University Press, p 559-560.

Tsai, A.C., Morsbach, S.,K. & Loftus, E.F. (2004) In Search of Recovered Memories. In W. T. O'Donohue, Wm. & E. Levensky (Eds,) *Handbook of Forensic Psychology*. Boston: Academic Press (Amsterdam: Elsevier),   p 555-577.

Levine, L. J. & Loftus, E. F. (2004) Eyewitness testimony. In Spielberger, C.D. *Encyclopedia of Applied Psychology.* San Diego: Elsevier Science (USA)

Loftus, E. F. (2004) Forward in G.D. Lassiter (Ed) *Interrogations, confessions, and entrapment.* Kluwer Academic/Plenum Press, p ix-xiii.

Garry, M. & Loftus, E.F. (2004) I am Freud's brain. *Skeptical Inquirer*, 28,#3, p 16-18.

Garry, M. & Loftus, E.F. (2004) Brainstorm in a teacup. *The Psychologist*, 17, 280-281.

Loftus, E.F. & Bernstein, D. M. (2004)  Strong memories are made of this.  Review of McGaugh's Memory and Emotion.  *Trends in Cognitive Sciences.* 8, p 199-201.

Loftus, E.F. & Cole, S. A. (2004, May 14)  Contaminated Evidence. *Science*, 304, p 959.  (Essay)

Loftus, E.F. (2004)  The devil in confessions.  *Psychological Science in the Public Interest.* 5,  i-ii (editorial on The Psychology of Confessions)

Loftus, E.F. & Doyle, J.M. (2004) *Eyewitness Testimony: Civil and Criminal.*  2003 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-41.

**2005**

Bernstein, D.M., Laney, C., Morris, E.K. & Loftus, E.F. (2005) False memories about food can lead to food avoidance.  *Social Cognition, 23,* 10-33.

Loftus, E. F. (2005) Planting misinformation in the human mind: A 30-year investigation of the malleability of memory.  *Learning and Memory.* 12, 361-366.

Bernstein, D.M., Laney, C., Morris, E.K. & Loftus, E.F.(2005) False beliefs about fattening foods can have healthy consequences.  *Proceedings of the National Academy of Sciences*, 102, 13724-13731.

Loftus, E.F. & Bernstein, D. M. (2005). Rich False Memories: The Royal Road to Success.  In A. F. Healy (Ed*) Experimental Cognitive Psychology and its Applications.*  Washington DC: American Psychological Association Press, p 101-113.

Loftus, E.F.  (2005)  Searching for the neurobiology of the misinformation effect  *Learning & Memory.*, 12, 1-2.

Gerrie, M.P., Garry, M., & Loftus, E.F.  (2005)   False memories.  In Brewer, N. & Williams, K.D. (Eds)  *Psychology and law: An empirical perspective.*  NY: Guilford, p 222-253.

van de Wetering, S., Bernstein, D.M., & Loftus, E.F. (2005)  Advertising as information or misinformation?  *Cognitive Technology.* 10, 24-28

Loftus, E. F. (2005)  The malleability of memory.   In H. Minkowich (Ed)  *Neuroscientific and Psychoanalytic perspectives on memory.*  London: International Neuro-Psychoanalysis Society, p 55-71.

Loftus, E.F.  (2005)  Distortions of memory and the role of time.  In A-N Perret-Clermont (Ed.) *) Thinking Time: A Multidisciplinary perspective on time.*  Gottingen, Germany: Hogrefe & Huber Publishers. p 39-44.

Laney, C. & Loftus, E.F. (2005)  Traumatic memories are not necessarily accurate memories.  *Canadian Journal of Psychiatry*, 50, 823-828.

Davis, D., & Loftus, E. F. (2005). Age and functioning in the legal system: Perception memory and judgment in victims, witnesses and jurors. In Y. I. Noy & W. Karwowski (Eds.), *Handbook of Forensic Human Factors in litigation* . (pp. 11-1-11-53).  New York:  CRC Press.

Thomas, A. & Loftus, E.F.  (2005)  Eyewitness memory: Getting more accurate information.  *Gazette, 67, #4, p 30-31.* (Magazine of the Royal Canadian Mounted Police).

Loftus, E.F. & Doyle, J.M. (2005) *Eyewitness Testimony: Civil and Criminal.*  2004 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-51.

**2006**

Loftus, E.F. & Davis, D (2006)  Recovered Memories. *Annual Review of Clinical Psychology.* 2, 469-498.

Schmechel, R.S.,  O'Toole, T. P.,  Easterly, C.  & Loftus, E.F. (2006)  Beyond the Ken:  Testing Juror's Understanding of eyewitness reliability evidence. *Jurimetrics Journal,* 46, 177-214.

Pizarro, D.A., Laney, C., Morris, E.K., & Loftus, E.F. (2006).  Ripple effects in memory: Judgments of moral blame can distort memory for events.  *Memory & Cognition,* 34, 550-555.

Morris, E.K., Laney, C., Bernstein, D.M., & Loftus, E.F. (2006)  Susceptibility to memory distortion:  How do we decide it has occurred?  *American Journal of Psychology.*  119, 255-276.

*C*royle, R.T., Loftus, E.F., & Berger, S.D. Sun, Y, Hart, M., & Gettig, J.. (2006)   How Well Do People Recall Risk Factor Test Results? Accuracy and Bias Among Cholesterol Screening Participants  *Health Psychology, 25,* 425-432.

Takarangi, M. K. T., Garry, M., & Loftus, E.F. (2006) Dear diary, Is plastic better than paper?  I can't remember.  *Psychological Methods.* 11, 119-122.

Davis, D., & Loftus, E.F. (2006)  Psychologists in the forensic world.   In Donaldson, S. I., Berger, D.E. & Pezdek, K. (Eds.).  *Applied psychology: New frontiers and rewarding careers.*  Mahwah, NJ: Erlbaum., p 171-200.

Loftus, E.F., Wolchover, D., & Page, D.  (2006)  *Witness Testimony:  Psychological, investigative and evidential perspectives.*   In A. Heaton-Armstrong, E. Shepherd, G. Gudjonsson, &

D. Wolchover (Eds)  *Witness Testimony:  Psychological, Investigative and Evidential Perspectives.* Oxford, Eng: Oxford University Press, 7-22.

Braun-LaTour, K.A., LaTour, M.S. & Loftus, E.F.  (2006)  Is that a finger in my chili?:  Using affective advertising for postcrisis brand repair.  *Cornell Hotel & Restaurant Administration  Quarterly, 47,* 2, 106-120.

Braun-LaTour, K. A., Grinley, M., & Loftus, E.F.  (2006)  Tourist memory distortion.  *Journal of Travel Research*, 44, 360-367.

Garry, M. & Loftus, E.F. (2006)  Reading into the soul of science.  *The General Psychologist*, 41, #2, 11-12  (Essay).

Hayne, H., Garry, M. & Loftus, E.F. (2006)  On the Continuing Lack of Scientific Evidence for Repression.  *Behavioral and Brain Sciences*, 29,  521-522.

Loftus, E.F. & Doyle, J.M. (2006) *Eyewitness Testimony: Civil and Criminal.*  2005 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-55.

**2007**

Thomas, A.K., Hannula, D.E. & Loftus, E. F. (2007)   How self-relevant imagination affects memory for behaviour.  *Applied Cognitive Psychology.*, 21, 69-86.

Morgan, C. A. III, Hazlett, G., Baranoski, M., Doran, A., Southwick, S., & Loftus, E.F. (2007)   Accuracy of eyewitness identification is significantly associated with performance on a standardized test of face recognition.  *International Journal of Law & Psychiatry,* 30, 213-223.

Loftus, E. F.  (2007)  Elizabeth F. Loftus (Autobiography)  In Lindzey, G. & Runyan, W. M.  (Eds)  *History of Psychology in Autobiography*  Vol. IX  Washington, DC:  American Psychological Association Press. p 198-227.

Wade, K.A., Sharman, S.J., Garry, M., Memon, A., Mazzoni, G., Merckelbach, H., & Loftus, E.F. (2007)  False claims about false memory research.  *Consciousness & Cognition*, 16, 18-28.

Sacchi, D. L. M., Agnoli, F. & Loftus, E.F. (2007)  Changing history:  Doctored photographs affect memory for past public events.  *Applied Cognitive Psychology.*, 21, 1005-1022.

Davis, D. & Loftus, E.F. (2007)  Internal and external sources of misinformation in adult witness memory.  In M.P. Toglia, J.D. Read, D.F. Ross, & R.C.L. Lindsay (Eds).  *Handbook of eyewitness psychology (Vol l).  Memory for events.*  Mahwah, NJ: Erlbaum.  p 195-237.

Loftus, E.F. & Cahill, L.  (2007) Memory distortion: From misinformation to rich false memory.  In Nairne, J.S. (Ed.)  *The Foundations of Remembering:  Essays in honor of Henry L. Roediger, III.*  New York: Psychology Press.  p 413-425.

Clark, S.E. & Loftus, E. F.  (2007)  In Greene, J. (Ed.)  Eyewitness Evidence.  *Encyclopedia of Police Science,  3rd edition.*  p 491-495.  NY: Routledge,

Loftus, E. F.  (2007)  Forgetting:  The fate of once learned, but "forgotten", material..  In H.L. Roediger, Y. Dudai, & S. M. Fitzpatrick (Eds)  *Science of Memory:  Concepts*.  NY: Oxford University Press, 321-324.

Loftus, E. F. (2007)   Memory Distortions:  Problems Solved and Unsolved.  In Garry, M. & Hayne, H  (Eds).  *Do Justice and Let the Skies Fall: Elizabeth Loftus and her contributions to science, law and academic freedom*.  Mahwah, NJ: Lawrence Erlbaum Associates, p 1-14.

Clifasefi, S.L., Garry, M., & Loftus, E.F. (2007) Setting the record (or video camera) straight on memory:  the video camera model of memory and other memory myths.  In S. Della Sala (Ed) *Tall tales about the mind and brain*. Oxford, England & NY: Oxford University Press., p 60-75.  .

Garry, M. & Loftus, E.F. (2007)  Repressed memory.  In Clark, D.S. (Ed)  *Encyclopedia of Law and Society.*  Thousand Oaks, Ca.: Sage Publishers. p. 1307-1309.

Loftus, E. F. & Steinberg, R.L. (2007, March 9).  If memory serves.  *Wall Street Journal*, p. A14.(Op-ed)

**2008**

Laney, C. & Loftus, E.F. (2008)  Emotional content of true and false memories.  *Memory,* 16, 500-516.

Geraerts, E., Bernstein, D.M., Merckelbach, H., Linders, C.,, Raymaekers, L., & Loftus, E.F.  (2008)   Lasting false beliefs and their behavioral consequences.  *Psychological Science*, 19, 749-753

Sharman, S. J., Garry, M., Jacobson, J.A., Loftus, E. F. & Ditto, P.H.  (2008)   False memories for end-of-life decisions.  *Health Psychology.* 27, 291-296.

Laney, C., Fowler, N.B., Nelson, K.J., Bernstein, D. M.& Loftus, EF. (2008)  The persistence of false beliefs.  *Acta Psychologica*  129, 190-197

Berkowitz, S.R., Laney, C., Morris, E.K., Garry, M., & Loftus, E. F. (2008)  Pluto Behaving Badly:  False beliefs and their consequences.  *American Journal of Psychology*.  121, 643-660.

Wright, D.  & Loftus, E.F.  (2008)  Eyewitness Memory.  In Cohen, G. and Conway, M.A. (Eds)  *Memory*

*in the Real World,* 3rd Edition.   Hove and New York: Psychology Press., p 91-106.

Laney, C., Kaasa, S. O., Morris, E.K., Berkowitz, S.R., Bernstein, D.M.. & Loftus, E.F.  (2008)  The Red Herring technique:  A methodological response to the problem of demand characteristics.  *Psychological Research*. 72, 362-375.

Laney, C., Morris, E.K., Bernstein, D.M., Wakefield, B.M., & Loftus, E.F. (2008)  Asparagus, a love story:  Healthier eating could be just a false memory away.  *Experimental Psychology*. 55, 291-300.

Davis, D., Loftus, E.F., Vanous, S., & Cucciare, M.  (2008)  "Unconscious Transference" can be an Instance of "Change Blindness."  *Applied Cognitive Psychology*.  22, 605-623.

Loftus, E.F. (2008)  Gordon & Me.  In Gluck, M.A.., Anderson, J.R. &  Kosslyn, S M.., (Eds.)  *Memory and Mind: A Festschrift for Gordon H. Bower*.  New York:: Lawrence Erlbaum Associates. p 49-58.

Loftus, E.F.  (2008)  Graduate School: Advice for all times.   In Amanda C. Kracen & Ian J. Wallace (Eds)  *Applying to Graduate School in Psychology*.  p 51-54.  Washington, DC: American Psychological Association Press.

Loftus, E.F.  (2008, May)  Perils of Provocative Scholarship.  *Observer* (Publication of Association for Psychological Science),  Vol 21, #5.  13-15. (with G. Geis).

Loftus, E.F. , Garry, M., & Hayne, H.  (2008)  Repressed and recovered memory.  E. Borgida & S.T. Fiske (Eds.)   *Beyond Common Sense: Psychological Science in the Courtroom*   Oxford, UK & Malden, Ma.: Blackwell Publishing, p 177-194.

Loftus, E.F. & Fries, J.  (2008). The Potential Perils of Informed Consent.  *McGill Journal of Medicine,, 11,* 217-218.

Takarangi, M.K.T., Polaschek, D.L.L., Garry, M., & Loftus, E.F.  (2008)  Psychological science, victim advocates, and the problem of recovered memories.  *International Review of Victimology*., 15, 147-163.

 Loftus, E.F. (2008, October)  Characters. Special Issue. Psychology Today, #2, p,. 5  (published in Polish as Charaktery. Wydanie specjalne. Psychologia Dzia)  - Essay

Loftus, E.F., Doyle, J.M. & Dysart, J.E. (2008) *Eyewitness Testimony: Civil and Criminal.*  2008 *Cumulative  Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-25.

Loftus, E. (2008). Crimes da memoria:  memorias falsas e justice social. In  A.C. Fonseca (ed.).  Psicologia e justice (pp. 331-339). Coimbra: Nova Almedina (published in Portuguese)

Kaasa, S..O. & Loftus, E. F. (2008). False memories.  In Frederick T. Leong (Ed). *Encyclopedia of Counseling*. Thousand Oaks, Ca: Sage, p 161-163.

Fowler, N.B., Nelson, K.J. & Loftus, E.F.  (2008)  Repressed and recovered memories.  In Cutler, B. L. (Ed),  *Encyclopedia of Psychology and Law.*  Volume 2, p 688-691,  Thousand Oaks, Ca.,: Sage.

Bernstein, D.M., Nourkova, V., & Loftus, E.F. (2008). From individual memories to oral history. In A.M. Columbus (Ed.). *Advances in Psychology Research*. vol 54, Hauppauge, NY:  Nova Science Publishers. pp. 157-181.

**2009**

Bernstein, D.M. & Loftus, E.F. (2009) The consequences of false memories for food preferences and choices. *Perspectives on Psychological Science*, 4, 135-139.

Peterson, T., Kaasa, S.,O. & Loftus E.F.  (2009).  Me too! : Social Modeling Influences on Early Autobiographical Memories.  *Applied Cognitive Psychology.*  23, 267-277.

Geis, G. & Loftus, E. F. (2009)  Taus v. Loftus: Determining the Legal Ground Rules for Scholarly Inquiry.  *Journal of Forensic Psychology Practice.* 9, 147-162.

Bernstein, D.M., Rudd, M. E., Erdfelder, E., Godfrey, R., & Loftus, E.F. (2009)  The revelation effect for autobiographical memory: A mixture-model analysis. *Psychonomic Bulletin & Review*, 16 (3), 463-468

Bernstein, D. M. & Loftus, E. F. (2009)  How to tell if a particular memory is true or false. *Perspectives on Psychological Science*, 4, 370-374.

Bernstein, D.M., Godfrey, R.D., & Loftus, E.F. (2009). False Memories: Plausibility and autobiographical belief. In K. Markman, W. Klein, & J. Suhr (Eds.).  *Handbook of Imagination and Mental Simulation*. : Psychology Press. p. 89-102

Davis, D., & Loftus, E.F. (2009)  The Scientific Status of "Repressed" and "Recovered" Memories of Sexual Abuse  Skeem, J.S., Douglas, K.S., & Lilienfeld, S.O. (Eds.) *Psychological Science and Non-science in the Courtroom*.  New York: Guilford. P 55-79.

French, L., Garry, M., & Loftus, E. F.  (2009)  False Memories: A kind of confabulation in non-clinical subjects.  In Hirstein, W. (Ed.)  *Confabulation: Views from Neuroscience, Psychiatry, Psychology, Neurology, and Philosophy*.  Oxford,  Oxford University Press. P 35-68.

Davis, D. & Loftus, E.F. (2009) Expectancies, emotion and memory reports of visual events: In J. R. Brockmole (Ed.), *The Visual World in Memory.*. Hove & NY: Psychology Press, p 178-214.

Laney, C. & Loftus, E.F. (2009) Eyewitness memory. In R.N. Kocsis (Ed). *Applied Criminal Psychology: A guide to forensic behavioral* sciences (pp. 121-145). Springfield, IL: Charles C. Thomas Publishers.

Laney, C. & Loftus, E.F. (2009) Memory, Distortions of. In Bayne, T., Cleeremans, A., & Wilken, P., (Eds) *The Oxford Companion to Consciousness.* (p 426-27) Oxford University Press.

Bernstein, D.M. & Loftus, E.F. (2009) Memory distortion. In M.D. Binder, N. Hirokawa, & U. Windhorst (Eds). *The encyclopedia of neuroscience.* Springer_Verlag, GmbH Berlin Heidelberg (pp 2325-2328). DOI: 10.1007/978-3-540-29678-2_3415.

Peterson, T. & Loftus, E.F. (2009) Memory: Reconstructive. In A. Jamieson & A. Moenssens (Eds) *Wiley Encyclopedia of Forensic Scienc*e. Chichester, UK: Wiley. p 1709-1712

Nelson, K.J., Bowman-Fowler, N., Berkowitz, S. R., & Loftus, E.F. (2009) Eyewitness Testimony. In A. Jamieson & A. Moenssens (Eds) *Wiley Encyclopedia of Forensic Scienc*e. Chichester, UK: Wiley. P 1075-1079. DOI: 10.1002/9780470061589.fsa264

Loftus, E. F. (2009) Forward to Munsterberg's *On The Witness Stand.* (Reissued in Classics in Psychology) Greentop, Mo: Greentop Academic Press, p. 7-11.

Peterson, T. & Loftus, E.F. (2009) Reconstructive Memory. In Matsumoto, D. (Ed.) *The Cambridge Dictionary of Psychology.* (p 428-429) Cambridge University Press.,

Bowman-Fowler, N., Nelson, K. J., & Loftus, E. F., (2009). Memory: Repressed, In A. Jamieson & A. Moenssens (Eds) *Wiley Encyclopedia of Forensic Scienc*e. Chichester, UK: Wiley p 1712-1716

Loftus, E.F., Doyle, J.M. & Dysart, J.E. (2009) *Eyewitness Testimony: Civil and Criminal.* 2009 *Cumulative Supplement.* Charlottesville, VA: Lexis Law Publishing.

**2010**

Zhu, B., Chen, C., Loftus, E.F., Lin, C., He, Q., Chen, C, Li, H., Xue, G., Lu, Z., Dong, Q. (2010) Individual differences in false memory from misinformation: Cognitive Factors. *Memory.* 18, 543-555.

Stark., C.E.L, Okado, Y., & Loftus, E.F. (2010) Imaging the reconstruction of true and false memories using sensory reactivation and the misinformation paradigms. *Learning and Memory,* 17, 485-488.

Zhu, B., Chen, C., Loftus, E.F. , Lin, C & Dong, Q. (2010) Treat and Trick: A new way to increase false memory. *Applied Cognitive Psychology, 24,* 1199-1208.

Goodman-Delahunty, J., Granhag, P.A., Hartwig, M. & Loftus, E.F. (2010) Insightful or wishful: Lawyers' ability to predict case outcomes. *Psychology, Public Policy, & Law,* 16, 133-157.

Zhu, B., Chen, C., Loftus, E.F., Lin, C, He Q., Chen, C., Moyzis, R..K., Lessard, J., Dong, Q. (2010) Individual differences in false memory from misinformation: Personality characteristics and their interactions with cognitive abilities. *Personality and Individual Differences.* 48, 889-894.

Loftus, E.F. (2010) Foreward to Granhag,P.A. (Ed.) *Forensic Psychology in Context: Nordic and international approaches.* Pp. xv- xvi. Cullompton, Devon, UK: Willan Publishing.

Laney, C., & Loftus, E.F. (2010). Change blindness and eyewitness testimony. In G. M. Davies & D. B. Wright (Eds.), *Current Issues in Applied Memory Research.* NY: Psychology Press, p 142-159.

Loftus, E.F. & Frenda, S.J. (2010) Bad theories can harm victims: Review of Susan A. Clancy's "*The Trauma Myth,* Basic Books, 2010. *Science*, 327, 1329-1330.

Laney, C., & Loftus, E.F. (2010). False memory. In J. M. Brown & E.A. Campbell (Eds.), *The Cambridge handbook of forensic psychology* (pp. 187-194). NY: Cambridge University Press.

Laney, C.& Loftus, E.F. (2010) Truth in emotional memories. In B.H. Bornstein & R.L. Wiener (Eds.) *Emotion and the law: Psychological perspectives.* NY: Springer. (Also *Nebraska Symposium on Motivation*. 56, 157-183)

Loftus, E.F. (2010) Catching Liars. (Editorial) *Psychological Science in the Public Interest*, 11, 87-88.

Steblay, N., & Loftus, E.F. (2010). Eyewitness memory. In Goldstein, E.B. (Ed) *Encyclopedia of Perception*. Thousand Oaks, Ca: Sage.

Loftus, E.F. (2010) Why parapsychology is not yet ready for prime time. Afterword for Krippner, S., Friedman, H.L. *Debating psychic experience: Human potential or human illusion.* (Pp. 211-214) Santa Barbara, Ca: Praeger.

Loftus, E.F., Doyle, J.M. & Dysart, J.E. (2010) *Eyewitness Testimony: Civil and Criminal.* 2010 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing.

**2011**

Nelson, K.J., Laney, C., Bowman-Fowler, N.,Knowles, E., Davis, D., & Loftus, E.F.  (2011) Change blindness can cause mistaken eyewitness identification. *Legal and Criminological Psychology.* 16, 62-74.

Kaasa, S.O., Morris, E.K.., & Loftus, E.F.  (2011)  Remembering Why: Can people consistently recall reasons for their behavior? *Applied Cognitive Psychology. 25,* 35-42.

Loftus, E. F. (2011)  Intelligence gathering post 9/11.  *American Psychologist.* 66,, 532-541.

Frenda, S.J., Nichols, R.M., & Loftus, E.F. (2011)  Current issues and advances in misinformation research.  *Current Directions in Psychological Science, 20,* 20-23.

Loftus, E. F. (2011)  Crimes of Memory: False Memories and Societal Justice.  In M.A. Gernsbacher, R. W. Pew, L. M. Hough, & J. R. Pomerantz (Eds).   *Psychology and the Real World*: *Essays illustrating fundamental contributions to society.* pp. 83-88. New York: Worth Publishers.

Newman, E.J., Berkowitz, S.R., Nelson, K.J., Garry, M., & Loftus, E.F.   (2011)  Attitudes about memory dampening drugs depend on context and country.  *Applied Cognitive Psychology,* 25, 675-681.

Mantonakis, A., Bernstein, D.M., & Loftus, E.F. (2011).  Attributions of Fluency: Familiarity, Preference, and the Senses.  In P.A. Higham & J.P. Leboe (Eds).   *Constructions of Remembering and Metacognition. Essays in Honour of Bruce Whittlesea,.*  Hampshire, England: Palgrave MacMillan, p 40-50.

Laney, C., & Loftus, E. (2011). Eyewitness Testimony. *Oxford Bibliographies Online: Criminology.* doi: 10.1093/obo/9780195396607-0086

Loftus, E.F. (2011)  How I got started: From semantic memory to expert testimony.  *Applied Cognitive Psychology,* 25, 347-348.

Loftus, E.F. (2011, March 5-6)  In the Memory Palace.  (Review of J. Foer,  Moonwalking with Einstein: The Art and Science of Remembering Everything).  *Wall Street Journal. p C8.*

Loftus, E.F.& Geis, G.  (2011)  Collaborating to deter potential public enemies:  Social science and the law.  *Univ of California- Irvine Law Review,* 1, 175-186.

Bernstein, D.M., Pernat, N., & Loftus, E.F. (2011). The false memory diet: False memories alter food preference. In V.R. Preedy, R.R. Watson, & C.R. Martin  (Eds.). *Handbook of behavior, food, and nutrition*. New York: Springer (pp. 1645-1663). DOI 10.1007/978-0-387-92271-3_107.

Loftus, E.F. (2011, September 1)  The risk of ill-informed juries. *New York Times* (Editorial)

Loftus, E.F., Doyle, J.M., & Dysart, J.E. (2011)  *Eyewitness testimony: Civil & Criminal.  2011 Cumulative Supplement*, p 1-37.  Charlottesville, VA: Lexis Law Publishing,

**2012**

Zhu, B., Chen, C., Loftus, E.F., He, Q., Chen, C., Lei, X., Lin, C., & Dong, Q.   (2012)  Brief exposure to misinformation can lead to long-term false memories.  *Applied Cognitive Psychology,* 26, 301-307.

Newman, E.J. & Loftus, E.F. (2012)  Clarkian Logic on Trial.  *Perspectives on Psychological Science, 7,* 260-263.

Davis, D. & Loftus, E.F. (2012). Inconsistencies Between Law and the Limits of Human Cognition: The Case of Eyewitness Identification.   In Nadel, L. & Sinnott-Armstrong, W.P. (Eds) *Memory and Law.* NY: Oxford Univ. Press., p 29-58.

Foster, J.L., Huthwaite, T., Yesberg, J.A., Garry, M., & Loftus, E.F. (2012)  Repetition, not number of sources, increases both susceptibility to misinformation and confidence in the accuracy of eyewitnesses. *Acta Psychologica.* 139, 320-326.

Davis, D. & Loftus, E.F.  (2012)  The dangers of eyewitnesses for the innocent:  Learning from the past and projecting into the age of social media. *New England Law Review.* 46, 769-809.

Newman, E.J. & Loftus, E.F. (2012)  Updating Ebbinghaus on the Science of Memory,  *Europe's Journal of Psychology.* 8, 209-216.

Foster, J.L., Garry, M.,& Loftus, E.F. (2012)  Repeated information in the courtroom.  *Court Review, 48,* 45-47.

Loftus, E.F. & Newman, E.J.(2012, December 23).  The malleability of memory.  *U-T San Diego,* p. B2

**2013**

Frenda, S. J., Knowles, E. D., Saletan, W. & Loftus, E.F. (2013)  False memories of fabricated political events.  *Journal of Experimental Social Psychology*, 49, 280-286.

Schacter, D.L. & Loftus, E.F. (2013)  Memory and Law: What can Cognitive Neuroscience contribute?  *Nature Neuroscience.* 16 (2), 119-123.

Morgan, C.A., Southwick, S., Steffian, G., Hazlett, G., & Loftus, E.F..(2013) Misinformation can influence memory for recently experienced, highly stressful events. *International Journal of Law and Psychiatry. 36,* 11-17.  http://dx.doi.org/10.1016/j.ijlp.2012.11.002

Loftus, E.F. (2013)  Eyewitness testimony in the Lockerbie Bombing case.  *Memory*, 21, 584-590. http://dx.doi.org/10.1080/09658211.2013.774417.

Zhu, B., Chen, C., Loftus, E.F., Lin, C., & Dong, Q.  (2013)  The relationship between DRM and misinformation false memories.  *Memory and Cognition, 41,* 832-838.

Steblay, N.K. & Loftus, E.F. (2013)  Eyewitness Identification and the Legal System.  In Shafir, E. (Ed). *The Behavioral Foundations of Policy.*  Princeton University Press, p  145-162

Wells, G. L. & Loftus, E.F. ( 2013).  Eyewitness memory for people and events.  In  R.K. Otto and & I.B. Weiner (Eds) *Handbook of Psychology.*  (2nd Ed., Vol. 11:  Forensic psychology)  (pp. 617-629). Hoboken, NJ: John Wiley & Sons, Inc.

Lappas, S.T. & Loftus, E.F. (2013)   The rocky road to reform:  State innocence studies and the Pennsylvania story.  In C. R. Huff & M. Killias  (Eds) *Wrongful Convictions and miscarriages of justice.* P 309-327.  NY: Routledge

Loftus, E.F. (2013)  Psychological memory science and legal reforms.  Association for Psychological Science *Observer* 26, 10-11.

Berkowitz, S.R. & Loftus, E.F. (2013)  A skeptical view of repressed memory evidence. *California Litigation*, 26, 18-23.

Mantonakis, A., Wudarzewski, A., Bernstein, D.M., Clifasefi, S.L., & Loftus, E.F. (2013)  False beliefs can shape current consumption.  *Psychology,* 4, 302-308.

Patihis, L., Tingen, I.W., & Loftus, E.F. (2013)  Memory myths. *Catalyst*: 23 (3), p 6-8.

Clifasefi, S.L., Bernstein, D.B., Mantonakis, A. & Loftus, E.F. (2013). "Queasy does it": False alcohol beliefs and memories lead to diminished alcohol preferences. *Acta Psychologica, 143, 14-19*

Newman, E.J., Klemfuss, J. Z., & Loftus, E.F. (2013) Repressed memories.  In *McGraw-Hill Yearbook of Science & Technology.*  p. 321-323.  NY: McGraw-Hill

Kaasa, S.O., Cauffman, E., Clarke-Stewart, K.A., & Loftus, E.F. (2013)  False accusations in an investigative context:  Differences between suggestible and non-suggestible witnesses. *Behavioral Sciences and the Law,* 31, 574-592.

Loftus, E. F. (2013)  25 years of Eyewitness Science....Finally Pays off.  *Perspectives on Psychological Science,* 8, 556-557.

Zhu, B*.,* Chen, C., Loftus, E.F., Moyzis, R.K., Dong, Q., Lin, C., (2013)  True but not false memories are associated with the HTR2A gene. *Neurobiology of Learning and Memory.* 106, 204-209.

Laney, C., & Loftus, E.F. (2013)  Eyewitness Testimony and Memory Biases.   In Diener, E. & Diener, C. (Eds)  (2013)  *Knowledge Evolved: Psychology Edition.* Noba (online textbook: http://nobaproject.com/)

Lewandowsky, S., Mann, M. E., Bauld, L., Hastings, G., & Loftus, E. F. (2013, November 1). The subterranean war on science. *APS Observer,* online only. Retrieved from: http://www.psychologicalscience.org/index.php/publications/observer/2013/november-2013/the-subterranean-war-on-science.html

Patihis, L., Frenda, S.J., LePort, A.K.R., Petersen, N., Nichols, R.M., Stark, C.E.L., McGaugh, J.L., & Loftus, E.F.  (2013*)  False memories in highly superior autobiographical memory individuals. *Proceedings of the National Academy of Sciences*., 110, 20947-20952

**2014**

Patihis, L., Ho, L.Y., Tingen, I.W., Lilienfeld, S.O. & Loftus, E.F. (2014)  Are the "Memory Wars" over?  A scientist-practitioner gap in beliefs about repressed memory.  *Psychological Science.25,* 519-530.

Lynn, S.J., Lilienfeld, S.O., Merckelbach, H., Giesbrecht, T., McNally, R.J., Loftus, E.F., Bruck, M., *Garry, M., Malaktaris, A. (*2014)  *The trauma model of dissociation:  Inconvenient truths and* stubborn fictions. *Psychological Bulletin. 140,* 896-910.

Frenda, S.J., Patihis, L., Loftus, E.F., Lewis, H.C., & Fenn, K.M. (2014)  Sleep deprivation and false

memories of event details. *Psychological Science.* 25, 1674-1681.

Strange, D. , Dysart, J., & Loftus, E.F. (2014)   Why alibi errors are not necessarily evidence of guilt. *Zeitschrift fur Psychologie.* (Special issue on Applied Memory Research), 222, 82-89.

Turgeon, J., Francis, E., & Loftus, E. (2014, Sept-Oct)  Crafting model jury instructions for evaluating eyewitness testimony. *The Pennsylvania Lawyer*, Vol 36, p 49-52.

Michael, R.B., Braniff, G., Garry, M. & Loftus, E.F. (2014) Thinking about regret:  Number of memories and ease of retrieval influence judgments about regret.   *Psychology of Consciousness: Theory, Research & Practice,1, 329-338.*.

Patihis, L., Lilienfeld, S.O., Ho, L.Y. & Loftus, E.F. (2014)  Unconscious repressed memory is scientifically questionable.  *Psychological Science*, 25, 1967-68  (Commentary)

Wylie, L. E., Patihis, L., McCuller, L. L., Davis, D., Brank, E. M., Loftus, E. F., & Bornstein, B. H. (2014). Misinformation effects in older versus younger adults: A meta-analysis and review. In M. P. Toglia, D. F. Ross, J. Pozzulo, & E. Pica (Eds)  *The Elderly Eyewitness in Court,*  UK: Taylor & Francis., p 38 -66.

Loftus, E.F. (2014, Feb. 14)  Unknown:  What happened in the attic; Known:  memory is malleable.  *National Law Journal. (*opinion)

Grady, R.H. & Loftus, E.F. (2014, Dec. 24)  (Mis)remembering sexual assault. *Daily Journal* (op-ed)

Loftus, E. F. (2014)  Illusions of Memory.   In Crangle, C.E., ,de la Sienra, A.G., & Longino, H.E.  (Eds). *Foundations and methods from mathematics to neuroscience:  Essays inspired by Patrick Suppes.*  CSLI Publications., Stanford, Calif.   (Center for the Study of Language and Information). p 225-229.

Patihis, L., Davis, D., & Loftus, E.F. (2014)  Memory.  In T.R. Levine (Ed.)  *Encyclopedia of Deception*.  Thousand Oaks, Ca:  Sage, p 656-658.

Patihis, L., Davis, D., & Loftus, E.F.  (2014)  Repressed memories.  In T.R. Levine (Ed.)  *Encyclopedia of Deception*.  Thousand Oaks, Ca., Sage, p. 814-817.

Newman, E. J., Frenda, S. J., & Loftus, E. F. (2014). False Memories. In *Encyclopedia of Criminology and Criminal Justice* (pp. 1555-1563). NY: Springer

## 2015

Loftus, E.F. (2015)  Crimes of memory:  False Memories and Societal Justice,   In M.A. Gernsbacher & J.R. Pomerantz (Eds)  *Psychology and the Real World.*  2nd Ed.   NY: Worth, p 87-93.

Nichols, R. M., Bogart, D., and Loftus, E. F. (2015). False Memories.  In *International Encyclopedia of Social and Behavioral Sciences* 2nd Ed. (Vol 8, pp 709-714)  Oxford, UK: Elsevier. DOI: 10.1016/B978-0-08-097086-8.51034-4

Berkowitz, S.R., Enright, K., Bowman-Fowler, N., & Loftus, E.F. (2015)   Eyewitness Testimony.   In A. Jamieson & A.A. Moenssens (Eds)  *Encyclopedia of Forensic Science.*  John Wiley: Chichester.  DOI: 10.1002/9780470061589.fsa264.pub2

Loftus, E.F., Doyle, J.M., & Dysart, J.E. (2015)  *Eyewitness testimony: Civil & Criminal. 5th Ed.  2015 Cumulative Supplement,* p 1-22.  Charlottesville, VA: Lexis Law Publishing,

Davis, D. & Loftus, E.F. (2015)  Repressed Memories.  In R.L. Cautin & S.O. Lilienfeld (Eds)   *The Encyclopedia of Clinical Psychology. P 1-3* NY: Wiley  DOI:10.1002/9781118625392.wbecp270

Cochran, K.J., Bogart, D.F., Peterson, T, & Loftus, E.F. (2015)  Memory: Reconstructive.  *Wiley Encyclopedia of Forensic Science*,  p 1-5  DOI: 10.1002/9780470061589.fsa607.pub2.

Bogart, D.F. & Loftus,E.F. (2015)  Memory: Repressed.  *Wiley Encyclopedia of Forensic Science,* p 1-7. DOI: 10.1002/9780470061589.fsa283.pub2

## 2016

Patihis, L. & Loftus, E.F. (2016) Crashing Memory 2.0: False memories in adults for an upsetting childhood event.  *Applied Cognitive Psychology 30,* 41-50.  DOI: 10.1002/acp.3165

Takarangi, M. K. & Loftus, E.F. (2016)  Suggestion, placebos and false memories.  In A. Raz & C.S. Harris (Eds)  *Placebos Talks: Modern perspectives on placebos in society.* Oxford Univ Press. p 204-226.

31

Kaplan, R. L., Van Damme, I., Levine, L.J., & Loftus, E.F.  (2016) Emotion and false memory. *Emotion Review, 8,* 8-13.

Laney, C., & Loftus, E.F. (2016)   History of forensic interviewing.   In O'Donohue, W.T. & Fanetti, M.. (Eds).   *Forensic Interviews Regarding Child Sexual Abuse – A guide to evidence-based practice.* NY Springer. (pp  1-17).

Davis, D., & Loftus, E.F. (2016)  Remembering disputed sexual encounters.  *Journal of Criminal Law and Criminology, 105,* 811-851.

Loftus, E.F. (2016)   Memory Matters.   In Sternberg, R., Fiske, S., Foss, D. (Eds) *Scientists Making a Difference.* NY: Cambridge University Press., p 136-139.

Zhu, B., Chen. C., Loftus, E.F., He, Q., Lei, X., Dong, Q, & Lin, C. (2016)  Hippocampal size is related to short-term true and false memory, and right fusiform size is related to long-term true and false memory.  *Brain Structure & Function, 221,* 4045-4057.

Loftus, E. F. (2016) Illusions of Memory.  *Skeptical Inquirer*, 40, 22-23. (Honorary Doctorate Acceptance  Speech)

Frenda, S.J., Berkowitz, S.R., Loftus, E.F., && Fenn, K.M. (2016)  Sleep deprivation and false confessions.  *Proceedings of the National Academy of Sciences, 113, 2047-2050.*

Cochran, K., Greenspan, R., Bogart, D., & Loftus, E.,F. (2016)  Memory Blindness: Altered memory reports lead to distortions in eyewitness memory.  *Memory & Cognition,* 44, 717-726.

Berkowitz, S.R.. Frenda, S.J., Loftus, E.F., && Fenn, K.M (2016)  Feeling sleepy? You might be at risk of falsely confessing to a crime you did not commit.  *The Conversation*  https: theconversation.com

Grady, R.H., Butler, B.J. & Loftus, E.F. (2016)  What should happen after an officer-involved shooting?  Memory concerns in police reporting procedures.  *Journal of Applied Research in Memory & Cognition, 5,* 246-251.

Newman, E. J., Frenda, S.J.  & Loftus, E.F. (2016)  Memory as Reconstructive.  In H.L. Miller,Jr.. (Ed)  *Sage Encyclopedia of Theory in Psychology*. (Vol 2, p 545-549)  Thousand Oaks, Calif: Sage

Loftus, E.F. (2016)  To enhance justice:  The risk and reward of studying memory.  *The Humanist* (Isaac Asimov Science Award acceptance speech) vol 76, #6, p 29-32.

Loftus, E.F., Doyle, J.M., & Dysart, J.E. (2016)  *Eyewitness testimony: Civil & Criminal. 5ᵗʰ Ed.  2016 Cumulative Supplement*, p 1-26.  Charlottesville, VA: Lexis Law Publishing,

**2017**

Loftus, E.F. (2017)  Eavesdropping on Memory.  *Annual Review of Psychology, 68, 1-18.*

Van Damme, I., Kaplan, R.,L., Levine, L.J., & Loftus, E.F. (2017)  Emotion and false memory:  How goal-irrelevance can be relevant for what people remember.  *Memory, 25,* 201-213.  DOI: 10..1080/09658211.2016.1150489.

Berkowitz, S.F. & Loftus, E.F. (2017).   Misinformation in the Courtroom.  In H. Otgaar & M.L Howe (Eds)  *Finding the truth in the courtroom.*   Oxford Univ Press.

Laney, C. & Loftus, E.F.  (2017)   False memories matter.   In R. A. Nash & J. Ost  (Eds)  *False and Distorted Memories.*  NY & London:  Routledge., p 143-155.

Nash, RA., Wade, K.A., Garry, M., Loftus, E.F., & Ost, J. (2017)  Misrepresentations and flawed logic about the prevalence of false memories.  *Applied Cognitive Psychology, 31,* 31-33.

Pickrell, J., McDonald, D., Bernstein, D.M., & Loftus, E.F. (2017) Misinformation effect.   In R.F. Pohl (Ed*) Cognitive Illusions:  Intriguing phenomena in thinking, judgment, and memory (2ⁿᵈ ed).* Hove, UK: Psychology Press, pp 406-423.

Crozier, W., Strange, D., & Loftus, E.F.  (2017)  Memory errors in alibi generation.  *Behavioral Sciences & the Law.35, 6-17.*

Loftus, E.F. & Greenspan, R.L. (2017)  If I'm certain, is it true?  Accuracy and Confidence in eyewitness memory.  *Psychological Science in the Public Interest, 18,* 1-2

Loftus, E.F., Dysart, J.E. & Newirth, K.A.  (2017)  *Eyewitness testimony: Civil & Criminal. 5ᵗʰ Ed.  2017 Cumulative Supplement*, p 1-31.  Charlottesville, VA: Lexis Law Publishing,

Bogart, D. & Loftus, E. (2017) Eyewitness testimony:A US case study. *Psychology Review*, Vol 23,7, 2-5

**2018**

Butler, B. & Loftus, E.F. (2018) Discrepancy detection in the retrieval-enhanced suggestibility paradigm. *Memory , 26,* 483-493. DOI: 10.1080/09658211.2017.1371193

Cochran, K. J., Greenspan, R. L, Bogart, D. F., & Loftus, E. F. (2018). (Choice)Blind justice: Legal implications of the choice blindness phenomenon. *University of California Irvine Law Review*, 8, 85-96.

Rakoff, J.S. & Loftus, E.F. (2018) The intractability of inaccurate eyewitness identification. *Daedalus, 147, 90-98.*

Patihis, L, Frenda,, S.J., & Loftus, E.F. (2018) False memory tasks do not reliably predict other false memories. *Psychology of Consciousness,* 5(2), 140-160.

Pena, M.M., Klemfuss, J.Z., Loftus, E.F., & Jafary, A.M. (in press) Source credibility, misinformation and memory. *Psychology of Consciousness.*

Loftus, E.F. (2018) Eyewitness Testimony: An Eyewitness Report. In T. Grisso  & S.L.  Brodsky (Eds) *The Roots of Modern Psychology and Law*. Oxford University Press. p. 31-43.

Loftus, E.F. (2018) Eyewitness science and the legal system. *Annual Review of Law and Social Science, 14, 1-10.*

Patihis, L., Ho, L.Y., Loftus, E.F., & Herrara, M.E. (2018) Memory experts' beliefs about repressed memory. *Memory.* DOI: 10.1080/09658211.2018.1532521

Laney, C & Loftus, E. (2018) "False Memory." In *Oxford Bibliographies in Psychology*. Ed. Dana S. Dunn. New York: Oxford University Press.

Bell, R., Maxcey, A.M., & Loftus, E.F. (2018) Crime Solving: Can you correctly report what you saw? *Frontiers for Young Minds. https://doi.org/10.3389/frym.2018.00021*

Zhu, b., Chen, C., Loftus, E.F., Dong, Q, Lin, C.,& Li, J. (2018) Intellectual factors in false memories of patients with schizophrenia. *Psychiatry Research.*, 265, 256-262  https:/ / doi.org/ 10.1016/ j.psychres.2018.05.007

Laney, C., & Loftus, E.F. (2018). Current directions in false memory research. In K. Shigemasu, S. Kuwano, T. Sato, & T. Matsuzawa (Eds.), *Diversity in Harmony*: Proceedings of the 31st International Congress of Psychology (pp. 343-357). Wiley.

Laney, C., & Loftus, E.F. (2018). Eyewitness memory. In R. N. Kocsis (Ed.), *Applied criminal psychology: A guide to forensic behavioral sciences* (2nd ed.; pp. 199-228). Charles C. Thomas.

Davis, D. & Loftus, E.F. (2018) Eyewitness Science in the 21st Century. *Stevens' Handbook of Experimental Psychology and Cognitive Neuroscience*. Vol 1: Learning and Memory. 4th Ed. Wiley

**2019**

Loftus, E.F. & Teitcher, J. (2019) Invasion of the Mind Snatchers: A Nation full of Traumatic Memories. *Clinical Psychological Science.*, 7, 25-26.

Zhu, B., Chen, C., Shao, X., Liu, W., Ye, Z., Zhuang, L., Zheng, L., Loftus, E.F., & Xue, G. (2019) Multiple interactive memory representations underlie the induction of false memory. *Proceedings of the National Academy of Sciences, 116, 3466-3475*

Loftus, E.F. (2019) Eyewitness Testimony. *Applied Cognitive Psychology, 33*, 498-503.

Urban, E.J., Cochran, K.J., Acevedo, A.M., Cross, M.P., Pressman, S.D., & Loftus, E.F. (2019) Misremembering pain: A memory blindness approach to adding a better end. *Memory & Cognition, 47, 954-967.*

Nichols, R.M., & Loftus, E.F. (2019) Who is susceptible in three false memory tasks? *Memory, 27,* 962-984.

Otgaar, H., Howe, M.L., Patihis, L., Merckelbach, H., Lynn, S.J., Lilienfeld, S.O. & Loftus, E.F. (2019) The return of the repressed: The persistent and problematic claims of long forgotten trauma. *Perspectives on Psychology Science.* 14, 1072-1095.

Murphy, G., Loftus, E.F., Grady, R.H., Levine, L.J., & Greene, C.M. (2019) False memories for fake news during Ireland's abortion referendum. *Psychological Science, 30, 1449-1459.*

Davis, D. & Loftus, E.F. (2019) Title IX and "trauma-focused" investigations: The Good, the Bad, and the Ugly. *Journal of Research on Memory and Cognition, 8, 403-410.*

**2020**

McClure, K.A., McGuire, K.L. & Loftus, E.F. (2020) Officers' memory and stress in virtual lethal force simulations. *Psychology, Crime, & Law., 26, 248-266.*

Shaw, E. V., Loftus, E. F. (2020). Punishing the crime of forgetting. *Journal of Applied Research in Memory and Cognition, 9, 24-28.*

Otgaar, H., Wang, J., Howe, M.L, Lilienfeld, S.O., Loftus, E.F., Lynn, S.J., Merckelbach, H., & Patihis, L. (2020) Belief in unconscious repressed memory is widespread: A comment on Brewin et al. *Journal*

*of Experimental Psychology: General. 149, 1996-2000.*

Kloft, L., Otgaar, H., Blokland, A., Monds, L.A., Toennes, S.W., Loftus, E.F., & Ramaekers, J.G. (2020) Cannabis increases susceptibility to false memory. *Proceedings of the National Academy of Sciences.* 117, 4585-4589

Davis, D. & Loftus, E.F.  (2020)  Recovered memories and false memories.  In Geddes J.R, Andreasen N.C. and Goodwin, G.M. (Eds). *New Oxford Textbook of Psychiatry* 3ed. Oxford University Press, Oxford, UK. 884-893.

Greenspan, R.L. & Loftus, E.F. (2020) Eyewitness confidence malleability.  *Law and Human Behavior, 44,* 194-208.

Murphy, G., Loftus, E.F., Grady, R., Levine, L., & Greene, C.  (2020)  Fool me twice: How effective is debriefing in false memory studies?'  *Memory,* 28, 938-949.

Murphy, G., Loftus, E.F., Grady, R., Levine, L., & Greene, C.  (2020)  Misremembering Motives:  The unreliability of voters' memories of the reasons for their vote*.  Journal of Applied Research on Memory and Cognition., 9,* 564-575.

Otgaar, H., Wang, J., Dodier, O., Howe, M.L., Lilienfeld, S.O., Loftus, E.F., Lynn, S.J., Merckelbach, H., & Patihis, L.  (2020)  Skirting the issue:  What does believing in repression mean?  *Journal of Experimental Psychology: General , 149,* 2005-06.

**2021 and in press**

Feeling, N., Williams, D.P., Speller, L.F., Koenig, J., Loftus, E.F., & Thayer, J.F.  (2021)  Resting state heart rate variability and false memories. *International Journal of Psychophysiology. 159,* 17-22.

Berkowitz, S.R.,  Garrett, B.L., Fenn, K.M., & Loftus, E.F. (in press)  Convicting with confidence.  *Memory.*

Greenspan, R. L. & Loftus, E.F. (2021)  Pandemics and infodemics: Research on the effects of misinformation on memory.  *Human Behavior and Emerging Technologies, 3,* 8-12.

Otgaar, H., Howe, M.L., Dodier, O., Lilienfeld, S.O., Loftus, E.F., Lynn, S.J., Merckelbach, H., & Patihis, L., (2021)  Belief in unconscious repressed memory persists.  *Perspectives on Psychological Science, 16, 454-460.*

Kenchel, J., Domagalski, K., Butler, B., & Loftus, E.F.  (in press)  The messy landscape of eye movements and false memories. *Memory.*

Bailey, N.A., Olaguez, A.P., Klemfuss, J.Z., & Loftus, E.F., (2021)  Tactics for increasing resistance to varying amounts of misinformation.  *Applied Cognitive Psychology, 35,* 863-872.

Levine, L.J, Murphy, G., Lench, H.C., Greene, C.M., Loftus E.F., Tinti, C., Schmidt, S., Muzzulini, B., Grady, R.H., Stark, S.M. & Stark, C.E.L. (in press)  Remembering facts versus feelings in the wake of political events.  *Cognition & Emotion.*

Greenspan, R. L. & Loftus, E.F., (in press)  What happens after debriefing? *Memory & Cognition*

Wixted, J.T., Wells, G.L., Loftus, E.F., & Garrett, B.L. (in press)  Test a witness's memory of a suspect only once.  *Perspectives on Psychological  Science.*

Grady, R.H., Ditto, P.H.  & Loftus, E.F. (in press)  Nevertheless, partisanship persisted:  Fake news warnings help briefly, but bias returns with time.  *Cognitive Research: Principles and Implications.*

Greenspan, R.L. & Loftus, E.F. (in press) Patterns in use of best practices for eyewitness identification in the field.  *Psychology, Crime, & Law.*

Loftus, E.F.  (in press). Tricked by Memory. *Reflections of Pioneering Women in Psychology.*  Bookwala, J. & Newton, N.  (Eds), Cambridge, UK: Cambridge University Press.

Miller, Q. C., London, K., & Loftus, E. F. (In press). The politics of sexual misconduct allegations: A memory science framework. In C. L. Frisby, W. T. O'Donohue, S. O. Lilienfeld, & R.E. Redding (Eds.), *Political bias in psychology: Nature, scope, and solutions*. Springer.

## INVITED ADDRESSES

**1969**

Civil Service Commission for the Education Program in Systematic Analysis, Wash DC

**1972.**

Conference on Formal Aspects of the Cognitive Process, University of Michigan

Eastern Verbal Investigator's League (EVIL), New York

**1973**

Johns Hopkins University

Harvard University

Columbia University

University of Colorado

Conference on Cognition, Perception, and Adaptation, University of Minnesota

Bell Laboratories

Perception Consortium of New York

**1974**

University of Oregon
University of Kansas
Washington Defense Counsel, Seattle

**1975**

University of Lethbridge
Kansas State University
Evergreen State College
University of Wisconsin, Madison
Lawrence University
Harvard University
New School for Social Research
Washington State Trial Lawyers Association, Vancouver
Massachusetts Defenders Committee, Boston
Harvard Law School

**1976**

Ohio State University
University of Pittsburgh
University of Massachusetts, Boston
University of Toronto
McMaster University
Wheaton College
University of Utah
Brandeis University
Oklahoma State University
State University of New York, Buffalo
Assn of Trial Lawyers of America (ATLA)
National College of Advocacy, Reno/Boston
United States Attorneys, Seattle
Oklahoma County Bar Assn, Oklahoma City
Connecticut Trial Lawyers Assn, Hartford
Judge Advocate General's School, Charlottesville, Virginia
Law Society of Upper Canada, Toronto
Florida Bar Assn, Tampa and Miami
Bolt, Beranek & Newman, Cambridge
Colloquium on New Ways of Analyzing Variation in English, Georgetown University
Defense Advanced Research Projects Agency, New York

**1977**

University of Western Ontario
Bowling Green State University
Simon Fraser University
ATLA, Fifth Circuit Seminar, New Orleans
New York State Bar Association, New York
Washington State Patrol, Shelton, WA
Criminal Justice Training Commission Seminar, Issaquah, Washington; Seattle
Advocacy Education Seminar, Burlington VT
ATLA, National College of Advocacy, Reno, NV
ATLA, National Convention, Washington, DC
Oregon Criminal Defense Association, Seaside
ATLA, First Circuit Seminar, Boston

**1978**

Kearney State College, Nebraska
University of Michigan
University of Minnesota
Stanford University
University of California, San Diego
North Carolina Academy of Trial Lawyers, Charlotte
Washington State Bar Assn, Continuing Legal Education, Olympia
ATLA, Mid-Winter Meeting, Monte Carlo, Monaco
29th Annual Advocacy Institute, University of Michigan
National Institute of Trial Advocacy (NITA), NW Regional, University of Oregon
Federation of Law Societies of Canada, Criminal Evidence Program, Toronto
Louisiana Trial Lawyers Assn, New Orleans
ATLA Seminar on Trial Tactics, Camp Pendleton, CA
American Judges Association Annual Meeting
SAFECO Insurance Company Continuing Education Program
Law and Society Assn, Univ of Minnesota

**1979**

California State University, Chico
Carnegie-Mellon University
Yale University (one week)
Duke University
University of California, Santa Barbara
California State University, Fullerton
University of California, Berkeley
State University of New York, Stony Brook
Hope College
University of Nebraska, Omaha
Canadian Bar Association, Vancouver
Pennsylvania Trial Lawyers Assn, Philadelphia & Pittsburgh
Montana Trial Lawyers Assn, Butte
West Virginia Trial Lawyers Assn, Charleston
National College of Advocacy, Hastings Law School
Public Defender Office, Santa Clara Cty, CA
Nebraska Assn of Trial Attorneys
Standard Oil (AMOCO Research Center), Chicago, Il
Montsanto, St. Louis, MO
New York Academy of Sciences
Conference on Memory and Amnesia, Lebanon, NH
Conf: Developmental and Experimental Approaches to Human Memory, U. of Michigan

**1980**

University of Victoria
Hamilton College
McGill University

Sam Houston State University
Trent University (Canada)
University of Toronto
Washington State University
Idaho State University
University of California, Riverside
Oklahoma State University
University of Missouri, Columbia (3 days)
University of Wisconsin, La Crosse
Nova Scotia Barrister's Society, Dalhousie
    Law School, Halifax
University of British Columbia Law School,
    Vancouver
California Public Defenders Assn., Asilomar
Tennessee Trial Lawyers Assn, Nashville
Kansas District Judges Assn
Kansas Bar Assn
Hastings Law School
Washington DC Public Defender's Office
Memphis State Trial Lawyers
American Bar Assn/ATLA, Las Vegas
Maryland Trial Lawyers Annual Meeting,
    Ocean City
New York Bar Assn Advocacy Course, New
    York City
Hoffmann-LaRoche, Nutley, NJ
American Institutes of Research, Wash., DC
Canadian Psychological Association Annual
    Meeting, Calgary
Attention and Performance, IX, Cambridge,
    England
Council for Advancement of Science Writing,
    Durham

**1981**
University of South Florida
Northwestern University, Business School
Stanford University
University of Texas, El Paso
Claremont Graduate School
University of Illinois
Copenhagen University
University of Stockholm
Federal Defenders Annual Meeting, San Diego
Oregon Trial Lawyers, Portland
California Attorneys for Criminal Justice
Hastings Law School, San Francisco
ABA/ATLA Seminar, Las Vegas
Northwestern Law School, Chicago
Inner Circle of Advocates, Sun Valley
Annual Institute, Georgetown University Law
    Center, Washington, DC
Professional Institutes Seminar, Puerto Rico
National College of Juvenile Justice, San
    Francisco
S.S.R.C. Conference on Law and Psychology,
    Oxford, England
Chaucer Club, MRC Applied Psychology

Unit, Cambridge, England
British Psych Society, Guildford, England
AT&T Corporate Security
Chautauqua Institution, Science Week
G. Stanley Hall Lecture, APA

**1982**
Rice University
Texas A&M
University of Texas, Austin
Union College
SUNY, Plattsburgh
University of Texas, Arlington
James Madison University
University of Virginia
University of Colorado (3 days)
Miami University (Ohio)
Canadian Bar Assn., Alberta Branch, Calgary
Washington State Judges, Yakima
McGeorge School of Law (High Table)
Oklahoma County Bar
Northwestern Law School
Harvard Law School
Georgetown Law School
Indiana Trial Lawyers Assn
West Palm Beach County Bar
Eastern Psychological Association, Baltimore
Clover Park Administrators

**1983**
University of Cincinnati
UCLA
Reed College
San Diego State University
Ohio State University
University of Houston
Eastern Washington University
Nebraska Wesleyan University (Psychology
    Fair Speaker)
University of Denver
American Assn of Law Schools, Cincinnati
Oregon Trial Lawyers Assn
Northwestern Law School
Atlanta Bar Assn Seminar
Washington Assn of Technical Accident
    Investigators (WATAI)
Arizona Prosecuting Attorneys Advisory
    Council, Phoenix
Academy of Florida Trial Lawyers, Miami
Medical Disciplinary Board, State of
    Washington
The Royal Society, London
American Psychological Assn, Anaheim
Max Planck Institute, West Berlin
American Society of Criminology, Denver
Merrill Lynch, Palm Springs

**1984**
University of British Columbia
University of Toronto

Williams College (IBM Lectureship)
Roanoke College (Fowler Lectureship)
Hebrew University, Jerusalem
Maryland Bar Association, Baltimore
California Attorneys for Criminal Justice, Los
  Angeles
Canadian Bar Assn, Ontario Branch
ATLA, Annual Meeting
Northwestern Law School
Philadelphia Public Defender's Office
Seattle Public Defender's Office
Nova Scotia Barristers, Halifax
Science and Public Policy Seminar,
  Federation, Washington, DC
California State University Administrators
  Conference on Computers & Education
Continuing Medical Educ, U. of Washington

**1985**

California State University, Long Beach
Vanderbilt/Peabody, Nashville
North Carolina Psychological Conference,
  North Carolina State
Ohio Wesleyan University
Minnesota Psychology Conference
Creighton University, Nebraska
Florida State University
Leiden University, The Netherlands
San Diego Defenders
New Mexico Trial Lawyers
Tennessee Assn. of Criminal Defense Lawyers
Northwestern Law School
Washington Association of Defense Counsel
ATLA Criminal Seminar, Houston
Court Appointed Special Advocate Assn
Northwest Women's Law Center
Colorado Defense Lawyers Association
American Association of Law Libraries, NY
University of Bridgeport Law School
Texas Research Institute, Houston
German Psychological Society (Law &
  Psychology Division), Braunschweig, FRG
Institute for Perception, TNO, Soesterberg,
  The Netherlands

**1986**

SUNY, Stony Brook
Oregon State University
University of Michigan (Survey Research)
University of Maryland
Duke University
Johns Hopkins University
Judicial Studies Program (California Judges)
Michigan Judicial Institute (Michigan Judges)
Texas Assn. of Defense Counsel, San
  Francisco
All-Star Seminar, Atlanta Bar, Atlanta
US Census Bureau, Washington, DC
Annenberg School of Communication

Women and Memory, University of Michigan
American Assn. of Public Opinion Res., Wash., DC
Federal Judicial Center
Capitol Area Social Psychological Assn
Bureau of Labor Statistics
Washington DC Public Defenders
Smithsonian Institute

**1987**

University of Nevada, Reno
University of North Dakota
California Judicial Studies
Harvard Law School
Duke Law School
University of South Carolina Law School
Annual Joseph Cohen Lectureship, University
  of Missouri, Kansas City
British Psychological Society, Brighton,
  England
US Court of Military Appeals Conf, Wash, DC
National Academy of Arbitrators, New
  Orleans
Judicial Conference of Washington, DC
University of UMEA, Sweden
Cleveland-Marshall Law School, Cleveland
Indiana University Law School, Bloomington
Indiana University Psychology Department
Hebrew University, Jerusalem
Cornell University
Washington Assn of Criminal Defense
  Lawyers
Tennessee Assn. of Criminal Defense Lawyers
Recorder's Court, Detroit

**1988**

California Judicial Studies (Judges)
Washington Criminal Justice Training
  Committee (Police)
ATLA, New York
New York University
Northwestern Law School
Ohio Assn of Criminal Defense Lawyers,
  Cincinnati
Baylor University, Waco, Texas (Oral History
  & Memory)
Southeastern Louisiana Univ. (Scholar in
  Residence)
Haverford College
Arizona State University (Psychology
  Department and Law School)
Rocky Mountain Psychological Assn
  (Keynote)
University of Oregon
North Carolina Academy of Trial Lawyers,
  Greensboro
Lane County Law Forum, Oregon
NATO Advanced Study Institute, Maratea,
  Italy
ATLA, Annual Meeting, Kansas City

Northwestern Law School for prosecutors and
defense attorneys
Cook County Public Defenders
International Congress of Psychology, Sydney,
Australia (Keynote)
Medico Legal Society of Queensland,
Australia
Brigham Young University Law School
BYU Psychology Department
Baylor University Law School
University of California, San Diego
University of Washington Law School

**1989**

Yale University Law School
Yale Psychology Department
University of Michigan
University of California, San Diego
Northern Kentucky University
Southern Indiana University, Evansville (Mid-
America Conference, Keynote)
Northwestern Law School
Western Psychological Association, Reno
Northwestern Law School for prosecutors and
defense attorneys, Chicago
American Bar Assn, Litigation Sect, Honolulu
British Psychological Society, Cognitive
Section, Cambridge, England

**1990**

Leiden University, the Netherlands
Emory University, Flashbulb Memory conf
American Bar Association, Satellite Seminar
on Jury Comprehension, Washington, DC
University of West Virginia, Practical
Cognition Conference
ABA Litigation Sec, Trial Practice Committee,
Phoenix
Annenberg Conference on Selecting Impartial
Juries, Washington DC
University of Pittsburgh
Northwestern Law School
European Conference on Law & Psychology,
Nuremberg, Germany
University of Minnesota Law School

**1991**

National Institute on Teaching of Psych, Fl
ABA (American Bar Foundation)
Ontario Psychological Association, Toronto
Ryerson College, Canada, 11th Annual
Psychology Lecture
Arkansas Annual Psych Conference (Keynote)
Seattle Rotary
Northwestern University Law School
University of Lethbridge, Canada
Banff Conference on Cognitive Science,
Canada
Society of British Columbia, Continuing Legal
Education

Fordham University, NY
Legal Aid Society, NY
AIDS Survey Research Methodology
Conference, Rockville, MD
Course for prosecuting and defense attorneys,
Northwestern Law
American Psych Assn, San Francisco, CA
University of Toronto
Ontario Science Centre
Chief Executive Organization Forum,
Vancouver
University of Georgia (Wm. Owens Annual
Lectureship)
8th International Conference on Multiple
Personality/Dissociative States (Plenary
Speaker), Chicago
Federal Bureau of Investigation (FBI),
Washington State

**1992**

International Listening Association (Keynote)
University of Tennessee, Knoxville
Mississippi State University
Federal Defenders Assn, San Diego
Reed College
Portland Community College
University of California, Santa Cruz
Augustana College, Illinois (Stone Memorial
Lecture)
Canadian Bar Association, Toronto
University of Toledo
NATO Conference, Lucca, Italy
Criminal Justice Act Seminar (Keynote), San
Diego
Psi Chi/Fredrick Howell Lewis Distinguished
lecture, APA, Washington DC
Grand Rounds, Department of Psychiatry,
University of Washington Medical School
Air Force Academy, Colorado Springs
Faculty Auxiliary, University of Washington
University of Stockholm, Sweden
Swedish Psychological Association (Keynote
Speaker)
Gruter Institute, Squaw Valley
Lawrence University (Wisconsin, Convocation
Speaker)
FJC Criminal Procedure Seminar for Federal
Judges, Palm Beach

**1993**

McGill University (D.O. Hebb Lecturer)
American Psychiatric Assn, San Francisco
Law-Psychology Symposium (Keynote
Speaker), California State Univ., Fullerton
New Mexico Psychological Assn/New Mexico
Trial Lawyers, Santa Fe
FMS Foundation Conf, Valley Forge, PA
Young President's Organization Alumnus
(YPOA), Seattle

Pacific Northwest Writers, Seattle
Midwestern Psychological Assn, Chicago
NACDL/ATLA College of Trial Advocacy
  Seminar, Las Vegas
American Academy of Forensic Psychology,
  Continuing Education, Invited Workshop
Mystery Writers of America
Colorado Psychological Assn, Aspen
Swiss Memory Psychology Program, Vals,
  Switzerland
Medical-Legal Society of Toronto
American Psychological Association, Invited
  Presidential Debate, Toronto
Midwest Conference on Child Sexual Abuse &
  Incest, Madison, Wisconsin
Clark Univ., Conf on Trauma and Memory

**1994**

Orrick, Herrington, Sutcliffe Retreat,
  Silverado
Mercer Island Rotary
Seattle Forensic Institute
Bay State Medical Center, Trauma and
  Memory Conference, Springfield, MA
University of New Mexico Medical School
  (Grand Rounds)
Red River Undergraduate Conference, Fargo,
  North Dakota (Keynote)
Leiden University, The Netherlands
National Association of Criminal Defense
  Lawyers, Washington, DC
Washington Assn of Criminal Defense
  Attorneys
University of San Diego, School of Law, CLE
Missoula Psychiatric Services, Conference on
  Law and Psychiatry, Missoula, Montana
Mind/Brain/Behavior Program, Memory
  Distortion Conference, Harvard University
Georgia Psychological Assn Continuing
  Education, Atlanta
Simon Fraser University, (Keynote speaker,
  conference on Memories of Sexual Abuse),
  Vancouver, Canada
7th Annual Dual Disorder Conference,
  Bellevue, Washington
Stanford University, Psychology Colloquium
Stanford University Medical School,
  Department of Psychiatry, Grand Rounds
American Psychological Society (Teaching
  Institute), Wash. DC
Committee for the Scientific Investigation of
  Claims of the Paranormal (CSICOP)
Psych Methods in the Investigation and Court
  Treatment of Sexual Abuse, Tromso,
  Norway
American Assn of Public Welfare Attorneys,
  Seattle
Japanese Psych Assn (keynote), Tokyo

Japan Federation of Bar Associations, Tokyo
University of Colorado, Denver
Current Topics in Mental Health & Law,
  Seattle
Criminal Lawyers' Assn, Toronto
Criminal Trial Lawyers Assn, Alberta, Canada
Johns Hopkins Medical School/FMS
  Foundation Conf on Memory and Reality,
  Baltimore, Md (keynote)

**1995**

University of Washington Medical School,
  Pain Grand Rounds
University of California at Los Angeles
American Academy of Forensic Sciences,
  Annual Meeting
King County Detectives, Special Assault Unit
University of Pittsburgh
Pennsylvania Conference of State Trial Judges
University of California, San Francisco,
  Department of Psychiatry Grand Rounds
University of Kansas Medical Center
  (Childhood sex abuse and memories
  conference)
Indiana University, South Bend (keynote to
  commemorate 175th year anniversary of IU)
Rice University, Houston
Battig Memorial Lecturer, Rocky Mountain
  Psychological Assn, Boulder
National Judicial Institute, Seminar for Judges,
  Winnipeg, Manitoba, Canada
University of Illinois, Chicago, Distinguished
  Lecture - Midwestern Psychological Assn.
Carnegie Mellon University, 27th annual
  conference, Pittsburgh
National Association of Legal Investigators,
  Annual Convention, Portland
American Psychological Society (Invited
  speaker), New York
Charter Behavioral Health System of Dallas
  Workshops on Memory, Sexual Trauma &
  the Law, (Invited speaker), Seattle, San
  Francisco, San Diego
Council of Appellate Staff Attorneys (ABA
  Seminar), Blaine, Washington
American Academy of Forensic Psychology,
  Distinguished Contributions Award address,
  APA annual meeting, New York City
University of Pennsylvania Medical School,
  Department of Psychiatry (Grand Rounds)
Assn for Advancement of Behavior Therapy
  Annual meeting, Washington DC (keynote)
California Public Defenders Assn, Napa, CA
Beth Israel Hospital, Harvard Medical School,
  Psychiatry Grand Rounds (honoring F.
  Frankel)
Fourth Annual Conference on Mental Health
  and the Law, Orlando, Florida

International Society for the Study of
Dissociation, Lake Buena Vista, FL
California State University, Humboldt Co., CA
Western Humanities Conference, Santa
Barbara (keynote: Illusions of Memory)
Washington State Psychological Association,
Annual meeting (Featured Speaker), Tacoma
American Academy of Psychiatry and the Law
(Luncheon keynote: Memory Distortion),
Annual Meeting, Seattle, Washington
Criminal Lawyers Association, Toronto
University of Kansas (Ferne-Fischer-Formann
Lecturer), Lawrence, Kansas
Judgment & Decision Making Conference,
Annual meeting, Los Angeles (keynote)
Adelphi University, Consciousness Symp.,
Centennial Speaker, Garden City, NY
Washington University Medical School,
Psychiatry (Gildea Lecture), St. Louis

**1996**

Calvin College, The January Series, Grand
Rapids, Michigan
University of Calif, Davis, Neuroscience
Colloquium
Interval Research Corporation, Palo Alto
Pacific Sociological Assn , Annual Meeting,
Seattle
John Hopkins Medical Institute/FMSF, San
Diego
Southwestern Psychological Association,
Annual Meeting, Houston (keynote)
Memory Retrieval Controversy Conference,
Trent University, Peterborough, Ontario
Tenth National Conference on Undergraduate
Research, University of North Carolina,
Asheville, (keynote)
American Philosophical Society, Annual
Meeting, Philadelphia
NATO International Conf, Recollections of
trauma, France (main speaker)
Second International Conference on Memory,
University of Padova, Italy (keynote)
International Conference on Centenary of
Piaget's Birth, Universite de Neuchatel,
Switzerland
Grinnell College, Scholars' Convocation
speaker, Grinnell, Iowa
University of Texas, Houston, Department of
Psychiatry and Behavioral Sciences
University of California, Riverside, Memory
Recovery & Creation Conference (keynote)
Ohio University, Athens, OH
University of South Florida, Sarasota,
Conference on Child Abuse in Our Time
Seattle Forensic Institute, Conference on
Sexual Abuse and its Recollection
National Guild of Hypnotists, Pacific NW

Chapter and the Washington Hypnosis Assn
American Psychological Society, Annual
meeting, San Francisco (Presidential
Symposium speaker)
Emory University, Atlanta
University of Texas, Austin
National Child Abuse Defense & Resource
Center, 5th Internat Conf, Las Vegas, NV
Iowa State University, Ames, Iowa
Nebraska Psychological Association, Omaha
Washington University, St. Louis
Exploratorium (Science Museum), San
Francisco
National Institute of Health, Conference on
Self-Report, Bethesda, MD
California Attorneys for Criminal Justice, San
Francisco

**1997**

Justice Committee, Conference on "Day of
Contrition," Salem, MA
National Institute of Health, Conference on
Undue Influence, Bethesda, MD
American Association for Advancement of
Science, Annual Meeting
Washington University, St. Louis (Assembly
Speaker)
University of Arizona
Penn State Univ, Inaugural Herschel W. and
Eileen W.Leibowitz Lecture, Univ Park, PA
Johns Hopkins University Medical School,
Baltimore, MD
False Memory Syndrome Foundation
Conference, Baltimore, MD
Bradley Univ, Centennial Speaker, Peoria, IL
American College of Forensic Psychology,
Main Speaker, Vancouver, Canada
Western Psychological Assn, Invited speaker,
Seattle, WA
National Inst on Drug Abuse, Rockville, MD
International Women's Forum, Wash. DC.
Center for Inquiry--Rockies, Conference on
Gender Politics of Science, Boulder, CO
Memory Conference (keynote), Bar Ilan
University, Israel
National Child Abuse Def & Resource Center,
6th International Conference, Las Vegas, NV
University of Groningen, Groningen, The
Netherlands (Studium Generale)
Lecture, Heymans Institute for Fundamental
Psychologic Research, Univ. of Groningen
Twente University, Enschede, Netherlands
University of Maastricht, The Netherlands
The Whidden Lectures, McMaster University,
Hamilton, Canada

**1998**

Conference on False Memory Creation,
Florida Atlantic University, Boca Raton

40

Conference on Recovering Repressed
  Memories or Creating False Ones, Florida
  Atlantic Univ.
The Marian Jane Girard Memorial Lecture,
  Scripps College, CA
American Psychology-Law Society (Major
  invited address), Redondo, CA
Florida Cognition Conference (Keynote
  speaker), Florida International University
8th Annual National Symposium on Mental
  Health & Law, Miami, FL
The SPES Society, Naples, FL
University of Michigan -Cognitive Psych
  Group
State Bar of Michigan, Litigation Section
  (featured guest speaker), Ann Arbor, MI
Washington Association of Criminal Defense
  Lawyers Annual Meeting
Baldwin-Wallace College, Harrington Visiting
  Professor (HVP), Ohio
National Association of Criminal Defense
  Lawyers annual meeting, Santa Monica, CA
Connecticut Bar Assn, Eyewitness Testimony
  & False Memories (Special Guest Speaker),
  Hartford, CT
Conference On Memory, Consciousness, Brain
  (Tulving Conference), Tallinn, Estonia
Florida Association of Criminal Defense
  Lawyers, Marco Island
Conference on Reconstructing the Past,
  Stockholm, Sweden
Conference on Psychology of Testimony,
  Portsmouth, England (Keynote)
University of Portsmouth, England 1998
  Commencement
University of Bristol, Bristol, England
2nd World Skeptics Congress, University of
  Heidelberg, Germany (Keynote address)
Paul McReynold's Lecturer, Univ. of Nevada,
  Reno
Conference "Embracing Science in an
  Irrational World", Center for Inquiry
  Institute, Bellevue, WA
National Child Abuse Def & Resource Center,
  7th International Conference, Las Vegas, NV
Conference "Memory & Suggestibility in
  psychotherapeutic relationships",
  Psychoanalytic Institute, St. Louis, MO
National Conference On Wrongful
  Convictions, Northwestern University Law
  School, Chicago
The Exploratorium (Science Museum), San
  Francisco

**1999**
Seattle University School of Law, Tacoma
University of California, Irvine and Irvine
  Health Foundation

Ohio Assn of Criminal Defense Lawyers,
  Dayton
George Fox University, Oregon: Social
  Sciences Conference (Keynote speaker)
  Newberg, OR
Idaho Neurological Institute, Saint Alphonsus
  Medical Center, Boise, Id
Idaho Psychological Association, CE, Coeur
  D'Alene
National Legal Aid & Defender Assn, Death
  Penalty Conference, Atlanta, GA
West Virginia Psychology Conference,
  Marshall University, Huntington,, WV.,
  (Keynote)
Eastern Psychological Assn, Providence, RI
  (Presidential Speaker)
6th Annual California State Univ. Psychology
  Research Fair, San Marcos, CA(Keynote)
West Virginia State Bar Assn, Morgantown,
  WV
New York Skeptics Society, NY (Isaac
  Asimov Lecture Award)
Northwest Cognition Conference, Victoria,
  B.C. (Keynote)
Iowa Public Defender's Annual Meeting,
  Dubuque, IO
West Virginia Public Defender's Annual
  Meeting, Canaan Valley, WV
Clark County Bar Assn CLE, Las Vegas, NV
Tennessee Assn of Criminal Defense Lawyers,
  Nashville, TN
Indiana University, Bloomington (Patten
  Lecturer)
New Hampshire Public Defender's
  Association, Manchester
Dartmouth University, Hanover (Symposium
  on the Future of Psychological and Brain
  Sciences, at dedication of Moore Hall)
8th International Conference on Allegations of
  Child abuse, Las Vegas, NV
Ernest Becker Foundation
University of North Carolina, Greensboro,
  Harriet Elliot Lecture Series
Federal Bureau of Investigation, Agents
  Training Conference
Indiana Public Defender Council, Indianapolis

**2000**
Stanford University (Zimbardo Millenium)
University of Northern Colorado, Greeley
Wrongful Conviction Conference, Newport
  Beach, CA
University of North Florida, Jacksonville
California State University, Sacramento
New York Medical College, Westchester, NY
Memory and Reality Conference, FMS
  Foundation, White Plains, NY
Innocence Project Conference, Cavanaugh's,

Seattle, WA

Johnson Memorial Lecture, Minnesota Psychology Undergraduate Conference, Macalester College, MN

National Association of Criminal Defense Lawyers (NACDL), Tuscon, AZ

Vrije Universiteit (Free University), Amsterdam, Netherlands

American Psychological Society, Teaching Institute, Miami, FL

Oregon Association of Criminal Defense Lawyers, Bend, OR

Columbia University, Department of Psychiatry, Grand Rounds, NY

Georgia Indigent Defense Council, Atlanta

New Zealand Psychological Society (keynote), Hamilton, NZ

Victoria University, Wellington, New Zealand

University of Otago, Dunedin, NZ

University of Wisconsin, Parkside

University of Tennessee Law School, Knoxville

National Child Abuse Def. & Resource Center, Kansas City

University of Tennessee Psychology Colloq

Barristers, Solicitors, Psychiatrists: Fitzwilliam hotel, Dublin, Ireland

William & Mary LawSchool, Williamsburg, VA

Psychology Dept, William & Mary College, VA

**2001**

California Public Defenders Association, Palm Springs, CA

University of Oklahoma, Norman

National Association of Criminal Defense Lawyers, Las Vegas

National Legal Aid and Defender Assn, Albuquerque, NM

University of California, Irvine

Science & Technology, Flaschner Judicial Institute, Brandeis University

Rochester Inst. of Technology, Rochester, NY

New York Academy of Medicine (& Anna Freud Centre), New York

George Mason Law School, Institute for Judges, Tucson, AZ

Brown University, Harold Schlosberg Colloquium Lecturer, Providence, RI

Oregon Health Sciences Univ., School of Medicine, Portland (Saslow Lecturer)

Ontario Ministry of Health & Mental Health Center, Penetanguishene, Canada

Future of Psychopathology, Bar-Ilan University, Israel

Superior Court Judges, State of Georgia, St. Simons Island, GA

Tennessee Assn of Criminal Defense Lawyers, Nashville

British Association for Advancement of Science, Glasgow, Scotland

British Psych Society, Cognitive Section & European Society of Cog Psych, Edinburgh, Scotland

University of Michigan, Institute for Social Research

Federal Defender Program & Ill. Assn of Criminal Defense Lawyers, Chicago

Louisiana State University, (Memory & Narrative), Baton Rouge, Louisiana

University of Portland, Oregon

**2002**

Cleveland-Marshall Law School, Cleveland, OH

SSSS Western Region Conference (key invited), Manhattan Beach, CA

Harvard Law School, Wrongful Convictions conf.

University of Wyoming

Womens' University Club, Seattle

Midwestern Psychological Assn (Psi Chi, Invited Speaker), Chicago

National Academy of Sciences, Washington DC (Henry & Bryna David Award Lecture)

Northwestern University

Annual Whistleblower Investigators Conference, Baltimore, MD,

Trauma and Memory, Continuing Legal Education, Seattle, WA

World Association of Detectives, Seattle, WA

False Memory Syndrome Foundation Conference, Chicago, IL

**2003**

National Institute on Teaching of Psychology, St. Petersburg, FL (keynote)

Center for Inquiry, Los Angeles, CA

American Assn for Advancement of Science, Denver.

National Legal Aid & Defender Assn, Austin, TX.

Prevent Child Abuse-Orange Cty Orange, CA

McGeorge School of Law (Lou Asch Memorial Lecture), Sacramento, CA

New Century, Salon Speaker, Newport Beach, CA

Newport Harbor Bar Assn, Newport Beach, CA

University of Washington Law School, Seattle

Biola University, La Mirada, CA

CEO Roundtable, Half Moon Bay, CA

Tenth Annual Undergrad Research Symposium (keynote), Irvine, CA

University of California, San Diego, CA (Norman Anderson Endowed Lectureship)

University of Colorado, Festschrift for Bourne, Kintsch, Landauer, Boulder, CO

American Psychological Society (Keynote), Atlanta

Center for Inquiry-West, Inaugural Event keynote speaker, Los Angeles, CA

Society for Applied Research in Memory and Cognition, Aberdeen, Scotland (keynote)

European Psychology & Law Conference, Edinburgh, Scotland

American Psychological Association (Distinguished Award Address), Toronto

Texas Tech University, Lubbock, TX

Harbor Ridge Women's Group, Newport Beach, CA

Lifelong Learning Academy, Irvine, CA

Science and Evidence Conf, City Hall, Irvine

Calif. Attorneys for Criminal Justice, SF, CA

**2004**

University of Lusiada, Lisbon, Portugal

University of California, Los Angeles, CA

Claremont Graduate University - Conference on Applied Psychology

University of Southern California, CA

Town & Gown, Newport Beach, CA

Advanced Trial Skills Inst, Calif. Public Defenders Assn, Palm Springs, CA

Catholic Univ. of Leuven, Belgium

L'Ecoles des Hautes Etudes en Sciences Sociales (EHESS), Paris

Colorado College (Roberts Lecture), Colorado Springs, CO

University of Colorado, Colorado Springs.

Rocky Mountain Psychological Assn, Distinguished Speaker, Reno, NV

Western Psychological Association, Psi Chi Distinguished Speaker, Phoenix, AZ

State Legislative Leaders Foundation & University of Chicago, Chicago, IL

University of Illinois, Champaign-Urbana, IL

Center for Neurobiology of Learning & Memory, Evening to Remember Talk.

National Child Abuse Defense & Resource Center Annual Conference, Las Vegas, Nv.

University Synagogue (Holocaust Memories) CA.

Arizona State University Law School, Tempe

Arizona State University Psychology Dept, AZ

**2005**

Orange County Stanford Assn, Newport, CA

SARMAC Bethschrift Meeting, Wellington, New Zealand

RoddyFest, Purdue Univ., W. Lafayette, IN

University of Louisville, Grawemeyer Award Speech, Louisville, KY

Persistence of Memory Conf. (Keynote), Niagara City CC, NY.

Western Psychological Assn (Presidential Address), Portland, OR

Stanford University (Festschrift for Gordon Bower), Palo Alto, CA

University of Haifa, Israel

Sacred Heart Medical Center, Psychiatry, (Bakker Retirement) Spokane, WA

Harbor-UCLA Medical Center, Psychiatry, Grand Rounds, CA.

Calif. Judicial Branch Conf, San Diego, CA

San Diego Stanford Association, CA

Pavlovian Society, 50th Anniversary Meeting, (keynote), CA

Athenaeum Lecture, Claremont McKenna, CA

National Academy of Sciences Sackler Colloq on Forensic Sciences, Wash, DC.

**2006**

Bureau of Jewish Education, Laguna, CA

University of San Diego, Michael Haney Distinguished Lecturer, Ca.

Calif. State University, Long Beach, Ca.

Inaugural Quinn Lecturer in Memory & Consciousness, University of British Columbia

Ireland Scholar Award Lecturer, University of Alabama – Birmingham

Harvard University

National Academy of Sciences, Forensic Science, Washington D.C.

Western Psych Assn, Palm Springs, Ca.

Association for Behavior Analysis, Presidential Scholar Address, Atlanta, Ga

UC-Irvine-Commencement Address, Social Ecology

University of Aberdeen, Scotland

John Damien Lecturer, University of Stirling, Scotland

Mexican Congress of Psychology, Puerto Vallarta, Mexico (plenary)

Rutgers University, New Brunswick, NJ

Beyond Belief, Salk Institute, Ca. (Invited speaker), La Jolla, CA

Grand Rounds, Dept of Neurology, UCI-Medical, Orange, CA

University of Calif, Office of the President, Oakland, CA

**2007**

Western State Univ College of Law, Fullerton, CA

Newkirk Center, Forensic Science, Costa Mesa, CA

University of Arizona, Tucson, AZ

Munsterberg Conf, John Jay College of Crim Justice, NY

Academic & Professional Women, UCI

National Academy of Sciences, Distinctive Voices, Beckman Center, CA.

Serena Yang Distinguished Lecture,
 University of Hong Kong
Women In Leadership, Annual Meeting,
 Newport Beach, CA
Calif. State University - Long Beach,
 Psychology Day Keynote Speaker, CA
Stanford University, Symbolic Systems
 Distinguished Speaker, CA
Schneiderman Memorial Bioethics Lecture,
 Biological Sciences, Beckman Center, CA
Federation of Defense & Corp Counsel,
 Annual Meeting, Sun Valley, ID
George Sperling Festschrift, UCI, CA,.
Watson Memorial Lecturer, Univ. of New
 Hampshire, NH.
Forensic Science Conference, Public
 Defenders, Los Angeles
International Women's Forum, Chicago
Behavioral Foundations of Policy Conf,
 Princeton University, NJ
American Association of Universities, CA
NY State Judicial Institute, White Plains, NY
Centre Social I Cultural, Lleida, Spain.
CosmoCaixa Museum of Science, Madrid,
 Spain.

**2008**
Calif. State University, Northridge (Richard
 W. Smith Lecturer).
Univ. of South Florida, Doug Nelson
 Festschrift, Tampa, FL.
Arizona State Univ. Law School, Tempe
Western Psych Assn, Irvine, CA
Nebraska Symposium on Motivation –
 Emotion & Law, Lincoln, NE
International Conf on Investigative
 Interviewing, Quebec Nationale Police
 Academy, Nicolet, Canada.
Butler Pappas Sexual Tort Sem., Tampa, Fl.
European Association of Psychology & Law
 (keynote), Maastricht, Netherlands
Annual Celebration Speech "Illusions of
 Memory", University of Oslo, Norway
Psychology Department, University of Oslo
University of Louisville
Northern Lights Psychology Conference
 (keynote), Grand Forks, ND
Tel-Aviv University, School of Law
Hebrew University, Jerusalem, Israel
George Mason Law School – Science in the
 Courts Program for Judges, Fl

**2009**
Midwest Institute for Students & Teachers of
 Psychology (Opening Key), Glen Ellyn, Il.
American Assn for Advancement of Science
 (McGovern Award lecture), Chicago, IL.
American Psychology Law Society
 (Presidential Speaker), San Antonio, TX

Teachers of Psychology, London
South West Psychology Conference (keynote)
 London
Center for Inquiry, 12th World Congress,
 Bethesda, Md.
Princeton University, NJ
Littler Class Action Conference, Phoenix, AZ
Council of Science Editors Annual Meeting,
 (Keynote) Pittsburgh, PA
Canadian Psychological Assn (keynote),
 Montreal
Chautauqua Institution, NY
UCI Foundation retreat, San Diego, CA.
University of Geneva (450th anniversary),
Aspen Institute , CO
Federal Bureau of Investigation, Virginia
Messe Memorial Lecture, Michigan State
 Univ.
Trendsetters, Jewish Federation, Newport
 Beach, CA.
Dickinson College (2009 Joseph Priestley
 Award)  PA
Canadian Lawyers, Toronto, Canada

**2010**
National Seminar on Forensic Evidence, San
 Diego, Ca.
Memory & Law Workshop, Tucson, Az
ARCS Foundation, Irvine, Ca.
California Institute of Technology (William &
 Myrtle Harris Distinguished Lectureship in
 Science and Civilization), CA.
University of Texas, Austin
Society of Experimental Psychologists
 (Warren Medal talk) Philadelphia, PA
University of Nevada, Reno
University Bonn, Germany
Institute of Community & Family Psychiatry,
 McGill, Montreal, Canada.
Denison University (Anderson Lecture),
 Granville, OH
CIA/BoozAllen: Face Recog, Herndon, VA.
Bronowski Art & Science Forum, The
 Neurosciences Institute, La Jolla, CA
University of Southern California

**2011**
University of California, Santa Barbara
Orange County Stanford Assn, Newport, CA
Eastern Psychological Assn (Psi Chi
 Distinguished Lecturer), Boston, Ma
Law and the Brain conference, New York
Law & Memory Conf, Stanford Law School
UCLA School of Law, CA
Rocky Mountain Psych Assn., (Psi Chi
 Distinguished Lecturer) Salt Lake City, UT

44

British Psychological Society annual meeting, Glasgow, Scotland (keynote)
Salon, The Pacific Club, CA
South West Psychology Conf. (keynote) London
British False Memory Society, London
Clacton County High School, England
Univ of Sheffield, England
Assn of Teachers of Psychology, Hatfield, England
The Amazing Meeting (TAM), Las Vegas
North Orange County Bar Assn, Ca.
Roosevelt University, Chicago
Japanese Psychological Assn, Tokyo (keynote)
Law School, University of Calif, Berkeley

**2012**

Pennsylvania Bar Institute
Nova Southeastern Univ, Ft. Lauderdale, Fl.
Distinguished Writing Lecture Series, UCI
Penn Conf of State Trial Judges, PA
Drexel University, Philadelphia, PA
Correctional Services Canada, Toronto
Suppes Symposium, Stanford, CA
Forensic Mental Health Assn of California, Monterey, CA
Toronto International Film Festival (TIFF)
University of Ottawa
U.S. District Court of Nevada Annual Conf, Reno
Ohio State University (Greenwald lecture)
Simon Fraser University, Canada
Kwantlen Polytech University, Canada
Center for Advanced Study Summit, Stanford
International Congress of Psychology, (keynote- Cape Town, South Africa)
Monash South Africa University. Johannesburg
Orange County Traffic Investigators  Assn
Grand Rounds, Dept of Psychiatry, UCI
FMSF Tribute, Philadelphia, PA
CSIcon 2012, Nashville
Claude Bernard Univ., Lyon, France
Mode d'Emploi Festival, Villa Gillet, Lyon, France

**2013**

National Institute on the Teaching of Psychology, FL
Harbor Ridge Women's Group, CA
Univ. of California, Davis
University of Washington (Edwards Lecture)
SouthWest Psychology Conf, , London
Goldsmiths, Univ of London
South Bank University, London
National Assn of Criminal Defense Lawyers, Las Vegas
Midwestern Psych Assn, Chicago
Association for Psych Science, Wash DC
TedGlobal2013, Edinburgh, Scotland

European Congress of Psychology (keynote-Stockholm 2013).
Int. Conf. on Critical Thinking and Education Reform, Berkeley, Ca.
American Psych Assn, Award acceptance, HI
La Trobe University, Melbourne, Australia
TedX-Orange Coast, Newport Beach, CA
University of Missouri, Columbia, MO
Town & Gown, Irvine, Ca.
Psychonomic Society, Toronto (keynote)

**2014**

American Assn of Law Schools, NY
National Research Council Eyewitness Committee (via videolink)
University of Michigan (Weinberg Neurolaw)
Southwestern Psychological Assn, San Antonio, TX (keynote)
The California Club, Los Angeles
Northwestern Law School, Chicago
The Amazing Meeting (TAM), Las Vegas, NV
Foundation for Critical Thinking (Nader event), Berkeley, Ca
Federal Court Clerk Assn, Seattle, WA
Trauma & Memory, Stockholm, Sweden
What Matters To Me, and Why (UC-Irvine)
University of Arizona

**2015**

Duke University (via Skype)
Justice & Injustice Conf., UCI law
American Assoc.of Advancement of Science, San Jose, CA
Society for Consumer Research, Phoenix
SouthWest Psychology Conf, , London
Goldsmiths University, London
Cornell University, Ithaca, NY  (Award lecture)
TedX-CIA (Central Intelligence Agency), Va
Radcliff Institute, Harvard Univ,  (Dean's Lecture), Ma
University of Akron (Benjamin Lecture), OH
John Jay College of Criminal Justice, NY
NAS-YouTube, Science Speed Date, Los Angeles, CA
Foundation for Critical Thinking, Berkeley CA
SymposiumTraumatic Memories, Forensic Psychiatry Center & Hogrefe Publishers, Helsinki, Finland
American Academy of Matrimonial Lawyers, Newport Beach, CA
Forensic Psych Institute Launch, Goldsmiths, University of London
Berlin Graduate School of Mind & Brain, Humboldt University, Germany
United States District Court, Eastern District
Conference, Olympic Valley, CA

West Point Military Academy, NY (Class of
   1951 Distinguished Lecturer)
UC Conf on Social Science & Law
Grawemeyer Celebration, Univ of Louisville
CEM, International Congress, Tunisia
   (Honorary Chair) – via videoconference

**2016**

California State Univ, Dominguez Hills
Western Psychological Assn (Distinguished
   speaker)
Imagine No Religion, Vancouver, BC
Contacts of Orange County, Irvine, CA
American Humanist Assn, award speech,
   Chicago, IL
Phi Beta Kappa Initiation, UCI
IIex2016, Atlanta, Ga
International Congress of Psychology,
   Yokohama, Japan 2016
FBI, Violent Crime Beh Analysis, LA, CA
Colorado State Univ,  CO
CsiCon Conference, Las Vegas, NV.
Assn of Workplace Investigators, San
   Francisco, CA
Univ of London, Goldsmiths
Council of Scientific Society Presidents, DC

**2017**

SARMAC, Sydney, Australia
LogiCal, Los Angeles, CA
American Assoc for Advancement of Science
SouthWest Psych Conf, London,
Midwestern Psych Assn, Distinguished Psi Chi
   lecturer, Chicago
UCEmeriti Assn
International Congress on Social
   Responsibility, Universidad Santo Tomas,
   Bogota, Columbia
Douglas College, Vancouver, Canada.
Vancouver International Conf on Teaching of
   Psych, Vancouver, Canada
Inn of Court, CA
DRI Asbestos Medicine Conf, Las Vegas
Internat Society for Neuroethics, Wash DC
Erickson Foundation, Evolution of
   Psychotherapy Conf, , CA

**2018**

Rice University, Bochner Lecture, Austin, Tx
Exploratorium, San Francisco
Univ of Miami, SEEDS speaker, Fl.
Western Univ of Health Sciences, Ca
Cal State University, Fullerton (Psych Day!)
Houston Bar Assn BarBench Conf, TX
CNLM  Conf, Huntington Beach (plenary)
Western Psychological Assn, Portland, OR
Albert Wolters Distinguished Lecture, Univ of
   Reading, England
APS Teaching Conf., San Francisco, CA
Max-Planck, Berlin, Germany

National Academy of Sciences BBCSS,
   counterfeiting, CA
Amer Psych Assn annual meeting, San Fran
Sierra College, Sacramento, Ca
Millsaps College, Moreton Lecture, MS.
Univeridad Nacional de Cordoba, Argentina
Universidad Nacional Villa Maria, Argentina
   (police & prosecutors)
Univ. of Iowa, Neuroscience Day (keynote)
NACDL, Las Vegas, NV
Wagenaar-Crombag Memorial, Netherlands
University of Dublin, Ireland

**2019**

Jeeves Lecture, St. Andrews Univ, Scotland
SouthWest Psychology Conf, London
Origins Project Podcast, Phoenix, AZ
University of Nevada, Reno
Western Psych Assn, Pasadena, CA
Science of Magic Assn, Chicago, Il
Australian National University, Canberra
Canberra Writers Festival, Australia
Waikato Univ., New Zealand
CSICon, Las Vegas, Nv.
Stanford Alumni Assn, Orange Cty, CA

**2020 (most via zoom)**

Georgia Tech Univ, Atlanta
Heterodox Academy, New York
APA TOPSS (Teachers of Psychology in
   Secondary School)
Newport Beach Public Library Fdn, Ca.
Western Psych Assn annual meeting (keynote)
University of California, San Francisco,
   (Fresno) Psychiatry Grand Rounds.
University of New Mexico Health Sciences
Erickson Foundation, Evolution of
   Psychotherapy, CA

**2021 (most via zoom)**

SouthWest Psychology Conf, London
Prosecutors/Public Defenders, Haifa, Annual
   meeting, Israel
NAS, Science & Entertain Exchange
American Philosophical Society, Philadelphia
Assoc for Behavior Analysis International-
   ABAI,  (B.F. Skinner Lecture)
Arizona State Bar Annual Convention
International Congress of Psych, Prague,
   Czech

**Forthcoming**

National Assn of Crim Defense, Las Vegas
Mt Sinai Psychiatry Dept, NY
Bay Area Skeptics Conference
Erickson Foundation
Butler University (Woods Lecture), Indiana
Aspire Psychology Conference, Doha, Qatar
Australian National University
   Commencement

Revised: September, 2021

# PARK DIETZ & ASSOCIATES, INC.
### Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA  92663
Tel:  949-723-2211
Fax:  949-723-2212
Email:    expert@parkdietzassociates.com
Website:  www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Psychology**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Social Work**
- **Criminology**
- **Security**

## CURRICULUM VITAE (July 15, 2021)

## Park Dietz, M.D., M.P.H., Ph.D.

## CURRENT POSITIONS:

1996-        President, Park Dietz & Associates, Inc., Newport Beach, California, and Washington, DC (Employer ID:  33-0690184)  (PD&A is a multidisciplinary forensic firm that grew out of a forensic psychiatry practice begun in 1978.)

1990-        Clinical Professor of Psychiatry and Biobehavioral Sciences, Semel Neuropsychiatric Institute, David Geffen School of Medicine, University of California, Los Angeles

1987-        President, Threat Assessment Group,® Inc., Newport Beach, California (Employer ID:  54-1423864)  (TAG is a workplace violence prevention firm offering training, products, and consulting services to mitigate behavioral risks.)

1987-        Forensic Psychiatry Consultant, Forensic Sciences Unit, New York State Police, Albany, New York

1981-        Consultant, Critical Incident Response Group, Behavioral Science Unit, Profiling and Behavioral Assessment Unit, Behavioral Analysis Units, and National Center for the Analysis of Violent Crime, F.B.I. Academy, Quantico, Virginia

## EDUCATION:

1970  A.B.        Cornell University College of Arts and Sciences
                  Honors Program in Psychology, 1969-1970
                  Alpha Epsilon Delta, 1969 (Vice President)

EXHIBIT B

Park Dietz, M.D., M.P.H., Ph.D.
Page 2

      Phi Beta Kappa, 1970
      Phi Kappa Phi, 1970
      A.B. *cum laude* in Psychology and With Distinction
       in All Subjects, 1970

1975 M.D.   Johns Hopkins University School of Medicine
       Alpha Omega Alpha, 1975

1975 M.P.H.  Johns Hopkins School of Hygiene and Public Health

1984 Ph.D.   Johns Hopkins University (Sociology)

## POSTGRADUATE TRAINING:

Residencies:

 1975-1977  Assistant Resident, Department of Psychiatry and
       Behavioral Sciences, Johns Hopkins Hospital

 1977-1978  Resident, Department of Psychiatry, Hospital of the
       University of Pennsylvania

Fellowships:

 1973-1977  M.D.-Ph.D. Fellow, M.D.-Ph.D. Program in Behavioral
       Sciences, Johns Hopkins University (National Institute
       of General Medical Sciences Training Grant)

 1976-1977  Robert Wood Johnson Foundation Clinical Scholar, Johns
       Hopkins University

 1977-1978  Robert Wood Johnson Foundation Clinical Scholar,
       University of Pennsylvania

## FULL-TIME ACADEMIC APPOINTMENTS:

 1975-1977  Fellow, Department of Psychiatry and Behavioral
       Sciences, Johns Hopkins University School of Medicine

 1977-1978  Chief Fellow in Forensic Psychiatry, Center for Studies in
       Social-Legal Psychiatry, University of Pennsylvania
       School of Medicine

| 1978-1982 | Assistant Professor of Psychiatry, Harvard Medical School, at the McLean Hospital |
|---|---|
| 1982-1986 | Associate Professor of Law and of Behavioral Medicine and Psychiatry, University of Virginia Schools of Law and Medicine |
| 1986-1989 | Professor of Law and Professor of Behavioral Medicine and Psychiatry, University of Virginia |

## VISITING AND ADJUNCT APPOINTMENTS:

| 1975-1978 | Lecturer in the Department of Public Health Administration, Division of Forensic Pathology, Johns Hopkins School of Hygiene and Public Health |
|---|---|
| 1980-1983 | Lecturer in the Department of Health Services Administration, Division of Forensic Pathology, Johns Hopkins School of Hygiene and Public Health |
| 1981- | Guest Lecturer, Behavioral Science Unit and National Center for the Analysis of Violent Crime, F.B.I. Academy, Quantico, Virginia |
| 1983-1989 | Lecturer in the Department of Health Policy and Management, Johns Hopkins School of Hygiene and Public Health |
| 1987-1988 | Adjunct Scholar, Foundation for American Communications (FACS), Los Angeles, California |
| 2001-2010 | Member, Research Advisory Board, Child Abduction and Serial Murder Investigative Resources Center and National Center for the Analysis of Violent Crime, F.B.I. Academy, Quantico, Virginia |
| 2003 | Visiting Professor of Psychiatry, University of Hawaii John A. Burns School of Medicine, Honolulu, Hawaii |
| 2006 | Visiting Professor of Psychiatry, University of Hawaii John A. Burns School of Medicine, Honolulu, Hawaii |
| 2014-15 | Distinguished Fellow, Center for Psychology & Law, School of Social Ecology, University of California, |

Park Dietz, M.D., M.P.H., Ph.D.
Page 4

|  | Irvine |
| --- | --- |
| 2015-16 | Distinguished Fellow, Center for Psychology & Law, School of Social Ecology, University of California, Irvine |

## HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

| | |
| --- | --- |
| 1978-1982 | Assistant Psychiatrist, McLean Hospital, Belmont, Massachusetts |
| 1978-1980 | Director of Forensic Psychiatry, McLean/Bridgewater Project, Bridgewater State Hospital, Massachusetts Correctional Institution at Bridgewater |
| 1978-1982 | Director, Medical Criminology Research Center, McLean Hospital/Harvard Medical School |
| 1982-1988 | Medical Director, Institute of Law, Psychiatry and Public Policy, University of Virginia |
| 1983-1989 | Psychiatrist, University of Virginia Hospitals |
| 1987-1988 | Associate Director (Public Policy), University of Virginia Center for the Prevention of Disease and Injury |
| 1987-1990 | Advisory Board, Johns Hopkins Injury Prevention Research Center |

## INSTITUTIONAL COMMITTEE ASSIGNMENTS:

McLean Hospital
  Director, Forensic Psychiatry Fellowship Program, 1978-1980
  Member, Subcommittee on Clinical Research, Long Range Planning
    Committee, 1980
  Member, Subcommittee on New Frontiers, Long Range Planning
    Committee, 1980
  Chairman, Committee for the Scientific Review of Research,
    McLean/Bridgewater Program, 1978-1980

University of Virginia School of Law
  Academic Review Committee, 1984-1988
  Academic Policy and Grading Committee, 1985-1987
  Calendar Committee, 1984-1986

Park Dietz, M.D., M.P.H., Ph.D.
Page 5

    Catalog Committee, 1984-1987
    Law Enforcement Liaison Committee, 1986-1987
    Library Committee, 1983-1988

University of Virginia School of Medicine
    Director, Forensic Psychiatry Fellowship Program, 1982-1988

## LICENSURE (MEDICINE AND SURGERY) AND CERTIFICATION (PSYCHIATRY):

| | |
|---|---|
| 1975-1988 | Maryland State Board of Medical Examiners License No. D18304 (currently on inactive status) |
| 1977-2004 | Pennsylvania State Board of Medical Education and Licensure Certificate No. MD-019311-E (currently on inactive status) |
| 1978-1988 | Massachusetts Board of Registration in Medicine Registration No. 043550 (currently on inactive status) |
| 1979- | American Board of Psychiatry and Neurology (Psychiatry) Certificate No. 19765 |
| 1982- | Virginia State Board of Medicine License No. 0101-034874 |

## AWARDS AND HONORS:

| | |
|---|---|
| 1975 | First Prize Award, John P. Rattigan Student Essay Competition, American Society of Law and Medicine |
| 1977 | Wendell Muncie Award, Maryland Psychiatric Society and Maryland Association of Private Practicing Psychiatrists |
| 1979 | Corresponding Member, Australian Academy of Forensic Sciences |
| 1979 | Fellow, American Academy of Forensic Sciences |
| 1981 | Honorary Member, Asociacion Mexicana de Medicina Legal |

Park Dietz, M.D., M.P.H., Ph.D.
Page 6

| | |
|---|---|
| 1984 | Alumni Lecturer, Robert Wood Johnson Foundation Clinical Scholars Program Annual Meeting |
| 1986 | Krafft-Ebing Award, Psychiatry Section, American Academy of Forensic Sciences |
| 1986 | Fellow, American Psychiatric Association |
| 1988-89 | Sesquicentennial Associate, Center for Advanced Studies, University of Virginia |
| 1992-93 | Selected for The Best Doctors in America in the categories of "Forensic Psychiatry" and "Violence" (inaugural edition) |
| 1992 | Kenneth G. Gray Memorial Lectureship, Annual Meeting of the Canadian Psychiatric Association, Montreal, Quebec, (sponsored by the Kenneth G. Gray Foundation, Clarke Institute of Psychiatry, Toronto) |
| 1993 | Outstanding Service Award, American Academy of Psychiatry and the Law |
| 1993 | Citation for "Exceptional Service in the Public Interest," Louis Freeh, Director, Federal Bureau of Investigation |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2009 | Citation as one of the "Top 25 Most Influential People in the Security Industry," Security magazine |
| 2010 | "Seymour Pollack Award for Distinguished Contributions to Education in Forensic Psychiatry," American Academy of Psychiatry and the Law |
| 2013 | G. Stanley Hall Distinguished Lecture in Clinical Psychology, Johns Hopkins University (sponsored by the Psi Chi Honors Society) |
| 2014 | Keynote Address, University of Pennsylvania Medical Alumni Weekend, May 16, 2014 |

## NATIONAL PUBLIC POLICY ACTIVITIES:

| | |
|---|---|
| 1980-1982 | Task Force on Families of Catastrophe (Mobilization I, The Iranian Hostage Crisis), The Family Research Institute, Purdue University |
| 1984-1985 | Committee on Trauma Research, National Research Council/National Academy of Sciences |
| 1985-1986 | Commissioner, Attorney General's Commission on Pornography, United States Department of Justice |
| 1986 | United States Delegate, Chancellor Helmut Kohl's Neurosciences and Ethics Conference, Bonn and Klostergut Jakobsberg, Federal Republic of Germany |

## EDITORIAL BOARDS:

| | |
|---|---|
| 1974-1977 | Assistant Editor, Johns Hopkins Medical Journal |
| 1974-1988 | Editorial Board, Bulletin of the American Academy of Psychiatry and the Law, Assistant Editor,1974-1978; Associate Editor, 1978-1988) |
| 1979-1990 | Editorial Board, Psychiatric Journal of the University of Ottawa |
| 1979-1994 | Editorial Board, Journal of Forensic Sciences |
| 1982-2000 | Editorial Board, Behavioral Sciences and the Law |
| 1984-1985 | Associate Editor, Legal Aspects of Psychiatric Practice |
| 2012- | Editorial Board, Journal of Threat Assessment and Management |

Editorial consultant/reviewer for:

Accident Analysis and Prevention
American Journal of Epidemiology
American Journal of Psychiatry
American Journal of Public Health
Archives of General Psychiatry
Behavioral Sciences and the Law

    <u>Biological Psychiatry</u>
    <u>Bulletin of the American Academy of Psychiatry and the Law</u>
    <u>Hospital & Community Psychiatry</u>
    <u>Journal of Forensic Sciences</u>
    <u>Journal of the History of the Behavioral Sciences</u>
    <u>Journal of Nervous and Mental Disease</u>
    <u>Journal of Psychiatric Research</u>
    <u>Journal of Studies of Alcohol</u>
    <u>Journal of Threat Assessment</u>
    <u>Journal of Trauma</u>
    <u>Law and Human Behavior</u>
    <u>Psychiatric Journal of the University of Ottawa</u>
    <u>Psychosomatics</u>

## PROFESSIONAL SOCIETIES (MEMBERSHIPS, OFFICES, AND COMMITTEES):

American Academy of Forensic Sciences
  Member, 1977-present
  Fellow, 1979-present
  Elective Offices:
    Chairman, Psychiatry Section, 1979-1982 (three terms)
    Fellow-at-Large, Psychiatry Section, 1982-1985
    Executive Committee, 1982-1985
  Annual Meeting Program Committee, 1979-1981
  Council, 1979-1982
  Nominating Committee, 1979-1982
  Membership Committee, 1979-1982
  Joint Committee on Accreditation of Training Programs in
    Forensic Psychiatry, 1980-1986

American Academy of Psychiatry and the Law
  Member, 1977-present
  Elective Offices:
    Secretary, 1979-1983 (two terms)
    Councilor (Executive Council), 1983-1984
    Vice President, 1984-1985
    Councilor (Executive Council), 1990-1993
    President-Elect, 1993-1994
    President, 1994-1995
    Immediate Past-President, 1995-1996
  Awards Committee, 1985-1987
  Budget Committee, 1995-1996
  Committee on Criminal Behavior, 1985-1990 (Chairman, 1985-

1990)
Committee on International Relations, 1982-1984; 1989-1992
  (Chairman, 1982-1984)
Education Committee, 1977-1981
Ethics Committee, 1980-1982
Executive Council, 1983-1996 (Chairman, 1994-1995)
Long Range Planning Committee, 1996-1998
Nominating Committee, 1983-1984, 1990-1997 (Chairman, 1994-1995)
Committee on Liaison with the American Academy of Forensic
  Sciences, 1989-1994
Committee on Research, 1984-1987
Joint Committee on Accreditation of Training Programs in
  Forensic Psychiatry, 1980-1986
Program Chairman, 10th Annual Meeting, Baltimore, Maryland,
  October 25-28, 1979
Program Committee, 1977-1980 (Chairman, 1978-1979)
Rappeport Travel Fellowship Committee, 1984-1985
Task Force on Videotaping, 1993-1999

American Association for the Advancement of Science
  Member, 1981-1983, 1988-1993

American Psychiatric Association
  Member, 1977-present
  Fellow, 1986-2003
  Distinguished Fellow, 2003-2007
  Distinguished Life Fellow, 2007-present
  Consultant, Task Force on the Right to Treatment, 1974-1977
  Committee on Misuse and Abuse of Psychiatry in the United
    States, 1979-1980
  Committee on Abuse and Misuse of Psychiatry and Psychiatrists in
    the United States, 1980-1987 (Chairman, 1984-1986)
  Advisory Committee on the Paraphilias, Task Force on
    Nomenclature and Statistics (DSM-III-R), 1985-1987
  Advisory Committee on Disorders of Impulse Control Not Elsewhere
    Classified, Task Force on Nomenclature and Statistics (DSM-
    III-R), 1985-1987
  Adviser, Sexual Disorders, DSM-IV
  Adviser, Sexual Disorders, DSM-IV-TR

American Psychology-Law Society (Division 41, American
Psychological Association)
  Member-at-Large, 1979-unknown date

Park Dietz, M.D., M.P.H., Ph.D.
Page 10

American Public Health Association
  Member, 1974-1978

American Society of Criminology
  Member, l974-1995

American Society of Law and Medicine
  Member, 1974-1987

American Sociological Association
  Member, 1975-1984
  Publications Committee, Medical Sociology Section, 1977-1978

Association for the Advancement of Psychotherapy
  Member, 1974-1979

Association of Directors of Forensic Psychiatry Fellowships
  Founding Member, 1986-1988
  Elective Office:  Vice President, 1986-1988

Forensic Mental Health Association of California
  Member, 1989-unknown date

Forensic Science Society (Great Britain)
  Member, 1973-unknown date

Group for the Advancement of Psychiatry
  Member, then Corresponding Member, 1980-2015
  Committee on Psychiatry and Law, 1980-unknown date

International Criminal Investigative Analysis Fellowship
  Affiliate Member, Unknown date - present

Johns Hopkins Medical and Surgical Association
  Member, 1975-present

Maryland Psychiatric Society
  Member, 1977

Massachusetts Psychiatric Society
  Member, 1978-1982
  Judicial Action Committee, 1979-1982

Orange County Psychiatric Society
  Member, 1990-present

Psychiatric Society of Virginia (formerly the Neuropsychiatric
Society of Virginia)
  Member, 1982-1990

Pennsylvania Psychiatric Society
  Member, 1977-1978

Society for the Study of Social Problems
  Member, 1970-1986

Society for the Scientific Study of Psychopathy
  Member, 2005-unknown date

## RESEARCH GRANTS:

"Battery and Murder Defendants:  A Psychiatric and Criminological
Study," funded through a subcontract from the Center for the
Interdisciplinary Study of Criminal Violence at the University of
Pennsylvania, funded by National Institute of Justice grant No. 79-NI-
AX-0127, November 15, 1980, through September 30, 1982
($13,146).

"Psychiatrists and Their Settings:  Effects on Services," National Center
for Health Services Research grant No. 1R03-HS04414-01, May 1,
1981, through April 30, 1982 ($27,834).

"Violence and Mental Disorder:  The Choice of Public Figures as
Victims," National Institute of Justice grant No. 83-NI-AX-0005,
October 1, 1983, through September 30, 1988 ($399,813).

"Crimes against the Children and Families of Public Figures:  Stalking,
Threats, Kidnapping, and Murder," anonymously funded research,
February 26, 2003, through August 30, 2004.

## RESEARCH ADVISORY POSITIONS:

1978-1981    Consultant, "Longitudinal Study of Biosocial Factors
             Related to Delinquency and Crime" (Law Enforcement
             Assistance Administration grant to the University of
             Pennsylvania; Principal Investigator:  Marvin Wolfgang)

Park Dietz, M.D., M.P.H., Ph.D.
Page 12

1979            Technical Review Committee for Advocacy
                Demonstration Project, National Institute of Mental
                Health

1979-1981       Advisory Committee, "The Movement of Offender
                Populations Between Mental Health and Correctional
                Institutions" (Law Enforcement Assistance
                Administration grant to the University of California
                Irvine, and the New York Department of Mental
                Hygiene; Principal Investigators:  John Monahan and
                Henry J. Steadman)

1979-1981       Advisory Committee, "The Utilization of Psychiatric and
                Psychological Services by Criminal Court Judges" (Law
                Enforcement Assistance Administration grant to the
                Forensic Sciences Foundation; Principal Investigator:
                Jonas R. Rappeport)

1980-1981       Consultant, "Research on the Use of Children in
                Pornography" (National Center on Child Abuse and
                Neglect grant to Boston University; Principal
                Investigator:  Ann Wolbert Burgess)

1984- 1992      Board of Trustees, Forensic Sciences Foundation (Vice
                President, 1985-1986)

2001-           Research Advisory Board, Child Abduction and Serial
                Murder Investigative Resources Center, F.B.I. Academy,
                Quantico, Virginia

## SELECTED NOTABLE CASES THAT ARE PUBLIC INFORMATION:

1981-1982       Consultant to the United States Attorney's Office,
                Washington, D.C., in U.S. v. John W. Hinckley, Jr.
                (attempted assassination of President Reagan)

1982-           Consultant to the F.B.I., the National Food Processors
                Association, and various corporations in product
                tampering cases, beginning with the Chicago Tylenol
                murders

1982-           Consultant to the F.B.I. on unsolved serial homicides,
                serial bombings, serial rapes, and other active
                investigations

Park Dietz, M.D., M.P.H., Ph.D.
Page 13

1987-1988     Consultant to the District Attorney of the County of New York, New York, in <u>People v. Robert Chambers</u> ("the Preppy Murder Case")

1988     Consultant to the Office of the Attorney General, State of New York, in the Grand Jury Investigation into allegations arising out of the matter of Miss Tawana Brawley (white law enforcement officials accused by Rev. Al Sharpton of kidnapping and raping African-American adolescent)

1988     Consultant to the Central Intelligence Agency in <u>Mrs. David Orlikow et al. v. United States of America</u> (alleged CIA-funded brainwashing of mental patients from 1957-61)

1990     Consultant to the United States Attorney's Office, New York, in <u>U.S. v. Dial Information Services Corporation of New York</u> (Dial-a-porn case; 2nd Circuit Opinion:  938 F.2d 1535 (2nd Cir. 1991))

1989-1990     Consultant to the United States Attorney's Office, Los Angeles, California, in <u>U.S. v. Michael Lawrence Shields</u> (threats by stalker against Stephanie Zimbalist)

1990     Consultant to the District Attorney of Monroe County, New York, in <u>People v. Arthur Shawcross</u> (serial murders of prostitutes)

1990-1991     Consultant to the U.S. Department of Justice in <u>U.S. v. Walter Leroy Moody, Jr</u>. (VANPAC case:  mail bombs killing U.S. Circuit Court Judge Robert Vance of the 11th Circuit Court of Appeals in Birmingham, AL, and a civil rights lawyer in Savannah, GA)

1991     Consultant to the Office of the Public Defender of Los Angeles County, California, in <u>People v. Robert Bardo</u> (murder of actress Rebecca Schaefer)

1991     Consultant to the Office of the District Attorney, San Diego County, California, in <u>People v. Elizabeth Broderick</u> (murder of ex-husband and his new wife)

Park Dietz, M.D., M.P.H., Ph.D.
Page 14

1991-1992    Consultant to the California Department of Justice in
             <u>William George Bonin v. Vasquez</u> (federal habeas
             petition of "the Freeway Killer"; 9th Circuit Opinion: 59
             F.3d 815 (9th Cir. 1995))

1991-1992    Consultant to the Office of the District Attorney,
             Milwaukee County, Wisconsin, in <u>State v. Jeffrey L.
             Dahmer</u> (serial murders of men)

1992-1995    Consultant to the plaintiff in <u>Gary Ramona v. Marche
             Isabella, M.F.C.C., Richard Rose, M.D., et al.</u> (induction
             of false memories is malpractice)

1992-1999    Consultant to the Office of the Attorney General, State
             of California, in <u>People v. Charles Ng</u> (serial murders
             with Leonard Lake)

1993-1995    Consultant to the Office of the District Attorney, Nassau
             County, New York, and Office of the District Attorney,
             Suffolk County, New York, in <u>People v. Joel Rifkin</u> (serial
             murders of prostitutes)

1994         Consultant to the Office of County Attorney, Lancaster
             County, Nebraska, in <u>People v. Arthur McElroy</u>
             (attempted mass murder on campus of University of
             Nebraska, Lincoln)

1994         Consultant to the United States Attorney's Office,
             Washington, D.C., in <u>U.S. v. James E. Swann, Jr.</u> (serial
             murders by the "Shotgun Stalker")

1994-1995    Consultant to the defense in <u>People of New York v.
             Ricardo Caputo</u> (serial murders of lovers)

1994-1995    Consultant to the United States Attorney's Office,
             Rochester, NY, in <u>U.S. v. Earl H. Figley</u> and <u>U.S. v.
             Michael T. Stevens</u> (serial mail bombings and homicide)

1994-1995    Consultant to the Office of the District Attorney, Nassau
             County, New York, in <u>People v. Colin Ferguson</u> (mass
             murder on the Long Island Railroad)

Park Dietz, M.D., M.P.H., Ph.D.
Page 15

| | |
|---|---|
| 1994-1995 | Consultant to the Solicitor for the 16th Circuit, SC, in <u>People v. Susan Smith</u> (mother rolled car into lake, drowning her two children) |
| 1994-1996 | Consultant to the Office of the District Attorney, Sonoma County, California, in <u>People v. Richard Allen Davis</u> (abduction and murder of Polly Klaas) |
| 1994-1996 | Consultant to the defense in <u>People of California v. Ernesto Anguiano</u> (homicides of defendant's nephew and mother in the belief they were vampires) |
| 1994-1996 | Consultant to the Office of the District Attorney, Los Angeles, California, in <u>People v. Lyle and Erik Menendez</u> (double murder of parents) |
| 1994-1996 | Consultant to the Office of the District Attorney, New York, New York, in <u>People v. William Tager</u> (murder of NBC stage hand outside the "Today" show) |
| 1994-1997 | Consultant to the Office of the Public Defender, Orange County, California, in <u>People v. John Famalaro</u> (abduction and murder of woman whose body was kept in a freezer for years) |
| 1995-1996 | Consultant to the Office of the District Attorney, Norfolk County, Massachusetts, in <u>Commonwealth v. John Salvi</u> (murders at abortion clinics) |
| 1995-1997 | Consultant to the defense in <u>Estate of Shane Curry v. The Armada Inn</u> (Ohio civil suit alleging negligent security in the death of NFL football player) |
| 1996-1997 | Consultant to the plaintiffs in <u>Goldman v. O.J. Simpson</u> (civil suit for the murder of Ronald Goldman and Nicole Brown Simpson) |
| 1996-1997 | Consultant to the Office of the United States Attorney, Philadelphia, Pennsylvania, in <u>U.S. v. John Bennett, Jr.</u> (the New Era Philanthropy fraud case) |
| 1996-1997 | Consultant to the Office of the District Attorney, San Diego County, California, in <u>People v. Joshua Jenkins</u> (juvenile murdered five family members) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 16

| | |
|---|---|
| 1996-1997 | Consultant to the Office of the District Attorney, Delaware County, Pennsylvania, in <u>Commonwealth v. John duPont</u> (murder of Olympic wrestler Dave Schultz) |
| 1996-1998 | Consultant to the Office of the Attorney General, Delaware, in <u>Delaware v. Amy Grossberg</u> (neonaticide) |
| 1996-1998 | Consultant to the United States Department of Justice in <u>U.S. v. Theodore Kaczynski</u> (the Unabom case) |
| 1996-2000 | Consultant to the defense, <u>Schaeffer v. Vera Wang Bridal Salon and Hotel Carlyle</u> (negligent security claim against bridal salon victimized by armed robbers) |
| 1997-1998 | Consultant to the Monmouth County Prosecutor's Office in <u>New Jersey v. Melissa Drexler</u> (the "Prom Mom" case) |
| 1997-1998 | Consultant to the Office of the District Attorney, Queens County, New York, in <u>People v. Heriberto Seda</u> ("Zodiac killer") |
| 1998-1999 | Consultant to the Office of the District Attorney, Madison, Wisconsin, in <u>Wisconsin v. Salim Amara</u> (defendant threw gasoline on bus passengers and ignited it) |
| 1998-2000 | Consultant to the Office of the District Attorney, Westchester County, New York, in <u>People v. Michael Laudor</u> (Yale Law School graduate killed fiancé in the deluded belief she was a robot) |
| 1998-2000 | Consultant to the Office of the District Attorney, Dutchess County, New York, in <u>New York v. Kendall Francois</u> (serial killings of prostitutes, whose bodies were found in the defendant's parents' home) |
| 1998-2005 | Consultant to the United States Attorney's Office, Washington, D.C., in <u>U.S. v. Russell E. Weston</u> (killings of two officers of the U.S. Capitol Police at the U.S. Capitol) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 17

| 1999 | Consultant to the Office of the District Attorney, Lane County, Oregon, in <u>Oregon v. Kipland Phillip Kinkel</u> (school shootings) |
|------|------|

1999            Consultant to the defense, <u>Amedure v. Warner Bros. et al.</u> (Jenny Jones show murder case)

1999-2000     Consultant to the United State's Attorney's Office, Fresno, California, in <u>U.S. v. Cary Anthony Stayner</u> (Yosemite murders)

1999-2000     Consultant to the Office of the District Attorney, Rockdale County Judicial Circuit, Georgia, in <u>Georgia v. Anthony B. Solomon, Jr.</u> (school shooting)

1999-2000     Consultant to the Office of the Public Defender, Orange County, California, in <u>People v. Steven Abrams</u> (killing of two children at preschool)

1999-2000     Consultant to the Office of the District Attorney, Riverside County, California, in <u>People v. Joseph Neale</u> (attempted murder of the mayor and city council)

1999-2000     Consultant to the defense, <u>Hawaii v. Byran Uyesugi</u> (mass murder at Xerox by employee)

1999-2001     Consultant to the United State Attorney's Office, Los Angeles, California, in <u>U.S. v. Buford Furrow, Jr.</u> (shootings of children at the Jewish Community Center and murder of a mail carrier by Aryan Nations associate)

2000-2001     Consultant to the San Francisco Public Defender's Office, San Francisco, California, in <u>People v. Jonathan Haynes</u> (homicides of hair colorist and plastic surgeon because they traded in "fake Aryan cosmetics")

2000-2001     Consultant to the Office of the District Attorney, Orange County, California, in <u>People v. Edward Allaway</u> (restoration of sanity of man acquitted by reason of insanity for 1976 mass murder at California State University, Fullerton)

Park Dietz, M.D., M.P.H., Ph.D.
Page 18

2000-2002      Consultant to the Office of the District Attorney, Jefferson County, Colorado re. the Columbine Psychiatric Autopsy Project (mass murder and suicides by Eric Harris and Dylan Klebold at Columbine High School in April 1999)

2000-2002      Consultant to the Mariposo County, California, District Attorney's Office in People v. Cary Anthony Stayner (murder of three tourists in Yosemite)

2001-2006      Consultant to the Office of the District Attorney, Harris County, Texas, in Texas v. Yates (mother charged with drowning her five children)

2002-2004      Consultant to the United States Attorney's Office, Cedar Rapids, Iowa, in U.S. v. Helder (serial mailbox bombings in Nebraska, Colorado, Texas, Illinois, and Iowa)

2003           Consultant to the Office of the District Attorney, Prince William County, Virginia, in Commonwealth of Virginia v. John Allen Muhammad (sniper shootings)

2003           Consultant to the Office of the District Attorney, Fairfax County, Virginia, in Commonwealth of Virginia v. John Lee Malvo (sniper shootings)

2003           Consultant to the Office of the U.S. Attorney, Salt Lake City, UT, re. U.S. v. Brian David Mitchell (Elizabeth Smart kidnapping)

2003-2005      Consultant to the United States Attorney's Office, Birmingham, Alabama, in U.S. v. Eric Rudolph (serial bombings)

2004-2008      Consultant to the United States Attorney's Office, Kansas City, Missouri, in U.S. v. Lisa Montgomery (alleged fetus abduction homicide)

2005-2010      Consultant to the Habeas Corpus Resource Center re. Troy Ashmus v. Warden (sexual homicide of child)

Park Dietz, M.D., M.P.H., Ph.D.
Page 19

2006-2009    Consultant to the Maricopa County District Attorney's
             Office, Phoenix, Arizona, in <u>People of Arizona v. Samuel
             Dieteman and Dale Hausner</u> (sniper shootings)

2007-2009    Consultant to the California Attorney General's Office re.
             <u>Douglas Daniel Clark v. Warden</u> (serial killings known as
             the work of the "Sunset Slasher" or "Sunset Slayer")

2008-2009    Consultant to the California Attorney General's Office re.
             <u>Michael Dee Mattson v. Warden</u> (serial killings)

2008-2009    Consultant to the San Joaquin County District Attorney's
             Office in <u>People of California v. Roger Kibbe</u> (the "I-5
             Strangler" serial murders)

2009         Consultant to the Skagit County Prosecuting Attorney,
             Mt. Vernon, WA, in <u>People of Washington v. Isaac
             Zamora</u> (mass murder)

2010-        Consultant to the Boys Scouts of America in civil suits
             alleging inappropriate conduct by participants in
             scouting

2010-2015    Consultant to appellant <u>in Re.:  Cory Morris</u> (post-
             conviction relief for New Mexico serial killer accused of
             necrophilic motive)

2010-2014    Consultant to the United States Attorney's Office, St.
             Louis, MO, in <u>US v. Edward Bagley, Sr., et al.</u>
             (sadomasochistic sex trafficking)

2010-2014    Consultant to the defense in <u>U.S. v. David H. Brooks</u>
             (white collar crimes)

2010-2011    Consultant to the plaintiff in <u>Stevens v. U.S.</u> (anthrax
             attack)

2011-2012    Consultant to the United States Attorney's Office,
             Tucson, AZ, in <u>U.S. v. Jared Loughner</u> (Tucson mass
             murder and assassination attempt)

2011-2013    Consultant to the defense in litigation filed against PG&E
             in connection with an explosion and fire in San Bruno,
             CA.

Park Dietz, M.D., M.P.H., Ph.D.
Page 20

2011- 2017    Consultant to the Orange County, CA, District Attorney's Office, and Office of the California Attorney General in People of California v. Scott Evans Dekraai (mass murder)

2011-2015    Consultant to the defense in Deepak Kalpoe and Satish Kalpoe v. Phillip C. McGraw, CBS Television Distribution Group F/K/A/ CBS Paramount Domestic Television, Peteski Productions, Inc., et al. (civil suit alleging defamation of the Kalpoe brothers for their involvement in the disappearance of Natalee Holloway in Aruba)

2012    Consultant to the Office of the U.S. Attorney, Anchorage, AK, in U.S. v. Israel Keyes (serial murder, including the abduction and murder of Samantha Koenig)

2012-2013    Consultant to the Orange County, CA, District Attorney's Office in People of California v. Itzcoal Ocampo (serial murders)

2012-2013    Consultant to the Marin County, CA, District Attorney's Office in People of California v. Joseph Naso (serial murders, 1970s-1990s)

2012-2014    Consultant to the Federal Defenders of New York in U.S. v. Gilberto Valle (alleged "cannibal cop")

2012-2014    Consultant to the defense in the Miramonte School Case (allegations of teacher feeding semen to elementary school children)

2012-2018    Consultant to the Orange County, CA, District Attorney's Office in People of California v. Andrew Urdiales (serial murders)

2014-2015    Consultant to the defense in U.S. v. Ross Ulbricht (prosecution of alleged founder of Silk Road)

2014-2015    Consultant to the defense in People of New York v. Gigi Jordan (homicide of autistic child by mother)

Park Dietz, M.D., M.P.H., Ph.D.
Page 21

| | |
|---|---|
| 2014-2015 | Consultant to the U.S. Department of Justice and the Office of the U.S. Attorney, Boston, MA, in <u>U.S. v. Dzhokhar Tsarnaev</u> (Boston Marathon Bombing mass murder) |
| 2014- | Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Franc Cano and Steven Gordon</u> (serial murders) |
| 2015-2019 | Consultant to the Office of the U.S. Attorney, Washington, D.C., in <u>U.S. v. Diana Lalchan</u> (domestic homicide) |
| 2016-2017 | Consultant to the U.S. Department of Justice and U.S. Attorney's Office, Charleston, S.C., in <u>U.S. v. Dylann Storm Roof</u> (mass murder at the African Methodist Episcopal Church, Charleston, S.C.) |
| 2017 | Consultant to the NCAA in <u>Paterno v. NCAA</u> (alleged defamation) |
| 2017 | Consultant to the defense in <u>Leath Rothman v. Peteski Productions, Inc., CBS Studios, Inc., Dr. Phil McGraw, et al.</u> (civil suit alleging false imprisonment and intentional infliction of emotional distress) |
| 2017-2019 | Consultant to Montana Attorney General's Office in <u>People v. Lloyd Barrus</u> (murder of Sheriff Deputy and fatal shoot out with law enforcement by anti-government man) |
| 2018-2019 | Consultant to the U.S. Department of Justice and U.S. Attorney's Office, Peoria, IL, in <u>U.S. v. Brendt Christensen</u> (kidnapping and murder of Chinese graduate student) |
| 2018-2019 | Consultant to the Federal Public Defender's Office, District of Alaska, in <u>U.S. v. James Wells</u> (double homicide on Coast Guard base) |
| 2018- | Consultant to the defense in <u>Estate of Childress v. Las Vegas Metropolitan Police Department, et al.</u> (fugitive's suicide by cop) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 22

2018-2021     Consultant to the U.S. Department of Justice and U.S. Attorney's Office, Middle District of Florida, in <u>U.S. v. Jarvis Wayne Madison</u> (capital murder uxoricide)

2018-         Consultant to Monmouth County, NJ, Prosecutor's Office re. <u>People v. Scott Kologi</u> (familicide by 16 year old)

2018-         Consultant to U.S. Attorney's Office re. <u>U.S. v. Ryan Phillip Schlesinger</u> (murder of U.S. Marshal)

2019-         Consultant to Douglas County, Colorado, District Attorney's Office in <u>People v. Devon Erickson and Maya Elizabeth McKinney a/k/a Alec McKinney</u> (fatal school shooting)

2019-         Consultant to U.S. Department of Justice Civil Rights Division re. <u>U.S. v. Robert Dear</u> (mass murder at Planned Parenthood)

2020-         Consultant to U.S. Department of Justice, Tax Division re. <u>US v. Robert T. Brockman</u> (tax evasion)

## EXPERT TESTIMONY, APRIL 1990-PRESENT:

<u>Joanne Goldman v. Sol I. and Gladys L. Goldman</u> (Bangor, Maine)
Testified at deposition, 4/2/90

<u>Armijo vs. Border Area Mental Health</u> (Albuquerque, New Mexico)
Testified at deposition, 5/1/90

<u>U.S. v. Dial Information Services Corporation of New York</u> (New York, New York) [2nd Circuit Opinion: 938 F.2d 1535 (2nd Cir. 1991)]
Testified at deposition, 5/13/90
Testified in court (trial or hearing), 5/14/90

<u>Jane Doe v. Stuart Brown, M.D.</u> (San Diego, California)
Testified by deposition, 6/6/90

<u>Carin Evans vs. Richard Benton, Ph.D.</u> (Houston, Texas)
Testified at deposition, 5/25/90
Testified at deposition, 6/27/90

<u>Curran v. Mount Diablo Council, Boy Scouts of America</u> (Los Angeles, California)

Park Dietz, M.D., M.P.H., Ph.D.
Page 23

Testified at deposition, 8/14/90

Izbicki v. Ridgeview (Atlanta, Georgia)
Testified at deposition, 8/27/90

Rima v. Kaiser Permanente (Fairfax, Virginia)
Testified at deposition, 8/17/90

U.S. v. Shields (Los Angeles, California)
Testified at sentencing hearing, 10/25/90

People v. Arthur J. Shawcross (Rochester, New York)
Testified at trial, 11/90 and 12/90

U.S. v. Walter Leroy Moody (Birmingham, Alabama; Atlanta, Georgia;
and Savannah, Georgia)
Testified at trial, 12/13/90

McNeil v. P.F.I. (New York, New York)
Testified at deposition, 1/15/91

U.S. v. Keith Gordon Ham, et al. (Wheeling, West Virginia)
Testified at trial, 3/14/91

U.S. v. Randy Ryan (Birmingham, AL)
Testified at hearing, 3/15/91

Teresa Janus, Individually and as Special Administratrix of the Estate
of Adam Janus, Deceased, vs. McNeil Consumer Products Company, a
Division of McNeil-PPC, Inc.; and McNeilab, Inc. (Minneapolis,
Minnesota)
Testified at deposition, 4/19/91

Vance v. Krause  (DeKalb County, Georgia)
Testified at trial, 5/17/91

State of New Mexico v. Chester, M.D. (Albuquerque, NM)
Testified at trial, 8/5/91

People of California v. Robert John Bardo (Los Angeles, California)
Testified for 6 days, ending 10/24/91

Mertz v. Brzeski (Milwaukee, Wisconsin)
Testified at deposition, 10/30/91

Park Dietz, M.D., M.P.H., Ph.D.
Page 24


People of California v. Elizabeth Broderick (San Diego, California)
Testified at trial, 11/26/91 and 11/27/91


Senyard v. Radisson Hotel Stemmons (Dallas, Texas)
Testified by telephone deposition, 1/3/92


William George Bonin v. Vasquez (Los Angeles, California)
Testified at federal habeas hearing, 1/29/92


State of Wisconsin v. Jeffrey L. Dahmer (Milwaukee, Wisconsin)
Testified at trial, 2/12/92 and 2/13/92


Gregorio Garcia, et al. v. Avala of Texas, Inc., et al. (Houston, Texas)
Testified at deposition, 1/21/92
Testified at trial, 3/10/92 and 3/11/92


Moore et al. v. Serrano (Houston, Texas)
Testified at trial, 4/30/92


McWhorter and Daneker v. Burroughs Wellcome Company (Seattle, Washington)
Testified at deposition, 5/28/92


U.S. v. Loren Bellrichard (Minneapolis, Minnesota)
Testified at sentencing, 6/29/92 and 6/30/92


K.P./S.D. v. YMCA of Greater Miami (Miami, Florida)
Testified at deposition, 11/23/92


State of South Carolina v. Johnnie Kenneth Register, II (Conway, South Carolina)
Testified at trial, 1/22/93


Commonwealth of Massachusetts v. Kenneth G. Seguin (Cambridge, Massachusetts)
Testified at trial, 1/27/93 and 1/28/93


People of California v. Dale Akiki (San Diego, California)
Testified at trial, 11/1/93


Economy Fire & Casualty Co. v. Betty Ann Haste, et al. (Springfield, Missouri)
Testified at deposition, 11/18/93

Park Dietz, M.D., M.P.H., Ph.D.
Page 25

Commonwealth of Pennsylvania v. Mari Molasky (Doylestown, Pennsylvania)
Testified at trial, 1/6/94

People of California v. Tiffany N. Sandeffer (Vista, California)
Testified at trial, 3/14/94 and 3/23/94

Gary Ramona v. Richard Rose, et al. (Napa Valley, California)
Testified in depositions, 2/5/92, 6/24/92, and 8/5/92
Testified at evidentiary hearing, 4/22/93 and 4/23/93
Testified at trial, 3/29/94 and 3/30/94

People of New York v. Joel Rifkin (Mineola, New York)
Testified at trial, 5/3/94, 5/4/94, and 5/5/94

R.M., etc., et al. v. A & M Industries et al. (Fort Lauderdale, Florida)
Testified at deposition, 5/27/94

Crews v. Wake County Hospital System and ServiceMaster (Wake County, New Carolina)
Deposition by telephone, 6/28/94

U.S. v. James E. Swann, Jr. (Washington, D.C.)
Testified at trial, 9/26/94

A.H. et al. v. Mercy Hospital of Laredo et al. (Laredo, Texas)
Testified at deposition, 10/28/94

Nebraska v. Arthur McElroy (Lincoln, Nebraska)
Testified at trial deposition, 11/11/94

People of California v. Richard A. Davis (Santa Rosa, California)
Testified at pretrial hearing, 6/5/95
Testified at trial, 5/21/96

People of California v. LaBerge (Vista, California)
Testified at motion hearing, 6/12/95

In the Matter of the Appeal by John Perry (Sacramento, California)
Testified at administrative hearing, 6/29/95

Jerner v. Allstate (Orlando, Florida)
Testified at evidentiary hearing, 9/1/95

Park Dietz, M.D., M.P.H., Ph.D.
Page 26


Am. Natl. Fire Ins. Co. v. Birmingham Fire Ins. Co. (Houston, Texas)
Testified at deposition, 10/4/95


People of CA v. Erik Menendez (Los Angeles, California)
Testified at trial, 2/8/96 and 2/9/96


Young v. Johnny's Hot Dog Stand (Los Angeles, California)
Testified at deposition, 2/16/96
Testified at deposition, 8/23/96


Garcia v. Fowler (Albuquerque, New Mexico)
Testified at deposition, 2/26/96


People of CA v. Sally McNeil (San Diego, California)
Testified at trial, 3/13/96


Fuscardo v. Lorello (Weirton, West Virginia)
Deposition testimony, 4/19/96.


Allen Klanika v. Stop 'N Go Markets of Texas (Dallas, Texas)
Testified at deposition, 5/10/96
Testified at trial, 6/27/96


Kathleen Ferguson v. US West Communications (Denver, Colorado)
Testified at arbitration, 5/17/96


Galligan v. Pyramid Management Group, et al. (Boston,
Massachusetts)
Testified at deposition, 6/5/96


Estate of Shane Curry v. The Armada Inn (Cincinnati, Ohio)
Testified at deposition, 6/6/96


Goldman v. O.J. Simpson (Los Angeles, California)
Testified at deposition, 8/22/96
Testified at hearing, 11/7/96


State of Wisconsin v. Joseph Clark (Baraboo, Wisconsin)
Testified at trial, 9/17/96


Monney v. H.E. Butt Grocery Co (San Antonio, Texas)
Testified at deposition, 10/1/96

People of California v. Ernesto Anguiano (San Mateo, California)
Testified at trial, 10/8/96 and 10/9/96


Tracy/Vanderpool v. Holiday Inns (Long Beach, California)
Testified at deposition, 10/24/96
Testified at trial, 5/15/98 and 5/18/98


U.S. v. Gerard Gallant (Sacramento, California)
Testified at trial, 11/20/96


U.S. v. Norman Yazzie  (Phoenix, Arizona)
Testified at trial, 12/18/96


Commonwealth of PA v. John duPont (Media, Pennsylvania)
Testified at trial, 2/12/97 and 2/13/97


Matthews v. Roman Catholic Bishop of Portland (Portland, Maine)
Testified at deposition, 3/11/97


People of CA v. Joshua Jenkins (Vista, California)
Testified at trial, 3/19/97, 3/20/97, and 3/21/97


U.S. v. John Bennett (Philadelphia, Pennsylvania)
Testified at trial, 9/18/97


Cannon v. Marriott (St Louis, Missouri)
Testified at trial, 10/3/97


Ryan v. Kempner (Winston-Salem, North Carolina)
Testified at deposition, 10/21/97


Smith v. City of Santa Rosa (Santa Rosa, California)
Testified at deposition, 10/28/97


Sears Canada Coroner's Inquest (Chatham, Ontario, Canada)
Testified at inquest, 11/13/97


Texas State Board of Medical Examiners v. James C. Johnston, M.D.
(Houston, Texas)
Testified through deposition by written questions, 11/25/97 and
11/26/97


WI v. Gerald Turner (Madison, Wisconsin)
Testified at trial, 1/26/98 and 1/27/98

Park Dietz, M.D., M.P.H., Ph.D.
Page 28

Sara Stump and Andrew M. Ocrant v. Daryl G. Gates, et al. (Denver,
Colorado)
Testified at trial, 3/26/98

CA v. Robert Mark Edwards (Santa Ana, California)
Testified at sentencing trial, 4/13/98

Allman v. Union Butterfield (Ashville, North Carolina)
Testified at deposition, 9/18/98
Testified at trial, 4/23/99

Schaeffer v. Vera Wang (New York, New York)
Testified at deposition, 9/11/98
Testified at deposition, 10/19/98

CA v. Parker (Santa Ana, California)
Testified at sentencing, 11/10/98

MI v. McRae (Lansing, Michigan)
Testified at trial, 12/10/98

CA v. Lewis (Santa Ana, California)
Testified at trial, 2/10/99

Amedure v. Warner Bros. (Bloomfield Hills, Michigan)
Testified at trial, 5/3/99 and 5/4/99

CA v. Jules Delpy (Vista, California)
Testified at trial, 7/28/99
Testified at re-trial, 02/03/04, 02/04/04, and 02/24/04
Testified at re-trial, 5/18/04 and 5/19/04

Jensen v. National Railroad Passenger Corporation (Philadelphia,
Pennsylvania)
Testified at trial, 8/26/99
Testified at trial, 2/29/00 and 3/1/00

CA v. Brandon Wilson (Vista, California)
Testified at trial, 9/24/99

Pedraza v. City of San Jose (San Jose, California)
Testified at deposition, 10/28/99

Park Dietz, M.D., M.P.H., Ph.D.
Page 29

U.S. v. Steven Gene Chase (Eugene, Oregon)
Testified at detention hearing (telephonic), 12/20/99

HI v. Uyesugi (Honolulu, Hawaii)
Testified at trial, 5/30/00

Gallego v. Woodford (Oakland, California)
Testified at deposition 6/8/00
Testified at trial, 12/6/00

Smith v. Equity Residential Properties Management (Atlanta, Georgia)
Testified at deposition, 7/21/00

Johnston v. North Orange County Community College District (Santa
Ana, California)
Testified at deposition, 8/22/00
Testified at trial, 9/5/00

Epps v. Preventative Security, Inc. (Philadelphia, Pennsylvania)
Testified at trial, 8/25/00

CA v. Joseph Neale (Riverside, California)
Testified at trial, 11/20/00

CA v. Rex Allan Krebs (Monterey, California)
Testified at penalty phase, 05/03/01

Saunders v. City of Santa Rosa (Santa Rosa, California)
Testified at deposition, 6/27/01
Testified at trial, 1/30/02

Sigman v. U.S. (Spokane, Washington)
Testified at deposition, 6/28/01

Hamilton v. AIG Life Insurance Company (Washington, D.C.)
Testified at deposition (telephonic), 7/11/01

WA v. Brodie Walradt (Port Orchard, Washington)
Testified at trial, 8/1/01 and 8/2/01

U.S. v. Dieter Vogt (Key West, Florida)
Testified at sentencing hearing, 8/8/01, 8/9/01, and 8/10/01

Waddell v. Lockheed Martin (San Jose, California)

Park Dietz, M.D., M.P.H., Ph.D.
Page 30

Testified at deposition, 10/12/01
Testified at trial, 10/31/01

<u>Leanza v. McDonald Oil and Johnny Lovell</u> (Columbus, Georgia)
Testified at deposition, 10/19/01

<u>Cabrera v. Patino and Lievano</u> (Miami, Florida)
Testified at deposition, 3/11/02

<u>TX v. Andrea Pia Yates</u> (Houston, Texas)
Testified at trial, 3/7/02, 3/8/02 and 3/9/02
Testified at trial, 7/13/06, 7/14/06 and 7/17/06

<u>U.S. v. SPC Lillie Morgan</u> (Mannheim, Germany)
Testified at trial, 4/10/02

<u>U.S. v. Aquilia Marcivicci Barnette</u> (Charlotte, NC)
Testified at trial, 8/8/02

<u>CA v. Cary Anthony Stayner</u> (San Jose, CA)
Testified at trial, 9/4/02, 9/5/02, 9/9/02, and 9/10/02

<u>CO v. Steven Michael Stagner</u> (Glendwood Springs, CO)
Testified at hearing, 10/8/02

<u>Holsey et al. v. Georgia Department of Human Resources et al.</u>
(Atlanta, Georgia)
Testified at deposition, 10/19/02

<u>Cabrera et al. v. Eller Media Corp. et al.</u> (Miami, FL)
Testified at deposition, 11/21/02

<u>FL v. Jeffrey Schlosberg</u> (West Palm Beach, FL)
Testified at deposition, 12/21/02
Testified at trial, 4/15/03

<u>Troy T. v. Does 1,2,3</u> (San Bernardino, CA)
Testified at deposition, 4/22/03

<u>NY v. Christine Wilhelm</u> (Troy, NY)
Testified at trial, 7/1/03, 7/2/03

<u>CA v. Vincent Henry Sanchez</u> (Ventura, CA)
Testified at trial, 8/25/03, 8/26/03

Park Dietz, M.D., M.P.H., Ph.D.
Page 31


City of Redondo Beach v. Stephen Shoemaker and Stephen McDonald
(Los Angeles, CA)
Testified at trial, 9/19/03


FL v. Keith Adams (West Palm Beach, FL)
Testified at deposition, 9/22/03
Testified at trial, 1/15/04


VA v. John Allen Muhammad (Virginia Beach, VA)
Testified at hearings, 10/8/03, 10/9/03


Good, et al. v. Fluor Daniel Corp., et al. (Seattle, WA)
Testified at deposition, 10/30/03


US v. Wesley Purkey (Kansas City, MO)
Testified at trial, 11/17/03


CA v. Scott Erskine (San Diego, CA)
Testified at trial, 12/1/03 and 12/2/03
Testified at re-trial, 5/27/04


Jones v. Washington State Department of Social and Health Services,
et al. (Seattle, WA)
Testified at deposition, 12/9/03
Testified at trial, 2/10/04


FL v. Michael Connelly (Tampa, FL)
Testified at trial, 3/9/04


Wiley v. Frazer Center Inc., et al. (Atlanta, GA)
Testified at deposition, 3/20/04


IL v. Andrew Urdiales (Pontiac, IL)
Testified at trial, 5/6/04 and 5/20/04


WA v. Ronald Matthews (Seattle, WA)
Testified at trial, 8/11/04 and 8/12/04


CA v. George Williams (San Diego, CA)
Testified at trial, 10/19/04 and 10/20/04


US v. O.C. Smith (Memphis, TN)
Testified at trial, 1/25/05

Park Dietz, M.D., M.P.H., Ph.D.
Page 32

CO v. Rebekah Amaya (Lamar, CO)
Testified at trial, 1/31/05

CA v. Alejandro Avila (Santa Ana, CA)
Testified at trial, 5/11/05

US v. Scott Blackstone (Fort Bliss, TX)
Testified at trial (telephonic), 5/11/05

CA v. Edgar Omar Osorio (Santa Ana, CA)
Testified at trial, 5/17/05

In re: Loren Huss (Des Moines, IA)
Testified at trial, 5/19/05 and 5/20/05

Ronald Lee Deere v. Jeanne Woodford (Los Angeles, CA)
Testified at deposition, 11/11/05 and 2/14/06
Testified at hearing, 9/27/07

IL v. Paul Runge (Chicago, IL)
Testified at trial, 2/9/06

CA v. Patricia Johnson (San Diego, CA)
Testified at trial, 4/4/06

CA v. Ford (San Bernardino, CA)
Testified at trial, 5/31/06, 6/1/06 and 6/7/06

Plaintiffs v. Masonic Homes of California, et al. (Pomona, CA)
Testified at trial, 9/21/06 and 9/22/06

Ortego v. Diocese of Lafayette, et al. (Lafayette, LA)
Testified at deposition, 2/8/07

Rister v. Archdiocese of San Diego, et al. (San Diego, CA)
Testified at deposition, 2/9/07

Buser v. Archdiocese of Los Angeles, et al. (Los Angeles, CA)
Testified at deposition, 5/29/07

Hewlett-Packard Company v. Factory Mutual Insurance Company
(New York, NY)
Testified at deposition, 7/19/07

Park Dietz, M.D., M.P.H., Ph.D.
Page 33

O'Donnabhain v. Commissioner (Boston, MA)
Testified at trial, 8/23/07 and 8/24/07

AZ v. Samuel Dieteman and Dale Hausner (Phoenix, AZ)
Testified at trial, 9/28/07

US v. Lisa Montgomery (Kansas City, MO)
Testified at trial, 10/17/07 and 10/18/07

U.S. v. 2nd Lieutenant Eric Bailey (Washington, DC)
Testified at competency hearing (telephonic), 1/23/08

CA v. Sidney Nathaniel Landau (Santa Ana, CA)
Testified at trial, 7/16/08, 7/17/08, 7/21/08, 7/22/08, and 7/23/08

White v. Pasadena Police Department (Pasadena, CA)
Testified at administrative hearing, 7/25/08

CA v. Skylar Deleon (Santa Ana, CA)
Testified at sentencing trial, 11/3/08

CA v. Michael Gonzales (San Diego, CA)
Testified at trial, 2/19/09

Douglas Daniel Clark v. Warden (Newport Beach, CA)
Testified at deposition, 3/24/09
Testified at deposition, 1/24/12

Michael Dee Mattson v. Warden (Los Angeles, CA)
Testified at trial, 3/26/09

CA v. Jason Cooper (San Diego, CA)
Testified at trial, 4/6/09, 4/7/09

Troy Ashmus v. Warden (San Francisco, CA)
Testified at trial, 1/26/10

CA v. Ian Alex Suazo (San Diego, CA)
Testified at trial, 4/5/10, 4/6/10

Chauncey M. DePree, Jr. v. Martha D. Saunders as President of the
University of Southern Mississippi (Hattiesburg, MS)
Testified at deposition, 4/20/10

Park Dietz, M.D., M.P.H., Ph.D.
Page 34

WA v. Daniel J. Mustard (Port Orchard, WA)
Testified at hearing, 8/31/10 and 9/1/10
Testified at trial, 12/1/10, 12/2/10, 12/3/10, and 12/8/10

Regina v. Sandra Rinella and Alexander Petraitis (Toronto, Canada)
Testified at voir dire, 10/27/10 and 10/28/10
Testified at trial, 11/2/10 and 11/3/10

CA v. Eric Russell Andreasen (Vista, CA)
Testified at trial, 3/22/11

Stevens v. U.S. (West Palm Beach, FL)
Testified at deposition, 6/30/11

Deepak Kalpoe and Satish Kalpoe v. Phillip C. McGraw, CBS Television
Distribution Group F/K/A/ CBS Paramount Domestic Television, Peteski
Productions, Inc., et al.
Testified at deposition, 10/19/11

CA v. Brendan O'Rourke (Vista, CA)
Testified at trial, 3/12/12

CA v. Joseph Naso (San Rafael, CA)
Testified at pre-trial hearing, 4/19/13
Testified at sentencing, 9/13/13

US v. David Brooks (Eastern District of New York, Central Islip, NY)
Addressed Court at sentencing, 8/12/13

CA v. Sidney Nathaniel Landau (Santa Ana, CA)
Testified at deposition, 10/4/13
Testified at trial, 11/7/13, 11/12/13, 11/13/13

Michael Keister v. YMCA of Western North Carolina (Asheville, NC)
Testified at deposition, 3/13/14
Testified at trial deposition, 3/14/14

Judith Cox and Charles Cox v. State of Washington, Department of
Social and Health Services (Tacoma, WA)
Testified at deposition, 5/9/14
Testified at trial (by Zoom), 7/27/20, 7/28/20

Park Dietz, M.D., M.P.H., Ph.D.
Page 35

US v. Wesley Paul Coonce, Jr., and Charles Michael Hall (Springfield, MO)
Testified at trial, 5/28/14, 5/29/14

Does v. Los Angeles Unified School District (Los Angeles, CA)
Testified at deposition, 5/30/14

In re. Barrett Linde (Miami, FL)
Testified at deposition, 10/1/14
Testified at trial, 10/6/14

John David Couzens v. Archdiocese of Kansas City (Kansas City, MO)
Testified at trial, 10/9/14 and 10/10/14

A.M. v. Los Angeles Unified School District, et al. (Los Angeles, CA)
Testified at deposition, 10/17/14 and 10/23/14

People of California v. Bryan Chang (Vista, CA)
Testified at trial, 11/3/14

Brooks v. Briar Bay Community Association, et al. (West Palm Beach, FL)
Testified at deposition, 6/8/16

Juania Ardizzone v. Jerry Ardizzone, et al. (Newport Beach, CA)
Testified at deposition, 12/22/16

Leath Rothman v. Peteski Productions, Inc., CBS Studios, Inc., Dr. Phil McGraw, et al.
Testified at deposition, 8/23/17

John CJ Doe v. Roman Catholic Bishop of Los Angeles, St. Louis de Marrilac Catholic Church, Fr. Christopher Cunningham, et al.
Testified at deposition, 10/23/17

Hillary Lawson, et al. v. Howard Rubin, et al. (New York, NY)
Testified at deposition, 1/17/19

U.S. v. Brandon Michael Fleury (Fort Lauderdale, FL)
Testified at trial, 10/7/19

Doe v. Board of Education of Prince George's Co., et al.
Testified at virtual deposition, 1/14/21

## PUBLICATIONS:

Journal:

1.  Dietz PE, Baker SP:  Drowning:  Epidemiology and prevention.
    American Journal of Public Health 64:303-312, 1974.

2.  Rubin RR, Elkes J, Maris RW, Dietz PE:  Medicine and the
    behavioral sciences:  The Johns Hopkins M.D.-Ph.D. Program.
    Johns Hopkins Medical Journal 136:268-270, 1975.

3.  Dietz PE:  Clinical approaches to teaching legal medicine to
    physicians:  Medicolegal emergencies and consultations.
    American Journal of Law and Medicine 2:133-145, 1976.

4.  Dietz PE:  Toward a scientific forensic psychiatry.  Journal of
    Forensic Sciences 22:774-780, 1977.

5.  Dietz PE:  Social discrediting of psychiatry:  The protasis of legal
    disfranchisement.  American Journal of Psychiatry 134:1356-
    1360, 1977.

6.  Dietz PE:  Victim-precipitated criminal homicide.   Bulletin of the
    American Academy of Psychiatry and the Law  5:367-370, 1977.

7.  Dietz PE:  Cosmetic surgical treatment of offenders.  Bulletin of
    the American Academy of Psychiatry and the Law 5:465-469,
    1977.

8.  Rappeport JR, Dietz PE:  Professional activities of Maryland and
    U.S. psychiatrists.  Maryland State Medical Journal 27:45-48,
    March 1978.

9.  Dietz PE:  Forensic and non-forensic psychiatrists:  An empirical
    comparision.  Bulletin of the American Academy of Psychiatry
    and the Law 6:13-23, 1978.

10. Dietz PE:  Access to medical literature in medical criminology.
    Bulletin of the American Academy of Psychiatry and the Law
    6:110-117, 1978.

11. Matthews D, Dietz PE:  Labeling theory and the family dynamics
    of schizophrenia:  A theoretical synthesis.  Child Psychiatry
    Quarterly 11:83-97, 1978.

12. Dietz PE:  Measuring the impact of Isaac Ray:  A citation analysis.  <u>Bull Am Acad Psychiatry Law</u> 6:249-255, 1978.

13. Dietz PE: Male homosexual prostitution.  <u>Bull Am Acad Psychiatry Law</u> 6:468-471, 1978.

14. Dietz PE:  Educating the forensic psychiatrist.  <u>J Forensic Sciences</u> 24:880-884, 1979.

15. Baker SP, Teret SP, Dietz PE:  Firearms and the public health.  <u>J Public Health Policy</u> 1:224-229, 1980.

16. Dietz PE, Dvoskin JA:  Quality of life for the mentally disabled.  <u>J Forensic Sciences</u> 25:926-931, 1980.

17. Dietz PE:  Psychiatrists who use and do not use ECT:  A comparative study.  <u>Hillside J Clin Psychiatry</u> 3:149-162, 1981.

18. Hazelwood RR, Dietz PE, Burgess AW:  The investigation of autoerotic fatalities.  <u>J Police Sci and Admin</u> 9:404-411, 1981. (Reprinted, with revisions, in Hazelwood RR, Dietz PE, Burgess AW:  <u>Autoerotic Fatalities</u>, pp. 121-138.  Lexington, MA: Lexington Books, 1983.)

19. Dietz PE:  Threats or blows?  Observations on the distinction between assault and battery.  <u>International J Law and Psychiatry</u> 4:401-416, 1981.

20. Dietz PE, Rada RT:  Battery incidents and batterers in a maximum security hospital.  <u>Arch Gen Psychiatry</u> 39:31-34, 1982.

21. Dietz PE, Rada RT:  Risks and benefits of working with violent patients.  <u>Psychiatric Ann</u> 12:502-508, 1982.

22. Mendelson JH, Dietz PE, Ellingboe J:  Postmortem plasma luteinizing hormone levels and antemortem violence.  <u>Pharmacol Biochem Behav</u> 17:171-173, 1982.

23. Hazelwood RR, Dietz PE, Burgess AW:  Sexual fatalities: Behavioral reconstruction in equivocal cases.  <u>J Forensic Sciences</u> 27:763-773, 1982.  (Reprinted, with revisions, in Hazelwood RR,

Park Dietz, M.D., M.P.H., Ph.D.
Page 38

Dietz PE, Burgess AW:  Autoerotic Fatalities, pp. 139-153. Lexington, MA:  Lexington Books, 1983.)

24.   Dietz PE, Evans B:  Pornographic imagery and prevalence of paraphilia.  Am J Psychiatry 139:1493-1495, 1982.

25.   Dietz PE, Hazelwood RR:  Atypical autoerotic fatalities.  Med & Law 1:307-319, 1982.  (Reprinted, with additional material, in Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities, pp. 101-119. Lexington, MA:  Lexington Books, 1983.)

26.   Dietz PE:  Victim consequences and their control.  Victimology 7:181-186, 1982.

27.   Dietz PE, Cooke G, Rappeport JR, Silvergleit IT:  Psychojargon in the psycholegal report:  Ratings by judges, psychiatrists, and psychologists. Behav Sci & Law 1:77-84, 1983.

28.   Dietz PE, Rada RT:  Seclusion rates and patient census in a maximum security hospital.  Behav Sci & Law 1:89-93, 1983.

29.   Harry B, Dietz PE:  Offenders in a silent world:  Hearing impairment and deafness in relation to criminality, incompetence, and insanity.  Bull Am Acad Psychiatry Law 13:85-96, 1985.

30.   Dietz PE:  Why the experts disagree:  Variations in the psychiatric evaluation of criminal insanity.  Ann Am Acad Polit Soc Sci 477:84-95, 1985.

31.   Dietz PE, Harry B, Hazelwood RR:  Detective magazines: Pornography for the sexual sadist?  J Forensic Sciences 31:197-211, 1986.  (Reprinted in Final Report of the Attorney General's Commission on Pornography, Washington, D.C.:  U.S. Department of Justice, 1986, 1:55-69; excerpted in Spitzer RL et al., DSM-III-R Case Book, Washington, D.C.:  American Psychiatric Press, 1989, pp. 32-35.)

32.   Jagger J, Dietz PE:  Death and injury by firearms:  Who cares? JAMA 255:3143-3144, 1986.

33.   Dietz PE:  Mass, serial, and sensational homicides.  Bull NY Acad Med 62:477-491, 1986.

34.   Dietz PE, Reese JT:  The perils of police psychology:  Ten strategies for minimizing role conflicts when providing mental health services and consultation to law enforcement agencies. <u>Behav Sci & Law</u> 4:385-400, 1986.  Reprinted in Reese JT (ed.): <u>Behavioral Science in Law Enforcement</u>.  Quantico, VA:  Federal Bureau of Investigation, 1987, pp. 81-96.

35.   Dietz PE:  The forensic psychiatrist of the future. <u>Bull Am Acad Psychiatry Law</u> 15:217-227, 1987.

36.   Dietz PE, Baker SP:  Murder at work. <u>Am J Public Health</u> 77:1273-1274, 1987.

37.   Dietz PE:  Dangerous information:  Product tampering and poisoning advice in revenge and murder manuals. <u>J Forensic Sciences</u> 33:1206-1217, 1988.

38.   Dietz PE, Sears AE:  Pornography and obscenity sold in "adult bookstores":  A survey of 5132 books, magazines, and films in four American cities. <u>Michigan Journal of Law Reform</u> 21:7-46, 1987/1988.

39.   Dietz PE:  Abnormal consumer behavior. <u>Mobius:  The Journal of the Society of Consumer Affairs Professionals in Business</u> 8:14-15, Spring 1989.

40.   Dietz PE, Hazelwood RR, Warren J:  The sexually sadistic criminal and his offenses. <u>Bull Am Acad Psychiatry Law</u> 18:163-178, 1990.

41.   Dietz PE, Matthews DB, Van Duyne C, Martell DA, Parry CDH, Stewart T, Warren J, Crowder JD:  Threatening and otherwise inappropriate letters to Hollywood celebrities. <u>J Forensic Sciences</u> 36:185-209, 1991.

42.   Warren JI, Fitch WL, Dietz PE, Rosenfeld BD:  Criminal offense, psychiatric diagnosis, and psycholegal opinion:  An analysis of 894 pretrial referrals. <u>Bull Am Acad Psychiatry Law</u> 19:63-69, 1991.

43.   Dietz PE, Matthews DB, Martell DA, Stewart T, Hrouda DR, Warren J:  Threatening and otherwise inappropriate letters to Members of the United States Congress. <u>Journal of Forensic Sciences</u> 36:1445-1468, 1991.

Park Dietz, M.D., M.P.H., Ph.D.
Page 40

44.  Hazelwood RR, Dietz PE, Warren J:  The criminal sexual sadist.
     FBI Law Enforcement Bulletin 61(2):12-20, February 1992.
     (Reprinted in Hazelwood RR, Burgess AW (eds.):  Practical
     Aspects of Rape Investigation:  A Multidisciplinary Approach, 2nd
     Ed., CRC Press, Boca Raton, FL, 1995, pp. 361-371.)

45.  Dietz PE:  Product tampering:  Crimes and complaints.  Process
     (Newsmagazine of the National Food Processors Association)
     3(2):8-10, Spring 1992.

46.  Martell DA, Dietz PE:  Mentally disordered offenders who push or
     attempt to push victims onto subway tracks in New York City.
     Archives of General Psychiatry 49:472-475, 1992.  (Reprinted in
     Lundberg GD, Young RK, Flanagin A, Koop CE (eds.):  Violence,
     Chicago:  American Medical Association, 1992, pp. 399-402.)

47.  Dietz PE:  Mentally disordered offenders:  Patterns in the
     relationship between mental disorder and crime.  Psychiatric
     Clinics of North America 15:539-551, 1992.

48.  O'Halloran RL, Dietz PE:  Autoerotic fatalities with power
     hydraulics.  Journal of Forensic Sciences, 38:359-364, 1993.

49.  Hazelwood R, Warren J, Dietz P:  Compliant victims of the sexual
     sadist.  Australian Family Physician 22:474-479, 1993.

50.  Dietz PE:  The quest for excellence in forensic psychiatry.  Bull
     Am Acad Psychiatry Law 24:153-163, 1996.

51.  Warren J, Hazelwood RR, Dietz PE:  The sexually sadistic serial
     killer.  Journal of Forensic Sciences 41(6):970-974, 1996.

52.  Pitt SE, Spiers EM, Dietz PE, Dvoskin JA:  Preserving the
     integrity of the interview:  The value of videotape.  Journal of
     Forensic Sciences 44:1287-1291, 1999.

53.  Murrie DC, Warren JI, Kristiansson M, and Dietz P:  Asperger's
     syndrome in forensic settings.  Int. J. Forensic Mental Health,
     1:59-70, 2002.

54.  Rivard JM, Dietz P, Martell, D, Widawski, M:  Acute dissociative
     responses in law enforcement officers involved in critical

Park Dietz, M.D., M.P.H., Ph.D.
Page 41

shooting incidents:  The clinical and forensic implications. Journal of Forensic Sciences 47(5):1-8, 2002.

55.  Warren JI, Murrie DC, Chauhan P, Dietz PE, Morris J:  Opinion formation in evaluating sanity at the time of the offense:  An examination of 5,175 pre-trial evaluations.  Behav Sci & Law, 22:171-186, 2004.

56.  Warren JI, Murrie DC, Stejskal W, Colwell LH, Morris J, Chauhan P, Dietz P:  Opinion formation in evaluating the adjudicative competence and restorability of criminal defendants:  A review of 8,000 evaluations. Behav Sci & Law, 24:113-132, 2006.

57.  Dietz P, Kenan J:  Children and violence.  Pediatric Research 62:119, 2007.

58.  Kaplan D, Dietz P:  Use employee assistance to manage risk. Occupational Health & Safety, 76:82-85, July 2007.

59.  Dietz P, Martell DA:  Approaching and stalking public figures:  A prerequisite to attack.  J Amer Acad Psychiatry Law, 38:341-348, 2010.

60.  Dietz P:  Documenting a suspect's state of mind.  FBI Law Enforcement Bulletin, 81(11):13-18, November 2012.

61.  Warren JI, Dietz PE, Hazelwood RR:  The collectors:  Serial sexual offenders who preserve evidence of their crimes. Aggression and Violent Behavior, 18:666-672, 2013.

62.  Lanning KV, Dietz P:  Acquaintance molestation and youth-serving organizations.  Journal of Interpersonal Violence, 29(15):2815-2838, 2014.

63.  Fischer CA, Beckson M, Dietz P:  Factitious disorder in a patient claiming to be a sexually sadistic serial killer.  Journal of Forensic Sciences, 62(3):822-826, 2017.

64.  Warren JI, Wellbeloved-Stone JM, Dietz PE, & Millspaugh, SB:. Gender and violence risk assessment in prisons.  Psychological Services. Advance online publication.  (2017, November 27). http://dx.doi.org/10.1037/ser0000217

Park Dietz, M.D., M.P.H., Ph.D.
Page 42

65. Dietz P:  Grooming and seduction.  <u>Journal of Interpersonal Violence</u>, 33(1):28-36, 2018.

67. Dietz P:  Denial and minimization among sex offenders. <u>Behavioral Sciences & the Law</u>, 38(6):571-585, 2020.

68. Warren JI, Reed J, Leviton ACR, Millspaugh SP, Dietz P, Grabowska AA, Isom AN, Shelton JLE, Lybert K:  The lethality of non-familial child abductions: Characteristics and outcomes of 565 incidents involving youth under the age of 18 years. <u>Behavioral Sciences & the Law</u>, 39(3):262-278, 2021.

69. Scurich N, Guney S, Dietz P:  Hindsight bias in assessing the foreseeability of child sexual abuse.  Submitted for publication.

70. Chopin J, Beauregard E, Dietz P:  Death in sadistic sexual crimes: A neural network analysis of factors associated with a lethal outcome.  Submitted for publication.

<u>Books and Reports</u>:

1. Hazelwood RR, Dietz PE, Burgess AW:  <u>Autoerotic Fatalities</u>. Lexington, MA:  Lexington Books, 1983.  (Excerpted in Spitzer RL et al., <u>DSM-III-R Case Book</u>, Washington, D.C.:  American Psychiatric Press, 1989, pp. 14-15.)  (Reprinted in paperback by Houghten Mifflin Publishing Co., Boston, MA.)

2. Dietz PE:  <u>Psychiatrists and Their Treatments:  A Study in the Sociology of Psychiatry</u>.  Ann Arbor, MI:  University Microfilms International, 1984.

3. Dietz PE:  <u>The Mad and the Bad:  Mentally Disordered Offenders</u>. Report submitted to the Center for the Interdisciplinary Study of Criminal Violence, University of Pennsylvania, Philadelphia, PA, 1985.

4. Dietz PE, Martell DA:  <u>Mentally Disordered Offenders in Pursuit of Celebrities and Politicians</u>.  Report to the National Institute of Justice, Washington, DC, 1989.

Park Dietz, M.D., M.P.H., Ph.D.
Page 43

Book Chapters:

1. Dietz PE:  Mental health, criminal justice, and social control.  In: Ayd FJ, Jr. (Ed.):  Medical, Moral and Legal Issues in Mental Health Care.  Baltimore:  Williams & Wilkins, 1974, pp. 204-210.

2. Dietz PE:  Social factors in rapist behavior.  In:  Rada RT (Ed.): Clinical Aspects of the Rapist.  New York:  Grune & Stratton, 1978, pp. 59-115.

3. Dietz PE, Platman S, Matthews D:  The organization and delivery of mental health services.  In:  Balis GU, Wurmser L, McDaniel E, Grenell RG (Eds.):  The Behavioral and Social Sciences and the Practice of Medicine.  Boston:  Butterworth, 1978, pp. 607-619.

4. Baker SP, Dietz PE:  Injury prevention.  In:  The Institute of Medicine, National Academy of Sciences:  Healthy People:  The Surgeon General's Report on Health Promotion and Disease Prevention:  Background Papers.  Washington, D.C.:  U.S. Government Printing Office, 1979 (DHEW (PHS) Publication No. 79-5507lA), pp. 53-80.

5. Baker SP, Dietz PE:  The epidemiology and prevention of injury. In:  Zuidema GD, Rutherford RB, Ballinger WF (Eds.):  The Management of Trauma, 3rd ed.  Philadelphia:  W. B. Saunders, 1979, pp. 794-821.

6. Dietz PE:  Sex offenses:  Behavioral aspects.  In:  Kadish SH (Ed.):  Encyclopedia of Crime and Justice.  New York:  Free Press, 1983, pp. 1485-1493.

7. Dietz PE, Rada RT:  Interpersonal violence in forensic facilities. In:  Lion JR, Reid WH (Eds.):  Assaults Within Psychiatric Facilities.  New York:  Grune & Stratton, 1983, pp. 47-59.

8. Dietz PE:  Sex offender profiling by the FBI:  A preliminary conceptual model.  In:  Forensic Science Research and Training Center, FBI Academy:  Proceedings of a Forensic Science Symposium on The Analysis of Sexual Assault Evidence. Washington, D.C.:  U.S. Department of Justice, 1985, pp. 179-187.  (Reprinted, with revisions, in Ben-Aron MH, Hucker SJ, Webster CD (Eds.):  Clinical Criminology:  The Assessment and Treatment of Criminal Behaviour, pp. 207-219.  Toronto:  Clarke Institute of Psychiatry, University of Toronto, 1985.)

Park Dietz, M.D., M.P.H., Ph.D.
Page 44

9.  Dietz PE:  Hypothetical criteria for the prediction of individual criminality.  In:  Webster CD, Ben-Aron MH, Hucker SJ (Eds.):  Dangerousness:  Probability and Prediction, Psychiatry and Public Policy.  Cambridge, England:  Cambridge University Press, 1985, pp. 87-102.

10. Dietz PE:  Aversion therapy.  In:  Kuper A, Kuper J (Eds.):  The Social Science Encyclopedia.  London:  Routledge & Kegan Paul, 1985, pp. 58-59.

11. Dietz PE, Cox DJ, Wegener S:  Male genital exhibitionism. In:  Curran WJ, McGarry AL, Shah SA (Eds.):  Forensic Psychiatry and Psychology.  Philadelphia:  F.A. Davis, 1986, pp. 363-385.

12. Dietz PE:  Signed statement in the Final Report of the Attorney General's Commission on Pornography, Washington, D.C.:  U.S. Department of Justice, 1986, 1:37-53.

13. Dietz PE:  Patterns in human violence.  In:  Hales RE, Frances AJ (Eds.):  Psychiatric Update:  American Psychiatric Association Annual Review.  Washington, D.C.:  American Psychiatric Press, 6:465-490, 1987.

14. Dietz PE:  What motivates the tamperer?  In:  Product Tampering and the Threat to Tamper.  Los Angeles:  Foundation for American Communications, 1987, pp. 4-6.

15. Dietz PE:  Combating the "madness of crowds."  In:  FORTUNE: Crosscurrents in Corporate Communications, Number 17, 1988, pp. 60-64.

16. Dietz PE:  Defenses against dangerous people when arrest and commitment fail.  In:  Simon RI (Ed.):  American Psychiatric Press Review of Clinical Psychiatry and the Law.  Washington, D.C.:  American Psychiatric Press, 1:205-219, 1989.

17. Dietz PE:  The proliferation of product tampering.  In:  Product Tampering:  A Worldwide Problem.  Los Angeles:  Foundation for American Communications, 1993, pp. 9-11.

18. Dietz PE:  Criminal profiling and crime victim litigation.  In: National Crime Victim Bar Association:  Civil Actions for Criminal

Park Dietz, M.D., M.P.H., Ph.D.
Page 45

Acts.  Washington, DC.:  National Center for Victims of Crime,
2005, pp. 156-165.

19.  Dietz PE:  The serial killer who ticked:  A diagnostic debate in
     criminal court.  In:  Spitzer RL, First MB, Williams JBW, Gibbon M
     (eds.):  DSM-IV-TR® Case Book:  Experts Tell How They Treated
     Their Own Patients, Vol. 2.   Washington, DC:  American
     Psychiatric Publishing, 2006, pp. 413-419.

20.  Dietz P:  Threat assessment, workplace.  In:  Jamieson A,
     Moenssens A (eds.):  Wiley Encyclopedia of Forensic Science.
     West Sussex, UK:  John Wiley & Sons, Ltd., 2009, pp. 2460-
     2465.

21.  Scurich N, Dietz P:  Psychological barriers to the detection of
     child sexual abuse.  Forthcoming in:  DeMatteo D, Scherr K
     (eds.):  The Oxford Handbook of Psychology and Law.

Committee Publications:

1.  Task Force on the Right to Treatment of the American Psychiatric
    Association:  Position statement on the right to adequate care
    and treatment for the mentally ill and mentally retarded.  Am J
    Psychiatry 134:354-355, 1977.

2.  Committee on Abuse and Misuse of Psychiatry in the U.S. of the
    American Psychiatric Association:  Position statement on
    employment-related psychiatric examinations.  Am J Psychiatry
    142:416, 1985.

3.  Committee on Trauma Research of the National Research Council
    and Institute of Medicine:  Injury in America.  Washington, D.C.:
    National Academy Press, 1985.

4.  Attorney General's Commission on Pornography:  Final Report of
    the Attorney General's Commission on Pornography.
    Washington, D.C.:  U. S. Department of Justice, 1986.

5.  Committee on Psychiatry and the Law, Group for the
    Advancement of Psychiatry:  The Mental Health Professional and
    the Legal System.  New York:  Brunner/Mazel, 1991.

6.  Task Force on Videotaping Forensic Interviews, American
    Academy of Psychiatry and the Law:  Videotaping of forensic

psychiatric evaluations.  J Am Acad Psychiatry Law 27:345-358, 1999.

Audiotape Journal Lectures:

1.  Rada RT, Dietz PE, Abel GG, Sadoff RL:  "The Dangerous Myth of the 'Typical' Rapist," Audio-Digest Psychiatry 5(16), 23 August 1976.

2.  Dietz PE:  "Defenses Against Dangerous Patients," Audio-Digest Psychiatry 20(6), 25 March 1991.

3.  Dietz PE:  "Keeping Your Private Life Private," Audio-Digest Psychiatry 20(7), 15 April 1991.

Edited Works:

1.  Psychotherapy and the Human Predicament:  A Psychosocial Approach by Jerome D. Frank.  New York:  Schocken Books, 1978.

2.  "Crime and Sexuality,"  Vol. 6, No. 3, of Bulletin of the American Academy of Psychiatry and the Law (1978).

3.  "Psychological Aspects of Violence," Vol. 12, No. 5, of Psychiatric Annals (May 1982).

Brief Essays and Letters to the Editor:

1.  Dietz PE:  Passive death.  Lancet 2:150-151, 1973.

2.  Dietz PE:  Ethics and law in medical education.  Private Practice 5:65, August 1973.

3.  Dietz PE:  Letter describing varieties of klismaphilia.  Am J Psychotherapy 28:322-323, 1974.

4.  Dietz PE, Baker SP:  Evitable injuries.  Lancet 2:963-964, 1974.

5.  Dietz PE:  Injury:  Intent and change.  Am J Public Health 65:184-185, 1975.

6.  Dietz PE:  Child poisoning and tablet containers.  Lancet 1:1427, 1975.

Park Dietz, M.D., M.P.H., Ph.D.
Page 47

7.  Dietz PE:  The Maryland Psychiatric Treatments Survey.  The Maryland Psychiatrist 3:8, October 1976.

8.  Rappeport JR, Dietz PE, Taylor IJ, Shave DW, Hitchman IL:  The Maryland Psychiatric Treatment Survey:  I.  Impetus and design. The Maryland Psychiatrist 4:12-14, Summer 1977.

9.  Dietz PE:  Mechanism of rapists' arousal.  Med Aspects Human Sexuality 11:77, 83, August 1977.

10.  Dietz PE:  SCUBA and Alcohol Don't Mix.  Med Times 105:116, October 1977.

11.  Dietz PE, Rappeport JR:  Demographic and training characteristics of Maryland and U.S. psychiatrists.  The Maryland Psychiatrist 5:4-5, February 1978.

12.  Dietz PE:  Insanity defense.  Psychiatric News 14:2, March 16, 1979.

13.  Dietz PE:  Transsexual vs homosexual.  Med Aspects Human Sexuality 16:54z, December 1982.

14.  Dietz PE:  Violence and the clinician.  Psychiatric Annals 12:5:501, 1982.

15.  Dietz PE:  Long-term effect of rape.  Med Aspects Human Sexuality 18:251, March 1984.

16.  Dietz PE:  Fears of a rape victim.   Med Aspects Human Sexuality 21:58, 60, January 1987.

17.  Jagger J, Dietz PE:  Response to Miller JM.  JAMA 256:2195, 1986.

18.  Dietz PE:  Television-inspired autoerotic asphyxiation.  Journal of Forensic Sciences 34:528-529, 1989.

19.  Dietz PE:  Archeology and looting:  Preserving the record. Science 251:498, 1 February 1991.

20.  Dietz PE:  Response to Chaffin DS.  Clinical Psychiatry News, 20:6, March 1992.

Park Dietz, M.D., M.P.H., Ph.D.
Page 48

21.  Dietz PE:  A stalker could be anyone.  <u>USA Today</u>, January 11, 1995, p.11A.

22.  Dietz P:   Commonalities with the insider threat.  <u>Security Technology & Design</u>, October 2008, p. 26.

23.  Dietz P:  Avoiding misconduct by insiders.  <u>Security Technology Executive</u>, in press.

<u>Book Reviews</u>:

1.  Dietz PE:  Review of "Hustling:  Prostitution in our Wide-Open Society" by Gail Sheehy.  <u>Bull Am Acad Psychiatry Law</u> 1:294-295, 1973.

2.  Dietz PE:  Review of "Indecent Exposure" by John M. Macdonald.  <u>Bull Am Acad Psychiatry Law</u> 2:57-59, 1974.

3.  Dietz PE:  Review of "The Early Diagnosis of the Acute Abdomen" by Sir Zachary Cope.  <u>Arch Intern Med</u> 133:878-879, 1974.

4.  Dietz PE:  Review of "Deviant Reality: Alternative World Views" by Robert W. Winslow and Virginia Winslow.  <u>Bull Am Acad Psychiatry Law</u> 2:199-201, 1974.

5.  Dietz PE:  Review of "Heritage of Excellence:  The Johns Hopkins Medical Institutions, 1914-1947" by Thomas B. Turner, <u>Johns Hopkins Magazine</u> 26:6-8, January 1975.

6.  Dietz PE:  Review of "The Case on Cloud Nine" by Lucy Freeman.  <u>Bull Am Acad Psychiatry Law</u> 3:114-115, 1975.

7.  Dietz PE:  Review of "The Madman Theory" by Ellery Queen.  <u>Bull Am Acad Psychiatry Law</u> 3:115-116, 1975.

8.  Dietz PE:  Review of "Clinical Toxicology of Commercial Products:  Acute Poisoning" by Robert E. Gosselin et al.  <u>Johns Hopkins Med J</u> 139:129-130, 1976.

9.  Dietz PE:  Review of "Adolescent Suicide" by Jerry Jacobs.  <u>Bull Am Acad Psychiatry Law</u> 4:364-366, 1976.

10.   Dietz PE:  Review of "The Doctor-Patient Relationship" by Kevin Browne and Paul Freeling.  <u>Johns Hopkins Med J</u> 140:80-81, 1977.

11.   Dietz PE:  Review of "Becoming Psychiatrists" by Donald Light. <u>N Engl J Med</u> 304:796, 1981.

12.   Dietz PE:  Review of "Disposable Patients" by Daryl Matthews. <u>Psychiatry</u> 44:280-281, 1981.

13.   Dietz PE:  Review of "Biobehavioral Aspects of Aggression" edited by David A. Hamburg and Michelle B. Trudeau.  <u>N Engl J Med</u> 306:1557-1558, 1982.

14.   Dietz PE:  Review of "The Perspectives of Psychiatry" by Paul R. McHugh and Phillip R. Slavney.  <u>N Engl J Med</u> 310:1198-1199, 1984.

15.   Dietz PE:  Sex offender treatment:  Art, science, and politics. Review essay of "The Sexual Aggressor:  Current Perspectives on Treatment" edited by Joanne G. Greer and Irving R. Stuart. <u>Contemp Psychiatry</u> 3:167-172, 1984.

## ORIGINAL PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS:[1]

1.   Dietz PE, Baker SP:  "Drowning:  Etiologic Factors and Preventive Approaches," American Public Health Association, San Francisco, California, November 5, 1973.

2.   Dietz PE, Rappeport JR, Lion JR, et al.:  "Maryland Psychiatric Treatments Survey: II," American Psychiatric Association, Miami Beach, Florida, May10, 1976.

3.   Dietz PE:  "A Sociological Perspective of the Siege of Psychiatry," American Academy of Psychiatry and the Law, San Francisco, California, October 24, 1976.

4.   Dietz PE: "Toward a Scientific Forensic Psychiatry," American Academy of Forensic Sciences, San Diego, California, February 17, 1977.

---

[1] Records for 1995-2001 are incomplete as a result of a hard-drive failure.

5.    Dietz PE: "Forensic Psychiatrists:  Are They Different?,"
      American Academy of Psychiatry and the Law, New Orleans,
      Louisiana, October 23, 1977.

6.    Dietz PE: "Behavioral Aspects of Vehicular Violence," Plenary
      Session Presentation, American Academy of Forensic Sciences,
      St. Louis, Missouri, February 22, 1978.

7.    Dietz PE: "Homicide Motives Reconsidered," American Academy
      of Forensic Sciences, St. Louis, Missouri, February 23, 1978.

8.    Dietz PE, Fillinger H:  "Sexual Fatalities," American Academy of
      Forensic Sciences, St. Louis, Missouri, February 23, 1978.

9.    Dietz PE:  "Psychiatrists Young and Old: A Comparative Study,"
      American Psychiatric Association, Atlanta, Georgia, May 12,
      1978.

10.   Dietz PE:  "Victim Consequences and Their Control," American
      Psychological Association, Toronto, Ontario, Canada, August 29,
      1978.

11.   Dietz PE:  "Medical Criminology and Homicide Control," American
      Academy of Psychiatry and the Law, Montreal, Quebec, Canada,
      October 20, 1978.

12.   Dietz PE:  "A Comparative Study of Users and Non-Users of
      Electroconvulsive Therapy," Robert Wood Johnson Foundation
      Clinical Scholars Program, Scottsdale, Arizona, November 3,
      1978.

13.   Dietz PE:  "Educating the Forensic Psychiatrist," American
      Academy of Forensic Sciences, Atlanta, Georgia, February 14,
      1979.

14.   Dietz PE:  "Prostitutes as Victims, Offenders, and
      Entrepreneurs," American Academy of Forensic Sciences,
      Atlanta, Georgia, February 15, 1979.

15.   Dietz PE:  "Research Methods in Forensic Psychiatry," Special
      Lecture to the Psychiatry Section, American Academy of Forensic
      Sciences, Atlanta, Georgia, February 16, 1979.

16. Dietz PE:  "Sampling Bias and the Case Report:  The Example of Postmortem Cesarean Section," Robert Wood Johnson Foundation Clinical Scholars Program, Scottsdale, Arizona, November 16, 1979.

17. Dietz PE:  "Quality of Life for the Mentally Disabled," Plenary Session Presentation, American Academy of Forensic Sciences, New Orleans, Louisiana, February 21, 1980.

18. Dietz PE, Rada RT:  "Battery Incidents and Batterers in a Maximum Security Hospital," Fifth International Congress of Law and Psychiatry, Banff, Alberta, Canada, January 24, 1981.

19. Dietz PE:  "Patterns in Drug Fatalities:  Propoxyphene, Opiates, and Sedative-Hypnotics," American Academy of Forensic Sciences, Los Angeles, California, February 19, 1981.

20. Dietz PE:  "Crimenes Sexuales," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

21. Dietz PE:  "Responsabilidad Criminal," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

22. Dietz PE:  "El Papel de la Psiquiatria en la Investigacion Criminal," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

23. Dietz PE:  "La Violencia en el Sistemo Carcelario," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

24. Ressler R, Dietz PE:  Full-day course on "Psychological Analysis of Crime Scenes," American Academy of Forensic Sciences, Orlando, Florida, February 11, 1982.

25. Dietz PE, Rada RT:  "Interpersonal Violence in Forensic Facilities," American Psychiatric Association, Toronto, Ontario, Canada, May 19, 1982.

26.  Dietz PE:  "The Hinckley Trial," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

27.  Dietz PE:  "Autoerotic Deaths," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

28.  Dietz PE:  "The Prediction of Intolerable Crimes," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

29.  Dietz PE:  Keynote Address on "The Forensic Evaluation of the President's Assailant," 6th Annual Symposium on Mental Health and the Law, Charlottesville, Virginia, March 14, 1983.

30.  Dietz PE:  "Future Directions in Clinical Criminology," Symposium on Clinical Criminology:  Current Concepts, Clarke Institute, University of Toronto, Toronto, Ontario, April 29, 1983.

31.  Dietz PE:  "Sex Offender Profiling by the FBI:  A Preliminary Conceptual Model," Forensic Science Symposium on the Analysis of Sexual Assault Evidence, Forensic Science Research and Training Center, FBI Academy, Quantico, Virginia, July 8, 1983.

32.  Dietz PE:  "Sexual Bondage Behavior:  A Descriptive Overview and a Proposal for the Diagnosis of Cordophilia," American Academy of Psychiatry and the Law, Portland, Oregon, October 28, 1983.

33.  Dietz PE:  "The Forensic Psychiatric Evaluation of John Hinckley, Jr.," National Association of Medical Examiners, Williamsburg, Virginia, November 17, 1983.

34.  Dietz PE:  "Practicing Medicine Without Patients,"  Alumni Lecture, Robert Wood Johnson Foundation Clinical Scholars Program Annual Meeting, Howey-in-The-Hills, Florida, October 30, 1984.

35.  Dietz PE, Rowe KL:  "The Analysis of Suicide Notes," American Academy of Forensic Sciences, Las Vegas, Nevada, February 15, 1985.

Park Dietz, M.D., M.P.H., Ph.D.
Page 53

36. Dietz PE:  "Offensive Behavior on College and University Campuses: Preliminary Results of a Survey of Institutions Belonging to the National Association of College and University Attorneys," National Association of College and University Attorneys Workshop:  Protecting the Ivory Tower:  Campus Crime and the Use and Misuse of Campus Facilities, Washington, D.C., February 23, 1985.

37. Dietz PE:  "The Charcot and Krafft-Ebing Schools of Forensic Evaluation:  Lessons from John Doe, John Hinckley, and Other Defendants," National Organization of Forensic Social Work, Charlottesville, Virginia, March 28, 1985.

38. Dietz, PE:  "Analysis of Threatening and Obsessional Letters," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

39. Dietz PE:  "Sexual Offenders and Their Treatment," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 3, 1985.

40. Dietz PE:  "Mass, Serial and Sensational Homicides," Symposium on Homicide as a Public Health Problem, New York Academy of Medicine, New York, New York, October 3, 1985.

41. Dietz PE, Ressler RK:  "Sexual Offenders," American College of Legal Medicine and American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 10, 1985.

42. Martell DA, Dietz PE:  "Mental Disorder and Threats Against Public Figures:  Preliminary Research Results," American Society of Criminology, San Diego, California, November 15, 1985.

43. Dietz PE, Hazelwood RR:  "Research Collaboration Between Law Enforcement and Mental Health:  The Study of Masochism and Sadism," World Conference on Police Psychology, FBI Academy, Quantico, Virginia, December 18, 1985.

44. Dietz PE:  "Pornography, Health, and Human Rights:  Legislative Recommendations from the Attorney General's Commission on Pornography," National Conference of State Legislatures, New Orleans, Louisiana, August 5, 1986.

Park Dietz, M.D., M.P.H., Ph.D.
Page 54

45. Dietz PE:  "Role Conflicts in Psychiatric Consultation to Law Enforcement," Symposium on Psychiatry and Law Enforcement, Police Staff College, Bramshill, Hartley Witney, Hants, England, October 22, 1986.

46. Dietz PE:  "Sexual Deviation:  Classification and Relation to Offences," The State of Forensic Psychiatry:  A Joint Conference of the Institute of Psychiatry, the Royal College of Psychiatrists, and the American Academy of Psychiatry and the Law, London, England, October 23, 1986.

47. Dietz PE:  "Sadism and Sexual Offences," The State of Forensic Psychiatry:  A Joint Conference of the Institute of Psychiatry, the Royal College of Psychiatrists, and the American Academy of Psychiatry and the Law, London, England, October 23, 1986.

48. Dietz PE:  "Product Tampering:  Terrorism or Madness?", Annual Educational Conference, Food and Drug Law Institute and Food and Drug Administration, Washington, D.C., December 10, 1986.

49. Dietz PE:  "Product Tampering:  The Nature of the Problem," Los Angeles Times and Foundation for American Communications Conference on Product Tampering:  Terrorism in the Marketplace, Los Angeles, California, December 12, 1986.

50. Dietz PE: "Product Tampering:  Terrorism or Madness?", Food Marketing Institute's 11th Annual Loss Prevention Conference, Tempe, Arizona, February 23, 1987.

51. Dietz PE:  "Product Tampering:  An Overview," Dallas Morning News and Foundation for American Communications Conference on Product Tampering:  Terrorism in the Marketplace, Dallas, Texas, March 20, 1987.

52. Dietz PE:  "Patterns in Human Violence," Psychiatry Update Symposium on Violence and the Violent Patient at the Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 13, 1987.

53. Dietz PE:  "Preserving Behavioral Evidence," National Food Processors Association Conference on Using Evidence in Claims and Tampering Cases, Washington, D.C., May 22, 1987.

54.  Dietz PE:  "Product Tampering," Advanced National Seminar, Packaging Association of Canada, Toronto, Ontario, May 25, 1987.

55.  Dietz PE:  "Product Tampering:  Who Does It?  Who Threatens to Do It?  And Why?", Cincinnati Enquirer, Cincinnati Post, and Foundation for American Communications Conference on Product Tampering, Cincinnati, Ohio, June 4, 1987.

56.  Dietz PE:  "Threat Assessment / Product Tampering," 39th Annual Conference of the Harvard Associates in Police Science, Williamsburg, Virginia, June 23, 1987.

57.  Dietz PE:  "Product Tampering:  What Motivates the Tamperer?," International Association for Identification, Alexandria, Virginia, August 6, 1987.

58.  Dietz PE:  "Dealing with Public Fears of Science and Technology," Foundation for American Communications and Northwestern University Schools of Journalism, Management, and Law Conference on Corporate Communications:  Risk and the Public's Fear of the Unknown, Chicago, Illinois, October 20, 1987.

59.  Dietz PE:  "Who are These People and Why are They Doing This?", Chicago Tribune, Chicago Tribune Foundation, and Foundation for American Communications Conference on Product Tampering and the Threat to Tamper, Chicago, Illinois, October 21, 1987.

60.  Dietz PE:  "Scene Assessment/Threat Assessment," Colonel Henry F. Williams Homicide Seminar, New York State Police Academy, Albany, New York, November 12, 1987.

61.  Dietz PE:  "Creating Risk Perceptions," Associated Press and Foundation for American Communications Conference on Implementing Proposition 65:  A Conference for Journalists, San Francisco, California, January 22, 1988.

62.  Dietz PE:  "Product Tampering as a Terrorist Tactic," 6th Annual Government/Industry Conference on Terrorism, American Society for Industrial Security, Washington, D.C., March 16, 1988.

63. Dietz PE:  "Behavioral Aspects of Mass Murder Investigation," Megaviolence:  Major Violent Incident Control and Response Conference, International Association of Chiefs of Police, Nashville, Tennessee, May 19, 1988.

64. Dietz PE:  "Child Pornography," National Obscenity Task Force Conference, U.S. Department of Justice, Crystal City, Virginia, May 24, 1988.

65. Dietz PE:  "Psychiatric Aspects of Serial Murder Investigation," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, June 20, 1988.

66. Dietz PE:  "Public Figure Threats, Harassment, and Attacks," American Academy of Psychiatry and the Law, San Francisco, California, October 20, 1988.

67. Dietz PE:  "Abnormal Consumer Behavior," Society of Consumer Affairs Professionals in Business Annual Conference, Dallas, Texas, October 25, 1988.

68. Dietz PE, Hazelwood RR, Warren JI:  "Sexual Sadism," Academy of Criminal Justice Sciences, Washington, D.C., March 30, 1989.

69. Dietz PE:  "Forensic Psychiatry," Col. Henry F. Williams Homicide Seminar, New York State Police Academy, Albany, New York, September 19, 1989.

70. Dietz PE:  "Sexual Sadism and Serial Crime," Conference of Sexual Sadism and Serial Murder sponsored by the American Academy of Psychiatry and the Law Tri-State Chapter and the New York Criminal and Supreme Courts Forensic Psychiatry Clinic, New York, New York, January 20, 1990.

71. Dietz PE, Fitch LW, Crowder JD, Warren JI:  "Exorcism, Death, and the Criminal Law," American Academy of Psychiatry and the Law, Coronado, California, October 27, 1990.

72. Ressler RK, Dietz PE:  "Serial, Mass and Sexual Homicide: Selected Case Studies," American Academy of Forensic Sciences, Anaheim, California, February 19, 1991.

73. Dietz PE:  Special Seminar on "Celebrity Stalkers and Assassins," American Academy of Forensic Sciences, Anaheim, California, February 21, 1991.

74. Dietz PE, Fitch LW, Warren JI:  "Mass Media Hit Man," American Academy of Psychiatry and the Law, Lake Buena Vista Florida, October 17, 1991.

75. Poklemba JJ, Ryan J, Dietz PE, Baden MM:  "Forensic Evidence in the Tawana Brawley Case," American Academy of Forensic Sciences, New Orleans, Louisiana, February 19, 1992.

76. Ressler RK, Wright EE, Levine LJ, Dietz PE:  "Portrait of a Serial Killer:  John Joseph Joubert," American Academy of Forensic Sciences, New Orleans, Louisiana, February 21, 1992.

77. Dietz PE:  "Mental Defenses:  From Hinckley to Dahmer," Association of Government Attorneys in Capital Litigation, Newport Beach, California, August 6, 1992.

78. Dietz PE:  "Le meutre, la folie et les medias," Canadian Psychiatric Association, Montreal, Quebec, September 18, 1992.

79. Dietz PE, Hazelwood RR, Warren JI:  "The Sexually Sadistic Criminal:  A Case Study," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 16, 1992.

80. Dietz PE:  "Psychiatric Aspects of Serial Murder Investigation," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, March 15, 1993.

81. Dietz PE, Sucik R:  "The Jeffery Dahmer Case," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, March 15, 1993.

82. Dietz PE:  "Assessing Threats to Public Officials," Threat Management Conference, Anaheim, California, May 13, 1993.

83. Dietz PE:  "Workplace Violence," International Security Management Association, La Paloma, Arizona, January 20, 1994.

84. Dietz PE, Ressler RK:  "Behavioral Aspects of Crime Investigation for Criminal and Civil Litigation," American Academy of Forensic Sciences, San Antonio, Texas, February 15, 1994.

Park Dietz, M.D., M.P.H., Ph.D.
Page 58

85. Dietz PE:  "Workplace Violence:  Can it be Prevented?," American Society for Industrial Security Workshop, "Workplace Violence-Strategies to Communicate," Tempe, Arizona, February 28, 1994.

86. Dietz PE:  "Identifying and Dealing with the Potentially Dangerous Employee in the Workplace," American Bar Association Committee on Employee Rights and Responsibilities, Mid-Winter Meeting, Scottsdale, Arizona, March 10, 1994.

87. Dietz PE, Hazelwood RR:  "Offender Profiles and Premises Liability Litigation," Premises Liability for Violent Crimes Seminar, Defense Research Institute, Dallas, Texas, April 15, 1994.

88. Dietz PE:  "Mass Murder Investigations," 12th Annual Advanced Homicide Investigators Seminar," Metropolitan Toronto Police Homicide Squad, Toronto, Ontario, June 21, 1994.

89. Dietz PE:  "Workplace Violence: An Intensive One-day Violence Prevention Seminar Designed for Top Level Executive and Human Resource Management," Woods, Rogers & Hazelgrove, P.L.C., Roanoke, Virginia, June 17, 1994.

90. Dietz PE:  Plenary Session:  "Avoiding Workplace Violence," Seyfarth, Shaw, Fairweather & Geraldson, The 1994 Labor Law Symposium, Beverly Hills, California, October 13, 1994.

91. Dietz PE: "Violence in the Workplace," Western States Bank Security Directors Meeting, San Diego, California, October 14, 1994.

92. Dietz PE:  "Preventing Violence in the Workplace:  What Can the Employer Do?", Seyfarth, Shaw, Fairweather & Geraldson seminar, "Understanding, Preventing, and Responding to Workplace Violence," Chicago, Illinois, November 16, 1994.

93. Dietz PE:  "Violence in the Workplace:  What Can the Employer Do?," California Employment Law Council Annual Meeting, Los Angeles, California, November 18, 1994.

94. Dietz PE:  "Countermeasures to Workplace Violence," Federal Occupational Health Agency Conference, "The Prevention of

Park Dietz, M.D., M.P.H., Ph.D.
Page 59

Workplace Violence:  A Contemporary Public Health Crisis," San Francisco, California, November 30, 1994.

95.  Dietz PE:  "Changes in Workplace Violence:  The Increasing Standard of Care," Workers' Compensation and Employers' Liability Committee, Tort and Insurance Practice Section, American Bar Association, San Diego, California, March 18, 1995.

96.  Dietz PE:  Keynote Address:  "Overview of Workplace Violence and Countermeasures," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 22, 1994.

97.  Dietz PE:  "Unsolicited Communications to Government Officials and Agencies:  The Need to Report, Assess, and Avoid Counterproductive Responses," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 23, 1994.

98.  Dietz PE:  "Summary of Countermeasures Against Lone Assailants," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 23, 1994.

99.  Dietz PE:  "The Serial Killer," New York State Police Homicide Symposium, Albany, New York, September 27, 1994.

100.  Dietz PE, Hazelwood RR:  "Criminal Profiling," Association of Trial Lawyers of America, National College of Advocacy, Premises Liability:  Inadequate Security & Violent Crimes seminar, Las Vegas, Nevada, October 15, 1994.

101.  Dietz PE:  "Managing the Sexual Misconduct Case," Physicians Insurers Association of America, San Antonio, Texas, November 3, 1994.

102.  Dietz PE, McCrary GO:  "Offender Profiles and Premises Liability Litigation," Premises Liability for Violent Crime Seminar, Defense Research Institute, Boston, Massachusetts, May 25, 1995.

103.  Dietz P:  Presidential Address:  "The Quest for Excellence in Forensic Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

Park Dietz, M.D., M.P.H., Ph.D.
Page 60

104. Dietz PE, Harry B: "Serial Killers in Health Care," Johns Hopkins Medical and Surgical Association Biennial Meeting and School of Medicine Reunion Weekend, Baltimore, Maryland, June 9, 2001.

105. Rivard JM, Dietz PE, Martell DM: "Acute Dissociative Responses in Law Enforcement Officers," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 25, 2001.

106. Dietz PE: "The Forensic Psychiatric Evaluation of Andrea Yates," UCLA Annual Review, Los Angeles, California, October 11, 2002.

107. Dietz PE: "Workplace Violence Prevention," College and University Professional Association for Human Resources, Southwestern Regional Conference, Colorado Springs, Colorado, April 29, 2003.

108. Dietz PE: "Criminal Investigative Analysis ("Profiling") in Civil Litigation," Association of Trial Lawyers of America, San Francisco, California, July 21, 2003.

109. Pitt SE, Dietz PE, Dvoskin JA, Spiers EM, Walker RP, Kurtis B: "Columbine: Understanding Why," American Academy of Psychiatry and the Law, San Antonio, Texas, October 17, 2003

110. Dietz PE: "Strategies for Understanding and Responding to Claims of Post-Traumatic Stress Disorder," Complex Medicine for Trial Lawyers Seminar, Defense Research Institute, Miami, Florida, November 13, 2003

111. Dietz PE: "Pedophile Profile," Sexual Torts Seminar, Defense Research Institute, Chicago, IL, November 14, 2003

112. Dietz PE: "Assessing Threats of Violence: Posturing or About to go Postal?" Pacific Coast Labor & Employment Law Conference, Seattle, WA, May 13, 2004

113. Dietz PE: "Criminal Profiling and Crime Victim Litigation," The National Crime Victim Bar Association, Washington D.C., June 21, 2005

114. Dietz PE: "Mentally Competent to Stand Trial," Col. Henry F. Williams Homicide Seminar, Albany, New York, September 20, 2005.

Park Dietz, M.D., M.P.H., Ph.D.
Page 61

115.  Dietz PE:  "Harassment and Stalking by Psychiatric Patients,"
      Canadian Academy of Psychiatry and Law, Vancouver, Canada,
      November 4, 2005.

116.  Dietz PE:  "Violencia criminal en el ámbito familiar," Congreso
      Psiquiatría Legal XIV Congreso Nacional, Baiona, Spain,
      November 17, 2005.

117.  Dietz PE:  "Sex Offenders," Judge Advocate General's School 29th
      Criminal Law New Developments Course, Charlottesville, VA,
      November 29, 2005

118.  Dietz PE:  "The Criminal Mind," The Semel Institute for
      Neuroscience & Human Behavior at UCLA, Los Angeles, CA,
      February 7, 2006

119.  Dietz PE:  "Assessing Criminal Behavior," National Crime Victims'
      Rights Week Conference, Anaheim, CA, April 7, 2006

120.  Dietz PE: "Current Mental Health Issues," Association of
      Government Attorneys in Capital Litigation's 27th Annual
      Conference, San Diego, CA, August 5, 2006

121.  Dietz P: "Staff Professional Development Training," FBI's
      National Center for the Analysis of Violent Crime, Quantico, VA,
      September 6, 2006

122.  Dietz P:  "Violencia en el medio laboral," XV Congreso Nacional
      de Psiquiatría Legal, Guadalajara, Spain, October 5, 2006

123.  Dietz P:  "Criminal Behavior in the Community, the Workplace,
      and the Media," Fennemore Craig Annual Retreat, October 14,
      2006

124.  Dietz P:  "Prevention of Campus Threats and Violence," National
      Association of College and University Attorneys, San Diego, CA,
      June 29, 2007

125.  Dietz P:  "Behavioral Aspects of Notice, Negligence, Causation,
      and Damages in Sexual Misconduct Cases," Federation Defense
      and Corporate Counsel, Sun Valley, ID, July 27, 2007

Park Dietz, M.D., M.P.H., Ph.D.
Page 62

126.  Dietz P:  "Bullying and the Spectrum of Workplace Misconduct,"
      Employee Assistance Roundtable, San Diego, CA, October 24,
      2007

127.  Dietz P:  "The Sexual Tortfeasor:  Implications for Litigation and
      Prevention," Butler Pappas' Sexual Tort Seminar, Tampa, FL,
      June 26, 2008

128.  Dietz P:  "Behavioral Warnings of Attacks on Public Figures and
      Their Families," Keynote Address, 2008 Executive Security
      International Alumni Conference, Las Vegas, NV, August 9, 2008

129.  Dietz P:  "Current Mental Health Issues," 2008 Summer
      Conference of the Association of Government Attorneys in
      Capital Litigation, San Francisco, CA, August 30, 2008

130.  Dietz P:  "The Role of Forensic Expertise in Capital Crimes
      Litigation," U.S. Department of Justice, Capital Crimes
      Symposium, Columbia, SC, November 14, 2008

131.  Dietz P: "The Mind:  Investigating and Preparing for Mental
      Defenses and Mitigation," National District Attorneys Association
      Forensic Evidence Course, San Francisco, CA, December 10,
      2008

132.  Dietz P:  "Evidence-Based Forensic Psychiatry," 2nd World
      Thematic Conference on Legal & Forensic Psychiatry, Spanish
      Society of Legal Psychiatry and World Psychiatric Association,
      Toledo, Spain, June 17, 2009

133.  Dietz P:  "Evidence-Based Forensic Psychiatry," American
      Academy of Forensic Sciences, Seattle, WA, February 25, 2010

134.  Dietz P:  "New Insights into Columbine," American Society for
      Adolescent Psychiatry, Los Angeles, CA, March 6, 2010

135.  Dietz P:  "Preparing for Mental Defenses," International Criminal
      Investigative Analysis Fellowship, Myrtle Beach, SC, May 3, 2010

136.  Dietz P:  "Dangerous Delusions:  When Fans are a Threat,"
      National District Attorneys Association, Napa, CA, July 14, 2010

137.  Dietz P:  Keynote Address:  "Health Care Workers as Victims of
      Threats and Stalking," International Association for Healthcare

Park Dietz, M.D., M.P.H., Ph.D.
Page 63

Security & Safety and Emergency Nurses Association, UCLA Medical Center, Los Angeles, CA, July 26, 2012.

138. Dietz  P:  Keynote Address:  "Health Care Workers as Victims of Threats and Stalking," International Association for Healthcare Security & Safety and Emergency Nurses Association, Stanford University Medical Center, Los Angeles, CA, July 27, 2012.

139. Dietz P:  "Unusual Syndromes and Defenses," National District Attorneys Association Homicide Course, San Francisco, CA, December 10, 2012.

140. Dietz P:  "Sexual Sadism:  When Lust and Cruelty Merge," G. Stanley Hall Distinguished Lecture in Clinical Psychology, Johns Hopkins University, Baltimore, MD, April 24, 2013.

141. Dietz P:  "Interviewing the I-5 Strangler," American Academy of Psychiatry and the Law, Coronado, CA, October 24, 2013.

142. Dietz P:  "Why It Takes So Long to Identify Sex Offenders," Defense Research Institute Sexual Torts Seminar, Coronado, CA, November 14, 2013.

143. Dietz PE:  "Preventing Violence in Educational Institutions," The Semel Institute for Neuroscience & Human Behavior at UCLA, Los Angeles, CA, December 3, 2013.

144. Dietz PE:  "Sexual Sadism:  A Coping Strategy Model," American Academy of Forensic Sciences, Seattle, Washington, February 21, 2014.

145. Dietz P:  "Inside the Mind of a Killer," National District Attorneys Association Prosecuting Homicide Cases Seminar, San Francisco, CA, February 24, 2014.

146. Dietz P:  "Safe from Evil," American College of Trial Lawyers, La Quinta, CA, March 8, 2014.

147. Dietz P:  "Safe from Evil," Keynote Address, University of Pennsylvania Medical Alumni Weekend, May 16, 2014.

148. Dietz P:  "Sexual Thought Crimes," Keynote Address, Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 14, 2014.

149. Dietz P:  "DSM-5:  Changes Impacting Capital Litigation,"
Association of Government Attorneys in Capital Litigation, San
Diego, CA, August 23, 2014.

150. Dietz P:  "Emotional Injury Claims and Significant Changes in
DSM-5," Complex Medicine Seminar, Defense Research Institute,
San Diego, CA, November 13, 2014.

151. Dietz P:  "Frauds and Other Criminals," Keynote Address, 26th
Annual Anti-Fraud Conference, Monterey, CA, April 1, 2015.

152. Dietz P:  "Inside the Minds of Killers," National District Attorneys
Association Forensic Evidence Course, Savannah, GA, December
8, 2015.

153. Cohen M, Dietz P, Martell DA:  "Resiliency and Trauma:  An
Interdisciplinary Team Approach to the Evaluation of Individuals
in Mass Tort Cases," American Academy of Forensic Sciences,
New Orleans, Louisiana, February 17, 2017.

154. Dietz P:  "Paraphilia and Mental Health:  Inside the Mind of the
Perpetrator," National District Attorneys Association Prosecuting
Sexual Assault and Related Crimes Course, Long Beach, CA,
August 15, 2017.

155. Dietz P:  "Sexual Serial Killers," National District Attorneys
Association Prosecuting Sexual Assault and Related Crimes
Course, Long Beach, CA, August 15, 2017.

156. Dietz P:  Keynote Address:  "Mental Health Crises in the
Workplace: Trends in Private Sector Efforts," Security Summit:
Managing Mental Health Crises in the Workplace, Twin Cities
Security Partnership, Minneapolis, MN, September 20, 2017.

157. Dietz P:  Keynote Address:  "Pathways to Violent Extremism,"
11th Annual Security500, Arlington, VA, November 13, 2017.

158. Dietz P:  "Rebuttal of Mitigation Experts," Association of
Government Attorneys in Capital Litigation's 39th Annual
Conference, Washington, DC, August 9, 2018.

159. Dietz P:  "Preventing Harm to Your Employees, Guests, and
Brand," Foodservice Industry Risk Management Association, Risk

Park Dietz, M.D., M.P.H., Ph.D.
Page 65

Management Workshop, Cal State Fullerton, Fullerton, CA, May 30, 2018.

160. Dietz P: "Cannibal Cop," International Criminal Investigative Analysis Fellowship, F.B.I. Academy, Quantico, VA, September 27, 2018.

161. Dietz P: "Pathways to Extremist Violence," International Criminal Investigative Analysis Fellowship, F.B.I. Academy, Quantico, VA, September 27, 2018.

162. Dietz P: "Challenges to Threat Assessment and Workplace Violence Prevention Programs," Global Security Executives Roundtable, Twitter Headquarters, San Francisco, CA, October 3, 2018.

163. Dietz P: "Domestic Violence and the Workplace," National Multidisciplinary Conference On Domestic Violence, National District Attorneys Association, Long Beach, CA, October 30, 2018.

164. Dietz P: "Domestic Violence Mass Murder," National Multidisciplinary Conference On Domestic Violence, National District Attorneys Association, Long Beach, CA, October 30, 2018.

165. Dietz P: "Rebutting Mitigation Evidence," Evidence for Prosecutors Course, National District Attorneys Association, San Diego, CA, March 26, 2019

166. Dietz P: "Workplace Violence," Industrial Environmental Association Conference, Coronado, CA, October 1, 2019

## PANEL PRESENTATIONS AT NATIONAL MEETINGS:[2]

1. Rada RT, Dietz PE, Abel GG, Sadoff RL: "Clinical Aspects of the Rapist," American Psychiatric Association, Miami Beach, Florida, May 11, 1976.

---

[2] Records from October 1995 to December 2000 are incomplete as a result of a hard-drive failure.

Park Dietz, M.D., M.P.H., Ph.D.
Page 66

2.   Dietz PE, Freeman L, Goldzband MG, Halleck S, Mullany P, Tanay E:  "The Psychiatrist's Role in Criminal Investigation," American Psychiatric Association, Toronto, Ontario, Canada, May 3, 1977.

3.   Frazier SH, Gaughan CW, Romanowicz J, Gilligan JF, Dietz PE: "Corrections, Psychiatry and the Violent Patient," American Psychiatric Association, Chicago, Illinois, May 15, 1979.

4.   Dietz PE, Sadoff RL, Gilligan JF, Borenstein NM, Singer SB: "Practical Problems in Forensic Psychiatry," American Psychiatric Association, Chicago, Illinois, May 17, 1979.

5.   Ciccone JR, Barry DJ, Cavanaugh JL Jr., Dietz PE, Rada RT, Sadoff RL:  Workshop on "Teaching Forensic Psychiatry to Residents," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 27, 1979.

6.   Dietz PE, Hazelwood RR, Fillinger H, Burgess AW, Groth AN: "Autoerotic Deaths," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 27, 1979.

7.   Dietz PE, Labowitz DI, Keefe JF, Issac G, Sadoff RL, Koson DF: Seminar on "The Psychiatrist as an Expert Witness," American Academy of Forensic Sciences, New Orleans, Louisiana, February 23, 1980.

8.   Dietz PE, Wack RC, Howard L, Light D Jr., Steadman HJ: "Institutional Structure and Psychiatric Treatment," American Psychiatric Association, San Francisco, California, May 8, 1980.

9.   Robitscher J, Dietz PE, Zagel J:  "Resolved:  Psychiatrists Should Not Participate in the Death Sentence Process," The Great Debate, American Academy of Psychiatry and the Law, Chicago, Illinois, October 17, 1980.

10.  Rosner R, Cavanaugh JL Jr., Ciccone JR, Dietz PE, Rappeport JR, Sadoff RL, Zonana H:  "Fellowship Programs in Forensic Psychiatry:  Accreditation," American Academy of Psychiatry and the Law, Chicago, Illinois, October 18, 1980.

11.  Reid WH, Barry DJ, Ciccone JR, Halpern A, Dietz PE, Mills MJ: "DSM-III in Forensic Psychiatry," American Academy of Psychiatry and the Law, Coronado, California, October 17, 1981.

12. Rosner RR, Barry DJ, Bradford JMW, Pollack S, Rappeport JR, Dietz PE, Resnick PJ, Weiner B:  "Fellowship Programs in Forensic Psychiatry:  Accreditation II," American Academy of Psychiatry and the Law, Coronado, California, October 18, 1981.

13. Harry B, Dietz PE, Hazelwood RR: "Bloody Instructions: Intolerable Crimes in Mass Market Magazines," American Academy of Psychiatry and the Law, New York, New York, October 24, 1982.

14. Zwerling I, Watson U, Harding G, Dietz PE, Lymberis M, Sadoff RL:  "The Abuse and Misuse of Psychiatry in the United States," American Psychiatric Association, New York, New York, May 3, 1983.

15. Showalter CR, Bonnie RJ, Dietz PE:  "Psychiatric Participation in the Capital Sentencing Process," American Academy of Psychiatry and the Law, Portland, Oregon, October 29, 1983.

16. Harry BE, Dietz PE, Hucker SJ:  "Clinical Criminology as a Practice Paradigm in Forensic Psychiatry," American Academy of Psychiatry and the Law, Portland, Oregon, October 30, 1983.

17. Miller RD, Dietz PE, Morrison HL, Sadoff RL:  "Harassment of Psychiatric Expert Witnesses," American Academy of Psychiatry and the Law, Nassau, Bahamas, October 26, 1984.

18. Rappeport JR, Dietz PE, Basham O:  "Trends in the Standards for the Insanity Defense (Including the Comprehensive Crime Control Act of 1984)," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

19. Carparelli R, Rappeport JR, Dietz PE, Taylor VE, Thwing JB: "Mock Trial," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

20. Fitch WL, Dietz PE, Deitz SR, Showalter CR, Solomon MA: "Forensic Reform Through Statewide Training," American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 11, 1985.

21. Labowitz DI, Dietz PE, Farr W, Flaherty NS, Froede RC, Green DeAH:  "Media Relations for the Forensic Scientist," American

Park Dietz, M.D., M.P.H., Ph.D.
Page 68

> Academy of Forensic Sciences, San Diego, California, February 17, 1987.

22. Hazelwood RR, Lanning K, Dietz PE:  "Criminal Sexuality," a 3-hour nationwide law enforcement teleconference sponsored by the F.B.I. and the Kansas City Police Department, September 29, 1987.

23. Resnick PJ, Rosman J, Dietz PE, Hucker S:  "Necrophilia, Murder and Insanity," American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 16, 1987.

24. Kalt JP, Dietz PE, Cox JE Jr.:  Economics and the Environment: New Challenges for Business and the Media," FORTUNE Magazine Corporate Communications Seminar, La Quinta, California, March 22, 1988.

25. Adelman R, Dietz PE:  "Interaction Between Psychiatry and Law," American Bar Association Appellate Judges Seminar Series, St. Louis, Missouri, May 25, 1988.

26. Dietz PE, Hazelwood RR, Warren JI:  "The Psychopathic Sexual Sadist," Academy of Criminal Justice Sciences, Washington, D.C., March 29, 1989.

27. Adelman R, Dietz PE:  "Interaction Between Psychiatry and the Law," American Bar Association 1989 Appellate Judges Seminar, Lake Tahoe, Nevada, August 22, 1989.

28. Eaton JT, Davidson KL, Novoselsky DA, Reese WS, Lane FA, Dietz PE, Steffan TL, McMorrow MA, Quinlan WR:  "Liability of Not-for-Profit Youth Organizations for Sexual Misconduct by Adult Volunteers of Minors," Appellate Advocacy Committee and Employer-Employee Relations Committee, American Bar Association Annual Meeting, Chicago, Illinois, August 8, 1990.

29. Harpold J, Wells D, Wells K, Dietz PE:  "Victims Surviving Violent Crimes," National Organization for Victim Assistance, Anaheim, California, August 12, 1991.

30. Lanning K, Dietz PE, Ressler R:  Discussion of "Silence of the Lambs," American Academy of Psychiatry and the Law, Lake Buena Vista, Florida, October 17, 1991.

31.   Oliver AD, Binder RL, Dietz PE, Markman RA:  "Ethical Dilemmas in Forensic Practice," American Academy of Psychiatry and the Law, Lake Buena Vista, Florida, October 18, 1991.

32.   Kausch O, Resnick PJ, Dietz PE, Berlin FS, Fosdal FA, Wahlstrom CM Jr.:  "Jeffrey Dahmer:  Sick or Sane or Both?" American Academy of Psychiatry and the Law, Boston, Massachusetts, October 15, 1992.

33.   Corcoran WB, Dietz PE, Lombardi JH, Thompson JD, Wolf KL, Wright JL:  "Workplace Violence:  Strategies to Communicate," American Society for Industrial Security, Tempe, Arizona, March 1, 1994.

34.   Hempel AG, Felthous AR, Dietz PE, Tardiff K, Ostrov E:  "Assessing Dangerousness:  A Case Report of a Hostage-Taking Patient," American Academy of Psychiatry and the Law, Maui, Hawaii, October 20, 1994.

35.   Rand JA, Meloy JR, Ash P, Dietz PE, Crowder JD:  "The Stalking Syndrome of Pathological Attachments," American Academy of Psychiatry and the Law, Maui, Hawaii, October 22, 1994.

36.   Wettstein RM, Dietz P:  "Peer Review of Expert Psychiatric Testimony," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

37.   Gutheil TG, Dietz P, Beahrs JO, Moen S, Roe R:  "Mock Trial:  No Thanks for the Memories," American Academy of Psychiatry and the Law, Seattle,   Washington, October 19, 1995.

38.   Dietz P: "The Quest for Excellence In Forensic Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

39.   Simon RI, Rappeport JR, Gutheil TG, Dietz P, Tanay E:  "Traveling Smart:  Forensic Psychiatrists on the Road," American Academy of Psychiatry and the Law, Seattle, Washington, October 21, 1995.

40.   Dietz PD, Adelman R, Murray MT, Maginnis JP, Pasano MS: "The use and Abuse of Psychiatric and Psychological Evidence in Criminal Cases," American Bar Association, San Francisco, California, August 2, 1997.

Park Dietz, M.D., M.P.H., Ph.D.
Page 70

41.   Resnick PJ, Ciccone JR, Sadoff RL, Dietz PE, Bozievich CA: "The Insanity Trial of John Dupont," American Academy of Psychiatry and the Law, Denver, Colorado, October 23, 1997.

42.   Pitt SE, Phillips RTM, DePrato DK, Dietz PE, Anfang SE: "Forensic Psychiatry and the Media," American Academy of Psychiatry and the Law, Denver, Colorado, October 24, 1997.

43.   Phillips RTM, Dietz PE:  "Consulting to Law Enforcement," American Academy of Psychiatry and the Law, Vancouver, B.C., Canada, October 20, 2000.

44.   Dvoskin, J, Baden M, Dietz P:  "The Intent of the Decedent: Determining Manner of Death in Equivocal Cases," American Academy of Psychiatry and the Law, Vancouver, B.C., Canada, October 21, 2000.

45.   Burns C, Phillips R, McGee J, Romano S, Dietz P:  "The Role of Mental Health Professionals in Hostage Negotiation," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 27, 2001.

46.   Resnick P, Dietz P:  "The Andrea Yates Insanity Trial," American Academy of Psychiatry and the Law, Newport Beach, CA, October 26, 2002.

47.   Dietz PE, Emanuel W, Drucker J, Hajjar A:  "Threat Assessments in the Union Shop:  Thorny Problems, Practical Solutions," Pacific Coast Labor & Employment Law Conference, Seattle, WA, May 13, 2004.

48.   Dietz PE, Gripon EB, Resnick PJ, Reid WH, Kent CS:  "Maternal Filicide in Texas," American Academy of Psychiatry and the Law, Scottsdale, AZ, October 21, 2004.

49.   Dietz PE, Pitt SE, Dvoskin JA, Spiers EM: "The Importance of Video Recording Forensic Examinations," American Academy of Psychiatry and the Law, Scottsdale, AZ, October 22, 2004.

50.   Dietz PE: "Threat Assessment: Past, Present and Future" (Keynote Address), Association of Threat Assessment Professionals, Anaheim, CA, August 16, 2006.

51.    Johnson SC, O'Shaughnessy RJ, Schetsky DH, Dietz PE: "Juvenile Murderers Grow Up: Challenges and Dispositions," American Academy of Psychiatry and the Law, Chicago, IL, October 26, 2006.

52.    Bingham M, Bradley J, Dedman JM, Dietz PE, Galvin M: "Experts – When and Why," National District Attorneys Association Summer Conference, Portland, OR, August 1, 2007.

53.    Newman A, Dietz P, Carpenter WT Jr, Adelman RM, Phillips RTM: "The Trial of John W. Hinckley, Jr.:  A Retrospective," American Academy of Psychiatry and the Law, Baltimore, MD, October 29, 2009.

54.    Restivo K, Nelson EM, Dietz P, Nicholson C:  "Threat Assessment in the Medical School Environment," Association of American Medical Colleges, Western Regional Conference, May 7, 2013.

55.    Stoneking L, Kambam P, Thompson CR, Dietz P:  "School Mass Shootings," American Academy of Psychiatry and the Law, Coronado, CA, October 25, 2013.

56.    Bradford J, Dietz P, Mullen P, Ogloff JRP:  "The Personal Impact of Working on Sex Crimes," Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 14, 2014.

57.    Dietz P, et al.:  "Managing, Reducing, and Preventing Fear of Violence," National Academies of Sciences, Engineering, and Medicine, Virtual Platform, July 21, 2020.

58.    Knoll JL IV, Fisher KL, Dietz P:  "Performance Crimes & Social Media," American Academy of Psychiatry and the Law, Virtual Annual Meeting, October 24, 2020.

**OTHER LECTURE SITES (CORPORATE, REGIONAL, AND LOCAL):**[3]

Abbott Laboratories
Annenberg Washington Program, Northwestern University
ARCO
Arkansas Psychiatric Society
Association of Government Attorneys in Capital Litigation

---

[3] Records for 1995-2001 are incomplete as a result of a hard-drive failure.

Association of Trial Lawyers of America
Atascadero Forensic Mental Health Center, Atascadero, California
Atlanta Federal Penitentiary, U.S Bureau of Prisons
Augusta Mental Health Institute, Augusta, Maine
California Association of Hostage Negotiators
California District Attorneys Association
California District Attorneys Association National Homicide
   Symposium
Central Intelligence Agency
Charlottesville-Albemarle Bar Association, Virginia
Charter Hospital, Long Beach, California
Charter Westbrook Hospital, Virginia Beach, Virginia
Chesapeake Bay Chapter, American Academy of Psychiatry and the
   Law
Chesapeake Bay Chapter, Institute of Food Technology
Children's Institute International
Conference of Major Superiors of Men
Conference of Personal Managers
Cornell University
County Prosecutors Association of New Jersey
Defense Research Institute
Dow Chemical Company Corporate Headquarters
F.B.I. Academy
F.B.I. Field Office, Los Angeles
Focus on the Family, Inc.
Forensic Mental Health Association of California
Georgetown University, Department of Psychiatry
Harbor-UCLA Medical Center
Harrisburg State Hospital, Harrisburg, Pennsylvania
Harvard Medical School, Massachusetts General Hospital
Harvard Medical School, Massachusetts Mental Health Center
Harvard School of Public Health
Hawaii State Hospital
Hawaii State Law Enforcement Officials Association
I.B.M. Corporate Headquarters
Johns Hopkins University, Department of Sociology
Johns Hopkins University, School of Hygiene and Public Health
Kansas County and District Attorneys Association
Kirby Forensic Psychiatric Center, Ward's Island, New York
Kraft General Foods Special Situation Roundtable, Chicago
Kraft General Foods Special Situation Roundtable, San Francisco
Kraft, Inc., Corporate Headquarters
Law Enforcement Coordinating Committee, Florida
Law Enforcement Coordinating Committee, Hawaii

Law Enforcement Coordinating Committee, New Jersey
Law Enforcement Coordinating Committee, Texas
Los Angeles Criminal Justice Inns of Court
Los Angeles Police Department Threat Management Unit
Louisiana District Attorneys Association
Medical College of Virginia, Department of Legal Medicine
Minnesota Employment Law Counsel
Minnesota State Bar Association Criminal Justice Institute
Minnesota State Bar Association Employment Law Institute
National College of District Attorneys
National Institute of Drug Abuse Research Center
Newport Beach (CA) Police Department
North Texas District Attorneys
Office of the District Attorney, County of Fresno, California
Orange County Bar Association
Orange County Bar Association Employment Law Section
Orange County District Attorney's Office
Orange County Homicide Investigators Association
Orange County Inns of Court
Packaging Institute International
Paramount Studios
Prosecuting Attorneys' Council of Georgia
Richmond Psychiatric Society
Robert Presley Institute of Criminal Investigation
San Diego Psychiatric Society
South Beach Psychiatric Center, New York, New York
Southern California Chapter, American Academy of Psychiatry and
   the Law
Southeastern Prosecutors Institute
Space Coast Institute of Legal Medicine, Orlando, Florida
Saint John's Hospital and Health Center, Santa Monica, California
St. Louis University School of Medicine, Department of Pathology,
   Division of Forensic and Environmental Pathology
State Bar of California
Target
Texas District & County Attorneys Association
Tulane University School of Public Health
United States Secret Service, Intelligence Division
United States Department of Justice
University of Alberta Forensic Pathology Fellowship
University of Arkansas for Medical Sciences
University of California, Irvine, Program in Psychology and Law
University of California, Irvine, Program in Social Ecology
University of California, Irvine, School of Law

University of California, Irvine, School of Medicine
University of California, Los Angeles, School of Medicine
University of California, San Diego, School of Medicine
University of Hawaii, John A. Burns School of Medicine
University of Ottawa, Royal Ottawa Hospital
University of Pennsylvania, Center for Studies in Criminology and
   Criminal Law
University of Texas Southwestern Medical School, Department of
   Psychiatry
University of Toronto, Clarke Institute
University of Vermont School of Medicine
University of Virginia Department of Psychology
University of Virginia School of Law
University of Wisconsin
Virginia Association of Law Libraries
Washington Association of Prosecuting Attorneys
West Los Angeles Veterans Administration Hospital
Westbrook Hospital, Richmond, Virginia
Western State Hospital, Staunton, Virginia
George Weston, Ltd., Corporate Headquarters
G. N. Wilcox Memorial Hospital, Lihue, Hawaii
Women's Jonathan Club, Los Angeles, CA
Zausner Foods

**TEACHING EXPERIENCE:**

| | |
|---|---|
| 1974-1975 | "Applications of Sociology to Clinical Medicine," a 27-hour course for 18 freshman medical students, at the Johns Hopkins University School of Medicine (with Daryl Matthews, M.D.) |
| 1976-1977 | Small group instruction on the mental status examination and on principles of psychiatric interviewing for medical students at Johns Hopkins University |
| 1976 | "Issues in Medical Criminology," a tutorial for students at the Johns Hopkins University |
| 1976-1977 | Supervisor and medical consultant to non-physician psychotherapists, Psychiatric Outpatient Department, Johns Hopkins Hospital |

Park Dietz, M.D., M.P.H., Ph.D.
Page 75

| | |
|---|---|
| 1977-1978 | Organized and lectured in "Topics in Forensic Psychiatry" and "Center for Studies in Social-Legal Psychiatry Seminar Series," University of Pennsylvania |
| 1978-1979 | "Reading Seminar in General Criminology," Medical Criminology Research Center, McLean Hospital |
| 1978-1981 | "The Legal Regulation of Psychiatric Practice," a course directed by Robert L. Sadoff, M.D., at the Annual Meetings of the American Psychiatric Association |
| 1979-1980 | "Forensic Psychiatry," a 12-session seminar for residents at the McLean Hospital (with Arthur Rosenberg, J.D.) |
| 1979-1981 | Small group instruction on forensic psychiatry and on sexual deviations and offenses for Harvard medical students |
| 1979-1981 | Organized "Faculty Seminar in Forensic Psychiatry," Harvard Medical School |
| 1981 | Lectures on forensic psychiatry for the Social Psychiatry Seminar for residents at McLean Hospital |
| 1981 | Organized "Clerkship in Social Medicine and Psychiatric Criminology," Department of Social Medicine and Health Policy, Harvard Medical School (with Wendy K. Mariner, J.D., M.P.H.) |
| 1981 | "Forensic Practice in Massachusetts," a seminar for trainees at Harvard teaching hospitals |
| 1981 | Organized and taught in Human Aggression Unit of "Behavioral Sciences in Medicine" (Psychiatry 700a), Harvard Medical School |
| 1981-1982 | "Scientific Foundations of Clinical Criminology," a 12-session seminar for trainees and faculty of Harvard teaching hospitals |
| 1982 | "Law, Psychiatry and the Mental Health Process," University of Virginia School of Law (with John Monahan, Ph.D., and C. Robert Showalter, M.D.) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 76

| | |
|---|---|
| 1982-1988 | "Psychiatry and Criminal Law" (with Elizabeth S. Scott, J.D., or W. Lawrence Fitch, J.D.) |
| 1982-1988 | Teaching and supervision of Fellows in Forensic Psychiatry, University of Virginia School of Medicine |
| 1983 | "Sociology of Psychiatry," a seminar for residents in the Department of Behavioral Medicine and Psychiatry, University of Virginia School of Medicine |
| 1983 | "Law and Medicine," University of Virginia School of Law (with Walter J. Wadlington, LL.B., and Kenneth R. Crispell, M.D.) |
| 1983-1986 | "Law and Psychiatry," University of Virginia School of Law (with Willis Spaulding, J.D.) |
| 1984-1986 | "Crimes of Violence," University of Virginia School of Law |
| 1985 | Directed "Mental Disability Benefits," a course at the Annual Meeting of the American Psychiatric Association, Dallas, Texas, May 21, 1985 |
| 1985 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 11, 1985 |
| 1986 | Directed "Mental Disability Benefits," a course at the Annual Meeting of the American Psychiatric Association, Washington, D.C., May 14, 1986 |
| 1986 | "Selected Competency Issues," a course directed by W. Lawrence Fitch, J.D., at the Annual Meeting of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania, October 18, 1986 |
| 1986 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania, October 19, 1986 |

Park Dietz, M.D., M.P.H., Ph.D.
Page 77

| | |
|---|---|
| 1987 | "Law and Public Health," University of Virginia School of Law (with Richard J. Bonnie, LL.B.) |
| 1987 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 17, 1987 |
| 1986-87 | Organized and directed weekly Forensic Psychiatry Teaching Rounds, University of Virginia School of Medicine |
| 1988 | "Health and Safety Regulation," University of Virginia School of Law (with Richard J. Bonnie, LL.B.) |
| 1988 | "Criminal Behavior and Public Policy," University of Virginia School of Law |
| 1989 | "Symposium at the National Center for the Analysis of Violent Crime," a course for the Annual Meeting of the American Academy of Psychiatry and the Law, October 19, 1989, held at the F.B.I. Academy, Quantico, VA (organized with SSA Robert K. Ressler and Richard Ratner, M.D.) |
| 1990 - | Teaching and supervision of Fellows in Forensic Psychiatry, Fellows in Child Psychiatry, and Residents, UCLA School of Medicine |
| 1994 | "Behavioral Aspects of Crime Investigation for Criminal and Civil Litigation," a course at the Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 15, 1994 (with Robert K. Ressler). |
| 2005 | "Forensic Evaluation and Expert Testimony in Criminal Cases," a course for the Atlanta Federal Penitentiary, U.S. Bureau of Prisons, Atlanta, GA, June 23, 2005. |
| 2009 | "The Use of Forensic Mental Health Experts in the Investigation and Prosecution of Sex Crimes and Violent Crimes," a course for the Maricopa County District Attorney's Office and invited Arizona law enforcement agencies, Phoenix, AZ, February 6, 2009 |

| | |
|---|---|
| 2010 | "PTSD and Other Mental Damages Claims," a seminar for claims managers and defense counsel, Farmers Insurance Group, Agoura Hills, CA, June 20, 2010 (with Dan White, Esq., and Susan Oliver, Esq.) |
| 2014 | "Sexual Sadism and Sexual Masochism," a course for the Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 12, 2014 |

**THREAT ASSESSMENT GROUP® WORKPLACE VIOLENCE PREVENTION TRAINING PACKAGES, VIDEOS, AND E-LEARNING COURSES SCRIPTED BY DR. DIETZ:**

| | |
|---|---|
| 1995 | *Supporting a Nonviolent Workplace:  A Training Program for Managers and Supervisors* (with Sheryl Niebuhr, Ph.D., a facilitated training program developed for 3M Company), and later editions thereof |
| 1999 | *Gatekeeper Safety:  How to Deal with Unwanted Letters, Calls and Visits* (training video with Ann Coppel for Safeco Corporation) |
| 2003 | *Managing Troubled Employees* (training video) |
| 2003 | *Managing Troubling Situations* (training video) |
| 2003 | *Your Role in Workplace Violence Prevention* (training video) |
| 2015 | *Principles of Workplace Violence Prevention* (training video) |
| 2015 | *Investigation* (training video) |
| 2015 | *Assessing and Managing Workplace Threats* (training video) |
| 2015 | *Intimate Partner Violence and the Workplace* (training video) |
| 2015 | *Stalking* (training video) |

2015          *Cyberstalking and Related Misconduct* (training video)

2015          *Life Stress, Personality Disorder, and Substance Abuse* (training video)

2015          *Mental Illnesses and Suicide Prevention* (training video)

2015          *Safe Termination* (training video)

2015          *Problematic Former Employees* (training video)

2015          *Managing Unwanted Communications and Visits* (training video)

2015          *Preparing for Active Shooter Incidents* (training video)

2015          *Managing Troubled People* (training video)

2015          *Managing Troubling Situations* (training video)

2015          *Introduction to Violence Prevention* (training video)

2015          *Interviewing* (training video with William Irwin (FBI, ret.))

2015          *Managing Unwanted Communications and Visits* (training video)

2015          *Active Shooter Response* (training video)

2015          *Your Role in Workplace Violence Prevention* (training video)

2015          *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (training video)

2017          *Principles of Workplace Violence Prevention* (e-learning course)

2017          *Investigation* (e-learning course)

2017          *Assessing and Managing Workplace Threats* (e-learning course)

Park Dietz, M.D., M.P.H., Ph.D.
Page 80

| | | |
|---|---|---|
| 2017 | *Intimate Partner Violence and the Workplace* (e-learning course) | |
| 2017 | *Stalking* (e-learning course) | |
| 2017 | *Cyberstalking and Related Misconduct* (e-learning course) | |
| 2017 | *Life Stress, Personality Disorder, and Substance Abuse* (e-learning course) | |
| 2017 | *Mental Illnesses and Suicide Prevention* (e-learning course) | |
| 2017 | *Safe Termination* (e-learning course) | |
| 2017 | *Problematic Former Employees* (e-learning course) | |
| 2017 | *Managing Unwanted Communications and Visits* (e-learning course) | |
| 2017 | *Preparing for an Armed Attack* (e-learning course) | |
| 2017 | *Managing Troubled People* (e-learning course) | |
| 2017 | *Managing Troubling Situations* (e-learning course) | |
| 2017 | *Responding to an Armed Attack* (e-learning course) | |
| 2017 | *Your Role in Workplace Violence Prevention* (e-learning course) | |
| 2017 | *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (e-learning course) | |
| 2019 | *Managing Troubled People* (e-learning course) | |
| 2019 | *Managing Troubling Situations* (e-learning course) | |
| 2019 | *Responding to an Armed Attack* (e-learning course) | |
| 2019 | *Your Role in Workplace Violence Prevention* (e-learning course) | |

2019         *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (e-learning course)

2020         *Staying Safe During Protests* (video)

2020         *Domestic Violence* (e-learning course)

## THREAT ASSESSMENT GROUP® WORKPLACE VIOLENCE PREVENTION COURSES TAUGHT BY DR. DIETZ:[4]

"Workplace Violence:  Myths, Facts, and Corporate Prevention," Newport Beach, CA, December 16-18, 1993

Whirlpool, Nashville, TN, March 22, 1994

"Workplace Violence II:  An Intensive Course Designed for Fortune 500 Companies," Newport Beach, CA, April 28-30, 1994

Motorola, Phoenix, AZ, May 1, 1994

Bankers Trust, New York, NY, June 14, 1994

Motorola, Phoenix, AZ, July 8, 1994

General Electric, Ossining, NY, July 14-15, 1994

Temple Inland, Irving, TX, August 17-19, 1994

Boise Cascade, Boise, ID, September 12-13, 1994

Sea World, San Diego, CA, September 19-20, 1994
First Bank System, Minneapolis, MN, September 28, 1994

IDS Financial Services, Minneapolis, MN, September 29, 1994

Norwest, Minneapolis, MN, September 30, 1994

Warner-Lambert, Hamilton Park, NJ, October 11-12, 1994

---

[4] Courses at specific companies and universities include various courses for executives and senior management.  This list does not include courses designed by Dr. Dietz and taught by other TAG experts under Dr. Dietz's supervision, all of which are listed in the TAG Master Training document.

Park Dietz, M.D., M.P.H., Ph.D.
Page 82

Kraft, Northbrook, IL, November 28-29, 1994

3M Company, St. Paul, MN, December 2, 1994

Kraft, Northbrook, IL, December 9, 1994

American Express, New York, NY, December 14, 1994

American Express, New York, NY, January 24-26, 1995

Motorola (EAP), Chicago, IL, April 6, 1995

"Workplace Violence III:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 24-26, 1995

Boise Cascade, Boise, ID, May 2-5, 1995

Philip Morris, Tucker's Town, Bermuda, May 10, 1995

First Data, Denver, CO, June 8-9, 1995

Corning, Inc., Corning, NY, June 14-15, 1995

GE Capital, Stamford, CT, June 20, 1995

3M Company, Monticello, MN, July 20-21, 1995

National Semiconductor, Sunnyvale, CA, August 22, 1995

American Express, Chaska, MN, September 12-13, 1995

Motorola, Phoenix, AZ, November 6-10, 1995

Motorola, Schaumburg, IL, November 27-28, 1995

Williams Companies, Tulsa, OK, December 12-13, 1995

First Data, Omaha, NE, March 11-12, 1996

First Data, Omaha, NE, March 25-26, 1996

Williams Companies, Tulsa, OK, April 1-2, 1996

General Mills, Minneapolis, MN, April 10-11, 1996

"Workplace Violence 4:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 24-26, 1996

American Express, Greensboro, NC, May 23, 1996

Johnson & Johnson, New Brunswick, NJ, May 28-29, 1996

American Express, Phoenix, AZ, June 13, 1996

Virco Manufacturing, Torrance, CA, July 29-30, 1996

3M Company, Minneapolis, MN, August 1, 1996

Mead Corp, Dayton, OH, Sept. 18-19, 1996

Federated Dept. Stores, Inc., Cincinnati, OH, December 2, 1996

American Express, New York, NY, December 3, 1996

Philip Morris, New York, NY, December 12-13, 1996

Mead Corporation, Dayton, OH, February 20, 1997

McDonnell-Douglas, Long Beach, CA, Feb. 24-28, 1997

3M Company, Minneapolis, MN, March 4-7, 1997

"Workplace Violence 5:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 16-18, 1997

American Express, Ft. Lauderdale, FL, May 14, 1997

Motorola, Schaumburg, IL, June 17-18, 1997

Sears Canada, Toronto, Ontario, Canada, July 14-15, 1997

Levi Strauss, San Francisco, CA, August 12, 1997

U.S. West, Inc., Denver, CO, August 21, 1997

Park Dietz, M.D., M.P.H., Ph.D.
Page 84

Federated Dept. Stores, San Francisco, CA, August 25-26, 1997

3M Company, St. Paul, MN, August 28, 1997

Corning, Inc., Corning, NY, October 30, 1997

New York Times, New York, NY, November 4-5, 1997

Motorola, Schaumburg, IL, November 11, 1997

State Farm, Costa Mesa, CA, November 17-18, 1997

Levi Strauss, San Francisco, CA, November 20-21, 1997

U.A.W.-Chrysler, Detroit, MI, January 13, 1998

U.S. West, Inc., Denver, CO, January 14-15, 1998

Sears Canada, Toronto, Ontario, Canada, February 2-3, 1998

Visa International, Foster City, CA, March 10-11, 1998

Motorola, Chicago, IL, March 23-25, 1998

"Workplace Violence 6:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 27-29, 1998

Union Carbide, Houston, TX, May 19, 1998

Retail Council/Sears Canada, Toronto, Ontario, Canada, June 2,
1998

Unilever United States, New York, NY, June 18, 1998

Punch Productions, New York, NY, June 18, 1998

Federated Department Stores, Hasbrouck Heights, NJ, July 15-
16, 1998

U.A.W.-Chrysler, Detroit, MI, August 3-5, 1998

Caterpillar, Peoria, IL, August 10-11, 1998

Park Dietz, M.D., M.P.H., Ph.D.
Page 85

Levi Strauss, San Francisco, CA, September 9, 1998

American Express, Newark, NJ, October 20-21, 1998

Eastman Kodak, Rochester, NY, November 17-18, 1998

Amgen, Thousand Oaks, CA, December 1-3, 1998

Darden Restaurant Group, Orlando, FL, December 14-15, 1998

3M Company, St. Paul, MN, December 16, 1998 MediaOne, Denver, CO, January 13, 1999

Texas Instruments, Dallas, TX, January 14-15, 1999

Caterpillar, Newport Beach, CA, January 18-19, 1999

Safeco, Seattle, WA, February 3-4, 1999

Zoological Society of San Diego, San Diego, CA, February 18-19, 1999

American Express, Toronto, Ontario, Canada, February 23, 1999

Zoological Society of San Diego, San Diego, CA, April 7, 1999

"Workplace Violence 7:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 26-28, 1999

MediaOne, Denver, CO, June 24-25, 1999

Ross Stores, Palo Alto, CA, July 8, 1999

PCS Health Systems, Scottsdale, AZ, July 16, 1999

Wellpoint, Thousand Oaks, CA, July 22-23, 1999

Corning, Inc., Corning, NY, September 23 1999

Motorola, Madrid, Spain, October 4-5, 1999

3M Company, St. Paul, MN, October 14, 1999

Park Dietz, M.D., M.P.H., Ph.D.
Page 86

Schering-Plough, Newark, NJ, October 21-22, 1999

Boise-Cascade, Newport Beach, CA, October 29, 1999

Motorola, Hong Kong, China, November 16-17, 1999

PSE&G, Edison, NJ, November 30, 1999

Cox Enterprises, Atlanta, GA, January 25, 2000

Federated Department Stores (Rich's, Lazarus, Goldsmith), Atlanta, GA, January 26-27, 2000

Federated Department Stores (FACS), Cincinnati, OH, February 8-9, 2000

Oracle, Redwood Shores, CA, February 23, 2000

PaineWebber, Weehawken, NJ, March 7, 2000

Federated Department Stores (Macy's East), New York, NY, March 23-24, 2000

Federated Department Stores (Bon Marche), Seattle, WA, April 3-4, 2000

"Workplace Violence 8:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 10-12, 2000

Motorola, Oak Brooks Hills, IL, April 25-26, 2000

U.A.W.-DaimlerChrysler, Detroit, MI, May 2-4, 2000

Federated Department Stores (Burdine's), Miami, FL, May 16-17, 2000

Motorola, Mesa, AZ, June 1-2, 2000

American Express, Greensboro, NC, June 14, 2000

Federated Department Stores (Bloomingdale's), New York, NY, June 15-16, 2000

Park Dietz, M.D., M.P.H., Ph.D.
Page 87

Mead Corporation, Dayton, OH, July 11-12, 2000

Organization Resource Counselors (Corporate Medical Directors), Washington, DC, August 1, 2000

"Workplace Violence 8 East:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," New York, NY, October 2-4, 2000

"Investigation, Interviewing, and Termination," New York, NY, October 5-6, 2000

PaineWebber, Weehawken, NJ, December 12-14, 2000

American Express, Phoenix, AZ, February 20, 2001

"Workplace Violence 9:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 23-25, 2001

Thomson Legal & Regulatory, Egan, MN, April 15-16, 2001

Chiron Corporation, Emeryville, CA, May 31, 2001

Allergan, Inc., Irvine, CA, June 5, 2001

AT&T Broadband, Englewood, CO, June 14, 2001 Jefferson County, Colorado, Golden, CO, June 15, 2001

Federated Department Stores (Arizona Mail Order), Tucson, AZ, June 19-20, 2001

Corning, Inc., Corning, NY, September 11, 2001

Federated Department Stores (Federated Marketing Group), New York, NY, November 15-16, 2001

PaineWebber, Weehawken, NJ, November 19-20, 2001

"Workplace Violence 10:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 15-17, 2002

Tribune Company, Chicago, IL, May 15, 2002

Park Dietz, M.D., M.P.H., Ph.D.
Page 88

Caterpillar, Peoria, IL, May 20-21, 2002

Tribune Company, Chicago, IL, September 11, 2002

"Workplace Violence 10 East," Toronto, Ontario, Canada, November 7-8, 2002

3M Company, St. Paul, MN, November 11-12, 2002

Raytheon, Bedford, MA, December 3-4, 2002

Discover Financial, Chicago, IL, February 10-11, 2003

Federated Department Stores (Federated Marketing Group), New York, NY, March 25-26, 2003

Tribune Company, Chicago, IL, April 2-3, 2003

"Workplace Violence 11: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 7-9, 2003

Takeda Pharmaceuticals NA, Lincolnshire, IL, September 4-5, 2003

Business Intelligence Advisors, Bellevue, WA, September 11, 2003

Charter One Bank, Cleveland, OH, September 29, 2003

3M Company, St. Paul, MN, January 19, 2004

Visa International, Foster City, CA, April 13-14, 2004

"Workplace Violence 12: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 19-21, 2004

Amgen, Thousand Oaks, CA, April 29, 2004

Motorola, Schaumburg, IL, May 25-26, 2004

Park Dietz, M.D., M.P.H., Ph.D.
Page 89

Federated Department Stores (Federated Marketing Group), New York, NY, September 22-23, 2004

General Dynamics, Falls Church, VA, October 12, 2004

Lockheed Martin, Bethesda, MD, October 26-27, 2004

Tribune Company, Chicago, IL, December 8, 2004

ConAgra Foods, Omaha, NE, January 27, 2005

ConAgra Foods, Omaha, NE, February 15, 2005

"Workplace Violence 13:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 18-20, 2005

CUNA Mutual, Newport Beach, CA, April 21, 2005

Darden Restaurants, Orlando, FL, October 10, 2005

Lockheed Martin, Orlando FL, October 19, 2005

"Reading People," sponsored by Threat Assessment Group, Park Dietz & Associates, and the Paul Ekman Group, Las Vegas, NV, October 12-14, 2005

FedEx Corporate, Memphis, TN, March 28-30, 2006

"Workplace Violence 14:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 24, 2006

TAG Advanced Case Management Seminar, Newport Beach, CA, April 25-27, 2006

3M Company, Minneapolis, MN, May 17-18, 2006

Twin Cities Security Partnership, May 18, 2006

Ameriprise Financial, Minneapolis, MN, May 24-26, 2006

3M Company, Minneapolis, MN, May 17-18, 2006

"Workplace Violence 14: An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Chicago, IL, October 24, 2006

TAG Advanced Case Management Seminar, Chicago, IL, October
25-27, 2006

PepsiCo, Plano, TX, November 14, 2006

Tribune Company, Chicago, IL, November 15, 2006

McDonald's, Oakbrook, IL, November 16, 2006

Los Angeles Superior Court, Los Angeles, CA, December 1-2,
2006

"Workplace Violence 15:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 23, 2007

Macy's Inc., St. Louis, MO, June 19-21, 2007

Macy's Inc., New York City, NY, July 10-12, 2007

Macy's Inc., Los Angeles, CA, July 31- August 2, 2007

Macy's Inc., Minneapolis, MN, August 7-9, 2007

Macy's Inc., Atlanta, GA, August 28-30, 2007

USAA, San Antonio, TX, September 18-19, 2007

Abbott Laboratories, Abbott Park, IL, February 5, 2008

Motorola, Chicago, IL, February 6, 2008

"Workplace Violence 16:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, June 2-4, 2008

Abbott Laboratories, Abbott Park, IL, June 27, 2008

3M, Minneapolis, MN, October 1, 2008

Park Dietz, M.D., M.P.H., Ph.D.
Page 91

Johns Hopkins Institutions, Baltimore, MD, December 1, 2008

DRS Technologies, Palm Beach, FL, January 29, 2009

Abbott Laboratories, Newport Beach, CA, February 10, 2009

Executive Resource Center, Oklahoma City, OK, July 16, 2009

Abbott Laboratories, Abbott Park, IL, September 15, 2009

Health Care Partners, Los Angeles, September 24-24, 2009

Abbott Laboratories, Abbott Park, IL, October 13-14, 2009

Lockheed Martin, Fort Worth, TX, May 5-6, 2010

Air Liquide, Newport Beach, CA, July 28-29, 2010

"Workplace Violence 17:  Prevention of Workplace Misconduct and Violence," Newport Beach, CA, March 28-29, 2011

"Mental Disorder and the Workplace," Newport Beach, CA, March 30, 2011

Pitney Bowes, Stamford, CT, May 3-4, 2011

Federal Express, Webinar:  Monitoring and Assessing Written Communications, August 12, 2011

Federal Express, Webinar:  Suicide and Suicide Prevention, January 25, 2012

"Workplace Violence 18:  Prevention of Workplace Misconduct and Violence," Newport Beach, CA, March 19-21, 2012

Federal Express, Webinar:  Safe Termination, July 11, 2012

Air Liquide, Newport Beach, CA, August 7-8, 2012

3M, Minneapolis, MN, November 5, 2012

Amgen, Thousand Oaks, CA, November 30, 2012

Park Dietz, M.D., M.P.H., Ph.D.
Page 92

Federal Express, Webinar:  Preparing for Difficult Conversations, January 23, 2013

Apollo Group, Phoenix, AZ, February 21, 2013

Federal Express, Webinar:  Mental Disorders in the Workplace, April 17, 2013

Discover, Webinar:  Domestic Violence and the Workplace, May 29, 2013

Southern California Edison, Rosemead, CA, June 5, 2013

"Intensive Private Seminar on Workplace Violence Prevention," Washington, DC, September 16-17, 2013

Corning, Inc., Corning, NY, September 19, 2013

"Intensive Private Seminar on Workplace Violence Prevention," Newport Beach, CA, October 7-8, 2013

BASF, Florham Park, NJ, October 10-11, 2013

Frito-Lay, Coronado, CA, November 4, 2013

Gatekeeper Safety Training, Teague, Seattle, WA, December 10,

Executive Briefing, Teague, Seattle, WA, December 10, 2013

Federal Express, Webinar:  Assessing and Managing Threats, January 29, 2014

Young Presidents' Organization, Las Vegas, NV, February 11, 2014

Managing Troubled Employees and Troubling Situations, Teague, Seattle, WA, February 19, 2014

American Express, Webinar:  Principles of Violence Prevention, April 9, 2014

Ameriprise Financial, Professional Course Training, Minneapolis, MN, April 23-24, 2014

Park Dietz, M.D., M.P.H., Ph.D.
Page 93

Abbott Labs, Webinar:  Assessing and Managing Threats, July 17, 2014

Abbott Labs, Webinar:  Intimate Partner Violence, August 5, 2014

American Express, Webinar:  Safe Termination of End Stage Employees, September 18, 2014

Abbott Labs, Webinar:  Managing Mentally Ill Employees, October 1, 2014

MGM Resorts, Las Vegas, NV, February 26-27, 2015

Allied Intelligence, Course:  Social Media Threat Assessment, St. Louis, MO, March 4-5, 2015

PepsiCo/FritoLay Security, Huntington Beach, CA, April 30, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, May 11-12, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, August 17-18, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 19-20, 2015

TE Connectivity, Webinar:  Violence in the Workplace: Prevention, Detection, and Response, December 17, 2015

TE Connectivity, Webinar:  Violence in the Workplace: Prevention, Detection, and Response, December 21, 2015

Howard Hughes Medical Institute, Webinar:  Principles of Workplace Violence, February 18, 2016

Herbalife, Los Angeles, CA, March 17-18, 2016

FedEx, Webinar: Case Escalation, April 6, 2016

Packaging Corporation of America, "Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, April 19-20, 2016

Park Dietz, M.D., M.P.H., Ph.D.
Page 94

Capital Group, Irvine, CA, May 13, 2016

Executive Briefing, General Atomics, Poway, CA, June 30, 2016

General Atomics, Torrey Pines, CA, September 7-8, 2016

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 17-18, 2016

Macy's, Webinar:  "Macy's Workplace Violence Prevention Program" (with Rochelle O'Day, for Asset Protection Department), November 11, 2016

3M Company, St. Paul, MN, November 28-30, 2016

Capital Group, Irvine, CA, December 14, 2016

CF Industries, Deerfield, IL, February 28 – March 1, 2017

Publicis Media, New York, NY, March 13 and March 15, 2017

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, April 13-14, 2017

Nike, Beaverton, OR, May 1-2, 2017

Quest Diagnostics, Tampa, FL, May 4-5, 2017

Publicis Group, Executive Briefing, Chicago, IL, August 9, 2017

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 16-17, 2017

Western Digital Corporation, Executive Briefing, San Jose, CA, August 24, 2018

Allstate, 2-Day Senior Leadership Team Training, Chicago, IL, September 11-12,2018

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 15-16, 2018

Western Digital Corporation, 2-Day Specialist Training, Irvine, CA, November 28-29, 2018

Allstate, Senior Leadership Training, Chicago, IL, December 12, 2018

"Workplace Violence Advanced Instruction and Certification," hosted by Allstate, Northbrook, IL, May 9-10, 2019

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 21-22, 2019

Ducommun, 1-Day Live Training: "Workplace Misconduct Mitigation," Santa Ana, CA, December 17, 2019

"TAG Virtual Advanced Training in Workplace Violence Prevention," April 26-30, 2021

## FILMOGRAPHY:[5]

<u>Law & Order</u> (TV Series) (technical advisor - 169 episodes)

- Rubber Room (2010)
- Love Eternal (2010)
- Immortal (2010)
- The Taxman Cometh (2010)
- Crashers (2010)
- Brazil (2010)
- Brilliant Disguise (2010)
- Boy on Fire (2010)
- Steel-Eyed Death (2010)
- Blackmail (2010)
- Human Flesh Search Engine (2009)
- Dignity (2009)
- The Drowned and the Saved (2009)
- Skate or Die (2009)
- Exchange (2009)
- All New (2009)
- Promote This! (2009)
- Take-Out (2009)
- Flaw (2005)

---

[5] Based on information published by IMDb as of 7/15/21, available at:
https://www.imdb.com/name/nm0226352/?ref_=fn_al_nm_1

Park Dietz, M.D., M.P.H., Ph.D.
Page 96

- Red Ball (2005)
- In God We Trust (2005)
- Publish and Perish (2005)
- Tombstone (2005)
- Sects (2005)
- Dining Out (2005)
- License to Kill (2005)
- The Sixth Man (2005)
- Fluency (2005)
- Ain't No Love (2005)
- Fixed (2004)
- Enemy (2004)
- All in the Family (2004)
- Cry Wolf (2004)
- Gunplay (2004)
- Coming Down Hard (2004)
- The Brotherhood (2004)
- The Dead Wives Club (2004)
- C.O.D. (2004)
- Caviar Emptor (2004)
- Gaijin (2004)
- Vendetta (2004)
- Nowhere Man (2004)
- Evil Breeds (2004)
- City Hall (2004)
- Darwinian (2004)
- Embedded (2003)
- Bounty (2003)
- Bodies (2003)
- Sheltered (2003)
- Suicide Box (2003)
- B*tch (2003)
- Star Crossed (2003)
- Absentia (2003)
- Under God (2003)
- Chosen (2003)
- Open Season (2002)
- Tragedy on Rye (2002)
- Patriot (2002)
- Oxymoron (2002)
- Attorney Client (2002)
- Dazzled (2002)
- Slaughter (2002)
- Equal Rights (2002)

Park Dietz, M.D., M.P.H., Ph.D.
Page 97

- Girl Most Likely (2002)
- Born Again (2002)
- DR 1-102 (2002)
- Undercovered (2002)
- The Collar (2002)
- Possession (2001)
- For Love or Money (2001)
- Armed Forces (2001)
- Deep Vote (2001)
- School Daze (2001)
- All My Children (2001)
- Whiplash (2001)
- A Losing Season (2001)
- Whose Monkey Is It Anyway? (2001)
- Hubris (2001)
- Burn Baby Burn (2000)
- Return (2000)
- Standoff (2000)
- Stiff (2000)
- High & Low (2000)
- Black, White and Blue (2000)
- Trade This (2000)
- Fools for Love (2000)
- Panic (2000)
- Sundown (1999)
- Blood Money (1999)
- Patsy (1999)
- Marathon (1999)
- Justice (1999)
- Merger (1999)
- DNR (1999)
- Killerz (1999)
- Gunshow (1999)
- Shield (1999)
- Harm (1999)
- Sideshow (1999)
- Hunters (1999)
- Haven (1999)
- Ramparts (1999)
- Punk (1998)
- Flight (1998)
- Bait (1998)
- DWB (1998)
- Cherished (1998)

Park Dietz, M.D., M.P.H., Ph.D.
Page 98

- Monster (1998)
- Tabloid (1998)
- Bad Girl (1998)
- Disappeared (1998)
- Stalker (1998)
- Carrier (1998)
- Divorce (1998)
- Faccia a Faccia (1998)
- Grief (1998)
- Expert (1998)
- Under the Influence (1998)
- Ritual (1997)
- Blood (1997)
- Baby, It's You (1997)
- Nullification (1997)
- Harvest (1997)
- Navy Blues (1997)
- Denial (1997)
- Thrill (1997)
- Terminal (1997)
- Past Imperfect (1997)
- Passion (1997)
- We Like Mike (1997)
- Double Down (1997)
- Mad Dog (1997)
- Showtime (1997)
- Turnaround (1997)
- D-Girl (1997)
- Working Mom (1997)
- Matrimony (1997)
- Barter (1997)
- Menace (1997)
- Legacy (1997)
- Entrapment (1997)
- Deadbeat (1996)
- Double Blind (1996)
- Corruption (1996)
- Survivor (1996)
- I.D. (1996)
- Causa Mortis (1996)
- Aftershock (1996)
- Homesick (1996)
- Pro Se (1996)
- Girlfriends (1996)

Park Dietz, M.D., M.P.H., Ph.D.
Page 99

- Slave (1996)
- Atonement (1996)
- Deceit (1996)
- Savior (1996)
- Custody (1996)
- Charm City (1996)
- Trophy (1996)
- Corpus Delicti (1996)
- Remand (1996)
- Blood Libel (1996)
- Angel (1995)
- Paranoia (1995)
- Hot Pursuit (1995)
- Jeopardy (1995)
- Savages (1995)
- Rebels (1995)
- Bitter Fruit (1995)
- Nurture (1994)

<u>Law & Order: Criminal Intent</u> (TV Series) (technical advisor - 108 episodes)

- Three-in-One (2010)
- Inhumane Society (2010)
- Palimpsest (2010)
- The Mobster Will See You Now (2010)
- True Legacy (2010)
- Lost Children of the Blood (2010)
- Disciple (2010)
- Traffic (2010)
- Love on Ice (2010)
- Love Sick (2010)
- Abel & Willing (2010)
- Gods & Insects (2010)
- Delicate (2010)
- Broad Channel (2010)
- Loyalty: Part 2 (2010)
- Loyalty: Part 1 (2010)
- Seeds (2007)
- Renewal (2007)
- Bombshell (2007)
- Rocket Man (2007)
- Silencer (2007)
- Players (2007)

Park Dietz, M.D., M.P.H., Ph.D.
Page 100

- 30 (2007)
- Brother's Keeper (2007)
- Flipped (2007)
- Albatross (2007)
- Privilege (2007)
- World's Fair (2007)
- Weeping Willow (2006)
- Blasters (2006)
- The War at Home (2006)
- Siren Call (2006)
- Tru Love (2006)
- Vacancy (2006)
- Dramma Giocoso (2006)
- Wrongful Life (2006)
- Wasichu (2006)
- Proud Flesh (2006)
- Watch (2006)
- Slither (2006)
- Scared Crazy (2005)
- Saving Face (2005)
- In the Wee Small Hours: Part 2 (2005)
- Acts of Contrition (2005)
- Prisoner (2005)
- Diamond Dogs (2005)
- Consumed (2004)
- D.A.W. (2004)
- Fico Di Capo (2004)
- Ill-Bred (2004)
- Conscience (2004)
- The Saint (2004)
- Shrink-Wrapped (2004)
- Mis-Labeled (2004)
- Pas de Deux (2004)
- Unrequited (2004)
- Mad Hops (2004)
- F.P.S. (2004)
- Happy Family (2003)
- Sound Bodies (2003)
- A Murderer Among Us (2003)
- Stray (2003)
- Pravda (2003)
- But Not Forgotten (2003)
- The Gift (2003)
- Gemini (2003)

Park Dietz, M.D., M.P.H., Ph.D.
Page 101

- Undaunted Mettle (2003)
- A Person of Interest (2003)
- Graansha (2003)
- Blink (2003)
- Cherry Red (2003)
- Legion (2003)
- Cold Comfort (2003)
- Cuba Libre (2003)
- Monster (2003)
- Probability (2003)
- See Me (2003)
- Suite Sorrow (2003)
- Baggage (2003)
- Con-Text (2003)
- Shandeh (2002)
- The Pilgrim (2002)
- Tomorrow (2002)
- Malignant (2002)
- Chinoiserie (2002)
- Best Defense (2002)
- Anti-Thesis (2002)
- Bright Boy (2002)
- Dead (2002)
- Tuxedo Hill (2002)
- Faith (2002)
- Badge (2002)
- Maledictus (2002)
- Yesterday (2002)
- Seizure (2002)
- Phantom (2002)
- Semi-Professional (2002)
- The Insider (2002)
- The Third Horseman (2002)
- Enemy Within (2001)
- The Good Doctor (2001)
- The Pardoner's Tale (2001)
- Poison (2001)
- The Extra Man (2001)
- The Faithful (2001)
- Smothered (2001)
- Art (2001)
- One (2001)

Park Dietz, M.D., M.P.H., Ph.D.
Page 102

<u>Law & Order: LA</u> (TV Series) (forensic technical advisor - 18 episodes, 2010 - 2011) (medical technical advisor - 18 episodes, 2010 - 2011)

- Plummer Park (2011)
- Angel's Knoll (2011)
- Big Rock Mesa (2011)
- Hayden Tract (2011)
- Runyon Canyon (2011)
- Reseda (2011)
- Benedict Canyon (2011)
- East Pasadena (2011)
- Silver Lake (2011)
- Zuma Canyon (2011)
- Playa Vista (2010)
- Ballona Creek (2010)
- Hondo Field (2010)
- Pasadena (2010)
- Sylmar (2010)
- Harbor City (2010)
- Echo Park (2010)
- Hollywood (2010)

<u>Kiss the Girls</u> (movie) 1997 (technical advisor)

<u>Murder One</u> (TV Series) (technical advisor - 1 episode)

- Chapter Eighteen, Year Two (1997)

<u>Women's Murder Club</u> (TV Series) (2008) (technical consultant - 1 episode)

<u>Never Tell</u> (2008) (technical consultant)

**Writer Credit and On-Camera Appearance as Self**:

<u>Profiling Evil: Confessions of the I-5 Strangler</u> (TV Movie) 2012 (Writer)

**Listed On-Camera Appearances as Self**:

<u>Judgment with Ashleigh Banfield</u> (TV Series)

- California v. Elizabeth Broderick (2020)

Park Dietz, M.D., M.P.H., Ph.D.
Page 103

<u>Mind of a Monster</u> (TV Series documentary, 2020)

- Jeffrey Dahmer (2020)

<u>Crazy, Not Insane</u> (Documentary) 2020

<u>Waco Inferno: The Untold Story</u> (TV Movie documentary) 2018

<u>Dahmer on Dahmer: A Serial Killer Speaks</u> (TV Mini-Series documentary) (2017)

- Part 2 (2017)
- Part 1 (2017)

<u>Campus Killer:  Santa Barbara</u> (TV Movie documentary) (2014)

<u>The Virgin Killer</u> (TV Special documentary) (2014)

<u>Behind Mansion Walls</u> (TV Series documentary)

- The Perfect Crime (2011)

<u>Wicked Attraction</u> (TV Series documentary)

- Shoot to Thrill (2010)

<u>Starsuckers</u> (Documentary) (2009)

<u>Women on Death Row</u> (TV Movie documentary) (2006)

<u>The Iceman and the Psychiatrist</u> (TV Movie documentary) (2003)

<u>Investigative Reports</u> (TV Series documentary)

- Columbine: Understanding Why (2002)

<u>Serial Killers: Profiling the Criminal Mind</u> (Video documentary) (1999)

<u>The Unexplained</u> (TV Series documentary)

- Dangerous Obsessions (1998)

<u>Biography</u> (TV Series documentary)

Park Dietz, M.D., M.P.H., Ph.D.
Page 104

- Ted Bundy: The Mind of a Killer (1995)

<u>America Undercover</u> (TV Series documentary)

- Murder 9 to 5 (1994)
- Acts of Violence (1985)

<u>Viewpoint '93 - Murder in Mind</u> (TV Movie documentary) (1993)

<u>American Justice</u> (TV Series documentary)

- Dahmer:  Mystery of a Serial Killer (1992)

**Archive footage**:

The Trial of Jeffrey Dahmer: Serial Killer (Video documentary) (1992)
- Self - Psychiatrist for the Prosecution (as Dr. Park Dietz)

E! True Hollywood Story (TV Series documentary) (2005)
- Andrea Yates ... Self (as Dr. Park Dietz)

Crimes of the Century (TV Mini-Series documentary) (2013)
- The State of Texas vs. Andrea Yates (2013) ... Self - Psychiatrist (as
Dr. Park Dietz)

## Materials Provided for Review:

**Documents/Audio/Video:**



1

EXHIBIT C





3



**CURRICULUM VITAE**

Ryan C. W. Hall, M.D., DFAPA

Updated 10/11/21

EXHIBIT D

**TABLE OF CONTENTS**

**PRESENT POSITION**   2

**EDUCATION**   2

**MEDICAL LICENSE**   3

**CERTIFICATION**   3

**ADDITIONAL TRAINING**   3

**SOCIETY MEMBERSHIPS, PAST AND PRESENT**   5

**INVITATIONAL OFFICES AND ORGANIZATIONS**   5

**EDITORIAL POSITIONS**   6

**COMMITTEES**   6

**HONORS**   9

**PROFESSIONAL ACTIVITIES**   10

**REVIEWER**   11

**BOOK REVIEWS**   12

**PUBLICATIONS**   12

**NEWSLETTERS**   19

**ABSTRACTS/POSTERS**   21

**PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS
AND INVITATIONAL ACADEMIC LECTURES**   22

**VIRTUAL LECTURES**   33

**MEDIA**   37

1

**NAME:**                     Ryan Chaloner Winton Hall, M.D.

**DATE OF BIRTH:**      May 10, 1976

**PLACE OF BIRTH:**     Titusville, Florida

**MARITAL STATUS:**    Married

**PRESENT POSITION:**

| | |
|---|---|
| 08/01/17 – Present | Psychiatrist<br>Ryan C. W. Hall, MD, PA<br>2500 West Lake Mary Blvd; Ste 219<br>Lake Mary, FL  32746<br>Ph: 407-322-8199 |
| 07/2008 – 08/01/2017 | Psychiatrist<br>Richard C. W. Hall, MD, PA<br>2500 West Lake Mary Blvd; Ste 219<br>Lake Mary, FL  32746 |
| 10/19/2017 06/30/2022 | Associate Professor of Psychiatry<br>University of Central Florida College of Medicine<br>Department of Psychiatry |
| 03/03/2009 – 10/19/2017 | Assistant Professor of Psychiatry<br>University of Central Florida College of Medicine<br>Department of Medical Education |
| 08/01/2016- 07/31/2022 | Affiliate Associate Professor<br>University of South Florida<br>Department of Psychiatry and Behavioral Neurosciences |
| 10/17/2009 – 07/31/2016 | Affiliate Assistant Professor<br>University of South Florida<br>Department of Psychiatry |
| 2010 – 2021 | Adjunct Faculty Member – Law & Psychiatry<br>Barry University Dwayne O. Andreas School of Law, Orlando |

**EDUCATION:**

| | |
|---|---|
| 1995 - 1999 | Johns Hopkins University<br>Baltimore, Maryland<br>Double Major - Biology and Psychology<br>**B.A. Degree,** graduated Phi Beta Kappa with honors |

2

| | |
|---|---|
| 1999 - 2003 | Georgetown University School of Medicine<br>Washington, DC<br>**M.D. Degree** |
| 2003 -2004 | Internal Medicine Internship<br>Sinai Hospital of Baltimore/Johns Hopkins<br>Baltimore, Maryland |
| 2004 -2007 | Psychiatric Residency<br>Johns Hopkins Hospital<br>Department of Psychiatry and Behavioral Sciences<br>Baltimore, Maryland |
| 2007 – 2008 | Fellow in Forensic Psychiatry<br>Case Western Reserve University<br>Cleveland, Ohio |

**MEDICAL LICENSE:**

| | |
|---|---|
| 2004 | Maryland – D62746 - Inactive |
| 2007 | Ohio – 89483 - Inactive |
| 2007 | Florida – ME99792 |
| 2021 | New Mexico – FELMD2021-063 (Federal Emergency MD)-Inactive |
| 2021 -2022 | New Mexico – MD2021-0674 |

**CERTIFICATION:**

| | |
|---|---|
| 2008<br>2009 | Diplomate, American Board of Psychiatry and Neurology, #58286<br>with added qualifications for Forensic Psychiatry |
| 2009-2018 | Certified Forensic Physician<br>American College of Forensic Examiners Institute |
| 2011-2014 | Diplomate, American Board of Forensic Medicine, #111779<br>American College of Forensic Examiners Institute |
| 2015- 2018 | Fellow, American College of Forensic Examiners Institute,<br>#111779 |
| 07/19/2015 –<br>07/31/2023 | Diplomate, National Board of Physicians and Surgeons<br>for Psychiatry and Forensic Psychiatry, #001999 |
| 04/23/2018 | Diplomate, American Board of Psychiatry and Neurology, #58286<br>and Forensic Psychiatry, #1735, Maintenance of Certification |

**ADDITIONAL TRAINING:**

| | |
|---|---|
| 2006 | Forensic Psychiatry Review Course |

3

American Academy of Psychiatry and the Law, Chicago, IL

2007              Forensic Psychiatry Review Course
                  American Academy of Psychiatry and the Law, Miami Beach, FL

2008              Florida Forensic Examiner Training
                  University of South Florida College of Behavioral and Community
                  Sciences, Ft. Lauderdale, FL

2012              MMPI-2-RF: Basic Overview, with Yossef S. Ben-Porath,1-hr
                  Webinar via Readytalk.com. (Overview, scales, documentation
                  and standard procedures for administration and scoring)  Psych
                  Corp (Pearson): February 15, 2012

2012              MMPI-2-RF: Forensic Practice Briefing, with Yossef S. Ben-
                  Porath,1-hr Webinar via Readytalk.com. (Overview, Using the
                  MMPI-2-RF in Forensic Assessments, Admissibility, and
                  Discussion) PsychCorp (Pearson): March 20, 2012

2013              Use of the MMPI-2-RF in Police & Public Safety Assessments,
                  with Yossef S. Ben-Porath. 1-hr Webinar via Readytalk.com.
                  (Overview, Assessing Public Safety Candidates, and Fitness for
                  Duty Evaluations) PsychCorp (Pearson): April 9, 2013

2014              Evaluation of Malingered Psychosis: Testing and Testifying.  C
                  Scott and B McDermott.  American Academy of Psychiatry and the
                  Law, October 24, 2014

2015              Psychological Testing for Psychiatrists. C Dike and M Baranoski.
                  American Academy of Psychiatry and the Law, October 22, 2015

2015              Psychological Testing of Claimed Amnesia: A Guide to
                  Remember. C Scott and B McDermott, American Academy of
                  Psychiatry and the Law, October 24, 2015

2016              MMPI-2-RF: Use in Trauma and Stressor-Related Disorders with
                  Paul Arbisi, PhD, ABAP, ABPP. 1-hr Webinar via Readytalk.com.
                  PsychCorp (Pearson): February 25, 2016

2017              Forensic Psychiatry Review Course, American Academy of
                  Psychiatry and the Law; Denver, CO; October 23-25, 2017

12/02/20-12/02/22 Certificate of Completion of Montreal Cognitive Assessment
                  administration training course. www.mocatest.org. Certified by
                  Ziad Nasreddine, MD.

4

**SOCIETY MEMBERSHIPS, PAST AND PRESENT:**

Member, Academy of Psychosomatic Medicine
Distinguished Fellow, American Psychiatric Association
Member, Maryland Psychiatric Society
Member, American Academy of Psychiatry and the Law
Member, American Medical Association
Member, Ohio Psychiatric Association
Member, Florida Psychiatric Society
Fellow, Southern Psychiatric Association
Member, The American College of Psychiatrists
Member, Florida Medical Association
Member, Seminole County Medical Society
Member, American College of Forensic Examiners Institute
Member, Physicians Society of Central Florida

**INVITATIONAL OFFICES AND ORGANIZATIONS:**

| | |
|---|---|
| 2009 – 2012 | Secretary/Treasurer, Southern Psychiatric Association |
| 2012 – 2014 | Councilor, Florida Psychiatric Society |
| 2012 – 2013 | Vice President, Southern Psychiatric Association |
| 2013 – 2014 | President-elect, Southern Psychiatric Association |
| 2012 – 2015 | Councilor, American Academy of Psychiatry and the Law |
| 2013 - 2014 | Physician Leadership Academy, Florida Medical Association |
| 2013 - 2019 | Member, Specialty Society Section (SSS) Governing Council, Florida Medical Association |
| 7/2014-8/2021 | Council on Legislation, Florida Medical Association |
| 2014 – 2015 | President, Southern Psychiatric Association |
| 2015 - 2016 | Secretary, Florida Psychiatric Society |
| 2016 – 2017 | Treasurer, Florida Psychiatric Society |
| 2017 – 2018 | Treasurer, Seminole County Medical Society |
| 2017 - 2018 | Vice President, Florida Psychiatric Society |
| 2018 – 2019 | President-Elect, Florida Psychiatric Society |
| 2018 - 2019 | Vice President, Seminole County Medical Society |

5

| 2019 – 2020 | President, Florida Psychiatric Society |
| 2018 - 2019 | President, Seminole County Medical Society |
| 2019 – 2020 | Vice Chair, Specialty Society Section (SSS) Governing Council, Florida Medical Association |
| 2019 – 2020 | President-Elect, Physicians Society of Central Florida |
| 2020 – 2021 | President, Physicians Society of Central Florida |
| 2020 – 2021 | Immediate Past-President, Florida Psychiatric Society |
| 2020 - 2021 | Immediate Past-President, Physicians Society of Central Florida |
| 2021 – 2024 | Chairman, Specialty Society Section (SSS) Governing Council, Florida Medical Association |

**EDITORIAL POSITIONS:**

| | Editorial Board, **Clinical Geriatrics** (ended 06/2014) |
| 2016- 2020 | Associate Editor, **American Academy of Psychiatry and the Law Newsletter** |
| 2011 – 2020 | Faculty Reviewer/Faculty Advisor for **First Aid for the USMLE Step 1,** psychiatry chapter |

**COMMITTEES:**

| 2005 - 2007 | Public Relations Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Legislative Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Disaster Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Resident and Fellows Committee, Maryland Psychiatry Society |
| 2007 - 2009 | Corresponding Committee on Graduate Education, American Psychiatric Association |
| 2008 - 2009 | Member, New Member Task Force, Southern Psychiatric Association |
| 2007 – 2019 | Psychopharmacology Committee, American Academy of Psychiatry and the Law |

6

| | |
|---|---|
| 2007 - 2021 | Research Committee, American Academy of Psychiatry and the Law |
| 2009 – 2010 | Chairman, Early Career Psychiatry Committee, Southern Psychiatric Association |
| 2009 – 2010 | Chairman, New Member Task Force, Southern Psychiatric Association |
| 2009 – 2010 | Member, Constitution and Bylaws Committee, Southern Psychiatric Association |
| 2010 | YPS Reference Committee, AMA House of Delegates-YPS, Annual Meeting, Chicago, IL, June |
| 2010 - 2011 | Various YPS Handbook Review Committees (e.g, Constitution & Bylaws, Committee E) AMA Meetings, San Diego, CA; Chicago, IL |
| 2009 - 2022 | CME Committee, Florida Psychiatric Society |
| 2009 – 2019 | Forensic Psychiatry Committee, Florida Psychiatric Society |
| 2009 – 2012 | Academic Affairs Committee, Florida Psychiatric Society |
| 2010 – 2019 | Ethics Committee, Florida Psychiatric Society |
| 2010 – 2011 | Member, New Member Task Force, Southern Psychiatric Association |
| 2010 – 2011 | Member, Nominating Committee, Seminole County Medical Society |
| 2011 | Chairman, AMA-YPS Handbook Review Committee, AMA Interim Meeting, New Orleans, LA, November |
| 2012 – 2020 | Member, Rappeport Fellowship Committee, American Academy of Psychiatry and the Law |
| 2012 | YPS Reference Committee on Amendments to Constitution and Bylaws, AMA House of Delegates-YPS, Annual Meeting, Chicago, IL, June, and Interim Meeting, Honolulu, HI |
| 2012 – 2017 | Member, Legislative Issues Committee, Florida Psychiatric Society |
| 2013 – 2016 | Member, Committee on Finance, The American College of Psychiatrists |
| 2013 | Chairman, AMA-YPS HOD Handbook Review Committee for the |

7

|  | Reference Committee on Amendments to Constitution and Bylaws, AMA Interim Meeting, National Harbor, MD, November |
|---|---|
| 2014- 2015 | Member, Nominating Committee, American Academy of Psychiatry and the Law |
| 2014 | Member, AMA-YPS HOD Handbook Review Committee, AMA-YPS Annual Meeting, Chicago |
| 2014 | Member, AMA-YPS HOD Reference Committee on Amendments to Constitution and Bylaws, AMA Interim Meeting, Dallas |
| 2014 | Chairman, AMA-YPS HOD Handbook Review Committee for the Reference Committee B (Legislative Advocacy), AMA Interim Meeting, Dallas |
| 2014 - 2018 | Member, Geriatric Psychiatry Committee, American Academy of Psychiatry and the Law |
| 2016 - 2020 | Member, AIER Research Committee, American Academy of Psychiatry and the Law Institute for Education and Research |
| 2016 – 2017 | Chair, Long Range Planning Committee, Southern Psychiatric Association |
| 2016 – 2017 | Chair, Nominating Committee, Southern Psychiatric Association |
| 2017 – 2018 | Executive Committee, Seminole County Medical Society |
| 2017 - 2018 | Physician Wellness Task Force, Orange County Medical Society |
| 2018 - 2019 | Oversight Committee, Florida Psychiatric Society |
| 2018 | Reference Committee I – Health, Edu. & Public Policy, Florida Medical Association |
| 2019 - 2021 | Committee on Physician Wellness, Florida Medical Association |
| 2019 – 2021 | Legislative and Regulatory Issues Committee, Florida Psychiatric Society |
| 2019 | Reference Committee – Science and Public Health, Florida Medical Association's Delegate at the AMA's Interim Meeting |
| 2019 – 2021 | Chair, Forensic Psychiatry Committee, Florida Psychiatric Society |
| 3/2020 – 2/2024 | Committee on the Award for Research in Geriatric Psychiatry, The American College of Psychiatrists |

8

| 2020 - 2021 | Member, MOC Committee, American Academy of Psychiatry and the Law |
| 2020 - 2021 | Member, Transparency Task Force, Physicians Society Central Florida |
| 2021 | Member, Reference Committee II, Florida Medical Association |

**HONORS:**

| 1999 | Phi Beta Kappa, Johns Hopkins University |
| 2004 | "Superior" performance rating, 1st-year residency, by Sinai Hospital Department of Medicine's Clinical Competency and Evaluation Committee |
| 2005 | Dorfman Award, presented by The Academy of Psychosomatic Medicine for best review article of the year for **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome.** Psychosomatics, 46(3):195-202, May-June 2005. |
| 2007 - 2008 | Rappeport Fellowship, American Academy of Psychiatry and the Law |
| 2009 – 2020 | Selected by peers to be included in *Best Doctors in America* |
| 2010 | Day TR, Hall RCW**: Déjà vu: From Comic Books to Video Games: Legislative Reliance on "Soft Science" to Protect Against Uncertain Societal Harm Linked to Violence v. the First Amendment.** Oregon Law Review, 89(2):415-452, 2010. Selected as one of the best law review articles published in the field of entertainment, publishing, and the arts in 2010 by Thomson Reuters (West) |
| 2010 – 2019 | The Best Doctors in Orlando – *Orlando Magazine* |
| 2014 | Appointed, Fellow, American Psychiatric Association |
| 2014 | Certificate of Appreciation for recognition of service for interviewing applicants, University of Central Florida College of Medicine |
| 2015 | Selected as Practitioner of the Year for Florida Psychiatric Society |
| 2016 | Appointed, Distinguished Fellow, American Psychiatric Association |
| 2018 | Approved provider for FL Top Docs |
| 2018 | Friendship Award recipient, Florida Psychiatric Society |

9

  
| | |
|---|---|
| 2019 | Superior Public Service Award, Broward County Crime Commission |
| 2020 | Appointed, Fellow, The American College of Psychiatrists (to be inducted at 2022 meeting) |
| 2020 | Listed in Top Doctors and Premier Doctors – *Orlando Magazine* |

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| 2008 | Written testimony on **Elder Abuse** in support of bills *HB873/SB501 Criminal Law – Crimes Against the Elderly or Persons with a Disability – Penalties*, presented to Maryland House Judiciary Committee for Delegate Benjamin Kramer, District 19 Montgomery County, Maryland. Hearing March 4. |
| 2009 | Central Florida Psychiatric Society representative to Florida Psychiatric Society's Council Meeting, January 10. |
| 2009 | Testified before the Florida Senate Banking and Insurance Committee (SB 354) on **Mental Health Parity.** March 17. |
| 2009 | Florida Psychiatric Society delegate to Florida Medical Association's annual meeting |
| 2010 | American Academy of Psychiatry and the Law's Young Physician Delegate to the American Medical Association's House of Delegates meetings - Young Physicians Section Reference Committee member |
| 2010 | Area V Assembly Representative to the American Psychiatric Association's Assembly |
| 2010 - 2019 | Florida Psychiatric Society delegate to the Florida Medical Association's annual meeting |
| 2011 | Area V Council Representative |
| 2011 | American Academy of Psychiatry and the Law's Young Physician Delegate to the American Medical Association's House of Delegates meetings |
| 2011 | Area V Assembly Representative to the American Psychiatric Association's Assembly |

| | |
|---|---|
| 2012-2015 | American Academy of Psychiatry and the Law's Young Physician Delegate to the American Medical Association's House of Delegates meetings |
| 2013- present | Interviewer of prospective medical school candidates University of Central Florida College of Medicine |
| 2017 - | FIRE Research Mentor, University of Central Florida College of Medicine |
| 2017 | Specialty Advisor for forensic and general psychiatry University of Central Florida College of Medicine |
| 2018 | Simulation Leader, Global Health Conference: Healthcare as a Human Right, University of Central Florida College of Medicine |
| 2019 | Florida Medical Association's Alternate Delegate to the American Medical Association's House of Delegates |
| 2019 | Foundation Board of Directors, Physicians Society of Central Florida |
| 2020 | Participant in Florida Division of Emergency Management's Rehabilitative Services Working Group on Coronavirus |
| 2020 | Participant in University of Central Florida College of Medicine's AORTA admissions program |
| 2020 | Florida Medical Association's representative to Florida's Suicide Prevention Coordinating Council (SPCC) |
| 2021 | Virtual Forensic Psychiatry discussion with UCF PsychSign group on April 12, 2021 |

**REVIEWER:**

-AIMS Neuroscience
-American Journal of Disaster Medicine
-Archives of Internal Medicine
-Clinical Geriatrics
-Disaster Medicine and Public Health Preparedness
-European Psychiatry
-Journal of Adolescent Health
-Journal of Clinical Psychopharmacology
-Journal of Ethics
-Journal of Immigrant and Minority Health
-Journal of Neuropsychiatry and Clinical Neuroscience
-Mayo Clinic Proceedings
-Nature Clinical Practice Neurology

11

-Neurology India
-Oxford University Press (advisor on a book proposal)
-Psychosomatics
-Social Science & Medicine
-The American Journal on Addictions
-The Forensic Examiner
-Violence and Victims
-World Journal of Surgical Oncology

**BOOK REVIEWS:**

1. Clark MR and Treisman GJ: **Pain and Depression: An Interdisciplinary, Patient-Centered Approach.**  Psychosomatics, July-August 2006, 47(4)365-366.

2. Brown K, Beech A, Craig L, Chou S: **Assessment in Forensic Practice: A Handbook.** Journal of Psychiatric Practice, July 2018, 24(4):305

3. Feldman M, Yates G: **Dying to be Ill: True Stories of Medical Deception**. *Journal of American Academy of Psychiatry and the Law*

4. Houdek V, Gibson: **Treating Sexual Abuse and Trauma with Children, Adolescents, and Young Adults with Developmental Disabilities: A Workbook for Clinicians**. *Journal of  American Academy of Psychiatry and the Law*

**PUBLICATIONS:**

1. Hall RCW, Dunlap PK, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid disease and abnormal thyroid function tests in patients with eating disorders and depression.** The Journal of the Florida Medical Association, Inc. 82(3)187-192, 1995.

2. Hall RCW, **Hall RCW**: **Anxiety and Endocrine Disease.**  In Popkin, MK, Seminars in Clinical Neuropsychiatry 4(2)72-83, 1998.

3. Hall RCW, Platt DE, **Hall RCW**: **Suicide Risk Assessment: A Review of Risk Factors for Suicide in 100 Patients Who Made Severe Suicide Attempts.** Psychosomatics 40:(1)18-27, 1999.

4. Hall RCW, **Hall RCW**: **Long-term Psychological and Neurological Complications of Lindane Poisoning.** Psychosomatics 40(6)513-517, 1999.

5. Hall RCW, **Hall RCW**:  **False Allegations: The Role of the Forensic Psychiatrist.** Journal of Psychiatric Practice 7(5)343-346, September 2001.

6. Hall RCW, **Hall RCW**: **Principles of Physician Recruiting.**  In *Handbook of Mental Health Administration and Management; Reid WH and Silver S (ed.): Brunner-Routledge, New York, NY; Chapter 34:440-448, 2003.

12

7. **Hall RCW**, Hall RCW, Chapman M: **Identifying Geriatric Patients at Risk for Suicide and Depression.**  Clinical Geriatrics 11(10)36-44, October 2003.

8. Hall RCW, **Hall RCW**: **Establishing Liaison Before Disaster Strikes.** http://www.psych.org/disasterpsych/pdfs/apadisasterhandbk.pdf; Chapter 2:12-19. 2004.

9. Hall RCW, **Hall RCW**, Chapman MJ: **Emotional and Psychiatric Effects of Weapons of Mass Destruction in First Responders.**  In: *Bioterrorism: Psychological and Public Health Interventions;* Ursano RJ, Norwood AE & Fullerton CS (eds). Cambridge University Press:Cambridge; Chapter 14:250-273; 2004.

10. **Hall RCW**, Appleby B, Hall RCW: **Atypical Neuroleptic Malignant Syndrome Presenting as Fever of Unknown Origin in the Elderly.**  Southern Medical Journal 1(98) 114-117, January 2005.

11. Hall RCW, **Hall RCW**, Chapman MJ: **Exploitation of the Elderly: Undue Influence as a Form of Elder Abuse.** Clinical Geriatrics 13(2)28-36, February 2005.

12. **Hall RCW**, Hall RCW, Chapman MJ: **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome.**  Psychosomatics, 46(3)195-202, May-June 2005.

13. **Hall RCW**, Hall RCW: **Abuse of Supraphysiologic Doses of Anabolic Steroids.** Southern Medical Journal, 98(5)550-555, May 2005.

14. **Hall RCW**, Hall RCW, Chapman MJ: **Psychiatric Complications of Anabolic Steroid Abuse.**  Psychosomatics, 46(4)285-290, July-August 2005.

15. **Hall RCW**, Hall RCW, Chapman MJ: **Medical and Psychiatric Casualties caused by Conventional and Radiological (Dirty) Bombs.**  General Hospital Psychiatry, 28(3):242-248, May-June 2006.

16. **Hall RCW**, Hall RCW, Chapman MJ: **Postconcussional Syndrome: A Work in Progress (Response to Dr. Smith)**.  Letter to the Editor. Psychosomatics, 47(3):272, May-June 2006.

17. **Hall RCW**, Hall RCW, Chapman MJ: **Neuroleptic Malignant Syndrome in the Elderly: Diagnostic Criteria, Incidence, Risk Factors, Pathophysiology, and Treatment**.  (CME article) Clinical Geriatrics, 14(5):39-46, 2006.

18. **Hall RCW**, Hall RCW, Chapman MJ: **Effects of Terrorist Attacks on the Elderly, Part I: Medical and Psychiatric Complications of Bombings and Biological, Chemical, and Nuclear Attacks**. Clinical Geriatrics, 14(8):26-35, 2006.

19. **Hall RCW**, Hall RCW, Chapman MJ: **Effects of Terrorist Attacks on the Elderly, Part 2: Posttraumatic Stress, Acute Stress, and Affective Disorders**. Clinical Geriatrics, 14(9):17-24, 2006.

20. **Hall RCW,** Hall RCW: **Malingering of PTSD: forensic and diagnostic considerations, characteristics of malingerers and clinical presentations.** General Hospital Psychiatry, 28(6):525-535, 2006.

21. **Hall RCW,** Hall RCW: **A Profile of Pedophilia: Definition, Characteristics of Offenders, Recidivism, Treatment Outcomes, and Forensic Issues.** Mayo Clinic Proceedings, 82(4):457-471, 2007.

22. **Hall RCW**, Hall RCW: **Detection of Malingered PTSD: An Overview of Clinical, Psychometric, and Physiological Assessment: Where Do We Stand?** Journal of Forensic Sciences, 52(3):717-725, 2007.

23. **Hall RCW**, Macvaugh GS III, Merideth P, Montgomery J: **Commentary: Delving Further Into Liability for Psychotherapy Supervision.** The Journal of the American Academy of Psychiatry and the Law, 35(2):196-9, 2007.

24. Hall RCW, **Hall RCW**, Chapman MJ: **Psychiatric Effects of Terrorism: Medical and Societal Implications of Recent Attacks.** In: *Focus on Terrorism, Vol. 9;* Linden EV (ed), Nova Science:New York; Chapter 11, Publication date: 3rd Quarter, 2007.

25. **Hall RCW**, Hall RCW:  **The 1995 Kikwit Ebola outbreak – Model of virus properties on system capacity and function: A lesson for future viral epidemics.** American Journal of Disaster Medicine, 2(5):270-276, 2007

26. **Hall RCW,** Hall RCW, Chapman MJ: **Central Serotonin Syndrome: Part I—Causative Agents, Presentation, and Differential Diagnosis.** Clinical Geriatrics, 15(12):18-25, 2007.

27. **Hall RCW**, Hall RCW, Chapman MJ: **Central Serotonin Syndrome: Part II – Pathophysiology, Drug Interactions, and Treatment.** Clinical Geriatrics, 16(1):24-28, 2008

28. **Hall RCW**, Resnick PJ: **Psychotherapy Malpractice: New Pitfalls.** Journal of Psychiatric Practice, 14(2):119-121, 2008

29. **Hall RCW**, Hall RCW, Chapman MJ: **Violence in Older Persons: Part I – Occurrence in Forensic/Criminal Situations, Partner Relationships, and Sexual Offenses.** Clinical Geriatrics, 16(5):27-32, 2008

30. **Hall RCW**, Hall RCW, Chapman MJ: **Violence in Older Persons: Part II – Occurrence in Hospitals and Pharmacological/Behavioral Treatment of Agitation, Aggression and Violence.** Clinical Geriatrics, 16(6):28-32, 2008.

31. **Hall RCW**, Hall RCW, Chapman MJ. **The 1995 Kikwit Ebola outbreak: lessons hospitals and physicians can apply to future viral epidemics.** Gen Hosp Psychiatry. 2008 Sep-Oct;30(5):446-52. Epub 2008 Jul 23

32. **Hall RCW**, Friedman SH: **Drug Diversion Program Rights**. Legal Digest.  The Journal of the American Academy of Psychiatry and the Law, 36(4):579-580, 2008

14

33. **Hall RCW**, Hall RCW, Chapman MJ: **Nursing Home Violence: Occurrence, Risks, and Interventions.** Annals of Long-Term Care, 17(1):25-31, 2009

34. Paul RK, Lockey C, **Hall RCW**, Bursztajn H: **Practice Management: Managing Risks When Practicing in Three-Party Care Settings.** Psychiatrictimes.com, 26(2), Feb. 3, 2009.

35. **Hall RCW,** Hall RCW, Chapman MJ: Letter to the Editor response re: **Nursing Home Violence: Occurrence, Risks, and Interventions)** Annals of Long-Term Care, 17(1):25-31, 2009), Annals of Long-Term Care, 17(4):17-21, 2009.

36. **Hall RCW**, Hall RCW, Myers W, Chapman M: **Testamentary Capacity: History, Physicians' Role, Requirements, and Why Wills are Challenged.** Clinical Geriatrics, 17(6):18-24, 2009.

37. **Hall RCW**, Hall RCW, Chapman M: **Anticholinergic Syndrome: Presentations, Etiological Agents, Differential Diagnosis, and Treatment.** Clinical Geriatrics, 17(11):22-28, 2009.

38. **Hall RCW: Somatoform Disorders**. In *First Aid for the Neurology Boards: An Insider's Guide.* Rafii MS; Cochrane TI; and Le T (eds), McGraw-Hill Medical:New York, Chapter 17, Pps 451-460, 2010.

39. **Hall RCW: Somatoform Disorders**. In *First Aid for the Psychiatry Boards: An Insider's Guide.* Azzam A, Yanofski J, Kaftarian E, Le T (eds), McGraw-Hill Medical:New York, Chapter 10, Pps 122-135, 2010.

40. Day TR, **Hall RCW:  Déjà vu: From Comic Books to Video Games: Legislative Reliance on "Soft Science" to Protect Against Uncertain Societal Harm Linked to Violence v. the First Amendment.**  Oregon Law Review, 89(2):415-452, 2010.

41. Appleby BS, Appleby KK, **Hall RCW**, Wallin MT: **D178N, 129Val and N171S, 129Val Genotype in a Family with Creutzfeldt-Jakob Disease**.  Dement Geriatr Cogn Disord, 30:424-431, 2010.

42. **Hall RCW**, Day T, Hall RCW: **A Plea for Caution: Violent Video Games, the Supreme Court, and the Role of Science.** Mayo Clin Proc, 86(4):315-321, 2011.

43. Paul RK, Lockey C, **Hall RCW,** Bursztajn HJ: **Managing Risks When Practicing in Three-Party Care Settings.** Psychiatric Times, 28(4):18-22, 2011.

44. Gould NF, McKibben JB, **Hall R,** Corry NH, Amoyal NA, Mason ST, McCann UD, Fauerbach JA. **Peritraumatic Heart Rate and Posttraumatic Stress Disorder in Patients with Severe Burns.** Psychiatrist.com, Oct 19, 2010 [Epub ahead of print] and J Clin Psychiatry, 72(4):539-547, 2011.

45. **Hall RCW**, Day T, Hall RCW: Reply to **A Plea for Concern Regarding Violent Video Games.** Letter to the Editor, Mayo Clin Proc, 86(8):821-823, 2011.

46. **Hall RCW,** Hall RCW: **Plaintiffs Who Malinger: Impact of Litigation on Fake Testimony.** In *New Perspectives on Faking in Personality Assessment.* Ziegler M, MacCann C, Roberts R (eds), Oxford:New York, Chapter 16, Pps 255-281, 2012.

47. Nucifora FC, **Hall RCW,** Everly G:  **Reexamining the Role of the Traumatic Stressor and the Trajectory of Posttraumatic Distress in the Wake of Disaster**. Editorial, Disaster Medicine and Public Health Preparedness, 5:suppl 2:S172-175, 2011

48. **Hall RCW,** Hall RCW: **Compensation Neurosis: A Too Quickly Forgotten Concept?** J Amer Acad Psychiatry Law, 40(3):390-398, 2012.

49. **Hall RCW: Civil War.** In *Encyclopedia of Immigrant Health*, Loue S and Sajotovic M (eds.) Springer, Pps 445-447, 2012.

50. **Hall RCW: Radicalization.** In *Encyclopedia of Immigrant Health*, Loue S and Sajotovic M (eds.) Springer, Pps 1264-1266, 2012.

51. **Hall RCW: Terrorism.** In *Encyclopedia of Immigrant Health*, Loue S and Sajotovic M (eds.) Springer, Pps 1413-1416, 2012.

52. Myers WC, **Hall RCW,** Tolou-Shams M: **Prevalence and Assessment of Malingering in Homicide Defendants Using the Mini-Mental State Examination and the Rey 15-Item Memory Test.**  Homicide Studies, 17(3):314-328, August 2012.

53. Hatters Friedman S, **Hall RCW: Antidepressant Use During Pregnancy: How to Avoid Clinical and Legal Pitfalls.**  Current Psychiatry, 12(2):10-16, 2013

54. **Hall RCW,** Hall RCW: **Biological and Pharmacological Treatment of Post-traumatic Stress Disorder in Older Adults.** Clinical Geriatrics, 21(8), 2013. Published online August 22, 2013 at www.clinicalgeriatrics.com.

55. **Hall RCW,** Hall RCW: **Psychotherapeutic Interventions for Post-traumatic Stress Disorder.** Clinical Geriatrics, 21(9), 2013. Published online September 24, 2013 at www.clinicalgeriatrics.com.

56. **Hall RCW,** Hatters Friedman S: **Guns, Schools, and Mental Illness: Potential Concerns for Physicians and Mental Health Professionals.** Mayo Clinic Proceedings, 88(11):1272-1283, November 2013

57. Hatters Friedman S, **Hall RCW,** Sorrentino R: **Commentary: Women, Violence and Insanity.** J Am Acad Psychiatry Law, 41(4):523-528, 2013

58. Hatters Friedman S, **Hall RCW: Teaching Psychopathology in a Galaxy Far, Far Away: The Light Side of the Force.**  Academic Psychiatry. 2015 Dec;39(6):719-25. Epub 2015 May 2.

59. **Hall RCW,** Hatters Friedman S: **Psychopathology in a Galaxy Far, Far Away: The Use of Star Wars' Dark Side in Teaching.**  Academic Psychiatry. 2015 Dec;39(6):726-

16

32.  Epub 2015 May 6.

60. **Hall RCW: Somatic Symptom and Related Disorders (formerly Somatoform Disorders)**. In *First Aid for the Neurology Boards. Second Edition.* Rafii MS; Cochrane TI; and Le T (eds), McGraw-Hill Medical:New York, Chapter 17, Pps 439-447, 2015.

61. **Hall RCW: Mental Status Examination**. In *Wiley Encyclopedia of Forensic Science*. Jamieson A and Moenssens AA (eds), John Wiley: Chichester. DOI: 10.1002/9780470061589.fsa287.pub2. (online), June 2015. http://onlinelibrary.wiley.com/doi/10.1002/9780470061589.fsa287.pub2/full

62. **Hall RCW**, Soliman S: **Elderly and Pharmacological Treatment of PTSD.**   In: *Comprehensive Guide to Post-Traumatic Stress Disorder*. Martin C, Preedy V, Patel V (eds), Springer International: Switzerland, ISBN: 978-3-319-08613-2 (Online), March 2015.

63. Day TR, **Hall RCW: PTSD and Tort Law.** *Comprehensive Guide to Post-Traumatic Stress Disorder*. Martin C, Preedy V, Patel V (eds), Springer International: Switzerland, ISBN: 978-3-319-08613-2 (Online), March 2015.

64. Hatters Friedman S, Collier S, **Hall RCW: PTSD Behind Bars: Incarcerated Women and PTSD.** *Comprehensive Guide to Post-Traumatic Stress Disorder*. Martin C, Preedy V, Patel V (eds), Springer International: Switzerland, ISBN: 978-3-319-08613-2 (Online), March 2015.

65. Hatters Friedman S, **Hall RCW: Using Star Wars' Supporting Characters to Teach about Psychopathology**. Australasian Psychiatry, Epub June 23, 2015; print Aug 2015; 23(4):432-4.

66. Soliman S, **Hall RCW: Forensic Issues in Medical Evaluation: Competency and End of Life Issues.** In Balon R, Wise TN (eds): Clinical Challenges in the Biopsychosocial Interface. Update on Psychosomatics for the 21st Century. Adv Psychosom Med. Basel, Karger, 2015, vol 34, pp 36-48.

67. **Hall RCW**, Hatters Friedman S, Jain A: **Pregnant Women and the Use of Corrections Restraints and Substance Use Commitment**.  J Am Acad Psychiatry Law, 43(3):359-68, 2015.

68. Shand J, **Hall RCW: Consent in Psychiatric Emergencies: What Clinicians Need to Know**. Psychiatric Times, 32(11):17-20, 2015.

69. Myers W, **Hall RCW**, Marshall R, Tolou-Shams M, Wooten K: **Frequency and Detection of Malingering in Homicide Defendants Undergoing Criminal Responsibility Evaluations Using the Schedule for Nonadaptive and Adaptive Personality: A Feasibility Study**. SAGE Open, April-June 2016, vol 6:1-8. http://sgo.sagepub.com/content/spsgo/6/2/2158244016638131.full.pdf

70. **Hall RCW**, Myers WC: **Challenges and Limitations to Treat ADHD in Incarcerated Populations**. Commentary. J Am Acad Psychiatry Law, 44(2):164-170, 2016

71. Sorrentino R, Hatters Friedman S, **Hall RCW**: **Gender Consideration in Violence**. In. Knoll JL (ed): Violence. Psychiatric Clinics of North America. Elsevier, NY; 39(4):701-10, 2016.

72. Hatters-Friedman S, **Hall RCW**: *Star Wars: The Force Awakens* **Forensic Teaching About Patricide.** J Am Acad Psychiatry Law, 45(1):128-130, 2017

73. **Hall RCW**, Hall RCW: **Torture and Psychiatric Abuse: Definition, Ethics, and Assessment.** In: Rosner R, Scott C (eds): Principles and Practice of Forensic Psychiatry, 3rd Edition. CRC Press. Taylor & Francis Group:Boca Raton, FL; 2017, Cpt 82, pp 845-854.

74. Lee J, **Hall RCW: The Death Penalty and Mental Illness: An Evolving Standard?** Psychiatric Times. 36(6):16C-16E, 2017

75. Hatters Friedman S, **Hall RCW**: **Competencies in Civil Law**. In: Gold L, Frierson R (eds): Textbook of Forensic Psychiatry, 3rd Edition. American Psychiatric Association Publishing: Arlington, VA; 2017, Cpt 13, pp 185-200

76. Friedman S, **Hall RCW**, Appel JM:   *The Last Jedi* **Takes His Own Life: Rational Suicide and Homicide-Suicide in** *Star Wars.* Acad Psychiatry; published online May 24, 2018;  https://doi.org/10.1007/s40596-018-0938-y; August 2018, Volume 42 (4): 503–509

77. Hatters-Friedman S, **Hall RCW**, Sorrentino R: **Involuntary Treatment of Psychosis in Pregnancy.** J Am Acad Psychiatry Law, 46(2):217-223, 2018

78. Cooke B, **Hall RCW**, Hatters Friedman S, Jain A, Wagoner R: **Professional Boundaries in Corrections**. J Am Acad Psychiatry Law, 47(1):91-98, 2019

79. Lee J, **Hall RCW**: **The Impact of Gliomas on Cognition and Capacity**. J Am Acad Psychiatry Law, 47(3):350-359, 2019

80. **Hall RCW**, Friedman SH, Sorrentino R, Lapchenko M, Marcus A, Ellis R: **The myth of school shooters and psychotropic medications.** Behav Sci Law, 1–19, 2019. https://doi.org/10.1002/bsl.2429

81. Hatters Friedman S, Tamburello A, Kaemph A, **Hall RCW: Prescribing for Women in Corrections.** J Am Acad Psychiatry Law, 47(4): 476-85, 2019.

82. **Hall RCW**, Hatters Friedman S: **I'm [Virtual] Batman: Violence and Video Games.** In: Packer S and Fredrick D (eds): Welcome to Arkham Asylum: Essays on Psychiatry and the Gotham City Institution. McFarland & Company:Jefferson, NC; 2020, pps 55-64

83. Hatters Friedman S, **Hall RCW: Deadly and Dysfunctional Family Dynamics: When Fiction Mirrors Fact.** In: Packer S and Fredrick D (eds): Welcome to Arkham Asylum: Essays on Psychiatry and the Gotham City Institution. McFarland & Company:Jefferson, NC; 2020, pps 65-75

84. **Hall RCW**, Hatters Friedman S: **Don't Laugh at the Comics: A Modern Take**. Academic Psychiatry,44(4) 476-482, 2020,  DOI 10.1007/s40596-020-01257-2

85. **Hall RCW,** Hatters Friedman S: **Comic Books, Dr. Wertham, and the Villains of Forensic Psychiatry.** J Am Acad Psychiatry Law, 48(4) 563-544, 2020

86. **Hall RCW,** Tardif I: **Florida Law Enforcement Policies for and Experience with Tarasoff-Like Reporting**. J Am Acad Psychiatry Law, 49(1):77-86, and online, 2021. DOI:10.29158/JAAPL.200065-20.

87. Hatters Friedman S, **Hall RCW: Avoiding malpractice while treating depression in pregnant women**. Current Psychiatry, 20(8):30-36; 2021 August; doi:10.12788/cp.0154

88. **Hall RCW: Suicide Risk Assessment for Individuals Involved in the Legal System**. In: Kelley E and Flood F (eds): Suicide and Its Impact on the Criminal Justice System. American Bar Association's ABA Publishing: Chicago, IL; Cpt 11: pps 155-172, 2021.

**\* Boldface indicates Ryan C. W. Hall, MD**

**NEWSLETTERS:**

1. Hall RCW, **Hall RCW**:  **Fee-Splitting: Ethical Implications and Principles for Practice Management.** Florida Psychiatric Society's Transference, (2)14, 1999.

2. Phillips RTM, Wall B, Frisher K, **Hall RCW**, Zonana H: **American Medical Association 2010 Interim Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 36(1):27-29, 2011.

3. Friedman S, Yang S, **Hall RCW**: **Why Research Matters in Expert Testimony**. American Academy of Psychiatry and the Law Newsletter, 36(2):1-21, 2011.

4. **Hall RCW**, Davidson C, Levine H: **Serotonin Syndrome in Children**: **A Potentially Toxic Clinical and Legal Entity**.  American Academy of Psychiatry and the Law Newsletter, 36(2):18-26, 2011.

5. Phillips RTM, Wall B, Frisher K, **Hall RCW**, Zonana H: **American Medical Association 2011 Annual Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 37(1):25, 2012.

6. Hatters Friedman S, **Hall RCW**: **Treatment of Mental Illness in Pregnancy and Malpractice Concerns**. American Academy of Psychiatry and the Law Newsletter, 37(2):21-22, 2012

7. Hatters Friedman S, **Hall RCW**, Kenedi C, Knoll IV J: "**Your Drugs Made Me Do It."** American Academy of Psychiatry and the Law Newsletter, 39(3): 24-29, 2014

8. **Hall RCW**, Hatters Friedman S, Jain A, Sorrentino R: **Guns and Mental Illness**. American Academy of Psychiatry and the Law Newsletter, 39(3): 26-29, 2014

9. Wall B, **Hall RCW**, Piel J: **American Medical Association 2014 Interim Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 39(1):18, 2015

10. Hatters Friedman S, **Hall RCW**, Glezer A, Jain A, Wisner K: **Ethical and Legal Issues in Treatment of Mental Illness in Pregnancy**.  American Academy of Psychiatry and the Law Newsletter, 39(1):23, 28, 2015

11. Wall B, **Hall RCW,** Piel J: **American Medical Association 2015 Annual Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 40(3):1, 2, 27, 2015

12. **Hall RCW**: **Where is Board Certification going?** Southlands, Newsletter of the Southern Psychiatric Association, Volume 2(1), Dec 2015

13. **Hall RCW**: **AAPL at the APA Awards**. American Academy of Psychiatry and the Law Newsletter, 41(3):1-2, 2016

14. Cheng J, **Hall RCW**: **What Toxicology Screens May Miss: Dextromethorphan**. American Academy of Psychiatry and the Law Newsletter, 41(3):23, 28, 2016

15. Cheng J, **Hall RCW**: **A Primer on Kratom**. American Academy of Psychiatry and the Law Newsletter, 42(2):24, 32, 2017

16. Hatters Friedman S, **Hall RCW**, Cooke B, Jain A, Wagoner R, Sorrentino R: **Boundary Violations in Correctional Psychiatry**. American Academy of Psychiatry and the Law Newsletter, 42(3):16, 2017

17. Ellis R, Cheng J, **Hall RCW**: **What was Old is New Again: Ketamine in 21ˢᵗ Century.** American Academy of Psychiatry and the Law Newsletter, 42(3):23, 31, 2017

18. **Hall RCW**: **Mr. Anthony Graves: Graves Injustice**. American Academy of Psychiatry and the Law Newsletter, 43(1):7, 2018.

19. **Hall RCW,** Levine H: **Updating the Marijuana Use History: "Doc, I treat my depression with Incredible Hulk."** American Academy of Psychiatry and the Law Newsletter, 43(2):18, 24, 2018

20. **Hall RCW: Brief review of Gabapentin Abuse Potential.** American Academy of Psychiatry and the Law Newsletter, 44(2):14, 23, 2019

21. **Hall RCW,** Hatters Friedman S, Sorentino R**: Evolving Policy Topics of Interest for Institutions of Higher Learning.** American Academy of Psychiatry and the Law Newsletter, 44(2):16, 25, 2019

22. **Hall RCW: Is Your "Fat Burner" Dietary Supplement Really Fertilizer?** American

Academy of Psychiatry and the Law Newsletter, 44(3):9, 27, 2019

23. Tardif I, **Hall RCW**: **Moon Rocks: The Caviar of the Cannabis Industry?** American Academy of Psychiatry and the Law Newsletter, 44(3):19, 28, 2019

24. Liu C, Romeus L, **Hall RCW**: **13 Reasons Why and Media's Interest in Suicide**. American Academy of Psychiatry and the Law Newsletter, 45(1): 11, 25, 2020.

25. **Hall RCW**: **Update on the Parkland Shooting Civil Cases**. American Academy of Psychiatry and the Law Newsletter, 45(3): 21, 25, 2020.

26. Sarmiento B, **Hall RCW**: **Georgia County Sheriff's Attempt to Protect Trick-or-Treaters**. American Academy of Psychiatry and the Law Newsletter, 45(3): 30, 32, 2020.

27. **Hall RCW: All Rise, the Judge has Entered the Zoom Call**. American Academy of Psychiatry and the Law Newsletter, 46(1): 13, 30, 2021.


**\* Boldface indicates Ryan C. W. Hall, MD**

**ABSTRACTS/POSTERS:**

1. Hall RCW, Hazard SC, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid Disease in Eating Disordered and Depressed Patients.**

   -146th Annual Meeting, American Psychiatric Association, May 25, 1993, San Francisco, CA, P.1.57 (Poster Session).

2. Hall RCW, Platt DE, **Hall RCW**: **Suicide Risk Assessment: A Review of Risk Factors for Suicide in 100 Patients Who Made Severe Suicide Attempts: Evaluation of Suicide Risk in a Time of Managed Care.**

   - Psychiatric Practice and Managed Care, American Psychiatric Association, Vol. 5, No. 5, P 12, Sept-Oct 1999.

3. **Hall RCW,** Gould N, McCann U, McKibben J: **The Role of Morphine in the Development of Acute Stress Disorder and Posttraumatic Stress Disorder in Patients with Severe Burn Injury**.

   - 41st Annual Meeting, American Burn Association. San Antonio, TX, Mar 25, 2009.

4. Gould N, McCann U, McKibben J, **Hall RCW**: **Peri-traumatic Heart Rate as a Predictor of Acute Stress Disorder and Post-traumatic Stress Disorder in Patients with Burn Injury.**

   - 41st Annual Meeting, American Burn Association. San Antonio, TX, Mar 25, 2009.

5. Marriner B, Tseng T, Rich W, **Hall RCW**: **Investigating the Factors Influencing the**

Prescription of Antidepressants with No FDA-Approved Indication in the United States Between 2006 – 2009.

- Annual Meeting, American College of Clinical Pharmacy, Hollywood, FL, Oct 22, 2012.

6.  Marriner B, Rich W, Matthews A, **Hall RCW**, Tseng T:  **Provider Characteristics Influencing the Prescription of Antidepressants without a Psychiatric Diagnosis in the United States, 2006-2009.**

    - 140th Annual Meeting & Expo, American Public Health Association, San Francisco, CA, Oct 29, 2012.

7.  Padalia K, **Hall RCW: Change in Use of Suicidality Assessment Tools Since the 2004 FDA Suicidality Black Box Warning on Antidepressants in Children and Adolescents**.

    -FIRE Module, University of Central Florida College of Medicine, Feb 23, 2017

8.  Kiguradze T, **Hall RCW: Glucocorticosteriods, Psychosis, and Legal Culpability – The Mickey Finn Defense? A Cross-sectional Retrospective Analysis of the FDA-FAERS Database**.

    -FIRE Module, University of Central Florida College of Medicine, Feb 22, 2018

9.  Mayet M**, Hall RCW:  The Balance of Free Speech in Medicine: A Literature Review.**

    -FIRE Module, University of Central Florida College of Medicine, March 5, 2021

10. Sarmiento B, **Hall RCW**: **Cannabis Use and Mental Health Status in Florida College Students: A 5-Year Survey Analysis.**

    -FIRE Module, University of Central Florida College of Medicine, March 5, 2021

**\* Boldface indicates Ryan C. W. Hall, MD**

**PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS AND INVITATIONAL ACADEMIC LECTURES:**

1.  Hall RCW, Hazard SC, Dunlap PK, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid disease and abnormal function tests in patients with eating disorders and depression.**  Poster Session - American Psychiatric Association Annual Meeting, San Francisco, CA, May 25, 1993

22

2. Hall RCW, **Hall RCW**: **Management of Hostage Situations.**  Psychiatric Responses to Trauma, U.S. State Department Conference on International Terrorism, hosted by Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

3. Hall RCW, **Hall RCW**: **Terrorism: Its Aftermath and Long-term Effects on Survivors -  A Consultation-Liaison Perspective -- Part I.**  Psychiatric Responses to Trauma, U.S. State Department Conference on International Terrorism, hosted by Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

4. Hall RCW, **Hall RCW**: **Terrorism: Its Aftermath and Long-term Effects on Survivors  - A Consultation-Liaison Perspective - Part II.**  Psychiatric Responses to Trauma, U.S. State Department Conference on International Terrorism, hosted by Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

5. Hall RCW, **Hall RCW**, Platt DE:  **Impact of Managed Care on Suicide Risk Assessment.** American Academy of Psychiatry and the Law, 1999 Annual Meeting, Baltimore, MD, October 15, 1999

6. Hall RCW, **Hall RCW**: **Ethical Issues in Managed Care.**  American Psychiatric Association, 1999 Ethics Workshop, Washington, DC, November 3, 1999

7. Hall RCW, **Hall RCW**: **Terrorism, Bioterrorism and Disaster - Aftermath and Long-term Effects on Survivors.**  Cycle of Violence: Assessment and Management of Aggression - A Mardi Gras Symposium, Tulane University, New Orleans, LA, February 26, 2000

8. Hall RCW, **Hall RCW**: **Bioterrorism - Dealing with Medical and Psychiatric Consequences of Victims and Responders.** Cycle of Violence: Assessment and Management of Aggression - A Mardi Gras Symposium, Tulane University, New Orleans, LA, February 26, 2000

9. Hall RCW, **Hall RCW**:  **Psychiatric Consequences of Terrorism, Bioterrorism and Disaster.**  Rocky Mountain Emotional Trauma Symposium, Pathways Treatment Center, Kalispell, MT, June 29, 2000

10. Hall RCW, **Hall RCW**: **Suicide in an Era of HMO's and Managed Care.**   Rocky Mountain Emotional Trauma Symposium, Pathways Treatment Center, Kalispell, MT, June 30, 2000

11. Hall RCW, **Hall RCW**: **Psychological Response to Disasters and Terrorism.** International Society of Political Psychology, 23rd Annual Scientific Meeting, Seattle, WA, July 4, 2000

12. Hall RCW, **Hall RCW**: **Biological Warfare - Attack Scenarios, Response to Terrorist Attacks, and Sources of Conflict.**  American Academy of Psychiatry and the Law, Pre-AAPL meeting, Ireland, September 16-26, 2000

13. Hall RCW, **Hall RCW**, Chapman M: **Workplace Violence.**  American Academy of Psychiatry and the Law, Pre-AAPL meeting, Ireland, September 16-26, 2000

23

14. Hall RCW, **Hall RCW**: **Biological Warfare: Attack Scenarios and Public Health Issues.** Grand Rounds, Hennepin County Medical Center, Minneapolis, MN, December  8, 2000

15. Hall RCW, **Hall RCW**:  **Bioterrorism: A Short History of Biowarfare & Analysis of the Threat.**  Grand Rounds, Mayo Clinic, Jacksonville, FL, August 15, 2001

16. Hall RCW, **Hall RCW**:  **Situational Suicide.**  Halifax Medical Center, Daytona Beach, FL, September 13, 2001

17. Hall RCW, **Hall RCW**:  **Domestic Violence: The Physician's Role.** Halifax Medical Center, Daytona Beach, FL, September 14, 2001

18. Hall RCW, **Hall RCW**:  **Terrorism, Bioterrorism and Assault with Anthrax as a Biological Weapon.**

    -Florida Psychiatric Society, Fall Meeting, Coconut Grove, FL, November 4, 2001
    -Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, LA, January 30, 2002

19. Hall RCW, **Hall RCW**: **Smallpox**.  Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, LA, January 30, 2002

20. Hall RCW, **Hall RCW**: **Psychopharmacology - Forensic Risk and Clinical Practice: Things the clinician must know.**  Apopka Community Health Center, Apopka, FL, March 13, 2002

21. Hall RCW, **Hall RCW**: **Overview of Terrorism and Bioterrorism.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

22. Hall RCW, **Hall RCW**: **Workplace Violence, School Shootings and Occupations at Risk: Analysis of current data and psychological profiles**. Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

23. Hall RCW, **Hall RCW**: **Smallpox as a Biological Weapon**.  Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

24. Hall RCW, **Hall RCW**: **Smallpox as an Agent for Biological Warfare.**  Southern Psychiatric Association Annual Meeting, Loews Ventana Canyon Resort, Tucson, AZ, October 3, 2002

25. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.**  Mandatory Madness, Halifax Medical Center, Daytona USA, Daytona Beach, FL, December 14, 2002

26. Hall RCW, **Hall RCW**, Chapman MJ: **Workplace Violence, School Shootings and Occupations at Risk: Analysis of current data and psychological profiles.** Orlando Police Department, Orlando, FL, February 11, 2003

27. Hall RCW, **Hall RCW**: **Medical and Psychological Sequelae of Bombings: Implications for First Responders and Critical Government Staff.** Orlando Police Department, Orlando, FL, February 11, 2003

28. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.** Florida Psychiatric Society Spring Meeting, Orlando, FL, April 5, 2003

29. Hall RCW, **Hall RCW**: **Terrorist Bombings: Medical and Psychiatric Impact.** Southern Psychiatric Association's Annual Meeting, Nashville, TN, October 11, 2003

30. Hall RCW, **Hall RCW**: **Terrorism, Bombings, and Psychiatric Casualties.** University of Florida, Department of Psychiatry, Visiting Professor Program, November 7, 2003

31. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.** Tampa Bay Psychiatric Society, Tampa, FL, sponsored by Pfizer, January 29, 2004

32. Hall RCW, **Hall RCW**: **Smallpox as an Agent for Biological Warfare.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 13, 2004

33. Hall RCW, **Hall RCW**: **Medical and Psychiatric Casualties of Terrorist Bombings.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 13, 2004

34. Hall RCW, **Hall RCW**: **Medical and Psychological Consequences of Bombings.** Grand Rounds, Tulane University, Department of Psychiatry, New Orleans, LA, January 28, 2005

35. Hall RCW, **Hall RCW**: **Psychological Sequelae of Weapons of Mass Destruction on First Responders.** South Central Center for Public Health Preparedness/Alabama Department of Public Health, Montgomery, AL, Satellite Conference, May 6, 2005

36. Hall RCW, **Hall RCW**: **Medical and Psychological Aspects of Terrorist Bombings.** Grand Rounds, Sinai Hospital, Department of Medicine, Baltimore, MD, June 2, 2005

37. Hall RCW, **Hall RCW**: **Managed Care Disrupting the Physician-Patient Relationship: The New Realities. (Abbreviated version)** Forensic Psychiatry Fellows and Residents, University of Florida, Gainesville, FL, January 24, 2006

38. Hall RCW, **Hall RCW**, Chapman MJ: **Managed Care Disrupting the Physician-Patient Relationship: The New Realities.** Presidential Address. Southern Psychiatric Association, Baltimore, MD, September 30, 2006.

39. Hall RCW, **Hall RCW**: **When the System is Overwhelmed: Protecting the Provider during Biodisaster.** Satellite Conference, University of Alabama Birmingham South Central Center for Public Health Preparedness/Alabama Department of Public Health/Tulane University School of Public Health, Montgomery, AL, February 27, 2007.

40. **Hall RCW: Testamentary Capacity from Isaac Ray to Anna Nicole Smith.** Grand Rounds, Case Western Reserve School of Medicine, Cleveland, OH, March 28, 2008

41. Hall RCW, **Hall RCW**, Rundell JR, Winstead DK: **Psychiatrists' Role in Disaster Management: Lessons Learned.** Course 14, American Psychiatric Association, Annual Meeting, Washington, DC, May 3, 2008.

42. **Hall RCW: Violence in the Elderly: Forensic and Treatment Concerns.** Forensic Forum, Florida Psychiatric Society, ChampionsGate, FL, September 20, 2008.

43. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Southern Psychiatric Association, September 25, 2008.

44. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Forensic Psychiatry Program, University of South Florida, Tampa, FL, January 29, 2009.

45. **Hall RCW,** Hall RCW**: Domestic Violence as Portrayed in Film – A Realistic Appraisal?** Florida Psychiatric Society, St. Petersburg Beach, FL, March 20, 2009.

46. **Hall RCW,** Silberman E, Preven D, Weissman S (chairperson): **Indications for the Use of Combined Talking Therapy and Pharmacotherapy and How to Teach in Residency.** Corresponding Committee on Graduate Education, CW16, American Psychiatric Association, San Francisco, CA, May 19, 2009.

47. **Hall RCW**, Hall RCW: **Serotonin Syndrome.** Southern Psychiatric Association, Destin, FL, September 24, 2009

48. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Florida Psychiatric Society, Orlando, FL, October 11, 2009.

49. **Hall RCW,** Hall RCW: **Avoiding Psychiatric Malpractice in a Litigious Environment.** Florida Psychiatric Society, Orlando, FL, October 11, 2009.

50. **Hall RCW,** Appleby B: **Research on Young-Onset Dementia and Forensic Implications.** Workshop, American Academy of Psychiatry and the Law, Baltimore, MD, October 29, 2009

51. Hall RCW, **Hall RCW: Terrorist Bombings: Medical and Psychiatric Impact.** Alabama Psychiatric Society meeting, Montgomery, AL, April 24, 2010.

52. **Hall RCW,** Hall RCW: **Serotonin Syndrome**. Alabama Psychiatric Society meeting, Montgomery, AL, April 24, 2010.

53. Hall RCW, **Hall RCW: Geneva Conventions and Foreign Intelligence Surveillance Act,** Florida Psychiatric Society's Forensic Psychiatry Committee meeting, Tampa, FL, April, 30, 2010

54. Hall RCW, **Hall RCW**: **Epidemics – Bureaucracy – and Why Governments Fail in Times of Crisis,** Southern Psychiatric Association, Asheville, NC, September 30, 2010

55. Levine H, Bradford, J, **Hall RCW**, Kaye N, Levin A: **Do Practice Guidelines Belong In Court? Where Do They Belong?** American Academy of Psychiatry and the Law, Annual Meeting, Tucson, AZ, October 21, 2010

56. Dinwiddie SH, **Hall RCW**, Harlow M, Friedman S, Yang S: **Why Research Matters: Applying Science to Cases.** American Academy of Psychiatry and the Law, Annual Meeting, Tucson, AZ, October 21, 2010

57. Hall RCW, **Hall RCW**: **Terrorist Bombings: Medical and Psychiatric Impact-Implications for Law Enforcement.** Orange County Sheriff's Office senior leadership team, Orlando, FL, November 4, 2010

58. **Hall RCW**, Hall RCW: **Head Trauma: Psychiatric Sequelae and Malingering**. Bell & Roper, PA, Law Seminar, Orlando, FL, November 5, 2010

59. **Hall RCW: Pedophiles: Definition, Characteristics, Patterns, and Technology**. Internet Crimes Against Children Task Force Conference (Investigation unit), Orlando, FL,  December 2, 2010

60. **Hall RCW: Pedophiles: Definition, Recidivism, Technology, and Treatment Options.** Internet Crimes Against Children Task Force Conference (Prosecution unit), Orlando, FL, December 2, 2010

61. **Hall RCW:  Serotonin Syndrome: Diagnosis, Treatments and Societal Impact.** Grand Rounds, University of South Florida Department of Psychiatry, Tampa, FL, December 16, 2010

62. **Hall RCW: The Psychology of Aging**. Newcomers Group.  Lake Mary, FL, January 20, 2011

63. **Hall RCW,** Hall RCW: **The Culture of Domestic Violence?** Florida Psychiatric Society, Spring Meeting, Sarasota, FL, April 8, 2011

64. Pasternack S, Schmidt C, Barnett D, **Hall RCW: Guns and Medical Practice: Why does a physician need to inquire?** Panel, Florida Psychiatric Society, Spring Meeting, Sarasota, FL, April 9, 2011

65. **Hall RCW: Compensation Neurosis.** Hot Topics in Forensic Psychiatry. Tulane University, New Orleans, LA, April 17, 2011

66. **Hall RCW:  Offender Behavior**. National District Attorneys Association, National Center for Prosecution of Child Abuse, Unsafe Havens I: Investigation and Prosecution of Technology-Facilitated Child Sexual Exploitation, Portland, OR, June 23, 2011

67. **Hall RCW,** Hall RCW: **The Evaluation and Future of Posttraumatic Stress Disorder.**  Southern Psychiatric Association Annual Meeting, Annapolis, MD, September 17, 2011

68. **Hall RCW,** Hall RCW: **Assessment of Violence Potential: Are there any neural factors?** Florida Psychiatric Society, Orlando, FL, September 24, 2011

69. Levine H, **Hall RCW,** Kaye N: **Black Box or Pandora's Box – How Black Boxes Affect our Field.**  American Academy of Psychiatry and the Law, Annual Meeting, Boston, MA,  October 27, 2011

70. Myers W, **Hall RCW**, Tolou-Shams M: **Malingering in Homicide Defendants: Use of the MMSE and FIT**. American Academy of Psychiatry and the Law, Annual Meeting, Boston, MA,  October 27, 2011

71. **Hall RCW**:  **Compensation Neurosis**.  Florida Psychiatric Society, Orlando, FL, April 14, 2012

72. Hall RCW, **Hall RCW**:  **Hostage Crises: A Psychiatric and Geopolitical Analysis**. Southern Psychiatric Association, White Sulphur Springs, WV, October 5, 2012

73. Kaufman A, Mossman D, **Hall RCW**, Trestman R: **Beyond a Reasonable Doubt: Evidence-Based Expert Opinions**.  American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 25, 2012

74. Kaye N, Hatters Friedman S, **Hall RCW**, Janvier A: **Legal, Ethical, and Risk Implications of Psychotropic Treatment in the Pregnancy/Perinatal Period**. American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 26, 2012

75. **Hall RCW**, Day T: **Landmark Cases and Supreme Court's Decision on Healthcare**.  American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 26, 2012

76. **Hall RCW**, Day T: **Violent Video Games and the Battle of the Social Science Experts**. American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 26, 2012

77. Hall RCW, **Hall RCW**: **Chechen Terrorists: Quick Overview**.  Meridian Club, Maitland, FL, May 8, 2013

78. Sorrentino R, Hatters-Friedman S, Jain A, **Hall RCW**: **The Mentally Ill and Guns: A Perfect Target?**  American Psychiatric Association, Annual Meeting, Workshop 134, San Francisco, CA, May 22, 2013

79. **Hall RCW: Offender Characteristics**. Safety Net: Multidisciplinary Investigation and Prosecution of Technology-Facilitated Crimes Against Children. National Center for

Prosecution of Child Abuse, National District Attorneys Association, Alexandria, VA, June 5, 2013

80. **Hall RCW**: **Sanity**. Defender Summer School, sponsored by Robert Wesley, Public Defender, 9th Judicial Circuit, Orlando, FL, August 6, 2013

81. **Hall RCW**: **Violent Video Games: Brown vs. Entertainment Merchants Association: A Precursor to the Current Debate**. Southern Psychiatric Association, Destin, FL, August 19, 2013

82. Myers W, **Hall RCW**, Scott C: **10 Reasons Why Psychiatrists Should Do Their Own Psychometric Testing.** American Academy of Psychiatry and the Law, San Diego, CA, October 24, 2013

83. Kaufman A, Candilis P, **Hall RCW**, Kolla N, Mossman D: **What Should Forensic Fellows Learn About Research?** American Academy of Psychiatry and the Law, San Diego, CA, October 26, 2013

84. Hatters Friedman S, **Hall RCW**, Kenedi C, Knoll J: **Not Guilty by Reason of Medication: Your Drugs Made Me Do It.** American Academy of Psychiatry and the Law, San Diego, CA, October 27, 2013

85. **Hall RCW: What Psychiatrists Need to be Careful of with the Gun Violence Debate**. Florida Psychiatric Society, March 29, 2014

86. **Hall RCW**: **Video Game Violence and the Supreme Court.** Forensic Psychiatry Conference, Tulane University, New Orleans, LA, April 12, 2014

87. Jain A (chair), **Hall RCW,** Hatters-Friedman S, Sorrentino R: **Mental Illness, Guns, and Public Policy** in Symposium 7: Taking Aim at a Loaded Issue: Guns, Mental Illness, and Risk Assessment. American Psychiatric Association, New York, NY, May 3, 2014

88. **Hall RCW**: **Death Penalty Ramifications of Hall v. Florida**. Southern Psychiatric Association, New Orleans, LA, September 12, 2014

89. Hatters Friedman S, Wisner K, Jain A, Glezer A, **Hall RCW**: **Ethics and Forensics in the Treatment of Pregnant Women**. Workshop, American Academy of Psychiatry and the Law, Chicago, IL, October 26, 2014

90. **Hall RCW: Competency.** University of Central Florida's Learning Institute for Elders (LIFE) program, Orlando, FL, January 13, 2015

91. **Hall RCW: Death Penalty: Hall v. Florida**. Florida Psychiatric Society's Forensic Luncheon, Orlando, FL, April 18, 2015

92. **Hall RCW: What Psychiatrists need to know about Ebola**. Alabama Psychiatric Physicians Association, Montgomery, AL, April 24, 2015

29

93. **Hall RCW**: **Presidential Address: What We as Psychiatrists Need to be Careful of with the Gun Violence Debate: An Update**. Southern Psychiatric Association, Chattanooga, TN, October 3, 2015

94. **Hall RCW,** Cooke B, Johnston L, Strauss A: **Forensics in Florida: Hot Topics for the Sunshine State**. Panel. American Academy of Psychiatry and the Law, Ft. Lauderdale, FL, October 23, 2015

95. **Hall RCW,** Piel J, Wall B: **AMA Resolutions which Focused on Corrections.** Panel. American Academy of Psychiatry and the Law, Ft. Lauderdale, FL, October 24, 2015

96. **Hall RCW,** Hatters Friedman S: **Using Star Wars to Teach Psychopathology**. American Psychiatric Association, Atlanta, GA, May 16, 2016

97. Jain A, **Hall RCW,** Hatters Friedman S, Sorrentino: **Sex Ed: A Psychiatric Primer on Managing Patients' Sexual Behaviors.** American Psychiatric Association, Atlanta, GA, May 17, 2016

98. **Hall RCW. When the Toxicology Screen is Not Enough.** Panel. American Academy of Psychiatry and the Law, Portland, OR, October 30, 2016

99. **Hall RCW. Physician Wellness**. Seminole County Medical Society, Longwood, FL, October 15, 2016

100. **Hall RCW**. **Florida Political & Legislative Update.** Seminole County Medical Society, Altamonte Springs, FL, February 21, 2017

101. **Hall RCW. Competency.** Barry Law School's Health Law Society, Orlando, FL, March 30, 2017

102. **Hall RCW. Divorce and Domestic Violence**. Florida Psychiatric Society, Orlando, FL, March 31, 2017

103. **Hall RCW. Posttraumatic Stress Disorder: Diagnosis and Application in Criminal Court.** 2017 Federal Criminal Practice Seminar, Orlando, FL, April 6, 2017

104. **Hall RCW** (chair), Hatters Friedman S (co-chair), Wagoner R, Sorrentino R, Jain A, Cooke B. **Boundary Violations in Correctional Settings.** American Psychiatric Association's Annual Meeting, San Diego, CA, May 22, 2017

105. **Hall RCW**. **Video Game Violence.** Gang Intervention and Prevention Summit. Florida Gang Investigators Association, Daytona Beach, FL, June 12, 2017

106. **Hall RCW. Forensic Issues at Universities**. Florida Psychiatric Society, Sarasota, FL, October 7, 2017

107. **Hall RCW** (chair)**,** Hatters-Friedman S, Sorrentino R, Jain A: **Outpatient Violence Risk Assessment – What Clinicians Need to Know**. American Psychiatric Association, New York, NY, May 5, 2018

108. **Hall RCW:  Marijuana Issues at Universities**. The Maitland Men's Club, Maitland, FL, June 29, 2018

109. **Hall RCW**: **Guns, Schools and Mental Illness**. Orange County Health Department, Public Health Grand Rounds, August 14, 2018

110. **Hall RCW,** Hatters-Friedman S, Jain, A, Sorrentino R, Landess J: **Current Policy Topics on University Campuses.** American Academy of Psychiatry and the Law, Austin, TX, October 27, 2018

111. Greenspan M, Cooke B, Levin A, **Hall RCW,** Gage B: **Forensic Considerations of Treatment When You Haven't Seen the Patient.** American Academy of Psychiatry and the Law, Austin, TX, October 28, 2018

112. **Hall RCW**: **Guns, Schools and Mental Health**. Florida Department of Health, Cross City, Florida, November 29, 2018

113. **Hall RCW**: **Sanity**. Spring Training Mental Health Panel, hosted by Robert Wesley, Public Defender, 9th Judicial Circuit, Barry University Dwayne O. Andreas School of Law, Orlando, FL, March 5, 2019

114. **Hall RCW**, Sorrentino R, Jain A, Cooke B, Waggoner R: **Burnout: Doctors and Lawyers and Other Professionals. . .Oh My.**  American Psychiatric Association's Annual Meeting, San Francisco, CA, May 19, 2019

115. Packer S, **Hall RCW**, Forcen F, Hatters-Friedman S: **The Profound and Long-Term Impact of Arkham Asylum on Psychiatry**. American Psychiatric Association's Annual Meeting, San Francisco, CA, May 21, 2019

116. **Hall RCW**: **New Controversies or Just a Repeat? Featuring Batman**. Indienomicon, Melrose Center, Orlando, June 6, 2019

117. **Hall RCW**: **Retail E-Prescribing is Coming**. Florida Psychiatric Society's Leadership Conference, Jensen Beach, FL, June 22, 2019

118. **Hall RCW**, Kass E: **Comic superheroes: A Mental Health Crisis**. Florida Psychiatric Society's Annual Meeting, September 20, 2019

119. Kolla N, Candilis P, Parker G, **Hall RCW**: **What Forensic Psychiatrists Need to Know: Recent Research Findings. Workshop**.  American Academy of Psychiatry and the Law, Baltimore, MD, October 25, 3019

120. Tamburello A, Hatters Friedman S, **Hall RCW**: **Prescribing for Women in Corrections. Panel Discussion**. American Academy of Psychiatry and the Law, Baltimore, MD, October 26, 3019

31

121.    **Hall RCW**: **Parricide: Why Kids Kill Their Parents**.  Broward County Crime Commission's 5th Annual Juvenile Crime Conference, Delray Beach, November 22, 2019

122.    **Hall RCW: Trauma in Depth**. (PTSD). Ninth Circuit Public Defender's Spring Schedule, Orlando, FL March 2, 2020

123.    **Hall RCW: PTSD**. University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, March 20, 2020 (done via online platform due to coronavirus social distancing)

124.    **Hall RCW: Testamentary Capacity**. University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, March 20, 2020 (done via online platform due to coronavirus social distancing)

125.    Kass E, **Hall RCW,** Strauss A.  **Insanity by Malpractice: A Mock Trial exploring issues of Mental Health in the Justice System.** Presenters, Florida Psychiatric Society annual meeting (via online platform due to coronavirus social distancing), September 25, 2020.

126.    **Hall RCW**. **Battered Women That Kill**.  Broward County Crime Commission's 4th Annual Societal Violence Webinar, September 30, 2020

127.    **Hall RCW**. **The Myth of School Shooters and Psychotropic Medications**.  Loyola University School of Medicine Grand Rounds, via Zoom, February 11, 2021

128.    **Hall RCW. Background and Basics of the Official MeToo Movement and Its General Impact**. APA virtual Annual Meeting, taped on 03/17/21

129.    **Hall RCW. The Need For Competency.** University of Central Florida College of Medicine, by Zoom, 03/30/21

130.    **Hall RCW**. **Panel I - Domestic Violence: Why Men Torture Animals to Hurt Spouses and Partners.** Broward County Crime Commission's Animal Cruelty Webinar, April 8, 2021

131.    **Hall RCW: Risk Assessment**. University of Central Florida College of Medicine, by Zoom, 04/13/21

132.    **Hall RCW: PTSD**.   University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, April 22, 2021 (done via online platform due to coronavirus social distancing)

133.    **Hall RCW: Testamentary Capacity**. University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, April 22, 2021 (done via online platform due to coronavirus social distancing)

134. Hall RCW: Don't Laugh At the Comics: a modern take regarding mental health. Loyola University School of Medicine Grand Rounds, via Zoom. September 2, 2021

**\* Boldface indicates Ryan C. W. Hall, MD**

**VIRTUAL LECTURES:**

USMLERX.COM First Aid Step 1 Express Video Review Courses, May 2012

1. **Types of studies**

2. **Clinical trial**

3. **Meta-analysis**

4. **Evaluation of diagnostic tests**

5. **Prevalence vs. incidence**

6. **Odds ratio vs. relative risk**

7. **Precision vs. accuracy**

8. **Bias**

9. **Statistical distribution**

10. **Statistical hypotheses**

11. **Error types**

12. **Power (1 – β)**

13. **Standard deviation vs. standard error**

14. **Confidence interval**

15. **t-test vs. ANOVA vs. χ2**

16. **Correlation coefficient (r)**

17. **Disease prevention**

18. **Reportable diseases**

19. **Leading causes of death in the United States by age**

20. **Health care payment**

21. **Core ethical principles**

22. **Informed consent**

23. **Exceptions to informed consent**

24. **Consent for minors**

25. **Decision-making capacity**

26. **Written advance directive**

27. **Confidentiality**

28. **Exceptions to confidentiality**

29. **Malpractice**

30. **Good Samaritan law**

31. **Ethical situations**

32. **Apgar score**

33. **Low birth weight**

34. **Early developmental milestones**

35. **Piaget's stages of cognitive development**

36. **Tanner stages of sexual development**

37. **Changes in the elderly**

38. **Grief**

39. **Kübler-Ross grief stages**

40. **Stress effects**

41. **Sexual dysfunction**

42. **Body-mass index (BMI)**

43. **Sleep stages**

44. **REM sleep**

45. **Narcolepsy**

46. **Circadian rhythm**

47. **Intelligence quotient**

48. **Simple learning**

49. **Classical conditioning**

50. **Operant conditioning**

51. **Reinforcement schedules**

52. **Transference and countertransference**

53. **Freud's structural theory of the mind**

54. **Oedipus complex**

55. **Social learning**

56. **Erikson's Stages of Psychosocial development**

57. **Ego defenses**

58. **Infant deprivation effects**

59. **Child abuse**

60. **Child neglect**

61. **Anaclitic depression (hospitalism)**

62. **Regression in children**

63. **Childhood and early-onset disorders**

64. **Pervasive developmental disorders**

65. **Neurotransmitter changes with disease**

66. **Orientation**

67. **Amnesia types**

68.     **Delirium**

69.     **Dementia**

70.     **Hallucination vs. illusion vs. delusion vs. loose association**

71.     **Hallucination types**

72.     **Schizophrenia**

73.     **Delusional disorder**

74.     **Dissociative disorders**

75.     **Manic episode**

76.     **Hypomanic episode**

77.     **Bipolar disorder**

78.     **Major depressive episode**

79.     **Sleep patterns of depressed patients**

80.     **Atypical depression**

81.     **Electroconvulsive therapy (ECT)**

82.     **Risk factors for suicide completion**

83.     **Panic disorder**

84.     **Specific phobia**

85.     **Obsessive-compulsive disorder (OCD)**

86.     **Post-traumatic stress disorder**

87.     **Generalized anxiety disorder**

88.     **Malingering**

89.     **Factitious disorder**

90.     **Somatoform disorders**

91.     **Personality**

92.   **Cluster A personality disorders**

93.   **Cluster B personality disorders**

94.   **Cluster C personality disorders**

95.   **Keeping "schizo" straight**

96.   **Eating disorders**

97.   **Gender identity disorder**

98.   **Substance dependence**

99.   **Substance abuse**

100.   **Substance withdrawal**

101.   **Signs and symptoms of substance abuse**

102.   **Heroin addiction**

103.   **Alcoholism**

104.   **Delirium tremens (DTs)**

APA On Demand, March 30, 2020

1.   **The Good, the Bad, and the Ugly: Anabolic Androgenic Steroid (AAS) Use Depicted in Comics/Using Comics to Teach: Workshop Exercise**

**MEDIA:**

1.   *Time* Magazine, **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome,** May 16, 2005

2.   Reach MD XM Radio, **Pedophilia (Types and Classifications, Profile of Victims of Pedophilia, Treatment for Pedophiles and their Victims, and Pedophilia Research)**, May 14, 2007

3.   *MD Consult*. Doug Kaufman. Joint telephone interview with Richard C. W. Hall, MD, **Pedophilia.** May 2, 2007

4.   The Korean Broadcasting System, KBS Special, **Pedophilia**. March 11, 2008.

5.   Tony Pipitone, WKMG-TV Channel 6, **Mothers Who Kill Their Children.** October 28,

37

2008.

6.  J. L. Webb. Orlando Medical News. **Cyberchondriacs.** November 13, 2008.

7.  Fox 35 News, Orlando. **Forensic Implications of Casey Anthony case.**  December 11, 2008.

8.  Fox 35 News, Orlando.  **The Casey Anthony Case: DNA Evidence.** December 12, 2008.

9.  Jessica Sanchez, WKMG-TV Channel 6.  **The Casey Anthony Case: Baker Act and Stressors.**  January 23, 2009.

10. Nam Nae Won and Jihyun Song. Korea Educational Broadcasting System. **Pedophilia.** March 30, 2009.

11. Keith Landry, Fox 35 News, Orlando.   **Effects of Stress and Financial Strain**. June 15, 2009.

12. Heidi Hatch, Fox 35 News, Orlando.  **Effects of Stress on Families.**  June 16, 2009.

13. Zac Anderson, Sarasota Herald-Tribune. **Child pornography.** January 8, 2010.

14. Florida Psychiatric Society. Brief Conversations with Experts, Public Service Announcement. **Legal Competency.**  January 23, 2010.

15. Canadian Broadcasting Corporation, CBC Radio, *Up To Speed*, with host Margaux Watt, **Pedophilia.** April 5, 2010.

16. Chilean newspaper, Third Voice, phone interview. **Pedophiles**. April 13, 2010.

17. Roberto Schiattino, Caras Magazine, Santiago, Chile: **Pedophilia**, April 19, 2010

18. Cris Barrish, Delaware News Journal, **Pedophiles**, June 5, 2010

19. Steve Blow, The Dallas Morning News. **Pedophiles**. September 2, 2010

20. Karen Lusky, MSN, RN, EliHealthcare.com. **Serotonin Syndrome vs. Anticholinergic Syndrome.** September 7, 2010

21. http://www.katenagroup.org/expertsspeak/RYAN_HALL_MD_DOMESTIC_VIOLENCE_SEPT2011.mp3

22. Donna Leinwand Leger, USA Today.  **Misconceptions make sex abuse offenders difficult to detect**.  November 16, 2011

23. http://www.katenagroup.org/expertsspeak/**RYAN_HALL_MD_CHILD_SEX_ABUSE_NOVEMBER2011.mp3**

24. Renee Stoll.  WFTV Channel 9 News.  **Psychosis/Affect in Potential Violent Crimes.**  March 30, 2012

25. The Discovery Channel.  **Wills: Etta James**.  April 26, 2012

26. Marisol Bello, USA Today.  **Sandusky child sex abuse case offers important lessons**.  June 23, 2012

27. Channel 13, Orlando.  **Stop the Bullying.** Town hall symposium. September 18, 2012

28. Brandon Keim, NOVA. **Videogames and Violence**. January 9, 2013

29. Jo Ciavaglia, Bucks County Courier Times (PA). **Anabolic Steroids Withdrawal**. January 18, 2013

30. http://www.katenagroup.org/expertsspeak/RYAN_HALL_MD_VIDEO_GAME_VIOLE NCE_JAN2013.mp3

31. Gwen Knapp, www.sportsonearth.com. General comments on **Anabolic Steroids** for "Did Oscar Pistorius Have 'Roid Rage?"  February 21, 2013

32. Maia Szalavitz, TIME.com. **Video games and behavior**.  July 2, 2013

33. Erin Brodwin, *Scientific American*. **Guns, Schools, and Mental Illness.** October 25, 2013

34. Andrew Pollock, *New York Times*.  **Ebola (as a bioweapon)**. August 15, 2014

35. Abigail Ohlheiser, *Washington Post*. **Ebola**. October 2, 2014

36. Kelley Beaucar Vlahos, Foxnews.com. **Ebola (as a bioterrorist threat).** October 3, 2014

37. Rich Zeoli, Talk Radio 1210 WPHT, Philadelphia. **Ebola as bioterrorist threat**. October 3, 2014

38. Naseem Miller, *Internal Medicine News*.  **Ebola**.  October 3, 2014

39. Amy Ohoheiser. *The Washington Post*. **It's highly unlikely you'll become infected with Ebola, So what are you afraid of?** October 5, 2014

40. Laura Evans, WTTG-FOX5 Washington, DC.  **Ebola**.  via Skype. October 8, 2014

41. Sue Ambrose, Dallas Morning News.  **Ebola**.  October 14, 2014

42. Mackenzie Carpenter, *Pittsburgh Post-Gazette*.  **Ebola (Public discussions of).** October 15, 2014

43. Andy Newman, *New York Times*. **Pedophilia**. May 6, 2015

44. Wes Judd, *Pacific Standard*. **Teaching Psychopathology in a Galaxy Far, Far Away: The Light Side of the Force**, May 27, 2015

45. Tori Walker, *The Ledger*. **Local movie theaters respond to recent attacks with more security.** August 18, 2015

46. Michael Greshko, *National Geographic*. **The Real Science Inspired By Star Wars.** http://news.nationalgeographic.com/2015/12/151209-star-wars-science-movie-film/ December 9, 2015

47. Adam Hochron, *MD Magazine*. **Using Star Wars to Teach Psychopathology 3**. May 16, 2016

48. Elizabeth Bachmann, Catholic News Service. **Video games and mass shootings**. August 5, 2019

49. Joel Solomon. *Tampa Bay Times*. **Psychiatrists acting in dual roles (forensic expert/treater)**. January 6, 2020

50. Danielle Prieur, 90.7 WMFE Orlando. **COVID-19** testing. March 5, 2020

51. Fox 35 Orlando. **On-air medical panel regarding the Coronavirus.** March 6, 2020

52. Panelist for Physicians Society of Central Florida's **COVID-19** Virtual Town Hall, April 9, 2020

53. Naseem Miller, *Orlando Sentinel*. **Pressure mounts on doctors as COVID-19 hospitalizations climb again**. December 22, 2020

## **Materials Provided for Review:**

**Documents:**



3. Affidavit of Dr. Hall (SDNY_GM_01986418)

**3500 Materials:**

3505-001
3505-005
3505-026
3505-027
3505-028
3505-030
3505-031
3505-034
3505-035
3505-036
3505-043
3505-044
3505-058
3505-059
3505-068
3505-074
3505-076
3505-079
3505-081
3505-088
3505-089
3505-090
3505-091
3505-092
3505-097
3505-100

EXHIBIT F

**BENNETT L. GERSHMAN**
**Pace Law School**
**78 North Broadway**
**White Plains, NY 10603**
**Tele: (914) 422-4255**
**Email: Bgershman@law.pace.edu**

## EDUCATION

New York University School of Law, J.D.                              1966

Princeton University, B.A., <u>cum laude</u>                         1963

## TEACHING EXPERIENCE

Courses taught:          Constitutional Law, Evidence, Criminal Law, Criminal Procedure, Trial
                         Advocacy, Criminal Justice Seminar, Prosecutorial Ethics, Judicial Ethics,
                         Death Penalty Litigation, Law and Film.

Professor of Law (Tenured)                              1976-85, 1988-present
Pace Law School
White Plains, New York

James D. Hopkins Professor of Law                              (2009-2011)
Pace Law School
White Plains, New York

Visiting Professor                                            1999 (Spring)
University College
Faculty of Laws                                              2002 (Spring)
London, England

Visiting Professor                                            1984 (Spring)
Syracuse College of Law
Syracuse, New York

Visiting Professor                                                 1982-83
Cornell Law School
Ithaca, New York

EXHIBIT G

## PUBLICATIONS

Books

The Law School Experience: Law, Legal Reasoning, and Lawyering (with Lissa Griffin) (2000)

Trial Error and Misconduct (2d ed. 2007) (supplemented annually)

Prosecutorial Misconduct (2d ed. 1999) (supplemented annually)

Trial Error and Misconduct (1997) (supplemented annually)

Prosecutorial Misconduct (1985)

Book Chapter

The Prosecutor's Contribution to Wrongful Convictions, J. Acker et al., Examining Wrongful Convictions – Moving Back, Stepping Forward (Carolina Academic Press 2014).

Law Review Articles

Threats and Bullying by Prosecutors, 46 Loyola University Law Review 327 (2014)

Subverting Brady v. Maryland and Denying a Fair Trial: Studying the Schuelke Report, 64 Mercer Law Review 683 (2013)..

Pre-Plea Disclosure of Impeachment Evidence, 65 Vanderbilt Law Review En Banc 141 (2012).

Educating Prosecutors, and Supreme Court Justices, on Brady v. Maryland, 13 Loyola New Orleans Public Interest Law Journal 517 (2012).

Judicial Interference with Effective Assistance of Counsel, 31 Pace Law Review 560 (2011)

Prosecutorial Decision-Making and Discretion in Charging Decision, 62 Hastings Law Journal 1259 (2011)

The Zealous Prosecutor as Minister of Justice, 48 San Diego Law Review 151 (2011)

"Hard Strikes and Foul Blows" – *Berger v. United States* 75 Years After,  42 Loyola Chicago Law Review 177 (2010).

Bad Faith Exception to Prosecutorial Immunity for *Brady* Violations, Harvard Civil Rights-Civil Liberties Law Review , Amicus, Harvard Civil Rights-Civil Liberties Law Review, August 2010.

Privacy Revisited: GPS Tracking as Search and Seizure, 30 Pace Law Review 927 (2010).

Confronting Scientific Reports Under Crawford v. Washington, 29 Pace Law Review 479 (2009).

The Most Dangerous Power of the Prosecutor – James D. Hopkins Memorial Lecture, 29 Pace Law Review 1 (2008).

Litigating Brady v. Maryland: Games Prosecutors Play, 57 Case Western Law Review 531 (2007).

Reflections on Brady v. Maryland,  47 South Texas Law Review 685 (2006).

Prosecutorial Ethics and Victim Rights, 9 Lewis & Clark Law Review 559 (2005).

How Juries Get It Wrong – Anatomy of the Detroit Terror Trial, 44 Washburn Law Journal 327 (2005).

The Problem of Jury Misconduct, 50 South Dakota Law Review 322 (2005).

Misuse of Forensic Evidence by Prosecutors, 28 Oklahoma City University Law Review 17 (2003).

Witness Coaching By Prosecutors, 23 Cardozo Law Review 829 (2002)

The Prosecutor's Duty to Truth,  14 Georgetown Journal of Legal Ethics  309 (2001)(reprinted in Chengchi Law Review, No. 116, August 2010).

Child Witnesses and Procedural Fairness, 24 American Journal of Trial Advocacy 585 (2001).

Mental Culpability and Prosecutorial Misconduct, 26 American Journal of Criminal Law 121 (1998).

The Gate is Open But the Door is Locked: Habeas Corpus and Harmless Error, 51 Washington & Lee Law Review 115 (1994)

Supervisory Power of the New York Courts, 14 Pace Law Review 41 (1994)

The New Prosecutors, 53 Pittsburgh Law Review 393 (1992) [reprinted in Criminal Practice Law Review (Michie Company, 1993)]

A Moral Standard for the Prosecutor's Exercise of the Charging Discretion, 20 Fordham Urban Law Journal 513 (1993)[reprinted in The Jury Trial in Criminal Justice (Koski ed. 2003)]

A Tribute to Thurgood Marshall, 13 Pace Law Review 297 (1993)

Justice William J. Brennan, Jr.: The Moral Force of His Language, 11 Pace Law Review 509 (1991)

The Thin Blue Line: Art or Trial in the Fact-Finding Process?, 9 Pace Law Review 275 (1989)

Proving the Defendant's Bad Character, 11 American Journal of Trial Advocacy 477 (1988)[reprinted in Criminal Practice Law Review, Michie Company (1989)]

Entrapment, Shocked Consciences and the Staged Arrest, 66 Minnesota Law Review 567 (1982)

Abscam, the Judiciary and the Ethics of Entrapment, 91 Yale Law Journal 1565 (1982)

The Perjury Trap, 129 University of Pennsylvania Law Review 624 (1981)


Book Reviews

Clarence Darrow, The Story of My Life, Trial, p. 80 (April 1997)

Wendy Kaminer, It's All the Rage, Trial, p. 85 (September 1995)

David Von Drehle, Among the Lowest of the Dead: The Culture of Death Row, New York Law Journal, p. 2 (May 16, 1995)

Martin Friedland, The Death of Old Man Rice, Trial, p. 90 (March 1995)

Hans Zeisel, The Limits of Law Enforcement, 33 Journal of Legal Education 745 (1983)

Abscam Ethics: Moral Issues and Deception in Law Enforcement (M. Caplan ed.), 52 George Washington Law Review 166 (1983)

Other Published Articles

The Eyewitness Conundrum, 81 New York State Bar Journal 24 (2009).

Now You See It, Now You Don't: Depublication and Nonpublication of Opinions Raise Motive Questions, 73 New York State Bar Journal 36 (2001)[reprinted in The Champion, June 2002, p. 20]

The Election and the Supreme Court, The Reporter Dispatch (October 15, 2000)

Burdening Constitutional Rights, Criminal Justice Journal, p. 51 (Summer, 2000)

Use of Race in "Stop-and-Frisk", 72 New York State Bar Journal 42 (2000)

Race and Justice in Great Britain, New York Law Journal, p. 2 (March 11, 1999)

Prosecutorial Turf Wars, National Law Journal, p. A36 (November 18, 2002)

Busing and Desegregation, National Law Journal, p. A24 (October 18, 1999)

Lie Detection: The Supreme Court's Polygraph Decision, 70 New York State Bar Journal 34 (1998)

Perverting the First Amendment, New York Law Journal, p.2 (January 8, 1998)

Prosecutorial Interference with Judicial Independence, New York Law Journal, p. 2 (April 8, 1998)

Defining Perjury Can Be Very Complex, The Reporter Dispatch (October 4, 1998)

Judicial Interference with Effective Advocacy by the Defense, 33 Criminal Law Bulletin 424 (1997)

Charging Crime: A Postscript, New York Law Journal, p. 2 (May 22, 1997)

When Enough is Enough, New York Law Journal, p. 2 (November 6, 1997)

Jurors Who Nullify, New York Law Journal, p. 2 (June 12, 1997)

Prosecuting Prosecutors, New York Law Journal, p. 2 (December 20, 1996)

Race, Crime and Punishment in New York, New York Law Journal, p. 2 (April 24, 1996)

The Governor's Misguided Attempt to Change the Exclusionary Rule, New York Law Journal, p. 2 (February 5, 1996)

Judicial "Conservatism", New York Law Journal, p. 2 (June 21, 1995)

Federal-State Debate Put in Perspective, The Reporter Dispatch (February 2, 1995)

Prosecutorial Misconduct in Presenting Evidence – Backdooring Hearsay, 31 Criminal Law Bulletin 99 (1995)

Forfeiture and the Constitution, New York Law Journal, p. 1 (January 11, 1994)

Second Circuit Evidentiary Ruling Includes Caution to Prosecutors, New York Law Journal, p. 1 (April 1, 1994)

Abuse of Power in the Prosecutor's Office, 6 The World and I 476 (1991) [reprinted in Criminal Justice, Annual Editions (1992-93)]

Themes of Injustice: Wrongful Convictions, Racial Prejudice, and Lawyer Incompetence, 29 Criminal Law Bulletin 502 (1993) [reprinted in L. Stolzenberg & S. D'Alessio, Criminal Courts for the 21st Century, p. 354 (1998)]
Defending the Poor, Trial, p. 47 (March, 1993)

Update on Rape Law in New York, New York Law Journal, p.1 (June 9, 1993)

Reforming New York Criminal Discovery, New York Law Journal, p. 1 (January 27, 1993)

Tricks Prosecutors Play, Trial, p. 46 (April, 1992)

Will the Real Jim Garrison Please Stand Up?, New York Law Journal, p. 2 (January 27, 1993)

Entrapment Revisited, New York Law Journal, p. 1 (January 27, 1993)

Supervising Prosecutorial Misconduct in Grand Juries, New York Law Journal, p. 1 (August 3, 1992)

Disqualifying Judges for Bias: The Sarokin Case, New York Law Journal, p. 1 (September 21, 1992)

Justice Must Temper Zeal in Death Cases, The Reporter Dispatch (May 24, 1992)

Judicial Misconduct During Jury Deliberations, 27 Criminal Law Bulletin 291 (1991) [reprinted in L. Stolzenberg & S. D'Alessio, Criminal Courts for the 21st Century, p. 289 (1998)]

State Constitutionalization of Criminal Procedure and the Prosecutor's Disclosure Obligations, 18 Westchester Bar Journal 101 (1991)

Understanding and Challenging DNA Proof, 17 Westchester Bar Journal 91 (1990)

The New Omnibus Crime Bill, New York Law Journal, p. 1 (December 27, 1990)

Capital Punishment Fails Economic Test, The Reporter Dispatch (April 10, 1990)

The Prosecutor's New Power in Sentence Reduction, 5 Criminal Justice 2 (Fall, 1990)

IRS Form 8300, 5 Criminal Justice 22 (Spring, 1990)

The Right to Evidence, 61 New York State Bar Journal 52 (1989)

Prosecutorial Suppression of Evidence, 16 Westchester Bar Journal 275 (1989)

Lawyers Shunning Death Row Cases, 16 Westchester Bar Journal 17 (1988-89)

The Prosecutor as a "Minister of Justice", 60 New York State Bar Journal 8 (1988) [reprinted in Criminal Justice, Annual Editions 1989-90]

The Prosecutor's Obligation to Grant Defense Witness Immunity, 24 Criminal Law Bulletin 14 (1998)

The Harmless Error Rule: Overlooking Violations of Constitutional Rights, 14 Westchester Bar Journal 291 (1987)

Reflections on Client Perjury, 59 New York State Bar Journal 30 (1987)

Why Prosecutors Misbehave, 22 Criminal Law Bulletin 131 (1986) [reprinted in G. L. Mayes, P.R. Gregware, Courts and Justice, 268 (1995); reprinted in M. Braswall, B. R. McCarthy, B. J. McCarthy, Justice, Crime, and Ethics 163 (1991)]

The Burger Court and Prosecutorial Misconduct, 21 Criminal Law Bulletin 217 (1985)

Judicial Misconduct: Civil Rights Immunities and Liabilities, Civil Rights Litigation and Attorney Fees Handbook 111 (1985)

Prosecutorial Misconduct: Civil Rights Immunities and Liabilities, Civil Rights Litigation and Attorney Fees Handbook 103 (1985)

Sanctioning Prosecutorial Misconduct, Bronx County Bar Journal 19 (Winter, 1985)

U.S. Supreme Court Deals with Prosecutorial Misconduct, New York Law Journal,
(October 18, 1995)

Capital Punishment and Guilty Pleas, Journal News – June 14, 2003.

Prosecution Double Standards , Journal News – October 26, 2003.

Kelly Case Undermines Pirro Image, Journal News – February 16, 2004

Bush Will Lose 'Presidential Power' Cases, Journal News – June 13, 2004

Religious McCarthyism, Hearsay, Winter 2004.


Recent Blogs

Preet Bharara Talks Too Much, Slate, March 2, 2015

Smartphones, Smart Ruling, Huffington Post, June, 2014

Cruel Justice – The Case of Don Siegelman, Huffington Post, June, 2014

New Commission to Regulate Prosecutorial Misconduct, Huffington Post, May 2014

Don't Let the Prosecutor Off the Hook, Huffington Post, May, 2014

Hurricane Carter's "Pig Circuis" Trials, Huffington Post, May, 2014

Smartphones and Befuddled Justices, April, 2014

The Senate's 7 Cowards, Huffington Post, March, 2014

Dumb District Attorneys, Huffington Post, March 2014

Refusing to Defend Unjust Laws: Prosecutorial Discretion or Prosecutorial
Nullification?, Huffington Post, February, 2014

Licensing Crimes, Huffington Post, May 2013

CIA's Paranoid Response on Drones, Huffington Post, March, 2013

Cops Are Stupid But Prosecutors Are Smart, Huffington Post, April, 2011

Why Barry Bonds?, Huffington Post, April, 2011

Clocking Trials, Huffington Post, May, 2011

"Rats" – Why Juries Believe Them, Huffington Post, May, 2011

DSK and Bail: But Aren't the French Right?, Huffington Post, May, 2011

Ashcroft Perverted Federal Law, the Supreme Court Blinked, Huffington Post, June 2011

When a Judge Stumbles, Do Appearances Matter? Huffington Post, June 2011

DSK and the Rest of Those on the Criminal Docket, Huffington Post, July, 2011

Was Casey Anthony's Jury Misled (By the Prosecutors)?, Huffington Post, July 2011

Did Lawyers Abet the Phone Hacking Scandal?, Huffington Post July, 2011

The Case for Prosecuting Strauss-Kahn: Or Should Prosecutors Play God?, Huffington Post August, 2011

Let's Get Real About Eyewitness Identifications, Huffington Post September, 2011

"Tent City" Is Protected Speech, Huffington Post October, 2011

Ticket-Fixing: It Isn't "Professional Courtesy," It's Racketeering, Huffington Post October, 2011

"Big Brother" is Really Watching You -- GPS Surveillance in the Supreme Court, Huffington Post November, 2011

'See No Evil, Hear No Evil': Joe Paterno, Kitty Genovese, and the Crime of Silence Huffington Post November, 2011

Let's Kill All the Law Students, Huffington Post November, 2011

Campus "Justice" Shows a Culture of Complacency, Huffington Post November, 2011

Shining a Light on Britain's "Gutter Press", Huffington Post December, 2011

Gingrich And The Constitution, Huffington Post December, 2011

Punishing Cops for Hate Speech, Huffington Post December, 2011

"Three Generations of Imbeciles Are Enough", Huffington Post January, 2012

Pardoning Criminals -- Appropriate Mercy or Perverting Justice?, Huffington Post January, 2012

Immigration Justice: Biased, Irrational, Unfair, Huffington Post January 2012

How Immigration Courts Contaminate American Justice, Huffington Post January, 2012

Criminalizing Lies -- An Unusual Free Speech Case in Supreme Court, Huffington Post, February, 2012

It's Not About Conscience, It's About Bullying, Huffington Post February, 2012

51st State -- "Tranquility" or Puerto Rico?, Huffington Post, February, 2012

Law Schools in the Dock, Huffington Post, March, 2012

Charging George Zimmerman: Why Bypass the Grand Jury? Huffington Post April 2012

Were Trayvon Martin Witnesses Coached? Huffington Post, May  2012

When Rabbis Muzzle Sex Crimes Victims, Huffington Post, May 2012

Corruption,  Bribery, and the Quid Pro Quo Conundrum, Huffington Post, June 2012

The District Attorney and the Penn State Scandal, Huffington Post, July 2012

Teaching Tolerance to Boy Scouts, Huffington Post, July 2012

Why Hasn't Lance Armstrong Been Prosecuted? Huffington Post, October 2012

Did Puerto Rico Really Vote for Statehood? Huffington Post, November 2012


Recent Op Ed Pieces

The Eric Garner Case Cries Out for Disclosure, Newsday, December 9, 2014

Gun Owners have a Responsibility, Journal News, December 29, 2012

Alas, Assembly Scandal Nothing New, Journal News, September 9, 2012

Police Did Not Need to Kill Kenneth Chamberlain, Journal News, May 13, 2012

Silencing Amicus Curiae, National Law Journal, March 21, 2011

<u>When Procedure Trumps Justice</u>, National Law Journal, November 2, 2009

<u>Jurisprudence of Labels</u>, National Law Journal, March 30, 2009

<u>Bell Shooting Critics Are Mistaken</u>, National Law Journal, June 2, 2008.

<u>Why a Public Outing?</u> National Law Journal, February 21, 2008

<u>Tankleff Case Needs Special Prosecutor</u>, Newsday, December 30, 2007

<u>The Stinger Missile Sting</u>, Slate, December 12, 2007

<u>Use Common Sense to Evaluate Ridley Shooting</u>, The Journal News, April 30, 2009

<u>Westchester County and Equality</u>, The Journal News, March 5. 2009

<u>Separate and Unequal – The Paradox of 2008 Election</u>, The Journal News, November 12, 2008

<u>No Guaranteed Right to Own Firearms</u>, The Journal News, December 3, 2007

<u>Client Choices and the Role of Arent Fox</u>, National Law Journal, November 12, 2007

<u>When to Fault Client Choices</u>, National Law Journal, October 8, 2007

<u>Justices Go Hollywood</u>, National Law Journal, August 1, 2007

<u>High Time The Hands-Off Approach to Prosecutorial Misconduct Changes</u>, The San Jose Mercury News, July 1, 2007

<u>Challenges to Justice</u>, National Law Journal, June 18, 2007

<u>No Gate Keeper of Justice</u>, National Law Journal, February 19, 2007

<u>Latest Exoneration Proves Experts' Lack of Credibility</u>, January 31, 2007.

<u>Cleansing a Candidate's Sins…by Re-Electing Him,</u> November 23, 2006

<u>Hussein Trial Lessons</u>, National Law Journal, November 13, 2006

<u>Independent Inquiry is Needed in Deskovic Case,</u> The Journal News, October 15, 2006

<u>Pirro Failed to Follow Prosecutorial Rules</u>, The Journal News, September 17, 2006

<u>At Last, A Citability Rule.</u> National Law Journal, May 22, 2006

Reporters Under Subpoena, National Law Journal, January 10, 2005

Cracking Justice's Facade, National Law Journal, October 11, 2004

Let's Untie Judicial Hands, National Law Journal, August 9, 2004

Independent Labs Are Best, National Law Journal, June 14, 2004

Prosecutors Tell Lies, Too, National Law Journal, March 22, 2004

The Spin, Confidentially, National Law Journal, July 21, 2003

Prosecutors' Tug of War, National Law Journal, November 18, 2002

Scholarly Papers at Conferences and Symposia

Sentence Structure: The Elements of Punishment, Loyola University Chicago School of Law (April 4, 2014)

Prosecutorial Ethics and Brady v. Maryland: Mercer Law School (October 5, 2012).

Prosecutorial Immunity: Deconstructing Connick v. Thompson – Loyola University New Orleans Law School (November 4, 2011).

The Most Dangerous Power of the Prosecutor – James Hopkins Memorial Lecture – Pace Law School (Oct. 6, 2008)

Prosecutorial Ethics and the Right to a Fair Trial – Case Western School of Law (January 26, 2007)

Reflections on Brady v. Maryland – South Texas Law School (November 4, 2005).

Prosecutorial Ethics and Victim Rights – Lewis & Clark Law School (March 11, 2005)

Misuse of Forensic Evidence By Prosecutors – Oklahoma City University Law School (March 6, 2003)

Problems of Cooperating Witnesses – Benjamin Cardozo Law School (November 30, 2000)

The Prosecutor's Duty to Truth, Georgetown Law Center, Symposium on Government Ethics (March 30, 2000)

The "Term Limits" Case – Conference on the Supreme Court and Local Government Law: The 1994-95 Term – Touro Law School (October 6, 1995)

Urban Criminal Justice – Is It Fair?  Does It Appear Fair?  Stein Center for Ethics and Public Interest Law – Fordham University School of Law (November 18, 1992)

The Expanding Criminal Law – CATO Institute, Washington, D.C. (November 15, 1990)

Prosecutorial Discretion – Conference on Municipal Law, Brigham Young Law School, Salt Lake City, Utah (March, 1987)

The Struggle for Justice - Law Day Keynote Speech, Rockland County Bar Association (May 1, 1992)

How Just Are Our Courts? - The League of Women Voters, Ossining, New York (September 12, 1991)

Grand Jury Abuse, - League of Women Voters, Bronxville, New Work (November, 1985)

The Hinckley Trial and the Insanity Defense - Cornell Law School (March, 1983)

Lectures at Training Programs for Judges and Lawyers

ABA Symposium for Judges and Prosecutors on Victims' Rights, Dubai, United Arab Emirates (January 19-21, 2011)

ABA Roundtable on Revisions to Criminal Justice Standards, Texas law School November 19, 2010

Criminal Discovery in New York State, New York State Judicial Institute, November 54, 2010

Missouri Office of Prosecutorial Training, Osage Beach, MO (March 21, 2008)

Update on New York State Criminal Law, Judicial Institute (January 8, 2004).

Orientation Program for Newly-Elected and Newly-Appointed Judges and Justices, N.Y.S. Office of Court Administration (1994-present)

Summer Judicial Seminar for New York State Trial Judges (1995, 1996)

Confronting and Handling Judicial Misconduct, Annual Meeting, New York State Defenders Association (September 22, 1995)

Fundamentals of Appellate Advocacy, New York State Bar Association (October 21, 1992)

Evidence Update, Practice Skills Seminar, Duchess County Bar Association (March, 1992)

Current Trends in Criminal Law – Public Defender Training Program, Montpelier, Vermont (June, 1991)

Prosecutorial Misconduct – Practice Skills Seminar, New York State Defenders Association, Poughkeepsie, New York (January 1, 1991)

Closing Arguments to a Jury – Practice Skills Seminar, New York State Bar Association, Poughkeepsie, New York (September 16, 1987)

Prosecutorial Misconduct – National Legal Aid and Defenders Association, Washington, D.C. (December, 1985)

Prosecutorial Misconduct – Erie County District Attorney's Office, Buffalo New York (September, 1985)

Driving While Intoxicated, Westchester County Bar Association (September, 1984)

Undercover Police Investigations, Onondaga County Bar Association (May, 1984)

Search and Seizure, Monroe County Bar Association (October, 1983)

Program Coordinator, Sing Sing Correctional Facility Paralegal Program.  Taught and administered courses in evidence, criminal law, and criminal procedure to inmates and correctional staff at the Sing Sing Correctional Facility, Ossining, New York (1984-1988)

Cornell Institute on Organized Crime, Lecturer (Summer, 1976)


Other Recent Speaking Engagements

Keynote Speaker, Innocence Symposium, Albany Law School, April 23, 2015

Editorial Spotlight, Journal News. Future of Gun Laws, December 20, 2012

Debate Over Gun Control, League of Women Voters – Ridgefield Ct,  September 13, 2012

American Bar Association, Annual Litigation Meeting, Panel on Prosecutorial Misconduct, Washington D.C.  April 17, 2008

Victims and the Criminal Justice System, Judicial Institute – April 4, 2008

USA Patriot Act - Hudson River Museum – June 10, 2003.

Forensic Evidence –  Moderator - Judicial Institute - May 22, 2003.

Lawyers and Media  - Public Relations Association of America –  Sept. 10, 2003.

The Brady Rule Forty Years After – Annual Mid-Hudson Trainer – November 14, 2003.

USA Patriot Act – White Plains Democratic Committee – December 3, 2003.

Religious McCarthyism – Benjamin Cardozo Society – December 8, 2003.

The Bill of Rights – 212th Anniversary – St. Paul's Church – December 15, 2003.

Terrorism and Civil Liberties – Sarah Lawrence College – March 6, 2004.


Expert Opinion, Testimony, and Consultation

Bozella v. County of Dutchess (deposition)

Donald Eugene Gates v. The District of Columbia (deposition)

State Bar of Arizona v. Thomas, Aubuchon, and Alexander (Aug. 30, 2011)(deposition)

Oliver Jovanovic v. City of New York et al., (2009)(expert report)

Kevin Fox v. Will County  (October 18, 2007)(deposition)

Harrington v. Pottawattamie County (January 22, 2007)(deposition)

New York State Assembly Codes Committee, Hearing on New York State's Death Penalty (January 21, 2005)(testimony)

U. S. Congress, House Committee on Government Reform (February 25, 2002) (Amendment to 18 U.S.C. §1503)(testimony)

15

U.S. Congress, House Judiciary Subcommittee (July 27, 2000) (Testimony on H.R. 4015: Fair Justice Act of 2000)(testimony)

State of Louisiana v. Kyles (October 31, 1997)(testimony)

State of Connecticut v. Valentin (March, 1995)(testimony)

Commonwealth of Kentucky v. Davidson (April, 1992)(testimony)

Matter of Anonymous, Grievance Committee, Massachusetts Bar Council (March, 1986)(testimony)

## PROFESSIONAL ACTIVITIES

Member, Editorial Advisory Board, Criminal Law Bulletin.

Consultant, New York State Board of Bar Examiners (2000-2012)

## LITIGATION EXPERIENCE

Prosecutorial Work

Office of the New York State Anti-Corruption Prosecutor (1973-76)

Chief, Appeals Bureau, Special Assistant Attorney General (1974-76)

Chief, Bronx Anti-Corruption Unit (1973-74)

Argued cases in state and federal courts involving public and political officials charged with corruption.  (See, e.g., Cunningham v. Nadjari, 39 N.Y.2d 314 (1976); Nigrone v. Murtagh, 36 N.Y.2d 421 (1975); People v. Mackell, 40 N.Y.2d 59 (1976)

Office of Frank S. Hogan, District Attorney, New York County (1967-72)

Assistant District Attorney, Homicide, Rackets, and Appeals Bureaus.  Investigated, tried and argued on appeal hundreds of felony cases, including murder, kidnapping, and corruption cases.  Conducted major rackets investigations (e.g., municipal loan scandal and organized crime)

Member, Mayor's Committee for the Enforcement of Law During Civil Disorders (1969)

Criminal Defense Litigation

Author of <u>Amicus</u> Brief in <u>Matter of Robert Gorghan v. DeAngelis et al.</u>, New York State Court of Appeals (September, 2006).

Author of <u>Amicus</u> Brief in <u>People v. Angel Mateo</u>, New York State Court of Appeals (February, 2004)

Author of <u>Amicus</u> Brief in U.S. Supreme Court in <u>Jacobson v. United States</u>, 503 U.S. 540 (1992) on behalf of American Civil Liberties Union and National Association of Criminal Defense Lawyers

Argued numerous federal and state criminal appeals involving significant criminal defense issues (<u>See, e.g., People v. Brims</u>, 66 N.Y.2d 61 (1985) (confessions); <u>Hynes v. Karrasik</u>, 47 N.Y.2d 659 (1979) (stealing records); <u>People v. Ellis</u>, 62 A.D.2d 469 (1978) (judicial misconduct); <u>United States v. DiTommaso</u>, 817 F.2d 102 (2d Cir. 1987) (right to counsel); <u>People v. Howard</u>, 513 N.Y.S.2d 973 (1987) (discovery); <u>Hoff v. Kelly</u>, (unreported) (2d Cir. 1987) (speedy trial); <u>People v. Saraireh</u>, 134 A.D.2d 464 (1987) (accomplice corroboration); <u>People v. Mezon</u>, 80 N.Y.2d 155 (1992) (suppression of evidence)

Defended murder, conspiracy, and other complex federal and state felony indictments (1976-present)

Panel member, Federal Criminal Justice Act Panel in the United States District Court for the Southern District of New York (1985-1992)

Panel member, Homicide, Felony, and Appellate panels, First Department, New York State Supreme Court (1976-present)

Assisted in death penalty litigation with Southern Prisoners Defense Committee, Atlanta, Georgia (1989-90)

Supervised law students on death penalty appeal, <u>Alabama v. Duncan</u>, 575 So.2d 1198 (1990) (remanded)

Assistant Public Defender, Rockland County (1984-85)

## **AWARDS**

Pace Law School Outstanding Professor of the Year Award (May 23, 2004)

Pace Law School Outstanding Professor of the Year Award (May 18, 2003)

Pace Law School Outstanding Professor of the Year Award (May 19, 2002)

Pace Law School Outstanding Professor of the Year Award (May 20, 2001)

Pace Law School Outstanding Professor of the Year Award (May 21, 2000)

Pace Law School Outstanding Professor of the Year Award (May 31, 1998)

New York State Bar Association, Criminal Justice Section Award for Outstanding Work in
Criminal Law Education (January 24, 1991)



*CURRICULUM VITAE*

# Robert P. Kelso

**FORENSIC PURSUIT**

2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205

OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

| | |
|---|---|
| **SPECIALIZED TRAINING - CERTIFICATIONS - LICENSES** | **Certified Computer Hacking Forensic Investigator (CHFI)  ID: ECC918204 – January 2007**<br><br>**EnCase Certified Examiner (EnCE)  ID: 15-0809-3218 – August 2009**<br><br>**AccessData Certified Examiner (ACE)  ID: 109179 – May 2012**<br><br>**Computer Forensics – Specialized Training** |

| | |
|---|---|
| • Windows 8 forensics | • Smart device app analysis |
| • Android malware detection | • Link file analysis |
| • Decrypting protected user data in browsers | • USB history analysis |
| • Legal, privacy, and ethical considerations in computer forensics | • Creating and verifying bit-stream forensic images |
| • Acquisition, collection and seizure of magnetic media | • Determining creation/modification date files |
| • Documenting Chain of Custody | • Creating and using forensic boot disks |
| • Forensic Tool Kit (FTK) and EnCase | • Linux and Macintosh computer forensics |
| • Recovery of Windows file metadata | • Recovery of internet usage data |
| • Recovering data from slack space | • Forensics on FAT and NTFS file systems |
| • Court findings presentation process | • Hidden file recovery techniques |
| • Windows registry forensics | • Recovery on swap/ temporary files |
| • Recovering email | • Data carving from unused space |
| • Mobile device forensics (smart phones, PDA, digital camera, iPhone, flash media) | • Recovering files, directories, and metadata from formatted disks |
| • Determining skin tone percentages in images | • Stenography, alternative data streams and other types of file hiding |

**Licensed Private Investigator in Colorado and Texas**
Colorado Department of Regulatory Agencies, License No. PI2.0000213
Texas Department of Public Safety, License No: A17132

**E-Discovery and Evidence Best Practices**
Colorado Bar Association, Continuing Legal Education

| | |
|---|---|
| **EDUCATION** | **Graduate Degree**<br><br>Graduated in May 1993 with a Master of Science in Aerospace Engineering specializing in Astrodynamics from the University of Colorado in Boulder, Colorado. |

EXHIBIT H

*CURRICULUM VITAE*
# Robert P. Kelso



**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

**Undergraduate Degree**
Graduated in May 1989 with a Bachelor of Science in Aerospace Engineering from the University of Colorado in Boulder, Colorado.

**PUBLICATIONS**

**"Moving to Secure the Image" Valuable Data May Be Overwritten Forever**
Law Week Colorado – Week of Aug 13, 2007

**Republished in De Novo**
Vol. 11, No. 6 September 2008

**TESTIFYING - APPOINTMENTS - HONORS**

**Expert Witness Testimony**

Hearing testimony for the District Court, Jefferson County, Colorado
Virginia Frazer-Abel, As Personal Representative of the Estate of Linda Yates v. Mile High Home Contractors Inc.
Retained by Plaintiff
Case No. 2020CV031015 Date: 9/2/2021

Hearing testimony for the District Court, Harris County, Texas, 295th Judicial District
Baron Real Property Holdings LLC v. AMLI/BPMT Town Square Partnership
Retained by Defendant
Cause No. 2017-24217 Date: 2/9/2020

Trial testimony for the District Court, Mesa County, Colorado, Division 10
Jonathan Hathaway, M.D. v. Dino-Peds Management Group, LLC
Retained by Defendant
Case No. 2018CV30319 Date: 2/3/2020

Deposition testimony for the District Court, Harris County, Texas, 295th Judicial District
Baron Real Property Holdings LLC v. AMLI/BPMT Town Square Partnership
Retained by Defendant
Cause No. 2017-24217 Date: 12/18/2019

Arbitration testimony for the Commission for Conciliation, Mediation and Arbitration (CCMA), Johannesburg, South Africa
Thokozani Zulu v. KZN
Retained by Plaintiff
Case No. KNDB5512-16 Date: 7/8/2019

Hearing testimony for the District Court in and for Okmulgee County, State of Oklahoma
Jennifer J. Bakkala vs. Marcos Becerra Mora
Retained by Defendant

*CURRICULUM VITAE*
# Robert P. Kelso



**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

Case No. CJ-2017-175 Date: 5/2/2019

Trial testimony for County Court, Boulder County, Colorado
People of the State of Colorado vs. Nathan Eugene Parks
Retained by Defendant
Case No. 18M1076 Date: 1/23/2019

Trial testimony for the District Court, Denver County, Colorado
Stephen Strecker vs. Carr Healthcare Realty
Retained by Defendant
Case No. 17cv030673 Date: 11/6/2018

Hearing testimony for the District Court, Natrona County, Wyoming, Seventh Judicial
District
The State of Wyoming vs. Tony Scott Cercy
Retained by Defendant
Criminal Action No. 20871-A Date: 9/27/2018

Deposition testimony for 13th Judicial District Court, Sandoval County, New Mexico
Deutsche Bank National Trust Company v. Linda Stromei, et al.
Retained by Defendant
Case No. D-1329-CV-2015-01328 Date: 8/23/2018

Trial testimony for the District Court, El Paso County, Colorado
State of Colorado v. Bosher
Retained by Defendant
Case No. D212016CR6176 Date: 8/22/2018

Hearing testimony for the District Court, Blaine County, Idaho
C&M Investment Group et al. v. Neil David Campbell et al.
Retained by Plaintiff
Case No. CV-12-407 Date: 5/15/2018

Hearing testimony for the District Court, Weld County, Colorado
Reilly Reed v. Dustin Tixier et al.
Retained by Plaintiff
Case No. 2016CV30894 Date: 11/30/2017

Hearing testimony for the District Court, Arapahoe County, Colorado
Paul E. Cutarelli, M.D., PC D/B/A Cutarelli Vision v. Kimberly Frank
Retained by Plaintiff
Case No. 2017 CV 31718 Date: 9/14/2017

*CURRICULUM VITAE*

# Robert P. Kelso



**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

Hearing testimony for the Superior Court of California, County of Los Angeles
The People of the State of California v. Gary Miller Klein
Retained by Defendant
Case No. SA088820 Date: 8/14/2017

Deposition testimony for the United States District Court, District of Colorado
Johns Manville Corp v. Knauf Insulation, LLC
Retained by Defendant
Case No. 1:15-cv-00531 Date: 4/21/2017

Hearing testimony for the District Court, Arapahoe County, Colorado
Atlantic Building Systems (d/b/a Armstrong Steel) v. Great Western Building Systems, et al.
Retained by Plaintiff
Case No. 2016CV33066 Date: 3/1/2017

Hearing testimony for the District Court, Jefferson County, Colorado
Tarco, Inc. v. Conifer Metropolitan District
Retained by Defendant
Case No. 12CA0250 Date: 9/29/2016

Hearing testimony for the District Court, Boulder County, Colorado
People of the State of Colorado vs. Jeffrey Arthur Colson
Retained by Defendant
Case No. 14CR1304 Date: 5/2/2016

Trial testimony for the District Court, Bernalillo County, New Mexico
State of New Mexico vs. Steven Stewart; Charge: First-Degree Murder
Retained by Defendant
Case No. D-202-CR-2014-01356 Date: 11/30/2015

Hearing testimony for the District Court, Arapahoe County
Chris Bermel v. Blueradios, Inc. and Mark Kramer
Retained by Defendants
Case No. 2014CV032139; Division 15 Date: 10/16/2015

Hearing testimony for the District Court, Douglas County
In re the Marriage of: Petitioner: Michelle Landin; Respondent: David Landin
Retained by Petitioner
Case No. 11 DR 530; Division 4 Date: 5/27/2015



*CURRICULUM VITAE*

# Robert P. Kelso

**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

Hearing testimony for the District Court, Weld County
Michael Miller v. Julie M. Hillyard, et. al.
Retained by Defendant
Civil Action No. 2013CV235 Date: 5/1/2015

Deposition testimony for the District Court, Weld County
Michael Miller v. Julie M. Hillyard, et. al.
Retained by Defendant
Civil Action No. 2013CV235 Date: 2/27/2015

Hearing testimony for the District Court, Boulder County
Mindy Sue Olkjer v. Paul George Krueger
Retained by Respondent
Case No. 2006DR1186 Date: 1/26/2015

Hearing testimony for the District Court, Denver County
District Court Judge Robert L. McGahey Jr.
D. Michael McNeill v. Digital Folio, Inc.
Retained by Plaintiff
Case No. 13CV33108 Date: 9/18/2014

Hearing testimony for the District Court, Denver County
Premium Pet Health, LLC vs. All American Pet Proteins, LLC
Retained by Defendant
Case No. 2014cv31356 Date: 5/22/2014

Trial testimony for the Supreme Court of the State of New York, Suffolk County
Justice Honorable Emily Pines
Vincent Ugenti vs. DCS Pharmacy, Inc. d/b/a Datascan
Retained by Defendant
Index No. 10-19177 Date: 5/12/2014

Trial testimony for the Denver County District Court
Denver District Court Judge Elizabeth Starrs
The People of Colorado vs. Gustav Ray Eicher, Charles Douglas Belcher, and
Matthew Stotz
Retained by Prosecution
Case No. 13 CR 00467, 13 CR 00464, 13 CR 00466 Date: 3/27/2014

Trial testimony for the United States District Court, District of Colorado
United States District Judge Raymond Moore Kevin King vs. Rozek Company, d/b/a



_CURRICULUM VITAE_

# Robert P. Kelso

**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

"Microtek"
Retained by Plaintiff
Civil Action No. 11-CV-01685-CMA-MJW Date: 3/25/2014

Deposition testimony for the Eagle County District Court
William I. Sterett, M.D. vs. Steadman Hawkins Clinic
Retained by Defendant
Case No. 2011CV674 Date: 1/7/2014

Hearing testimony for the State of Colorado Office of Administrative Courts
Harriett Smith vs. Elitch Gardens and Pacific Indemnity Company
Retained by Plaintiff
Case No. 4-893-657 Date: 12/9/2013

Trial testimony at the Adams County District Court
Leyland Industries, LLC vs. Thomas L. Amos
Retained by Defendant
Case No. 12 CV 30240 Date: 9/27/2013

Trial testimony at the Jefferson County District Court
People of the State of Colorado vs. Scott Murray
Retained by Defendant
Case No. 13M988 Date: 6/12/2013

Deposition testimony for the Middle District of Tennessee, Nashville Division
New Hampshire Insurance Co vs. Blackjack Cove, LLC
Retained by Plaintiff
No. 3:10-cv-0607 Date: 6/11/2013

Trial testimony at the Douglas County District Court
District Court Judge Richard Caschette
Colette Johnson et. al. v. Allstate Sweeping, LLC and Paul Mescarenas
Co-retained by Plaintiff and Defendant
Case Number: 2011CV2398 Date: 3/27/2013

Hearing testimony at the Adams County District Court
Guillermo Barriga, et. al. v. American Family Mutual Insurance Company
Retained by Plaintiff
Case Number: 2011CV765 Date: 1/22/2013

Deposition testimony for the United States District Court, District of Colorado
Kevin King vs. Rozek Company, d/b/a "Microtek"
Retained by Plaintiff
Civil Action No. 11-CV-01685-CMA-MJW Date: 1/16/2013

*CURRICULUM VITAE*

# Robert P. Kelso



**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

Trial testimony at the Denver District Court, Colorado
District Court Judge Edward D. Brofin
Green-Visiontek, LLC v. 420 Wellness, et. al.
Retained by Plaintiff
Case No: 11CV2231 Date: 8/16/2012

Hearing testimony before the Foreign Service Grievance Board
Retained by Plaintiff
Washington, D.C.
Case No: FSGB-2012-004 Date: 8/15/2012

Hearing testimony at the United States District Court, Boulder Colorado
United States District Judge Philip A. Brimmer
LaserCycle USA, Inc. v. Alan L. Balcourt
Retained by Plaintiff
Case No: 11-cv-01995-PAB-CBS Date: 7/21/2011

Hearing testimony at the Judicial Arbitor Group
Judge William Meyer, Arbiter
FCRA v. Howshar
Retained by Plaintiff
JAG Case No. 10-1731A Date: 7/26/2011

Hearing testimony at the Denver District Court, Colorado
Retained by Defendant
Heaven Elizabeth Henderson v. LLMJ, LLC d/b/a DC-10 Lounge
Case No. 08-CV 9554 Date: 5/25/2010

Hearing testimony at the Arapahoe County District Court, Colorado
Retained by Defendant
Donald R. Vehlhaber, Jr. v. GenuTech, Inc.
Case No. 09-CV-1694 Date: 10/21/2009

Hearing testimony at the United States District Court, Colorado
United States Magistrate Judge Michael E. Hegarty
Kara Hughes v. Titan Technology Partners, Ltd.
Retained by Defendant
Civil Action No. 1:08-cv-02099-WYD-MEH Date: 6/30/2009

*CURRICULUM VITAE*

# Robert P. Kelso



**FORENSIC PURSUIT**

2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205

OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

<u>Trial testimony at the City and County Court of Denver, Colorado</u>
Honorable Judge Robert L. McGahey
Monica David Vickery v. Evelyn Trumble and Merry Gayle Vickery
Retained by Plaintiff
Case No: 07 CV 7674 Date: 1/6/2009

**Special Master Appointments**
<u>United States District Court for the District of Colorado</u>
United States Magistrate Judge Michael E. Hegarty
Civil Action No: 11-cv-02560-MSK-MEH Date: 11/7/2012

<u>District Court, Arapahoe County, Colorado</u>
Case No: 2010 CV 2203 Date: 3/23/2011

<u>District Court, Arapahoe County, Colorado</u>
Case No: 2005 CV 1944 Date: 7/19/2010

<u>United States District Court for the District of Colorado</u>
Kristen L. Mix, United States Magistrate Judge
Civil Action No: 09-cv-01099-MSK-KLM Date: 1/21/2010

<u>District Court, Arapahoe County, Colorado</u>
Case No: 2009 CV 1694 Date: 9/9/2009

<u>District Court, Adams County, Colorado</u>
Case No: 08DR1992 Date: 6/3/2009

<u>District Court City and County of Broomfield</u>
Case No: 2006 DR 60 Date: 9/13/2008

**Honors**
Selected by the Republican National Committee to act as the local (Denver) computer forensics expert on call to respond to any instances of voter machine problems or other irregularities associated with computer security.

**INSTRUCTOR - FACULTY MEMBER**

- **Adjunct Faculty Member at the University of Denver**
  Current instructor of Computer Forensics as part of the University of Denver's Master of Science degree in Computer Security Architecture.

*CURRICULUM VITAE*

# Robert P. Kelso



**FORENSIC PURSUIT**

2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205

OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

- **Primary Instructor**
  Creator of the accredited class "E-Discovery and Computer Forensics" which has been taught to hundreds of attorneys in Colorado at the following venues:

| | |
|---|---|
| Benson & Case | Colorado Defense Lawyers Association |
| Stevens Littman, Biddison Tharp & Weinberg | American Inns of Court |
| Donelson Ciancio Goodwin & Juarez | Larimer County Bar Association |
| Kelly Garnsey Hubbell & Lass | Adams Broomfield County Bar Association |
| 2008 Family Law Conference | CO Association of Litigation Support Managers |
| Baker & Hostetler | Wheeler Trigg Kennedy |
| Hopkins Tschetter Sulzer | Pitkin County Bar Association |
| Burg Simpson | Overturf McGath Hull and Doherty |
| McConaughy & Sarkissian | Elwyn Schaefer & Associates |
| Hunnicutt & Appelman | Kennedy Childs & Fogg |
| Godfrey & Lapuyade | Hensley Kim & Ho Izer |
| Dewhirst & Dolven | Martin Law Firm |
| Burg Simpson | Grimshaw & Harring |
| Jin & Schauer | Gregory R. Giometti and Associates |
| Lowe Fell & Skogg | McConaughy & Sarkissian |
| Hutchinson Black and Cook | Franke Greenhouse List & Lippitt |
| Montgomery Little Soran Murray | Isaacson & Rosenbaum |
| Gutterman Griffiths | Lowe Fell & Skogg |
| Hutchinson Black and Cook | Johnson & Repucci |
| Bernard, Lyons, Gaddis & Kahn | Dill Dill Carr Stonbraker & Hutchings |
| Crosse & Barfield | Hale Friessen |
| Arckey & Reha, LLC | Montgomery, Kolodny, Amatuzio & Dusbabek |
| Anderson, Dude & Lebel | Stettner Miller & Cohn |

- **Guest Lecturer**
  DeVry University, Denver, Colorado
  Master of Science in Organizational Leadership program

**PROFESSIONAL ASSOCIATIONS**
- Denver Metro Chamber of Commerce – Gold Member
- Denver Metro Chamber of Commerce – Leadership Program (Chamber 100)
- Colorado Human Resources Association
- Patron of the Bar – Colorado Bar Association
- Colorado Association of Legal Support Staff
- Notary Public – State of Colorado (commission expires 8/25/2019)

**PROFESSIONAL EXPERIENCE**
Chief Executive Officer
Lead Computer Forensics Investigator
Forensic Pursuit, LLC

Forensic Pursuit provides full-service computer forensic services to attorneys, businesses, and individuals.  Single and complex computer investigation problems are both

*CURRICULUM VITAE*

# Robert P. Kelso



**FORENSIC PURSUIT**
2000 ARAPAHOE STREET, SUITE 1 | DENVER, COLORADO 80205
OFFICE (303) 495-2082 | EMAIL ROBERT.KELSO@FORENSICPURSUIT.COM

addressed in the same detailed, professional manner using the latest in cutting-edge tools and the best, most widely accepted analysis techniques.

Forensic Pursuit uses the following techniques EVERY TIME to ensure complete media protection and future court admissibility:
- Strict chain of custody enforced – all data handled as evidence
- Thorough documentation of process
- Verified forensic images made of all computer media
- Court approved methods and industry best practices used
- All analysts are certified computer forensic investigators
- Client computer media protected in a secure facility
- Complete privacy of all of our clients ensured
- Cognizant of differences between consulting and testifying experts

**ENGINEERING EMPLOYMENT HISTORY**

Principal - Kelso Interactive, Inc.
January 2002 to Present

Kelso Interactive is a small software engineering company with clients in London England, Atlanta Georgia, Naples Florida, and throughout Colorado.  Kelso Interactive specializes in internet-based software, database solutions, and software integration.

Lead Software Engineer - MatchLogic, Inc.
November 1996 to October 2001

Managed a group of 5 software engineers and performed development work on email delivery systems, internationalization, internet-based reporting systems, and user-interface design.

Senior Engineer - Lockheed Martin Astronautics
May 1989 to November 1996

Designed and implemented a graphical user interface to control mission analysis trajectory simulations for the Atlas launch vehicle.  Performed mission analysis and trajectory design for Atlas/Centaur and Titan IV space launch programs.

*References available upon request*

# John D. Lopez

450 Old Courthouse Road, Manhasset Hills NY 11040
(516) 365-0734 | Cell: (516) 749-4987 | Email: jdl11@optonline.net

## Financial Investigator

**WORK EXPERIENCES:**

### JDL Services Inc. – Enrolled Agent
June 2013 - Present

- Conducted confidential investigations in conjunction with Kostelanetz & Fink LLP.
- Conducted confidential investigations in conjunction with Baker Tilly Virchow Krause, LLP.
- Conducted confidential investigations in conjunction with B2B Investigations Inc.
- Represented clients at IRS Audits with Revenue Agents involving complex income tax issues.
- Represented clients at IRS Collection meetings with Revenue Officers involving various complex collection issues.
- Represented clients at IRS Collection Due Process (CPD) Hearings and other proceedings in order to withdraw income tax liens wrongfully placed against individuals in addition to stopping asset seizures and other aggressive IRS Collection tactics.
- Represented clients with the IRS Whistleblower Program and Form 211, Claim for Reward matters.

### Special Projects and Consulting Assignments

### MSN Solutions Inc. – Enrolled Agent, Financial Investigator and Private Investigator
October 2014 – Present

- Conducted and assisted with investigations involving asset identification, employee theft, income tax, money laundering and asset forfeiture matters.
- As an independent consultant, conducted confidential investigations in conjunction with Thacher Associates for The Governor's Office of Storm Recovery (GOSR) program which included extensive background investigations, contractor screening, subject, witness and third party interviews in addition to threat & risk assessments, site surveys and surveillance at numerous GOSR Office locations.
- Anti-Money Laundering Compliance and Training.
- Consulted on numerous active criminal and civil investigations involving income tax, money laundering and other financial crimes.

EXHIBIT I

**Adams Consulting Group LLC – Alert Investigator and Case Investigator**
**Supplemental SAR Reviewer and QA**
**Mashreq Bank – NYC (Correspondent Banking)**

February 2019 – December 2019

- Examined uncharacteristic client wire transfers, international wires, transfers that lacked economic substance or involved high risk jurisdictions.
- Investigated various alerts on transactions based on parameters established by the bank.
- Performed enhanced due diligence by researching and utilizing public and third party data sources.
- Performed name and account based research on the existence of money laundering activities and utilized all functions of Sharepoint.
- Prepared RFI's with the appropriate questions, when needed to decision a case.
- Document all research and prepare reports to support my findings and conclusions.
- Utilized all functions of Actimize in the review of financial transactions.
- Conducted case investigations on escalated alert investigations.
- Reviewed expanded scope of activity on focal entities and counterparties to determine if activity warranted further review by AMLC Committee.
- Review cases and alerts to make certain of Quality Assurance.

**Alix Partners**

April 2018 – August 2018

- As an Independent consultant for Alix Partners, provided criminal tax investigative services and prepared reports to support my findings and conclusions to clients and their counsel.
- Research persons of interest, persons holding power of attorney and entities of interest.
- Research best current and specified time period addresses of persons of interest, persons holding power of attorney and entities of interest.
- Research citizenship status and financial broker status of persons of interest.
- Research entity of interest operations.

**GRC Risk Solutions Inc. – Money Laundering and Transaction Consultant – Apple**
**Bank for Savings, NYC (Retail Banking)**

October 2017 – February 2018

- Examined uncharacteristic client wire transfers, domestic and international wires, transfers that lacked economic substance or involved high risk jurisdictions.
- Investigated various alerts on transactions based on parameters established by the bank.
- Performed enhanced due diligence by researching and utilizing public and third party data sources.
- Performed name and account based research on the existence of money laundering activities utilized all functions of Sharepoint.
- Prepared RFI's with the appropriate questions, when needed to decision a case.

- Document all research and prepare reports to support my findings and conclusions.
- Performed research for 314 (a) law enforcement inquiries involving third parties.
- Reviewed Internal Referral Client Cases and performed enhanced due diligence to determine if the bank should exit their relationship with that client.
- Prepared Suspicious Activity Reports (SARs) for escalation in accordance to FINCEN Standards.

**Navigant Consulting Inc.**
May 2016 – December 2016

- As an Independent consultant for Navigant's Global Investigations & Compliance practice, provided investigative, forensic accounting, anti-money laundering, criminal tax investigative services, and prepared reports to support my findings and conclusions to clients and their counsel.
- Traveled abroad and conducted on-site file reviews of KYC files and transactional information to assess the money laundering and tax evasion risk of customers.
- Performed enhanced due diligence by researching and utilizing public and third party data sources.
- Performed name and account based research on the existence of money laundering activities.
- Reviewed wire transactions involving returned payments, transshipments in sanctioned countries, unusual spike in wire activity and nesting activities.

**Guidepost Solutions LLC.**
January 2016

- As an independent consultant, assisted in a forensic investigation involving the home office of a recently deceased retailer and entrepreneur in the fast food industry.  Services included a forensic inventory and examination of corporate and personal books and records, bank records, emails, travel documents, credit card expenses, project development proposals, employment and other various records.

**Executive Office of the President of the United States**
**New York/New Jersey High Intensity Drug Trafficking Area - Financial Investigator**
June 2013 – December 2015

- Reviewed a variety of reports, raw data, documents, and records for useful information relating to suspicious financial activity and analyzed results for use in potential criminal investigations, prosecutions and civil seizures.
- Provided investigative support and asset identification on financial investigations for the DEA, FBI, ICE, USSS, U.S. Department of Labor, Office of Labor and Racketeering, the U.S.  ATTORNEYS OFFICE, as well as state and local law enforcement agencies and prosecutors.
- Proficient in FinCEN, Accurint, E-Justice, Iso Claims and Microsoft Office and many other applications.
- Prepared lesson plans and provided classroom instruction to local, state and federal law enforcement investigators on money laundering and asset forfeiture investigative techniques.

**Remma Investigations Inc. – Enrolled Agent, Financial and Private Investigator**
June 2013 – October 2014

- As an independent consultant, performed Anti-Money Laundering Compliance for potential high level Government cooperators.
- Conducted confidential investigations including but is not limited to asset identification, extensive background investigations, pre-employment screening, marital legal issues (custody, alimony, and child support), cheating spouse, recovery of lost/stolen property, counterfeit trademark infringement and litigation support.
- Performed Protective and Corporate Security including but not limited to executive protection, threat & risk assessments, site surveys, technical surveillance counter measures.


## United States Department of the Treasury, Internal Revenue Service:


**Criminal Investigation Division, Criminal Investigator - Special Agent**
New York Field Office – April 1988 – May 2013

- Initiated and was the Project Manager of the New York Asset Forfeiture Task Force (NYAFTF) in partnership with various law enforcement agencies in the New York area including the United States Attorney's Office, EDNY, Asset Forfeiture Money Laundering Division.  This initiative generated high-level tax and money laundering investigations with asset forfeiture potential.  The task force was responsible for the investigation, prosecution and conviction of more than 150 individuals and the seizure/forfeiture of assets that exceeded $350 million.  The task force was used as a national model for other IRS Criminal Investigation initiatives.
- Planned, conducted, supervised and assisted in all aspects of criminal investigations involving violations of federal statutes including money laundering, bank secrecy act and tax evasion in addition to analyzing documents and tracing financial transactions, exhibits, interviewing of witnesses and subjects of investigations, surveillances, undercover operations, execution of arrest and search warrants and coordinating multi-agency involvement and executing criminal and civil forfeitures.
- Assisted in the preparation of indictments and search warrant affidavits relating to complex money laundering and financial investigations which utilized convoluted and sophisticated financial transactions.
- Provided consulting and investigative assistance on money laundering investigations the U.S. Attorney's Office, Office of International Affairs, Foreign Governments, DEA, FBI, ICE, USPS, U.S. Department of Labor, Office of Labor and Racketeering and scores of state and local law enforcement agencies.
- Prepared comprehensive written reports documenting complex money laundering schemes and other financial crimes which recommended criminal prosecution on multiple targets and entities.
- Recognized for my investigative work by the United States Attorney's Office for the Eastern District of New York numerous times in addition to the Federal Bureau of Investigation, DEA, USPIS and other federal, state and local law enforcement agencies.

- Instructor at the Federal Law Enforcement Training Center (FLETC) and conducted seminars/presentations relating to search warrants, money laundering, Asset Forfeiture and the Bank Secrecy Act to various Federal, State and Local law enforcement officers.
- Trained, conducted, and participated in armed escorts and dignitary protection including U.S. Secret Service protection details for foreign dignitaries and other designated officials.

**Revenue Agent Auditor** – Brooklyn District
June 1987 – April 1988

- Performed and completed all requirements of the Revenue Agent Phase I, Phase II and Phase III programs.

**EDUCATION:**

PACE UNIVERSITY - New York City Campus
Bachelor of Business Administration (BBA) - Accounting and Finance - 1986

**SPECIALIZED TRAINING & ASSIGNMENTS:**

Federal Law Enforcement Training Center
U.S. Secret Service Dignitary Protection Training
Basic Instructor and Facilitation Training
Special Agent Basic Training Redesign Task Force
Emergency Vehicles Operations Course (EVOC) Training
Revenue Agent Phase I, Phase II and Phase III Training

**PROFESSIONAL MEMBERSHIPS:**

Federal Law Enforcement Officers Association

# GERALD M. LAPORTE
## Curriculum Vitae

**Positions:**   **Forensic Chemist & Document Dating Specialist**
Riley Welch LaPorte & Associates Forensic Laboratories
Lansing, Michigan USA

**Director of Research Innovation**
Florida International University – Global Forensic and Justice Center

United States Department of Justice and United States Secret Service (**RET**)

**Education:**   University of Alabama at Birmingham (1994)
Birmingham, Alabama USA
Master of Science in Forensic Science (M.S.F.S.)

University of Windsor (1992)
Windsor, Ontario Canada
Bachelor of Commerce in Business Administration

University of Windsor (1990)
Windsor, Ontario Canada
Bachelor of Science in Biology (B.Sc.)

**Professional Experience:**   **Florida International University (FIU), Global Forensic and Justice Center**
**Director of Research Innovation (07/19 – Present)**
<u>Duties</u>: Oversee activities at the Global Forensic and Justice Center, which is an innovative resource for education, research, training and policy initiatives related to criminal justice, cyber and emerging forensic sciences.

**U.S. Department of Justice, National Institute of Justice (03/09 – 07/19)**
**Director, Office of Investigative and Forensic Sciences**
<u>Duties</u>: Provide expert analysis and advice on agency-wide programs or issues of national impact relating to forensic science; provide expert advice to top management officials; identify reasons for the nature and/or extent of program-related problems that arise and investigate area in need of improvement; write comprehensive resolution recommendations; formally present findings before large and diverse audiences, such as Federal, state, and local government representatives, special interest groups, the scientific community, and the media. Testify in Congress on behalf of the Department of Justice.

EXHIBIT J

**United States Secret Service (04/01 – 03/09)**
**Chief Research Forensic Chemist (11/07-03/09); Senior Document Analyst (06/05-11/07); Document Analyst (04/01-06/05)**
<u>Duties</u>: Serve as the technical liaison and research chemist for the United States Secret Service pertaining to issues related to the chemistry of documents and fingerprints; coordinating clandestine tagging programs; direct all research projects within the Forensic Services Division.
<u>Laboratory Duties</u>: perform physical and chemical examinations on a variety of documents to determine how they were produced, where they may have originated from, and if they are authentic.  These types of documents include anonymous letters (e.g., threatening, kidnapping, and extortion), suspected counterfeit identifications and financial documents (e.g. travelers checks, credit cards), contracts, and other miscellaneous written materials.  Chemical examinations are conducted using thin layer chromatography (TLC), gas chromatography/mass spectrometry (GC/MS), liquid chromatography-mass spectrometry (LC/MS), infrared spectroscopy (IR), scanning electron microscopy/energy dispersive x-ray analysis (SEM/EDXA); perform chemical tests on unknown (e.g. miscellaneous powders) and controlled substances; testify in court as an expert witness.

**Marymount University (08/08 – 01/09)**
**Adjunct Professor of Forensic Science**
Arlington, VA
<u>Duties</u>: Prepare and conduct lecture material in various areas of the forensic sciences and prepare all laboratory exercises and examinations for graduate students
United States Secret Service, Washington, DC (04/01 – 03/09)

**Virginia Division of Forensic Science, Richmond, VA (11/99 – 04/01)**
**Forensic Scientist**
<u>Duties</u>: analyze evidence for the presence or absence of controlled substances using a variety of chemical and instrumental tests; utilize sophisticated instrumentation such as gas chromatography/mass spectrometry and Fourier transform infrared spectroscopy; testify in court as an expert witness

**Anne Arundel County Police Department Crime Lab, Millersville, MD (01/99 -11/99)**
**Forensic Chemist**
<u>Duties</u>: similar to the duties specified for Virginia Division of Forensic Science

**Government Scientific Source (GSS), Vienna, VA (09/98-01/99)**
**Technical Specialist**
<u>Duties:</u> serve as technical specialist in the sales of scientific and laboratory supplies and equipment.

**Accu-Chem Laboratories, Richardson, TX (07/96 – 09/98)**
**Forensic and Clinical Toxicology Specialist**
<u>Duties</u>: supervisor of toxicology department; sales and marketing of drug testing and occupational and environmental toxicology testing; serve as a liaison to physicians and personnel responsible for forensic urine drug testing; testify in court as an expert witness in the area of forensic urine drug testing

**Jefferson County Coroner/Medical Examiner Office, Birmingham, AL (09/93 - 07/96)**
**Autopsy Assistant/Forensic Technician**
<u>Duties</u>: identify, collect, preserve, and document any potential evidentiary material; eviscerate all human organs and document any relevant findings; perform histological examinations

**University of Alabama at Birmingham, Birmingham, AL (01/94 – 07/96)**
**Guest Forensic Science Lecturer**
<u>Duties</u>: lecture on areas related to forensic pathology and death investigation to undergraduate and graduate students

**Honors/Professional Affiliations:**

- American Academy of Forensic Sciences (AAFS)
- Mid-Atlantic Association of Forensic Scientists (MAAFS)
- American Society of Questioned Document Examiners (ASQDE)
- American Bar Association (ABA) – Criminal Justices Section
- Guest Reviewer for the Journal of Forensic Sciences
- Guest Reviewer for the Journal for the American Society of Questioned Document Examiners
- Contributing member and Technical Contact in the Scientific Working Group for Questioned Document Examiners (SWGDOC)
- Contributing member in the European Document Examiners Working Group (EDEWG) and the International Collaboration for Ink Dating (INCID)
- Recipient of the "2005 Forensic Scientist of the Year" by the Mid-Atlantic Association of Forensic Scientists
- Recipient of the United States Attorney's Office Eastern District of Virginia "Law Enforcement Public Service Award"
- Recipient of the FBI Director's Award of Excellence for Outstanding Scientific Advancement

**Professional and Scientific Committees:**

1. Co-Chair of the Standards, Practices, and Protocols Inter-Agency Working Group – **Executive Office of the President of the United States**/Office of Science and Technology Policy/National Science and Technology Council/Committee on Science/Subcommittee on Forensic Sciences
2. Participating member in the Expert Working Group for Human Factors in Latent Print Analysis
3. Participating member in the Expert Working Group for AFIS Interoperability
4. Participating member in the Expert Working Group for the Preservation of Biological Evidence
5. Commissioner on the National Commission on Forensic Science (NCFS)
6. Chair of the Forensic Document Examination Subcommittee on the National Institute of Standards and Technology (NIST) Organization of Scientific Area Committees (OSAC)
7. Co-Editor for the Journal for the American Society of Questioned Document Examiners

## INSTRUCTIONAL COURSES CONDUCTED

1. **Workshop Instructor**.  "How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations."  Presented at the Southwestern Association of Forensic Document Examiners (SWAFDE) Annual Meeting, Denver, CO.  October 11, 2019.
2. **Workshop Instructor**.  "How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations."  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Morgantown, WV.  May 8, 2019.
3. **Workshop Instructor.**  "Color and Light Theory: Applications for the Forensic Examination of Documents."  Presented at the Southwestern Association of Forensic Document Examiners (SWAFDE) Annual Meeting, Las Vegas, NV.  April 26, 2014.
4. **Workshop Instructor**.  "Questioned Document Examination and Enhancement of Evidence and Interpretation of Evidence Using Various Light and Filter Technique."  Presented at the American Academy of Forensic Sciences (AAFS) Annual Meeting, Seattle, WA.  February 18, 2014.
5. **Workshop Instructor.** "Inkjet Technology and Forensic Examinations." Presented at the Annual Meeting for the American Society of Questioned Document Examiners (ASQDE).  Dearborn, MI, August 2009.
6. **Workshop Instructor**.  "Inkjet Technology and Forensic Examinations" at the Annual Meeting for the Southern Association of Forensic Document Examiners (SAFDE).  Peach Tree City, GA, April 8, 2009.
7. **Workshop Instructor.**  "Inkjet Technology and Forensic Examinations" at the Skill-Task Training Assessment & Research (ST2AR) Fall Workshop.  Las Vegas, NV, October 22-23, 2008.
8. **Workshop Instructor.**  "Applications of Light and Color Theory in Forensic Document Examinations" at the American Academy of Forensic Sciences (AAFS) Annual Meeting, Washington, DC.  February 18, 2008.

9. **Workshop Instructor.** "Methods Used for Authenticating Questioned Documents" at the Mid-Western Association of Forensic Scientists (MAFS) Annual Meeting, Traverse City, MI.  September 25, 2007.

10. **Workshop Instructor.** "Methods Used for Authenticating Questioned Documents" at the American Society of Questioned Document Examiners (ASQDE) Annual Meeting, Boulder, CO August 13-14, 2007.

11. **Instructor for the Midwest Forensic Resource Center (MFRC)** – Recorded Training. Questioned Documents and the Crime Scene, Ames, IA, July 18, 2007.

12. **Instructor at the Federal Bureau of Investigation (FBI) Academy -** Forensic Document Examiner Training Seminar, Quantico, VA.  "An Analytical Approach to Forensic Document Examination."  April 17, 2007.

13. **Instructor at the George Washington University**, Washington, DC. "An Analytical Approach to Forensic Document Examination." February 28, 2007.

14. **Instructor at Marymount University**, Arlington, VA.  An Analytical Approach to Forensic Document Examination." November 14, 2006.

15. **Workshop Instructor**.  "Authenticating Documents." Presented at the American Board of Forensic Document Examiners (ABFDE).  Las Vegas, NV, November 6-7, 2006.

16. **Instructor at the George Washington University**, Washington, DC. "An Analytical Approach to Forensic Document Examination." October 18, 2006.

17. **Workshop Instructor.**  "The Forensic Examination of Documents Produced with Office Machine Systems Utilizing Inkjet Technology."  The International Association for Identification (IAI) 91st International Education Conference, Boston, MA, July 3, 2006.

18. **Workshop Instructor.**  "Security Features in Documents. " Mid-Atlantic Association of Forensic Scientists Annual Meeting, May 3, 2006.

19. **Instructor at the Federal Bureau of Investigation (FBI) Academy -** Forensic Document Examiner Training Seminar, Quantico, VA.  "The Forensic Examination of Inks."  April 5, 2006.

20. **International Instructor in Doha, Qatar.**  "The Examination of Counterfeit Documents."   March 27-28, 2006.

21. **Instructor at Marshall University**, Huntington, WV.   "Forensic Science at the United States Secret Service."  March 15, 2006.

22. I**nstructor at Indiana University-Purdue University at Indianapolis.**  "Forensic Science at the United States Secret Service." December 12, 2005.

23. **Workshop Instructor.**  "The Forensic Examination of Printing Processes."  American Board of Forensic Document Examiners (ABFDE).  Las Vegas, NV, November 7-8, 2005.

24. **Instructor at the George Washington University**, Washington, DC. "The Forensic Examination of Printers and Copiers."  December 1, 2004.

25. **Instructor at the University of Windsor**, Windsor, Ontario Canada.  "Questioned Document Examinations."  November 10, 2004.

26. **Instructor at the University of Windsor**, Windsor, Ontario Canada.  "Forensic Science at the United States Secret Service."  November 9, 2004.

27. **Instructor at the University of Windsor**, Windsor, Ontario Canada.  "Forensic Drug Chemistry and Toxicology."  November 8, 2004.

28. **Instructor at George Washington University**.  "The Forensic Examinations of Inks and Paper."  George Washington University, October 27, 2004.

29. **Workshop Instructor.**  "The Forensic Examination of Documents Produced By Office Machine Systems Utilizing Inkjet Technology."  Northeastern Association of Forensic Sciences, September 30, 2004.
30. **Instructor at Federal Law Enforcement Training Center.**  "The Forensic Examination of Printers and Copiers" and "The Forensic Analysis of Inks and Paper."  Brunswick, GA.  June 21, 2004.
31. **Guest Speaker at the Federal Bureau of Investigation Laboratory.**  "Forensic Chemistry and Questioned Document Examinations." Quantico, VA.  May 5, 2004.
32. **Instructor at Forest Park High School.**  "Applications of Forensic Chemistry." Woodbridge, VA.  May 18, 2004.
33. **Workshop Instructor.**  "The Forensic Examination of Documents Produced By Office Machine Systems Utilizing Inkjet Technology."  Mid-Atlantic Association of Forensic Sciences, April 20, 2004.
34. **Instructor at George Washington University.**  "The Forensic Examination of Printers and Copiers."  George Washington University, November 20, 2003.
35. **Instructor at George Washington University.**  "Ink and Paper Chemistry."  George Washington University, October 30, 2003.
36. **Instructor at Marshall University.**  "Ink and Paper Chemistry" and "Counterfeit Identification Examinations."  Huntington, WV.  September 23, 2003.
37. **International Instructor.  International Law Enforcement Academy (ILEA).**  "Ink and Paper Chemistry" and Counterfeit Document Examinations."  Pretoria, South Africa. May 19-20, 2003.
38. **Instructor at Federal Law Enforcement Training Center.**  "Printing Processes" and "Physical and Chemical Analysis of Inks and Paper."  Brunswick, GA.  June 22, 2003.
39. **International Instructor.  International Law Enforcement Academy (ILEA).**  "Ink and Paper Chemistry" and Counterfeit Document Examinations."  Pretoria, South Africa. May 19-20, 2003
40. **International Instructor.  International Criminal Investigative Training Program (ICITAP),** U.S. Department of Justice, "Counterfeit Document Examinations" and "Ink and Paper Chemistry." Sophia, Bulgaria.  January 16-17, 2003.

## PROFESSIONAL PUBLICATIONS

1. National Best Practices for Sexual Assault Kits: A Multidisciplinary Approach, August 2018: https://www.ncjrs.gov/pdffiles1/nij/250384.pdf.
2. Faraco, C. and **LaPorte, G**.  National Institute of Justice Investing in Innovation for the Identification, Collection, and Analysis of Sexual Assault Evidence.  Forensic Science Review; Volume 30 (2); July 2018: 113-117.
3. Chase, R and **LaPorte, G.** The Next Generation of Crime Tools and Challenges: 3D Printing.  NIJ Journal No. 279, September 2017: https://www.nij.gov/journals/279/Pages/next-generation-of-crime-tools-and-challenges-3d-printing.aspx.
4. Weiss, D. and **LaPorte, G.** Uncertainty Ahead: A Shift in How Federal Experts Can Testify.  NIJ Journal No. 279, September 2017: https://www.nij.gov/journals/279/Pages/a-shift-in-how-federal-scientific-experts-can-testify.aspx.

5.  Wagstaff, I. and LaPorte, G.  The Importance of Diversity and Inclusion in the Forensic Sciences.  NIJ Journal No. 279, September 2017: https://www.nij.gov/journals/279/Pages/importance-of-diversity-and-inclusion-in-forensic-sciences.aspx.

6.  **LaPorte, G**.  Wrongful Convictions and DNA Exonerations: Understanding the Role of Forensic Science.  NIJ Journal No. 279, September 2017: https://nij.gov/journals/279/Pages/wrongful-convictions-and-dna-exonerations.aspx.

7.  Waltke, H., **LaPorte, G**., Weiss, D., Schwarting, D., Nguyen, M. and Scott, F. Sexual Assault Cases: Exploring the Importance of Non-DNA Forensic Evidence.  NIJ Journal No. 279, September 2017: https://nij.gov/journals/279/Pages/non-dna-evidence-in-sexual-assault-cases.aspx.

8.  Dutton, G. **LaPorte G**., Wagstaff, I. and Spivak, Cultivating the Next Generation of Forensic Scientists Through Science, Technology. Engineering and Mathematics (STEM).  Journal of Forensic Research 2017,8:4; DOI: 10.4172/2157-7145.10000384. https://www.omicsonline.org/open-access/cultivating-the-next-generation-of-forensic-scientists-through-sciencetechnology-engineering-and-mathematics-stem-2157-7145-1000384.pdf

9.  Gresham, K., **LaPorte, G**.., Montgomery, B. and Weiss, D.  Using Innovative Technology to Investigate Targeted Mass Violence: What the Future Holds (May 2017) http://www.policechiefmagazine.org/using-innovative-technology/#sthash.bPcOad34.dpuf.

10. Jones, N., & **LaPorte, G**. (Eds.) (2017). *2017 National Institute of Justice Forensic Science Research and Development Symposium*. (RTI Press Publication No. CP-0004-1705). Research Triangle Park, NC: RTI Press. DOI: 10.3768/rtipress.2017.cp.0004.1705.

11. **LaPorte, GM.** (2015) Chemical analysis for the scientific examination of questioned documents, in Forensic Chemistry: Fundamentals and Applications (ed J. A. Siegel), John Wiley & Sons, Ltd, Chichester, UK. doi: 10.1002/9781118897768.ch8.

12. Technical Working Group on Biological Evidence.  *Biological Evidence Preservation: Considerations for Policy Makers (*April 2015) (http://nvlpubs.nist.gov/nistpubs/ir/2015/NIST.IR.8048.pdf).

13. Technical Working Group on Biological Evidence Preservation.  *The Biological Evidence Preservation Handbook: Best Practice for Evidence Handlers*.  April 2013 (http://www.crime-scene-investigator.net/BiologicalEvidencePreservationHandbook.pdf)

14. Expert Working Group on Human Factors in Latent Print Analysis. *Latent Print Examination and Human Factors: Improving the Practice through a Systems Approach.* U.S. Department of Commerce, National Institute of Standards and Technology. February, 2012 (http://nij.gov/pubs-sum/latent-print-human-factors.htm).

15. Houlgrave, S., **LaPorte, G**., & Stephens, J.  The Classification of Inkjet Inks Using AccuTOF™ DART™ (Direct Analysis in Real Time) Mass Spectrometry - A Preliminary Study.  Accepted for Publication in the Journal of forensic Science on February 25, 2012.

16. **LaPorte, G.** & Stephens, J. *Analysis Techniques Used for the Forensic Examination of Writing and Printing Inks* in The Forensic Chemistry Handbook, John Wiley & Sons, 2012.

17. Houlgrave, S., **LaPorte, G**., & Stephens, J.  The Use of Filtered Light for the Evaluation of Writing Inks Analyzed Using Thin Layer Chromatography.  Journal of Forensic Sciences, Volume 56 (3), May 2011.

18. **LaPorte, G**., Stephens, J, and Beuchel, A.  The Examination of Commercial Printing Defects to Assess Common Origin, Batch Variation, and Error Rate.  Journal of Forensic Sciences, Volume 55 (1), January 2009.

19. Bicknell, D & **LaPorte, G**.  *Documents, Forgeries and Counterfeit*" in The Wiley Encyclopedia of Forensic Sciences.  John Wiley & Sons, 2009.

20. Arredondo, M., **LaPorte, G**., Wilson, J., McConnell, T., Shaffer, D., & Stam, M. Analytical Methods Used for the Discrimination of Substances Suspected to be Bar Soap: A Preliminary Study.  Journal of Forensic Sciences, Volume 51 (6), November 2006.

21. **LaPorte, G.**, Arredondo, M., McConnell, T., Stephens, J., Cantu, A., & Shaffer, D.  An Evaluation of Matching Unknown Writing Inks with the United States International Ink Library.  Journal of Forensic Sciences, Volume 51 (3), May 2006.

22. **LaPorte, G**.  Modern Approaches to the Forensic Analysis of Inkjet Printing – Physical and Chemical Examinations.  Journal of the American Society of Questioned Document Examiners, Volume 7, Number 1, June 2004.

23. **LaPorte, G**. The Use of an Electrostatic Detection Device to Identify Individual and Class Characteristics on Documents Produced by Printers and Copiers – A Preliminary Study.  Journal of Forensic Sciences, Volume 49 (3), May 2004.

24. **LaPorte, G.**., Wilson, J, & Cantu, A.  The Identification of 2-Phenoxyethanol in Ballpoint Inks Using Gas Chromatography/Mass Spectrometry.  Journal of Forensic Sciences, Volume 49 (1), January 2004.

25. Wilson, J, **LaPorte, G**, & Cantu, A.  Differentiation of Black Gel Inks Using Optical and Chemical Techniques.  Journal of Forensic Sciences, Volume 49 (2), March 2004.

26. **LaPorte, G**. Published Book Review, "Advances in the Forensic Analysis and Dating of Writing Ink."  Journal of Forensic Identification Volume 53(6), 2003\735.

27. **LaPorte, G,** Wilson, J, Mancke, S. Amanda, Payne, J, Ramotowski, R, & Fortunato, S. The Forensic Analysis of Thermal Transfer Printers, Journal of Forensic Sciences, Volume 48 (5), September 2003.

28. **LaPorte, G** & Ramotowski, R.  The Effects of Latent Print Processing on Questioned Documents Produced by Office Machine Systems Utilizing Inkjet Technology and Toner, Journal of Forensic Sciences, Volume 48 (3), May, 2003.

29. Lovett Doust, J & **LaPorte, G** (1991).  Population Sex Ratios, Population Mixtures and Fecundity in a Clonal Dioecious Macrophyte, *Vallisneria Americana*.  Journal of Ecology.  79: 477-489.

## PROFESSIONAL PRESENTATIONS

1. **LaPorte, G.M**., B. Johnson, and L.S. Schaeffer. "NIJ's NamUs and FBI Laboratory Collaboration: Using Next Generation Identification to Solve Unidentified Persons Cases." *American Academy of Forensic Sciences, 2018 Annual Scientific Meeting,* February 19-24, 2018, Seattle, WA. Program, p. 176, https://www.aafs.org/wp-content/ uploads/2018FINALPROGRAM.pdf.
2. **LaPorte, G.** Strengthening Forensic Science: The Changing Landscape.  Midwestern Association of Forensic Scientists Fall Meeting, Mackinac Island, Michigan, September 24, 2015.
3. **LaPorte, G.** Strengthening the Science in Forensic Science: An Update on Research and Development.  Presented for the American Bar Association: 5th Annual Prescription for Criminal Justice Forensics, Fordham University, New York, New York, June 6, 2014.
4. **LaPorte, G.** The Forensic Examination of Non-Original Documents and Images: Is it Reliable to Make Conclusions About the Printing Process and the Type of Ink Used to Create the Original Document?  Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 21, 2013.
5. **LaPorte, G.** The Challenges of Translating Forensic Science Research into Practice.  Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 21, 2013.
6. **LaPorte, G.** Forensic Science: A Discussion on the Importance of Research and Practical Applications in High Profile Cases.  Presented at Penn State University, State College, PA, October 25, 2012.
7. **LaPorte, G.** A Validated Approach to Ink Dating Using Solvent Analysis.  Presented at the American Society of Questioned Document Examiners (ASQDE) Annual Meeting, Charleston, South Carolina, August 21, 2012.
8. **LaPorte, G.** and Stephens, J. The Importance of Validating and Verifying a Standardized Method: Envelope Examinations and the Anthrax Investigation.  Presented at the NIJ/FBI Impression and Pattern Evidence Symposium, Clearwater, FL. August 7, 2012.
9. Taylor, M., Roberts, M, and **LaPorte, G**. Expert working Group on Human Factors in Latent Print Analysis.  Presented at the 7th International Symposium on Fingerprints at the International Criminal Police Organization (INTERPOL), Lyon, France, April 25, 2012.
10. Taylor, M., Roberts, M, and **LaPorte, G.** Expert working Group on Human Factors in Latent Print Analysis.    Presented at the Chesapeake Bay Division for the International Association of Identification.  Cambridge, MD, March 28, 2012.
11. **LaPorte, G.** and Singer, K.  Artificial Aging of Documents. Presented at the American Academy of Forensic Sciences Annual Meeting, Atlanta, GA, February 23, 2012.
12. **LaPorte, G.** Trace Evidence Moving Forward.  Presented as part of a plenary panel at the 2011 Trace Evidence Symposium: Science, Significance, and Impact.  Kansas City, MO, August 9, 2011.
13. **LaPorte, G**.  The National Academy of Sciences Report: 2 Years Later.  Presented at the Chesapeake Bay Division for the International Association of Identification.  Cambridge, MD, March 21, 2011.
14. **LaPorte, G**.  Forensic Science: The Importance of Research for Practical Casework.  Presented as a Keynote Speech at the 1st Annual World Congress of Forensic Science.  Dalian, China, October 21, 2010.

15. **LaPorte, G.** The Importance of Validating and Verifying a Standardized Method: Envelope Examinations and the Anthrax Investigation.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting.  Hunt Valley, MD, May 8, 2009.

16. **LaPorte, G.**  Questioned Documents and Homicide Investigations.  Presented at the Annual Meeting for the Virginia Homicide Investigators Association.  Norfolk, VA, October 6, 2008.

17. **LaPorte, G.**  Questioned Documents and the Sub-Disciplines.  Presented at the Symposium on Special Topics in Questioned Document Analysis.  Ankeny, IA, September 30, 2008.

18. **LaPorte, G.**  An Overview of the Forensic Examinations on Documents Produced Using Inkjet and Thermal Printing Devices and the Increasing Need for Security.  31st Annual Global Inkjet Printing Conference, Budapest, Hungary, March 12, 2008.

19. **LaPorte, G**, Beuchel, A, and Stepehns, J.  The Examination of Commercial Printing Defects to Assess Common Origin and Batch Variation.  Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 22, 2008.

20. **LaPorte, G.**   Exonerations and Incarcerations: The Key Role of the Forensic Sciences – Questioned Documents.  Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 19, 2008.

21. **LaPorte, G**, Holifield, A, and Stephens, J.  The Black Money Scam.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 24, 2007.

22. Schwartz, R. and **LaPorte, G.**  The Effects of Common Environmental Variables on the Infrared Luminescence Properties of Writing Inks.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 25, 2007.

23. Holifield, A and **LaPorte, G**. Artificially Aged Documents.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 25, 2007.

24. Voiles, R., Stephens, J., and **LaPorte, G.**  The Forensic Examination of Documents Using Print Quality Analysis Software.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 25, 2007.

25. **LaPorte, G.**  Forensic Applications of Chromatography at the United States Secret Service.  Presented for the Minnesota Chromatography Forum.  Minneapolis, MN, March 27, 2007.

26. **LaPorte, G**.  The Necessity of Security Printing for the Forensic Scientist.  Presented at the 30th Annual Global Inkjet and Thermal Conference.  Prague, Czech Republic, March 2, 2007.

27. **LaPorte, G.,** Stoker, D**.,** Thomas, Y, Stephens, J, and Shaffer, D**.**  The Analysis of 2-Phenoxyethanol for the Dating of Documents. Presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 22, 2007.

28. Shaffer, D., Stephens, J. **LaPorte, G**.  A Comparison of the Physical and Chemical Characterization of Conventional Toners vs. Chemically Prepared Toners.  Presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 23, 2007.

29. Nelis, E., LaPorte, G., and Thomas, Y.  The Use of Electrospray Ionization – Mass Spectrometry for the Identification of Controlled Substances.  Presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 23, 2007.

30. **LaPorte, G.**  The Forensic Examination of Documents Produced on Office Machine Systems Utilizing Inkjet Technology.  Presented at the California Association of Criminalistics Fall Workshop Meeting, October 12, 2006.

31. **LaPorte, G**. The Physical and Chemical Examinations of Documents Produced Using Inkjet Technology.  Presented at the 4th Meeting of the European Document Experts Working Group, The Hague, Netherlands, September 28, 2006.

32. Schuler, R., Treado, P.J., Gardner, C., **LaPorte, G**., Stephens, J.  Chemical Imaging for Questioned Document Examination.  Presented at the 4th Meeting of the European Document Experts Working Group, The Hague, Netherlands, September 29, 2006.

33. **LaPorte, G.**  The Forensic Examination of Documents Produced Using Inkjet Technology.  Presented at the Imaging Materials Seminar: Inkjet Ink, Rochester, NY, May2, 2006.

34. Layman, M. and **LaPorte, G.**  Questioned Documents and the Crime Scene.  Presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 23, 2006.

35. Shaffer, D, Stephens, J., and **LaPorte, G**. The Characterization of Envelopes for Questioned Document Examinations.  Presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 23, 2006.

36. Stephens, J. and **LaPorte, G**.  The Use of Hyperspectral Contrast Imaging for the Examination of Writing Inks. Presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 23, 2006.

37. **LaPorte, G**. and Layman, M.  The Use of Supplementary Testing in Forensic Document Examinations.  Presented at the Annual Meeting for the American Society of Questioned Document Examiners, Montreal, Quebec, August 15, 2005.

38. **LaPorte, G.,** Arredondo, M, McConnell, Cantu, A.  The Static Method of Dating Writing Inks – A Preliminary Assessment of the United States International Ink Library.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Pittsburgh, PA, May 19, 2005.

39. **LaPorte, G.**  The Forensic Examination of Documents Produced Using Inkjet and Thermal Technology.   Presented at the 28th Global Inkjet and Thermal Printing Conference, Barcelona, Spain, March 16, 2005.

40. **LaPorte, G**.  The Examination of Inkjet Printed Documents – What's on the Frontier?  Presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 24, 2005.

41. Shaffer, D. and **LaPorte, G.**  Applications of Scanning Electron Microscopy/Energy Dispersive X-Ray Analysis at the United States Secret Service.  Scanning: The Journal of Scanning Microscopies, Volume 26(2), March/April, 2004.

42. Arredondo, M and **LaPorte, G.**  The Forensic Examination of Paper.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Wilmington, DE, April 23, 2004.

43. **LaPorte, G.** The Forensic Examination of Documents and Counterfeit Identifications Related to Terrorism and Financial Crimes.  International Conference on Asian Organized Crime and Terrorism.  Honolulu, HI, April 10-16, 2004.

44. Cochran, J., Glisson, F., and **LaPorte, G**.  Characterization of Inks by Solid Phase Microextraction – Gas Chromatography/Time-of-Flight Mass Spectrometry.  Pittconn 2004, Chicago, IL.

45. **LaPorte, G**.  Analyzing Bar Soaps by Utilizing a Variety of Optical and Chemical Techniques.   Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 20, 2004.

46. **LaPorte, G.**  The Analysis of Volatile Organic Compounds in Ballpoint Inks Using Gas Chromatography/Mass Spectrometery.  Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 19, 2004.

47. **LaPorte, G.**  Inkjet Technology: The Need for Security and Forensic Traceability.  Presented at the 11th Annual European Inkjet Printing Conference, Lisbon, Portugal, November 10, 2003.

48. **LaPorte. G.**  Cold Cases in Forensic Science.  Presented to the Virginia Homicide Investigators Association (VHIA).  October 6, 2003.

49. **LaPorte, G.**   The Use of an Electrostatic Detection Device (EDD) to Identify Class Characteristics on Documents Produced by Printers and Copiers.  Presented at the American Society of Questioned Document Examiners Annual Meeting.  August, 2003.

50. Wilson, J & **LaPorte, G**.   The Differentiation of Gel Inks using Various Optical and Chemical Techniques.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Annapolis, MD, May 8, 2003.

51. **LaPorte, G**.  The Analysis of 2-Phenoxyethanol in Ballpoint Inks Using Gas Chromatography/Mass Spectrometry.  Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Annapolis, MD, May 8, 2003.

52. **LaPorte, G**.  The Forensic Examination of Thermal Transfer Printing.  Presented for Information Management Institute: The 14th Annual Thermal Printing Conference, Scottsdale, AZ, April 28-30, 2003.

53. **LaPorte, G**.  The Use of an Electrostatic Detection Device (EDD) to Identify Class Characteristics on Documents Produced by Printers and Copiers.  Presented at the American Academy of Forensic Sciences Annual Meeting, Chicago, IL, February, 2003.

54. **LaPorte, G.**  The Forensic Examination of Office Machine Systems Utilizing Inkjet and Toner Technology.  Presented for Information Management Institute: The 10th Annual European Ink Jet Printing Conference, Lisbon, Portugal, October 28-30, 2002.

55. Payne, J & **LaPorte, G**.   The Forensic Examination of Thermal Transfer Printers.  Presented at the Mid-Atlantic Association of Forensic Scientists, Frederick Maryland, April 25, 2002.

56. **LaPorte, G** & Ramotowski, R.   The Effects of Latent Print Processing on Questioned Documents Produced by Office Machine Systems Utilizing Inkjet Technology and Toner.  Presented at the Mid-Atlantic Association of Forensic Scientists, Frederick Maryland, April 25, 2002.

57. **LaPorte, GM** & Davis, G.G. (1995).  A Retrospective Study of the Incidence of Drugs in Decomposed Remains in Jefferson County, Alabama.  Presented as an oral presentation at the American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

58. Gruszecki, A, Davis, GG, **LaPorte, GM** & Robinson, CA (1995).  The Incidence of Corresponding Presence of Cocaine and Cocaethylene in Both Hair and Routine Postmortem Biological Samples.  Presented as a poster at the American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

## COURT AND DEPOSITION TESTIMONY

I have testified approximately 35-40 times in the Commonwealth of Virginia and the States of Texas and Maryland on issues related to forensic urine drug testing, forensic chemistry, and controlled substance analysis.

I have provided testimony over 75 times in matters related to forensic document examinations in State, Federal, and International courts as follows:

1. Tax Court of Canada vs L.D.G. 2000 Incorporated
   Montreal, Quebec Canada                                      April 9, 2002
2. *USA v William Bartmann*
   United States District Court – Northern District of Oklahoma   October 17, 2003
3. *USA v Clayton Lee Waagner*
   United States District Court – Eastern District of Pennsylvania   December 2, 2003
4. Matter of Singh, Atvar (A76-676-494)
   U.S. Department of Homeland Security –
   Immigration and Customs Enforcement                          July 16, 2004
5. *USA vs Paul Ihle, Jr.*
   United States District Court – Northern Indiana              September 9, 2004
6. *State v Matthew C. Owens*,
   Case # 2NO-SO3-821 CR
   Nome, Alaska                                                 January 27, 2005
7. *USA v Sylvester Richards Gayekpar*
   United States District Court – District of Minnesota         October 12, 2005
8. *State v Matthew Owens, Case # 2NO-S03-821 CR*
   Kotzebue, Alaska                                             November 2, 2005
9. *USA v Robert Sterling Miller*
   United States District Court -Western District of Texas
   Austin, Texas, Case#A-05-CR-247 SS                           April 26, 2006
10. *USA v Hector R. Lugo-Rios*
    United States District Court,
    Judicial District of Puerto Rico
    San Juan, Puerto Rico, Case#05-354 (JAF)                    May 24, 2006
11. *USA v Nancy Harlow*
    Northern District of Texas
    Dallas, TX Case#3:06-CR-011-D                               July 18, 2006
12. *USA v Hector R. Lugo-Rios et al*
    United States District Court
    Judicial District of Puerto Rico
    San Juan, Puerto Rico, Case#05-354 (JAF)                    August 25, 2006
13. *State of New Jersey v Alfred Smith*
    Superior Court of New Jersey, County of Burlington
    Mt. Holly, NJ, Case#05-1988                                 August 31, 2006
14. *USA v Cleveland Kilgore*
    U.S. District Court For the District of Maryland
    Baltimore, MD, Case#RDB-06-0115                             September 21, 2006

15. *USA v Isidore Nouthong et al*
    U.S. District Court For the Eastern District of Virginia
    Alexandria, VA, Case#:1:06cr305                          October 26, 2006
16. *USA v Isidore Nouthong et al*
    U.S. District Court For the Eastern District of Virginia
    Alexandria, VA, Case#:1:06cr305                          February 7, 2007
17. *USA v Clyde Cook*
    U.S. District Court For the Eastern District of Tennessee
    Memphis, TN                                              April 10, 2007
18. *USA v Jermain Betea*
    Eastern District of Virginia
    Alexandria, VA, Case#1:06cr305                           May 3, 2007
19. *USA v Crist Dauberman*
    Eastern District of Virginia
    Richmond, VA, Case#3:07CR040                             May 8, 2007
20. *USA v Jose Padilla et al –*
    U.S. District Court For the Southern District of Florida
    Miami, FL, Case#04-60001-CR-Cooke                        July 12, 2007
21. *Commonwealth of Kentucky v Quincy Omar Cross*
    Hickman Circuit
    Clinton, KY, Case#08-CR-00001                            April 2, 2008
22. Blau v. Schaefer, MD (Docket MID-L-3015-05)
    New Jersey (**Deposition**)                              July 25, 2008
23. *People of the State of NY v Stacey Castor*
    County of Onondaga
    Syracuse, NY, DR#05-359834/07-402152                     January 21, 2009
24. International Arbitration. Bank Julius Baer Co. Ltd v
    Waxfield Ltd Llc Bbcfd Sa G 04-6668-Cv 424 F.3d 278,
    New York, NY.                                            June 11, 2009
25. *USA v Mark A. O'Hair, Et al*
    Northern District of Florida
    Pensacola, FL, Case #3:08cr75/LAC                        July 28, 2009
26. *Giorgio v. Gibbens, M.D., et al*
    File No. 2392/S
    New Jersey (**Deposition**)                              August 26, 2009
27. International Center for Settlement of Disputes (ICSID);
    Libananco Holdings Co. Limited v. Republic of Turkey
    ICSID Case No. ARB/06/8
    World Bank- Washington, DC                               November 3, 2009
28. *Lake Forest Homeowner's Association v. Orlando Lake Forest*
    *Joint Venture, et al*
    Seminole County
    Case No. 07-CA-1867-16-L (**Deposition**)                March 19, 2010
29. *Lake Forest Master Community Association v. Orlando Lake*
    *Forest Joint Venture, Orlando Lake Forest Inc., NTS Mortgage*
    Case No. 07-CA-1867-L
    Seminole County, FL                                      March 25, 2010

30. *Yakov Shlimovich, Derivatively on Behalf of*
    *Rightime Enterpirse, Inc. v. Mikhail Cheban*
    The Superior Court of the State of California,
    County of Los Angeles – Central District,
    Case Number BC 408095 (**Deposition**)                              February 28, 2011
31. *USA v Raogo Ouedraogo*
    U.S. Western District of Michigan
    Case No. 1:08-CR-68
    Grand Rapids, MI                                                     March 10, 2011
32. *Yakov Shlimovich v. Mikhail Cheban, et al*
    Case No. BC408095
    Superior Court of the State of California
    Los Angeles, CA                                                      March 25, 2011
33. *USA v. Rami Saba*
    U.S. Western District of Michigan
    Case No. 1:08-CR-68
    Grand Rapids, MI                                                     May 20, 2011
34. *Susana Garcia Badaracco v. Ricardo Garcia Badaracco,*
    *Hermes Investment C. Inc ., Atrukay, Inc.,*
    Circuit Court of the 20th Judicial Circuit in and for
    Lee County, Florida (**Deposition**)                                September 23, 2011
35. *Pactool International, Ltd v. Kett Tool Company, Inc.*,
    United States District Court for the
    Western District of Washington at Tacoma,
    Civil Action No. 3:06-cv-05367-BHS (**Deposition**)                 October 14, 2011
36. *Todd Basilone v. Ryan Basilone*
    Superior Court for the State of Alaska
    Third Judicial District at Anchorage
    Case Number: 3AN-08-10257 CI                                        April 30, 2012
37. *Underhill v. APG Security-RI, LLC, The*
    *Asset Protection Group, LLC, and*
    *Dennis M. Kelly*
    Superior Court of Rhode Island
    Case Number: C.A. No. PB 10-6489                                    September 18, 2012
38. *Paul D. Ceglia v. Mark Elliot Zuckerberg, Individually,*
    *and Facebook, Inc*,
    United States District Court Western District of New York,
    Civil Action No. : 1:10-cv-00569-RJA (**Deposition**)               July 26, 2012
39. Cott Beverages, INC v. Americann CO-Pack, Inc.
    and Automated Process and Packaging, LLC.
    Fourth Judicial District Court
    Civil No.: 100402774                                                September 24, 2012
40. *Shanna K. Bever et al v. Estate of James R. Freudenberg*,
    In The Circuit Court of Clay County, Missouri,
    Case No. 11CY-CV10505 (**Deposition**)                             October 26, 2012
41. *Aequitas Solutions, Inc. v. Larry Anderson, Gary P. Lloyd,*
    *and C Innovation, Inc.*

In the Court of Chancery of the State of Delaware
Case No. 7249-ML                                          November 27, 2012
42. *Shanna K. Bever et al v. Estate of James R. Freudenberg*,
In The Circuit Court of Clay County, Missouri,
Case No. 11CY-CV10505                                     November 28, 2012
43. *Gerald Morawski v. Lightstorm Entertainment, Inc.,*
*James Cameron*
United States District Court for the Central District of California
Civil Action No. CV-11-10294 MMM (**Deposition**)         December 20, 2012
44. *In the Matter of Certain Opaque Polymers*
United States International Trade Commission, Washington, DC
Investigation No. 337-TA-883 (**Deposition**)             April 22, 2014
45. *Compania General Financiera Y Desarollo, S.A.*
*v. La Banque Nationale de Paris*
In the Circuit Court of the 11th Judicial District, Miami, FL
Case No.: 11-17213 CA 30 (**Deposition**)                 June 2, 2014
46. *LPG Warehouses, Ltd., Russell Grigsby and Peniel Investments*
*v. Storrie Street Investments, Ltd. and Michael Hogan*
In the 26th District Court of Williamson County, TX
Cause No.: 10-1284-C26                                    June 13, 2014
47. *Al Maya Trading Establishment v. Global Export Marketing*
*Co. Ltd* (**Deposition**)
In the Southern District of New York
Case No. 14-cv-0275                                       July 18, 2014
48. *Korff v. Corbett, et al* (**Deposition**)
Supreme Court of the State of New York
Index No. 601425/03                                       July 25, 2014
49. *Fawzy amer Deghedy v. Viztek, Inc.*
United States District Court for the Southern District of Iowa
Case No. 3:12-cv-00048-CRW-TJS                            September 16, 2014
50. *Method Of Processing  Ethanol Byproducts and*
*Related Subsystems ('858) Patent Litigation* (**Deposition**)
United States District Court For the Southern District Of Indiana
Case 1:10-ml-2181-LJM-DML                                 December 11, 2014
51. *Lela M. Kratz et al v. Sheri Meeks et al*
Iowa District Court – Linn County
Case No. EQCV 79541                                       January 15, 2015
52. *Compania General Financiera Y Desarrollo v.*
*La Banque National De Paris*
Circuit Court of the 11th Judicial Circuit
Miami-Dade County, Florida
Case No. 11-17213 CA 30                                   January 28, 2015
53. *Debra Wear v. Todd S. Hewell, III, M.D.*
*and Todd S. Hewell, III, M.D., F.A.C.S. LTD* (**Deposition**)
Circuit Court of Cook County, Illinois
Case No. 10 L 002261 "E"                                  June 2, 2015
54. *In Re: Method Of Processing Ethanol Byproducts*

    *And Related Subsystems ('858) Patent Litigation*
    Southern District of Indiana - Indianapolis Division
    Master Case No.: 1:10-ml-02181-LJM-DML      October 6, 2015

55. *WCA Logistics, LLC. v. Cyndi Carpenter, NKA*
    Cyndi Dibert
    In The Municipal Court of Champaign County, Ohio
    Civil Division
    Case No.: 15 CV F227      January 22, 2016

56. *Frank Beatty v. Oak Grove Technologies, LLC, et al*
    In The Circuit Court of Fairfax County, Virginia
    Case No: CL-2015-6923      March 14, 2016

57. *Phosint Limited, Cyprus v. National Bank Trust, Pjsc, Russia*
    The International Commercial Arbitration Court at
    the Chamber of Commerce and Industry of the
    Russian Federation
    Arbitration Case No. 159/2015      September 6, 2016

58. *Nite Glow Industries Inc., I Did it, Inc. and*
    *Marni Markell Hurwitz vs. Central Garden &*
    *Pet Company & Four Paws, d/b/a Four Paws Products, Ltd.*
    United States District Court, District of New Jersey
    Case No.: 2:12-cv-04047-KSH-CLW (**Deposition**)      October 11, 2016

59. *Lincoln Studios, LLC, et al. v. DLA, et al.;*
    *P6 LA MF Holdings, LLC vs. NMS Capital Partners I, LLC*
    *And Related Cross-Actions*
    Superior Court of the State of California
    County of Los Angeles, Central District
    Case No.: BC551551 (Related Case BC 550227)      October 14/18, 2016

60. *William Baker, Sr., Individually, and as an Heir of the Estate*
    *of Frederick Tyrone Baker, and Candice Renae Bryan as*
    *of Frederick Tyrone Baker, Deceased vs. Timothy Eichenlaub*
    *Individually, Las Vegas Pain Institute and Medical Center, LLC*
    *dba Comprehensive Urgent Care; Las Vegas Pain Institute, LLC*
    District Court, Clark County, NV
    Case No.: A-15-714369-C (**Deposition**)      November 18, 2016

61. *Girish Dahyabhai Patel v.*
    *Yashwant Dahyabhai Patel*
    In the High Court of Justice
    Chancery Division Probate
    Case No.: HC-2015-002485
    London, England      November 24, 2016

62. International Center for Settlement of Disputes (ICSID)
    *Tethyan Copper Company Pty Limited (Claimant)*
    *v. The Islamic Republic of Pakistan (Respondent)*
    Case No. Arb/12/1
    Paris, France      February 22, 2017

63. *Bruce Jacobs v. Bank of America*

United States District Court
Southern District of Florida
Case No. 15-24585-CV-UNGARO (**Deposition**)          October 12, 2017
64. *McClain/Plum v. David J. Gehring, M.D., et al*
New Jersey Superior Court,
Glouster County
Docket No.: GLO-L-414-15
Conventus No.: 101755-1 (**Deposition**)              November 9, 2017


65. *USA v. Kaleil Isaza Tuzman and*
*Omar Amanat*
United States District Court
Southern District of New York                         November 20, 2017
66. *Mt. Charleston Investments, LLC v. Huerta, et al*
District Court, Clark County, NV
A-15-715918-B
Las Vegas, NV                                         November 21, 2017
67. *Estate of Frederick Tyrone Baker et al. v.*
*Timothy Eichenlaub et al.*
District Court, Clark County, NV
A-15-714369
Las Vegas, NV                                         January 12, 2018
68. International Center for Settlement of Disputes (ICSID)
*BSG Resources Limited, BSG Resources (Guinea) and BSG*
*Resources (Guinea) SARL v. Republic of Guinea*
Case No. Arb/14/22
Paris, France                                         March 26-27, 2018
69. *Ida Mae Lee, LLC v. Icor, Ltd. et al.*
Docket No.: 2017 CAR 004289
Superior Court of the District of Columbia Civil Division
Washington, DC
(Hearing; Plaintiff Stipulated to Expert Findings)   July 3, 2018
70. *Chen Jinhui v. Wong Kam San; Huang Yuexia;*
*Line Power Ltd; Trengei Development Ltd;*
*Hawkins Development Ltd; Superfine Group Ltd.*
In the High Court of the Hong Kong
Special Administrative Region
Court of First instance
Action No. 1524 of 2012                               January 23-24, 2019
71. *United States of America v. Rao Desu*
United States District Court, District of New Jersey
Criminal No. 18-CR.613 (BRM)
Trenton, New Jersey                                   October 16, 2019

72. *U.S. Bank National Association v. Harry H. Morall, II;*
    *Jane E. Carey; et al*
    Case No. 09CA3175
    In the Circuit Court of the 9ᵗʰ Judicial Circuit
    Orange County, FL                                    January 3, 2020

73. *Harold and Jill Lewis v. David E. Taylor, and Joshua Media*
    *Ministries International, Inc.*
    Case No. 18SL-CC02174
    In the Circuit Court of the County of St. Louis State of Missouri
    St. Louis, MO (**Deposition**)                       February 27, 2020

74. *Paul Atkinson & Glyn Mummery*
    (as joint liquidators of Grosvenor Property Developers
    Limited) v. Grosvenor Property Developers Limited
    (In Liquidation)/Mr. Siddhant Varma
    CR-2018-006183
    In the High Court of Justice Business and Property Courts
    of England and Wales (Chd)
    London, England                                       June 23, 2020

75. *Le Dec Investments 1800, LTD, et al. v. Alberto Kamhazi, et al.*
    Court Case No. 2018-017377-CA-44
    In the Circuit Court of the 11th Judicial Circuit in and for
    Miami-Dade County, FL (**Deposition**)               July 31, 2020

76. *Duane Fox v. Richard Fox & Joanne Krebs*
    Case No. 19-CV-42
    State of Wisconsin – Circuit Court
    Green County, WI (**Deposition**)                     August 4, 2020

77. *Peerenboom v. Perlmutter,*
    Case No. 2013-CA-015257
    The 15th Judicial Circuit of Florida
    Palm Beach County, FL (**Deposition**)                October 23, 2020

# CURRICULUM VITAE

Jennifer L. Naso
Riley Welch LaPorte & Associates
PO Box 80225
Lansing, MI 48908-0225

## Education

University of New Haven (2006)
West Haven, CT
Masters of Science in Forensic Science (M.S.F.S)

Yale University (2004)
New Haven, CT
Bachelor of Arts (B.A.) in Psychology

## Work Experience-

Riley Welch  LaPorte & Associates (10/11 – Present)
New York, NY
**Forensic Document Examiner**
Duties:  Complete handwriting examinations to determine common authorship or authentication, examination of signatures, indented writing, obliterations, determine method of production, document authentication, and  review casework completed by other examiners.

United States Secret Service (05/06 – 10/11)
Washington, DC
**Document Analyst**
Duties: Complete handwriting examinations to determine common authorship or authentication, examination of signatures, indented writing, obliterations, determine method of production, document authentication, and  review casework completed by other examiners.

Connecticut State Forensics Laboratory (03/05 – 04/06)
Meriden, CT
**Apprentice**
Duties: Participate in individual training program in the Questioned Document and Special Revenue Departments; gain experience in handwriting comparison, indented writing, simulated writing, and using laboratory equipment; conduct research projects.

Connecticut State Forensics Laboratory (06/03 – 08/03)
Meriden, CT
**Forensic Intern**
Duties: Assist forensic scientists in each discipline in various tasks, organize and prepare a teachers conference, and aid in processing crime scenes.

Suffolk County Medical Examiners Office (06/01 – 08/01)
Hauppaugue, NY
**Intern**
Duties: Assist the medical examiners with different aspects of the autopsies, collect data, take measurements, and prepare and clean-up the autopsy room.

## Specialized Training

United States Secret Service: Questioned Document Examiner Training (5/2006 – 11/2008)

EXHIBIT K

Mark Hofmann – Master Forger and Murderer workshop, American Society of Questioned Document Examiners, Park City, UT 2018.

Latin American Writing Workshop, American Society of Questioned Document Examiners, Park City, UT 2018.

Preparing a Digital Signature File for Forensic Analysis Workshop, American Society of Questioned Document Examiners, San Diego, CA 2017.

Forensic Science Research: Your Mission to Propose, Innovate, and Collaborate – Workshop, American Society of Questioned Document Examiners, San Diego, CA 2017.

Chinese Handwriting and Signatures Workshop: "Hanzi" through the eyes of the Forensic Document Examiner, American Society of Questioned Document Examiners, San Diego, CA 2017.

Leveraging Technology for QD Courtroom Presentations Workshop, Mid-Atlantic Association of Forensic Scientists, Hunt Valley, MD 2009

 Arabic Immersion Program, Gulf Arabic Program, Professional Training Institute, Buraimi, Oman 2008

Charred Documents Workshop, by Gabe Watts, Mid-Atlantic Association of Forensic Scientists, Huntington, WV 2008

Expert Witness Testimony Workshop, Mid-Atlantic Association of Forensic Scientists, Huntington, WV 2008

Preparing for Daubert Hearing Workshop, Mid-Atlantic Association of Forensic Scientists, Huntington, WV 2008

Beginning Modern Standard Arabic Level IV, Ibrahim Elgendy, Middle East Institute, Washington, D.C. 2008

Arabic Immersion Program, American Language Institute in Fes, Fes, Morocco 2007

Intermediate Arabic I, Aisha Sherbiny, Arlington Adult Education Center, Arlington VA 2007

Infrared and Ultraviolet Imaging Workshop, by Chandra Janney, International Association for Identification, San Diego, CA 2007

Forensic Identification of Print Processes, hosted by the United States Secret Service and the  Rochester Institute of Technology, Rochester, NY 2007

Chemically Prepared Toner Workshop, by Graham J. Galliford, Mid-Atlantic Association of Forensic Science, Washington, DC 2007

Beginning Arabic Level II, Aisha Sherbiny, Arlington Adult Education Center, Arlington, VA 2007

Fundamentals of Handwriting, hosted by the Federal Bureau of Investigation Forensics Laboratory, Quantico, VA 2007

Beginning Arabic Level I, Aisha Sherbiny, Arlington Adult Education Center, Arlington, VA 2006

Authenticating and Dating Methods Used in Forensic Document Examination, by Gerry Laporte, American Board of Forensic Document Examiners Annual Meeting, Las Vegas, NV 2006

Simulated and Disguised Signatures, by Derek Hammond, American Board of Forensic Document Examiners Annual Meeting, Las Vegas, NV 2006

Papermaking Training and Tour, hosted by Appleton Paper Mill, Appleton, PA 2006

Print Processes Training and Tour, hosted by De La Rue Printing Facility, Dulles, VA 2006

Fine and Subtle Features Workshop, American Society of Questioned Document Examiners Annual Meeting, Portland, OR 2006

**Presentations/Teaching**

"Forensic Document Capabilities."  New York Chapter of Fraud Examiners, Conference, New York, NY. October 2016.

Instructor, Mid-Atlantic Association of Forensic Scientists Fall Workshop, "Production of Counterfeit Materials", United States Secret Service headquarters, Washington, D.C., Ocotober 2010

Adjunct Professor, "Examination of Questioned Documents" graduate level class.  The George Washington University.  Spring 2009 – Spring 2010.

Instructor, "Print Process Identification and Image Analysis for Forensic Document Examiners".  Rochester Institute of Technology, November 2009, June, 2010.

"Arabic Writing and the Non-Native Speaking Examiner" Adapted.  American Society of Questioned Document Examiners, Annual Meeting, Asheville, NC, August 2008.

"Arabic Writing and the Non-Native Speaking Examiner."  Mid-Atlantic Association of Forensic Scientists, Huntington, WV 2008

"The Diminishing Presence of the Cursive Alphabet."  American Society of Questioned Document Examiners  (ASQDE), Annual Meeting, Montreal, Canada, August 2005.  Poster presentation.

**Profession Organizations**

Diplomate – American Board of Forensic Document Examiners (ABFDE)

Member – American Society of Questioned Document Examiners (ASQDE)

Member – ASTM International (Formerly the American Society for Testing and Materials)

 Contributing member in the Scientific Working Group for Questioned Document Examiners (SWGDOC)


I have been accepted by and testified in federal and county court as an expert witness in both criminal and civil cases.