UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As noted in this Court's prior order, trial in this case will commence on November 29, 2021. Dkt. No. 330. The trial will take place in Courtroom 318 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and members of the Defendant's family. Dkt. No. 344.

      The Federal Rules of Criminal Procedure prohibit the broadcasting of federal judicial criminal proceedings from the Courtroom. *See* Fed. R. Crim. P. 53; *see also* https://nysd.uscourts.gov/covid-19-coronavirus. However, as indicated below, consistent with the District's COVID-19 protocols, the Court will facilitate substantial public and press access at the Courthouse.

      First, consistent with the District's COVID-19 distancing requirements, a number of pool reporters and members of the public will be permitted in the courtroom proper as managed by the District Executive's Office.

      Second, press will also be able to access the trial in dedicated overflow courtrooms for the press. Questions about press access should be directed to the District Executive's Office. Please email Media_Inquiries@nysd.uscourts.gov, or call (212) 805-0513.

Third, members of public will also be able to access the trial in overflow courtrooms in the Thurgood Marshall U.S. Courthouse.  These overflow rooms will have live video and audio feeds of the proceeding.  There will be substantial seating capacity available in the overflow rooms for members of the public.  If capacity is reached, no additional persons will be admitted.  Questions about public access should be directed to the District Executive's Office—(212) 805-0500.

Per the S.D.N.Y. Response to COVID-19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse.  All visitors must also have their temperature taken when they arrive at the courthouse.  Only persons who meet the entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse.  All visitors must wear a mask that covers the person's nose and mouth.  Bandannas, gaiters, and masks with valves are not permitted.  If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID-19 protocols that have been adopted by the Court will be required to leave the courthouse.  There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge