# Exhibit C

**CURRICULUM VITAE**

Ryan C. W. Hall, M.D., DFAPA

Updated 10/11/21

EXHIBIT D

**TABLE OF CONTENTS**

**PRESENT POSITION**                                                        2

**EDUCATION**                                                               2

**MEDICAL LICENSE**                                                         3

**CERTIFICATION**                                                           3

**ADDITIONAL TRAINING**                                                     3

**SOCIETY MEMBERSHIPS, PAST AND PRESENT**                                   5

**INVITATIONAL OFFICES AND ORGANIZATIONS**                                  5

**EDITORIAL POSITIONS**                                                     6

**COMMITTEES**                                                              6

**HONORS**                                                                  9

**PROFESSIONAL ACTIVITIES**                                                 10

**REVIEWER**                                                                11

**BOOK REVIEWS**                                                            12

**PUBLICATIONS**                                                            12

**NEWSLETTERS**                                                             19

**ABSTRACTS/POSTERS**                                                       21

**PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS
AND INVITATIONAL ACADEMIC LECTURES**                                        22

**VIRTUAL LECTURES**                                                        33

**MEDIA**                                                                   37

1

**NAME:**                  Ryan Chaloner Winton Hall, M.D.

**DATE OF BIRTH:**       May 10, 1976

**PLACE OF BIRTH:**      Titusville, Florida

**MARITAL STATUS:**     Married

**PRESENT POSITION:**

| | |
|---|---|
| 08/01/17 –<br>Present | Psychiatrist<br>Ryan C. W. Hall, MD, PA<br>2500 West Lake Mary Blvd; Ste 219<br>Lake Mary, FL  32746<br>Ph: 407-322-8199 |
| 07/2008 –<br>08/01/2017 | Psychiatrist<br>Richard C. W. Hall, MD, PA<br>2500 West Lake Mary Blvd; Ste 219<br>Lake Mary, FL  32746 |
| 10/19/2017<br>06/30/2022 | Associate Professor of Psychiatry<br>University of Central Florida College of Medicine<br>Department of Psychiatry |
| 03/03/2009 –<br>10/19/2017 | Assistant Professor of Psychiatry<br>University of Central Florida College of Medicine<br>Department of Medical Education |
| 08/01/2016-<br>07/31/2022 | Affiliate Associate Professor<br>University of South Florida<br>Department of Psychiatry and Behavioral Neurosciences |
| 10/17/2009 –<br>07/31/2016 | Affiliate Assistant Professor<br>University of South Florida<br>Department of Psychiatry |
| 2010 – 2021 | Adjunct Faculty Member – Law & Psychiatry<br>Barry University Dwayne O. Andreas School of Law, Orlando |

**EDUCATION:**

| | |
|---|---|
| 1995 - 1999 | Johns Hopkins University<br>Baltimore, Maryland<br>Double Major - Biology and Psychology<br>**B.A. Degree,** graduated Phi Beta Kappa with honors |

2

| | |
|---|---|
| 1999 - 2003 | Georgetown University School of Medicine<br>Washington, DC<br>**M.D. Degree** |
| 2003 -2004 | Internal Medicine Internship<br>Sinai Hospital of Baltimore/Johns Hopkins<br>Baltimore, Maryland |
| 2004 -2007 | Psychiatric Residency<br>Johns Hopkins Hospital<br>Department of Psychiatry and Behavioral Sciences<br>Baltimore, Maryland |
| 2007 – 2008 | Fellow in Forensic Psychiatry<br>Case Western Reserve University<br>Cleveland, Ohio |

**MEDICAL LICENSE:**

| | |
|---|---|
| 2004 | Maryland – D62746 - Inactive |
| 2007 | Ohio – 89483 - Inactive |
| 2007 | Florida – ME99792 |
| 2021 | New Mexico – FELMD2021-063 (Federal Emergency MD)-Inactive |
| 2021 -2022 | New Mexico – MD2021-0674 |

**CERTIFICATION:**

| | |
|---|---|
| 2008<br>2009 | Diplomate, American Board of Psychiatry and Neurology, #58286<br>with added qualifications for Forensic Psychiatry |
| 2009-2018 | Certified Forensic Physician<br>American College of Forensic Examiners Institute |
| 2011-2014 | Diplomate, American Board of Forensic Medicine, #111779<br>American College of Forensic Examiners Institute |
| 2015- 2018 | Fellow, American College of Forensic Examiners Institute,<br>#111779 |
| 07/19/2015 –<br>07/31/2023 | Diplomate, National Board of Physicians and Surgeons<br>for Psychiatry and Forensic Psychiatry, #001999 |
| 04/23/2018 | Diplomate, American Board of Psychiatry and Neurology, #58286<br>and Forensic Psychiatry, #1735, Maintenance of Certification |

**ADDITIONAL TRAINING:**

| | |
|---|---|
| 2006 | Forensic Psychiatry Review Course |

3

| | American Academy of Psychiatry and the Law, Chicago, IL |
|---|---|
| 2007 | Forensic Psychiatry Review Course<br>American Academy of Psychiatry and the Law, Miami Beach, FL |
| 2008 | Florida Forensic Examiner Training<br>University of South Florida College of Behavioral and Community Sciences, Ft. Lauderdale, FL |
| 2012 | MMPI-2-RF: Basic Overview, with Yossef S. Ben-Porath,1-hr Webinar via Readytalk.com. (Overview, scales, documentation and standard procedures for administration and scoring)  Psych Corp (Pearson): February 15, 2012 |
| 2012 | MMPI-2-RF: Forensic Practice Briefing, with Yossef S. Ben-Porath,1-hr Webinar via Readytalk.com. (Overview, Using the MMPI-2-RF in Forensic Assessments, Admissibility, and Discussion) PsychCorp (Pearson): March 20, 2012 |
| 2013 | Use of the MMPI-2-RF in Police & Public Safety Assessments, with Yossef S. Ben-Porath. 1-hr Webinar via Readytalk.com. (Overview, Assessing Public Safety Candidates, and Fitness for Duty Evaluations) PsychCorp (Pearson): April 9, 2013 |
| 2014 | Evaluation of Malingered Psychosis: Testing and Testifying.  C Scott and B McDermott.  American Academy of Psychiatry and the Law, October 24, 2014 |
| 2015 | Psychological Testing for Psychiatrists. C Dike and M Baranoski. American Academy of Psychiatry and the Law, October 22, 2015 |
| 2015 | Psychological Testing of Claimed Amnesia: A Guide to Remember. C Scott and B McDermott, American Academy of Psychiatry and the Law, October 24, 2015 |
| 2016 | MMPI-2-RF: Use in Trauma and Stressor-Related Disorders with Paul Arbisi, PhD, ABAP, ABPP. 1-hr Webinar via Readytalk.com. PsychCorp (Pearson): February 25, 2016 |
| 2017 | Forensic Psychiatry Review Course, American Academy of Psychiatry and the Law; Denver, CO; October 23-25, 2017 |
| 12/02/20-12/02/22 | Certificate of Completion of Montreal Cognitive Assessment administration training course. www.mocatest.org. Certified by Ziad Nasreddine, MD. |

**SOCIETY MEMBERSHIPS, PAST AND PRESENT:**

Member, Academy of Psychosomatic Medicine
Distinguished Fellow, American Psychiatric Association
Member, Maryland Psychiatric Society
Member, American Academy of Psychiatry and the Law
Member, American Medical Association
Member, Ohio Psychiatric Association
Member, Florida Psychiatric Society
Fellow, Southern Psychiatric Association
Member, The American College of Psychiatrists
Member, Florida Medical Association
Member, Seminole County Medical Society
Member, American College of Forensic Examiners Institute
Member, Physicians Society of Central Florida

**INVITATIONAL OFFICES AND ORGANIZATIONS:**

| | |
|---|---|
| 2009 – 2012 | Secretary/Treasurer, Southern Psychiatric Association |
| 2012 – 2014 | Councilor, Florida Psychiatric Society |
| 2012 – 2013 | Vice President, Southern Psychiatric Association |
| 2013 – 2014 | President-elect, Southern Psychiatric Association |
| 2012 – 2015 | Councilor, American Academy of Psychiatry and the Law |
| 2013 - 2014 | Physician Leadership Academy, Florida Medical Association |
| 2013 - 2019 | Member, Specialty Society Section (SSS) Governing Council, Florida Medical Association |
| 7/2014-8/2021 | Council on Legislation, Florida Medical Association |
| 2014 – 2015 | President, Southern Psychiatric Association |
| 2015 - 2016 | Secretary, Florida Psychiatric Society |
| 2016 – 2017 | Treasurer, Florida Psychiatric Society |
| 2017 – 2018 | Treasurer, Seminole County Medical Society |
| 2017 - 2018 | Vice President, Florida Psychiatric Society |
| 2018 – 2019 | President-Elect, Florida Psychiatric Society |
| 2018 - 2019 | Vice President, Seminole County Medical Society |

5

| | |
|---|---|
| 2019 – 2020 | President, Florida Psychiatric Society |
| 2018 - 2019 | President, Seminole County Medical Society |
| 2019 – 2020 | Vice Chair, Specialty Society Section (SSS) Governing Council, Florida Medical Association |
| 2019 – 2020 | President-Elect, Physicians Society of Central Florida |
| 2020 – 2021 | President, Physicians Society of Central Florida |
| 2020 – 2021 | Immediate Past-President, Florida Psychiatric Society |
| 2020 - 2021 | Immediate Past-President, Physicians Society of Central Florida |
| 2021 – 2024 | Chairman, Specialty Society Section (SSS) Governing Council, Florida Medical Association |

**EDITORIAL POSITIONS:**

| | |
|---|---|
| | Editorial Board, **Clinical Geriatrics** (ended 06/2014) |
| 2016- 2020 | Associate Editor, **American Academy of Psychiatry and the Law Newsletter** |
| 2011 – 2020 | Faculty Reviewer/Faculty Advisor for **First Aid for the USMLE Step 1,** psychiatry chapter |

