

**Haddon, Morgan and Foreman, P.C**
**Jeffrey S. Pagliuca**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364
FX  303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

November 27, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan,

On behalf of our client, Ghislaine Maxwell, we write in response to the Court's request for comments on the proposed preliminary instructions to the jury. The defense has no objections or edits to propose.

Respectfully submitted,

Jeffrey S. Pagliuca

CC: Counsel of Record (via ECF)