UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/21

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the second production of the Epstein Victims' Compensation Program pursuant to the Rule 17(c) subpoena.  *See* Dkt. Nos. 496, 503.  The Administrator provided the materials via a secure FTP site, which the Court concludes is sufficient.

    Consistent with its prior orders, Dkt. Nos. 496, 503, the Court determines that the parties may review the materials under the provisions of the protective order.  Dkt. No. 505.  In doing so, the Court has made no determination as to the admissibility of any of the material.

    Accordingly, the Administrator of the Epstein Victims' Compensation Program is ORDERED to produce the materials contained in the second production to the parties as soon as possible, **but no later than 5:00 p.m. on November 27, 2021.**

    SO ORDERED.

Dated: November 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1