UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Government's letter motion to preclude certain lines of cross-examination of Government witnesses. The Court hereby GRANTS the Government's request to file the letter motion under seal in order to protect the privacy interests of anticipated witnesses, including those who are subject to the Court's pseudonym order. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

The Defendant is hereby ORDERED to respond by **today, November 28, 2021, at 2:00 p.m.**

SO ORDERED.

Dated: November 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge