UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

　　　　　　　Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the third production of the Epstein Victims' Compensation Program pursuant to the Rule 17(c) subpoena. *See* Dkt. Nos. 496, 503.

Consistent with its prior orders, Dkt. Nos. 496, 503, the Court determines that the parties may review the materials under the provisions of the protective order. Dkt. No. 505. In doing so, the Court has made no determination as to the admissibility of any of the material.

Accordingly, the Administrator of the Epstein Victims' Compensation Program is ORDERED to produce the materials contained in the third production to the parties as soon as possible, **but no later than 8:30 p.m. on November 28, 2021.**

SO ORDERED.

Dated: November 28, 2021
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge

1