UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/21

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk of Court is respectfully directed to pay the invoices received in connection with the transportation of jurors in this matter.

    SO ORDERED.

Dated: December 2, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge

1