

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:**    ***United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)**

Dear Judge Nathan:

The parties have reached an agreement in principle to a testimonial stipulation regarding the anticipated testimony of Michael Dawson.  Accordingly, the parties jointly and respectfully request that the Court release Michael Dawson from his obligation to return to Court on Monday.

1

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ _____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (by ECF)