UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/21

United States of America,

–v–

Ghislaine Maxwell,

              Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Government's letter motion regarding the limiting instruction for Witness-3's anticipated testimony. The Government is hereby ORDERED to file an additional letter explaining what details regarding the alleged sexual activity the Government would seek to elicit absent instruction from the Court and in light of the Defense's opening. The Government's letter must be submitted **no later than today, December 5, 2021, at 4:00 p.m**. With that information, the Defense can respond to and the Court can analyze the Government's requested addition in the limiting instruction. Accordingly, the Defense is ORDERED to respond to the Government's letter motion and further response letter **no later than today, December 5, 2021, at 7:00 p.m.**

    **In their letter responses the parties shall be mindful of Rule 412's requirement regarding sealing.**

    SO ORDERED.

Dated: December 5, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge