UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Juror Number 70 is directed to submit the receipts associated with the transportation cost incurred on Wednesday 8, 2021, to the Jury Administrator.

Upon receipt, the Clerk of Court is directed to reimburse Juror Number 70 for said cost.

SO ORDERED.

Dated: December 8, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1