# Exhibit B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                   Case No.:

  -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - x

            **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

              - - -

      MAGNA LEGAL SERVICES

   1200 Avenue of the Americas

   New York, New York 10026



Page 2

```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                401 East Las Olas Boulevard
 5              Fort Lauderdatle, Florida, 33301
      BY:       SIGRID McCAWLEY, ESQUIRE
 6              MEREDITH SCHULTZ, ESQUIRE
                EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                Attorneys for Plaintiff
10              425 N. Andrews Avenue
                Fort Lauderdale, Florida 33301
11    BY:       BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14              383 South University Street
                Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                150 East 10th Avenu
18              Denver, Colorado 80203
      BY:       JEFFREY S. PAGLIUCA, ESQUIRE
19              LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



```
 1          G Maxwell - Confidential
 2      Q.   Would you visit more than one
 3  university to try to find individuals to work
 4  for Jeffrey Epstein?
 5      A.   As I recollect, I think that's, in
 6  fact, the only university I went to.
 7      Q.   Did you go there more than once?
 8      A.   I think I went twice.
 9      Q.   Who else did you find from that
10  university, was there anybody other than
11  ███████████
12      A.   I don't recollect, I'm sorry.
13      Q.   We are going to mark this as
14  Maxwell 13?
15          (Maxwell Exhibit 13, documents,
16      marked for identification.)
17      Q.   Can you take a look at the document
18  I put in front of you, please.
19          Are you familiar with this
20  document?
21      A.   I'm familiar with this actual
22  document.
23      Q.   How was this document created?
24          MR. PAGLIUCA:  Objection to the
25      form and foundation.
```



MAGNA ▶
LEGAL SERVICES

Page 313

1        G Maxwell - Confidential

2        A.   I don't know how this document was

3    created.

4        Q.   You were involved in the creation

5    of this document?

6        A.   I think you can see from the date

7    that it's 2004, 2005, so no.

8        Q.   You weren't involved in the

9    creation of this document.

10            Did you -- we talked earlier about

11   Mr. Epstein's house, I'm talking about the

12   Palm Beach house where you said there was a

13   computer on the desk, that employees had

14   access to -- people who worked for Jeffrey

15   Epstein may have had access to?

16       A.   I think anybody could have had

17   access to that.

18       Q.   Was that computer used, if you know

19   to keep a log of addresses and phone contact

20   information for Jeffrey Epstein?

21       A.   Are we talking about when this

22   document was created.

23       Q.   In general, was there, on that

24   computer during the time that you were

25   present with Jeffrey Epstein, was there a



Page  314

1          G Maxwell - Confidential

2     mechanism by which you kept electronic

3     information of names and addresses of

4     individuals that he knew?

5               MR. PAGLIUCA:  Objection to the

6          form and foundation.

7          A.   I can't testify to what was on that

8     computer or not after I was gone.

9          Q.   Not when you were gone, when you

10    were there.  If Jeffrey wanted to call, for

11    example, say ███████████, would someone be

12    able to go to that computer to pull up the

13    address information and phone contact

14    information for that individual?

15              MR. PAGLIUCA:  Objection to the

16         form and foundation.

17         A.   I couldn't possibly say.

18         Q.   Did you ever have to keep track of

19    address or phone contact information for

20    Jeffrey Epstein?

21         A.   That was not my job.

22         Q.   Did you ever do it?

23         A.   I am not responsible for keeping

24    his numbers so that wasn't my job at all.

25         Q.   But did you ever do it?  I know



Page 315

1          G Maxwell - Confidential

2    it's not your job but did you ever do it, did

3    you ever keep phone contact information for

4    him?

5          A.    During the course of the time we

6    were together, if he gave me a telephone

7    number, I would give it to an assistant to

8    put in the computer, I could do that.

9          Q.    Would he ask you for contact

10   information for different individuals, if he

11   wanted to contact someone?

12              MR. PAGLIUCA:   Objection to the

13         form and foundation.

14         A.    In the course of the long period of

15   time when I was there, it certainly would be

16   possible for him to ask me for a telephone

17   number and if I had the -- I wouldn't always

18   have it -- I'm sure it happened.

19         Q.    Was there a hardcopy book in

20   addition to the computer, a hardcopy book

21   that you could look for numbers that were

22   relevant to Jeffrey Epstein's life and

23   something on the computer or was it just an

24   electronic version?

25              MR. PAGLIUCA:   Objection to the



1        G Maxwell - Confidential

2        form and foundation.

3        Q.    Was there a hard copy book as well

4    as something on the computer or was there

5    only electronic information on the phone

6    numbers?

7             MR. PAGLIUCA:   Objection to the

8        form and foundation.

9        A.    I can only testify to what I know

10   obviously, and I believe that this is a copy

11   of a stolen document.   I would love to know

12   how you guys got it.

13       Q.    I'm asking during the time you

14   worked for Jeffrey Epstein, was there a

15   hardcopy document of any kind that kept phone

16   numbers for Jeffrey Epstein, if he needed to

17   contact someone?

18       A.    The stolen document I have in front

19   of me that you have is what you are referring

20   to.

21       Q.    So there was, during your time when

22   you were there, there was no other, you

23   mentioned there was information on a

24   computer.   Was there any hardcopy document

25   that you could refer to to find someone's



1        G Maxwell - Confidential

2    number?

3        A.   You have the stolen document in

4    front of you.

5        Q.   You had access to this when you

6    worked for Jeffrey Epstein?

7        A.   This is, I believe, the book that

8    was stolen, that was the hardcopy of whatever

9    was there.

10        Q.   So when you were working for

11    Jeffrey Epstein, you were able to access this

12    book?

13        A.   This book -- if this is what this

14    is, I believe it was, this is the stolen

15    document from his house.

16        Q.   And you were able to access it when

17    you worked for him?

18        A.   It was a document that was printed

19    that you could, if you needed to, look for a

20    number.

21        Q.   Do you know how this book was

22    created?

23        A.   No.

24        Q.   When you referred to it a moment

25    ago, to a stolen document, when █████████



