

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2021

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter regarding the Court's order for the parties to confer and propose a limiting instruction regarding Government Exhibit 52. The parties have conferred and jointly propose the following instruction:

> This exhibit is being offered for a limited purpose. It is not being offered for the truth of the matters asserted therein, and you may not consider it for that purpose. Rather, you may consider it only to the extent you believe it is relevant to show a link, if any, between Ms. Maxwell and the names and phone numbers listed and how, if at all, the information was organized.

1

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ___s/_____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (by e-mail)