UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defense's letter dated December 13, 2021, regarding anticipated witnesses. The Government is ORDERED to submit a response **no later than today, December 14, 2021, at 10:00 p.m.** The Defense is FURTHER ORDERED to provide a copy of its anticipated witness order to the Court **no later than today, December 14, 2021, at 12:00 p.m.**

SO ORDERED.

Dated: December 14, 2021
       New York, New York

ALISON J. NATHAN
United States District Judge

1