UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

           Defendant.

20-CR-330 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/21

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint letter regarding the admission of prior inconsistent statements. The parties' letter notes "that many of these statements raise one of two questions: (1) must counsel show the witness the prior inconsistent statement under Rule 613(b), and (2) is a statement admissible when the witness affirms that the 3500 material contains the inconsistent statement and also expresses disagreement with the substance." The parties are hereby ORDERED to submit a letter citing authority (beyond the rule itself) for their respective positions. The parties are FURTHER ORDERED to indicate each disputed prior inconsistent statement that was read into the record.

    Letters must be submitted as soon as possible **but no later than today, December 16, 2021, at 10:15 p.m.**

    The parties are FURTHER ORDERED to docket their respective letters by tomorrow, December 17, 2021, at 8:00 a.m.

    SO ORDERED.

1

Dated: December 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

2