UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Ghislaine Maxwell,

Defendant.

20-cr-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court denies the motion for the remaining witnesses the Government seeks to preclude.

SO ORDERED.

Dated: December 16, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge