**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter regarding the jury charge. The Government notes one point, which is not the result of an error but which is a significant ambiguity that the Government identified while reviewing the Court's revisions.

In Instruction No. 19, the second element reads that "the Defendant transported the individual with the intent that **she** would engage in sexual activity for which any person can be charged with a criminal offense under New York law, as alleged in the Indictment." It is ambiguous whether the "she" in this sentence refers to the Defendant or the individual. The Government proposes that the Court replace "she" with "the individual." *See* Instr. No. 21 ("The second element of Count Four which the Government must prove beyond a reasonable doubt is

1

that Ms. Maxwell knowingly transported Jane in interstate commerce with the intent that Jane engage in sexual activity for which any person can be charged with a criminal offense in violation of New York law.").

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    s/                          
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (by ECF)