UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/21

ALISON J. NATHAN, District Judge:

The parties are hereby ORDERED by **9:00 a.m. tomorrow, December 20, 2021**, to docket or otherwise make publicly available all admitted exhibits. The parties shall confer on and propose narrowly tailored redactions for any exhibits admitted temporarily under seal.

SO ORDERED.

Dated: December 19, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge

1