UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

　　　　　　　Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/22

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　The Court is in receipt of the parties' letters. Dkt. Nos. 568, 569, 570. The Court hereby sets the following briefing schedule for the Defense to move for a new trial in light of the issues raised in the parties' letters:

- Defense motion: January 19, 2022
- Government response: February 2, 2022
- Defense reply: February 9, 2022

The parties' briefing should address whether an inquiry of some kind is permitted and/or required, and, if so, the nature of such an inquiry. Although the Court reserves decision on whether an inquiry of any kind is warranted, the Court grants the Government's request, Dkt. No. 568, to offer court-appointed counsel to the juror in issue. Subject to the juror's right to decline court-appointed counsel, the Court will appoint the on-duty CJA counsel to represent the juror. If counsel for the juror wishes to be heard on the issue of the appropriateness of an inquiry, briefing by the juror's counsel may be filed by January 26, 2022.

　　The Court will not adjourn post-trial briefing on other issues as requested by the Defense, Dkt. No. 569, but sets the following schedule for any other post-verdict motion by the Defense:

- Defense motion: February 4, 2022

- Government opposition: February 18, 2022

- Defense reply: March 4, 2022

SO ORDERED.

Dated: January 5, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge