UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

THE UNITED STATES OF AMERICA

**CASE NO.:**
20-CR-330 (AJN)

- against -

**APPEARANCE OF COUNSEL**

GHISLAINE MAXWELL

                              Defendant.
-------------------------------------------------------------------------------X

TO:   The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **JURY NUMBER 50.**

Dated:     New York, NY
           January 5, 2022

/s/_____
Todd A. Spodek
Spodek Law Group, P.C.
85 Broad Street, 17th Floor
New York, NY 10004
Mobile: (347) 292-8633
Main: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com

cc:   All Counsel (By ECF).