UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/22
```

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A notice of appearance has been filed by retained counsel on behalf of Juror Number 50. *See* Dkt. No. 572. Retained counsel has communicated to the Court that the juror does not wish to have counsel appointed. Accordingly, the Court will not appoint CJA counsel as indicated in its prior order. *See* Dkt. No. 571.

    Counsel for Juror Number 50 is directed to review Dkt. No. 571.

    SO ORDERED.

Dated: January 5, 2022
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge