

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

**By ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007B

Re:   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

The Government submits this letter to respectfully request that the Court exclude time under the Speedy Trial Act with respect to Counts Seven and Eight, from today's date until April 1, 2022.  The exclusion of time will further the interests of justice by permitting the parties to research and brief post-trial motions.  *See* 18 U.S.C. § 3161(h)(7)(A).  The Government has conferred with defense counsel, who consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/
Maurene Comey
Alison Moe
Lara Pomerantz
Andrew Rohrbach
Assistant United States Attorneys
Southern District of New York

Cc: Defense Counsel (by ECF)

1