

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/22
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

**By ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007B

> With respect to Counts 7 and 8, the Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date through April 1, 2022.  The Court finds that the ends of justice served by granting this exclusion from speedy trial computations outweigh the interests of the public and the defendant in a speedy trial on these counts because the time is necessary for the parties to research and brief post-trial motions. SO ORDERED.

Re:   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

1/19/22

Dear Judge Nathan:

The Government submits this letter to respectfully request that the Court exclude time under the Speedy Trial Act with respect to Counts Seven and Eight, from today's date until April 1, 2022.  The exclusion of time will further the interests of justice by permitting the parties to research and brief post-trial motions.  *See* 18 U.S.C. § 3161(h)(7)(A).  The Government has conferred with defense counsel, who consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ____s/_____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (by ECF)

1