# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com

January 19, 2022

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

     Today, counsel for Ghislaine Maxwell filed her Motion for a New Trial (the "Motion") and accompanying exhibits under seal. For the reasons set forth in the Motion, we request that all submissions pertaining to Juror No. 50 remain under seal until the Court rules on the Motion.

Respectfully Submitted,

/s/

BOBBI C. STERNHEIM

cc: All Counsel of Record

2