UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As a post-trial housekeeping matter, Court staff directed the parties via email to complete the process of providing copies of Court Exhibits with narrowly tailored redactions (*e.g.*, redactions to protect the anonymity of jurors and of witnesses the Court permitted to testify under pseudonyms) for the Court to docket. The Government subsequently submitted one court exhibit with the name unredacted of a witness subject to the Court's anonymity order. Subsequently the Defense indicated in a temporarily sealed letter why the name was unredacted. The Government is accordingly ORDERED to docket a letter on ECF on or before **January 28, 2022**, indicating why a redaction is no longer being sought for the name of this witness. Once the Government confirms in that letter that it no longer seeks redaction of the name, then the Defense may file the temporarily sealed letter on the docket without redaction of the name. The Court will then docket all Court Exhibits.

SO ORDERED.

Dated: January 26, 2022
        New York, New York

ALISON J. NATHAN
United States District Judge