UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America,

–v–

Ghislaine Maxwell,

               Defendant.

20-cr-330 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/22

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's motion for a new trial and accompanying exhibits, which she requests to file under seal. *See* Dkt. No. 580. The Court has also received requests from media organizations to unseal the motion. The Court is aware there is substantial public interest in this matter and will ensure that the First Amendment right to public access is fully safeguarded. At the same time, the Court must act deliberately and hear from the parties in considering these sealing issues in order to ensure the integrity of any potential inquiry process going forward, should one be ordered. That too is in the public, as well as the Defendant's and the Government's, interest.

    Accordingly, to the extent the Defense requests that arguments in favor of sealing should themselves be sealed, that request is DENIED. Arguments in favor of sealing can be made in such a way so as not to undermine the grounds for seeking sealing or redaction in the first instance.

    The Defense is therefore ORDERED to file a letter on the public docket on or before **February 1, 2022**, that justifies the proposed sealing by reference to the three-part test in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Government may file on ECF a response to the Defense's justification letter on or before **February 4, 2022.**

The Government's opposition to the Defense's new trial motion is due February 2, 2022. Dkt. No. 571. Per the established practice in this case, the Government must provide a copy via email to the Defense to allow the Defense the opportunity to propose narrowly tailored redactions and/or sealing. If either party proposes redactions to or sealing of the Government's anticipated opposition, a letter justifying such redactions or sealing must be filed on the public docket. The Defense letter must be filed on or before **February 8, 2022**, and the Government letter must be filed by **February 11, 2022**.

The same process will apply for any Defense reply in support, which is due February 9, 2022. Dkt. No. 571. If redactions or sealing are proposed, the Defense letter justifying such requests would be due **February 15, 2022**, and the Government letter would be due **February 18, 2022**.

The parties are FURTHER ORDERED to address the New York Times Company's motion to unseal the filled-out questionnaires for the twelve seated jurors. *See* Dkt. No. 583. Letters by both parties must be submitted via ECF on or before **February 11, 2022**.

SO ORDERED.

Dated: January 26, 2022
  New York, New York

_____
ALISON J. NATHAN
United States District Judge