

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2022

**By ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the Court's Order dated January 26, 2022 regarding the redaction of a witness's name in one court exhibit. (Dkt. No. 584). The Government does not seek to redact the last name of the witness who testified as Carolyn in Court Exhibit 2, because Carolyn publicly disclosed her full name in a post-trial interview with the *Daily Mail*, in which she identified herself as the witness who had testified under the name Carolyn at trial, and stated that she waived her right to anonymity. The Government notified Carolyn through her counsel that it intended to take this position and Carolyn's counsel has confirmed that Carolyn does not object to her last name being used in filings going forward.

1

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    s/
     Maurene Comey
     Alison Moe
     Lara Pomerantz
     Andrew Rohrbach
     Assistant United States Attorneys
     Southern District of New York

Cc: Defense Counsel (by ECF)