UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/22
```

United States of America,

—v—

Ghislaine Maxwell,

                    Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As a post-trial house-keeping matter, attached to this Order are the Court Exhibits.  The

parties have proposed redactions to several exhibits and the sealing of Court Exhibit 4.  The

Court concludes that the proposed redactions are consistent with the three-part test articulated by

the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and

narrowly tailored. The redactions serve the purpose of protecting the anonymity of jurors and of

victim-witnesses subject to the Court's anonymity order.  With respect to Court Exhibit 4, rather

than seal the entire document, the Court has redacted the information that would potentially

identify the victim-witness who testified pursuant to the Court's anonymity order.  Unredacted

copies of the Court Exhibits will be filed under seal.

         SO ORDERED.


Dated: February 4, 2022
          New York, New York

_____
            ALISON J. NATHAN
         United States District Judge

1

20cr330, *U.S. v. Maxwell*
Jurors to Proceed to Voir Dire

COURT EXHIBIT # __1__

DATE: __11/15/2021__
TIME: _____
CASE: __USv. Maxwell__
__20 CR 330(AJN)__

1. 2
2. 7
3. 8
4. 12
5. 13
6. 14
7. 20
8. 21
9. 22
10. 26
11. 27
12. 28
13. 29
14. 30
15. 32
16. 33
17. 37
18. 43
19. 47
20. 48
21. 49
22. 50
23. 54
24. 55
25. 58
26. 62
27. 63
28. 70
29. 79
30. 82
31. 87
32. 89
33. 93
34. 96
35. 98
36. 108
37. 112
38. 113
39. 117
40. 119

20cr330, *U.S. v. Maxwell*
Jurors to Proceed to Voir Dire

41. 120
42. 123
43. 124
44. 125
45. 126
46. 129
47. 131
48. 132
49. 147
50. 149
51. 151
52. 152
53. 153
54. 162
55. 164
56. 166
57. 167
58. 169
59. 170
60. 172
61. 174
62. 176
63. 181
64. 182
65. 186
66. 188
67. 189
68. 195
69. 196
70. 198
71. 199
72. 200
73. 204
74. 206
75. 207
76. 216
77. 220
78. 228
79. 235
80. 239

20cr330, *U.S. v. Maxwell*
Jurors to Proceed to Voir Dire

81. 240
82. 241
83. 248
84. 251
85. 260
86. 261
87. 263
88. 270
89. 271
90. 273
91. 275
92. 277
93. 279
94. 280
95. 282
96. 286
97. 290
98. 292
99. 297
100. 299
101. 304
102. 311
103. 312
104. 313
105. 314
106. 315
107. 326
108. 334
109. 340
110. 341
111. 345
112. 347
113. 349
114. 354
115. 363
116. 366
117. 367
118. 372
119. 374
120. 378

20cr330, *U.S. v. Maxwell*
Jurors to Proceed to Voir Dire

121. 379
122. 384
123. 385
124. 387
125. 388
126. 391
127. 394
128. 396
129. 398
130. 403
131. 407
132. 409
133. 411
134. 413
135. 418
136. 419
137. 424
138. 425
139. 426
140. 428
141. 429
142. 430
143. 432
144. 433
145. 434
146. 437
147. 439
148. 440
149. 442
150. 444
151. 445
152. 450
153. 451
154. 452
155. 456
156. 457
157. 459
158. 460
159. 461
160. 465

20cr330, *U.S. v. Maxwell*
Jurors to Proceed to Voir Dire

161. 467
162. 475
163. 477
164. 480
165. 481
166. 485
167. 486
168. 487
169. 489
170. 498
171. 501
172. 504
173. 505
174. 506
175. 509
176. 514
177. 516
178. 517
179. 520
180. 541
181. 543
182. 544
183. 545
184. 549
185. 551
186. 555
187. 556
188. 562
189. 563
190. 565
191. 566
192. 570
193. 573
194. 578
195. 581
196. 582
197. 583
198. 586
199. 589
200. 593

20cr330, *U.S. v. Maxwell*
Jurors to Proceed to Voir Dire

201. 594
202. 595
203. 596
204. 602
205. 604
206. 608
207. 611
208. 612
209. 615
210. 621
211. 622
212. 623
213. 630
214. 637
215. 642
216. 647
217. 651
218. 655
219. 661
220. 667
221. 668
222. 669
223. 670
224. 676
225. 677
226. 680
227. 683
228. 685
229. 690
230. 691
231. 694

COURT EXHIBIT # 2

DATE: 11/16/21
TIME:
CASE: 20cr330

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

          −v−

Ghislaine Maxwell,

          Defendant.

