UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :
          v.                                              :     S2 20 Cr. 330 (AJN)
                                                          :
GHISLAINE MAXWELL,                                        :     NOTICE OF MOTION
                                                          :
                    Defendant.                            :
                                                          :
                                                          :
----------------------------------------------------------x

### DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION TO OBTAIN THE RELIEF REQUESTED IN HER MEMORANDUM IN SUPPORT OF HER POST-TRIAL MOTIONS

PLEASE TAKE NOTICE that, upon the accompanying omnibus memorandum of law, Defendant Ghislaine Maxwell, through counsel, hereby moves for the relief requested in her memorandum in support of her post-trial motions.

Dated:  February 11, 2022
        New York, New York

                                        Respectfully submitted,

                                        **COHEN & GRESSER LLP**


                                          /s/ *Christian R. Everdell*
                                        Christian Everdell
                                        ceverdell@cohengresser.com
                                        800 Third Avenue, 21st Floor
                                        New York, NY  10022
                                        Phone:  (212) 957-7600
                                        Fax:  (212) 957-4514


                                        Jeffrey S. Pagliuca
                                        Laura A. Menninger
                                        HADDON, MORGAN & FOREMAN P.C.
                                        150 East 10th Avenue

2

Denver, Colorado 80203
Phone: 303-831-7364

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*