UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:_ 2/18/22 _____        │
└─────────────────────────────────────┘
```

────────────────────────────────────

United States of America,

—v—

Ghislaine Maxwell,

                              Defendant.

────────────────────────────────────

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the parties' proposed redactions to the Defendant's motion for a new trial, the Government's response in opposition, and the Defendant's reply in support. *See* Dkt. No. 596. The parties did not propose any redactions to Juror 50's motion nor the parties letters dated January 13, 2022. *See id.* at 7. The Defendant submitted a letter justifying her proposed redactions, Dkt. No. 602, and the Government submitted an opposition to the proposals, Dkt. No. 603.

The Court determines that the following proposed redactions are not consistent with the Court's prior order, Dkt. No. 596, because they redact information that is widely reported in the press and/or redact legal arguments:

- Defense Br. at:

    o   ii, lines 17-18;

    o   21, lines 1-2;

    o   49, lines 16-21;

    o   51, lines 10-16;

    o   57, lines 5-7

- Gov. Resp. at:

- o  8, lines 16-19;

- o  9, lines 3-6, 9-11;

- o  16, lines 5-14;

- o  22, lines 6-7;

- o  32, line 2;

- o  37, line 16;

- o  37 n.17, line 2

- • Defense Reply at:

  - o  18, lines 3-4, 11-28;

  - o  23 n.11, lines 1-12;

  - o  23, line 12-14;

  - o  24, lines 1-8, 13-15.

There are also clear inconsistencies between the Defendant's intended redactions, as stated in her accompanying letter, and her proposed redactions, *compare* Dkt. No. 602, *with* Proposed Redactions to Maxwell Br. at 48–49, and between some of the proposed redactions themselves, *compare* Proposed Redactions to Gov. Br. at 35–36, *with* Proposed Redactions to Maxwell Reply at 22.

The Defendant also proposes redactions related to "Juror 50's exact responses to the questions on his jury questionnaire" because it is "being kept temporarily under seal."  Dkt. No. 602.  The Court notifies the parties that Juror 50's completed questionnaire will be docketed in accordance with a forthcoming Order.  The Defendant must accordingly eliminate proposed redactions premised on the sealing of Juror 50's questionnaire.

The parties are hereby ORDERED to re-submit via email revised redactions to the parties' briefing on the Defendant's motion for a new trial by **February 22, 2022**.  The revised proposed redactions shall be consistent with this Order.

SO ORDERED.

Dated: February 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge