UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/22

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defendant's proposed redactions revised in response to this Court's order. *See* Dkt. Nos. 605, 606.

The Court has reviewed the proposed redactions and concludes that they are in accordance with its prior orders. *See* Dkt. Nos. 596, 605. The narrowly tailored redactions further the important interests of helping ensure the integrity of any inquiry and maintaining juror anonymity and privacy. As the Court explained in its February 11 Order, these interests justify redaction of the questions the parties propose be asked at any hearing and specific factual information developed by the parties that has not been publicly reported in the press and that the parties propose be inquired about at any forthcoming hearing. Dkt. No. 596 at 4 (citing *United States v. McCoy et al.*, No. 14 Cr. 6181 (EAW), Dkt. No. 312 (text order) (W.D.N.Y. May 26, 2017); *id.* Dkt. No. 329 at 38-39; *Press-Enter. Co. v. Superior Ct. of Cal., Riverside Cnty.*, 464 U.S. 501, 511-12 (1984)).

Accordingly, the parties are ORDERED to docket the redacted briefs, accompanying exhibits, and their January 13 letters, by **February 25, 2022**. The Court will docket Juror 50's motion.

1

As noted in its prior Order, following the Court's resolution of the Defendant's motion or a hearing, all redactions will be promptly unsealed except those necessary to protect any continuing interest in juror anonymity and privacy. *See United States v. Amodeo*, 44 F.3d 141, 146-47 (2d Cir. 1995); *see also Press-Enter. Co.*, 478 U.S. at 14.

SO ORDERED.

Dated: February 24, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge