

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the Court's February 24, 2022 Order (Dkt. No. 610), which directed the parties to inform the Court whether either seeks limited redactions to the Court's February 24, 2022 Opinion and Order filed under temporary seal. The Government does not seek any redactions to the Court's February 24, 2022 Opinion and Order filed under temporary seal.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: ___s/_____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (By ECF)