ISEMENT

Privacy Policy | Feedback     [Follow 21.3M]     Wednesday, Jan 26th 2022 1PM 30°F     4PM 29°F     5-Day Forecast



| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV |

Latest Headlines   Covid-19   Joe Biden   Kamala Harris   Donald Trump   US Economy   Prince Harry   Meghan Markle   World News   Most read   Login

ADVERTISEMENT

# EXCLUSIVE: 'Ghislaine was a predator as guilty as Epstein': Maxwell juror describes moment he 'locked eyes' with sex trafficker and reveals his own abuse ordeal

- Scotty David , a juror in the Ghislaine Maxwell trial, was one of the 12 men and women who convicted Maxwell on five of the six counts of sex-trafficking last week
- Scotty says he went into the trial firmly believing that Maxwell was 'innocent until proven guilty' but 'After all I've learned, she's just as guilty as Epstein. I don't want to call her a monster, but a predator is the right word
- During the trial Scotty, who works in finance, was seated in the third row of the jury box, in the back corner. From his vantage point, he said, he had a vista of the entire court and the 'perfect view' of Maxwell herself
- Scotty said that Maxwell's manner in court was discussed during deliberations. He said, 'We did discuss that we thought she was a little standoffish and not necessarily cold, more like she was paying attention'
- Scotty revealed that he was not the only juror to share a story of sexual abuse and that it did not affect his ability to view Maxwell as innocent until proven guilty
- Scotty is completely satisfied that they reached the right verdict and that, with Maxwell's conviction, justice has been done. He says that he believes she will spend the rest of her life in prison unless a deal is done
- He said, 'It satisfies me to know that we did our due diligence and that we brought justice for these victims, for these girls who are now women'

By **LAURA COLLINS CHIEF INVESTIGATIVE REPORTER FOR DAILYMAIL.COM** and **DANIEL BATES FOR DAILYMAIL.COM**
**PUBLISHED:** 00:26 EST, 5 January 2022 | **UPDATED:** 09:04 EST, 5 January 2022

**792**
shares

**1.1k**
View comments



A juror in the Ghislaine Maxwell trial has revealed how he viewed her as a 'predator', describing the moment he 'locked eyes' with Jeffrey Epstein's accomplice - and revealed his own child sex abuse ordeal to the jury.

Scotty David said he had helped the other members of the jury understand things from a victim's point of view and explained how 'you can't remember all the details' of traumatic memories - this was a crucial line of attack by Maxwell's lawyers who called a 'false memory' expert witness.

David also claimed that the five guilty verdicts returned in New York last week, possibly condemning Maxwell to spend the rest of life behind bars, were for 'all the victims'.

ISEMENT



Legal experts said that if David failed to disclose his past experiences before the jury deliberations, Maxwell could have grounds to claim a mistrial and have her convictions quashed.

However, the question of whether a potential juror was a victim of sexual abuse or a relative or friend of a victim was asked in the 50-question survey completed by each juror ahead of selection.

David said he went into the trial firmly believing that Maxwell was 'innocent until proven guilty' and viewing the victims with a skeptical eye.

But, he said, 'After all I've learned, she's just as guilty as Epstein. I don't want to call her a monster, but a predator is the right word.

'She knew what was happening. She knew what Epstein was doing and she allowed it to happen. She participated in getting these girls comfortable so that he could have his way with them.

'And, to me, them returning repeatedly for the money has nothing to do with anything because these girls were minors, and it doesn't matter what incentivized them. It matters what happened to them.'

Ghislaine Maxwell juror speaks out after guilty verdict

Watch the full video

1/26/22, 3:30 PM
Ghislaine Maxwell juror says evidence convinced panel she was a predator | Daily Mail Online
Case 1:20-cr-00330-AJN Document 615-2 Filed 02/24/22 Page 3 of 12
ISEMENT



Scotty, who spoke on condition that only his first and middle names are used, said he went into the trial firmly believing that Maxwell was 'innocent until proven guilty' and viewing the victims with a skeptical eye

1/26/22, 3:30 PM
Ghislaine Maxwell juror says evidence convinced panel she was a predator | Daily Mail Online
Case 1:20-cr-00330-AJN Document 615-2 Filed 02/24/22 Page 4 of 12
ISEMENT



During the trial Scotty, who works in finance, was seated in the third row of the jury box, in the back corner. From his vantage point, he said, he had a vista of the entire court and the 'perfect view' of Maxwell herself

During the trial Scotty, who works in finance, was seated in the third row of the jury box, in the back corner. From his vantage point, he said, he had a vista of the entire court and the 'perfect view' of Maxwell herself.

