# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com

February 24, 2022

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

In response to today's Court Order (Dkt. 610), the defense proposes limited redactions to the attached Opinion and Order, dated February 24, 2022, filed under temporary seal.

Very truly yours,

/s/

BOBBI C. STERNHEIM

Attachment (under temporary seal)

cc: Counsel of Record