# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax  

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

February 24, 2022

Honorable Alison J. Nathan  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 2/25/22

Re: *United States v. Ghislaine Maxwell*  
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

In response to today's Court Order (Dkt. 610), the defense proposes limited redactions to the attached Opinion and Order, dated February 24, 2022, filed under temporary seal.

Very truly yours,

/s/

BOBBI C. STERNHEIM

Attachment (under temporary seal)

cc: Counsel of Record

> The Court approves the Defense's proposed redactions, which are narrowly tailored to redact specific categories of questions the Court may ask at the forthcoming hearing. Consistent with this Court's prior order, such redactions help ensure the integrity of the forthcoming hearing. *See* Dkt. No. 596. The Court will docket the redacted Opinion & Order. As noted in the prior order, the redactions will be promptly unsealed following the hearing.
> SO ORDERED.
>
> *[signature]* 2/25/22