

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 1, 2022

**BY EMAIL TO**: NathanNYSDChambers@nysd.uscourts.gov

Honorable Alison J. Nathan
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    United States v. Ghislaine Maxwell
               Case No.: 20-CR-330 (AJN)
               <u>Southern District of New York</u>

Dear Judge Nathan:

     Please be advised that I represent Juror 50. I am writing in response to Your Honor's <u>February 24, 2022</u> Order (ECF No.: 610) directing Juror 50 to appear for a hearing on <u>March 8, 2022</u>.

     I write to inform the Court that Juror 50 will invoke his Fifth Amendment privilege against self-incrimination at the hearing.

     Thank you for your consideration.

                            Sincerely,
                     **Spodek Law Group P.C.**
                        /S/ Todd A. Spodek

TAS/az

cc:    All Counsel (By Email).
        Juror 50 (By Email).