

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2022

**BY EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

By letter dated March 1, 2022, counsel for Juror 50 informed the Court that Juror 50 will invoke his Fifth Amendment privilege against self-incrimination at the hearing scheduled for March 8, 2022. The Government writes to notify the Court that it is in the process of seeking internal approval to seek an order, pursuant to 18 U.S.C. §§ 6002 and 6003, compelling Juror 50's testimony at the hearing. The Government will, subject to internal approval, submit a proposed order to the Court in advance of the hearing.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

                                By:    s/
                                       Maurene Comey
                                       Alison Moe
                                       Lara Pomerantz
                                       Andrew Rohrbach
                                       Assistant United States Attorneys
                                       Southern District of New York

Cc: All Counsel (by email)