

**Haddon, Morgan and Foreman, P.C**
**Jeffrey S. Pagliuca**

950 17th Street
Suite 1000
Denver, Colorado 80202
PH 303.831.7364
FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

March 2, 2022

**VIA EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)
      Maxwell Request for adjournment of hearing on Motion for New Trial

Dear Judge Nathan,

Ms. Maxwell respectfully requests that the Court continue the hearing scheduled to occur on March 8, 2021. Unfortunately, Ms. Maxwell's Colorado based counsel are unavailable.

Mr. Pagliuca will be in a criminal jury trial in Eagle County Colorado, *People v. Robert Fergus-Jean*, 2020 CR 000304. Both sides announced ready on February 9, 2022. The trial will begin on March 7 and will last approximately 10 days. Ms. Menninger is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and unavailable to travel to New York ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

On March 16, 2022, Ms. Sternheim starts a trial, of approximately six-week duration, before the Honorable Jesse M. Furman in *United States v. Marquez-Alejandro and Blondet,* 16 Cr. 387 (JMF), the trial that was rescheduled to accommodate commencement of Ms. Maxwell's trial last November.

The Honorable Alison J. Nathan
March 2, 2022
Page 2

      Ms. Maxwell requests that her lawyers be present for this important proceeding and that the Court continue the matter to a date in May convenient to the Court and the parties.

Respectfully Submitted,


*s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303-831-7364

Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: 212-957-7600

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
225 Broadway, Suite 715
New York, NY 10007
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*


cc: Counsel of record (via Email)