# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/22

March 2, 2022

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> No grounds are offered for entitlement to the requested proffer, and the Court is not aware of any basis for granting the request. DENIED. SO ORDERED.
>
> /s/ Alison J. Nathan
> 3/3/22

Re: *United States v. Ghislaine Maxwell*
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

In response to a letter from Juror 50's counsel indicating the juror's intention to assert the Fifth Amendment privilege against self-incrimination at the upcoming hearing (Dkt. 624), the government has informed the Court that it is in the process of making an application for a grant of immunity for the juror. (Dkt. 625). Juror 50 has publicly stated that he "answered all questions honestly." Ms. Maxwell requests a proffer from Juror 50's counsel explaining the basis for his client's assertion of the Fifth Amendment and the government's willingness to provide immunity to Juror 50.

Very truly yours,

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

cc: Counsel of record