UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/22
```

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As noted in this Court's prior order, a hearing on the Defendant's motion for a new trial is scheduled for March 8, 2022, at 10:00 a.m. Dkt. No. 610. The hearing location is hereby changed to **Courtroom 110** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

      The District Executive's Office will coordinate seating in Courtroom 110 for members of the media and the public. Overflow courtrooms will be available if needed.[1] The overflow rooms will have live video and audio feeds of the proceeding. The use of any electronic devices in Courtroom 110 or the overflow courtrooms is strictly prohibited.

      In accordance with its prior Order, access for any victims who wish to attend will be coordinated between the Victim Witness Unit and the District Executive's Office, and Defense counsel may coordinate access for members of the Defendant's family with the District Executive's Office. *See* Dkt. No. 344.

---

[1] Since November 1, 2021, the Court of the Southern District of New York has not permitted telephone dial-in access for criminal proceedings that are taking place in court. *See* https://nysd.uscourts.gov/sites/default/files/2021-11/Memo%20re%20Telephone%20Access%20for%20Crim%2011.3.pdf.

1

Per the S.D.N.Y. Response to COVID-19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. Only persons who meet the entry requirements established by the questionnaire will be allowed to enter the courthouse. All visitors must wear an N95, KN95, or KF94 mask at all times. Surgical masks, cloth masks, bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID-19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED.

Dated: March 3, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge