UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/22
```

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As indicated at yesterday's hearing, the Court has docketed the unredacted copy of the Court's February 24, 2022, Opinion & Order, the Government's proposed questions, the Defendant's proposed questions with limited redactions, the signed immunity order with limited redactions, and Hearing Exhibit 1. The limited redactions to the signed immunity order and the Defendant's proposed questions are narrowly tailored to further the interest of protecting juror anonymity. The Court will file the unredacted documents under seal.

    SO ORDERED.

Dated: March 9, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1