UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's instruction at the March 8 hearing, the parties submitted revised redactions to their briefing on the Defendant's motion for a new trial. The Court rejects the Defendant's proposed redaction to page 8, lines 6-7 of her reply because it is not necessary to protect any continuing interest in juror anonymity and privacy. *See* Dkt. No. 607. The Court concludes that the remaining proposed redactions are narrowly tailored to further the important interest of protecting juror anonymity and privacy. *Press-Enter. Co. v. Superior Ct. of Cal., Riverside Cnty.*, 464 U.S. 501, 511-12 (1984). The parties are ORDERED to file the redacted briefs (with the above noted line unredacted) on the docket on or before **March 11, 2022**. The Court will file the unredacted briefs under seal.

    SO ORDERED.

Dated: March 10, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1