# EXHIBIT 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

            v.                              20-cr-330 (AJN)

GHISLAINE MAXWELL,

                 Defendant.              Voir Dire
------------------------------x
                                         New York, N.Y.
                                         November 16, 2021
                                         8:45 a.m.

Before:
                    HON. ALISON J. NATHAN,

                                         District Judge

                       APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  MAURENE COMEY
     ALISON MOE
     LARA POMERANTZ
     ANDREW ROHRBACH
     Assistant United States Attorneys

HADDON MORGAN AND FOREMAN
     Attorneys for Defendant
BY:  JEFFREY S. PAGLIUCA
     CHRISTIAN R. EVERDELL
     LAURA A. MENNINGER
        -and-
BOBBI C. STERNHEIM
     Attorney for Defendant
        -and-
RENATO STABILE
     Attorney for Defendant

Also Present:  SUNNY DRESCHER,
                  Paralegal, U.S. Attorney's Office
               CAMILLE DELGADO,
                  Paralegal, Haddon Morgan and Foreman
```

Case 1:20-cr-00330-AJN   Document 643-2   Filed 02/24/22   Page 3 of 10    128
LBG8MAXVD1

1        MR. PAGLIUCA:  No, your Honor.  Thank you.
2        THE COURT:  Thank you.
3        Juror No. 49, thank you.  My law clerk is going to
4   give you instructions about the next step.  Thank you for your
5   time.
6        (Juror exits courtroom)
7        THE COURT:  Juror No. 50.
8        (Juror present)
9        THE COURT:  Good afternoon, Juror No. 50.  I am Judge
10  Nathan.  It's nice to see you in person, and thank you for your
11  time.
12        I am going to ask you some follow-up questions related
13  to some of your responses that you provided and some additional
14  questions.
15        First, as I instructed you earlier, the defendant in
16  this case, Ms. Maxwell, is presumed innocent of all charges
17  unless and until the government proves her guilt beyond a
18  reasonable doubt.  Are you able to follow that instruction?
19        JUROR:  Yes.
20        THE COURT:  As I instructed you, until you are excused
21  from the case, you may not take in any kind of media about the
22  case, social media, TV, radio, online, print, anything, or
23  discuss the case with anyone.  Would you have any difficulty
24  following that instruction?
25        JUROR:  No.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1               THE COURT:  Since you took the questionnaire -- now is
2     the time to tell me -- have you read or researched or discussed
3     the case with anyone?
4               JUROR:  I have not.
5               THE COURT:  Schedule.  The trial will start on
6     November 29.  We estimate approximately six weeks.  Can you sit
7     during that time?
8               JUROR:  Yes.
9               THE COURT:  I am going to ask you to pick up the
10    binder in front of you, please.
11              If you turn to Tab 2, there are three pages that lists
12    names of people who may be mentioned during the trial.  I want
13    you to take your time, read all of those names.  If there are
14    any that are familiar to you, please let me know what number.
15              JUROR:  None.
16              THE COURT:  Three pages.
17              JUROR:  None.
18              THE COURT:  Then the next tab is one page, and it
19    lists some addresses and entities that may be mentioned during
20    trial.  Here, the question is not whether you have heard of any
21    of them, but do you have any specific familiarity?
22              JUROR:  No.
23              THE COURT:  Then the last tab.  As the instructions
24    say, don't say it out loud, but just yes or no.  Other than
25    having heard of it, do you have any specific familiarity?

1                JUROR:  No, I do not.

2                THE COURT:  You can put that aside.

3                You have indicated in your questionnaire that before

4    the questionnaire you had heard about Ms. Maxwell.  Do you

5    recall where you heard about her?

6                JUROR:  I heard when Jeffrey Epstein had died that he

7    had had a girlfriend, just from a news article, a news

8    broadcast on CNN.

9                THE COURT:  Other than what you just described, do you

10   remember hearing anything else about Ms. Maxwell?

11               JUROR:  Nothing.

12               THE COURT:  The question is -- it's an important

13   question -- can you put aside anything that you have read or

14   heard about Ms. Maxwell and decide the case based on the facts

15   and evidence, or lack of evidence, here presented in court?

16               JUROR:  Absolutely.

17               THE COURT:  And follow my instructions as to the law?

18               JUROR:  Yes.

19               THE COURT:  In your questionnaire, you indicated

20   before the questionnaire you had heard about Mr. Epstein.  What

21   you described, you said CNN.  Other than what you have

22   described, do you recall anything that you heard about Mr.

23   Epstein?

24               JUROR:  Not really.  I don't really have cable, so

25   it's very rare that I even see anything.

1                THE COURT:  Based on what you did here or read
2     previously, same question, can you put it aside, decide the
3     case based on the facts and evidence, or lack of evidence, here
4     presented in court?
5                JUROR:  Yes.
6                THE COURT:  Any doubt about that?
7                JUROR:  No doubt.
8                THE COURT:  Let me ask you, do you have any reason to
9     think you might have any bias either for or against law
10    enforcement of any kind?
11               JUROR:  No.
12               THE COURT:  Any reason to think you have any bias for
13    or against criminal defense lawyers?
14               JUROR:  No.
15               THE COURT:  Do you have any opinion about the criminal
16    justice system, generally, or the federal criminal justice
17    system that might make it difficult for you to be fair and
18    impartial here?
19               JUROR:  No.
20               THE COURT:  Do you have any opinion about people who
21    are wealthy or who have luxurious lifestyles that might make it
22    difficult for you to be fair and impartial here?
23               JUROR:  No.
24               THE COURT:  Counsel, anything further before
25    background questions?

