

`                                             **U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2022

**By ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007B

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

The Government submits this letter to respectfully request that the Court exclude time under the Speedy Trial Act with respect to Counts Seven and Eight, from today's date until April 22, 2022. *See* 18 U.S.C. § 3161(h)(7)(A). The Court previously excluded time through April 1, 2022, finding that the exclusion of time would further the interests of justice by permitting the parties to research and brief post-trial motions. (*See* Dkt. No. 579). Those motions remain pending. Accordingly, because the pending motions affect the scheduling considerations set forth in the Government's January 10, 2022 letter (Dkt. No. 574), the Government respectfully submits that the exclusion of time would further the interests of justice.

The Government has conferred with defense counsel, who consent to this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    s/                       
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (by ECF)