

` U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2022

**By ECF**

The Honorable Alison J. Nathan, Sitting by Designation
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007B

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (VSB)

Dear Judge Nathan:

The Government respectfully submits this letter regarding the deadline for the filing of the Presentence Investigation Report ("PSR"). The Government is informed that the Probation Office will complete the draft PSR on May 24, 2022, and the revised PSR on June 21, 2022, in advance of sentencing on June 28, 2022. Pursuant to Rule 8A of the Court's individual practices, the defendant's sentencing submission is due one week in advance of sentencing, on June 21, and the Government's submission is due three days in advance of sentencing, on June 25.

Accordingly, the defendant's submission is due the same day as the revised PSR, and the Government's submission is due days later, providing the parties insufficient time to incorporate Probation's revised views into their sentencing submissions. The Government therefore respectfully requests that the Court direct the Probation Office to complete the revised PSR no

later than June 14, 2022. The Probation Office has indicated that they do not object to advancing their deadline to June 14, provided the parties provide any comments or objections to the first draft PSR by June 1, 2022.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

By:    s/                           
      Maurene Comey
      Alison Moe
      Lara Pomerantz
      Andrew Rohrbach
      Assistant United States Attorneys
      Southern District of New York

Cc: Defense Counsel (by ECF)