UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court is in receipt of the Government's letter regarding the deadline for the disclosure of the Presentence Investigation Report. Dkt. No. 655. After conferring with the Probation Office, the Court determines that advancing the PSR disclosure schedule will aid the parties in preparing their sentencing submissions. Further the Court hereby adjusts its standard sentencing submission schedule to ensure sufficient time to prepare for sentencing.

Accordingly, the Court ORDERS the following schedule for sentencing:

- May 24, 2022 – First PSR disclosure
- May 31, 2022 – Defendant objections due
- June 6, 2022 – Government response due
- June 9, 2022 – Second PSR disclosure
- June 15, 2022 – Defendant sentencing submission due
- June 22, 2022 – Government sentencing submission due
- June 28, 2022 – Sentencing

This resolves Dkt. No. 655.

SO ORDERED.

Dated: April 26, 2022
New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation