# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

May 10, 2022

Honorable Alison J. Nathan  
United States United States District Judge Sitting by Designation  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *United States v. Ghislaine Maxwell*  
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

The defense requests a two-day extension to file Ms. Maxwell's sentencing submission. Sentencing is scheduled for June 28, 2022. Currently, the defense submission is due June 15 and the government submission is due June 22.

I will be out of the country on June 15 in connection with a pre-COVID commitment, returning to New York on the evening of June 16. I am requesting permission to file Ms. Maxwell's submission on June 17 and for the government to file on June 24.

The government consents to this request. No previous application has been made.

Your consideration is greatly appreciated.

Very truly yours,  
/s/  
Bobbi C. Sternheim

cc: Counsel of record