```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

               Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    As noted in this Court's prior order, sentencing in this matter is scheduled for June 28, 2022, at 11:00 a.m. Dkt. No. 577. The sentencing proceeding will take place in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    Substantial seating for members of the press and public will be available in Courtroom 318. Overflow courtrooms will be available if needed. The overflow rooms will have live video and audio feeds of the proceeding. The use of any electronic devices in Courtroom 318 or the overflow courtrooms is prohibited. The District Executive's Office will coordinate seating in Courtroom 318 and the overflow courtrooms.[1]

    The Court will ensure access for any victims. Victim access will be coordinated between the Victim Witness Unit and the District Executive's Office. Defense counsel may coordinate access for members of the Defendant's family with the District Executive's Office.

| | |
|---|---|
| Wendy Olson, Coordinator<br>Victim Witness Unit<br>United States Attorney's Office<br>(212) 637-1028 | Joseph Pecorino<br>District Executive's Office<br>United States District Court<br>Southern District of New York |

---

[1] Since November 1, 2021, and in accordance with federal law, the Court of the Southern District of New York has not permitted telephone dial-in access for criminal proceedings that are taking place in court. *See* https://nysd.uscourts.gov/sites/default/files/2021-11/Memo%20re%20Telephone%20Access%20for%20Crim%2011.3.pdf.

1

Wendy.Olson@usdoj.gov  (212) 805-0513
Joseph_Pecorino@nysd.uscourts.gov

For information on Courthouse entry protocols, please see

https://www.nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED.

Dated: June 17, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation