

# MARSH
## law firm pllc

31 Hudson Yards, Fl. 11
New York, New York 10001
620-290-9084 ● robertlewis@marsh.law

June 14, 2022

Via email – nathannysdchambers@nysd.uscourts.gov

Honorable Alison J. Nathan
United States District Court
500 Pearl Street
New York, New York 10007

**Re:   Request by Victims to Speak at the Upcoming Sentencing in
USA v. Maxwell, No. 1:20 Cr. -00330-AJN**

Dear Judge Nathan:

We represent Sarah Ransome and Elizabeth Stein, two victims of the sex trafficking perpetrated by Jeffrey Epstein, his lieutenant Ghislaine Maxwell, and others.  Ms. Maxwell is the defendant in the above-referenced case and is to be sentencing on June 28, 2022.

We write to request that the Court allow Ms. Ransome and Ms. Stein to speak briefly at upcoming the sentencing hearing. Ms. Ransome was one of the Epstein victims who spoke to deliver a victim impact statement in front of Judge Berman on August 29, 2019, when Judge Berman dismissed the Epstein indictment due to Epstein's apparent suicide.

Pursuant to 18 U.S.C. section 3771 (the "Crime Victims' Rights Act") "A crime victim has
*  *  *
(4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding"[.]

1

Accordingly, we request that Ms. Ransome and Ms. Stein be given an opportunity to speak at the Maxwell sentencing,

Very truly yours,

*Robert Y. Lewis*
Robert Y. Lewis

Cc: mcohen@cohengresser.com
lmenninger@hmflaw.com
bcsternheim@mac.com
smccawley@bsfllp.com
alison.moe@usdoj.gov
maurene.comey@usdoj.gov
lara.pomerantz@usdoj.gov
ktownsend@rcfp.org