UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/22
```

United States of America,

–v–

Ghislaine Maxwell,

              Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    This order corrects the contact information for Wendy Olsen contained in the Court's original order, Dkt. No. 665.

    The Court is in receipt of a letter submitted by an attorney for two individuals seeking to speak as victims at sentencing. The Defendant submitted a letter in response. No party requested redactions or sealing of the letters. The Court will docket the letters.

    Any victim seeking to make a statement at sentencing shall contact the Victim Witness Unit of the United States Attorney's Office:

> Wendy Olsen, Coordinator Victim Witness Unit
> United States Attorney's Office
> (212) 637-1028
> Wendy.Olsen@usdoj.gov

    A victim seeking to make a statement must submit a written statement by email to the Victim Witness Unit by **noon on Thursday, June 23, 2022.** In addition to submitting the written statement, the submission must note whether the victim seeks to make an oral statement at sentencing and provide a basis for entitlement to make a statement under the Crime Victims' Rights Act, 18 U.S.C. § 3771. Statements that do not conform to this process will not be permitted.

1

      The Government is ORDERED to inform the Defendant of any anticipated victim impact statements by **2:00 p.m. on Thursday, June 23, 2022**. If either party objects to any statement, the objection and statement being objected to must be filed with the Court by **2:00 p.m. on Friday, June 24, 2022**. Any statements to which the parties do not object must be submitted to the Court by **5:00 p.m.** on that same date.

      The Government is FURTHER ORDERED to confirm with the Court by **noon tomorrow, June 22, 2022**, that victims have been notified of the rights described in the CVRA, consistent with 18 U.S.C. § 3771(c)(1).

      SO ORDERED.

Dated: June 21, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation