

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2022

**By ECF**

The Honorable Alison J. Nathan, Sitting by Designation
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the Court's Order dated June 21, 2022 directing the Government to confirm that victims have been notified of the rights described in the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, in advance of the sentencing scheduled to take place on June 28, 2022 in the above-referenced case. (Dkt. No. 665). Consistent with the CVRA, the Government has provided notice of the right to be heard in connection with sentencing to the six individuals who were proven at trial to be directly and proximately harmed by the defendant's criminal conduct. Specifically, the Government provided such notice, through counsel, to the individuals identified at trial as Jane, Annie, Kate, Carolyn, Virginia, and Melissa.

Additionally, the Government has posted on its website (https://www.justice.gov/usao-sdny/united-states-v-ghislaine-maxwell) the details of the Court's June 21, 2022 Order, including Wendy Olsen's contact information. The Government will convey any victim impact statements it has received to the defense consistent with the Court's June 21, 2022 Order.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: ___s/_____
    Maurene Comey
    Alison Moe
    Lara Pomerantz
    Andrew Rohrbach
    Assistant United States Attorneys
    Southern District of New York

Cc: Defense Counsel (by ECF)