UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                    Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Government is ORDERED to provide its position on the proposed victim impact statements and the Defendant's objections and redaction requests by **5:00 p.m. today, June 24, 2022**. The Government's letter should be docketed with any proposed redactions.

Defense counsel is ORDERED to docket its letter regarding proposed victim impact statements and accompanying exhibits with any proposed redactions by **5:00 p.m. today, June 24, 2022**.

SO ORDERED.

Dated: June 24, 2022
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation