

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2022

<u>**By ECF**</u>

The Honorable Alison J. Nathan, Sitting by Designation
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     **Re:**    ***United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)**

Dear Judge Nathan:

       The Government respectfully submits this letter in response to the Court's June 24, 2022

Order directing the Government to promptly docket the written victim impact statements it has

received.  Enclosed please find victim impact statements from Annie Farmer, Kate, Virginia

Roberts Giuffre, Maria Farmer, Teresa Helm, Juliette Bryant, and Sarah Ransome.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

       By:    s/
                  Maurene Comey / Alison Moe
                  Lara Pomerantz / Andrew Rohrbach
                  Assistant United States Attorneys
                  Southern District of New York

Cc: Defense Counsel (by ECF)



Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

June 22, 2022

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

    I am counsel for Annie Farmer, and I am providing the following victim impact statement for the Court's consideration with respect to Maxwell's sentencing.

    Pursuant to the Crimes Victims' Rights Act, 18 U.S.C. Sec. 3771, Ms. Annie Farmer qualifies as a victim and was a testifying witness during the trial. Ms. Farmer thus requests the Court's permission to make an oral statement at the sentencing.

<u>Statement by Annie Farmer:</u>

Judge Nathan,

    For a long time, I wanted to erase from my mind the crimes that Ghislaine Maxwell and Jeffrey Epstein committed against me and pretend they hadn't happened. Beyond my initial description to my boyfriend and family of what occurred when I was with them in New Mexico, I didn't talk about it for years. It was the type of dark memory that feels safest to keep locked away, and so I did the best I could.

    The world did not cooperate with this strategy, however. Something would bring to mind this experience and my body would respond with an upset stomach and physical shakiness. I'd feel irritable, have trouble focusing, and feel disoriented. In recent years, I have been asked repeatedly to describe these crimes to law enforcement and the media, and I have learned heartbreaking details about the ways Maxwell and Epstein abused and exploited so many others. Focusing on these experiences that I tried so hard to avoid thinking about has forced me to acknowledge the many ripple effects of their crimes for myself and my family and the continued impact of these long-ago events on my life.

    One of the most painful and ongoing impacts of Maxwell and Epstein's abuse was a loss of trust in myself, my perceptions, and my instincts. When predators groom and then abuse or exploit children and other vulnerable people, they are, in a sense, training them to distrust

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



themselves. When a boundary is crossed or an expectation violated, you tell yourself, "Someone who cares enough about me to do all these nice things surely wouldn't also be trying to harm me." This pattern of thinking is insidious, so these seeds of self-doubt took root even as I learned my sister had also been harmed by them, and came to find out years later that many others had been exploited. For years these memories triggered significant self-recrimination, minimization and guilt. I blamed myself for believing these predators actually wanted to help me. I felt tremendous survivor guilt when I heard what other girls and young women had experienced at the hands of Maxwell and Epstein. I saw how my sister's concern about me weighed on her and felt guilty about this as well.

This toxic combination of being sexually exposed and exploited, feeling confused and naïve, blaming myself all resulted in significant shame. That sickening feeling that makes you want to disappear. It was not constant, but would come in waves, similar to the waves of anxiety that would also show up. When I think back, I see a slideshow of moments when these feelings would surface and overwhelm me. I remember sitting at my desk in a Houston hospital physically shaking after seeing the photo of Maxwell with Virginia Giuffre and Prince Andrew because it became clear to me how their scheme had continued; the time an unexpected security screening from a TSA agent who patted down my chest with the back of her hand left me crying and disoriented at the airport; a 40th birthday gathering where I broke down crying telling the story to some friends for the first time. There are too many of these moments to name, and though I have come a long way in my path of healing, I know that these feelings will continue to be triggered at times.

