**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>–v–<br><br>GHISLAINE MAXWELL,<br><br>Defendant. | Case No. 20–CR–330 (AJN) |

**DECLARATION OF ROBERT Y. LEWIS**

Robert Y. Lewis declares under penalty of perjury as follows:

1. I represent Sarah Ransome and Elizabeth Stein, two victims of the sex trafficking conspiracy of Jeffrey Epstein, Ghislaine Maxwell and others.

2. I make this declaration in support of their motion to speak at the upcoming sentencing of Ghislaine Maxwell who was convicted of five sex trafficking criminal counts – Nos. 1 and 3–6 of the government's Second Superseding indictment.

3. On May 9, 2022, I emailed Dawn Donino at the probation office of the Southern District of New York to inquire to whom and when to submit Victim Impact Statements for Ms. Ransome and Ms. Stein.

4. On May 9, 2022, Ms. Donino emailed back to say that I should communicate with Probation Officer Ashley Geiser.

5. On May 10, 2022, Ms. Geiser emailed me saying that she was completing the presentence investigation for Ms. Maxwell and directed that I submit any Victim Impact Statement to her by June 3 for inclusion in the Presentence Report.

6. On May 31, 2022, I emailed the Victim Impact Statement of Sarah Ransome to Ms. Geiser.

7. On June 3, 2022, I emailed the Victim Impact Statement of Elizbeth Stein to Ms. Geiser.

Dated: June 23, 2022

*Robert Y. Lewis*

Robert Y. Lewis