# LAW Offices of BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax  

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

June 25, 2022

Honorable Alison J. Nathan  
Sitting By Designation  
United States District Court  
40 Foley Square  
New York, NY 10010

Re: *United States v. Ghislaine Maxwell*  
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

  This letter is submitted in response to the motion and exhibits filed by counsel for Sarah Ransome and Elizabeth Stein, requesting permission for both individuals to give oral victim impact statements during Ms. Maxwell's sentencing hearing. *See* Dkt. 675, 675-1, 675-2. We oppose the motion for the reasons stated in our previous submissions on this issue and incorporated herein (Dkt. 667, 672): Neither Ms. Ransome nor Ms. Stein qualify as statutory crime victims under the CVRA. The motion should be denied in its entirety.

                Very truly yours,

                /s/

                BOBBI C. STERNHEIM

cc: Counsel of Record