# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com

June 25, 2022

Honorable Alison J. Nathan
Sitting By Designation
United States District Court
40 Foley Square
New York, NY 10010

Re: *United States v. Ghislaine Maxwell*
S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

I write to inform the Court of a recent development which may require postponement of Tuesday's sentencing proceeding. Yesterday, without having conducted a psychological evaluation and without justification, the MDC placed Ms. Maxwell on suicide watch. She is not permitted to possess and review legal documents and is not permitted paper or pen. This has prevented her from preparing for sentencing.

Ms. Maxwell was abruptly removed from general population and returned to solitary confinement, this time without any clothing, toothpaste, soap, legal papers, etc. She was provided a "suicide smock" and is given a few sheets of toilet paper on request. This morning, a psychologist evaluated Ms. Maxwell and determined she is not suicidal.

I met with Ms. Maxwell today (after a 97-minute delay following my arrival at the facility). **She is not suicidal**. Currently, she is unable to properly prepare for sentencing. If Ms. Maxwell remains on suicide watch, is prohibited from reviewing legal materials prior to sentencing, becomes sleep deprived, and is denied sufficient time to meet with and confer with counsel, we will be formally moving on Monday for an adjournment.

Very truly yours,

/s/
BOBBI C. STERNHEIM

cc: Counsel of Record