**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2022

**By ECF**

The Honorable Alison J. Nathan, Sitting by Designation
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the Court's June 25, 2022 Order directing the Government to respond to the application by Sarah Ransome and Elizabeth Stein to speak at the defendant's sentencing (Dkt. No. 675).

    With respect to individuals who were not among the six individuals demonstrated at trial to be directly and proximately harmed by the defendant's criminal conduct, in a June 24, 2022 Order, the Court exercised its discretion to permit these other individuals to be heard at sentencing through a written statement, and declined to permit these individuals to speak at the sentencing hearing.

1

While the Government would not oppose their application to speak at sentencing, as a legal matter, this request would appear to be governed by the Court's June 24, 2022 Order, and the Government is not aware of any distinguishing factors in the present application.

>	Respectfully submitted,
>
>	DAMIAN WILLIAMS
>	United States Attorney
>
> By:    s/                          
>	Maurene Comey
>	Alison Moe
>	Lara Pomerantz
>	Andrew Rohrbach
>	Assistant United States Attorneys
>	Southern District of New York

Cc: Defense Counsel (by ECF)