

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2022

**By ECF**

The Honorable Alison J. Nathan, Sitting by Designation
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

In response to the Court's June 26, 2022 Order, the Government respectfully submits the motion filed by Kate's attorney that accompanied her impact statement.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

          By:   s/
              Maurene Comey
              Alison Moe
              Lara Pomerantz
              Andrew Rohrbach
              Assistant United States Attorneys
              Southern District of New York

Cc: Defense Counsel (by ECF)