UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

       The parties are ORDERED to submit their positions on Ms. Ransome and Ms. Stein's motion, Dkt. No. 675, which the Court received for the first time today, by **10:00 a.m. tomorrow, June 26, 2022**.

       SO ORDERED.

Dated: June 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1