UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/22

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Defendant's letter in response to the Court's order regarding the CVRA references a motion by Kate's attorney that accompanied her impact statement. Dkt. No. 672 at 2 n.1. The Court is not in receipt of this motion. The Government is ORDERED to docket the motion referenced by the Defendant as soon as possible but no later than **midnight tonight, June 26, 2022**.

SO ORDERED.

Dated: June 26, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation