UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

Immediately upon receipt of the Defendant's letter, Dkt. No. 677, the Court directly contacted the Warden for MDC. He informed the Court that after meeting with defense counsel today, the Defendant was permitted to retain legal documents and a writing implement, to which she has had continuous access. Further, the Warden represented to the Court that first thing tomorrow morning (Sunday, June 26) he will confirm that the Defendant has access to requested legal materials to prepare for sentencing.

The Government is ORDERED to confer with the Warden for MDC or MDC Legal Counsel as follow-up to the Court's conversation and to provide an update to the Court by **2:00 p.m. tomorrow, June 26, 2022**.

SO ORDERED.

Dated: June 25, 2022
  New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1