USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court has now received and docketed the full set of submissions related to victim impact statements that were filed in accordance with this Court's prior order. Dkt. No. 668. The Court received statements from Annie Farmer, Kate, Virginia Giuffre, Maria Farmer, Sarah Ransome, Teresa Helm, Juliette Bryant, and Elizabeth Stein.

As indicated in its prior order, the Court will exercise its discretion to permit all of these individuals to be heard in writing. Dkt. No. 682. The Court also denied the Defendant's redaction requests. *Id.* All unredacted statements are now part of the record. Dkt. Nos. 674, 675-1.

Also as previously indicated in its order, the Court will permit Annie Farmer, Kate, and Virginia Giuffre to make an oral statement at sentencing if they wish to do so. Dkt. No. 682.

Further, having now reviewed the full set of requests, and having heard from the Government that it does not object, Dkt. No. 678, the Court deems it feasible to exercise its discretion to permit the remaining individuals who seek to themselves make an oral statement at sentencing to do so. They are: Teresa Helm, Sarah Ransome, and Elizabeth Stein. In order to feasibly accomplish this in light of the anticipated length of the sentencing proceeding, while ensuring fairness and avoiding delay of sentencing, each individual speaking orally may read a

shortened version of their previously submitted written statement.  The Court deems counsel for the individuals to be responsible for ensuring that anticipated statements conform to this requirement.

The Government shall promptly provide copies of this order to counsel for the eight individuals who submitted statements.

SO ORDERED.

Dated: June 27, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation