


Sigrid S. McCawley, Esq.
Telephone: 954.356.0011
Email: smccawley@bsfllp.com

June 27, 2022

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The Court anticipates permitting counsel for CVRA victim Virginia Giuffre to read a shortened version of Ms. Giuffre's previously submitted written statement. SO ORDERED.
>
> *Alison J. Nathan* 6/27/22
> U.S. Circuit Judge
> Sitting by designation

Re:   *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

I am in receipt of the Court's Order, Dkt. No. 686.  As explained in our submission, due to a medical issue, Ms. Giuffre is not able to be present physically in the courtroom, but has asked that I be able to read her statement at the hearing.  I seek clarification of Your Honor's Order that I will be allowed to read a portion of Ms. Guiffre's statement at the hearing.

Respectfully,

Sigrid S. McCawley

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com