UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ghislaine Maxwell,

    Defendant.

20-CR-330 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/22

ALISON J. NATHAN, Circuit Judge, sitting by designation:

As a post-trial house-keeping matter, the Court has determined that a few miscellaneous court orders failed to be docketed during trial:

- November 19, 2021 Memorandum Opinion & Order re Witness-3 (Kate)
- November 22, 2021 Memorandum Opinion & Order re Expert Witness Gershman
- November 22, 2021 Memorandum Opinion & Order re Expert Witness Hall
- November 30, 2021 Scheduling Order re Pseudonym Conferral
- December 15, 2021 Order re Response Schedule

The Court is now docketing those items. In order to ensure a complete docket, the parties are ORDERED to confer and determine whether any letters or briefing submitted to the Court without a redaction or sealing request remain to be docketed. The Court has determined, for example, that the parties failed to file on the docket their December 15 letter briefing and December 16 joint letter regarding witness prior inconsistent statements.

Any outstanding items, including any proposed redactions, must be filed on ECF by **July 12, 2022.**

SO ORDERED.

Dated: June 29, 2022
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation