UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/21
```

United States of America,

     –v–

Ghislaine Maxwell,

       Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

   The Court is in receipt of the parties' letters regarding the issue of potential cross-examination that might elicit identifying information in violation of this Court's order.  *See* Dkt. No. 519.  The Government is hereby ORDERED to provide to the Defense the information it believes falls within the categories of specifically identifying information for the current testifying witness **no later than 7:00 a.m. tomorrow morning, December 1, 2021.**  The Defense is ORDERED to alert the Government of any issues concerning the current testifying witness by the same time—**7:00 a.m. tomorrow morning, December 1, 2021.**  The Defense shall remain cognizant not only of its duty to avoid revealing the names of witnesses testifying under pseudonyms, but also any specifically identifying information of the protected witnesses. *See* Transcript, at 10-11 (Nov. 1, 2021).

   The parties shall then meet and confer on any disagreements.  If the parties cannot reach a resolution, they may raise any issues with the Court when the parties are scheduled to appear at 8:45 a.m.

   SO ORDERED.

Dated: November 30, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge