UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Government's motion to preclude certain testimony of defense witnesses, dated December 15, 2021. The Defense is ORDERED to submit a response as follows:

- A response to the motion with respect to Dr. Loftus by **today, December 15, 2021, at 7:45 p.m.**

- A response to the motion with respect to Alexander Hamilton by **tomorrow, December 16, 2021, at 7:00 a.m.**

- A response to the motion with respect to the other anticipated witnesses by **tomorrow, December 16, 2021, at 5:00 p.m.**

SO ORDERED.

Dated: December 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge