**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States of America
v.
Ghislaine Maxwell

Docket No. S2 20 Cr. 330
Alison J. Nathan (SBD)
(District Court Judge)

Notice is hereby given that Ghislaine Maxwell appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on 6/29/2022
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ]

Defendant found guilty by plea [ ]  trial [✓]  N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: 6/28/2022     N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓*]  No [**]  If yes, provide the following information:

Defendant's Counsel: Bobbi C. Sternheim, Law Offices of Bobbi C. Sternheim
Counsel's Address: 225 Broadway, Suite 715
New York, NY 10007
Counsel's Phone: 212-243-1100

Assistant U.S. Attorney: Maurene Comey
AUSA's Address: One Saint Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212-637-2324

\* **FOR FILING OF NOTICE OF APPEAL *ONLY***
\*\* ***NOT RETAINED* FOR REPRESENTATION ON APPEAL**
Signature

*[Handwritten margin notes: ST  7/7/22  $505.00  2280  2022]*

Generated: Jul 7, 2022 11:56AM                                                                                           Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jul 7, 2022 11:56AM

BOBBI C. STERNHEIM FBO GHISLAINE MAXWELL

Rcpt. No: 2280             Trans. Date: Jul 7, 2022 11:56AM                           Cashier ID: #ST

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                     | 1   | 505.00 | 505.00 |

| CD  | Tender      | Amt      |
|-----|-------------|----------|
| CC  | Credit Card | $505.00  |

Total Due: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 20CR330-1 AJN

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.