# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ghislaine Maxwell | ) | Case No. S2 20 Cr. 330 (AJN) |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Kelly Bovino-Umekubo

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | Courtroom No.: | 318 |
|---|---|---|---|
| | | Date and Time: | 11/29/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: NOV 1 6 2021

RUBY J. KRAJICK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ms Ghislaine Maxwell, who requests this subpoena, are:

Christian R. Everdell    Cohen & Gresser L.LP.
800 Third Ave New York NY 10002
212-957-7600