AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) __KELLY BOVINO UMEKUBO__
was received by me on (date) _____.

☒ I served the subpoena by delivering a copy to the named person as follows: _____
__KELLY BOVINO UMEKUBO__
_____ on (date) __11/20/2021__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/20/2021__          __[signature]__
                              Server's signature

                              __MICHAEL M. SCHAICH__
                              Printed name and title

                              __124 TALMADGE  IRVINE  CA__
                              Server's address

Additional information regarding attempted service, etc: