**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

------------------------------------------------------X

20-CR-330-AJN

## ORDER

Before the Court is Ms. Maxwell's December 17, 2021 motion for an arrest warrant for Kelly Bovino for her non-compliance with a subpoena to testify in this criminal proceeding. The motion is GRANTED.

It is ORDERED that an arrest warrant for Ms. Bovino will issue.

It is FURTHER ORDERED that the U.S. Marshals are directed to arrest Ms. Bovino and to bring her to the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

Dated: December 17, 2021.