# Exhibit B

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
NYSCEF DOC. NO. 113
INDEX NO. 159224/2016
RECEIVED NYSCEF: 03/05/2020
Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 2 of 11

April 9, 2019

1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
SHELDON BARR and THOMAS GARDNER,

                Plaintiffs,

    -against-

CITY OF NEW YORK and 116 EAST 65TH
STREET, LLC,

                Defendants,

INDEX NO.: 159225/2010
----------------------------------------X

          535 Fifth Avenue
          New York, New York
          April 9, 2019
          10:07 a.m.

     EXAMINATION BEFORE TRIAL of the Defendant, 116 EAST 65TH STREET, LLC, by GHISLAINE MAXWELL, in the above-entitled action, held at the above time and place, taken before a Notary Public of the State of New York, pursuant to Order and Stipulations between Counsel.

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
INDEX NO. 159224/2016
NYSCEF DOC. NO. 113
RECEIVED NYSCEF: 03/05/2020
Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 3 of 11

Page 2
April 9, 2019

```
 1                                                        2
 2    A P P E A R A N C E S:
 3        THE LAW OFFICE OF JOSEPH FALLEK
 4            Attorney for Plaintiffs
              One Battery Park Plaza, 32nd Floor
 5            New York, New York 10004
 6            BY:  LARRY FALLEK, ESQ.
 7
 8        CUOMO, LLC.
 9            Attorney for Defendant
              116 EAST 65TH STREET, LLC.
10            200 Old Country Road, Suite 2 South
              Mineola, New York 11501
11
              BY:  MATTHEW CUOMO, ESQ.
12            FILE NO.:  AIGPRIV 17007
13
14
15
16
17
18
19
20
21
22
23
24
25
```

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
NYSCEF DOC. NO. 113

INDEX NO. 159224/2016
RECEIVED NYSCEF: 03/05/2020

Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 4 of 11

Page 3
April 9, 2019

3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between(among) counsel for the respective parties hereto, that:

All rights provided by the C.P.L.R., including the right to object to any question, except as to form, or to move to strike any testimony at this(these) examinations(s), are reserved, and, in addition, the failure to object to any question or to move to strike any testimony at this(these) examination(s) shall not be a bar or waiver to make such motion at, and is reserved for the trial of this action;

IT IS FURTHER STIPULATED AND AGREED by and between(among) counsel for the respective parties hereto, that this(these) examinations(s) may be sworn to by the witness(es) being examined, before a Notary Public other than the Notary Public before whom this(these) examination(s) was(were) begun; but the failure to do so, or to return the original of this(these) examinations(s) to counsel, shall not be deemed a waiver of the rights provided by

Page 4
April 9, 2019

4

S T I P U L A T I O N S (Cont'd)

Rules 3116 and 3117 of the C.P.L.R., and shall be controlled thereby;

IT IS FURTHER STIPULATED AND AGREED by and between(among) counsel for the respective parties hereto, that this(these) examinations(s) may be utilized for all purposes as provided by the C.P.L.R;

IT IS FURTHER STIPULATED AND AGREED by and between(among) counsel for the respective parties hereto, that the filing and certification of the original of this(these) examination(s) shall be and the same hereby are waived;

IT IS FURTHER STIPULATED AND AGREED by and between(among) counsel for the respective parties hereto, that a copy of the within examination(s) shall be furnished to counsel representing the witness(es) testifying, without charge.

IT IS FURTHER STIPULATED AND AGREED by and between(among) counsel for the respective parties

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
NYSCEF DOC. NO. 113

INDEX NO. 159224/2016
RECEIVED NYSCEF: 03/05/2020

Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 6 of 11

Page 5

April 9, 2019

```
                                                        5
         S T I P U L A T I O N S (Cont'd)

hereto, that all rights provided by the C.P.L.R.,

and Part 221 of the Uniform Rules for the Conduct of

Depositions, including the right to object to any

question, except as to form, or to move to strike

any testimony at this examination is reserved; and

in addition, the failure to object to any question

or to move to strike any testimony at this

examination shall not be a bar or waiver to make

such motion at, and is reserved to, the trial of

this action.
```

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
NYSCEF DOC. NO. 113

INDEX NO. 159224/2016
RECEIVED NYSCEF: 03/05/2020

Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 7 of 11

Page 8
April 9, 2019

```
 1              GHISLAINE MAXWELL
 2      G H I S L A I N E   M A X W E L L, called as a
 3      witness, having been first duly sworn by a Notary
 4      Public of the State of New York, was examined and
 5      testified as follows:
 6      EXAMINATION BY
 7      MR. FALLEK:
 8          Q.    Please state your name for the record.
 9          A.    Ghislaine Maxwell.
10          Q.    Please state your address for the record.
11          A.    44 Kinnerton Street, London, England
12      SW183X.
13                MR. FALLEK:  Good morning, Ms. Maxwell.  My
14          name is Larry Fallek.  I represent the
15          plaintiffs in this action, Sheldon Barr and
16          Thomas Gardner.
17                I will be asking you a series of questions
18          about an accident that occurred back on
19          September 9, 2015.  Many of the questions are
20          going to involve your ownership.  When I say,
21          "your ownership," I am referring to the
22          ownership of 116 East 65th Street in
23          Manhattan.
24                THE WITNESS:  Okay.
25                MR. FALLEK:  Before we start I have a few
```

