**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

November 22, 2021

**BY EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

On behalf of our client, Ghislaine Maxwell, we respectfully submit this letter in response to the Court's Order, dated November 19, 2021, requesting that the parties submit any suggested edits to the proposed limiting instructions set forth in the Order. (Dkt. No. 477). The defense does not have any edits to the Court's proposed instructions. However, the defense requests the opportunity to respond to the government's lengthy submission, either in writing or orally at the final pretrial conference on November 23, 2021.

Sincerely,

  /s/ Christian Everdell
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600

cc:     All Counsel of Record (By Email)

2054070.1