**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

December 14, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

  Pursuant to the Court's Order of earlier today (Dkt. 542), we write to provide the Court and the government with a revised tentative order of the defense witnesses. We note the following:

1. We are still trying to make travel arrangements for the defense witnesses, many of whom are coming from locations all over the United States and from the United Kingdom. Accordingly, the order below is subject to change. We are making every effort to have witnesses available for Thursday and Friday but, in an abundance of caution, we are informing the Court and counsel that travel and COVID-related issues may require the case to be continued to next week.

2. The list of witnesses may be substantially reduced if the government is willing to agree to stipulations as to certain documents and witness testimony. We have conferred with the government regarding these stipulations, but as yet the government has not agreed to them. Accordingly, the list includes several witnesses who will be called to introduce certain documents or to testify about particular prior inconsistent statements.

This includes the attorneys for "Jane," "Kate," and Carolyn. Pursuant to the Court's direction, the defense has conferred with the government about these witnesses. At this point, the government has not agreed to stipulate to their testimony and are awaiting a decision from the Court about the privilege issues previously briefed.

We also note that three of the defense witnesses, which we have separately identified to the government, have requested to testify under their first names or under a pseudonym. The government opposes this request. The Court's ruling on the anonymity issue may impact the willingness of these witnesses to testify and, in turn, may affect the witness order.

Based on current information the tentative witness order is as follows:

1. Cimberly Galindo Espinosa
2. Prof. Elizabeth Loftus
3. [REDACTED]
4. [REDACTED]
5. [REDACTED]
6. Alexander Hamilton
7. Robert Glassman
8. Jack Scarola
9. Brad Edwards
10. Dominique Hyppolite
11. Shoppers Travel records custodian
12. [REDACTED]
13. Special Agent Elizabeth Nesbitt Kuyrkendall
14. Special Agent Jason Richards
15. Special Agent Amanda Young
16. Det. Paul Byrne
17. [REDACTED]
18. [REDACTED]
19. SA Timothy Slater
20. John Lopez
21. Robert Kelso
22. [REDACTED]
23. [REDACTED]
24. [REDACTED]

The Honorable Alison J. Nathan
December 14, 2021
Page 3

25. ███████
26. Eva Dubin
27. Kelly Bovino
28. ███████
29. Michelle Healy

                                           Sincerely,

                                           /s/ Christian Everdell
                                          Christian R. Everdell
                                          **COHEN & GRESSER LLP**
                                          800 Third Avenue, 21st Floor
                                          New York, New York 10022
                                          (212) 957-7600

cc:      All Counsel of Record (By Email)