

**Haddon, Morgan and Foreman, P.C**
**Jeffrey S. Pagliuca**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364
FX  303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

December 15, 2021

**VIA Email**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan,

    I write to alert the Court and the government to the inconsistent statements Ms. Maxwell intends to prove up by extrinsic evidence during her case.

    Ms. Maxwell conferred with the government about this issue. After conferral, and given the press of time, counsel concluded it was most efficient to provide this notice to the Court and the government and to allow the government to consider which other statements it would stipulate to in addition to those the parties have already agreed on.

    **A.**    **Jane Inconsistent Statements**

| Trial Testimony | 3500 material cite | 3500 quote |
|---|---|---|
| 375:20 – 376:20 | 3509-008, p. 12, 4th paragraph, last sentence | From when Jane met Epstein to when she moved to New York she lived in the same house in Florida. This house was in a gated community called Bear Lakes. It was a 3 bedroom house. |
| 447:2 – 447:20 | 3509-002, p. 1 | GM walked by w/ dog. JE came up to meet her. |

The Honorable Alison J. Nathan
December 15, 2021
Page 2

| | | |
|---|---|---|
| 448:12 – 15 | 3509-007, p. 3, para. 13 | Doe was sitting alone on a bench between classes when Epstein and Maxwell approached her. |
| 450:21 – 451:15 | 3509-028, p. 1 | At first tea w/ Epstein, just Epstein, Mom & Jane were present. |
| 451:4 – 452:21 | 3509-001, p. 2, 4th para. | In the beginning, Jane would be with her mother and brothers at Epstein's house. |
| 453:15 – 454:3 | 3509-003, p. 1, 4th para. | Jane was not sure if Maxwell ever called her to make appointments. |
| 454:4 – 9 | 3509-003, p.2, second line | When in Florida, Epstein or his office would call Jane's house. |
| 455:3 – 18 | 3509-008, p. 12, 4th paragraph | They visited Jane one to two times at her house in Florida. This was about a year or two after meeting him. |
| 455:19 – 13 | 3509-008, p. 11, last full paragraph | At some point Maxwell and Epstein came to Jane's house prior to the abuse. |
| 470:21 – 471:18 | 3509-005, p. 3, first paragraph | Fairly early on Maxwell 'joined in' and started taking her clothes off. This was about six months into being with them. Jane was still 14 at this time. Jane does not have a specific memory of the first time. |
| 471:18 – 22 | 3509-008, omission | |
| 473:24 – 20 | 3509-008, p. 4, first full paragraph | The first time Maxwell was involved in the sexual encounters with Epstein and Jane, there were two other girls there as well. |
| 475:7 – 18 | 3509-008, p. 5, 3rd full paragraph | When Jane was asked if there were times where it was only Epstein, Maxwell, and her in the room, Jane was not sure. As Epstein progressed incidents sexually with Jane, it would go back and forth between just being solely with Jane and going back to the group setting. |
| 475:19 – 476:1 | 3509-008, p. 3, 2nd full paragraph | Jane does not have a recollection, is not sure if Maxwell touched her during these encounters. |

The Honorable Alison J. Nathan
December 15, 2021
Page 3

| | | |
|---|---|---|
| 476:2-4 | 3509-008, p. 10, 4th paragraph | Jane was asked if Maxwell ever touched or kissed her to which she answered, "I don't think so." |
| 476:8-10 | 3509-005, p. 4, 4th full paragraph, last sentence | Jane was not sure if Maxwell talked about how Epstein liked to be massaged. |
| 476:14-16 | 3509-008, p. 10, 1st full paragraph | Jane cannot remember if Maxwell was ever present for instances of oral sex or hand jobs with Epstein and Jane. |
| 476:17-19 | 3509-008, p. 9, last paragraph | Jane was then asked if Maxwell was present for when any of these 4 options (masturbation, hand job, oral sex, and sex) were performed on her and she responded, "I can't remember." |
| 477:2-5 | 3509-008, p. 9, last paragraph | Jane was then asked if Maxwell was present for when any of these 4 options (masturbation, hand job, oral sex, and sex) were performed on her and she responded, "I can't remember." |
| 478:8-23 | 3509-008, p. 5, last paragraph | When Jane was asked if there were times when it was only Epstein, Maxwell and her in the room, Jane was not sure. |
| 479:12 - 480:8 | 3509-005, p. 3, second full paragraph | Jane does not have a recollection, is not sure if Maxwell touched her during these encounters. |
| 480:9-25 | 3509-008, p. 10, 1st full paragraph | Jane cannot remember if Maxwell was ever present for instances of oral sex or hand jobs with Epstein and Jane. |
| 497:16 – 498:7 | 3509-005, p. 2, 2d paragraph from bottom | Jane's first experience with abuse was when she was about 14 years old in New York. She met Epstein to take head shots and that is when he masturbated. |
| 499:7 – 23<br><br>507:18 – 508:8 | 3509-008, p. 8, 4th full paragraph | Her first trip to New York was to just go and have fun. |
| 506:12 – 507:4 | 3509-001, p. 2 | When Jane was 14 years old, she flew with Epstein and Maxwell to New York City to see |

