UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

Defendant.

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court is in receipt of the parties' proposed redactions to motions that were not previously docketed. *See* Dkt. No. 698. With one exception, the Court concludes that the proposed redactions are narrowly tailored to protect information subject to Fed. R. Evid. 412 and the privacy interests of witnesses, including individuals subject to the Court's pseudonym order, and individuals who were anticipated to be called as witnesses at trial, but were not ultimately called. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Court will file unredacted copies of all items under seal.

The Court concludes, however, that the proposed redactions to Dkt. No. 725 are not narrowly tailored. The private information of victim-witnesses who are discussed in the letter may be protected by narrow redactions. However, there is no basis to redact the letter's general request to identify the proper scope of cross-examination. Accordingly, the Defendant is ORDERED to confer with the Government and docket proposed revised redactions on or before **12:00 p.m. on Friday, July 15, 2022**. The letter at Dkt. No. 725 was filed under temporary seal at Dkt. No. 712. Because the Court concludes that sealing in not justified, the Clerk of Court is respectfully directed to strike the entry at Dkt. No. 712 from the docket.

The Court's Chambers also received an email from Defense counsel inquiring whether to docket three joint letters regarding jury strikes that were previously filed with the Court, but not docketed. Because docketing the letters would not undermine the important interest of protecting juror anonymity and privacy, the parties are ORDERED to docket the three letters on or before **12:00 p.m. on Friday, July 15, 2022**.

Finally, to ensure a complete record, the Court has identified four additional documents that have not previously been docketed nor subject of a sealing request:

- November 19, 2021 Administrator Feldman's Motion to Quash Defendant's Rule 17(c)(3) subpoena, with exhibits
- November 22, 2021 Defendant's Response to Motions to Quash Defendant's Rule 17(c)(3) subpoena
- December 6, 2021 Jane's Opposition to Defendant's Motion to Call Counsel to Testify
- December 15, 2021 Jane's Opposition to Defendant's December 13, 2021 Motion to Call Counsel to Testify

The parties are ORDERED to confer with each other and counsel for the relevant movants and indicate on or before **12:00 p.m. on Friday, July 15, 2022**, whether there are any requests to seal or redact the outstanding documents. Any documents not subject to a sealing request must be docketed on ECF by that same date. Any proposed redactions must be justified by reference to the three-part test articulated by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*.

This resolves Dkt. No. 698.

SO ORDERED.

Dated: July 13, 2022
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

3