

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2021

**BY EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

   Re:  *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

   The parties respectfully submit this joint letter to provide the Court with the parties' respective positions regarding juror questionnaires completed on November 5, 2021 and November 6, 2021.

   **I.**  **Prospective Jurors Proceeding to Voir Dire**

   The parties agree that the following prospective jurors should proceed to voir dire:

| Juror # |
|---|
| 2 |
| 7 |
| 8 |
| 12 |
| 13 |
| 14 |
| 20 |
| 21 |
| 22 |
| 23 |
| 26 |
| 27 |
| 28 |
| 29 |
| 30 |

| |
|---|
| 32 |
| 33 |
| 37 |
| 43 |
| 47 |
| 48 |
| 49 |
| 50 |
| 54 |
| 55 |
| 58 |
| 62 |
| 63 |
| 70 |
| 79 |
| 82 |
| 87 |
| 89 |
| 93 |
| 96 |
| 98 |
| 108 |
| 112 |
| 113 |
| 114 |
| 117 |
| 119 |
| 120 |
| 123 |
| 124 |
| 125 |
| 126 |
| 129 |
| 131 |
| 132 |
| 147 |
| 149 |
| 151 |
| 152 |
| 153 |
| 162 |
| 164 |

| |
|---|
| 166 |
| 167 |
| 169 |
| 170 |
| 172 |
| 174 |
| 176 |
| 181 |
| 182 |
| 186 |
| 188 |
| 189 |
| 195 |
| 196 |
| 198 |
| 199 |
| 200 |
| 204 |
| 206 |
| 207 |
| 215 |
| 216 |
| 220 |
| 226 |
| 228 |
| 235 |
| 239 |
| 240 |
| 241 |
| 248 |
| 251 |
| 257 |
| 260 |
| 261 |
| 263 |
| 270 |
| 271 |
| 273 |
| 275 |
| 277 |
| 279 |
| 280 |

| |
|---|
| 282 |
| 286 |
| 290 |
| 292 |
| 297 |
| 299 |
| 304 |
| 311 |
| 312 |
| 313 |
| 314 |
| 315 |
| 326 |
| 334 |
| 338 |
| 340 |
| 341 |
| 345 |
| 347 |
| 349 |
| 354 |
| 363 |
| 366 |
| 367 |
| 372 |
| 374 |
| 378 |
| 379 |
| 384 |
| 385 |
| 387 |
| 388 |
| 391 |
| 394 |
| 396 |
| 398 |
| 403 |
| 404 |
| 407 |
| 409 |
| 411 |
| 413 |

Page 5

| |
|---|
| 418 |
| 419 |
| 420 |
| 422 |
| 424 |
| 425 |
| 426 |
| 428 |
| 429 |
| 430 |
| 432 |
| 433 |
| 434 |
| 437 |
| 439 |
| 440 |
| 442 |
| 444 |
| 445 |
| 450 |
| 451 |
| 452 |
| 456 |
| 457 |
| 459 |
| 460 |
| 461 |
| 465 |
| 467 |
| 475 |
| 477 |
| 480 |
| 481 |
| 485 |
| 486 |
| 487 |
| 489 |
| 498 |
| 501 |
| 504 |
| 505 |
| 506 |

| |
|---|
| 509 |
| 514 |
| 516 |
| 517 |
| 520 |
| 541 |
| 542 |
| 543 |
| 544 |
| 545 |
| 549 |
| 551 |
| 555 |
| 556 |
| 561 |
| 562 |
| 563 |
| 565 |
| 566 |

## II.  Prospective Jurors Excused

The parties agree that the following jurors should be excused:

| Juror # |
|---|
| 1 |
| 5 |
| 6 |
| 18 |
| 24 |
| 25 |
| 31 |
| 35 |
| 40 |
| 41 |
| 45 |
| 46 |
| 52 |
| 57 |
| 59 |
| 60 |

| |
|---|
| 61 |
| 64 |
| 65 |
| 69 |
| 72 |
| 75 |
| 77 |
| 78 |
| 80 |
| 81 |
| 83 |
| 84 |
| 86 |
| 88 |
| 95 |
| 97 |
| 99 |
| 100 |
| 101 |
| 103 |
| 104 |
| 106 |
| 107 |
| 110 |
| 115 |
| 116 |
| 118 |
| 121 |
| 127 |
| 128 |
| 130 |
| 133 |
| 134 |
| 135 |
| 136 |
| 137 |
| 138 |
| 139 |
| 142 |
| 143 |
| 144 |
| 146 |

| |
|---|
| 148 |
| 150 |
| 154 |
| 155 |
| 156 |
| 157 |
| 158 |
| 159 |
| 161 |
| 163 |
| 165 |
| 171 |
| 173 |
| 177 |
| 185 |
| 187 |
| 190 |
| 191 |
| 192 |
| 193 |
| 201 |
| 202 |
| 203 |
| 205 |
| 208 |
| 210 |
| 214 |
| 218 |
| 221 |
| 231 |
| 232 |
| 234 |
| 237 |
| 242 |
| 243 |
| 244 |
| 245 |
| 246 |
| 247 |
| 249 |
| 250 |
| 252 |

