

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2021

**BY EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan:

The parties respectfully submit this joint letter to provide the Court with the parties' respective positions regarding juror questionnaires completed on November 12, 2021.

### I. Prospective Jurors Proceeding to Voir Dire

The parties agree that the following prospective jurors should proceed to voir dire:

| Juror # |
|---|
| 570 |
| 573 |
| 578 |
| 581 |
| 582 |
| 583 |
| 586 |
| 589 |
| 593 |
| 594 |
| 595 |
| 596 |
| 602 |
| 604 |
| 608 |
| 611 |
| 612 |

| |
|---|
| 615 |
| 621 |
| 622 |
| 623 |
| 630 |
| 637 |
| 642 |
| 647 |
| 651 |
| 655 |
| 661 |
| 667 |
| 668 |
| 669 |
| 670 |
| 676 |
| 677 |
| 680 |
| 683 |
| 685 |
| 690 |
| 691 |
| 694 |

## II.     Prospective Jurors Excused

The parties agree that the following jurors should be excused:

| Juror # |
|---|
| 567 |
| 571 |
| 572 |
| 574 |
| 575 |
| 576 |
| 577 |
| 579 |
| 580 |
| 584 |
| 588 |
| 590 |

| |
|---|
| 591 |
| 592 |
| 597 |
| 600 |
| 601 |
| 603 |
| 605 |
| 606 |
| 607 |
| 610 |
| 613 |
| 614 |
| 616 |
| 619 |
| 624 |
| 626 |
| 627 |
| 628 |
| 629 |
| 632 |
| 633 |
| 634 |
| 635 |
| 636 |
| 638 |
| 640 |
| 641 |
| 643 |
| 644 |
| 646 |
| 649 |
| 650 |
| 653 |
| 654 |
| 657 |
| 658 |
| 663 |
| 664 |
| 665 |
| 666 |
| 671 |
| 672 |

| |
|---|
| 673 |
| 674 |
| 675 |
| 679 |
| 681 |
| 682 |
| 687 |
| 688 |
| 692 |
| 693 |

### III.   Defense Objections

The following is a list of prospective jurors that the defense but not the Government believes should be excused:

| Juror # |
|---|
| 568 |
| 569 |
| 587 |
| 598 |
| 599 |
| 609 |
| 618 |
| 625 |
| 631 |
| 645 |
| 648 |
| 652 |
| 660 |
| 678 |
| 686 |
| 689 |

### IV.   Government Objections

The following is a list of prospective jurors that the Government but not the defense believes should be excused:

Page 5

| Juror # |
|---|
| 585 |
| 617 |
| 620 |
| 639 |
| 656 |
| 659 |
| 662 |
| 684 |

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney


By:    s/                           
        Alison Moe
        Lara Pomerantz
        Andrew Rohrbach
        Assistant United States Attorneys
        Southern District of New York

Cc: Defense Counsel (By email)