

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2022

**By ECF**

The Honorable Alison J. Nathan, Sitting by Designation
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. Ghislaine Maxwell*, **S2 20 Cr. 330 (AJN)**

Dear Judge Nathan:

In response to the Court's July 13, 2022 Order (Dkt. No.726), attached are two letters filed by counsel for Jane. The Government has conferred with Jane's counsel and defense counsel, and all agree that the letters can be filed without redaction.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney

    By: ___s/_____
       Maurene Comey
       Alison Moe
       Lara Pomerantz
       Andrew Rohrbach
       Assistant United States Attorneys
       Southern District of New York

Cc: Defense Counsel (by ECF)