

**Haddon, Morgan and Foreman, P.C**
**Jeffrey S. Pagliuca**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364
FX  303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

November 28, 2021

**VIA EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re:    *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN)

Dear Judge Nathan,

On behalf of our client, Ghislaine Maxwell, we respectfully submit this letter in response to the government's letter, dated November 27, 2021, seeking to preclude certain topics of cross-examination.[1] The defense does not intend to cross-examine Accuser-1 or Accuser-2 about ▮▮▮▮▮▮▮▮▮▮ unless their testimony opens the door to such cross-examination.  Similarly, the defense does not intend to cross-examine Accuser-1 about ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ unless the witness's testimony opens the door to such cross-examination.

However, Accuser-1's brother, who is a testifying witness, told the government less than three weeks ago that ▮▮▮▮▮▮▮▮▮▮

---

[1] Pursuant to our established protocol, the defense is submitting this letter to the Court under temporary seal to allow the government to propose any appropriate redactions.

The Honorable Alison J. Nathan
November 28, 2021
Page 2

██████████████████████████████████████████████████████████

██████████████████████████████████████████  The defense should be permitted to cross-examine Accuser-1 about ████████████ because it is relevant to her ability to recall the events in question accurately.  As the government concedes, it is

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████

Respectfully submitted,

Jeffrey S. Pagliuca

CC: Counsel of Record