FOR IMMEDIATE RELEASE                                                                                    November 14, 2019

# Administrator Jordana H. Feldman Announces
## Proposed Establishment of the Epstein Victims' Compensation Program

Jordana ("Jordy") H. Feldman, Kenneth R. Feinberg and Camille S. Biros today announced that the Co-Executors of the Estate of Jeffrey E. Epstein ("Estate") have filed documents in the Superior Court of the U.S. Virgin Islands, seeking expedited approval from the Court for the establishment of a voluntary claims resolution program that will allow eligible individuals the opportunity to resolve their sexual abuse claims against Mr. Epstein and his Estate through a confidential, non-adversarial alternative to litigation.

Ms. Feldman, Mr. Feinberg and Ms. Biros – distinguished, independent claims administration experts with extensive experience in fashioning similar claims programs – will lead the design of the program, including developing criteria and requirements for the evaluation and determination of eligibility and compensation, and the accompanying claims process.  Ms. Feldman, Mr. Feinberg and Ms. Biros will draft the program protocol and will afford interested parties, including potential claimants and/or their legal representatives, an opportunity to provide input on the protocol prior to its finalization.  They expect that, once approved by the Court, the program will start accepting claims in approximately 90 days.

"This important program will offer victims the opportunity to obtain long-overdue compensation, to be heard and treated with the compassion, dignity and respect they deserve, and to achieve some measure of justice and validation that has eluded them for so many years.  The claims resolution process will be fair, prompt, and non-adversarial, and will provide victims with a meaningful alternative to years of protracted civil litigation and its associated costs, risks and uncertainties," said Ms. Feldman.

Ms. Biros added that "participation in the program will be entirely voluntary and will not affect any rights the claimant may have unless and until she accepts the compensation determination and signs a litigation release.  All claimants will be afforded an opportunity to meet confidentially with the Administrator, if they so desire, in order to provide any information that may bear upon the evaluation of their claims."

Ms. Feldman, who recently served as Deputy Special Master of the September 11th Victim Compensation Fund, the litigation-alternative program administered by the U.S. Department of Justice that compensates victims who have become sick or died as a result of their September 11th-related exposure, will also administer the new program. Ms. Feldman will, in the role of Administrator, have complete autonomy and decision-making authority over program operations and claim determinations, and the Estate will have no authority to modify or reject Ms. Feldman's decisions on any basis or as to any claim.  Mr. Feinberg, the nation's leading expert in fashioning effective dispute resolution alternatives, and his colleague, Ms. Biros, will partner with Ms. Feldman in the development and implementation of the program, lending their extensive expertise to that process.

Mr. Feinberg added, "We are pleased to have been asked to implement this important program, and are eager to begin designing it so that claimants will have a forum where their suffering is acknowledged and their claims are promptly and appropriately compensated."  Regarding Ms. Feldman he said, "Jordy brings not only a wealth of experience from her long-time work with the 9/11 community, but also a profound sense of empathy for victims and a deep commitment to ensuring fairness in process and outcome."

Once approved, the program will operate and maintain a website that provides general information about the program, including the Protocol, Frequently Asked Questions, information about claims filing deadlines and a registration process for new complaints.  Contact information for the program will also be available on the website.

For media inquiries about the program, contact ClaimantServices@EpsteinVCP.com or 877-312-3055.