UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ghislaine Maxwell,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/22

20-CR-330 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Court is in receipt of the Government's revised proposed redactions to Dkt. No. 725 and proposed redactions to Defendant's November 22, 2021 Response to Motions to Quash. *See* Dkt. Nos. 732, 733. The Court concludes that the proposed redactions are narrowly tailored to protect the identities and privacy interests of victim-witnesses who were subject to the Court's anonymity order. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Court will file unredacted copies under seal.

    SO ORDERED.

Dated: July 15, 2022
       New York, New York

                                ALISON J. NATHAN
                            United States Circuit Judge
                              Sitting by Designation