LCT1MAXT

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

            v.                          20 CR 330 (AJN)

GHISLAINE MAXWELL,

            Defendant.                  Jury Trial
------------------------------x
                                        New York, N.Y.
                                        December 29, 2021
                                        9:35 a.m.

Before:
                HON. ALISON J. NATHAN,

                                        District Judge

                      APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  ALISON MOE
     LARA POMERANTZ
     ANDREW ROHRBACH
     Assistant United States Attorneys

HADDON MORGAN AND FOREMAN
     Attorneys for Defendant
BY:  JEFFREY S. PAGLIUCA
     LAURA A. MENNINGER
        -and-
BOBBI C. STERNHEIM
        -and-
COHEN & GRESSER
BY:  CHRISTIAN R. EVERDELL
```

1          (In open court; 9:35 a.m.)

2          THE COURT:  Please be seated.

3          I have a note:

4          "May we please have the following transcripts:"  Five

5   names are listed.  I'm going to be cautious because I think it

6   includes at least one last name of someone who testified using

7   only a first name.  The first one is Shawn.  The second one is

8   Cimberly Espinosa.  The third, I can't read the last name.  I'm

9   going to have counsel take a look.  The fourth is Amanda Young.

10  And the fifth is Jason Richards.  So you'll start working on

11  those.

12         "Also, may we have clarification regarding our

13  schedule going forward.  Are we required to continue

14  deliberations every day, including 12/31, and 1/1, until we

15  reach a verdict?  We ask in order to plan our schedules

16  accordingly."

17         And I have a juror who did raise one like couple-hour

18  conflict, which I'll speak to counsel about at sidebar, because

19  it's private juror information, and we can do that now while,

20  Ms. Moe, you're gathering the materials.

21         MS. MOE:  Yes, your Honor.

22         THE COURT:  And I'll show you the note to identify

23  the --

24         (Sidebar conference SEALED)

25

1           (In open court)

2           THE COURT:  Aside from the private information we

3   discussed, I showed this note, Court Exhibit 18, to counsel,

4   and they too can't read the third name listed well enough to be

5   able to respond to it, so I am going to put a note to the jury

6   asking for clarification on that.  And we're gathering the

7   other materials.  And I will craft a response to the schedule

8   issue that I'll come back and run by counsel.  So I'll step

9   down to do that.  Thank you.

10          THE DEPUTY CLERK:  All rise.

11          (Recess; 9:44 a.m.)

12          (In open court; 9:54 a.m.)

13          THE COURT:  All right.  So we brought some of the

14  transcripts back.  I sent my note back asking for clarification

15  on the third name.  And then I want you to let me know

16  specifically how you'd like me to respond to the scheduling

17  question.  So just to read it again:

18          "May we have clarification regarding our schedule

19  going forward.  Are we required to continue deliberations every

20  day, including 12/31 and 1/1/2022, until we reach a verdict?

21  We ask in order to plan our schedules accordingly."

22          So my inclination is to say:

23          "You asked about the schedule going forward.  Yes, you

24  will continue deliberations as needed every day going forward,

25  including," and I think -- I mean, they mentioned 12/31 and

1  1/1.  I think I should mention 1/2 as well, since that's the
2  Sunday, "until you reach a verdict."
3           Go ahead, Ms. Sternheim.
4           MS. STERNHEIM:  Thank you, Judge.
5           I would just say, with regard to those holiday dates,
6  that it should be their option.  This jury knows that they were
7  committed through January 15th.  If for some reason they have
8  plans that are going to distract them by virtue of having to
9  cancel them, I think the option is they can if they wish, but
10 it can be continued on Monday if that is their preference.
11          THE COURT:  Well, I will say, again, if anyone has any
12 unmoveable commitments or -- what have I said?  If that is a
13 hardship or anyone has any unmoveable commitments, they can let
14 Ms. Williams know, but for the reasons I have indicated on the
15 record, I am going to set this schedule, regarding my concern
16 that, given the high likelihood that a necessary member of the
17 trial participants or one or more members of the jury would
18 need to quarantine for ten days should they test positive, that
19 that is a substantial delay and only increasing the risk over
20 time, and so I am, for the reasons I've indicated, greatly
21 concerned, and therefore it's my view that we need to proceed
22 every day on our schedule unless -- and they are not shy to
23 indicate -- unless they indicate it's a hardship, okay?
24          MS. STERNHEIM:  You know what our preference is, but
25 of course we'll abide by your decision.

1          THE COURT:  Okay.  Ms. Moe?
2          MS. MOE:  Your Honor, the government completely agrees
3    that deliberations should continue absent a hardship for
