**MANDATE**

1:20-cr-00330-AJN-1

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-four,

Before:      José A. Cabranes,
               Richard C. Wesley,
               Raymond J. Lohier, Jr.,
                   *Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2024__
```

United States of America,

     Appellee,

v.

Ghislaine Maxwell, AKA Sealed Defendant 1,

     Defendant - Appellant.

**JUDGMENT**

Docket No. 22-1426

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's June 29, 2022, judgment of conviction is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/02/2024**