UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Ghislaine Maxwell,

       Defendant.

1:20-cr-330 (AJN)

## NOTICE OF APPEARANCE

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. Please transmit electronic filings to Jordan.Fox@usdoj.gov.

Respectfully submitted,

/s/ Todd Blanche_____
TODD BLANCHE
Deputy Attorney General
(202) 514-2101

1