UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>GHISLAINE MAXWELL,<br><br>                        Defendant. | No. 20 CR. 330 (PAE)<br><br>NOTICE OF APPEARANCE |

TO:    Clerk of Court
           United States District Court
           Southern District of New York

       The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for the United States of America and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         July 21, 2025

                                                  Respectfully submitted,

                                                  JAY CLAYTON
                                                  United States Attorney for the
                                                  Southern District of New York

                             By:    /s/ Jeffrey Oestericher
                                                  JEFFREY OESTERICHER
                                                 Assistant United States Attorney
                                                 86 Chambers Street, 3rd Floor
                                                 New York, New York 10007
                                                 Telephone: (212) 637-2695
                                                 Facsimile:  (212) 637-0033
                                                 Email:  Jeffrey.Oestericher@usdoj.gov