UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                1:20-CR-00330-PAE

vs.

GHISLAINE MAXWELL.
_____/

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Ghislaine

Maxwell.  I certify that I am admitted to practice Pro Hac Vice in the above captioned

action.

Dated:  July 22, 2025                        Respectfully submitted,

                                             **MARKUS/MOSS** PLLC
                                             40 N.W. Third Street, PH1
                                             Miami, Florida 33128
                                             Tel: (305) 379-6667
                                             markuslaw.com

                                             By:    /s/ David Oscar Markus
                                                    David Oscar Markus
                                                    Florida Bar Number 119318
                                                    dmarkus@markuslaw.com