UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

— against —

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------------------- X

20 Cr. 330 (PAE)

**NOTICE OF MOTION TO WITHDRAW**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian R. Everdell, I respectfully move this Court for an Order pursuant to Local Rule 1.4 permitting myself, Mark S. Cohen, and Cohen & Gresser LLP to withdraw as co-counsel for defendant Ghislaine Maxwell.

Dated: August 1, 2025
       New York, New York

                                          Respectfully submitted,

                                          **COHEN & GRESSER LLP**

                                          /s/ Christian R. Everdell

                                          Christian R. Everdell
                                          Mark S. Cohen
                                          800 Third Avenue, 21st Floor
                                          New York, NY 10022
                                          Phone: (212) 957-7600
                                          Fax: (212) 957-4514
                                          ceverdell@cohengresser.com
                                          mcohen@cohengresser.com

                                          *Attorneys for Ghislaine Maxwell*