UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,

          – against –

GHISLAINE MAXWELL,

                     Defendant.

------------------------------------------------------- x

20 Cr. 330 (PAE)

**DECLARATION OF CHRISTIAN R. EVERDELL IN SUPPORT OF MOTION TO WITHDRAW AS CO-COUNSEL**

      I, **CHRISTIAN R. EVERDELL**, declare as follows:

      1.     I am a partner at the law firm Cohen & Gresser LLP ("C&G"), co-counsel for defendant Ghislaine Maxwell. I am fully familiar with the facts set forth herein and respectfully submit this declaration pursuant to Local Civil Rule 1.4, Local Criminal Rule 1.1(b) (making Local Civil Rule 1.4 applicable to criminal proceedings), and Local Criminal Rule 1.2, in support of C&G's motion to withdraw as co-counsel for defendant Ghislaine Maxwell in the above-captioned matter.

      2.     Ms. Maxwell retained C&G to represent her in the above-captioned matter. Mark Cohen and I filed notices of appearance on July 8, 2020. C&G represented Ms. Maxwell at trial and through her sentencing on June 28, 2022.

      3.     Ms. Maxwell's sentencing concluded her district court proceedings. Ms. Maxwell filed a notice of appeal on July 7, 2022. C&G did not represent Ms. Maxwell in her appellate proceedings.

      4.     On July 18, 2025, Deputy Attorney General Todd Blanche appeared in this case on behalf of the government and filed a motion to unseal grand jury transcripts.

5. On July 22, 2025, David Markus and Melissa Madrigal of Markus Moss PLLC ("Markus Moss") appeared as counsel of record in this case for Ms. Maxwell.

6. I have spoken with Mr. Markus who has confirmed that Ms. Maxwell has retained Markus Moss to handle the government's unsealing motion and that he is prepared to meet any deadlines imposed by the Court.

7. Mr. Markus has also informed me that he has discussed this motion with Ms. Maxwell and she consents to C&G's withdrawal from this matter.

8. C&G is not asserting any liens in this matter and will share its files with Markus Moss upon request, subject to the conditions imposed by the protective order in this case (Dkt. No. 36).

9. C&G has served a copy of this declaration and its notice of motion to withdraw on Ms. Maxwell via Mr. Markus.

I declare under a penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Dated: August 1, 2025
New York, New York

Respectfully submitted,

**COHEN & GRESSER LLP**

_____
Christian R. Everdell
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514
ceverdell@cohengresser.com

*Attorneys for Ghislaine Maxwell*

2