UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
UNITED STATES OF AMERICA,           :
:       20 CR. 330 (PAE)
– against –                         :
:       **[PROPOSED]**
:       **ORDER GRANTING MOTION TO**
:       **WITHDRAW**
GHISLAINE MAXWELL,                  :
:
Defendant.             :
------------------------------------------------------- X

Upon consideration of the Motion to Withdraw, it is **HEREBY ORDERED THAT** Christian R. Everdell and Mark S. Cohen of Cohen & Gresser LLP are granted leave to withdraw as co-counsel for defendant Ghislaine Maxwell in the above-captioned matter.

Dated: _____, 2025

_____
The Honorable Paul A. Engelmayer
United States District Judge