UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                          :

UNITED STATES OF AMERICA,          :

                                            :          20 CR. 330 (PAE)

      – against –                  :

                                            :          **ORDER GRANTING MOTION TO WITHDRAW**

GHISLAINE MAXWELL,               :

                     Defendant.       :

------------------------------------------------------------ X

Upon consideration of the Motion to Withdraw, it is **HEREBY ORDERED THAT**

Christian R. Everdell and Mark S. Cohen of Cohen & Gresser LLP are granted leave to withdraw

as co-counsel for defendant Ghislaine Maxwell in the above-captioned matter.

Dated:   <u>August 4</u>       , 2025

                                        *Paul A. Engelmayer*

                              The Honorable Paul A. Engelmayer
                              United States District Judge