UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

Defendant.

20 Cr. 330 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Government's motion to unseal certain grand jury materials in this case is pending before the Court. Dkt. 785; *see also* Dkt. 796. On July 22, 2025, the Court ordered, *inter alia*, that any letters by or on behalf of victims in this case setting out their positions vis-à-vis the Government's motion be submitted on or before Tuesday, August 5, 2025. Dkt. 789. The Court here provides additional logistical instructions for any such submissions by victims.

Any victim in this case seeking to submit a letter regarding the Government's proposed disclosure shall, **by Tuesday, August 5, 2025,** send the letter to:

SDNY Victim and Witness Coordinator
United States Attorney's Office
26 Federal Plaza, 37th Floor
New York, New York 10278
1-866-874-8900
USANYS.EpsteinMaxwellVictims@usdoj.gov

The Government shall then provide the following materials to the Court, by hand, **by 3 p.m. on Wednesday, August 6, 2025**: (1) all such victim submissions in unredacted form, which the Court will retain under seal; and (2) a version of the same suitable for public docketing, with proposed redactions to protect any personal identifying information.

SO ORDERED.

                                                              _Paul A. Engelmayer_
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: August 5, 2025
           New York, New York

2