UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GHISLAINE MAXWELL,<br><br>Defendant. | 20 Cr. 330 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

This order sets a deadline for the Government's outstanding filings in connection with its pending motion to unseal certain grand jury materials in this case. Dkt. 785.

On July 29, 2025, the Government, in its memorandum of law in support of that motion, sought leave to file a supplemental submission responding to submissions from victims, which are due today, August 5, 2025. Dkt. 796 at 2. And, on August 4, 2025, the Government filed a letter stating that, although thus far it has moved to unseal only the grand jury transcripts in this case, it is considering whether also to seek unsealing of the grand jury exhibits, and sought leave to notify the Court by August 8, 2025, of its position on that point. Dkt. 800 at 2–3.

The Court grants these requests for leave to file supplemental submission(s) addressing these points. It sets a deadline of **Friday, August 8, 2025** for the Government to file:

1. Its response, if any, to any letters submitted by or on behalf of victims, and/or to any submission by defendant Maxwell (which is also due today); and

2. Its statement as to whether its motion to unseal (with appropriate redactions) covers the grand jury exhibits (or merely the grand jury transcripts).

The Government is authorized to file these submissions in redacted form publicly, to respect victims' privacy interests.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2025
         New York, New York