UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 20 Cr. 330 (PAE) |
| GHISLAINE MAXWELL, | |
| Defendant. | |

------------------------------------------------------- x

# NOTICE OF MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jeffrey S. Pagliuca and Laura A. Menninger, we respectfully move this Court for an Order pursuant to Local Rule 1.4 permitting ourselves and Haddon, Morgan & Foreman, P.C. to withdraw as co-counsel for defendant Ghislaine Maxwell.

Dated: August 5, 2025.

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
*s/ Laura A. Menninger*
Jeffrey S. Pagliuca
Laura A. Menninger
945 N. Pennsylvania St.
Denver, CO 80203
Phone: 303-831-7364

*Attorneys for Ghislaine Maxwell*