UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :     20-CR-330 (PAE)
v.                                  :
                                    :
GHISLAINE MAXWELL,                  :
                                    :
           Defendant.               :
                                    :
------------------------------------------------------- x

## ORDER GRANTING MOTION TO WITHDRAW

Upon consideration of the Motion to Withdraw, it is HEREBY ORDERED THAT Jeffrey S. Pagliuca and Laura A. Menninger of Haddon, Morgan & Foreman, P.C. are granted leave to withdraw as co-counsel for defendant Ghislaine Maxwell in the above-captioned matter.

Dated: __August 7__, 2025.

_____
The Honorable Paul A. Engelmayer
United States District Judge