UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

                Defendant.

---

20 Cr. 330 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court hereby moves two days earlier—to December 8, 2025—the deadline (*see* Dkt. 811) for the Government's forthcoming response to any submissions by the victims in this case and/or defendant Ghislaine Maxwell as to the Government's motion for orders enabling the release of records pursuant to the Epstein Files Transparency Act. This change aligns the briefing schedule for the Government's response with the briefing schedule for the Government's parallel motion in *United States v. Jeffrey Epstein*, No. 19 Cr. 490 (RMB) (S.D.N.Y. Nov. 24, 2025), Dkt. 85, and will enable the Court to render an earlier decision on this motion. The Government has confirmed that it does not object to the December 8 deadline. The other deadlines set in the order at docket 11 remain in place.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: December 1, 2025
          New York, New York