UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   Plaintiff,

v.

GHISLAINE MAXWELL,   Defendant

Case No. 20-CR-330 (AJN)

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2255

CASES

i

Arizona v. Youngblood, 488 U.S. 51 (1988 ..................................................................................i
Banks v. Dretke, 540 U.S. 668, 696 (2004 ...................................................................................i
Bell v. Wolfish, 441 U.S 520, 535, 539, 99 S. Ct. 1861,60 L. Ed. 2d 447 (1979 ..................i
Berger v. United States, 295 U.S. 78, 88 (1935...........................................................................i
Brady v. Maryland, 373 U.S. 83 (1963 .........................................................................................i
*Brady v. Maryland*, 373 U.S. 83, 87 (1963..................................................................................i
Bravo, 808 F. Supp. at 320 n.10 ....................................................................................................i
California v. Trombetta, 467 U.S. 479 (1984 ..............................................................................i
Cammeby's Mgmt., Co., LLC v. Affiliated FM Ins. Co., 152 F. Supp. 3d 159, 165 ...............i
Daniels v. Williams, 474 U.S. 327, 331 (1986............................................................................i
Delaware v. Van Arsdall, 475 U.S. 673, 678 (1986....................................................................i
Dyer v Calderon, 151 F3d 970,983 (9th Cir 1998)(en banc .....................................................i
Fed. R. Evid. 403 ............................................................................................................................i
Fifth Amendment U.S. Const. amend. V ....................................................................................i
Fullwood v. Lee, 290 F.3d 663, 678 (4th Cir. 2002 ...................................................................i
Giglio v. United States, 405 U.S. 150 (1972 ...............................................................................i
Giglio v. United States, 405 U.S. 150, 153–55 (1972 ................................................................i
Giglio v. United States, 405 U.S. 150, 154–55 (1972 ................................................................i
Gomez v. United States, 87 F.4th 100, 106 (2d Cir. 2023 .........................................................i
Harvey, 791 F.2d at 300.................................................................................................................i
Hughey v. U.S, 495 U.S 411 (1990................................................................................................i
Hughey v. US, 495 U.S. 411 (1990................................................................................................i
Kassis v. United States, 3 F.4th 556, 564 (2d Cir. 2021)...........................................................i
Kopskin 757 F.3d 168, 172 (2dCir. 2014 ....................................................................................i
Kyles v. Whitley, 514 U.S. 419 (1995)..........................................................................................i
Kyles v. Whitley, 514 U.S. 419, 437–38 (1995 ...........................................................................i
Kyles, 514 U.S. at 436–37 .............................................................................................................i

Lovasco, 431 US at 795 n. 17 .................................................................................................i

McDonough Power Equip., Inc. v. Greenwood, 464 U.S. 548, 554 (1984 .........................i

Mooney v. Holohan, 294 U.S. 103 (1935.............................................................................i

Mooney v. Holohan, 294 U.S. 103 (1935);...........................................................................i

Napue v. Illinois......................................................................................................................i

Napue v. Illinois, 360 U.S. 264 (1959 ..................................................................................i

Napue, 360 U.S. at 269.........................................................................................................i

Pena-Rodriguez v. Colorado, 580 U.S. 206 (2017..............................................................i

Publicola v. Lomenzo, 54 F.4th 108, 111 (2d Cir. 2022 .....................................................i

Santobello v. New York, 404 U.S. 257, 262 (1971 ..............................................................i

Santobello, 404 U.S. at 262 ..................................................................................................i

Smith v. Phillips, 455 U.S. 209, 217 (1982 .........................................................................i

Stirone v. United States, 361 U.S. 212 , 217 (1960 ...........................................................i

Stirone v. United States, 361 U.S. 212 (1960 ....................................................................i

Strickler v. Greene, 527 U.S. 263 (1999 .............................................................................i

Strickler v. Greene, 527 U.S. 263 (1999) ............................................................................i

The Crime Victims' Rights Act, 18 U.S.C. § 3771................................................................i

Torres v US 128 F3d 38,43 (2d Cir 1997.............................................................................i

Townsend v. Burke, 334 U.S. 736 (1948..............................................................................i

U.S v. Rodriquez, 492 F. Supp 3d 306, 311 (SDNY 2020...................................................i

Under Brady v. Maryland, 373 U.S. 83 (1963 .....................................................................i

United States of America, Appellee, v. Fadi Alameh, Defendant-appellant, 341 F.3d
   167 (2d Cir. 2003..............................................................................................................i

United States v. Agurs, 427 U.S. 97, 103 (1976).................................................................i

United States v. Agurs, 427 U.S. 97, 107 (1976..................................................................i

United States v. Annabi, 771 F.2d 670, 672 (2d Cir. 1985 ................................................i

United States v. Avellino, 136 F.3d 249, 255 (2d Cir. 1998...............................................i

United States v. Bokun, 73 F.3d 8, 12 (2d Cir. 1995 ..........................................................i

