

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 6, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter pursuant to the Court's December 22, 2025 Order (Dkt. 825). The Government notes that it appears that the defendant did not initially file with the Court pages 13 to 19 and 27 to 33 of her *pro se* motion to vacate her conviction and sentence, pursuant to 28 U.S.C. § 2255, and the exhibits she references. However, the Government subsequently received from the defendant an electronic version of the full motion and the exhibits on a USB drive sent via FedEx, as well as from the Court via USAfx. Accordingly, the Government submits by email, to be filed under seal, the full version of the defendant's motion (with the Government's proposed redactions). In light of the volume of the exhibits, the Government requests that it be permitted additional time to submit proposed redactions to them (to the extent necessary) on or before January 13, 2026.

                                  Respectfully submitted,

                                  JAY CLAYTON
                                United States Attorney

                by:    /s/ Sean S. Buckley
                        Sean S. Buckley
                        Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)