

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 11, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*,
                **S2 20 Cr. 330 (PAE)**

Dear Judge Engelmayer:

    The Government respectfully submits this letter to request a further extension of time to file redacted versions of the exhibits to the defendant's *pro se* motion to vacate her conviction and sentence, pursuant to 28 U.S.C. § 2255, from January 13, 2026 to February 10, 2026. The defendant submitted approximately 148 exhibits with her motion. Based on our review to date, some of those exhibits contain multiple documents, some of which are not consistent with the description of the document in the defendant's motion. For a variety of reasons, including those set forth below, the Government respectfully submits that an adjournment not only is appropriate, but also is necessary to protect victims' rights and privacy interests.

    Upon the Government's initial review, it has identified examples of documents that purport to be public records, but in fact contain sensitive victim information that was not part of the public record. For example, the Government has identified an exhibit that purports to be a transcript of a publicly available file. The Government compared the defendant's transcript against what actually was published publicly, and determined that the defendant's transcript contains the victim's name whereas the victim's name had been redacted from the publicly available file. This happened in at least one other proposed exhibit from the defendant including not otherwise publicly available, victim-identifying information that had been redacted on the public record.

    In light of the volume of the exhibits and the granularity with which they must be reviewed for sensitive victim information, the Government requests that the Court permit the Government to submit to the Clerk of Court for filing redacted versions of the exhibits on or before February 10, 2026.

Hon. Paul A. Engelmayer, U.S.D.J.
January 11, 2026
Page 2 of 2

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by:   /s/ Sean S. Buckley
        Sean S. Buckley
        Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)

GRANTED.

To allow the Government sufficient time to review the exhibits attached to defendant Ghislaine Maxwell's *pro se* habeas petition and make redactions necessary to protect victim identifying information, the Government's deadline to publicly file such redacted versions of these exhibits is extended to February 10, 2026.

The Clerk of Court is respectfully directed to send a copy of this memorandum endorsement to Maxwell by U.S. mail.

SO ORDERED.

Date: January 12, 2026
      New York, New York

        PAUL A. ENGELMAYER
        United States District Judge