UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                             20-CR-330 (PAE)

                                                               DECLARATION OF
                                                               LISA PHILLIPS

GHISLAINE MAXWELL,

                    Defendant.

---

DECLARATION OF LISA PHILLIPS
IN SUPPORT OF REP. RO KANNA'S AND THOMAS MASSIE'S
REQUEST TO PARTICIPATE *AMICI CURAIE* IN THIS MATTER AND
FOR THE APPOINTMENT OF
AN INDEPENDENT MONITOR OR SPECIAL MASTER

I, Lisa Phillips, hereby declare, under penalty of perjury, as follows:

1. I am an adult resident of the United States and submit this declaration based upon my personal knowledge. If called as a witness, I could and would testify competently to the facts set forth herein.

2. I am a survivor of the sex trafficking criminal enterprise led by Jeffrey Epstein and Defendant Ghislaine Maxwell.

3. I submit this declaration in response to the Court's Order dated January 13, 2026 (Dkt. 833, p. 2), and in support of Representatives Ro Khanna's and Thomas Massie's,

1

the co-sponsors of the Epstein Files Transparency Act (the "Act"), request to participate in these proceedings *amici curaie* to seek the Court's oversight and appointment of an independent monitor or special master to oversee the release of the Epstein-related files required by the Act.

4.     For the reasons outlined in the Representatives' letter to the Court, I have no confidence that the Department of Justice, already 30 days late in complying with the Act with no end in sight, and with its constantly shifting public pronouncements about the volume of documents subject to the Act being reviewed, will produce the Epstein files it has represented to this Court that it would release, nor the files it is legally required to produce pursuant to the Act.

5.     Based on my personal experience, the Department of Justice's continued failure to comply with its statutory obligations has caused significant emotional distress and retraumatization, both to me and to other survivors with whom I regularly speak.

6.     The Department of Justice's conduct regarding the Epstein files constitute willful violations of the Act and undermine survivors' trust in the integrity of the process and in the Government's publicly-announced commitments to transparency and accountability.

7.     The fears of fellow survivor, Annie Farmer, expressed in her letter to the Court on December 2, 2025 (Dkt. 816), have unfortunately come true. The DOJ has not taken actions to fully comply with the Act and will likely not do so without proper Court supervision. Instead, as found by the Court, the DOJ has merely paid "lip service" to the victims and have failed to treat us "with the solicitude" we deserve, and continue in their

mishandling of the production to comply with the Act to "misle[a]d victims…and the public at large." (Dkt. 820, p. 20).

8. The appointment of an independent monitor or special master with this Court's oversight would provide needed compliance with the law, timely and complete disclosure of required materials, and protection of the rights and dignity of survivors like me who have already suffered profound harm.

9. Without independent oversight supervised by this Court, survivors—including me—remain at risk of continued delay, obfuscation, and further trauma caused by uncertainty and broken assurances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __14__ day of January 2026.

_____
Signed by: [signature]
C5979A1B0F9B452…
Lisa Phillips

Cc:   All counsel and parties of record through ECF.

   Michael Popok, Esq.
   NY Bar No. 2475226
   The Popok Firm
   121 Alhambra Plaza, Suite 1500
   Coral Gables, FL 33134

   445 Park Avenue, 7th Floor
   New York, NY 10022
   Tel: 786.999.4285
   michael@thepopokfirm.com
   Counsel for Lisa Phillips