# Exhibit A



**U.S. Department of Justice** ✓ · 12/21/25





## FACT SHEET: THE EPSTEIN FILES RELEASE

*Thanks to court seals being lifted as a result of President Trump enacting the Epstein Transparency Act, the Department of Justice is releasing thousands of pages of photos and other material related to Jeffrey Epstein.*

- The Trump Administration is continuing its unprecedented support for Epstein Transparency after the Biden Administration declined to make any files public.
- The first Trump Administration was prosecuting Jeffrey Epstein for heinous crimes at the time of his death. The Obama Administration declined to investigate Epstein.

**WHY IS THIS MATERIAL BEING RELEASED NOW?**

- Prior to President Trump's enactment of the Epstein Transparency Act, various Judges had declined the Trump Department of Justice's requests to unseal Epstein related material. The enactment of the new Law gave the judges a legal predicate they found sufficient for granting the Trump Administration's standing requests before the Courts to unseal the files.

**HOW MUCH MORE MATERIAL CAN WE EXPECT TO BE RELEASED?**

- The Department of Justice has hundreds of thousands of pages of material to release, including material that must comply with court orders. These court orders can slow the Department of Justice's ability to review and redact material but will not prevent the release of this material. The Department of Justice has more than 200 lawyers working around the clock reviewing each individual file for release. This is an arduous process, as each document and photograph must be individually reviewed by DOJ and the Southern District of New York for potential redactions to protect victims or potential victims.

**WHAT IS BEING REDACTED?**

- The Department of Justice is committed to transparency and redacting only what is legally required. The Department is required by law to redact identifying information about the victims, minors, or potential victims, as well as privileged material. NO redactions have been or will be made to protect famous individuals or politically exposed persons.

**WHY HAVE SOME PHOTOS BEEN RELEASED AND THEN REMOVED?**

- As material is released, the Department of Justice has received incoming from individuals alleging to be victims and their lawyers, requesting that certain information be removed. Out of an abundance of caution, the material is temporarily removed for review and will be released again with appropriate redactions if legally required.