

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 10, 2026

**BY ELECTRONIC MAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*,
              **S2 20 Cr. 330 (PAE)**

Dear Judge Engelmayer:

    The Government respectfully submits this letter to notify the Court that, pursuant to the Court's December 22, 2025 Order (Dkt. 825) and January 12, 2026 Order (Dkt. 832), the Government is submitting to the Clerk of Court for public filing certain exhibits to the defendant's *pro se* motion, pursuant to 28 U.S.C. § 2255, to vacate her conviction and sentence. The Government describes below its approach for implementing the Court's directive that the Government "review [the exhibits] and make any redactions necessary to ensure that victims' privacy and confidentiality interests are not compromised." (Dkt. 825).

    The Government applied the following categories of redactions:

    First, for any publicly available materials, the Government redacted victim identifying information except where a victim has publicly self-identified.[1] ███████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████

---

[1] ███████████████████████████████████████
███████████████████████████████████████████
████████

Hon. Paul A. Engelmayer, U.S.D.J.
February 10, 2026
Page 2 of 3

Second, with respect to materials covered by the Protective Order in this case that are otherwise in the process of being released under the Epstein Files Transparency Act, Pub. L. 119-38, 139 Stat. 656 (Nov. 19, 2025) (the "Act"), the Government has applied, or is applying, redactions consistent with redaction of those documents released under the Act. *See* Exs. 57, 58, 105, 116, 118, 125, 127, 128, and 146. Certain such Protective Order documents were released under the Act and are currently under review in light of requests for additional redactions by victims or victim counsel. *See* Exs. 36, 56, and 126; *see also* Dkt. 839. The Government respectfully submits these documents under seal on a temporary basis until the redactions are finalized and posted under the Act, at which time the Government will alert the Court and submit those updated exhibits for posting on the instant docket. Since the defendant would not otherwise have leave under the Protective Order to post these documents publicly, the Government submits this approach is consistent with the Protective Order and the Act, and is most protective of victims.

Third, with respect to materials that the Government has not been able to identify in the public record, the Government has, where appropriate, generally applied redactions to protect sensitive, victim-identifying information or the disclosure of identifying information for law enforcement personnel. *See* Exs. 11, 28, 48, 59, 64, 70, 98, 103, 110, and 129. Additionally, with respect to materials that appear to be non-public, the Government respectfully submits the following categories of materials under seal: (i) materials that appear to be part of *Giuffre v. Maxwell*, 15 Civ. 7433 (LAP), and may be covered by protective orders in that case [REDACTED]

---

[2] There is currently a pending motion to unseal in that case. *See Giuffre v. Maxwell*, 15 Civ. 7433 (LAP), Dkt. 1353 (S.D.N.Y. Jan. 30, 2026). Should these documents become unsealed, the Government will alert the Court and file redacted versions on the docket in this case.

Hon. Paul A. Engelmayer, U.S.D.J.
February 10, 2026
Page 3 of 3

██████████████████████████████████
██████████████████████████, the Government respectfully requests that this letter be filed under seal. The Government will file a redacted version of this letter, which protects the privacy interests of victims, on the public docket.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

by:    /s/ Sean S. Buckley
        Sean S. Buckley
        Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)

The Court grants the Government's request to publicly file this letter with redactions to protect victim privacy, and to file the unredacted copy under seal. The Court accordingly directs the Government to file this memo-endorsed and redacted copy of the letter on the public docket of this case, and to send both the redacted and unredacted versions to Ghislaine Maxwell via U.S. mail.

SO ORDERED.

                                    *Paul A. Engelmayer*

Date: February 12, 2026          PAUL A. ENGELMAYER
      New York, New York        United States District Judge