UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

                Defendant.

20 Cr. 330 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter-motion from the Government identifying additional redactions to be made to the *pro se* motion under 28 U.S.C. § 2255 of defendant Ghislaine Maxwell. A properly redacted version of this letter is attached. The Court grants the Government's letter-motion to the extent that the Government seeks leave to redact victim information from Maxwell's motion, consistent with § 2(c)(1)(A)–(B) of the Epstein Files Transparency Act. To the extent, however, the Government's letter may be read to seek leave to redact other components of Maxwell's *pro se* motion, the Court denies that motion, because the Government has not justified making redactions on any other grounds.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 24, 2026
       New York, New York

# Exhibit A



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 23, 2026

**BY ELECTRONIC MAIL**
**IN CAMERA**

The Honorable Paul A. Engelmayer      **REQUEST TO BE FILED UNDER SEAL**
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*,
           S2 20 Cr. 330 (PAE)
           25 Civ. 10468 (PAE)

Dear Judge Engelmayer:

    The Government writes concerning two matters.

[REDACTED]

Hon. Paul A. Engelmayer, U.S.D.J.
February 23, 2026
Page 2 of 2

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Second, in compliance with the Court's December 22, 2025 Order (Dkt. 825), January 6, 2026 Order (Dkt. 828), and January 12, 2026 Order (Dkt. 832), the Government prepared redacted versions of the exhibits to the defendant's motion pursuant to 28 U.S.C. § 2255 for filing by the Clerk of Court. The Clerk of Court has requested that the Government file the exhibits on the docket directly and has provided guidance on how to do so given their size and number, including by advising that the best manner for filing is to group the exhibits into sets. Accordingly, the Government respectfully requests that the Court so-Order this letter (i) permitting the Government to file the redacted versions of the defendant's brief and exhibits on Dockets 20 Cr. 330 (PAE) and 25 Civ. 10468 (PAE) by February 25, 2026 and (ii) ordering the Clerk of Court to ensure that these redacted versions are the operative publicly available versions on Dockets 20 Cr. 330 (PAE) and 25 Civ. 10468 (PAE).

The Government is available to answer any questions the Court may have, and thanks the Court for the continued consideration in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    /s/ Sean S. Buckley
Sean S. Buckley
Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)