

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 25, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ghislaine Maxwell*,
            S2 20 Cr. 330 (PAE)
            25 Civ. 10468 (PAE)

Dear Judge Engelmayer:

      The Government respectfully submits for public filing, pursuant to the Court's December 22, 2025 Order (Dkt. 825), January 6, 2026 Order (Dkt. 828), January 12, 2026 Order (Dkt. 832), and February 24, 2026 Order (Dkt. 854), a redacted version of the defendant's *pro se* motion, pursuant to 28 U.S.C. § 2255, to vacate her conviction and sentence, and certain exhibits to the defendant's motion.

                                                                       Respectfully submitted,

                                                                     JAY CLAYTON
                                                                     United States Attorney

                              by:    /s/ Sean S. Buckley
                                            Sean S. Buckley
                                            Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)