



| | Dates | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5747 | | | | | | | | | | | | | | | |
| | 5748 | | | | | | | x | | | | x | | | x | |
| | 5749 | | | | | | | x | | | | x | | | x | |
| | 5750 | | | | | | | x | | | | x | | | x | |
| | 5751 | | | | | | | x | | | | x | | | x | |
| | 5752 | | | | | | | x | | | | x | | | x | |
| | 5753 | | | | | | | x | | | | x | | | x | |
| | 5754 | | | | | | | x | | | | x | | | x | |
| | 5755 | | | | | | | x | | | | x | | | x | |
| | 5756 | | | | | | | x | | | | x | | | x | |
| | 5757 | | | | | | | x | | | | x | | | x | |
| | 5758 | | | | | | | x | | | | x | | | x | |
| | 5759 | | | | | | | x | | | | x | | | x | |
| FD-340 of biographical file on a Third Party and MySpace information | 5760 | | | | | | | x | | | | x | | | x | |
| | 5761 | | | | | | | x | | | | x | | | x | |
| | 5762 | | | | | | | x | | | | x | | | x | |
| | 5763 | | | | | | | x | | | | x | | | x | |
| | 5764 | | | | | | | x | | | | x | | | x | |
| | 5765 | | | | | | | x | | | | x | | | x | |
| | 5766 | | | | | | | x | | | | x | | | x | |
| | 5767 | | | | | | | x | | | | x | | | x | |
| | 5768 | | | | | | | x | | | | x | | | x | |
| | 5769 | | | | | | | x | | | | x | | | x | |
| | 5770 | | | | | | | x | | | | x | | | x | |
| | 5771 | | | | | | | x | | | | x | | | x | |
| | 5772 | | | | | | | x | | | | x | | | x | |
| | 5773 | | | | | | | x | | | | x | | | x | |
| | 5774 | | | | | | | x | | | | x | | | x | |
| | 5775 | | | | | | | x | | | | x | | | x | |
| | 5776 | | | | | | | x | | | | x | | | x | |
| | 5777 | | | | | | | x | | | | x | | | x | |
| | 5778 | | | | | | | x | | | | x | | | x | |
| | 5779 | | | | | | | | | | | x | | | | x | |
| | 5780 | | | | | | | | | | | x | | | | x | |
| | 5781 | | | | | | | | | | | x | | | | x | |
| | 5782 | | | | | | | | | | | x | | | | x | |
| | 5783 | | | | | | | | | | | x | | | | x | |
| | 5784 | | | | | | | | | | | x | | | | x | |
| | 5785 | | | | | | | | | | | x | | | | x | |
| | 5786 | | | | | | | x | | | | x | | | | x | |
| | 5787 | | | | | | | | | | | x | | | | x | |
| | 5788 | | | | | | | | | | | x | | | | x | |
| | 5789 | | | | | | | | | | | x | | | | x | |
| | 5790 | | | | | | | | | | | x | | | | x | |
| | 5791 | | | | | | | | | | | x | | | | x | |
| | 5792 | | | | | | | | | | | x | | | | x | |
| | 5793 | | | | | | | | | | | | | | | x | |
| | 5794 | | | | | | | | | | | | | | | x | |
| 2009-1232 Annual Summary from old Equifax Bank Analyst 1, 2009 | 5795 | | | | | | | | | | | | | | | |
| | 5796 | | | | | | | | | | | | | | | |
| | 5797 | | | | | | | | | | | | | | | |
| | 5798 | | | | | | | | | | | | | | | |
| | 5799 | | | | | | | | | | | | | | | |
| | 5800 | | | | | | | | | | | | | | | |
| | 5801 | | | | | | | | | | | | | | | |
| | 5802 | | | | | | | | | | | | | | | |
| | 5803 | | | | | | | | | | | | | | | |
| | 5804 | | | | | | | | | | | | | | | |
| | 5805 | | | | | | | | x | | | | x | | | x | |
| | 5806 | | | | | | | x | | | | x | | | x | |
| | 5807 | | | | | | | x | | | | x | | | x | |
| | 5808 | | | | | | | x | | | | x | | | x | |
| | 5809 | | | | | | | x | | | | x | | | x | |
| | 5810 | | | | | | | x | | | | x | | | x | |
| | 5811 | | | | | | | x | | | | x | | | x | |
| | 5812 | | | | | | | x | | | | x | | | x | |
| | 5813 | | | | | | | x | | | | x | | | x | |
| | 5814 | | | | | | | x | | | | x | | | x | |
| | 5815 | | | | | | | x | | | | x | | | x | |
| | 5816 | | | | | | | x | | | | x | | | x | |
| | 5817 | | | | | | | x | | | | x | | | x | |
| | 5818 | | | | | | | x | | | | x | | | x | |
| | 5819 | | | | | | | x | | | | x | | | x | |
| | 5820 | | | | | | | x | | | | x | | | x | |

