

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 21, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Ghislaine Maxwell*,
>       **S2 20 Cr. 330 (PAE)**

Dear Judge Engelmayer:

The Government respectfully submits this letter (1) to notify the Court that on April 20, 2026, it received the defendant's amended motion to vacate her conviction and sentence, pursuant to 28 U.S.C. § 2255, and (2) to request that the Court permit the Government to file its response to the defendant's amended motion by June 5, 2026, given that the defendant submitted her papers nearly three weeks after the Court's deadline.

On February 17, 2026, the *Pro Se* Office in this District received a letter from the defendant to the Court requesting, *inter alia*, "'further time to file an amended' § 2255 motion, based on materials that DOJ has released under the Epstein Files Transparency Act." (Dkt. 853 at 1-2). The Court revised the briefing schedule and ordered that (1) the defendant file an amended motion (and any exhibits) by March 31, 2026, which the Government was ordered to "promptly review" for "any redactions necessary to protect victims' privacy and confidentiality interests" and then file the redacted motion and exhibits on the public docket; (2) the Government file its response to the amended motion by April 28, 2026; and (3) the defendant file any reply by May 19, 2026. (*Id.* at 2).

Yesterday, the Government received a FedEx envelope—marked with a "ship date" of April 16, 2026—that contained a USB drive with the defendant's amended motion and exhibits. Upon an initial review, the amended motion seems to have some overlap with the defendant's claims in her original motion. Although the claims raised appear to be equally meritless, the arguments pressed by the defendant appear to be fact and document intensive and thus the Government is not in a position to assess how much of the new material is truly duplicative. In addition to multiple citations to the trial transcript and trial exhibits, the amended motion cites approximately 50 exhibits (beyond those referenced in her original motion). Unfortunately, the defendant provided only approximately 33 exhibits to the Government. Based on a preliminary review, several of those 33 exhibits do not appear to correspond to the exhibits cited in the defendant's amended motion. Although the defendant's amended motion was provided well after

Hon. Paul A. Engelmayer, U.S.D.J.
April 21, 2026
Page 2 of 2

the Court's March 31, 2026 deadline, the Government does not oppose the Court considering the amended motion. The Government promptly will review the materials for redactions to protect victims' privacy and confidentiality interests and file the redacted materials on the public docket. To allow time for that process and to respond to the defendant's amended motion, the Government requests that the Court permit the Government to file its response to the defendant's amended motion by June 5, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    /s/ Sean S. Buckley
       Sean S. Buckley
       Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)