UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GHISLAINE MAXWELL,<br><br>               Defendant. | 20 Cr. 330 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On February 20, 2026, the Court granted defendant Ghislaine Maxwell's request to amend her pending habeas petition, based on materials that the Department of Justice had made publicly available pursuant to the Epstein Files Transparency Act, Pub. L. No. 119-38, 139 Stat. 656 (2025). Dkt. 853. The Court directed Maxwell to file any amended petition by March 31, 2026; the Government to respond by April 28, 2026; and Maxwell to file any reply by May 19, 2026. *Id.* To assure victim privacy—given that Maxwell's original petition had improperly named victims of her offense, despite court orders directing that these identities be kept confidential—the Court directed Maxwell to file any amended petition and reply under seal, and directed that the Government thereafter make the redactions necessary to protect victim confidentiality and file on the public docket the amended petition and exhibits, in redacted form. *Id.*

The Government has informed the Court that it received, on April 20, 2026, an amended petition and supporting exhibits from Maxwell, nearly three weeks after the deadline the Court had set. *See* Dkt. 856. The Government has provided a copy of these materials to the Court.

The Court will accept Maxwell's amended petition, notwithstanding its belatedness. The Court does so for a pragmatic reason: to assure that, in the event Maxwell's petition is denied, she cannot be heard to claim that any argument she attempted to make went unaddressed.

The Court accordingly modifies the balance of the briefing schedule as follows: the Government's response is due May 19, 2026 and Maxwell's reply, if any, is due June 9, 2026. These deadlines will not be further amended. Per the Court's directives above, Maxwell shall submit her reply (and any supporting materials) to the Government, so that it can review these to assure that victims' privacy is not compromised. Within two weeks of receiving Maxwell's reply, the Government shall make the redactions to the amended petition, reply, and attachments necessary to protect victim confidentiality, and file these redacted materials on the public docket.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 22, 2026
New York, New York