

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    ***United States v. Ghislaine Maxwell*,**
                 **S2 20 Cr. 330 (PAE)**
                 **25 Civ. 10468 (PAE)**

Dear Judge Engelmayer:

The Government respectfully submits for public filing, pursuant to the Court's December 22, 2025 Order (Dkt. 825), January 6, 2026 Order (Dkt. 828), and June 10, 2026 Order (Dkt. 859), a redacted version of the defendant's amended *pro se* motion, pursuant to 28 U.S.C. § 2255, to vacate her conviction and sentence, and certain exhibits to the defendant's amended motion.

               Respectfully submitted,

               JAY CLAYTON
               United States Attorney

     by:     /s/ Sean S. Buckley
               Sean S. Buckley
               Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)