

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:** ***United States v. Ghislaine Maxwell*,**
> **S2 20 Cr. 330 (PAE)**
> **25 Civ. 10468 (PAE)**

Dear Judge Engelmayer:

The Government respectfully submits for public filing, pursuant to the Court's December 22, 2025 Order (Dkt. 825), January 6, 2026 Order (Dkt. 828), and June 10, 2026 Order (Dkt. 859), a redacted version of the defendant's *pro se* reply in support of her motion pursuant to 28 U.S.C. § 2255 to vacate her conviction and sentence and exhibits to the defendant's amended reply.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:     /s/ Sean S. Buckley
Sean S. Buckley
Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)