

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 31, 2026

**BY EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**     *United States v. Ghislaine Maxwell*, **S2 20 Cr. 330 (PAE)**

Dear Judge Engelmayer:

      The Government respectfully submits this letter to request an extension of the time provided to file redacted versions of the defendant's July 26, 2026 supplemental memorandum and exhibits in connection with her *pro se* motion to vacate her conviction and sentence, pursuant to 28 U.S.C. § 2255, from August 3, 2026 to August 10, 2026. The defendant submitted approximately 100 exhibits with her July 26, 2026 supplemental memorandum, totaling approximately 1,000 pages. The Government promptly will review the materials for redactions to protect victims' privacy and confidentiality interests and file the redacted materials on the public docket. To allow time for that process, the Government requests that the Court permit the Government to file the materials by August 10, 2026.

                            Respectfully yours,

                            JAMES M. MCDONALD
                            United States Attorney

          by:       /s/ Sean S. Buckley
                       Sean S. Buckley
                       Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)