**COMMITTEES:**

| | |
|---|---|
| 2005 - 2007 | Public Relations Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Legislative Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Disaster Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Resident and Fellows Committee, Maryland Psychiatry Society |
| 2007 - 2009 | Corresponding Committee on Graduate Education, American Psychiatric Association |
| 2008 - 2009 | Member, New Member Task Force, Southern Psychiatric Association |
| 2007 – 2019 | Psychopharmacology Committee, American Academy of Psychiatry and the Law |

| | |
|---|---|
| 2007 - 2021 | Research Committee, American Academy of Psychiatry and the Law |
| 2009 – 2010 | Chairman, Early Career Psychiatry Committee, Southern Psychiatric Association |
| 2009 – 2010 | Chairman, New Member Task Force, Southern Psychiatric Association |
| 2009 – 2010 | Member, Constitution and Bylaws Committee, Southern Psychiatric Association |
| 2010 | YPS Reference Committee, AMA House of Delegates-YPS, Annual Meeting, Chicago, IL, June |
| 2010 - 2011 | Various YPS Handbook Review Committees (e.g, Constitution & Bylaws, Committee E) AMA Meetings, San Diego, CA; Chicago, IL |
| 2009 - 2022 | CME Committee, Florida Psychiatric Society |
| 2009 – 2019 | Forensic Psychiatry Committee, Florida Psychiatric Society |
| 2009 – 2012 | Academic Affairs Committee, Florida Psychiatric Society |
| 2010 – 2019 | Ethics Committee, Florida Psychiatric Society |
| 2010 – 2011 | Member, New Member Task Force, Southern Psychiatric Association |
| 2010 – 2011 | Member, Nominating Committee, Seminole County Medical Society |
| 2011 | Chairman, AMA-YPS Handbook Review Committee, AMA Interim Meeting, New Orleans, LA, November |
| 2012 – 2020 | Member, Rappeport Fellowship Committee, American Academy of Psychiatry and the Law |
| 2012 | YPS Reference Committee on Amendments to Constitution and Bylaws, AMA House of Delegates-YPS, Annual Meeting, Chicago, IL, June, and Interim Meeting, Honolulu, HI |
| 2012 – 2017 | Member, Legislative Issues Committee, Florida Psychiatric Society |
| 2013 – 2016 | Member, Committee on Finance, The American College of Psychiatrists |
| 2013 | Chairman, AMA-YPS HOD Handbook Review Committee for the |

7

|  | Reference Committee on Amendments to Constitution and Bylaws, AMA Interim Meeting, National Harbor, MD, November |
|---|---|
| 2014- 2015 | Member, Nominating Committee, American Academy of Psychiatry and the Law |
| 2014 | Member, AMA-YPS HOD Handbook Review Committee, AMA-YPS Annual Meeting, Chicago |
| 2014 | Member, AMA-YPS HOD Reference Committee on Amendments to Constitution and Bylaws, AMA Interim Meeting, Dallas |
| 2014 | Chairman, AMA-YPS HOD Handbook Review Committee for the Reference Committee B (Legislative Advocacy), AMA Interim Meeting, Dallas |
| 2014 - 2018 | Member, Geriatric Psychiatry Committee, American Academy of Psychiatry and the Law |
| 2016 - 2020 | Member, AIER Research Committee, American Academy of Psychiatry and the Law Institute for Education and Research |
| 2016 – 2017 | Chair, Long Range Planning Committee, Southern Psychiatric Association |
| 2016 – 2017 | Chair, Nominating Committee, Southern Psychiatric Association |
| 2017 – 2018 | Executive Committee, Seminole County Medical Society |
| 2017 - 2018 | Physician Wellness Task Force, Orange County Medical Society |
| 2018 - 2019 | Oversight Committee, Florida Psychiatric Society |
| 2018 | Reference Committee I – Health, Edu. & Public Policy, Florida Medical Association |
| 2019 - 2021 | Committee on Physician Wellness, Florida Medical Association |
| 2019 – 2021 | Legislative and Regulatory Issues Committee, Florida Psychiatric Society |
| 2019 | Reference Committee – Science and Public Health, Florida Medical Association's Delegate at the AMA's Interim Meeting |
| 2019 – 2021 | Chair, Forensic Psychiatry Committee, Florida Psychiatric Society |
| 3/2020 – 2/2024 | Committee on the Award for Research in Geriatric Psychiatry, The American College of Psychiatrists |

8

| 2020 - 2021 | Member, MOC Committee, American Academy of Psychiatry and the Law |
| 2020 - 2021 | Member, Transparency Task Force, Physicians Society Central Florida |
| 2021 | Member, Reference Committee II, Florida Medical Association |

**HONORS:**

| 1999 | Phi Beta Kappa, Johns Hopkins University |
| 2004 | "Superior" performance rating, 1st-year residency, by Sinai Hospital Department of Medicine's Clinical Competency and Evaluation Committee |
| 2005 | Dorfman Award, presented by The Academy of Psychosomatic Medicine for best review article of the year for **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome.** Psychosomatics, 46(3):195-202, May-June 2005. |
| 2007 - 2008 | Rappeport Fellowship, American Academy of Psychiatry and the Law |
| 2009 – 2020 | Selected by peers to be included in *Best Doctors in America* |
| 2010 | Day TR, Hall RCW**:  Déjà vu: From Comic Books to Video Games: Legislative Reliance on "Soft Science" to Protect Against Uncertain Societal Harm Linked to Violence v. the First Amendment.**  Oregon Law Review, 89(2):415-452, 2010. Selected as one of the best law review articles published in the field of entertainment, publishing, and the arts in 2010 by Thomson Reuters (West) |
| 2010 – 2019 | The Best Doctors in Orlando – *Orlando Magazine* |
| 2014 | Appointed, Fellow, American Psychiatric Association |
| 2014 | Certificate of Appreciation for recognition of service for interviewing applicants, University of Central Florida College of Medicine |
| 2015 | Selected as Practitioner of the Year for Florida Psychiatric Society |
| 2016 | Appointed, Distinguished Fellow, American Psychiatric Association |
| 2018 | Approved provider for FL Top Docs |
| 2018 | Friendship Award recipient, Florida Psychiatric Society |

| 2019 | Superior Public Service Award, Broward County Crime Commission |
|---|---|
| 2020 | Appointed, Fellow, The American College of Psychiatrists (to be inducted at 2022 meeting) |
| 2020 | Listed in Top Doctors and Premier Doctors – *Orlando Magazine* |

## PROFESSIONAL ACTIVITIES:

| 2008 | Written testimony on **Elder Abuse** in support of bills *HB873/SB501 Criminal Law – Crimes Against the Elderly or Persons with a Disability – Penalties*, presented to Maryland House Judiciary Committee for Delegate Benjamin Kramer, District 19 Montgomery County, Maryland. Hearing March 4. |
|---|---|
| 2009 | Central Florida Psychiatric Society representative to Florida Psychiatric Society's Council Meeting, January 10. |
| 2009 | Testified before the Florida Senate Banking and Insurance Committee (SB 354) on **Mental Health Parity.** March 17. |
| 2009 | Florida Psychiatric Society delegate to Florida Medical Association's annual meeting |
| 2010 | American Academy of Psychiatry and the Law's Young Physician Delegate to the American Medical Association's House of Delegates meetings<br>- Young Physicians Section Reference Committee member |
| 2010 | Area V Assembly Representative to the American Psychiatric Association's Assembly |
| 2010 - 2019 | Florida Psychiatric Society delegate to the Florida Medical Association's annual meeting |
| 2011 | Area V Council Representative |
| 2011 | American Academy of Psychiatry and the Law's Young Physician Delegate to the American Medical Association's House of Delegates meetings |
| 2011 | Area V Assembly Representative to the American Psychiatric Association's Assembly |

| | |
|---|---|
| 2012-2015 | American Academy of Psychiatry and the Law's Young Physician Delegate to the American Medical Association's House of Delegates meetings |
| 2013- present | Interviewer of prospective medical school candidates University of Central Florida College of Medicine |
| 2017 - | FIRE Research Mentor, University of Central Florida College of Medicine |
| 2017 | Specialty Advisor for forensic and general psychiatry University of Central Florida College of Medicine |
| 2018 | Simulation Leader, Global Health Conference: Healthcare as a Human Right, University of Central Florida College of Medicine |
| 2019 | Florida Medical Association's Alternate Delegate to the American Medical Association's House of Delegates |
| 2019 | Foundation Board of Directors, Physicians Society of Central Florida |
| 2020 | Participant in Florida Division of Emergency Management's Rehabilitative Services Working Group on Coronavirus |
| 2020 | Participant in University of Central Florida College of Medicine's AORTA admissions program |
| 2020 | Florida Medical Association's representative to Florida's Suicide Prevention Coordinating Council (SPCC) |
| 2021 | Virtual Forensic Psychiatry discussion with UCF PsychSign group on April 12, 2021 |

**REVIEWER:**

-AIMS Neuroscience
-American Journal of Disaster Medicine
-Archives of Internal Medicine
-Clinical Geriatrics
-Disaster Medicine and Public Health Preparedness
-European Psychiatry
-Journal of Adolescent Health
-Journal of Clinical Psychopharmacology
-Journal of Ethics
-Journal of Immigrant and Minority Health
-Journal of Neuropsychiatry and Clinical Neuroscience
-Mayo Clinic Proceedings
-Nature Clinical Practice Neurology

11

-Neurology India
-Oxford University Press (advisor on a book proposal)
-Psychosomatics
-Social Science & Medicine
-The American Journal on Addictions
-The Forensic Examiner
-Violence and Victims
-World Journal of Surgical Oncology

**BOOK REVIEWS:**

1. Clark MR and Treisman GJ: **Pain and Depression: An Interdisciplinary, Patient-Centered Approach.** Psychosomatics, July-August 2006, 47(4)365-366.

2. Brown K, Beech A, Craig L, Chou S: **Assessment in Forensic Practice: A Handbook.** Journal of Psychiatric Practice, July 2018, 24(4):305

3. Feldman M, Yates G: **Dying to be Ill: True Stories of Medical Deception**. *Journal of American Academy of Psychiatry and the Law*

4. Houdek V, Gibson: **Treating Sexual Abuse and Trauma with Children, Adolescents, and Young Adults with Developmental Disabilities: A Workbook for Clinicians**. *Journal of  American Academy of Psychiatry and the Law*

**PUBLICATIONS:**

1. Hall RCW, Dunlap PK, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid disease and abnormal thyroid function tests in patients with eating disorders and depression.** The Journal of the Florida Medical Association, Inc. 82(3)187-192, 1995.

2. Hall RCW, **Hall RCW**: **Anxiety and Endocrine Disease.**  In Popkin, MK, Seminars in Clinical Neuropsychiatry 4(2)72-83, 1998.

3. Hall RCW, Platt DE, **Hall RCW**: **Suicide Risk Assessment: A Review of Risk Factors for Suicide in 100 Patients Who Made Severe Suicide Attempts.** Psychosomatics 40:(1)18-27, 1999.

4. Hall RCW, **Hall RCW**: **Long-term Psychological and Neurological Complications of Lindane Poisoning.** Psychosomatics 40(6)513-517, 1999.

5. Hall RCW, **Hall RCW**:  **False Allegations: The Role of the Forensic Psychiatrist.** Journal of Psychiatric Practice 7(5)343-346, September 2001.

6. Hall RCW, **Hall RCW**: **Principles of Physician Recruiting.**  In *Handbook of Mental Health Administration and Management;* Reid WH and Silver S (ed.): Brunner-Routledge, New York, NY; Chapter 34:440-448, 2003.