```
 1          G Maxwell - Confidential

 2  ██████████  turned this document over to the

 3  FBI, are you aware he described it as a

 4  document that came from your computer?

 5          MR. PAGLIUCA:  Objection to the

 6      form and foundation.

 7      A.   I have no idea what he said or

 8  didn't say, so if you want me to reference

 9  something he said, you need to show it to me.

10      Q.   Did you keep this document, an

11  electronic copy of it, on your personal

12  computer?

13      A.   I don't recollect.

14      Q.   If you had to update something, for

15  example, if there was a new number, a new

16  individual that Jeffrey had hired that you

17  were going to track, would you input that

18  information into this document on your

19  computer?

20          MR. PAGLIUCA:  Objection to the

21      form and foundation.

22      A.   I've already testified that I'm not

23  responsible for updating and keeping these

24  records.

25      Q.   Did you have this document on your
```



Page 319

1          G Maxwell - Confidential

2     computer, your personal computer?

3          A.   I told you, I don't recollect

4     having this document on my computer.

5          Q.   Do you know what computers this

6     document was on, if more than one?

7          A.   I'm sorry, this is a long time ago

8     and I don't recall exactly how this was all

9     managed.

10         Q.   If you didn't create this document,

11     do you know who did?

12              MR. PAGLIUCA:   Objection to the

13         form and foundation.

14         A.   I don't.

15         Q.   I'm going to direct your attention

16     to part of this document.   It's towards the

17     back, it's going to be page 91 and it has

18     bates label Giuffre 001663.   I'm going to

19     direct your attention to the section that

20     says, Massage Florida.

21              Did you input any of the names or

22     numbers under that section?

23              MR. PAGLIUCA:   Objection to form

24         and foundation.

25         A.   So this document is produced in



Page 320

1          G Maxwell - Confidential

2    2004, 2005, so, no.

3        Q.    But I'm sorry, correct me if I'm

4    misunderstanding your testimony, I thought

5    you said when you were working with Jeffrey,

6    that this document existed and it was

7    something you utilized?

8        A.    I can't possibly tell you what

9    numbers were added or not added subsequent to

10   my departure.

11       Q.    So you can't recall if you added

12   any of these numbers?

13            MR. PAGLIUCA:   Objection to the

14        form and foundation, mischaracterizes

15        the witness' testimony.

16       Q.    Are there any numbers on here or

17   names that you recognize that you would have

18   entered into this section?

19       A.    I already testified that I'm not

20   responsible for inputting numbers and names

21   into this so I would not be able to tell you.

22       Q.    Are there any names or numbers

23   under this section, Massage Florida, that you

24   would have provided to an assistant to input

25   into this document?



Page 321

1           G Maxwell - Confidential

2      A.   I can't possibly say.

3      Q.   Do you see under Massage Florida,

4  about halfway down the first column, do you

5  see a number that says ███████ cell?

6           MR. PAGLIUCA:  What page?

7      Q.   It's 91, Bates number 001663.

8  About halfway down, it says in the first

9  column, it says ████████ cell.

10          Do you see that?

11     A.   I do.

12     Q.   Would you have provided after, I

13  know you didn't hire her, Jeffrey hired her

14  but after you brought her to Jeffrey, would

15  you have given her cell phone number to an

16  assistant to input into this document?

17          MR. PAGLIUCA:  Objection to form

18      and foundation.

19     A.   I didn't bring her to Jeffrey, the

20  way you characterize and I would have no

21  knowledge of how this number ended up in this

22  book.

23     Q.   I believe you, and I will try to

24  use your words so we are clear, you met

25  ████████ is that correct?



Page 322