---

20-CR-330 (AJN)

Names for Voir Dire

1. Juan Alessi

2. Maria Alessi

3. Carolyn Andriano

4. Janusz Banasiak

5. ████████████

6. Daniel Besselsen

7. ████████████

8. ████████████

9. ████████████

10. Michael Buscemi

11. Paul Byrne

12. Tracy Chappell

13. Michael Dawson

14. Dr. Park Dietz

15. Eva Anderson Dubin

16. Glen Dubin

17. ████████████

18. Bennett Gershman

19. Lesley Groff

20. Dr. Ryan Hall

21. Annie Farmer

22. Maria Farmer

23. Janice Farmer

24. Jordana Feldman

25. Tony Figueroa

26. Stephen Flatley

27. Dorothy ████████

28. ████████████

29. Shawn ████████

30. Nicole Hesse

31. Paul Kane

32. Robert Kelso

33. Sarah Kellen Vickers

34. Elizabeth Nesbitt Kuyrkendall

35. Gerald LaPorte

36. Amanda Lazlo

37. Dr. Elizabeth Loftus

38. John Lopez

39. Nadia Marcinkova

40. Kelly Maguire

41. Pat McHugh

42. Tatum █████

43. David Mulligan

44. Jennifer Naso

45. Greg Parkinson

46. Joseph Recarey

47. Virginia Roberts Giuffre

48. David Rodgers

49. Alfredo Rodriguez

50. Dr. Lisa Rocchio

51. Adriana Ross Salazar

52. Susan Shelling

53. Timothy Slater

54. Emmy Taylor

55. Melissa █████

56. Lawrence Visoski

57. Les Wexner

58. Amanda Young

3

COURT EXHIBIT # 3

DATE: 11/16/21
TIME:
CASE: 20 cr 330

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

      –v–

Ghislaine Maxwell,

         Defendant.

20-CR-330 (AJN)

Locations and Entities for
Voir Dire

**List of Locations:**

    A.  358 El Brillo Way, Palm Beach, Florida

    B.  Zorro Ranch, 39 Zorro Ranch Road, Stanley, New Mexico

    C.  9 East 71st Street, New York, New York

    D.  116 East 65th Street, New York, New York

    E.  457 Madison Avenue, New York, New York

    F.  Little St. James Island, U.S. Virgin Islands

    G.  44 Kinnerton Street, London

    H.  Interlochen Arts Camp, Traverse City, Michigan

**List of Entities:**

    I.  Interlochen Arts Camp

    J.  Professional Children's School

    K.  Survivor's Charter School

    L.  West Palm Beach School of the Arts

    M.  Mar-a-Lago

COURT EXHIBIT # ___4___

DATE: _11/16/21_
TIME: _____
CASE: _20cr330_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

       –v–

Ghislaine Maxwell,

           Defendant.

20-CR-330 (AJN)

Locations and Entities for
Voir Dire

**Please answer *only* <u>yes</u> or <u>no (and do not state out loud the name of the</u>**

**<u>program):</u>**

    **Do you have specific familiarity with this television program, other than having**

    **heard the name of the program?**

      █████████████

We're leaving

@ 5:30

thanks

COURT EXHIBIT # ___5___

DATE: 12/20/2021
TIME:
CASE: 20 CR 330 (AJN)

We would like the (transcripts) of testimony

Jane, Annie and Carolyn.

#26        12/21/2021

COURT EXHIBIT # 6

DATE: 12/21/2021
TIME:
CASE: US v. Maxwell
      20 CR 330 (AJN)

COURT EXHIBIT # ___7___

DATE: __12/21/2021__
TIME: __2:56 pm__
CASE: __U.S. v. Maxwell__
__20 cr 330 (AJN)__

Hello You- Honor,

We would like the

FBI deposition (3505-005)

referred to by the defense ~~witness~~

during the cross examination of Carolyn

Thank You

#26

12/21/2021

Hello Judge Nathan

We would like to end today at 5 pm, deliberate from 9-4:30 tomorrow and have lunch at 12 noon, if possible.

Thank you

[redacted]

#26

12/21/2021

COURT EXHIBIT # ___8___

DATE: 12/21/2021
TIME: 4:06 pm.
CASE: US v. Maxwell
20 CR 330 (AJN)

Hello Judge Nathan

Can we consider Annie's

testimony as conspiracy to commit

a crime in Counts One and Three?

Thank You

[redacted]

#26

12/21/2021

COURT EXHIBIT # 9

DATE: 12/21/2021
TIME:
CASE: US v. Maxwell
20 CR 330 (AJN).

Hello Judge Nathan,

Muy we please have the following testimonies in a binder:

Jane ~~berry returned~~

Juan

Kate

Thank You,

[REDACTED]

#26

12/22/2021

COURT EXHIBIT # 10
DATE: 12/22/21
TIME: 3:45pm
CASE: 20 cr 330

COURT EXHIBIT # _11_

DATE: _12/22/21_
TIME:
CASE: _US v. Maxwell_
_20 cr 330 (AJN)_

Hello Jury —

If your deliberations are not completed today, do you wish to deliberate tomorrow (Thurs. Dec 23)?