He recalled, 'I could literally see her [all the time]. There were times when it felt like she was staring right at me and we would lock eyes...it didn't feel real.'

'She was constantly taking notes, and constantly passing post-it notes over to her attorneys especially when they were on cross examination.'

At times, he said, 'I felt like she was watching what we were doing because there were times when some jurors, not during when the victims presented their testimony, but when certain other people presented on things that maybe they didn't feel mattered...some people would nod off.'

Scotty said that Maxwell's manner in court was discussed during deliberations. He said, 'We did discuss that we thought she was a little standoffish and not necessarily cold, more like she was paying attention.'

In an insight that will surely come as a gut blow to Maxwell herself, who reportedly wanted to testify but was advised against it, Scotty revealed that if she had taken the stand, 'It would have shown maybe that she was a little more human.

'Maybe if she gave her version of the story, who knows, maybe if she gave us a story of how she was manipulated...I don't know. But then that would have been an admission I feel like of guilt.'

Jurors were instructed not to draw any inference of guilt or otherwise from Maxwell's decision not to testify and, Scotty said, it was simply set to one side and not discussed during deliberations.

Asked if, at any stage, he had experienced any sympathy for Maxwell he said, 'Absolutely. Because this is the rest of her life, right? We were deciding what happens based off the evidence provided.

'We took that very seriously because we took at as, this could be our sister, our sister could be on trial here. We have to really comb through the evidence and make sure we have enough proof to say that she's either guilty or not.'

David told The Independent he found all the accusers to be credible, despite the defence's attacks on their stories and memories.

### How Maxwell could claim a mistrial after juror reveals he was victim of child sex abuse and shared his experience with the jury

**Ghislaine Maxwell** could lodge a claim of mistrial after it emerged one of the jurors who convicted her was a victim of child sex abuse.

Scotty David said he had helped the other members of the jury understand things from a victim's point of view.

He also claimed the five guilty verdicts returned last week, possibly condemning Maxwell to spend the rest of her life behind bars, were for 'all the victims'.

David said that after he revealed his ordeal, another juror came forward with to share that they too had been sexually abused.

Legal experts said that if David failed to disclose his past experiences before the jury deliberations, Maxwell could have grounds to claim a mistrial and have her convictions quashed.

Moira Penza, a former federal prosecutor in New York, said: 'I certainly hope the juror disclosed this fully on his questionnaire.

'A little strange the defence didn't strike him. It could definitely be an issue.

'In the first instance it would likely form the basis for a motion to Judge [Alison] Nathan for a new trial.'

However, the question of whether a potential juror was a victim of sexual abuse or a relative or friend of a victim was asked in the 50-question questionnaire completed by each juror ahead of selection.

Scotty could not remember that question when asked by DailyMail.com but was certain that he had answered all questions honestly.

ISEMENT

'They were all believable. Nothing they said felt to me like a lie,' he said.

  

'I know what happened when I was sexually abused. I remember the color of the carpet, the walls. Some of it can be replayed like a video,' he said, and he explained this to fellow jurors.

'But I can't remember all the details, there are some things that run together.'

Scotty said when he chose to share his own experience of sexual abuse the room 'went silent'.

It has since been speculated that the fact that a juror was a victim of sexual abuse could be used by Maxwell as grounds of appeal.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**


'Brutal' Prince Andrew court hearing 'couldn't have gone...


Ghislaine Maxwell juror was abuse victim: Convicted sex...


New York judge leaves Prince Andrew sweating as he decides...