```
1                MS. POMERANTZ:  No.
2                MS. STERNHEIM:  No.
3                THE COURT:  Juror No. 50, how old are you?
4                JUROR:  I am 35.
5                THE COURT:  What county do you live in?
6                JUROR:  I live in Manhattan.
7                THE COURT:  How long have you lived here?
8                JUROR:  Ten years.
9                THE COURT:  How far did you go in school?
10               JUROR:  I finished my bachelor's degree.
11               THE COURT:  What did you study?
12               JUROR:  Finance.
13               THE COURT:  Are you working now?
14               JUROR:  Yes.
15               THE COURT:  What kind of work?
16               JUROR:  I am an executive assistant in finance.
17               THE COURT:  And you work at a private company of some
18   kind?
19               JUROR:  Yes.
20               THE COURT:  How long have you been in that position?
21               JUROR:  With this company, almost four years now.
22               THE COURT:  Same position with another company prior
23   to that?
24               JUROR:  Yes.  Ever since I graduated college in 2008.
25               THE COURT:  Do you live with anybody?
```

1            JUROR:  I live alone.
2            THE COURT:  Do you typically read any newspapers or
3    magazines, either in print or online?
4            JUROR:  No, I do not.
5            THE COURT:  Do you frequently visit any particular
6    websites?
7            JUROR:  No.
8            THE COURT:  Ever comment or post on websites?
9            JUROR:  No.
10           THE COURT:  Do you use social media?
11           JUROR:  I do, but I actually just deleted them because
12   I just got out of a relationship and I didn't want to see
13   anything regarding them.  So I am fully off of it right now.
14           THE COURT:  What did you use, Facebook, Twitter?
15           JUROR:  I used Facebook and Instagram.
16           THE COURT:  When you had those, what kind of stuff
17   would you post?  Would you post about news of the day or
18   politics or personal stuff?
19           JUROR:  Personal stuff, like selfies.
20           THE COURT:  How long ago did you delete your accounts?
21           JUROR:  It was actually last week.
22           THE COURT:  Do you watch television?
23           JUROR:  I have Netflix, so I watch Netflix.
24           THE COURT:  What kind of shows?
25           JUROR:  Comedies, funny things.

| | |
|---|---|
| 1 | THE COURT: Do you listen to the radio? |
| 2 | JUROR: I do not. I do listen to music, though. |
| 3 | THE COURT: What about podcasts? |
| 4 | JUROR: I do not. |
| 5 | THE COURT: Hobbies or things you do for fun? |
| 6 | JUROR: I love to travel and hang out with friends. |
| 7 | THE COURT: Have you ever followed a criminal case |
| 8 | either on the news or podcasts or the like? |
| 9 | JUROR: I have not. |
| 10 | THE COURT: Any clubs or organizations to which you |
| 11 | contribute time or money? |
| 12 | JUROR: I do not contribute to anything right now. |
| 13 | THE COURT: You have in the past? |
| 14 | JUROR: In college. |
| 15 | THE COURT: In these questions, I have tried to, of |
| 16 | course, get a sense of whether you can be fair to both sides in |
| 17 | this case. Any doubt about your ability to do that? |
| 18 | JUROR: No. |
| 19 | THE COURT: Other than what I have asked you, do you |
| 20 | have any reason to think that you can't be fair and impartial |
| 21 | here? |
| 22 | JUROR: I do not. |
| 23 | THE COURT: Counsel, any questions? |
| 24 | MS. POMERANTZ: No. Thank you. |
| 25 | MS. STERNHEIM: No. Thank you. |

LBG8MAXVD1

1        THE COURT:  Juror No. 50, thank you so much.  My law
2   clerk is going to give you instructions about the next step,
3   and I thank you for your time.
4        (Juror exits courtroom)
5        (Continued on next page)