The ripple effects of trauma are undeniable, when one person is abused, many others are harmed. In addition to the way I was impacted as an individual, there was the pain I experienced as a sister due to how Maria was abused by Maxwell and Epstein, and the harm caused to the rest of my family due to these events. My sister's abuse—the sexual assault, Maxwell's threats that stole her sense of safety and her career, the way they used her to get to me—had devastating effects on her and as my family watched her grow more isolated and more physically ill from the stress of all of it, we all felt powerless. It was heartbreaking and infuriating, and we later learned how often this pattern was repeated. A young person on the path of pursuing her dreams was pulled in by Maxwell, was abused and exploited, and then had to try to piece together a life in the aftermath of this trauma that left them feeling distrustful and fearful. Most of these individuals had families who were also negatively impacted as they witnessed and felt the systemic effects of their loved one's losses and struggles. The number of people harmed is impossible to measure.

Maxwell had many opportunities to come clean, but instead continued to make choices that caused more harm. When my sister and I first spoke out to the media about what happened to us, Maxwell lied about us and threatened Maria, thus helping shut down investigations into Epstein's behavior so they could together continue to harm children and young women. After this attempt to alert people to Epstein and Maxwell's abusive behavior, I avoided being public about it for almost two decades. My shame told me that I should hide this fact because it was embarrassing. Later, as I pursued my profession as a psychologist, I feared it could potentially ruin my career. I worried clients would not want to work with me if I was associated with this story wrongly labeled as one of "child prostitution."  I feared being on Epstein and Maxwell's radar because of their previous lies and threats.



Once arrested, Maxwell faced another choice. She could admit her participation in this scheme, acknowledge the harm caused or even provide information that could have helped hold others accountable. Instead, she again chose to lie about her behavior, causing additional harm to all of those she victimized. For me, it meant having to be involved in this nearly two-year legal process that involved reliving this painful experience over and over again. It was incredibly stressful and interrupted my professional life as I missed sessions with my clients for court appearances, trial prep, and meetings with attorneys. An uncertain and shifting trial schedule made it difficult to plan anything. As the trial date drew closer, I scaled back my caseload, as I wasn't sure how it would impact me and how much work I'd have to miss. Then, during the trial, my memories were repeatedly called into question, and I was publicly grilled on the details of the trauma she perpetrated. Given the shame and self-doubt that these injuries had already caused, this all felt like a retraumatization—one that could have been easily avoided had she told the truth.

Judge Nathan, I hope when you consider the appropriate prison sentence for the role Maxwell played in this sex trafficking operation, you take into account the ongoing suffering of the many women she abused and exploited as we will continue to live with the memories of the ways she harmed us. I hope you weigh the systemic effects of the crimes she perpetrated—the ways that our family members, romantic partners, and friends have been hurt through our suffering. I ask you to bear in mind how Maxwell's unwillingness to acknowledge her crimes, her lack of remorse, and her repeated lies about her victims created the need for many of us to engage in a long fight for justice that has felt like a black hole sucking in our precious time, energy, and well-being for much too long now. These things cannot be replaced.

Respectfully,

Sigrid S. McCawley

## In re: Ghislaine Maxwell, Statement for Consideration by "Kate"

I began writing this statement on Mother's day, because, it has been my experience, that it was only in becoming a mother, to a daughter, that gave me the courage and impetus to speak out about the abuse I had suffered and made me understand the gravity and horror of what had taken place.

It was, in fact, when my daughter was about 1 or 2, that I reached out to attorney Brad Edwards and began to tell him the full extent of the heinous manipulation and abuse, instigated and perpetuated by Ghislaine Maxwell. From the very first conversation, I was emphatic that Ghislaine was the true enabler and facilitator of my abuse.

It has been proven to be true for me (and for many survivors of this kind of grooming and insidious abuse with whom I have spoken), that the experience of looking at my own baby girl and imagining her falling victim to such atrocities, awakened compassion in me for myself as a young girl and for the many, many others who suffered because of Ghislaine Maxwell. It was this experience that fueled a call to action.

It was the very skilled grooming, perpetrated on me, intentionally and consistently, that instilled in me, the belief that I could not say no to Ghislaine Maxwell, or Epstein.

I witnessed on numerous occasions, over many years, Ghislaine Maxwell trying to recruit other girls and making consistent and insistent demands on me and others to do the same.