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
NYSCEF DOC. NO. 113

INDEX NO. 159224/2016
RECEIVED NYSCEF: 03/05/2020

Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 8 of 11

Page 7
April 9, 2019

```
 1                GHISLAINE MAXWELL
 2      basic rules I want to discuss with you.  Please
 3      make all your responses verbally.  The Court
 4      Reporter can't take down a shake or nod of the
 5      head.  Like you are doing right now.
 6           THE WITNESS:  Of course.
 7           MR. FALLEK:  Please say yes or no.
 8           THE WITNESS:  Yes.
 9           MR. FALLEK:  And try not to shrug your
10      shoulders or anything like that.  Just make all
11      your response verbally.
12           THE WITNESS:  I shall.
13           MR. FALLEK:  Please let me finish my entire
14      question before you give an answer.  The Court
15      Reporter cannot take us both down speaking at
16      the same time.
17      Q.   Is that agreeable?
18      A.   Yes.
19           MR. FALLEK:  It's important that you stop
20      me if you don't understand a question.  If you
21      do give an answer, I will assume that you
22      understand my question.
23      Q.   Is that understood?
24      A.   Yes.
25      Q.   The address that you just gave the Court
```

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM
NYSCEF DOC. NO. 113
INDEX NO. 159224/2016
RECEIVED NYSCEF: 03/05/2020
Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 9 of 11
Page 8
April 9, 2019

```
 1                    GHISLAINE MAXWELL
 2   Reporter, how long have you lived there?
 3        A.    '92, '93.
 4        Q.    Is that your primary residence at this
 5   time?
 6        A.    No.  It's just a home that I have.
 7        Q.    How many homes do you own back in September
 8   of 2015?
 9        A.    Two.
10        Q.    Where are those homes?
11        A.    116 East 65th Street and the one in London.
12        Q.    When you say, "the one in London," you are
13   referring to the address that you just gave?
14        A.    Yes.
15        Q.    Is that a private home?
16        A.    Yes.
17        Q.    Is that home owned by you individually or
18   some other form?
19        A.    It's owned by me.
20        Q.    Is your name on the deed to that property
21   or the title of the property?
22        A.    It was back then.  I kind of -- it was up
23   until recently.  I don't know.  I can't remember
24   what it is now, if I changed it or not.
25        Q.    Back in September of 2015, did you or any
```

```
 1                  GHISLAINE MAXWELL
 2   of your entities or companies own any other homes?
 3        A.   No.
 4        Q.   What was your primary residence back in
 5   September of 2015?
 6        A.   116 East 65th Street.
 7        Q.   Can you tell me how much time you spent
 8   there, say, back in 2015 from January 1st through
 9   September 9, 2015?
10        A.   A lot of time.  I lived there.  That's my
11   primary residence.
12        Q.   Did you travel back and forth between
13   London and New York?
14        A.   Extensively at all the time.  I just don't
15   go to London.  I travel all the time to a lot of
16   different places.
17        Q.   For what purposes do you travel, business,
18   pleasure, or something else?
19        A.   I do business.  But, it was also I work
20   on -- I work for a not-for-profit.  And I do a lot
21   of time doing conferences and a lot of speeches.
22        Q.   I'm just talking about the time period of
23   January 1, 2015 through September 9, 2015.
24             Would that be true with regard to that time
25   period?
```

FILED: NEW YORK COUNTY CLERK 03/05/2020 12:59 PM                INDEX NO. 159224/2016
NYSCEF DOC. NO. 113                                              RECEIVED NYSCEF: 03/05/2020
Case 1:20-cr-00330-AJN   Document 703-2   Filed 07/12/22   Page 11 of 11

```
 1
 2                  C E R T I F I C A T I O N
 3
 4           I, Theresa Acosta, a Shorthand Reporter
 5   and Notary Public of the State of New York, do
 6   hereby certify;
 7
 8           That, GHISLAINE MAXWELL, the witness whose
 9   examination is hereinbefore set forth, was duly
10   sworn, and that such examination is a true record of
11   the testimony given by such witness.
12
13           I further certify that I am not related to
14   any of the parties to this action by blood or
15   marriage; and that I am in no way interested in the
16   outcome of this matter.
17
18
19               Theresa Acosta
20                  THERESA ACOSTA
21
22
23
24
25
```