The Honorable Alison J. Nathan
December 15, 2021
Page 4

|  |  |  |
|---|---|---|
|  |  | *The Lion King*….The first time she traveled with them nothing inappropriate happened. |
| 512:11 – 513:7 | 3509-008, p. 6, 8th paragraph | Re first NM trip: She recalled going hiking. She remembered not doing too much and just sitting around mostly. |
| 513:8 – 20 | 3509-008, p. 7, last full paragraph | She did not recall any specific abuse that occurred |
| 514:2 – 11 | 3509-008, p. 7-8, overflow paragraph | Jane was asked if she recalled any specific abuse that occurred in New Mexico and she stated she was not sure. |
| 514:1 – 515:7 | 3509-008, p. 8, 1st overflow paragraph | The place was dark and she did not recall many details of this location. If there was abuse that occurred, it wouldn't have been a group thing but she cannot recall anything specific. |
| 515:8 – 516:10 | 3509-008, p. 11, top paragraph first sentence | Jane was asked about the New Mexico trips she took and if she recalled any specific abuse that occurred there to which she answered she did not remember. |
| 521:9 – 522-22 | 3509-001, p. 3, 2nd full paragraph | In the beginning before the pool house incident, Epstein showed off to Jane…Epstein took Jane in a dark green car to Mar-a-lago to meet Donald Trump. |
| 532:12 – 17 | 3509-001, p. 2, 2nd full paragraph | Epstein, Maxwell, or an assistant would call Jane's house phone. There was an assistant named Lesley, Maxwell's assistant named Emmy Taylor, and another assistant named Michelle. |
| 596:7 – 25 | 3509-007, paragraph 20 | In 1996, when Doe was 16 years old, Epstein moved Doe to New York City. |

### B. Carolyn Inconsistent Statements[1]

| Trial Testimony | Prior Inconsistent Statement Cite | Prior Inconsistent Statement Quote |
|---|---|---|
| 1564: 4-7, 1565:18-23 | 3505-005, page 1, 2d paragraph | Virginia approached [Caryoln] at a party and asked her if she would like to make $300.00. |
| 1567: 7-19 | 3505-005, page 1, 2d paragraph | Virginia explained that [Carolyn] could make $300.00 by providing a man in Palm Beach with a massage. |
| 1568: 22-25 | 3505-005, page 1, 3rd paragraph | Virigina told [Carolyn] she could make a lot of money real fast. |
| 1570:23 – 1571:2 | 3505-043, page 33, deposition pages 125:24-126:6 | Q. [T]he total period of time that you had any interaction with Mr. Epstein was between May of '02 and August of '03.<br><br>A. Uh-huh.<br><br>Q. That is another say of saying it is the first time you went is May of '02 and the last time you went was August of '03.<br><br>A. Yeah |

### C. Annie Farmer Inconsistent Statements

| Trial Testimony | 3500 material cite | 3500 quote |
|---|---|---|
| 2151:2 – 16 | 3514-001, p. 2, 2d full paragraph | Originally Maria was going to accompany Annie to New Mexico. |

---

[1] The government has agreed to stipulate to the admissibility of the prior inconsistent statements Carolyn was confronted with at transcript page 1610:9-15 and page 1611:1-5.

The Honorable Alison J. Nathan
December 15, 2021
Page 6

| 2160:12 – 2161:25 | 3514-001, p. 3, 2d full paragraph | The chef prepared dinner and all three ate together. |
|---|---|---|
| 2165:7 – 2166:6 | 3514-001, p. 2, last paragraph | They spent a significant amount of time horseback riding. |
| 2169:22 – 2170:12 | Omission | Never told the government in any interview "explain[ing] why [the boots] were not used previously and then I did wear them." |
| 2174:18 – 2176:20<br><br>2194:20 – 2195:18 | 3514-012, p. 2, ¾ way down | At that time, limited to massaging and talking about the foot massage. Do not remember the specifics re: what JE was saying. Do not remember it being sexualized or going beyond massaging JE foot. |
| 2182:19 – 2183:15 | 3514-012, p. 3, section "GM massage of AF" | GM massage of AF…."rubbed around breasts, not on her nipples or nipple area";<br><br>"was awkward and uncomfortable but not explicitly sexual – no touching of nipples, genitals, etc." |
| 2185:7 – 12<br><br>2185:21 – 2186:13 | 3514-012, p. 4, "Incident in the bed" | "Do not remember it being a sexual touch – do not remember grabbing or touching her breasts or genitals. Did not, e.g., feel his erect penis. Body generally against hers." |
| 2195:10 – 17 | 3514-012, p. 2, ¾ way down | At that time, limited to massaging and talking about the foot massage. Do not remember the specifics re: what JE was saying. Do not remember it being sexualized or going beyond massaging JE foot. |
| 2197:23 – 2198: | 3514-001 | Omission – never told anything about GM being "disinterested" |
| 2209:19 – 2213:5 | 3514-001 | Omission – no mention of wanting JE or GM prosecuted |

|  | 2017 Kuyrkendall declaration | Kuyrkendall – declaration language |
|---|---|---|
| 2224:6 - 14 | 3514-012 | Each of the statements that the physical contact was "not sexualized" or "explicitly sexual" |

## CONCLUSION

Ms. Maxwell has a constitutional right to present evidence in her defense and to confront her accusers. U.S. Const. amends. V, VI. These rights guarantee her the ability to prove up the inconsistent statements identified above.

_____
Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303-831-7364

Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: 212-957-7600

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
225 Broadway, Suite 715
New York, NY 10007
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*

cc: Counsel of record (via email)