Case 1:20-cr-00330-AJN   Document 729   Filed 07/14/22   Page 9 of 15

Page 9

| |
|---|
| 253 |
| 255 |
| 256 |
| 259 |
| 262 |
| 264 |
| 265 |
| 266 |
| 267 |
| 268 |
| 269 |
| 276 |
| 281 |
| 284 |
| 285 |
| 287 |
| 288 |
| 289 |
| 291 |
| 293 |
| 296 |
| 300 |
| 301 |
| 302 |
| 303 |
| 306 |
| 307 |
| 309 |
| 310 |
| 317 |
| 318 |
| 321 |
| 322 |
| 323 |
| 324 |
| 325 |
| 327 |
| 329 |
| 330 |
| 332 |
| 333 |
| 337 |

| |
|---|
| 348 |
| 352 |
| 353 |
| 355 |
| 358 |
| 359 |
| 360 |
| 361 |
| 364 |
| 365 |
| 368 |
| 370 |
| 371 |
| 373 |
| 375 |
| 380 |
| 381 |
| 382 |
| 383 |
| 386 |
| 389 |
| 390 |
| 392 |
| 393 |
| 395 |
| 397 |
| 399 |
| 400 |
| 401 |
| 402 |
| 408 |
| 410 |
| 412 |
| 414 |
| 416 |
| 417 |
| 423 |
| 427 |
| 431 |
| 436 |
| 441 |
| 443 |

Page 11

| |
|---|
| 446 |
| 447 |
| 449 |
| 453 |
| 455 |
| 458 |
| 462 |
| 463 |
| 464 |
| 468 |
| 469 |
| 470 |
| 471 |
| 472 |
| 473 |
| 476 |
| 478 |
| 479 |
| 483 |
| 490 |
| 492 |
| 493 |
| 495 |
| 496 |
| 497 |
| 500 |
| 502 |
| 503 |
| 507 |
| 508 |
| 512 |
| 513 |
| 515 |
| 518 |
| 519 |
| 522 |
| 523 |
| 524 |
| 525 |
| 526 |
| 527 |
| 528 |

| |
|---|
| 530 |
| 533 |
| 534 |
| 535 |
| 536 |
| 537 |
| 539 |
| 540 |
| 546 |
| 550 |
| 552 |
| 554 |
| 557 |
| 558 |
| 559 |
| 560 |
| 564 |

### III. Defense Objections

The following is a list of prospective jurors that the defense but not the Government believes should be excused:

| Juror # |
|---|
| 3 |
| 4 |
| 9 |
| 10 |
| 11 |
| 15 |
| 16 |
| 17 |
| 19 |
| 36 |
| 38 |
| 39 |
| 51 |
| 53 |
| 56 |
| 66 |
| 67 |

| |
|---|
| 68 |
| 71 |
| 73 |
| 74 |
| 76 |
| 85 |
| 90 |
| 91 |
| 92 |
| 94 |
| 102 |
| 105 |
| 109 |
| 111 |
| 122 |
| 140 |
| 141 |
| 145 |
| 160 |
| 168 |
| 178 |
| 179 |
| 180 |
| 183 |
| 184 |
| 194 |
| 197 |
| 209 |
| 211 |
| 213 |
| 217 |
| 219 |
| 222 |
| 223 |
| 224 |
| 225 |
| 227 |
| 229 |
| 230 |
| 233 |
| 236 |
| 238 |

| |
|---|
| 254 |
| 258 |
| 272 |
| 274 |
| 283 |
| 294 |
| 298 |
| 308 |
| 316 |
| 319 |
| 320 |
| 328 |
| 331 |
| 335 |
| 336 |
| 342 |
| 343 |
| 344 |
| 350 |
| 356 |
| 357 |
| 362 |
| 369 |
| 376 |
| 377 |
| 405 |
| 406 |
| 415 |
| 421 |
| 482 |
| 484 |
| 499 |
| 510 |
| 511 |
| 521 |
| 529 |
| 532 |
| 547 |
| 548 |
| 553 |

## IV. Government Objections

The following is a list of prospective jurors that the Government but not the defense believes should be excused:

| Juror # |
|---|
| 34 |
| 42 |
| 44 |
| 175 |
| 212 |
| 278 |
| 295 |
| 305 |
| 339 |
| 346 |
| 351 |
| 435 |
| 438 |
| 448 |
| 454 |
| 466 |
| 474 |
| 488 |
| 491 |
| 494 |
| 531 |
| 538 |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    s/                          
Alison Moe
Lara Pomerantz
Andrew Rohrbach
Assistant United States Attorneys
Southern District of New York

Cc: Defense Counsel (By email)