4    jurors.
5          THE COURT:  Okay.  So I will say "as needed every day
6    going forward, including 12/31, 1/1, and 1/2, until you reach a
7    verdict.  As I've indicated previously, if this schedule --"
8    let me just use the exact language I've used previously.
9          "-- if this presents a substantial hardship for anyone
10   because of unmoveable commitments, please let Ms. Williams
11   know."
12         Okay, Ms. Moe?
13         MS. MOE:  Yes, your Honor.  Thank you.
14         THE COURT:  Ms. Sternheim?
15         MS. STERNHEIM:  Thank you.
16         THE COURT:  Anything else you'd like me to add?
17         MS. MOE:  No, your Honor.  Thank you.
18         MS. STERNHEIM:  One moment, please.
19         THE COURT:  Sure.
20         MS. STERNHEIM:  Judge, we would just request that you
21   add that language which you've previously added about not
22   pressuring them.
23         THE COURT:  Okay.  I can add exactly what I've said
24   before.  "Of course, by this I don't mean to pressure you in
25   any way.  You should take all the time that you need."

1    MS. STERNHEIM:  Thank you.

2    MS. MOE:  Yes, your Honor.

3    THE COURT:  All right.  So again, just to sum it up:

4    "You asked about the schedule going forward.  Yes, you
5    will continue deliberations as needed every day going forward,
6    including 12/31, 1/1, and 1/2, until you reach a verdict.  If
7    this presents a substantial hardship for anyone because of
8    unmoveable commitments, please let Ms. Williams know.  Of
9    course, by this I don't mean to pressure you in any way.  You
10   should take all the time that you need."

11   I will write that up in my best possible handwriting
12   and then we'll put that in.  In the meantime, we have a note.

13   Ah.  Okay.  "We are requesting the transcripts of the
14   expert witness on memory."  So it is Elizabeth Loftus.  And
15   that will be Court Exhibit 19.

16   Okay.  So you'll keep the transcripts coming.  I will
17   write up that note and send it back.  Anything else, counsel?

18   MS. MOE:  Yes, your Honor.  Just with respect to the
19   transcripts, I think --

20   THE COURT:  Oh, you have --

21   MS. MOE:  Just one issue with respect to the
22   transcript regarding Cimberly Espinosa.  I'm going to defer to
23   my colleague on this particular issue.

24   THE COURT:  Yes.  Go ahead.

25   MS. POMERANTZ:  Thank you, your Honor.

1        We have two prepared versions.  Really, the dispute is
2   over one set of redactions.  I'm happy to pass that up to the
3   Court with both the government's proposed redactions and the
4   defense's proposed redactions and indicate where the dispute
5   lies.
6        THE COURT:  Okay.  I'll hear from you.
7        I don't have the unredacted version right in front of
8   me, so I see the difference in the redactions, but --
9        MS. POMERANTZ:  Yes, your Honor.  I think the dispute
10  is on page 2370, lines 14 to 18, and the government's view is
11  the objection was to the whole question, that there had not
12  been a predicate foundation to confirm a basis of knowledge,
13  and so I think our view is the whole response should be
14  redacted because the objection was sustained, and so I don't
15  see how a partial answer --
16       THE COURT:  I need the unredacted version.  My law
17  clerk is getting it for me.
18       MS. POMERANTZ:  Yes, your Honor.
19       (Pause)
20       THE COURT:  Right.  So the issue here is that it's an
21  answer that's being objected to and not a question.  The answer
22  has three parts to it.  So the first part is, "They just kind
23  of went their separate ways."  The question "How so?" is not
24  objected to, so that stays, at the least.  The answer, "They
25  just kind of went their separate ways.  Seems like Ghislaine

moved on. I know that she started dating --" and then the objection. That's where the objection is. And that's what I sustained. So I agree with the defense's version that these redactions are proper. So just clarify -- sorry. I closed it. But you'll confirm the right one is going back.

If the question had been objected to, then the whole answer would be struck. In the absence of the question being objected to, it's at the point of the objection that that response gets struck.

Anything else?

MR. EVERDELL: Not from the defense, your Honor.

THE COURT: Okay. Anything from the government?

MS. MOE: No, your Honor. Thank you.

THE COURT: All right. Thank you.

THE DEPUTY CLERK: All rise.

(Recess; 10:08 a.m.)

(In open court; 2:15 p.m.)

THE COURT: I received a note.

"May we please have the Larry Visoski transcript." Court Exhibit 20.

MS. MOE: Yes, your Honor, we'll print that.

THE COURT: Thank you.

Anything else, counsel?

MS. MOE: Not from the government, your Honor.

MS. MENNINGER: No, your Honor. Thank you.

1              THE COURT:  All right.  Thank you.
2              THE DEPUTY CLERK:  All rise.
3              (Recess; 2:15 p.m.)
4              (In open court; 4:58 p.m.)
5              THE COURT:  Please be seated.
6              We have a verdict.  I'm going to bring in the jury in
7     a moment.  I'm going to direct everyone in this courtroom and