United States v. Carter, 454 F.2d 426, 427 (4th Cir. 1972) ...............................................i

United States v. D'Amelio, 683 F.3d 412 (2d Cir. 2012 .....................................................i

United States v. Harvey, 791 F.2d 294, 300 (4th Cir. 1986...........................................................i
United States v. Kahn, 472 F.2d 272, 287 (2d Cir. 1973) ...............................................................i
United States v. Miller, 471 U.S. 130 (1985....................................................................................i
United States v. Nelson, 277 F.3d 164, 201 (2d Cir. 2002.............................................................i
United States v. Orena, 145 F.3d 551, 557 (2d Cir. 199 ................................................................i
United States v. Orena, 145 F.3d 551, 557 (2d Cir. 1998 ..............................................................i
United States v. Parisi, 529 F.3d 134, 139 (2d Cir. 2008 ................................................................i
United States v. Pollack, 91 F.3d 331, 334 (2d Cir. 1996...............................................................i
United States v. Rigas, 583 F.3d 108, 125 (2d Cir. 2009)...............................................................i
United States v. Stein, 541 F.3d 130, 151 (2d Cir. 2008................................................................i
United States v. Stewart, 433 F.3d 273, 297 (2d Cir. 2006............................................................i
United States v. Vebeliunas, 76 F.3d 1283, 1290 (2d Cir. 1996....................................................i
US v Butler 955 F.3d 1052, 1053 (D.C. Cir. 2020 ............................................................................i
US v Ausby, 916 F 3d 1089,1092 (DC Cir 2019 ...............................................................................i
US v Berrios 501 F2d 1207, 1211 (2d Cir. 1974 ..............................................................................i
US v Bravo United States v. Bravo, 808 F. Supp. 311 (S.D.N.Y. 1992 ..........................................i
US v Marion, 404 US 307 (1971)......................................................................................................i
US v. Gigante, 94 F. 3d 53 (2 Cir. 1996............................................................................................i
US v. Gigante, 94 F.3d 53 (2d Cir. 1996..........................................................................................i
US v. Salameh 152 F3d, 120 (2d Cir.1998......................................................................................i
Wade v Mantello, 33 F3d. 51, 58-59 (2d Cir.2003........................................................................i
Young v. United States ex rel. Vuitton et Fils S.A., 481 U.S. 787, 807 (1987.............................i
Young, 481 U.S. at 807 .....................................................................................................................i

## Statutes

U.S. Const. amend. VI,......................................................................................................................i
   i
§ 2255..................................................................................................................................................i
§2255...................................................................................................................................................i
28 U.S.C. § 2255 .................................................................................................................................i

U.S. Const. amend. V i

U.S. Const. amend. V, cl. 1   i

U.S. Const. amend. VI       i

EXHIBITS

| | |
|---|---|
| 1 | DOCKET 645; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 2 | DOCKET 653; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 3 | BOOK by Lucia Osborne-Crowley (LOC) "LASTING HARM: Witnessing the Trial of Ghislaine Maxwell" 2025 |
| 4 | THE KICKER PODCAST with Lucia Osborne-Crowley 2022 |
| 5 | INDEPENDENT JAN 4, 2022 Ghislaine Maxwell Juror Breaks Silence |
| 6 | OBJECTIONS PODCAST- Host Adam Klasfeld interviews Lucia Osborne-Crowley Jan 11 2022. |
| 7 | PARAMOUNT PLUS – GHISLAINE: PARTNER IN CRIME- DOCUMENTARY |
| 8 | INDEPENDENT FEB 4, 2024 Lucia Osborne-Crowley, My Part in Triggering GHISLAINES APPEAL |
| 9 | DOCKET 613; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 10 | TRANSCRIPT 1088, PARKINSON at TRIAL United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 11 | TRANSCRIPT GRAND JURY PARKINSON WEDNESDAY JULY 19 2006 |
| 12 | TRANSCRIPT CAROLYN testifying to location of massage table; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN)1521-22 |
| 13 | TRANSCRIPT ALESSI; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 14 | BRAD EDWARDS BOOK, Relentless Pursuit, My Fight for the Victims of Jeffrey Epstein. |
| 15 | JULIE K BROWN BOOK, Perversion of Justice: The Jeffrey Epstein Story |
| 16 | DOCKET 285; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 17 | 3501.226-072 |
| 18 | DOCKET 285 p.16, p. 2/3 Kramer handwritten notes |
| 19 | Interesting Lawyers Podcast (ILP) (ADLER) PART 3 WITH BRAD EDWARDS |
| 20 | DOCKET 204; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |

21  DOC 1335-3  1.9.24 CASE 1:15 07433-LAP DEPOSITION OF GIUFFRE IN J EDWARDS PAUL CASSELL v ALAN M DERSHOWITZ

22  DOCKET 285-2; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN)

23  DOCKET 204-6; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN)

24  DOCKET 285-1; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN)

25  BILL BARR TESTIMONY; Monday, August 18, 2025 COMMITTEE ON OVERSIGHT 5 AND GOVERNMENT REFORM, U.S. HOUSE OF REPRESENTATIVES, WASHINGTON, D.C. DEPOSITION OF: WILLIAM P. BARR