81









| Disclosed Document | Bates |
|---|---|
| | 6117 |
| | 6118 |
| | 6119 |
| | 6120 |
| | 6121 |
| | 6122 |
| | 6123 |
| | 6124 |
| | 6125 |
| | 6126 |
| | 6127 |
| FD-340 biographical file on Third Party | 6128 |
| | 6129 |
| | 6130 |
| | 6131 |
| | 6132 |
| | 6133 |
| | 6134 |
| | 6135 |
| | 6136 |
| | 6137 |
| | 6138 |
| | 6139 |
| | 6140 |
| | 6141 |
| | 6142 |
| | 6143 |
| | 6144 |
| | 6145 |
| | 6146 |
| | 6147 |
| | 6148 |
| | 6149 |
| | 6150 |
| | 6151 |
| | 6152 |
| | 6153 |
| | 6154 |
| | 6155 |
| | 6156 |
| | 6157 |
| | 6158 |
| | 6159 |
| | 6160 |
| | 6161 |
| | 6162 |
| | 6163 |
| | 6164 |
| | 6165 |
| | 6166 |
| FD-340 biographical file and MySpace information on Third Party | 6167 |
| | 6168 |
| | 6169 |
| | 6170 |
| | 6171 |
| | 6172 |
| | 6173 |
| | 6174 |
| | 6175 |
| | 6176 |
| | 6177 |
| | 6178 |
| | 6179 |
| | 6180 |
| | 6181 |
| | 6182 |
| | 6183 |
| | 6184 |
| | 6185 |
| | 6186 |
| | 6187 |
| | 6188 |
| | 6189 |
| | 6190 |



Material provided to FBI by
Traci Pers individual with
expressed assurance of
confidentiality, dated March 9,
2011



| Documents Description | Bates | b3-1 | b7-1 | b5-2 | b5-3 | b7A-1 | 6/7C-1 | 6/7C-2 | 6/7C-3 | 6/7C-4 | 6/7C-5 | 6/7C-6 | 6/7C-7 | 6/7C-8 | 7D-1 | 7D-2 | 7D-3 | 7D-4 | 7E-1 | 7E-2 | 7E-3 | 7E-4 | 7E-5 | 7E-6 | 7E-7 | 7E-8 | 7E-9 | Seal Info | Per FOIA | RIP | FOIA WIP | Seal WIP | Dup | Dup of | WIP Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6413 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6414 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6415 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6416 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6417 | x | | | | x | x | x | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6418 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6419 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6420 | x | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6421 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6422 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6423 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6424 | x | | | | x | x | x | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6425 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6426 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6427 | x | | | | x | x | x | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6428 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6429 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6430 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6431 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6432 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6433 | | | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6434 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6435 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6436 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6437 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6438 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6439 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6440 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6441 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6442 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6443 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6444 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6445 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6446 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6447 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6448 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6449 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6450 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6451 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6452 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6453 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6454 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6455 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6456 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6457 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6458 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6459 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6460 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6461 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6462 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6463 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6464 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6465 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6466 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6467 | | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6468 | | | | | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | | x | | | | | |
| | 6469 | | | | | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | | x | | | | | |
| | 6470 | | | | | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | | x | | | | | |
| | 6471 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6472 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6473 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6474 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6475 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6476 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6477 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6478 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6479 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6480 | | | | | x | x | | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6481 | x | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6482 | x | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6483 | x | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6484 | x | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6485 | x | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |
| | 6486 | x | | | | x | x | x | x | x | x | | | | | x | | | | | | | | | | | | | | x | | | | | |