12

7.  **Hall RCW**, Hall RCW, Chapman M: **Identifying Geriatric Patients at Risk for Suicide and Depression.**  Clinical Geriatrics 11(10)36-44, October 2003.

8.  Hall RCW, **Hall RCW**: **Establishing Liaison Before Disaster Strikes.** http://www.psych.org/disasterpsych/pdfs/apadisasterhandbk.pdf; Chapter 2:12-19. 2004.

9.  Hall RCW, **Hall RCW**, Chapman MJ: **Emotional and Psychiatric Effects of Weapons of Mass Destruction in First Responders.**  In: *Bioterrorism: Psychological and Public Health Interventions;* Ursano RJ, Norwood AE & Fullerton CS (eds). Cambridge University Press:Cambridge; Chapter 14:250-273; 2004.

10. **Hall RCW**, Appleby B, Hall RCW: **Atypical Neuroleptic Malignant Syndrome Presenting as Fever of Unknown Origin in the Elderly.**  Southern Medical Journal 1(98) 114-117, January 2005.

11. Hall RCW, **Hall RCW**, Chapman MJ: **Exploitation of the Elderly: Undue Influence as a Form of Elder Abuse.** Clinical Geriatrics 13(2)28-36, February 2005.

12. **Hall RCW**, Hall RCW, Chapman MJ: **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome.**  Psychosomatics, 46(3)195-202, May-June 2005.

13. **Hall RCW**, Hall RCW: **Abuse of Supraphysiologic Doses of Anabolic Steroids.** Southern Medical Journal, 98(5)550-555, May 2005.

14. **Hall RCW**, Hall RCW, Chapman MJ: **Psychiatric Complications of Anabolic Steroid Abuse.**  Psychosomatics, 46(4)285-290, July-August 2005.

15. **Hall RCW**, Hall RCW, Chapman MJ: **Medical and Psychiatric Casualties caused by Conventional and Radiological (Dirty) Bombs.**  General Hospital Psychiatry, 28(3):242-248, May-June 2006.

16. **Hall RCW**, Hall RCW, Chapman MJ: **Postconcussional Syndrome: A Work in Progress (Response to Dr. Smith).**  Letter to the Editor. Psychosomatics, 47(3):272, May-June 2006.

17. **Hall RCW**, Hall RCW, Chapman MJ: **Neuroleptic Malignant Syndrome in the Elderly: Diagnostic Criteria, Incidence, Risk Factors, Pathophysiology, and Treatment**.  (CME article) Clinical Geriatrics, 14(5):39-46, 2006.

18. **Hall RCW**, Hall RCW, Chapman MJ: **Effects of Terrorist Attacks on the Elderly, Part I: Medical and Psychiatric Complications of Bombings and Biological, Chemical, and Nuclear Attacks**. Clinical Geriatrics, 14(8):26-35, 2006.

19. **Hall RCW**, Hall RCW, Chapman MJ: **Effects of Terrorist Attacks on the Elderly, Part 2: Posttraumatic Stress, Acute Stress, and Affective Disorders**. Clinical Geriatrics, 14(9):17-24, 2006.

13

20. **Hall RCW,** Hall RCW: **Malingering of PTSD: forensic and diagnostic considerations, characteristics of malingerers and clinical presentations.** General Hospital Psychiatry, 28(6):525-535, 2006.

21. **Hall RCW,** Hall RCW: **A Profile of Pedophilia: Definition, Characteristics of Offenders, Recidivism, Treatment Outcomes, and Forensic Issues.** Mayo Clinic Proceedings, 82(4):457-471, 2007.

22. **Hall RCW**, Hall RCW: **Detection of Malingered PTSD: An Overview of Clinical, Psychometric, and Physiological Assessment: Where Do We Stand?** Journal of Forensic Sciences, 52(3):717-725, 2007.

23. **Hall RCW**, Macvaugh GS III, Merideth P, Montgomery J: **Commentary: Delving Further Into Liability for Psychotherapy Supervision.** The Journal of the American Academy of Psychiatry and the Law, 35(2):196-9, 2007.

24. Hall RCW, **Hall RCW**, Chapman MJ: **Psychiatric Effects of Terrorism: Medical and Societal Implications of Recent Attacks.** In: *Focus on Terrorism, Vol. 9;* Linden EV (ed), Nova Science:New York; Chapter 11, Publication date: 3rd Quarter, 2007.

25. **Hall RCW**, Hall RCW:  **The 1995 Kikwit Ebola outbreak – Model of virus properties on system capacity and function: A lesson for future viral epidemics.** American Journal of Disaster Medicine, 2(5):270-276, 2007

26. **Hall RCW,** Hall RCW, Chapman MJ: **Central Serotonin Syndrome: Part I— Causative Agents, Presentation, and Differential Diagnosis.**  Clinical Geriatrics, 15(12):18-25, 2007.

27. **Hall RCW**, Hall RCW, Chapman MJ: **Central Serotonin Syndrome: Part II – Pathophysiology, Drug Interactions, and Treatment.** Clinical Geriatrics, 16(1):24-28, 2008

28. **Hall RCW**, Resnick PJ: **Psychotherapy Malpractice: New Pitfalls.** Journal of Psychiatric Practice, 14(2):119-121, 2008

29. **Hall RCW**, Hall RCW, Chapman MJ: **Violence in Older Persons: Part I – Occurrence in Forensic/Criminal Situations, Partner Relationships, and Sexual Offenses.** Clinical Geriatrics, 16(5):27-32, 2008

30. **Hall RCW**, Hall RCW, Chapman MJ: **Violence in Older Persons: Part II – Occurrence in Hospitals and Pharmacological/Behavioral Treatment of Agitation, Aggression and Violence.**  Clinical Geriatrics, 16(6):28-32, 2008.

31. **Hall RCW**, Hall RCW, Chapman MJ. **The 1995 Kikwit Ebola outbreak: lessons hospitals and physicians can apply to future viral epidemics.** Gen Hosp Psychiatry. 2008 Sep-Oct;30(5):446-52. Epub 2008 Jul 23

32. **Hall RCW**, Friedman SH: **Drug Diversion Program Rights**. Legal Digest.  The Journal of the American Academy of Psychiatry and the Law, 36(4):579-580, 2008

33. **Hall RCW**, Hall RCW, Chapman MJ: **Nursing Home Violence: Occurrence, Risks, and Interventions.** Annals of Long-Term Care, 17(1):25-31, 2009

34. Paul RK, Lockey C, **Hall RCW,** Bursztajn H: **Practice Management: Managing Risks When Practicing in Three-Party Care Settings.**  Psychiatrictimes.com, 26(2), Feb. 3, 2009.

35. **Hall RCW,** Hall RCW, Chapman MJ: Letter to the Editor response re: **Nursing Home Violence: Occurrence, Risks, and Interventions)** Annals of Long-Term Care, 17(1):25-31, 2009), Annals of Long-Term Care, 17(4):17-21, 2009.

36. **Hall RCW**, Hall RCW, Myers W, Chapman M: **Testamentary Capacity: History, Physicians' Role, Requirements, and Why Wills are Challenged.** Clinical Geriatrics, 17(6):18-24, 2009.

37. **Hall RCW**, Hall RCW, Chapman M: **Anticholinergic Syndrome: Presentations, Etiological Agents, Differential Diagnosis, and Treatment.** Clinical Geriatrics, 17(11):22-28, 2009.

38. **Hall RCW: Somatoform Disorders**. In *First Aid for the Neurology Boards: An Insider's Guide.* Rafii MS; Cochrane TI; and Le T (eds), McGraw-Hill Medical:New York, Chapter 17, Pps 451-460, 2010.

39. **Hall RCW: Somatoform Disorders**. In *First Aid for the Psychiatry Boards: An Insider's Guide.* Azzam A, Yanofski J, Kaftarian E, Le T (eds), McGraw-Hill Medical:New York, Chapter 10, Pps 122-135, 2010.

40. Day TR, **Hall RCW:  Déjà vu: From Comic Books to Video Games: Legislative Reliance on "Soft Science" to Protect Against Uncertain Societal Harm Linked to Violence v. the First Amendment.**  Oregon Law Review, 89(2):415-452, 2010.

41. Appleby BS, Appleby KK, **Hall RCW**, Wallin MT: **D178N, 129Val and N171S, 129Val Genotype in a Family with Creutzfeldt-Jakob Disease**.  Dement Geriatr Cogn Disord, 30:424-431, 2010.

42. **Hall RCW**, Day T, Hall RCW: **A Plea for Caution: Violent Video Games, the Supreme Court, and the Role of Science.** Mayo Clin Proc, 86(4):315-321, 2011.

43. Paul RK, Lockey C, **Hall RCW,** Bursztajn HJ: **Managing Risks When Practicing in Three-Party Care Settings.** Psychiatric Times, 28(4):18-22, 2011.

44. Gould NF, McKibben JB, **Hall R,** Corry NH, Amoyal NA, Mason ST, McCann UD, Fauerbach JA. **Peritraumatic Heart Rate and Posttraumatic Stress Disorder in Patients with Severe Burns.** Psychiatrist.com, Oct 19, 2010 [Epub ahead of print] and J Clin Psychiatry, 72(4):539-547, 2011.

45. **Hall RCW**, Day T, Hall RCW: Reply to **A Plea for Concern Regarding Violent Video Games.** Letter to the Editor, Mayo Clin Proc, 86(8):821-823, 2011.

46. **Hall RCW,** Hall RCW: **Plaintiffs Who Malinger: Impact of Litigation on Fake Testimony.** In *New Perspectives on Faking in Personality Assessment.* Ziegler M, MacCann C, Roberts R (eds), Oxford:New York, Chapter 16, Pps 255-281, 2012.

47. Nucifora FC, **Hall RCW,** Everly G:  **Reexamining the Role of the Traumatic Stressor and the Trajectory of Posttraumatic Distress in the Wake of Disaster**. Editorial, Disaster Medicine and Public Health Preparedness, 5:suppl 2:S172-175, 2011

48. **Hall RCW,** Hall RCW: **Compensation Neurosis: A Too Quickly Forgotten Concept?** J Amer Acad Psychiatry Law, 40(3):390-398, 2012.

49. **Hall RCW: Civil War.** In *Encyclopedia of Immigrant Health*, Loue S and Sajotovic M (eds.) Springer, Pps 445-447, 2012.

50. **Hall RCW: Radicalization.** In *Encyclopedia of Immigrant Health*, Loue S and Sajotovic M (eds.) Springer, Pps 1264-1266, 2012.

51. **Hall RCW: Terrorism.** In *Encyclopedia of Immigrant Health*, Loue S and Sajotovic M (eds.) Springer, Pps 1413-1416, 2012.