```
 1          G Maxwell - Confidential
 2     A.    Yes.
 3     Q.    And then she began working for
 4  Jeffrey?
 5     A.    Yes.
 6     Q.    Would you have provided whomever
 7  was in charge of keeping this updated with
 8  ███████      cell number so you would be able to
 9  contact her if needed?
10          MR. PAGLIUCA:  Objection to the
11       form and foundation.
12     A.    I don't know.  It could have been a
13  number of different ways, it it could have
14  been Jeffrey who gave it to somebody.
15     Q.    You just don't remember doing that?
16     A.    I do not.
17     Q.    Now, as you look -- I want you to
18  take a look at the Florida massage list, it's
19  three columns there.
20          Do you, as you look at those names
21  on the various columns, do you know the ages
22  of any of the girls in this list?
23     A.    I don't know.  One, I don't know
24  who all the people are on this list and I
25  certainly don't know the ages.
```



Page 323

1          G Maxwell - Confidential

2          Q.   Do you know what their

3     qualifications are?

4          A.   I don't know who the people are in

5     general so of course I don't know what their

6     qualifications are.

7          Q.   Do you know why Jeffrey has so many

8     masseuses listed in Florida in his book here?

9               MR. PAGLIUCA:  Objection to the

10              form and foundation.

11         A.   Again, this book was created post

12    my departure, so I couldn't explain why all

13    these people were here.

14         Q.   When you were there, you said this

15    book existed?

16         A.   Yes.

17         Q.   So when you were there, were there

18    a number of masseuses listed under the

19    Florida massage?

20              MR. PAGLIUCA:  Objection to the

21              form and foundation and

22              mischaracterization of the witness'

23              testimony.

24         Q.   I'm asking you a question.

25              When you were there, were there a



Page 324

1          G Maxwell - Confidential
2     number of masseuses listed under the Florida
3     massage section?
4          A.    When I was there, I would have, of
5     course there would have been some masseuses
6     listed but I could not tell you who or how
7     many and this -- I could not possibly because
8     I wouldn't remember.
9          Q.    Do you know why Jeffrey would have
10    had so many names listed under his massage
11    Florida?
12          MR. PAGLIUCA:   Objection to form
13       and foundation.
14          A.    I can't testify to why Jeffrey has
15    so many.
16          Q.    Did he use a different masseuse
17    every day?
18          MR. PAGLIUCA:   Objection to the
19       form and foundation.
20          Q.    You can answer.
21          A.    When I was there he had a massage
22    roughly every day, one masseuse, and mostly
23    he would have them at random times, so it
24    would be difficult if you just only had one
25    person, man, woman, for an adult massage, to



Page 325

1             G Maxwell - Confidential

2    come and be available for whatever time it

3    was.  So he would have more than one person

4    that he could call for a massage because at

5    any given time the one that he called first

6    may not have been available.

7         Q.   So would it typically be a

8    different person each day that would give him

9    a massage?

10             MR. PAGLIUCA:  Objection to the

11        form and foundation.

12        A.   It would be, when I was there,

13   based on availability.

14        Q.   Would it surprise you to learn that

15   the Federal Government found that some of the

16   girls on this list under massage Florida were

17   under the age of 18?

18             MR. PAGLIUCA:  Objection to the

19        form and foundation.

20        A.   I can't testify to what the

21   government found or did not find because I

22   would have no knowledge of it.

23        Q.   I'm asking if you would be

24   surprised by that?

25             MR. PAGLIUCA:  Form and foundation.



Page 326

```
 1            G Maxwell - Confidential

 2        A.   I have knowledge of it.  I can't

 3    speculate.

 4        Q.   On the second column, towards the

 5    bottom, there is the name, it's one up from

 6    the bottom, there is the name ████████████,

 7    do you know ██████████████?

 8        A.   I do.

 9        Q.   Who is she?

10        A.   She was a friend of Jeffrey's.

11        Q.   Is she a masseuse?

12        A.   She, I don't think she was a

13    masseuse, no.

14        Q.   Why would be she listed under

15    Florida massages?

16        A.   An input error.

17        Q.   Is this list any individual that

18    would have sex with Jeffrey?

19            MR. PAGLIUCA:  Objection to the

20            form and foundation.

21        A.   I wouldn't have any knowledge of

22    that.

23        Q.   Do you know if Jeffrey had sex with

24    ██████████████?

25            MR. PAGLIUCA:  Object to the form
```



Page 327

1          G Maxwell - Confidential

2      and foundation.

3      A.   First of all, I wouldn't have any

4   knowledge of that.

5          MS. McCAWLEY:  We are going to take

6      a quick break.

7          THE VIDEOGRAPHER:  It's now 4:39

8      and we are off the record.

9          (Recess.)

10         THE VIDEOGRAPHER:  It's now 4:54

11      and we are as back on the record

12      starting disk number 8.

13      Q.   Ms. Maxwell, we were talking

14   earlier about the journal and I believe you

15   said in 2004, 2005, you were no longer

16   working and responsible for that journal, is

17   that correct?

18         MR. PAGLIUCA:  Objection to the

19      form and foundation.

20      A.   What are we referring to, this

21   document right here?

22      Q.   Yes.

23      A.   I don't know who is the author of

24   this or I can't tell you what is in here

25   versus what would have been here when I was