☐ Yes          ☒* No  thank you

(please check yes or no)

If yes, what time would you like to deliberate?

From ___ : ___ A.m. ~~to~~ to ___ : ___ P.m.

Thank you —

Judge Nathan

* Jurors have made plans for tomorrow

Good Morning Judge Natnan,

May we please have the following items:
· Different colored post-its
· White paper board
· Highlighters (different colored)
· Matt's transcript

Also, May we have a definition of entirement.

Thank You

#26

COURT EXHIBIT # 12

DATE: 12/27/2021
TIME:
CASE: US v. Maxwell
20 CR 330 (AJN)

Hello Judge Nathan.

May we also have

Parkinson's transcript.

Thank you

████████████

#26

COURT EXHIBIT # 13

DATE: 12/27/2021
TIME:
CASE: US v. Maxwell
20 CR 330 (AJN)

Hello Judge Nathan,

May we please have the
transcript of David Rogers?

Thank You

███████████████████

#26
12/27/2021

COURT EXHIBIT # ___14___

DATE: 12/27/2021
TIME:
CASE: US v. Maxwell
20 CR 330 (AJN)

COURT EXHIBIT #

DATE: 12/27/2021
TIME:
CASE: US v. Maxwell
20 CR 330 (AJN)

Hello Judge Nathan,

Under Count Four (4), If the defendant aided in the transportation of Jane's return flight, but not the flight to New Mexico where/if the intent was for Jane to engage in sexual activity, Can she be found guilty under the second element?

Thank y

#26

Hello Judge Nathan,

We would like to end deliberations at 5PM today.

Thank You

#26
12/27/2021

COURT EXHIBIT #_____16_____

DATE: 12/27/2021
TIME: _____
CASE: US v. Maxwell
      20 CR 330 (AJN)

COURT EXHIBIT # ___17___

DATE: __12/28/2021__
TIME:
CASE: __US v. Maxwell__
20 CR 330 (AJN)

Hello Judge Nothman,

Our deliberations are moving along and we are making progress. We are at a good point and would like to end today "at 5PM" and continue tomorrow morning at 9 AM.

Thank You ███████

#26

12/28/2021

Good Morning Judge Nathan,

May we please have the

following transcripts.

COURT EXHIBIT # 18
DATE: 12/29/21
TIME:
CASE: US v. Maxwell
20 CR 330 (AJN)

· Sean ████████
· Cimberly Espenso24 (sp)
· Elizabeth Ps Marie (sp)
· Amanda Young
· Ju son Richards

Also, may we have clarification regarding
our schedule, going forward. Are we
required to continue deliberations every day,
including 12/31 and 1/1/2022 until we
reach a verdict? We ask in odor to
plan our schedules accordingly.
                        Thank You,
12/29/2021  ████████████      #26

Hello Judge Nathan,

We are requesting the transcripts of the expert Whitness on memory.

Thank you

12/29/2021

COURT EXHIBIT # 19

DATE: 12/29/21
TIME:
CASE: US v. Maxwell
      20 CR 330 (AJN)

Hello Judge Nathan,

May we please have the Larry Visoski transcript.

Thank You,

████████████████

12/29/2021        #26

COURT EXHIBIT #    20

DATE: 12/29/2021
TIME:
CASE: US v. Maxwell
    20 CR 330 (AJN)

FINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     -v.-                                    S2 20 Cr. 330 (AJN)

GHISLAINE MAXWELL,

         Defendant.

HONORABLE ALISON J. NATHAN:

## **VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**     **Conspiracy to Entice Individuals Under the Age of 17 to Travel in Interstate Commerce with Intent to Engage in Illegal Sexual Activity**

               Guilty  ✓           Not Guilty _____

**COUNT TWO:**     **Enticement of an Individual Under the Age of 17 (Jane only) to Travel with Intent to Engage in Illegal Sexual Activity**

               Guilty _____           Not Guilty  ✓

**COUNT THREE:**     **Conspiracy to Transport Individuals Under the Age of 17 to Travel in Interstate Commerce with Intent to Engage in Illegal Sexual Activity**

               Guilty  ✓           Not Guilty _____

COURT EXHIBIT # _____21_____

DATE: _12/29/2021_
TIME: _____
CASE: _US v. Maxwell_
       _20 CR 330 (AJN)_

**COUNT FOUR:**   Transportation of an Individual Under the Age of 17 (Jane only) with Intent to Engage in Illegal Sexual Activity

Guilty __✓__         Not Guilty _____

**COUNT FIVE:**   Conspiracy to Commit Sex Trafficking of Individuals Under the Age of 18

Guilty __✓__         Not Guilty _____

**COUNT SIX:**   Sex Trafficking of an Individual Under the Age of 18 (Carolyn only)

Guilty __✓__         Not Guilty _____

#26
_____
Juror Number of Foreperson

12/29/2021          4:44 PM
_____
Date and Time

2