+9 View gallery

Scotty recalled looking directly at Maxwell, 'I could literally see her [all the time]. There were times when it felt like she was staring right at me and we would lock eyes...it didn't feel real'



Scotty is completely satisfied that they reached the right verdict and that, with Maxwell's conviction, justice has been done. He says that he believes she will spend the rest of her life in prison unless a deal is done



1/26/22, 3:30 PM                Ghislaine Maxwell juror says evidence convinced panel she was a predator | Daily Mail Online
Case 1:20-cr-00330-AJN   Document 615-2   Filed 02/24/22   Page 8 of 12
ISEMENT

**Scotty said that Maxwell's manner in court was discussed during deliberations. He said, 'We did discuss that we thought she was a little standoffish and not necessarily cold, more like she was paying attention'**

However, the question of whether a potential juror was a victim of sexual abuse or a relative or friend of a victim was asked in the 50-question questionnaire completed by each juror ahead of selection.

Scotty could not remember that question when asked by DailyMail.com but was certain that he had answered all questions honestly.

He also revealed that he was not the only juror to share a story of sexual abuse and that it did not affect his ability to view Maxwell as innocent until proven guilty.

It did, however, he believes give him access to a better understanding of the testimony of victims.

To that end, he said, the defense's tactic of 'going hard' on the victims did not play well with him or other jurors.

Scotty pointed to defense attorney Laura Menninger's use of air-quotes when questioning Jane about her story of 'escaping' Epstein at one point.

He said, 'Everything, her tone, using air-quotes with escape … I think she was acting in order to convince us that this girl's lying and lying for money.'

Instead, he said, all it did was convince jurors that the defense team were showing a complete lack of respect for the victims.

He said, 'I just felt terrible I'm like, 'I can't believe you're treating this woman like this.' Like even if she's lying there's better ways to go about it…I don't feel attacking them that way or degrading her based on what she said was the way to go.'

The jury was sent out with a daunting 80 pages of instructions after a trial that was often dizzying in detail with lengthy testimony from the victims alone, and six counts to consider.

At first, Scotty admitted, jurors struggled to know where to start or how to make any progress at all.

He said that they did not take an initial vote of opinions but instead, on the first day they were sent out simply chose a foreperson and began by reading the instructions page by page.

He said, 'It was overwhelming. I mean 80 pages of how you interpret the law on each count, and it flips back and forth between different pages, and you have to flip 20 pages in order to get a definition of something else that can apply to one specific count.'

# 'Brutal' Prince Andrew court hearing 'couldn't have gone worse' for him: Duke's hopes of having case thrown out hang by a thread after judge 'made it very clear he did not accept' royal lawyers' arguments, experts say

Prince Andrew's hopes of getting the case by his US sex accuser thrown out of court were hanging by a thread last night following a 'brutal' hearing in New York.

A judge told the royal he would find out 'pretty soon' – most likely within days – if his bid to have the lawsuit dismissed would be successful.

But the early signs were not good for the Queen's son after Judge Lewis Kaplan put his legal team through a bruising encounter during a make-or-break hearing in New York yesterday.

One legal expert said that the hearing 'could not have gone worse' and pointed out that the fact that his lawyers were reduced to saying they 'respectfully disagree' with the judge did not bode well- adding 'respectfully disagreeing with the judge means you are about to lose.'



+9
View gallery

Prince Andrew is interviewed for the BBC's Newsnight in November 2019. In the interview, Andrew denied Ms Giuffre's claim that they had shared a sweaty dance at a London nightclub, saying that at the time he could not sweat due to a condition

Andrew's lawyer was seeking to persuade the court that his accuser, Virginia Roberts, now known as Virginia Giuffre, had waived her right to sue him when she

Maxwell faced six counts relating to sex trafficking which centered on the stories of four victims.

A fifth victim, Kate, was called only to show a pattern of grooming behavior and was not directly implicated in any of the counts.

At first jurors struggled to agree, Scotty said, over the legal definitions of terms such as 'enticing.'

He said, 'It was super confusing. It didn't get heated. It was just confusing, and when people are confused, tones can get raised. Nobody ever yelled at other people. People would just speak, sounding frustrated.

'So, we [realized] we had to come up with a new game plan and that game plan was, we're going to talk to each other with compassion.'

According to Scotty once the jurors had found a way to 'understand' each other they worked methodically through each count starting with count 2.

This was the only charge on which they did not convict Maxwell and related to the charge of 'enticing' Jane to travel for sexual exploitation.