I witnessed her relentless and insatiable drive to meet the sexual needs of Epstein, at any cost to the vulnerable girls and women, upon whom she preyed and fed to Epstein and other powerful men, to whom she wished to ingratiate herself.

There was never any ambiguity or doubt about her having full knowledge of what was to take place once she recruited girls.

The many acts that were perpetrated on me by Epstein, including rape, strangulation and sexual assault, were never consensual, and would have never occurred, had it not been for the cunning and premeditated role Ghislaine Maxwell played.

She repeatedly reinforced rewards for acquiescence and consequences for disobedience.

Being around her was like being spun really fast in a circle and then trying to maintain balance. It was like a roller coaster ride, designed to disorient and disempower me as a vulnerable, young girl, for the sole purpose of providing me to Epstein for sexual abuse.

The best way to imprison someone, is to make them create the prison bars in their own mind, to instill enough fear to make sure they never risk leaving or disobeying and make the bars invisible to everyone, so that no one can see their cage, or hear their silent screams.

The consequences of what Ghislaine Maxwell did have been far reaching for me.
I have struggled with, and eventually triumphed over, substance use disorder.
I have suffered panic attacks and night terrors, with which I still struggle.
I have suffered low self esteem, loss of career opportunities.

I have battled greatly with feeling unable to trust my own instincts, in choosing romantic relationships.

I have had a hard time identifying dangerous people or situations.

I have also suffered periods of disassociation.

At the age of 45, at 19 years of continuous sobriety and, after many years of engaging in different modalities of therapy, I am beginning to see some light in deprogramming my own mind and body from the messages I was programmed with, because of this abuse. What happened to me at that young age changed the course of my life drastically, forever.

Speaking out about what happened to me opened me up to much criticism and forced me to relive parts of my story that I would have preferred to have done privately, in the safety of trusted individuals.

Testifying in this trial was both terrifying and retraumatizing.

I do not, however, regret it for one moment. There is nothing more important than protecting the innocent and, if I was able to provide, in any way, information helpful to understanding the nature of this type of abuse, as perpetrated by Ghislaine Maxwell, then my pain has had meaning and therefore not been for naught.

I remain in deepest gratitude to the other women who came forward and to those who, for whatever reason, didn't or couldn't.

I remain in deepest gratitude to the prosecutors who worked tirelessly to bring Ghislaine Maxwell to justice, to protect the women who testified and to expose the grotesque malice with which these crimes were committed.

I remain in deepest gratitude to the people of the jury, who gave up their time and energy, to be part of this great judicial system, that saw a fair trial was executed.

I remain in deepest gratitude to Judge Nathan, for presiding so cautiously, fairly, and deliberately.

I remain in deepest gratitude to my partner, friends and family, who tirelessly supported me through this unnatural and traumatic time.

2

Finally, I remain in deepest gratitude to my attorneys Brad Edwards and Brittney Henderson, without whom this trial may never have come about.

To them I would like to say:

Thank you for listening when no one else would.
Thank you for never giving up on fighting for what is right.

Special thanks to Brad Edwards, for showing me that good men exist and fight for what is right, no matter the cost.

In becoming, a mother I have learned that forgiveness is important, but so are consequences.


Kate



Sigrid S. McCawley<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

June 22, 2022

United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**   ***United States v. Ghislaine Maxwell**, S2 20 Cr. 330 (AJN)*

Dear Judge Nathan:

I am counsel for Virginia Giuffre, and I am providing the following victim impact statement for the Court's consideration with respect to Maxwell's sentencing.

Pursuant to the Crimes Victims' Rights Act, 18 U.S.C. Sec. 3771, Ms. Virginia Giuffre qualifies as a victim as the Defendant participated in her trafficking from 2000 to 2002, and testimony relating to that trafficking was presented as evidence during the trial in this case. Due to a medical issue, Ms. Giuffre is unable to attend the sentencing in person and therefore respectfully requests that the Court read her statement into the record or, alternatively, allow her attorney representative Sigrid McCawley to read the statement on her behalf.