8     the overflow courtrooms to remain seated, quiet, and calm
9     during the reading of the verdict.  I do intend to poll the
10    jury.  Anyone who is disruptive in any way will be removed by
11    the marshals and court security officers, so I assume and
12    expect everyone will behave accordingly.  Thank you very much.
13             We'll bring in the jury.
14             (Jury present)
15             THE COURT:  Please be seated, everyone.
16             I will ask the foreperson, Madam Foreperson, has the
17    jury reached its verdict?
18             FOREPERSON:  We have.
19             THE COURT:  All right.  And I have received it in an
20    envelope.
21             Ladies and gentlemen of the jury, I am about to read
22    the verdict.  After I do so, I'll ask each of you by your juror
23    number if this is your verdict.  I will ask you to pass the
24    microphone so that you can be heard in responding to this.
25             Count One:  Guilty.

LCT1MAXT

1           Count Two:  Not guilty.
2           Count Three:  Guilty.
3           Count Four:  Guilty.
4           Count Five:  Guilty.
5           Count Six:  Guilty.
6           Juror No. 26, is this your verdict?
7           JUROR:  Yes.
8           THE COURT:  Juror No. 48, is this your verdict?
9           JUROR:  Yes.
10          THE COURT:  Juror No. 49, is this your verdict?
11          JUROR:  Yes.
12          THE COURT:  Juror No. 37, is this your verdict?
13          JUROR:  Yes.
14          THE COURT:  Juror No. 50, is this your verdict?
15          JUROR:  Yes.
16          THE COURT:  Juror No. 70, is this your verdict?
17          JUROR:  Yes.
18          THE COURT:  Juror No. 124, is this your verdict?
19          JUROR:  Yes.
20          THE COURT:  Juror No. 29, is this your verdict?
21          JUROR:  Yes.
22          THE COURT:  Juror No. 89, is this your verdict?
23          Okay.  Juror No. 2 -- 89, is this your verdict?
24          JUROR:  Yes.
25          THE COURT:  Juror No. 2, is this your verdict?

1          JUROR:  Yes, your Honor.

2          THE COURT:  Juror No. 119, is this your verdict?

3          JUROR:  Yes, it is.

4          THE COURT:  Juror No. 7, is this your verdict?

5          JUROR:  Yes.

6          THE COURT:  The jury is unanimous.

7          Counsel, is there any reason that I cannot dismiss
8   this jury?

9          MS. MOE:  No, your Honor.

10         MS. STERNHEIM:  No.

11         THE COURT:  Ladies and gentlemen of the jury, I will
12  now dismiss you from your jury service in this matter.  You are
13  now free to discuss this case with anyone if you like, or not
14  discuss the case if that's what you would like.  If you do
15  discuss the case with anyone, you should share only your
16  experience.  You should respect the privacy of the deliberation
17  process.  Please do not share the views of any other jurors.

18         Furthermore, you must not reveal the names of any
19  other jurors since I have permitted you to remain anonymous,
20  nor may you reveal any information that I ordered be maintained
21  under seal, including the identities of any anonymous
22  witnesses.  Those are my orders in the case.

23         All materials, notes, the instructions, everything
24  that you've left each night, all of that must remain in the
25  jury room.

1       Members of the jury, let me say my sincere thanks on
2   behalf of the court and the parties and myself for your
3   attention, for your time, and for your service.  You all served
4   with diligence, despite a demanding schedule, despite the
5   pandemic.  I'm very grateful to each and every one of you for
6   your service to this court.
7       Members of the jury, thank you.  You are dismissed.
8       THE DEPUTY CLERK:  All rise.
9       (Jury discharged)
10      THE COURT:  Please be seated.
11      The completed verdict form will be marked as Court
12  Exhibit No. 21.
13      Counsel, tell me if you'd like to set a briefing
14  schedule.  Also, I would typically order the production of the
15  probation report, and we could discuss a sentencing date, but
16  I'm happy to hear from you on that, if you like.
17      MR. EVERDELL:  Your Honor, as to a briefing schedule,
18  I think maybe it would make sense for us to confer and we can
19  write a letter to the Court proposing a schedule.
20      THE COURT:  Okay.  Would you like me to order the
21  preparation of the presentence report or to wait?
22      MS. STERNHEIM:  We would request that you wait, Judge.
23      I also have a request -- I apologize -- given the
24  COVID issue, I would request that the Court endorse an order so
25  that Ms. Maxwell gets a booster.  She has not received that as

LCT1MAXT

of yet, and the incidents of COVID are rising dramatically at the facility.

THE COURT:  My understanding -- I checked on this this morning -- is that it is available at MDC, so I will certainly look into it.

MS. STERNHEIM:  Thank you.

THE COURT:  Thank you.

Anything further from the government?

MS. MOE:  No, your Honor.  Thank you.

THE COURT:  From the defense.

MS. STERNHEIM:  No, thank you.

THE COURT:  All right.  Thank you, everyone.  We are adjourned.

THE LAW CLERK:  All rise.

o0o