26  UUSTALL PODCAST 2022- WITH BRAD EDWARDS

27  NETFLIX: *GHISLAINE MAXWELL: FILTHY RICH*

28  AMERICAN ARTIBRATION - FISTEN V BROWN

29  FLORIDA BULLDOG – Fisten and Edwards Primary Sources for Journalist JK Brown

30  TRANSCRIPT 2885; United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN)

31  INTERESTING LAWYERS PODCAST ILP  (ADLER) Part 2 WITH BRAD EDWARDS 2024

32  REUTERS DISCOVERY LEVERAGING CRIMINAL CASES AND BANK CASES

33  ALESSI DEPOSITION, JUNE 1 2016

34  TRANSCRIPT p 2795 et seq SEALED re Charge Carolyn

35  OPR Report; Office of Professional Responsibility Report Investigation into the U.S. Attorney's Office for the Southern District of Florida's Resolution of Its 2006–2008 Federal Criminal Investigation of Jeffrey Epstein and Its Interactions with Victims during the Investigation November 2020

36  Giuffre Australia Interview FBI Submitted 135 Mar 7, 2011

37  3516-002 SEAN HAUGHT

| | |
|---|---|
| 38 | Intentionally left blank |
| 39 | DOCKET 140 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 40 | LEON BLACK "Leon Black Agreed to Pay $62.5 Million" The New York Times 7/21/2023 |
| 41 | TRANSCRIPT 3008 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 42 | DOCKET 435 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 43 | DOCKET 311 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 44 | DOCKET 252 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 45 | NOBODY'S GIRL BY VIRGINIA GIUFFRE AND CO-AUTHOR AMY WALLACE |
| 46 | VAUGHN INDEX RADAR ONLINE v FBI |
| 47 | BROKEN PODCAST EP 2 , |
| 48 | STATEMENT RAI HAMILTON |
| 49 | AFFIDAVIT DOROTHY GROENERT |
| 50 | ANOUSKA DE GEORGIOU PODCAST WITH BRAD EDWARDS & BRITTANY HENDERSON |
| 51 | AFFIDAVIT KEVIN MORAN |
| 52 | SENTENCING HEARING GM |
| 53 | TRANSCRIPT 973 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 54 | ACOSTA TESTIMONY |
| 55 | DOCKET 169 p 6 of 12; United States v. Ghislaine Maxwell, Case No. 20-CR 330 (AJN) |
| 56 | 3501-226-022 Pre Meeting Churcher, AUSA Villafana |
| 57 | FBI 302 P. 2, #13 "Confidentiality Agreement" between Petitioner and Epstein referenced and handed to FBI 3/11/2011 and never disclosed to Petitioner |
| 58 | PRINCE ANDREW PHOTO FRONT & BACK |
| 59 | BBC PANORAMA TRANSCRIPT 2019 AND PIERS MORGAN TALK TV DAVID BOIES 2023 |

| | |
|---|---|
| 60 | DOCKET *620* United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 61 | Intentionally Left Blank |
| 62 | TRANSCRIPT 544, 607, 516 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 63 | ARTICLE: RADAR ONLINE 2011 SEX SLAVE LAWYERS |
| 64 | BBC PANORAMA TRANSCRUPT 2019 |
| 65 | *Deliberately left blank* |
| 66 | RADAR ONLINE v FBI DOC 38 1-17-cv-03956-PGG p. |
| 67 | DOCKET 38 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 68 | TRANSCRIPT PAGE 263 LINES 16-24 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 69 | DAILY MAIL PHOTO THAT CHANGED THE WORLD BY SHARON CHURCHER NOV 18, 2025 |
| 70 | FLIGHT MANIFESTS RELEASED REDACTED BY US CONGRESS |
| 71 | TRANSCRIPT TRIAL P1706-1973 PAGE 1819 12-1 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 72 | TRANSCRIPT p 1974-2027 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 73 | TRANSCRIPT TRIAL p 2028-2295 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 74 | TRANSCRIPT page 34 lines 2-5 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) p. 68:2-4. 277:3-6 |
| 75 | *Intentionally left blank* |
| 76 | DOCKET 38 *RADAR ON LINE v FBI filed 10/29/21 p 23-25* |
| 77 | *Intentionally Left Blank* |
| 78 | Senator BEN SASSE, former member of Senate Judiciary Committee |
| 79 | *Intentionally left blank* |
| 80 | TRANSCRIPT p 2542-2738 United States v. Ghislaine Maxwell, Case No. 20-CR-330 (AJN) |
| 81 | NON-PROSECUTION AGREEMENT (NPA) US v Jeffrey Epstein |