| Document Description | Bates | b3-1 | b3-2 | b3-3 | b5-2 | b7A-1 | b7C-1a | b7C-1b | b7C-2 | b7C-3a | b7C-3b | b7C-4 | b7C-5a | b7C-5b | b7C-6 | b7C-7 | b7D-1 | b7D-2 | TD-3 | TD-4 | TE-1 | TE-3 | TE-4 | TE-5 | TE-6 | TE-7 | TE-9 | Seal Info | Per OGA | RIP | RIP | FOIA WIP | WIP vip | Seal vip | Dup | Dup of | WIP Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6709 | | | | | | x | | | | | | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6710 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6711 | x | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6712 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6713 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6714 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6715 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6716 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6717 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6718 | x | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6719 | x | | | | | x | | | x | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6720 | x | | | | | x | | | x | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6721 | x | | | | | x | | | x | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6722 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6723 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6724 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6725 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6726 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6727 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6728 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6729 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6730 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6731 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6732 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6733 | x | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6734 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6735 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6736 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6737 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6738 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6739 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6740 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6741 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6742 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6743 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6744 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6745 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6746 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6747 | x | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6748 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6749 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6750 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6751 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6752 | x | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6753 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6754 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6755 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6756 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6757 | x | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6758 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6759 | | | | | | x | | | x | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6760 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6761 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6762 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6763 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6764 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6765 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6766 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| | 6767 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | | | x | | | | |
| 1A sub-file contents page | 6768 | | | | | | x | | x | | | x | | | x | | | x | | | | | | | | | | | | | x | x | x | | | | |
| | 6769 | | | | | | x | | | | | x | | | x | | | x | | | | | | | | | | | | | x | | x | | | | |
| | 6770 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6771 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6772 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6773 | | | | | | x | | x | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6774 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6775 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6776 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6777 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6778 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6779 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6780 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6781 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |
| | 6782 | | | | | | x | | | | | x | | | x | | | x | | | x | | | | | | | | | | x | | x | | | | |



| Document Description | Bates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FD-340 Insignificant file for Third Party

FD-340 Insignificant file for Third Party

Document Description | Bates | b-2 | b-3 | lct-1 | lct-2 | b7A-1 | 67C-1 | 67C-2 | 67C-3 | 67C-4 | 67C-5 | 67C-6 | 67C-7 | 7D-1 | 7D-2 | 7D-3 | 7E-1 | 7E-2 | 7E-3 | 7E-4 | 7E-5 | 7E-6 | 7E-7 | Seal Info | Pre OGA | R0P | R1F | Pre OGA | Seal WIF WIF | WIF WIF | Dup | Dup of | WIF Other

The Document Description column contains the entry:

**FD-340 biographical file for Third Party**

Bates numbers listed (one per row):

6931, 6932, 6933, 6934, 6935, 6936, 6937, 6938, 6939, 6940, 6941, 6942, 6943, 6944, 6945, 6946, 6947, 6948, 6949, 6950, 6951, 6952, 6953, 6954, 6955, 6956, 6957, 6958, 6959, 6960, 6961, 6962, 6963, 6964, 6965, 6966, 6967, 6968, 6969, 6970, 6971, 6972, 6973, 6974, 6975, 6976, 6977, 6978, 6979, 6980, 6981, 6982, 6983, 6984, 6985, 6986, 6987, 6988, 6989, 6990, 6991, 6992, 6993, 6994, 6995, 6996, 6997, 6998, 6999, 7000, 7001, 7002, 7003, 7004

Each row contains "x" marks in various exemption columns indicating the applicable withholding codes. In the "Dup of" column near the top, the entries read:

227, 228



| Document Description | Bates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|
| | 7079 |
| | 7080 |
| | 7081 |
| | 7082 |
| | 7083 |
| | 7084 |
| | 7085 |
| | 7086 |
| | 7087 |
| | 7088 |
| | 7089 |
| | 7090 |
| | 7091 |
| | 7092 |
| | 7093 |
| | 7094 |
| | 7095 |
| | 7096 |
| | 7097 |
| | 7098 |
| | 7099 |
| | 7100 |
| | 7101 |
| | 7102 |
| | 7103 |
| | 7104 |
| | 7105 |
| | 7106 |
| | 7107 |
| | 7108 |
| | 7109 |
| | 7110 |
| | 7111 |
| | 7112 |
| | 7113 |
| | 7114 |
| | 7115 |
| | 7116 |
| | 7117 |
| | 7118 |
| | 7119 |
| | 7120 |
| | 7121 |
| | 7122 |
| | 7123 |
| | 7124 |
| | 7125 |
| | 7126 |
| | 7127 |
| | 7128 |
| | 7129 |
| | 7130 |
| | 7131 |
| | 7132 |
| | 7133 |
| | 7134 |
| | 7135 |
| | 7136 |
| | 7137 |
| | 7138 |
| | 7139 |
| | 7140 |
| | 7141 |
| | 7142 |
| | 7143 |
| | 7144 |
| | 7145 |
| | 7146 |
| | 7147 |
| FD-340 Inagraphical file and M-Space Information for Third Party | 7148 |
| | 7149 |
| | 7150 |
| | 7151 |
| | 7152 |