52. Myers WC, **Hall RCW,** Tolou-Shams M: **Prevalence and Assessment of Malingering in Homicide Defendants Using the Mini-Mental State Examination and the Rey 15-Item Memory Test.**  Homicide Studies, 17(3):314-328, August 2012.

53. Hatters Friedman S, **Hall RCW: Antidepressant Use During Pregnancy: How to Avoid Clinical and Legal Pitfalls.**  Current Psychiatry, 12(2):10-16, 2013

54. **Hall RCW,** Hall RCW: **Biological and Pharmacological Treatment of Post-traumatic Stress Disorder in Older Adults.** Clinical Geriatrics, 21(8), 2013. Published online August 22, 2013 at www.clinicalgeriatrics.com.

55. **Hall RCW,** Hall RCW: **Psychotherapeutic Interventions for Post-traumatic Stress Disorder.** Clinical Geriatrics, 21(9), 2013. Published online September 24, 2013 at www.clinicalgeriatrics.com.

56. **Hall RCW,** Hatters Friedman S: **Guns, Schools, and Mental Illness: Potential Concerns for Physicians and Mental Health Professionals.** Mayo Clinic Proceedings, 88(11):1272-1283, November 2013

57. Hatters Friedman S, **Hall RCW,** Sorrentino R: **Commentary: Women, Violence and Insanity.** J Am Acad Psychiatry Law, 41(4):523-528, 2013

58. Hatters Friedman S, **Hall RCW: Teaching Psychopathology in a Galaxy Far, Far Away: The Light Side of the Force.**  Academic Psychiatry. 2015 Dec;39(6):719-25. Epub 2015 May 2.

59. **Hall RCW,** Hatters Friedman S: **Psychopathology in a Galaxy Far, Far Away: The Use of Star Wars' Dark Side in Teaching.**  Academic Psychiatry. 2015 Dec;39(6):726-

16

32.  Epub 2015 May 6.

60. **Hall RCW: Somatic Symptom and Related Disorders (formerly Somatoform Disorders)**. In *First Aid for the Neurology Boards. Second Edition.* Rafii MS; Cochrane TI; and Le T (eds), McGraw-Hill Medical:New York, Chapter 17, Pps 439-447, 2015.

61. **Hall RCW: Mental Status Examination**. In *Wiley Encyclopedia of Forensic Science.* Jamieson A and Moenssens AA (eds), John Wiley: Chichester. DOI: 10.1002/9780470061589.fsa287.pub2. (online), June 2015. http://onlinelibrary.wiley.com/doi/10.1002/9780470061589.fsa287.pub2/full

62. **Hall RCW**, Soliman S: **Elderly and Pharmacological Treatment of PTSD.**  In: *Comprehensive Guide to Post-Traumatic Stress Disorder.* Martin C, Preedy V, Patel V (eds), Springer International: Switzerland, ISBN: 978-3-319-08613-2 (Online), March 2015.

63. Day TR, **Hall RCW: PTSD and Tort Law.** *Comprehensive Guide to Post-Traumatic Stress Disorder.* Martin C, Preedy V, Patel V (eds), Springer International: Switzerland, ISBN: 978-3-319-08613-2 (Online), March 2015.

64. Hatters Friedman S, Collier S, **Hall RCW: PTSD Behind Bars: Incarcerated Women and PTSD.** *Comprehensive Guide to Post-Traumatic Stress Disorder.* Martin C, Preedy V, Patel V (eds), Springer International: Switzerland, ISBN: 978-3-319-08613-2 (Online), March 2015.

65. Hatters Friedman S, **Hall RCW: Using Star Wars' Supporting Characters to Teach about Psychopathology**. Australasian Psychiatry, Epub June 23, 2015; print Aug 2015; 23(4):432-4.

66. Soliman S, **Hall RCW: Forensic Issues in Medical Evaluation: Competency and End of Life Issues.** In Balon R, Wise TN (eds): Clinical Challenges in the Biopsychosocial Interface. Update on Psychosomatics for the 21st Century. Adv Psychosom Med. Basel, Karger, 2015, vol 34, pp 36-48.

67. **Hall RCW**, Hatters Friedman S, Jain A: **Pregnant Women and the Use of Corrections Restraints and Substance Use Commitment**.  J Am Acad Psychiatry Law, 43(3):359-68, 2015.

68. Shand J, **Hall RCW**: **Consent in Psychiatric Emergencies: What Clinicians Need to Know**. Psychiatric Times, 32(11):17-20, 2015.

69. Myers W, **Hall RCW**, Marshall R, Tolou-Shams M, Wooten K: **Frequency and Detection of Malingering in Homicide Defendants Undergoing Criminal Responsibility Evaluations Using the Schedule for Nonadaptive and Adaptive Personality: A Feasibility Study**. SAGE Open, April-June 2016, vol 6:1-8. http://sgo.sagepub.com/content/spsgo/6/2/2158244016638131.full.pdf

70. **Hall RCW**, Myers WC: **Challenges and Limitations to Treat ADHD in Incarcerated Populations**. Commentary. J Am Acad Psychiatry Law, 44(2):164-170, 2016

17

71. Sorrentino R, Hatters Friedman S, **Hall RCW**: **Gender Consideration in Violence**. In. Knoll JL (ed): Violence. Psychiatric Clinics of North America. Elsevier, NY; 39(4):701-10, 2016.

72. Hatters-Friedman S, **Hall RCW**: ***Star Wars: The Force Awakens* Forensic Teaching About Patricide.**  J Am Acad Psychiatry Law, 45(1):128-130, 2017

73. **Hall RCW**, Hall RCW: **Torture and Psychiatric Abuse: Definition, Ethics, and Assessment.** In: Rosner R, Scott C (eds): Principles and Practice of Forensic Psychiatry, 3rd Edition. CRC Press. Taylor & Francis Group:Boca Raton, FL; 2017, Cpt 82, pp 845-854.

74. Lee J, **Hall RCW: The Death Penalty and Mental Illness: An Evolving Standard?** Psychiatric Times. 36(6):16C-16E, 2017

75. Hatters Friedman S, **Hall RCW**: **Competencies in Civil Law**. In: Gold L, Frierson R (eds): Textbook of Forensic Psychiatry, 3rd Edition. American Psychiatric Association Publishing: Arlington, VA; 2017, Cpt 13, pp 185-200

76. Friedman S, **Hall RCW**, Appel JM:  ***The Last Jedi* Takes His Own Life: Rational Suicide and Homicide-Suicide in *Star Wars.*** Acad Psychiatry; published online May 24, 2018;  https://doi.org/10.1007/s40596-018-0938-y; August 2018, Volume 42 (4): 503–509

77. Hatters-Friedman S, **Hall RCW**, Sorrentino R: **Involuntary Treatment of Psychosis in Pregnancy.**  J Am Acad Psychiatry Law, 46(2):217-223, 2018

78. Cooke B, **Hall RCW**, Hatters Friedman S, Jain A, Wagoner R: **Professional Boundaries in Corrections**. J Am Acad Psychiatry Law, 47(1):91-98, 2019

79. Lee J, **Hall RCW**: **The Impact of Gliomas on Cognition and Capacity**. J Am Acad Psychiatry Law, 47(3):350-359, 2019

80. **Hall RCW**, Friedman SH, Sorrentino R, Lapchenko M, Marcus A, Ellis R: **The myth of school shooters and psychotropic medications.** Behav Sci Law, 1–19, 2019. https://doi.org/10.1002/bsl.2429

81. Hatters Friedman S, Tamburello A, Kaemph A, **Hall RCW: Prescribing for Women in Corrections.** J Am Acad Psychiatry Law, 47(4): 476-85, 2019.

82. **Hall RCW**, Hatters Friedman S: **I'm [Virtual] Batman: Violence and Video Games.** In: Packer S and Fredrick D (eds): Welcome to Arkham Asylum: Essays on Psychiatry and the Gotham City Institution. McFarland & Company:Jefferson, NC; 2020, pps 55-64

83. Hatters Friedman S, **Hall RCW: Deadly and Dysfunctional Family Dynamics: When Fiction Mirrors Fact.** In: Packer S and Fredrick D (eds): Welcome to Arkham Asylum: Essays on Psychiatry and the Gotham City Institution. McFarland & Company:Jefferson, NC; 2020, pps 65-75

18

84. **Hall RCW**, Hatters Friedman S: **Don't Laugh at the Comics: A Modern Take**. Academic Psychiatry,44(4) 476-482, 2020,  DOI 10.1007/s40596-020-01257-2

85. **Hall RCW,** Hatters Friedman S: **Comic Books, Dr. Wertham, and the Villains of Forensic Psychiatry.** J Am Acad Psychiatry Law, 48(4) 563-544, 2020

86. **Hall RCW,** Tardif I: **Florida Law Enforcement Policies for and Experience with Tarasoff-Like Reporting**. J Am Acad Psychiatry Law, 49(1):77-86, and online, 2021. DOI:10.29158/JAAPL.200065-20.

87. Hatters Friedman S, **Hall RCW: Avoiding malpractice while treating depression in pregnant women**. Current Psychiatry, 20(8):30-36; 2021 August; doi:10.12788/cp.0154

88. **Hall RCW: Suicide Risk Assessment for Individuals Involved in the Legal System**. In: Kelley E and Flood F (eds): Suicide and Its Impact on the Criminal Justice System. American Bar Association's ABA Publishing: Chicago, IL; Cpt 11: pps 155-172, 2021.

**\* Boldface indicates Ryan C. W. Hall, MD**

**NEWSLETTERS:**

1. Hall RCW, **Hall RCW**:  **Fee-Splitting: Ethical Implications and Principles for Practice Management.** Florida Psychiatric Society's Transference, (2)14, 1999.

2. Phillips RTM, Wall B, Frisher K, **Hall RCW**, Zonana H: **American Medical Association 2010 Interim Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 36(1):27-29, 2011.

3. Friedman S, Yang S, **Hall RCW**: **Why Research Matters in Expert Testimony**. American Academy of Psychiatry and the Law Newsletter, 36(2):1-21, 2011.

4. **Hall RCW**, Davidson C, Levine H: **Serotonin Syndrome in Children**: **A Potentially Toxic Clinical and Legal Entity**.  American Academy of Psychiatry and the Law Newsletter, 36(2):18-26, 2011.

5. Phillips RTM, Wall B, Frisher K, **Hall RCW**, Zonana H: **American Medical Association 2011 Annual Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 37(1):25, 2012.