An initial vote saw 7 jurors vote guilty and 5 not guilty. Those 'not guilty' votes turned to 'not sure' on further discussion. Ultimately, he said, it was not a question of Jane's credibility but rather the fact that they simply did not feel the evidence was there to meet the necessary bar of beyond reasonable doubt.

Working through each charge jurors wrote out lists of evidence on a white board and attached post-it notes as they built the case for each as they saw it and deliberated towards consensus.

On counts two and four – both relating to Jane – there was a 7/5 split of guilty/not sure. On counts one, three and five – all conspiracy charges – there was a 10/2 guilty/not sure split and on count six, the sex trafficking charge relating to Carolyn, all voted guilty from the start.

Scotty said he never felt pressure from either the judge or the rest of the jurors to reach a verdict. In fact, he said, when the judge sent a note on Wednesday 29 December informing them that if they had not reached a verdict she would recall them the following day, they were about to send her a note saying they had reached consensus on all counts.

signed an earlier £370,000 ($500,000) legal settlement with pedophile Jeffrey Epstein, the duke's friend.

Miss Roberts, 38, one of the billionaire sex offender's most high-profile victims, claims she was trafficked by him and girlfriend Ghislaine Maxwell to have sex with Andrew on three occasions when she was 17.

The 61-year-old prince vehemently denies the claims and says he has no recollection of even meeting her.

Judge Kaplan appeared mostly dismissive of the arguments by the duke's lawyer, Andrew Brettler.

He said that part of the 2009 settlement protecting 'other potential defendants' that Andrew's lawyers had appeared to be leaning on was 'unclear' and pointed to two sentences in the text that seemed to suggest it could not be used by Andrew.

Judge Kaplan also pointed to language in the agreement stating it is 'not intended to be used by any other person' to protect themselves from lawsuits without the agreement of Miss Roberts and Epstein - again suggesting Andrew could not rely on it.

While he did not immediately rule at the end of the hearing, he made clear that he was not leaning Andrew's way as he rejected much of the reasoning offered by Mr Brettler, who said the case 'should absolutely be dismissed'.

Judge Kaplan told the two sides: 'I appreciate the arguments and the passion. You'll have the decision pretty soon.' But he directed that the exchange of potential evidence in the case was to proceed as scheduled – which was seen as an indication he would likely rule against Andrew's motion.

Sources close to the proceedings yesterday described them as 'brutal' for Andrew. During the hour-long hearing, held via video conference due to Covid, Judge Kaplan interjected several times in Mr Brettler's arguments.

He told him once: 'With all due respect, Mr Brettler, that's not a dog that's going to hunt here' and another time asked the lawyer outright: 'So what?'

   

Case 1:20-cr-00330-AJN   Document 615-2   Filed 03/24/22   Page 10 of 12



**Maxwell (pictured with Epstein) faced six counts relating to sex trafficking which centered on the stories of four victims**



ISEMENT

**Scotty revealed that he was not the only juror to share a story of sexual abuse and that it did not affect his ability to view Maxwell as innocent until proven guilty**

Today Scotty is completely satisfied that they reached the right verdict and that, with Maxwell's conviction, justice has been done.

He says that he believes she will spend the rest of her life in prison unless a deal is done to reduce her sentence. But said that he had no idea of the severity of the potential sentence until after the verdict was reached and that it would not have influenced anything if he had.

He said, 'It satisfies me to know that we did our due diligence and that we brought justice for these victims, for these girls who are now women.'

He said that, ultimately, he and the rest of the jurors were convinced that Epstein and Maxwell's lives were so 'intertwined' that it was inconceivable that she was not fully aware of his crimes.

She aided and abetted, he said. And with her conviction she wasn't paying or being held accountable for Epstein's crimes as her attorneys have argued, Scotty said, instead she was answering to her own guilt because she was 'every bit as culpable' as he.

According to Scotty, 'The prosecution proved their case beyond reasonable doubt.'

---

**Share or comment on this article: Ghislaine Maxwell juror says evidence convinced panel she was a 'predator'**

| **792** shares | It is detrimental and wrong in multiple ways for a... by **CL09**  **8844** | Add comment |

**These Top-Of-The-Line Luxury SUVs Are Shockingly Affordable**
Luxury SUV Savings   Shop Now

**He Is Probably The World's Oldest Living Hollywood Actor**
Lawyers Favorite

Sponsored Links