<u>Statement by Virginia Giuffre:</u>

Your honor, my name is Virginia Roberts Giuffre. For more than two years, from age 16 to 19, I was abused by Ghislaine Maxwell. Before I begin, I want to acknowledge and profusely thank the police, FBI investigators, prosecutors and judges who have invested their time and integrity in this case to hopefully set a precedent for victims and the hunters who prey upon them.

Now, if it pleases the court, I would like to address my victim impact statement directly to Ghislaine Maxwell.

Ghislaine, twenty-two years ago, in the summer of 2000, you spotted me at the Mar-a-Lago Hotel in Florida, and you made a choice. You chose to follow me and procure me for Jeffrey Epstein. Just hours later, you and he abused me together for the first time. Together, you damaged me physically, mentally, sexually, and emotionally. Together, you did unthinkable things that still have a corrosive impact on me to this day.

I want to be clear about one thing: without question, Jeffrey Epstein was a terrible pedophile. But I never would have met Jeffrey Epstein if not for you. For me, and for so many others, you opened the door to hell. And then, Ghislaine, like a wolf in sheep's clothing, you used your femininity to betray us, and you led us all through it.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



When you did that, Ghislaine, you changed the course of our lives forever. You joked that you were like a new mother to us. As a woman, I think you understood the damage you were causing—the price you were making us victims pay. You could have put an end to the rapes, the molestations, the sickening manipulations that you arranged, witnessed and even took part in. You could've called the authorities and reported that you were a part of something awful.

I was young and naïve when we met, Ghislaine, but you knew that. In fact, you were counting on it.   My life as a young person was just beginning. You robbed me of that by exploiting my hopes and ambitions.

Ghislaine, the pain you have caused me is almost indescribable. Because of your choices and the world you brought me into, I don't sleep. Nightmares wake me at all hours. In those dreams, I relive the awful things you and others did to me and the things you forced me to do. Those memories will never go away. I have trouble meeting new people without questioning if somehow they are going to hurt me, too. I don't allow my children to stay over at friends' houses, or to walk down the street alone. I don't trust anyone to be near them without me or my husband close by. I am hyper-vigilant, because I know that evil exists. You taught me that.

There is not a day that goes by that I don't ask, "Why?" Why, Ghislaine, did you enjoy hurting us so much?  I worry every single day and night that you will get away with it and evade being punished. I will worry about that until you are brought to justice. And what should that justice look like? Ghislaine, you deserve to spend the rest of your life in a jail cell. You deserve to be trapped in a cage forever, just like you trapped your victims.

But Ghislaine, I want you to know that while you tried to break me, you didn't succeed. Despite you, I have grown into a woman who tries to do good in the world—a woman who, on her best days, feels like she is making a difference. My promise to you is as follows: As long as you and perpetrators like you continue to prey upon the vulnerable, I will not stop standing up and speaking out. Together, with so many others you abused, we will do all we can to keep predators from stealing the innocence of children. I will never give up. I will never go away. If you ever get out of prison, I will be here, watching you, making sure you never hurt anyone else again.

Thank you, your honor.

Respectfully,

Sigrid S. McCawley



Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

June 22, 2022

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

I am counsel for Maria Farmer, and I am providing the following victim impact statement for the Court's consideration with respect to Maxwell's sentencing.

Pursuant to the Crimes Victims' Rights Act, 18 U.S.C. Sec. 3771, Ms. Maria Farmer qualifies as a victim as the Defendant participated in her trafficking in 1996. Due to a medical issue, Ms. Farmer is unable to attend the sentencing in person, therefore she respectfully requests that the Court read her statement into the record or, alternatively, allow her attorney representative Sigrid McCawley to read the statement on her behalf.

<u>Statement by Maria Farmer:</u>

My life was on a trajectory to be a well-known and well-respected artist when I was derailed by Ghislaine Maxwell. I was studying with the phenomenal artists Eric Fischl and Chuck Close, while doing art for Director James Brooks when I was held captive and assaulted by Jeffrey Epstein and Ghislaine Maxwell on the Wexner estate in 1996. I was freshly graduated from a Masters program in Art—something I worked towards all of my life. Ghislaine began threatening my life and destroying my livelihood following my return from being falsely imprisoned at Wexner's.