| Document Description | Bates | b3-1 | b3-2 | b3-3 | b5-2 | b7A-1 | b7C-1 | b6/7C-1 | b6/7C-2 | b6/7C-3 | b6/7C-4 | b6/7C-5 | b6/7C-6 | b6/7C-7 | FD-1 | FD-2 | FD-3 | TE-1 | TE-2 | TE-3 | TE-4 | TE-5 | TE-6 | TE-7 | TE-8 | TE-9 | Seal Info | Per OGA | Ref | RIP | FOIA WIP | Seal WIP | Dup | Dup of | WIP Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7227 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | x | 209 | |
| | 7228 | x | | | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | x | 210 | |
| | 7229 | | | | | x | | | | | | | | | | | | | | | | | | | | | | | x | | | | | | |
| | 7230 | | | | | x | | | | | | | | | | | | | | | | | | | | | | | x | | | | | | |

| Document Description | Bates |
|---|---|
| FD-340 [envelope] file and Job space information for Third Party | 7231–7267 |
| 1A sub-file contents page | 7268–7300 |







| Document Description | Bates | b3-1 | b3-2 | b3-3 | b5-2 | b7A-1 | 6/7C-3 | 6/7C-3 | 6/7C-4 | 6/7C-5 | 6/7C-6 | 6/7C-7 | 6/7C-8 | TD-1 | TD-2 | TD-3 | TE-1 | TE-2 | TE-3 | TE-4 | TE-5 | TE-6 | TE-7 | TE-8 | Seal info | Per OCA | RIP | RIP | PD/A Seal W/P | Dep | Dep of | WP Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| subpoena results from Cingular company, dated June 27, 2007 | 7523 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7524 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7525 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7526 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7527 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7528 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7529 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7530 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7531 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7532 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7533 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7534 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7535 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7536 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7537 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7538 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7539 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7540 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7541 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7542 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7543 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7544 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7545 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7546 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7547 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7548 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7549 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7550 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7551 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7552 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7553 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7554 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7555 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7556 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7557 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7558 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7559 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7560 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7561 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7562 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7563 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7564 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7565 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7566 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7567 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7568 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7569 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7570 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7571 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7572 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7573 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7574 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7575 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7576 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7577 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7578 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7579 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7580 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7581 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7582 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7583 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7584 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7585 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7586 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7587 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7588 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7589 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7590 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7591 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7592 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7593 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7594 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7595 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |
| | 7596 | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | x | | | |



| Document Description | Bates | b3-1 | b3-3 | b5-1 | b7A-1 | 6/7C-1 | 6/7C-2 | 6/7C-3 | 6/7C-4 | 6/7C-5 | 6/7C-6 | TD-8 | TD-1 | TD-2 | TD-3 | TD-4 | TE-1 | TE-3 | TE-4 | TE-5 | TE-7 | TE-9 | Seal Info | Pre OGA | RGP | RGP | FOIA WIP | Seal WIP | Day/ | Day of | WIP Older |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 7671 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7672 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7673 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7674 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7675 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7676 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7677 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7678 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7679 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7680 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7681 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7682 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7683 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7684 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7685 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7686 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7687 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7688 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7689 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7690 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7691 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7692 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7693 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7694 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7695 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7696 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7697 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7698 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7699 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7700 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7701 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7702 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7703 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7704 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7705 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7706 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7707 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7708 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7709 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7710 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7711 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7712 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7713 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7714 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7715 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7716 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7717 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7718 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7719 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7720 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7721 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7722 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7723 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7724 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7725 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7726 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7727 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7728 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7729 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7730 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7731 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7732 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7733 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7734 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7735 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7736 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7737 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7738 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7739 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7740 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7741 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7742 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7743 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
|  | 7744 | X |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |

1077

| Document Description | Bates | b3-1 | b3-2 | b3-3 | b4-2 | b7A-1 | b7C-1 | b7C-2 | b7C-3 | b7C-4 | b7C-5 | b7C-6 | b7C-7 | b7C-8 | TD-1 | TD-2 | TD-3 | TE-1 | TE-2 | TE-3 | TE-4 | TE-5 | TE-6 | TE-7 | Seal Info | Proc OSCA | RIP | RIP | FOIA WIF | Seal WIF | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7745 | x | | | x | x | | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7746 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7747 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7748 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7749 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7750 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7751 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7752 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7753 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7754 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7755 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7756 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7757 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7758 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7759 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7760 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7761 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7762 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7763 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7764 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7765 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7766 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7767 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7768 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7769 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7770 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7771 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7772 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7773 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7774 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7775 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7776 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7777 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7778 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7779 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| FD-340 and administrative subpoena results from Cingular/AT&T company, dated July 10, 2007 | 7780 | x | x | | x | x | x | | x | | | | | | | | | | | | | | | | | | x | | x | | | | |
| | 7781 | x | x | | x | x | x | | x | | | | | | | | | | | | | | | | | | x | | x | | | | |
| | 7782 | | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7783 | | | | x | x | x | | | | | | | | | | | | | | | | | | | | x | | x | | | | |
| | 7784 | | | | x | x | | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7785 | | | | x | x | x | | x | | | | | | | | | | | | | | | | | | x | | | | | | |
| | 7786 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7787 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7788 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7789 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7790 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7791 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7792 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7793 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7794 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7795 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7796 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7797 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7798 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7799 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7800 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7801 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7802 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7803 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7804 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7805 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7806 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7807 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7808 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7809 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7810 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7811 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7812 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7813 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7814 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7815 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7816 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7817 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 7818 | x | | | x | x | x | | x | | | | | | | | | | | | | | | | | | | | x | | | | |







FD-340 and subpoena results from phone company, dated April 7, 2008

| Bates |
| --- |
| 8041 |
| 8042 |
| 8043 |
| 8044 |
| 8045 |
| 8046 |
| 8047 |
| 8048 |
| 8049 |
| 8050 |
| 8051 |
| 8052 |
| 8053 |
| 8054 |
| 8055 |
| 8056 |
| 8057 |
| 8058 |
| 8059 |
| 8060 |
| 8061 |
| 8062 |
| 8063 |
| 8064 |
| 8065 |
| 8066 |
| 8067 |
| 8068 |
| 8069 |
| 8070 |
| 8071 |
| 8072 |
| 8073 |
| 8074 |
| 8075 |
| 8076 |
| 8077 |
| 8078 |
| 8079 |
| 8080 |
| 8081 |
| 8082 |
| 8083 |
| 8084 |
| 8085 |
| 8086 |
| 8087 |
| 8088 |
| 8089 |
| 8090 |
| 8091 |
| 8092 |
| 8093 |
| 8094 |
| 8095 |
| 8096 |
| 8097 |
| 8098 |
| 8099 |
| 8100 |
| 8101 |
| 8102 |
| 8103 |
| 8104 |
| 8105 |
| 8106 |
| 8107 |
| 8108 |
| 8109 |
| 8110 |
| 8111 |
| 8112 |
| 8113 |
| 8114 |

112

153

| Document Description | Bates |
|---|---|
| | B189 |
| | B190 |
| | B191 |
| | B192 |
| | B193 |
| | B194 |
| | B195 |
| | B196 |
| | B197 |
| | B198 |
| | B199 |
| | B200 |
| | B201 |
| | B202 |
| | B203 |
| | B204 |
| | B205 |
| | B206 |
| | B207 |
| | B208 |
| | B209 |
| | B210 |
| | B211 |
| | B212 |
| | B213 |
| | B214 |
| | B215 |
| | B216 |
| | B217 |
| | B218 |
| | B219 |
| | B220 |
| | B221 |
| | B222 |
| FD-340 and subpoena results from phone company, dated April 7, 2008 | B223 |
| | B224 |
| | B225 |
| | B226 |
| | B227 |
| | B228 |
| | B229 |
| | B230 |
| | B231 |
| | B232 |
| | B233 |
| | B234 |
| | B235 |
| | B236 |
| | B237 |
| | B238 |
| | B239 |
| | B240 |
| | B241 |
| | B242 |
| | B243 |
| | B244 |
| | B245 |
| | B246 |
| | B247 |
| | B248 |
| | B249 |
| | B250 |
| | B251 |
| | B252 |
| | B253 |
| | B254 |
| | B255 |
| | B256 |
| | B257 |
| | B258 |
| | B259 |
| | B260 |
| | B261 |
| | B262 |