6. Hatters Friedman S, **Hall RCW**: **Treatment of Mental Illness in Pregnancy and Malpractice Concerns**. American Academy of Psychiatry and the Law Newsletter, 37(2):21-22, 2012

7. Hatters Friedman S, **Hall RCW**, Kenedi C, Knoll IV J: "**Your Drugs Made Me Do It."** American Academy of Psychiatry and the Law Newsletter, 39(3): 24-29, 2014

19

8. **Hall RCW**, Hatters Friedman S, Jain A, Sorrentino R: **Guns and Mental Illness**. American Academy of Psychiatry and the Law Newsletter, 39(3): 26-29, 2014

9. Wall B, **Hall RCW**, Piel J: **American Medical Association 2014 Interim Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 39(1):18, 2015

10. Hatters Friedman S, **Hall RCW**, Glezer A, Jain A, Wisner K: **Ethical and Legal Issues in Treatment of Mental Illness in Pregnancy**.  American Academy of Psychiatry and the Law Newsletter, 39(1):23, 28, 2015

11. Wall B, **Hall RCW,** Piel J: **American Medical Association 2015 Annual Meeting Highlights.** American Academy of Psychiatry and the Law Newsletter, 40(3):1, 2, 27, 2015

12. **Hall RCW**: **Where is Board Certification going?** Southlands, Newsletter of the Southern Psychiatric Association, Volume 2(1), Dec 2015

13. **Hall RCW**: **AAPL at the APA Awards**. American Academy of Psychiatry and the Law Newsletter, 41(3):1-2, 2016

14. Cheng J, **Hall RCW**: **What Toxicology Screens May Miss: Dextromethorphan**. American Academy of Psychiatry and the Law Newsletter, 41(3):23, 28, 2016

15. Cheng J, **Hall RCW**: **A Primer on Kratom**. American Academy of Psychiatry and the Law Newsletter, 42(2):24, 32, 2017

16. Hatters Friedman S, **Hall RCW**, Cooke B, Jain A, Wagoner R, Sorrentino R: **Boundary Violations in Correctional Psychiatry**. American Academy of Psychiatry and the Law Newsletter, 42(3):16, 2017

17. Ellis R, Cheng J, **Hall RCW**: **What was Old is New Again: Ketamine in 21st Century.** American Academy of Psychiatry and the Law Newsletter, 42(3):23, 31, 2017

18. **Hall RCW**: **Mr. Anthony Graves: Graves Injustice**. American Academy of Psychiatry and the Law Newsletter, 43(1):7, 2018.

19. **Hall RCW,** Levine H: **Updating the Marijuana Use History: "Doc, I treat my depression with Incredible Hulk."** American Academy of Psychiatry and the Law Newsletter, 43(2):18, 24, 2018

20. **Hall RCW: Brief review of Gabapentin Abuse Potential.** American Academy of Psychiatry and the Law Newsletter, 44(2):14, 23, 2019

21. **Hall RCW,** Hatters Friedman S, Sorentino R**: Evolving Policy Topics of Interest for Institutions of Higher Learning.** American Academy of Psychiatry and the Law Newsletter, 44(2):16, 25, 2019

22. **Hall RCW: Is Your "Fat Burner" Dietary Supplement Really Fertilizer?** American

Academy of Psychiatry and the Law Newsletter, 44(3):9, 27, 2019

23. Tardif I, **Hall RCW**: **Moon Rocks: The Caviar of the Cannabis Industry?** American Academy of Psychiatry and the Law Newsletter, 44(3):19, 28, 2019

24. Liu C, Romeus L, **Hall RCW**: **13 Reasons Why and Media's Interest in Suicide**. American Academy of Psychiatry and the Law Newsletter, 45(1): 11, 25, 2020.

25. **Hall RCW**: **Update on the Parkland Shooting Civil Cases**. American Academy of Psychiatry and the Law Newsletter, 45(3): 21, 25, 2020.

26. Sarmiento B, **Hall RCW**: **Georgia County Sheriff's Attempt to Protect Trick-or-Treaters**. American Academy of Psychiatry and the Law Newsletter, 45(3): 30, 32, 2020.

27. **Hall RCW: All Rise, the Judge has Entered the Zoom Call**. American Academy of Psychiatry and the Law Newsletter, 46(1): 13, 30, 2021.


**\* Boldface indicates Ryan C. W. Hall, MD**

**ABSTRACTS/POSTERS:**

1. Hall RCW, Hazard SC, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid Disease in Eating Disordered and Depressed Patients.**

   -146th Annual Meeting, American Psychiatric Association, May 25, 1993, San Francisco, CA, P.1.57 (Poster Session).

2. Hall RCW, Platt DE, **Hall RCW**: **Suicide Risk Assessment: A Review of Risk Factors for Suicide in 100 Patients Who Made Severe Suicide Attempts: Evaluation of Suicide Risk in a Time of Managed Care.**

   - Psychiatric Practice and Managed Care, American Psychiatric Association, Vol. 5, No. 5, P 12, Sept-Oct 1999.

3. **Hall RCW,** Gould N, McCann U, McKibben J**: The Role of Morphine in the Development of Acute Stress Disorder and Posttraumatic Stress Disorder in Patients with Severe Burn Injury**.

   - 41st Annual Meeting, American Burn Association. San Antonio, TX, Mar 25, 2009.

4. Gould N, McCann U, McKibben J, **Hall RCW**: **Peri-traumatic Heart Rate as a Predictor of Acute Stress Disorder and Post-traumatic Stress Disorder in Patients with Burn Injury.**

   - 41st Annual Meeting, American Burn Association. San Antonio, TX, Mar 25, 2009.

5. Marriner B, Tseng T, Rich W, **Hall RCW**: **Investigating the Factors Influencing the**

21

**Prescription of Antidepressants with No FDA-Approved Indication in the United States Between 2006 – 2009.**

- Annual Meeting, American College of Clinical Pharmacy, Hollywood, FL, Oct 22, 2012.

6.  Marriner B, Rich W, Matthews A, **Hall RCW**, Tseng T:  **Provider Characteristics Influencing the Prescription of Antidepressants without a Psychiatric Diagnosis in the United States, 2006-2009.**

    - 140th Annual Meeting & Expo, American Public Health Association, San Francisco, CA, Oct 29, 2012.

7.  Padalia K, **Hall RCW: Change in Use of Suicidality Assessment Tools Since the 2004 FDA Suicidality Black Box Warning on Antidepressants in Children and Adolescents**.

    -FIRE Module, University of Central Florida College of Medicine, Feb 23, 2017

8.  Kiguradze T, **Hall RCW: Glucocorticosteriods, Psychosis, and Legal Culpability – The Mickey Finn Defense? A Cross-sectional Retrospective Analysis of the FDA-FAERS Database**.

    -FIRE Module, University of Central Florida College of Medicine, Feb 22, 2018

9.  Mayet M**, Hall RCW:  The Balance of Free Speech in Medicine: A Literature Review.**

    -FIRE Module, University of Central Florida College of Medicine, March 5, 2021

10. Sarmiento B, **Hall RCW**: **Cannabis Use and Mental Health Status in Florida College Students: A 5-Year Survey Analysis.**

    -FIRE Module, University of Central Florida College of Medicine, March 5, 2021


**\* Boldface indicates Ryan C. W. Hall, MD**


**PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS AND INVITATIONAL ACADEMIC LECTURES:**

1.  Hall RCW, Hazard SC, Dunlap PK, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid disease and abnormal function tests in patients with eating disorders and depression.**  Poster Session - American Psychiatric Association Annual Meeting, San Francisco, CA, May 25, 1993

2.  Hall RCW, **Hall RCW**: **Management of Hostage Situations.**  Psychiatric Responses
    to Trauma, U.S. State Department Conference on International Terrorism, hosted by
    Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

3.  Hall RCW, **Hall RCW**: **Terrorism: Its Aftermath and Long-term Effects on
    Survivors -  A Consultation-Liaison Perspective -- Part I.**  Psychiatric Responses
    to Trauma, U.S. State Department Conference on International Terrorism, hosted by
    Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

4.  Hall RCW, **Hall RCW**: **Terrorism: Its Aftermath and Long-term Effects on
    Survivors  - A Consultation-Liaison Perspective - Part II.**  Psychiatric Responses
    to Trauma, U.S. State Department Conference on International Terrorism, hosted by
    Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

5.  Hall RCW, **Hall RCW**, Platt DE:  **Impact of Managed Care on Suicide Risk
    Assessment.** American Academy of Psychiatry and the Law, 1999 Annual Meeting,
    Baltimore, MD, October 15, 1999

6.  Hall RCW, **Hall RCW**: **Ethical Issues in Managed Care.**  American Psychiatric
    Association, 1999 Ethics Workshop, Washington, DC, November 3, 1999

7.  Hall RCW, **Hall RCW**: **Terrorism, Bioterrorism and Disaster - Aftermath and
    Long-term Effects on Survivors.**  Cycle of Violence: Assessment and Management
    of Aggression - A Mardi Gras Symposium, Tulane University, New Orleans, LA,
    February 26, 2000

8.  Hall RCW, **Hall RCW**: **Bioterrorism - Dealing with Medical and Psychiatric
    Consequences of Victims and Responders.** Cycle of Violence: Assessment and
    Management of Aggression - A Mardi Gras Symposium, Tulane University, New
    Orleans, LA, February 26, 2000

9.  Hall RCW, **Hall RCW**:  **Psychiatric Consequences of Terrorism, Bioterrorism and
    Disaster.**  Rocky Mountain Emotional Trauma Symposium, Pathways Treatment
    Center, Kalispell, MT, June 29, 2000

10. Hall RCW, **Hall RCW**: **Suicide in an Era of HMO's and Managed Care.**   Rocky
    Mountain Emotional Trauma Symposium, Pathways Treatment Center, Kalispell, MT,
    June 30, 2000

11. Hall RCW, **Hall RCW**: **Psychological Response to Disasters and Terrorism.**
    International Society of Political Psychology, 23rd Annual Scientific Meeting, Seattle,
    WA, July 4, 2000

12. Hall RCW, **Hall RCW**: **Biological Warfare - Attack Scenarios, Response to
    Terrorist Attacks, and Sources of Conflict.**  American Academy of Psychiatry and
    the Law, Pre-AAPL meeting, Ireland, September 16-26, 2000

13. Hall RCW, **Hall RCW**, Chapman M: **Workplace Violence.**  American Academy of
    Psychiatry and the Law, Pre-AAPL meeting, Ireland, September 16-26, 2000

14. Hall RCW, **Hall RCW**: **Biological Warfare: Attack Scenarios and Public Health Issues.** Grand Rounds, Hennepin County Medical Center, Minneapolis, MN, December  8, 2000

15. Hall RCW, **Hall RCW**:  **Bioterrorism: A Short History of Biowarfare & Analysis of the Threat.**  Grand Rounds, Mayo Clinic, Jacksonville, FL, August 15, 2001

16. Hall RCW, **Hall RCW**:  **Situational Suicide.**  Halifax Medical Center, Daytona Beach, FL, September 13, 2001

17. Hall RCW, **Hall RCW**:  **Domestic Violence: The Physician's Role.** Halifax Medical Center, Daytona Beach, FL, September 14, 2001