She wasn't happy just destroying my career, she also assured me my future was destroyed and she did everything in her vast power to accomplish this goal. She threatened my family and friends.

I have severe PTSD and two cancers as a result of my forced solitude, poverty, and quality of life while in hiding.

The shame I associated with my art following Ghislaine's abuse was overwhelming. I stopped painting. The thing is, this was never my shame to carry. I was a figurative artist doing what artists do, paint. The beholders of my art, Epstein and Maxwell, perverted it into what they

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



wanted. The art was always pure and beautiful, something I now recognize. Ghislaine, Epstein and Wexner are the ones who should have carried the shame for perverting what was beautiful.

It should be known that Ghislaine's impact on my life cannot be understated. Once she gleaned from Vicky Ward (Vanity Fair) that I went to the FBI, my life no longer belonged to me. Aside from living in poverty and obscurity, I have also now had to face public scrutiny as a whistle-blower. I am bullied regularly.

Ghislaine changed everything for the worse. She seemingly derailed me without thought, after I got in her way. She assured me that I could be killed walking down my favorite path in NYC. I never feel safe outside as a result of the massive trauma from being held captive by Wexner's thugs via Ghislaine and Jeffrey. Her threats have never left my mind and I believe she will harm me if she ever has a way. Please keep this in mind when determining her terms of imprisonment. She is a very dangerous and devious individual.

Respectfully,

Sigrid S. McCawley



Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

June 22, 2022

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Ghislaine Maxwell*, **S2 20 Cr. 330 (AJN)**

Dear Judge Nathan:

I am counsel for Teresa Helm, and I am providing the following victim impact statement for the Court's consideration with respect to Maxwell's sentencing.

Pursuant to the Crimes Victims' Rights Act, 18 U.S.C. Sec. 3771, Ms. Teresa Helm qualifies as a victim as the Defendant participated in her trafficking in 2002. Ms. Helm thus requests the Court's permission to make an oral statement at the sentencing.

Statement by Teresa Helm:

Ghislaine Maxwell, I was 22 years old when you entirely derailed the trajectory of my life. You made a choice to view me as an individual less than you. You saw me as an object whose only purpose was to be manipulated, used, abused, regarded as trash, and sent back from where I came. You meticulously convinced me through your deceptive charm and conversation that you were someone worthy of my bright and inspired young mind to look up to. You crafted your impact on me. You groomed me. Then, you sent me off to another monster. I trusted you. You had groomed me so well, I unsuspectingly walked myself to the home of that monster. I walked myself to the home of that predator that hurt me. You manipulated and betrayed me into feeling and believing that I was safe.

One of the most devastating outcomes to you hurting me is how I then began to view and treat myself. I began to view myself as unworthy of love. I began treating myself as the garbage I was regarded as. My life got so dark, the despair so intense, I nearly did not make it out alive. Do you even remember me?

I am on the outside of prison walls. Freedom. Yet, I will forever fight for the freedom that you callously stole from me.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



Teresa J. Helm. Remember my face. Hear my voice. Remember my name.


Respectfully,

Sigrid S. McCawley



Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

June 22, 2022

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

I am counsel for Juliette Bryant, and I am providing the following victim impact statement for the Court's consideration with respect to Maxwell's sentencing.

Pursuant to the Crimes Victims' Rights Act, 18 U.S.C. Sec. 3771, Ms. Juliette Bryant qualifies as a victim as the Defendant participated in her trafficking from 2022 to 2004. Ms. Bryant was unable to leave her small child to travel from South Africa for the sentencing hearing and is therefore, unable to attend. Ms. Bryant therefore respectfully requests that the Court read her statement into the record or, alternatively, allow her attorney representative Sigrid McCawley to read the statement on her behalf.

<u>Statement by Juliette Bryant:</u>

Simply put, Ghislaine Maxwell is a monster. Ever since she and Jeffrey Epstein got their hands on me, I have never felt okay. Thinking about them still gives me frequent panic attacks and night terrors. All of the victims, including myself, are eternally grateful for everyone that has helped expose these criminals.