114



| Document Description | Bates | TD-1 | b3-2 | b3-3 | b7A-1 | 6/PC-1 | 6/PC-2 | 6/PC-3 | 6/PC-4 | 6/PC-5 | 6/PC-6 | 6/PC-7 | 6/PC-8 | TD-1 | TD-2 | TD-3 | TD-4 | TE-1 | TE-2 | TE-3 | TE-4 | TE-5 | TE-6 | TE-7 | TE-8 | TE-9 | Seal Info | Per OTA | Seal Info | RBP | RBP | FOIA WIF | Seal WIF | Dep | Dep of Objad | WIF Objad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-340 biographical file for Third Party | 8337 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | x | | | |
| | 8338 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | x | | | |
| | 8339 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | x | | | |
| | 8340 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | x | | 542 | |
| | 8341 | x | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | x | x | | x | |
| | 8342 | x | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8343 | x | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FD-340 biographical file and My Space information for Third Party | 8344 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8345 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8346 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8347 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8348 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8349 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8350 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8351 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8352 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8353 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8354 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8355 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8356 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8357 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8358 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8359 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8360 | x | | | x | x | | x | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8361 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8362 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8363 | x | | | x | x | | | | | | | | | x | | | | | | | | | | | | | | | | | x | | | | |
| | 8364 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | 305 | | |
| | 8365 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | 306 | | |
| | 8366 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8367 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8368 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8369 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8370 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8371 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | 340 | | |
| | 8372 | | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8373 | | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | 192 | | |
| | 8374 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | 193 | | |
| | 8375 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8376 | x | | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8377 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8378 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8379 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8380 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8381 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8382 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8383 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8384 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8385 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8386 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8387 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8388 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8389 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8390 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8391 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8392 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8393 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8394 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8395 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8396 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8397 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8398 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8399 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8400 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8401 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8402 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8403 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8404 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8405 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8406 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8407 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8408 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8409 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| | 8410 | x | | | x | x | | x | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |

116

119



123



121

Document Description:
- FD-340 Nongraphical file Third Party
- FA sub-file contains page
- FD-340 Nongraphical file for Third Parties











Document index / privilege log table (rotated). Document Descriptions (right-to-left):

- FD-340 Nonprinted file for Third Party
- FD-340 envelope contents page
- FD-340 Photo Array, dated March 17, 2011
- TD-340 Interview Notes of Third Party, dated March 17 2011

Column headings (review codes): b-1, b-2, b-3, b-4, b7A-1, b7C-1, b7C-2, b7C-3, b7C-4, b7C-5, b7C-6, b7C-7, b7C-8, 7D-1, 7D-2, 7D-3, 7E-1, 7E-2, 7E-3, 7E-4, 7E-5, 7E-6, 7E-7, 7E-5, Seal Info OCA, Pre Plea RDP, FOIA Seal W2P, Dup Dup of Other, WIP Pg of Other

Status column Bates range: 9371–9486

131



134



FD-340 subpoena results from phone company, dated August 30, 2006.





141







144



145

FD-340 subpoena results from Sprint/Nextel company, dated December 22, 2006

FD-340 subpoena results from Metro PCS company, dated January 16, 2007

FD-340 subpoena results from phone company for Third Parties, dated January 10, 2007

FD-340 original notes regarding interview of Third Party, dated January 10, 2007

FD-302 Regarding the and 3d-Space information for Third Party



148

| Document Description | Bates | ... |
|---|---|---|
| FD-340 subpoena results from cellline company, dated March 23, 2007 | 10776–10767 | |
| FD-340 containing Subscriber information from phone company, dated March 21, 2007 | 10766–10751 | |
| FD-302 photographs of Theft Parties, dated February 26, 2007 | 10750–10742 | |
| FD-340 subpoena results from Sprint/Nextel company, dated February 22, 2007 | 10741–10731 | |
| (various) | 10730–10700 | |

















186





Release to full documents consisting of court documents from Palm Beach County, Florida and Southern District of Florida

17-cv-03956
Page Disposition Totals

## Page Disposition Totals

**Total: 11571**

RIF: 181
RIP: 1051
WIF: 10339

- FOIA Exemption(s):    10101
- Sealed Records:    105
- Duplicate:    127
- Other:    6