18. Hall RCW, **Hall RCW**:  **Terrorism, Bioterrorism and Assault with Anthrax as a Biological Weapon.**

    -Florida Psychiatric Society, Fall Meeting, Coconut Grove, FL, November 4, 2001
    -Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, LA, January 30, 2002

19. Hall RCW, **Hall RCW**: **Smallpox**.  Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, LA, January 30, 2002

20. Hall RCW, **Hall RCW**: **Psychopharmacology - Forensic Risk and Clinical Practice: Things the clinician must know.**  Apopka Community Health Center, Apopka, FL, March 13, 2002

21. Hall RCW, **Hall RCW**: **Overview of Terrorism and Bioterrorism.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

22. Hall RCW, **Hall RCW**: **Workplace Violence, School Shootings and Occupations at Risk: Analysis of current data and psychological profiles**. Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

23. Hall RCW, **Hall RCW**: **Smallpox as a Biological Weapon**.  Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

24. Hall RCW, **Hall RCW**: **Smallpox as an Agent for Biological Warfare.**  Southern Psychiatric Association Annual Meeting, Loews Ventana Canyon Resort, Tucson, AZ, October 3, 2002

25. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.**  Mandatory Madness, Halifax Medical Center, Daytona USA, Daytona Beach, FL, December 14, 2002

26. Hall RCW, **Hall RCW**, Chapman MJ: **Workplace Violence, School Shootings and Occupations at Risk: Analysis of current data and psychological profiles.** Orlando Police Department, Orlando, FL, February 11, 2003

24

27. Hall RCW, **Hall RCW**: **Medical and Psychological Sequelae of Bombings:
Implications for First Responders and Critical Government Staff.** Orlando Police
Department, Orlando, FL, February 11, 2003

28. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.**  Florida
Psychiatric Society Spring Meeting, Orlando, FL, April 5, 2003

29. Hall RCW, **Hall RCW**: **Terrorist Bombings: Medical and Psychiatric Impact.**
Southern Psychiatric Association's Annual Meeting, Nashville, TN, October 11, 2003

30. Hall RCW, **Hall RCW**: **Terrorism, Bombings, and Psychiatric Casualties.**
University of Florida, Department of Psychiatry, Visiting Professor Program,
November 7, 2003

31. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.**  Tampa Bay
Psychiatric Society, Tampa, FL, sponsored by Pfizer, January 29, 2004

32. Hall RCW, **Hall RCW**: **Smallpox as an Agent for Biological Warfare.** Orlando
Police Academy, Orlando Police Department, Orlando, FL, August 13, 2004

33. Hall RCW, **Hall RCW**: **Medical and Psychiatric Casualties of Terrorist Bombings.**
Orlando Police Academy, Orlando Police Department, Orlando, FL, August 13, 2004

34. Hall RCW, **Hall RCW**: **Medical and Psychological Consequences of Bombings.**
Grand Rounds, Tulane University, Department of Psychiatry, New Orleans, LA,
January 28, 2005

35. Hall RCW, **Hall RCW**: **Psychological Sequelae of Weapons of Mass Destruction
on  First Responders.** South Central Center for Public Health
Preparedness/Alabama Department of Public Health, Montgomery, AL, Satellite
Conference, May 6, 2005

36. Hall RCW, **Hall RCW**: **Medical and Psychological Aspects of Terrorist Bombings.**
Grand Rounds, Sinai Hospital, Department of Medicine, Baltimore, MD, June 2, 2005

37. Hall RCW, **Hall RCW**: **Managed Care Disrupting the Physician-Patient
Relationship: The New Realities. (Abbreviated version)** Forensic Psychiatry
Fellows and Residents, University of Florida, Gainesville, FL, January 24, 2006

38. Hall RCW, **Hall RCW**, Chapman MJ:  **Managed Care Disrupting the Physician-
Patient Relationship: The New Realities.** Presidential Address. Southern
Psychiatric Association, Baltimore, MD, September 30, 2006.

39. Hall RCW, **Hall RCW:  When the System is Overwhelmed: Protecting the
Provider during Biodisaster.**  Satellite Conference, University of Alabama
Birmingham South Central Center for Public Health Preparedness/Alabama
Department of Public Health/Tulane University School of Public Health, Montgomery,
AL, February 27, 2007.

40. **Hall RCW: Testamentary Capacity from Isaac Ray to Anna Nicole Smith.** Grand Rounds, Case Western Reserve School of Medicine, Cleveland, OH, March 28, 2008

41. Hall RCW, **Hall RCW**, Rundell JR, Winstead DK: **Psychiatrists' Role in Disaster Management: Lessons Learned.** Course 14, American Psychiatric Association, Annual Meeting, Washington, DC, May 3, 2008.

42. **Hall RCW: Violence in the Elderly: Forensic and Treatment Concerns.** Forensic Forum, Florida Psychiatric Society, ChampionsGate, FL, September 20, 2008.

43. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Southern Psychiatric Association, September 25, 2008.

44. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Forensic Psychiatry Program, University of South Florida, Tampa, FL, January 29, 2009.

45. **Hall RCW,** Hall RCW: **Domestic Violence as Portrayed in Film – A Realistic Appraisal?** Florida Psychiatric Society, St. Petersburg Beach, FL, March 20, 2009.

46. **Hall RCW,** Silberman E, Preven D, Weissman S (chairperson): **Indications for the Use of Combined Talking Therapy and Pharmacotherapy and How to Teach in Residency.** Corresponding Committee on Graduate Education, CW16, American Psychiatric Association, San Francisco, CA, May 19, 2009.

47. **Hall RCW**, Hall RCW: **Serotonin Syndrome.** Southern Psychiatric Association, Destin, FL, September 24, 2009

48. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Florida Psychiatric Society, Orlando, FL, October 11, 2009.

49. **Hall RCW,** Hall RCW: **Avoiding Psychiatric Malpractice in a Litigious Environment.** Florida Psychiatric Society, Orlando, FL, October 11, 2009.

50. **Hall RCW,** Appleby B: **Research on Young-Onset Dementia and Forensic Implications.** Workshop, American Academy of Psychiatry and the Law, Baltimore, MD, October 29, 2009

51. Hall RCW, **Hall RCW: Terrorist Bombings: Medical and Psychiatric Impact.** Alabama Psychiatric Society meeting, Montgomery, AL, April 24, 2010.

52. **Hall RCW,** Hall RCW: **Serotonin Syndrome**. Alabama Psychiatric Society meeting, Montgomery, AL, April 24, 2010.

53. Hall RCW, **Hall RCW: Geneva Conventions and Foreign Intelligence Surveillance Act,** Florida Psychiatric Society's Forensic Psychiatry Committee meeting, Tampa, FL, April, 30, 2010

26

54. Hall RCW, **Hall RCW**: **Epidemics – Bureaucracy – and Why Governments Fail in Times of Crisis,** Southern Psychiatric Association, Asheville, NC, September 30, 2010

55. Levine H, Bradford, J, **Hall RCW**, Kaye N, Levin A: **Do Practice Guidelines Belong In Court? Where Do They Belong?**  American Academy of Psychiatry and the Law, Annual Meeting, Tucson, AZ, October 21, 2010

56. Dinwiddie SH, **Hall RCW**, Harlow M, Friedman S, Yang S: **Why Research Matters: Applying Science to Cases.**  American Academy of Psychiatry and the Law, Annual Meeting, Tucson, AZ, October 21, 2010

57. Hall RCW, **Hall RCW**: **Terrorist Bombings: Medical and Psychiatric Impact-Implications for Law Enforcement.** Orange County Sheriff's Office senior leadership team, Orlando, FL, November 4, 2010

58. **Hall RCW**, Hall RCW: **Head Trauma: Psychiatric Sequelae and Malingering**. Bell & Roper, PA, Law Seminar, Orlando, FL, November 5, 2010

59. **Hall RCW: Pedophiles: Definition, Characteristics, Patterns, and Technology**. Internet Crimes Against Children Task Force Conference (Investigation unit), Orlando, FL,  December 2, 2010

60. **Hall RCW: Pedophiles: Definition, Recidivism, Technology, and Treatment Options.**  Internet Crimes Against Children Task Force Conference (Prosecution unit), Orlando, FL, December 2, 2010

61. **Hall RCW:  Serotonin Syndrome: Diagnosis, Treatments and Societal Impact.** Grand Rounds, University of South Florida Department of Psychiatry, Tampa, FL, December 16, 2010

62. **Hall RCW: The Psychology of Aging**. Newcomers Group.  Lake Mary, FL, January 20, 2011

63. **Hall RCW,** Hall RCW: **The Culture of Domestic Violence?** Florida Psychiatric Society, Spring Meeting, Sarasota, FL, April 8, 2011

64. Pasternack S, Schmidt C, Barnett D, **Hall RCW: Guns and Medical Practice: Why does a physician need to inquire?** Panel, Florida Psychiatric Society, Spring Meeting, Sarasota, FL, April 9, 2011

65. **Hall RCW: Compensation Neurosis.** Hot Topics in Forensic Psychiatry. Tulane University, New Orleans, LA, April 17, 2011

66. **Hall RCW:  Offender Behavior**. National District Attorneys Association, National Center for Prosecution of Child Abuse, Unsafe Havens I: Investigation and Prosecution of Technology-Facilitated Child Sexual Exploitation, Portland, OR, June 23, 2011

67. **Hall RCW,** Hall RCW: **The Evaluation and Future of Posttraumatic Stress Disorder.**  Southern Psychiatric Association Annual Meeting, Annapolis, MD, September 17, 2011

68. **Hall RCW,** Hall RCW: **Assessment of Violence Potential: Are there any neural factors?** Florida Psychiatric Society, Orlando, FL, September 24, 2011

69. Levine H, **Hall RCW,** Kaye N: **Black Box or Pandora's Box – How Black Boxes Affect our Field.**  American Academy of Psychiatry and the Law, Annual Meeting, Boston, MA,  October 27, 2011

70. Myers W, **Hall RCW**, Tolou-Shams M: **Malingering in Homicide Defendants: Use of the MMSE and FIT**. American Academy of Psychiatry and the Law, Annual Meeting, Boston, MA,  October 27, 2011

71. **Hall RCW**:  **Compensation Neurosis**.  Florida Psychiatric Society, Orlando, FL, April 14, 2012

72. Hall RCW, **Hall RCW**:  **Hostage Crises: A Psychiatric and Geopolitical Analysis**. Southern Psychiatric Association, White Sulphur Springs, WV, October 5, 2012

73. Kaufman A, Mossman D, **Hall RCW**, Trestman R: **Beyond a Reasonable Doubt: Evidence-Based Expert Opinions**.  American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 25, 2012

74. Kaye N, Hatters Friedman S, **Hall RCW**, Janvier A: **Legal, Ethical, and Risk Implications of Psychotropic Treatment in the Pregnancy/Perinatal Period**. American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 26, 2012