I appreciate Your Honor imposing the maximum sentence available.

Respectfully,

Sigrid S. McCawley

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com

**Sarah Ransome – Victim Impact Statement for Ghislaine Maxwell**

It has been a long journey to bring Maxwell to justice for the horrific crimes inflicted on me and hundreds of other girls and young women. Sadly, the accurate count of victims will never be known. My book *Silenced No More* chronicles my "journey to hell and back". Although I have physically escaped the trap set by Epstein, Maxwell and their minions, I continue, now 17 years later, to suffer from the horrific trauma it caused.

I was born into a dysfunctional family. My parents divorced when I was three-and-a-half years old. My mother, with whom I lived during most of my youth, was a chronic alcoholic, and my father was largely absent after the divorce. My vulnerability and brokenness made me a prime target for sexual predators.

I came to New York when I was 22 years old, wanting to start my life over after an incredibly abusive relationship, and hoping to attend FIT and work in the fashion industry. Those dreams and aspirations were torn apart.

Soon after arriving, I met an Epstein/Maxwell recruiter named Natalya Malyshev in a club. She befriended me and, soon after that, arranged for me to meet "Jeffery". She described him as a kind philanthropist who could help me get into FIT and provide much-needed support, something which was alien to me.

Over the next seven to eight months, I became, against my will, nothing more than a sex toy with a heartbeat and soul used to entertain of Epstein, Maxwell and others. Sometimes I was subjected to his sexual predation multiple times per day, both in his New York mansion and on his private island St. Little James in the U.S. Virgin Islands, aided by Maxwell and others. On one visit to the island, the sexual demands, degradation and humiliation caused me to try to escape by jumping off a cliff into shark-infested waters; I was caught by Maxwell and company moments before jumping. At the time, that extremely risky escape seemed more appealing than being raped one more time.

As the evidence at the Maxwell trial proved, and my own experience confirms, Maxwell was his righthand woman. She was the Five Star General of several recruiters and many others who provided the means and cover for Epstein's predation.

Epstein and Maxwell were masters at finding young, vulnerable girls and young women to exploit. Upon targeting a vulnerable girl/young woman, they would ingratiate themselves to her, giving her compliments and small gifts, telling her how special she was. They would tell her that Epstein was a very wealthy, generous man whose primary interest was to help the less fortunate. He and Maxwell were sophisticated, worldly adults with deep ties to important people, world leaders and institutions who could give the victims the lifeline they needed to make their dreams reality or crush them.

However, soon after lulling me and others into a false sense of comfort and security, they pounced, ensnaring us in their upside-down, twisted world of rape, rape and more rape. Like Hotel California, you could blindly check into the Epstein-Maxwell dungeon of sexual hell, but you could never leave. Jeffery and Ghislaine made sure of that.

1



The manipulation, intimidation, emotional abuse used to control the girls and women took many forms. In my case, Epstein and Maxwell used my damaged upbringing, naivety, lack of a long-term visa, lack of education and my desire to go to FIT and fear to manipulate and ensnare me.

Once ensnared, between my daily rapes, to pacify me, they told me that I had exceptional potential and intelligence and could become someone and something in life, that my dreams of making my family proud of me were achievable, and that Epstein and Maxwell's strong ties to FIT and important people and institution could make it happen. With their help, my admission to FIT was almost assured.

However, there was always a "but". First, I had to write my application, which I did; but Maxwell had to review it and conveniently always found fault. Then another "but" — I needed to lose 30 pounds because I was a "piglet" (one of Maxwell's numerous degrading descriptions of me). Epstein and Maxwell put me on a strict Atkin's diet while simultaneously sending me to a psychiatrist who prescribed anti-depressants (among other drugs I didn't need) that caused weight gain.

It was a classic no-win situation, and they knew it, precisely what sexual human trafficker seek. Their cruelty knew no bounds.  If I had achieved the desired weight loss, I would have been in a coffin; the FIT application never got submitted.