75. **Hall RCW**, Day T: **Landmark Cases and Supreme Court's Decision on Healthcare**.  American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 26, 2012

76. **Hall RCW**, Day T: **Violent Video Games and the Battle of the Social Science Experts**. American Academy of Psychiatry and the Law, Annual Meeting, Montreal, Quebec, Canada, October 26, 2012

77. Hall RCW, **Hall RCW**: **Chechen Terrorists: Quick Overview**.  Meridian Club, Maitland, FL, May 8, 2013

78. Sorrentino R, Hatters-Friedman S, Jain A, **Hall RCW**: **The Mentally Ill and Guns: A Perfect Target?**  American Psychiatric Association, Annual Meeting, Workshop 134, San Francisco, CA, May 22, 2013

79. **Hall RCW: Offender Characteristics**. Safety Net: Multidisciplinary Investigation and Prosecution of Technology-Facilitated Crimes Against Children. National Center for

Prosecution of Child Abuse, National District Attorneys Association, Alexandria, VA, June 5, 2013

80. **Hall RCW**: **Sanity**. Defender Summer School, sponsored by Robert Wesley, Public Defender, 9th Judicial Circuit, Orlando, FL, August 6, 2013

81. **Hall RCW**: **Violent Video Games: Brown vs. Entertainment Merchants Association: A Precursor to the Current Debate**. Southern Psychiatric Association, Destin, FL, August 19, 2013

82. Myers W, **Hall RCW**, Scott C: **10 Reasons Why Psychiatrists Should Do Their Own Psychometric Testing.** American Academy of Psychiatry and the Law, San Diego, CA, October 24, 2013

83. Kaufman A, Candilis P, **Hall RCW**, Kolla N, Mossman D: **What Should Forensic Fellows Learn About Research?** American Academy of Psychiatry and the Law, San Diego, CA, October 26, 2013

84. Hatters Friedman S, **Hall RCW**, Kenedi C, Knoll J: **Not Guilty by Reason of Medication: Your Drugs Made Me Do It.** American Academy of Psychiatry and the Law, San Diego, CA, October 27, 2013

85. **Hall RCW: What Psychiatrists Need to be Careful of with the Gun Violence Debate**. Florida Psychiatric Society, March 29, 2014

86. **Hall RCW**: **Video Game Violence and the Supreme Court.** Forensic Psychiatry Conference, Tulane University, New Orleans, LA, April 12, 2014

87. Jain A (chair), **Hall RCW,** Hatters-Friedman S, Sorrentino R: **Mental Illness, Guns, and Public Policy** in Symposium 7: Taking Aim at a Loaded Issue: Guns, Mental Illness, and Risk Assessment. American Psychiatric Association, New York, NY, May 3, 2014

88. **Hall RCW**: **Death Penalty Ramifications of Hall v. Florida**. Southern Psychiatric Association, New Orleans, LA, September 12, 2014

89. Hatters Friedman S, Wisner K, Jain A, Glezer A, **Hall RCW**: **Ethics and Forensics in the Treatment of Pregnant Women**. Workshop, American Academy of Psychiatry and the Law, Chicago, IL, October 26, 2014

90. **Hall RCW: Competency.** University of Central Florida's Learning Institute for Elders (LIFE) program, Orlando, FL, January 13, 2015

91. **Hall RCW: Death Penalty: Hall v. Florida**. Florida Psychiatric Society's Forensic Luncheon, Orlando, FL, April 18, 2015

92. **Hall RCW: What Psychiatrists need to know about Ebola**. Alabama Psychiatric Physicians Association, Montgomery, AL, April 24, 2015

93. **Hall RCW**: **Presidential Address:  What We as Psychiatrists Need to be Careful of with the Gun Violence Debate: An Update**. Southern Psychiatric Association, Chattanooga, TN, October 3, 2015

94. **Hall RCW,** Cooke B, Johnston L, Strauss A: **Forensics in Florida: Hot Topics for the Sunshine State**. Panel. American Academy of Psychiatry and the Law, Ft. Lauderdale, FL, October 23, 2015

95. **Hall RCW,** Piel J, Wall B: **AMA Resolutions which Focused on Corrections.** Panel. American Academy of Psychiatry and the Law, Ft. Lauderdale, FL, October 24, 2015

96. **Hall RCW,** Hatters Friedman S: **Using Star Wars to Teach Psychopathology**. American Psychiatric Association, Atlanta, GA, May 16, 2016

97. Jain A, **Hall RCW,** Hatters Friedman S, Sorrentino: **Sex Ed: A Psychiatric Primer on Managing Patients' Sexual Behaviors.** American Psychiatric Association, Atlanta, GA, May 17, 2016

98. **Hall RCW.  When the Toxicology Screen is Not Enough.**  Panel. American Academy of Psychiatry and the Law, Portland, OR, October 30, 2016

99. **Hall RCW. Physician Wellness**. Seminole County Medical Society, Longwood, FL, October 15, 2016

100. **Hall RCW**. **Florida Political & Legislative Update.** Seminole County Medical Society, Altamonte Springs, FL, February 21, 2017

101. **Hall RCW. Competency.** Barry Law School's Health Law Society, Orlando, FL, March 30, 2017

102. **Hall RCW. Divorce and Domestic Violence**. Florida Psychiatric Society, Orlando, FL, March 31, 2017

103. **Hall RCW. Posttraumatic Stress Disorder: Diagnosis and Application in Criminal Court.** 2017 Federal Criminal Practice Seminar, Orlando, FL, April 6, 2017

104. **Hall RCW** (chair), Hatters Friedman S (co-chair), Wagoner R, Sorrentino R, Jain A, Cooke B. **Boundary Violations in Correctional Settings.** American Psychiatric Association's Annual Meeting, San Diego, CA, May 22, 2017

105. **Hall RCW**.  **Video Game Violence.** Gang Intervention and Prevention Summit. Florida Gang Investigators Association, Daytona Beach, FL, June 12, 2017

106. **Hall RCW. Forensic Issues at Universities**.  Florida Psychiatric Society, Sarasota, FL, October 7, 2017

107. **Hall RCW** (chair)**,** Hatters-Friedman S, Sorrentino R, Jain A: **Outpatient Violence Risk Assessment – What Clinicians Need to Know**. American Psychiatric Association, New York, NY, May 5, 2018

108. **Hall RCW:  Marijuana Issues at Universities**. The Maitland Men's Club, Maitland, FL, June 29, 2018

109. **Hall RCW**: **Guns, Schools and Mental Illness**. Orange County Health Department, Public Health Grand Rounds, August 14, 2018

110. **Hall RCW,** Hatters-Friedman S, Jain, A, Sorrentino R, Landess J: **Current Policy Topics on University Campuses.** American Academy of Psychiatry and the Law, Austin, TX, October 27, 2018

111. Greenspan M, Cooke B, Levin A, **Hall RCW,** Gage B: **Forensic Considerations of Treatment When You Haven't Seen the Patient.** American Academy of Psychiatry and the Law, Austin, TX, October 28, 2018

112. **Hall RCW**: **Guns, Schools and Mental Health**. Florida Department of Health, Cross City, Florida, November 29, 2018

113. **Hall RCW**: **Sanity**. Spring Training Mental Health Panel, hosted by Robert Wesley, Public Defender, 9th Judicial Circuit, Barry University Dwayne O. Andreas School of Law, Orlando, FL, March 5, 2019

114. **Hall RCW**, Sorrentino R, Jain A, Cooke B, Waggoner R: **Burnout: Doctors and Lawyers and Other Professionals. . .Oh My.** American Psychiatric Association's Annual Meeting, San Francisco, CA, May 19, 2019

115. Packer S, **Hall RCW**, Forcen F, Hatters-Friedman S: **The Profound and Long-Term Impact of Arkham Asylum on Psychiatry**. American Psychiatric Association's Annual Meeting, San Francisco, CA, May 21, 2019

116. **Hall RCW**: **New Controversies or Just a Repeat? Featuring Batman**. Indienomicon, Melrose Center, Orlando, June 6, 2019

117. **Hall RCW**: **Retail E-Prescribing is Coming**. Florida Psychiatric Society's Leadership Conference, Jensen Beach, FL, June 22, 2019

118. **Hall RCW**, Kass E: **Comic superheroes: A Mental Health Crisis**. Florida Psychiatric Society's Annual Meeting, September 20, 2019

119. Kolla N, Candilis P, Parker G, **Hall RCW**: **What Forensic Psychiatrists Need to Know: Recent Research Findings. Workshop**. American Academy of Psychiatry and the Law, Baltimore, MD, October 25, 3019

120. Tamburello A, Hatters Friedman S, **Hall RCW**: **Prescribing for Women in Corrections. Panel Discussion**. American Academy of Psychiatry and the Law, Baltimore, MD, October 26, 3019

31

121. **Hall RCW**: **Parricide: Why Kids Kill Their Parents**. Broward County Crime Commission's 5th Annual Juvenile Crime Conference, Delray Beach, November 22, 2019

122. **Hall RCW: Trauma in Depth**. (PTSD). Ninth Circuit Public Defender's Spring Schedule, Orlando, FL March 2, 2020

123. **Hall RCW: PTSD**. University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, March 20, 2020 (done via online platform due to coronavirus social distancing)

124. **Hall RCW: Testamentary Capacity**. University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, March 20, 2020 (done via online platform due to coronavirus social distancing)

125. Kass E, **Hall RCW,** Strauss A. **Insanity by Malpractice: A Mock Trial exploring issues of Mental Health in the Justice System.** Presenters, Florida Psychiatric Society annual meeting (via online platform due to coronavirus social distancing), September 25, 2020.