I thank Almighty God that, in 2007, I eventually managed to escape the horror by fleeing to the UK. Epstein told me repeatedly that if I ever fled, I would be found, and my family would be killed, reinforced by Ghislaine.

Since the "escape", I have been coping with the daily all-consuming fear and anxiety that Epstein and Maxwell would harm me, my loved ones and my family. I have evidence that, indeed, Epstein attempted to find me in 2017. The trauma of that experience has manifested in significant mental and physical health issues, some of which may never be resolved.

Epstein, Maxwell and their enablers have soiled my soul. I pray that the severe emotional distress and anxiety will someday subside. My privacy has been breached, and my reputation damaged. Worst of all, Epstein and Maxwell have taken what should have been the best years of my life away from me. There is no amount of monetary compensation in the world that can replace the time stolen from me and others. Time is priceless, something that not even the wealthiest man in the world can purchase.

I frequently experience flashbacks and wake up in a cold sweat from nightmares reliving the awful experience. I am hypervigilant, experience dramatic mood changes, and avoid certain places, situations and people. I will sometimes start crying uncontrollably and without apparent reason. I have worked hard with several mental health professionals who have diagnosed me with extreme symptoms of anxiety, depression, low self-esteem, PTSD, and tendencies to self-harm.

Despite my earnest effort, I have not realized my God-given potential professionally or been able to enter healthy personal relationships. I have never married and do not have children, something I always wished for, even as a little girl. I shy away from strangers and have difficulty making new friends because they could be associated with Epstein, Maxwell and their enablers.

2



To this day, I attend AA meetings, but I have had numerous relapses and know that only by the grace of God do I continue to live. I have attempted suicide twice since the abuse—both near-fatal. The photos attached as Exhibit 1 show me in a coma in hospital after my first suicide attempt in 2008.

The photos in Exhibit 2 are of me in the hospital after my second suicide attempt in October 2018 during my litigation against Epstein, Maxwell, Sarah Kellen, Lesley Groff and Natalia Malyshev, which was severely retraumatizing.

Last year, I travelled to New York from England (where I now live) to attend Maxwell's trial. That was both therapeutic and traumatizing. It was therapeutic to hear the testimony of the four brave victim-witnesses, whose experience paralleled my own, to know that I was not alone and that our story was finally being told for the world to hear. But unfortunately, it was also traumatizing to relive the experience, and my flashbacks and the nightmares have increased since then.

I am grateful that the jury believed the victims and returned a guilty verdict. I look forward to attending the sentencing and watching Ms. Maxwell stand as her sentence is delivered in open court.

But a question still tears at my soul – After all of this, how can the Five Star General of this enormous, decades-running sex trafficking conspiracy involving so many co-conspirators that snared 100's, if not 1,000s of vulnerable girls and young women continue to maintain her innocence? Why haven't the institutions and important people that enabled them been exposed and brought to justice? Reflecting on it, I know the answers to my questions.

Maxwell is today the same woman I met almost 20 years ago – incapable of compassion or common human decency. Because of her wealth, social status, and connections, she believes herself beyond reproach and above the law. Sentencing her to the rest of her life in prison will not change her, but it will give survivors a slight sense of justice and help us as we continue to work to recover from the sex-trafficking hell she perpetrated. She will never ever hurt another young woman or child in this lifetime. For that, I am sure.

As for the important, high-profile enablers—governmental institutions, politicians and very wealthy friends-of-Epstein/Maxwell here and abroad – so far their stature and power have protected them. I hope, but am not optimistic, that one day they will be exposed, and we will one day be able to say that the United States truly is governed by the rule of law and not by powerful people.

3



To Ghislaine I say -- "You broke me in unfathomable ways, to which only you, the Almighty God and I were witnesses. But you didn't break my spirit or dampen the internal flame of determination that now burns inside me brighter now than ever before!"

_Ransome_     31-05-2022

Sarah Ransome

4

# <u>Exhibit 1</u>

## Photos of Sarah Ransome's Hospitalization

## After Her First Suicide Attempt









**Exhibit 2**

**Photos of Sarah Ransome in the Hospital**

**after Her Second Suicide Attempt**