126. **Hall RCW**. **Battered Women That Kill**. Broward County Crime Commission's 4th Annual Societal Violence Webinar, September 30, 2020

127. **Hall RCW**. **The Myth of School Shooters and Psychotropic Medications**. Loyola University School of Medicine Grand Rounds, via Zoom, February 11, 2021

128. **Hall RCW. Background and Basics of the Official MeToo Movement and Its General Impact**. APA virtual Annual Meeting, taped on 03/17/21

129. **Hall RCW. The Need For Competency.** University of Central Florida College of Medicine, by Zoom, 03/30/21

130. **Hall RCW**. **Panel I - Domestic Violence: Why Men Torture Animals to Hurt Spouses and Partners.** Broward County Crime Commission's Animal Cruelty Webinar, April 8, 2021

131. **Hall RCW: Risk Assessment**. University of Central Florida College of Medicine, by Zoom, 04/13/21

132. **Hall RCW: PTSD**.  University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, April 22, 2021 (done via online platform due to coronavirus social distancing)

133. **Hall RCW: Testamentary Capacity**. University of South Florida Department of Psychiatry, Division of Forensic Psychiatry, Tampa, FL, April 22, 2021 (done via online platform due to coronavirus social distancing)

134.   Hall RCW: Don't Laugh At the Comics: a modern take regarding mental health. Loyola University School of Medicine Grand Rounds, via Zoom. September 2, 2021

**\* Boldface indicates Ryan C. W. Hall, MD**

**VIRTUAL LECTURES:**

USMLERX.COM First Aid Step 1 Express Video Review Courses, May 2012

1.   **Types of studies**

2.   **Clinical trial**

3.   **Meta-analysis**

4.   **Evaluation of diagnostic tests**

5.   **Prevalence vs. incidence**

6.   **Odds ratio vs. relative risk**

7.   **Precision vs. accuracy**

8.   **Bias**

9.   **Statistical distribution**

10.   **Statistical hypotheses**

11.   **Error types**

12.   **Power (1 – β)**

13.   **Standard deviation vs. standard error**

14.   **Confidence interval**

15.   **t-test vs. ANOVA vs. χ2**

16.   **Correlation coefficient (r)**

17.   **Disease prevention**

18.   **Reportable diseases**

19.   **Leading causes of death in the United States by age**

20.   **Health care payment**

21.   **Core ethical principles**

22.   **Informed consent**

23.   **Exceptions to informed consent**

24.   **Consent for minors**

25.   **Decision-making capacity**

26.   **Written advance directive**

27.   **Confidentiality**

28.   **Exceptions to confidentiality**

29.   **Malpractice**

30.   **Good Samaritan law**

31.   **Ethical situations**

32.   **Apgar score**

33.   **Low birth weight**

34.   **Early developmental milestones**

35.   **Piaget's stages of cognitive development**

36.   **Tanner stages of sexual development**

37.   **Changes in the elderly**

38.   **Grief**

39.   **Kübler-Ross grief stages**

40.   **Stress effects**

41.   **Sexual dysfunction**

42.   **Body-mass index (BMI)**

43.   **Sleep stages**

44.    **REM sleep**

45.    **Narcolepsy**

46.    **Circadian rhythm**

47.    **Intelligence quotient**

48.    **Simple learning**

49.    **Classical conditioning**

50.    **Operant conditioning**

51.    **Reinforcement schedules**

52.    **Transference and countertransference**

53.    **Freud's structural theory of the mind**

54.    **Oedipus complex**

55.    **Social learning**

56.    **Erikson's Stages of Psychosocial development**

57.    **Ego defenses**

58.    **Infant deprivation effects**

59.    **Child abuse**

60.    **Child neglect**

61.    **Anaclitic depression (hospitalism)**

62.    **Regression in children**

63.    **Childhood and early-onset disorders**

64.    **Pervasive developmental disorders**

65.    **Neurotransmitter changes with disease**

66.    **Orientation**

67.    **Amnesia types**

68.     **Delirium**

69.     **Dementia**

70.     **Hallucination vs. illusion vs. delusion vs. loose association**

71.     **Hallucination types**

72.     **Schizophrenia**

73.     **Delusional disorder**

74.     **Dissociative disorders**

75.     **Manic episode**

76.     **Hypomanic episode**

77.     **Bipolar disorder**

78.     **Major depressive episode**

79.     **Sleep patterns of depressed patients**

80.     **Atypical depression**

81.     **Electroconvulsive therapy (ECT)**

82.     **Risk factors for suicide completion**

83.     **Panic disorder**

84.     **Specific phobia**

85.     **Obsessive-compulsive disorder (OCD)**

86.     **Post-traumatic stress disorder**

87.     **Generalized anxiety disorder**

88.     **Malingering**

89.     **Factitious disorder**

90.     **Somatoform disorders**

91.     **Personality**

92.   **Cluster A personality disorders**

93.   **Cluster B personality disorders**

94.   **Cluster C personality disorders**

95.   **Keeping "schizo" straight**

96.   **Eating disorders**

97.   **Gender identity disorder**

98.   **Substance dependence**

99.   **Substance abuse**

100.  **Substance withdrawal**

101.  **Signs and symptoms of substance abuse**

102.  **Heroin addiction**

103.  **Alcoholism**

104.  **Delirium tremens (DTs)**

APA On Demand, March 30, 2020

1.   **The Good, the Bad, and the Ugly: Anabolic Androgenic Steroid (AAS) Use Depicted in Comics/Using Comics to Teach: Workshop Exercise**

**MEDIA:**

1.   *Time* Magazine, **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome,** May 16, 2005

2.   Reach MD XM Radio, **Pedophilia (Types and Classifications, Profile of Victims of Pedophilia, Treatment for Pedophiles and their Victims, and Pedophilia Research)**, May 14, 2007

3.   *MD Consult.* Doug Kaufman. Joint telephone interview with Richard C. W. Hall, MD, **Pedophilia.** May 2, 2007

4.   The Korean Broadcasting System, KBS Special, **Pedophilia**. March 11, 2008.

5.   Tony Pipitone, WKMG-TV Channel 6, **Mothers Who Kill Their Children.** October 28,

2008.

6.  J. L. Webb. Orlando Medical News. **Cyberchondriacs.** November 13, 2008.

7.  Fox 35 News, Orlando. **Forensic Implications of Casey Anthony case.**  December 11, 2008.

8.  Fox 35 News, Orlando.  **The Casey Anthony Case: DNA Evidence.** December 12, 2008.

9.  Jessica Sanchez, WKMG-TV Channel 6.  **The Casey Anthony Case: Baker Act and Stressors.**  January 23, 2009.

10.  Nam Nae Won and Jihyun Song. Korea Educational Broadcasting System. **Pedophilia.** March 30, 2009.

11.  Keith Landry, Fox 35 News, Orlando.    **Effects of Stress and Financial Strain**. June 15, 2009.

12.  Heidi Hatch, Fox 35 News, Orlando.  **Effects of Stress on Families.**  June 16, 2009.

13.  Zac Anderson, Sarasota Herald-Tribune. **Child pornography.** January 8, 2010.

14.  Florida Psychiatric Society. Brief Conversations with Experts, Public Service Announcement. **Legal Competency.**  January 23, 2010.

15.  Canadian Broadcasting Corporation, CBC Radio, *Up To Speed*, with host Margaux Watt, **Pedophilia.** April 5, 2010.

16.  Chilean newspaper, Third Voice, phone interview. **Pedophiles**. April 13, 2010.

17.  Roberto Schiattino, Caras Magazine, Santiago, Chile: **Pedophilia**, April 19, 2010

18.  Cris Barrish, Delaware News Journal, **Pedophiles**, June 5, 2010

19.  Steve Blow, The Dallas Morning News. **Pedophiles**. September 2, 2010

20.  Karen Lusky, MSN, RN, EliHealthcare.com. **Serotonin Syndrome vs. Anticholinergic Syndrome.** September 7, 2010

21.  http://www.katenagroup.org/expertsspeak/RYAN_HALL_MD_DOMESTIC_VIOLENCE_SEPT2011.mp3

22.  Donna Leinwand Leger, USA Today.  **Misconceptions make sex abuse offenders difficult to detect**.  November 16, 2011

23.  http://www.katenagroup.org/expertsspeak/**RYAN_HALL_MD_CHILD_SEX_ABUSE_NOVEMBER2011**.mp3

24. Renee Stoll.  WFTV Channel 9 News.  **Psychosis/Affect in Potential Violent Crimes.**  March 30, 2012

25. The Discovery Channel.  **Wills: Etta James**.  April 26, 2012

26. Marisol Bello, USA Today.  **Sandusky child sex abuse case offers important lessons**.  June 23, 2012

27. Channel 13, Orlando.  **Stop the Bullying.** Town hall symposium. September 18, 2012

28. Brandon Keim, NOVA. **Videogames and Violence**. January 9, 2013

29. Jo Ciavaglia, Bucks County Courier Times (PA). **Anabolic Steroids Withdrawal**. January 18, 2013

30. http://www.katenagroup.org/expertsspeak/RYAN_HALL_MD_VIDEO_GAME_VIOLE NCE_JAN2013.mp3

31. Gwen Knapp, www.sportsonearth.com. General comments on **Anabolic Steroids** for "Did Oscar Pistorius Have 'Roid Rage?"  February 21, 2013

32. Maia Szalavitz, TIME.com. **Video games and behavior**.  July 2, 2013

33. Erin Brodwin, *Scientific American*. **Guns, Schools, and Mental Illness.** October 25, 2013

34. Andrew Pollock, *New York Times*.  **Ebola (as a bioweapon)**. August 15, 2014

35. Abigail Ohlheiser, *Washington Post*. **Ebola**. October 2, 2014

36. Kelley Beaucar Vlahos, Foxnews.com. **Ebola (as a bioterrorist threat).** October 3, 2014

37. Rich Zeoli, Talk Radio 1210 WPHT, Philadelphia. **Ebola as bioterrorist threat**. October 3, 2014

38. Naseem Miller, *Internal Medicine News*.  **Ebola**.  October 3, 2014

39. Amy Ohoheiser. *The Washington Post*. **It's highly unlikely you'll become infected with Ebola, So what are you afraid of?** October 5, 2014

40. Laura Evans, WTTG-FOX5 Washington, DC.  **Ebola**.  via Skype. October 8, 2014

41. Sue Ambrose, Dallas Morning News.  **Ebola**.  October 14, 2014

42. Mackenzie Carpenter, *Pittsburgh Post-Gazette*.  **Ebola (Public discussions of).** October 15, 2014

43. Andy Newman, *New York Times*. **Pedophilia**.  May 6, 2015

44. Wes Judd, *Pacific Standard*. **Teaching Psychopathology in a Galaxy Far, Far Away: The Light Side of the Force**, May 27, 2015

45. Tori Walker, *The Ledger*. **Local movie theaters respond to recent attacks with more security.**  August 18, 2015

46. Michael Greshko, *National Geographic*. **The Real Science Inspired By Star Wars.** http://news.nationalgeographic.com/2015/12/151209-star-wars-science-movie-film/ December 9, 2015

47. Adam Hochron, *MD Magazine*. **Using Star Wars to Teach Psychopathology 3**. May 16, 2016

48. Elizabeth Bachmann, Catholic News Service.  **Video games and mass shootings**. August 5, 2019

49. Joel Solomon. *Tampa Bay Times*. **Psychiatrists acting in dual roles (forensic expert/treater)**. January 6, 2020

50. Danielle Prieur, 90.7 WMFE Orlando. **COVID-19** testing. March 5, 2020

51. Fox 35 Orlando. **On-air medical panel regarding the Coronavirus.** March 6, 2020

52. Panelist for Physicians Society of Central Florida's **COVID-19** Virtual Town Hall, April 9, 2020

53. Naseem Miller, *Orlando Sentinel*. **Pressure mounts on doctors as COVID-19 hospitalizations climb again**. December 22, 2020