**From:** Ghislaine Maxwell
**To:** Pro Se Filing
**Subject:** EX 68 Part 2 UER SEAL PER COURT ORDER GHISLAINE MAXWELL 02879-509
**Date:** Sunday, July 26, 2026 4:57:25 PM
**Attachments:** EX68_EFTA00206173_part2.pdf

CAUTION - EXTERNAL:

FILE UNDER SEAL PER COURT ORDER PLEASE
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 5:07 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
**Attachments:** Letter from CEOS.TIF

Please add the capitalized language (below).

I am trying to find [redacted] letter to them.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:57 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Proposed SDFL (non)response:

As you know from your communications with the DOJ's Office of Public Affairs, the defense in this case asked for an independent DOJ review of all facts, circumstances and allegations surrounding this prosecution. The Office of the Deputy Attorney General did in fact review the case, which is not uncommon, and determined that NO MISCONDUCT OCCURRED AND THAT prosecutorial discretion in the case appropriately rested with the U.S. Attorney's Office.

If you agree, I need to run this by DOJ. DOJ already provided the following comment -- but ours is slightly different (ergo, the need to run it by them)

DOJ response: The Office of the Deputy Attorney General did review the case, which is not uncommon, and determined that prosecutorial discretion in the case appropriately rested with the U.S. Attorney's Office. (Off the record, note "review" would be the appropriate word, not "negotiate".) In terms of a boss, the U.S. Attorneys' Offices report through the Office of the Deputy Attorney General (at the time, Mark Filip was the DAG.)

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:12 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted], [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 21, 2011 5:58 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** FW: Jeffrey Epstein

Here is our response.

Although technically incorrect, using the term plaintiff does make it easier to follow.

Let me know if you want me to change for future use.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:55 PM
**To:** Michele Dargan
**Cc:** [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein

The U.S. Attorney's Office will file its response to the instant motion in court. However, as we stated more than two years ago in July 2008 in our response to the plaintiffs' then-emergency petition for enforcement of the Crime Victim Rights Act (CVRA), the CVRA was not violated because no federal charges were ever filed in the Southern District of Florida. Because the matter remains pending in court, it would be inappropriate at this time to provide additional comment on the merits of the current motion.

[redacted]

Special Counsel to the U.S. Attorney

**From:** Michele Dargan [mailto:[redacted]]
**Sent:** Monday, March 21, 2011 4:52 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** Jeffrey Epstein

Hi [redacted],

There's been a new court filing in West Palm Beach federal court regarding Jeffrey Epstein. In case # 08-CV-80736, attorneys for Jane Doe #1 and #2 are challenging the validity of the federal NPA, worked out between the USAO and Jeffrey Epstein's criminal attorneys before he pled guilty to his state charges.

Basically, the attorneys for Doe 1 and 2 are saying the USAO did not notify the victims before signing the NPA, which violates the Crime Victims Rights Act. They are saying that the NPA should be invalidated because of it. They also allege in the motion that the USAO agreed to keeping the NPA secret (it was originally sealed) because of pressure from Epstein's attorneys and higher ups in the Justice Dept.

I'm reaching out to you for a response to the court filing. I am on deadline with the story.

Thanks,
Michele

Michele Dargan
Staff Writer

Palm Beach Daily News
[redacted]
voice: [redacted]
fax: [redacted]
Toll-free: [redacted]

http://www.palmbeachdailynews.com

Cox Conserves.
Please consider the environment before printing this e-mail.

Contents of this e-mail may be confidential and proprietary.
Use discretion when forwarding.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 21, 2011 5:57 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein -- pleading is pubic -- PLEASE REVIEW URGENT

No, although I might feel different if it were a pleading. And then again, I might not.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:56 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Too late.... Went out. I don't think it's worth resending, do you? I will correct for future use.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:54 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

It just occurred to me that perhaps we should not refer to the Jane Does as plaintiffs since there is no independent civil action, just a motion in a miscellaneous proceeding.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:53 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)

**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Sure. I will add and send out.

Ok with everyone?

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:52 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Should there be a final sentence such as the following?

Because the matter remains pending in court, it would be inappropriate at this time to provide additional comment on the merits of the motion.

Just a thought.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:35 PM
**To:** [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Suggest deleting first sentence (since we are kind of responding)

The U.S. Attorney's Office will file its response to the instant motion in court. However, as we stated more than two years ago in July 2008 in our response to the plaintiffs' then emergency petition for enforcement of the Crime Victim Rights Act (CVRA), the CVRA was not violated since no federal charges were ever filed in the Southern District of Florida.

**From:** Michele Dargan [mailto:[redacted]]
**Sent:** Monday, March 21, 2011 4:52 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** Jeffrey Epstein

Hi [redacted],

There's been a new court filing in West Palm Beach federal court regarding Jeffrey Epstein. In case # 08-CV-80736, attorneys for Jane Doe #1 and #2 are challenging the validity of the federal NPA, worked out between the USAO and Jeffrey Epstein's criminal attorneys before he pled guilty to his state charges.

Basically, the attorneys for Doe 1 and 2 are saying the USAO did not notify the victims before signing the NPA, which violates the Crime Victims Rights Act. They are saying that the NPA should be invalidated because of it. They also allege in the motion that the USAO agreed to keeping the NPA secret (it was originally sealed) because of pressure from Epstein's attorneys and higher ups in the Justice Dept.

I'm reaching out to you for a response to the court filing. I am on deadline with the story.

Thanks,
Michele

Michele Dargan
Staff Writer

Palm Beach Daily News
[redacted]
voice: [redacted]
fax: [redacted]
Toll-free: [redacted]
[redacted]
http://www.palmbeachdailynews.com

Cox Conserves.
Please consider the environment before printing this e-mail.

Contents of this e-mail may be confidential and proprietary.
Use discretion when forwarding.

---

**From:** [redacted], [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 21, 2011 5:56 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein -- pleading is pubic -- PLEASE REVIEW URGENT

Too late.... Went out. I don't think it's worth resending, do you? I will correct for future use.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:54 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

It just occurred to me that perhaps we should not refer to the Jane Does as plaintiffs since there is no independent civil action, just a motion in a miscellaneous proceeding.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:53 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Sure. I will add and send out.

Ok with everyone?

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:52 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Should there be a final sentence such as the following?

Because the matter remains pending in court, it would be inappropriate at this time to provide additional comment on the merits of the motion.

Just a thought.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:35 PM
**To:** [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic – PLEASE REVIEW URGENT

Suggest deleting first sentence (since we are kind of responding)

The U.S. Attorney's Office will file its response to the instant motion in court. However, as we stated more than two years ago in July 2008 in our response to the plaintiffs' then emergency petition for enforcement of the Crime Victim Rights Act (CVRA), the CVRA was not violated since no federal charges were ever filed in the Southern District of Florida.

**From:** Michele Dargan [mailto:[redacted]]
**Sent:** Monday, March 21, 2011 4:52 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** Jeffrey Epstein

Hi [redacted],

There's been a new court filing in West Palm Beach federal court regarding Jeffrey Epstein. In case # 08-CV-80736, attorneys for Jane Doe #1 and #2 are challenging the validity of the federal NPA, worked out between the USAO and Jeffrey Epstein's criminal attorneys before he pled guilty to his state charges.

Basically, the attorneys for Doe 1 and 2 are saying the USAO did not notify the victims before signing the NPA, which violates the Crime Victims Rights Act. They are saying that the NPA should be invalidated because of it. They also allege in the motion that the USAO agreed to keeping the NPA secret (it was originally sealed) because of pressure from Epstein's attorneys and higher ups in the Justice Dept.

I'm reaching out to you for a response to the court filing. I am on deadline with the story.

Thanks,
Michele

Michele Dargan
Staff Writer

Palm Beach Daily News
[redacted]

[redacted]
voice: [redacted]
fax: [redacted]
Toll-free: [redacted]
[redacted]
http://www.palmbeachdailynews.com

Cox Conserves.
Please consider the environment before printing this e-mail.

Contents of this e-mail may be confidential and proprietary.
Use discretion when forwarding.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 21, 2011 5:54 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein -- pleading is pubic -- PLEASE REVIEW URGENT

It just occurred to me that perhaps we should not refer to the Jane Does as plaintiffs since there is no independent civil action, just a motion in a miscellaneous proceeding.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:53 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein -- pleading is pubic -- PLEASE REVIEW URGENT

Sure. I will add and send out.

Ok with everyone?

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:52 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein -- pleading is pubic -- PLEASE REVIEW URGENT

Should there be a final sentence such as the following?

Because the matter remains pending in court, it would be inappropriate at this time to provide additional comment on the merits of the motion.

Just a thought.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:35 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Suggest deleting first sentence (since we are kind of responding)

The U.S. Attorney's Office will file its response to the instant motion in court. However, as we stated more than two years ago in July 2008 in our response to the plaintiffs' then emergency petition for enforcement of the Crime Victim Rights Act (CVRA), the CVRA was not violated since no federal charges were ever filed in the Southern District of Florida.

**From:** Michele Dargan [mailto:[redacted]]
**Sent:** Monday, March 21, 2011 4:52 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** Jeffrey Epstein

Hi [redacted],

There's been a new court filing in West Palm Beach federal court regarding Jeffrey Epstein. In case # 08-CV-80736, attorneys for Jane Doe #1 and #2 are challenging the validity of the federal NPA, worked out between the USAO and Jeffrey Epstein's criminal attorneys before he pled guilty to his state charges.

Basically, the attorneys for Doe 1 and 2 are saying the USAO did not notify the victims before signing the NPA, which violates the Crime Victims Rights Act. They are saying that the NPA should be invalidated because of it. They also allege in the motion that the USAO agreed to keeping the NPA secret (it was originally sealed) because of pressure from Epstein's attorneys and higher ups in the Justice Dept.

I'm reaching out to you for a response to the court filing. I am on deadline with the story.

Thanks,
Michele

Michele Dargan
Staff Writer

Palm Beach Daily News
[redacted]
voice: [redacted]
fax: [redacted]
Toll-free: [redacted]
[redacted]
http://www.palmbeachdailynews.com

Cox Conserves.
Please consider the environment before printing this e-mail.

Contents of this e-mail may be confidential and proprietary.
Use discretion when forwarding.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 21, 2011 5:54 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein -- pleading is pubic -- PLEASE REVIEW URGENT

Ok – will send out now.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:53 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

That's fine with me.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:52 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic -- PLEASE REVIEW URGENT

Should there be a final sentence such as the following?

Because the matter remains pending in court, it would be inappropriate at this time to provide additional comment on the merits of the motion.

Just a thought.

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 21, 2011 5:35 PM
**To:** [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Jeffrey Epstein – pleading is pubic – PLEASE REVIEW URGENT

Suggest deleting first sentence (since we are kind of responding)

The U.S. Attorney's Office will file its response to the instant motion in court. However, as we stated more than two years ago in July 2008 in our response to the plaintiffs' then emergency petition for enforcement of the Crime Victim Rights Act (CVRA), the CVRA was not violated since no federal charges were ever filed in the Southern District of Florida.

**From:** Michele Dargan [mailto:[redacted]]
**Sent:** Monday, March 21, 2011 4:52 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** Jeffrey Epstein

Hi [redacted],

There's been a new court filing in West Palm Beach federal court regarding Jeffrey Epstein. In case # 08-CV-80736, attorneys for Jane Doe #1 and #2 are challenging the validity of the federal NPA, worked out between the USAO and Jeffrey Epstein's criminal attorneys before he pled guilty to his state charges.

Basically, the attorneys for Doe 1 and 2 are saying the USAO did not notify the victims before signing the NPA, which violates the Crime Victims Rights Act. They are saying that the NPA should be invalidated because of it. They also allege in the motion that the USAO agreed to keeping the NPA secret (it was originally sealed) because of pressure from Epstein's attorneys and higher ups in the Justice Dept.

I'm reaching out to you for a response to the court filing. I am on deadline with the story.

Thanks,
Michele

Michele Dargan
Staff Writer

Palm Beach Daily News
[redacted]
voice: [redacted]
fax: [redacted]
Toll-free: [redacted]
http://www.palmbeachdailynews.com

Cox Conserves.
Please consider the environment before printing this e-mail.

Contents of this e-mail may be confidential and proprietary.
Use discretion when forwarding.

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 4:13 PM
**To:** [redacted])
**Subject:** FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

**Importance:** High

Hi [redacted] -- This is why I don't want to ask for more time. The only way that I have to defend myself is through the court system.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted]. (USAFLS)
Sent: Thursday, March 24, 2011 4:12 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted]. (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 4:16 PM
**To:** Brad Edwards
**Subject:** FW: jeffrey epstein prosecution

FYI

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted]. (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 4:12 PM
**To:** [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

**Importance:** High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Tuesday, March 22, 2011 10:11 AM
**To:** [redacted])
**Subject:** FW: Filings from Cassell
**Attachments:** DE51_20110321_Motion to use correspondence and unseal.pdf; DE49_20110321_Motion to Have Facts Accepted as True.pdf; DE50_20110321_Motn for Brady-type evidence.pdf; DE50-1_20110321_Exhibit Edwards Letter.pdf; DE50-2_20110321_Proposed Order.pdf; DE48-[redacted] 302.pdf; DE48-[redacted] Victim notification ltr.pdf; DE48-[redacted] victim notification ltr.pdf; DE48-5_20110321_NPA.pdf; DE48-6_20110321_Twiler ltr to [redacted]; DE48-7_20110321_Twiler ltr to Jim Eisenberg for [redacted]; DE48-8_20110321_302 of [redacted] from Jan 2008.pdf; DE48-9_20110321_Twiler ltr to [redacted]; DE48_20110321_Motn for finding a violation of CVRA.pdf

I am back from the doctor. Here they all are (see below). After you have had a chance to look, can we discuss? I think that we need you on the team now. We made a few missteps early on, like conceding that this should be treated as a civil matter, which we tried to fix later, but it would help a lot if we had some guidance.

[redacted]

Assistant U.S. Attorney

[redacted]

[redacted]

[redacted]

Fax [redacted]

---

**From:** [redacted]. (USAFLS)
**Sent:** Monday, March 21, 2011 5:07 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** Filings from Cassell

Here they all are

<<DE51_20110321_Motion to use correspondence and unseal.pdf>> <<DE49_20110321_Motion to Have Facts Accepted as True.pdf>> <<DE50_20110321_Motn for Brady-type evidence.pdf>> <<DE50-1_20110321_Exhibit Edwards Letter.pdf>> <<DE50-2_20110321_Proposed Order.pdf>> <<DE48-[redacted] 302.pdf>> <<DE48-[redacted] Victim notification ltr.pdf>> <<DE48-[redacted] victim notification ltr.pdf>> <<DE48-5_20110321_NPA.pdf>> <<DE48-6_20110321_Twiler ltr to [redacted]>> <<DE48-7_20110321_Twiler ltr to Jim Eisenberg for [redacted]>> <<DE48-8_20110321_302 of [redacted] from Jan 2008.pdf>> <<DE48-9_20110321_Twiler ltr to [redacted]>> <<DE48_20110321_Motn for finding a violation of CVRA.pdf>>

[redacted]

Assistant U.S. Attorney

[redacted]

[redacted]

[redacted]

Fax [redacted]

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 4:12 PM
**To:** [redacted]. (USAFLS)
**Subject:** Automatic reply: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

I will be on government travel from March 24-25, 2011. If you need to reach me, please call me at [redacted]. Thanks.

**From:** [redacted] <[redacted]>
**Sent:** Thursday, March 24, 2011 4:49 PM
**To:** [redacted] (USAFLS)
**Subject:** Re: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Understood.

----- Original Message -----
From: [redacted] (USAFLS) <[redacted]>
To: [redacted]
Sent: Thu Mar 24 16:12:55 2011
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Hi [redacted] -- This is why I don't want to ask for more time. The only way that I have to defend myself is through the court system.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:12 PM
To: [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to

confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.
Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Tuesday, March 22, 2011 1:20 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** FW: Telephone call

FYI. See below.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

---

**From:** Fernandez, Aida I. (USAFLS)
**Sent:** Tuesday, March 22, 2011 12:59 PM
**To:** [redacted]. (USAFLS)
**Subject:** Telephone call

Telephone call fm John Pasanti, Daily Business Review [redacted] re: Epstein filing of 3/21/2011. I referred him to [redacted] [redacted].

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 4:18 PM
**To:** [redacted] (USAFLS)
**Subject:** FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

**Importance:** High

You jinxed it

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted]. (USAFLS)

Sent: Thursday, March 24, 2011 4:12 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 4:31 PM
**To:** [redacted], [redacted]
**Subject:** FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
**Importance:** High

And even more good times.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:12 PM

To: [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief. His tactics are limited to (1) influence/persuasion or (2) intimidation. (1) didn't work on me, so they tried (2).

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** Fernandez, Aida I. (USAFLS) <afernandez@usa.doj.gov>
**Sent:** Tuesday, March 22, 2011 12:59 PM
**To:** [redacted] (USAFLS)
**Subject:** Telephone call

Telephone call fm John Pasanti, Daily Business Review [redacted] re: Epstein filing of 3/21/2011. I referred him to [redacted].

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 5:09 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

I understand why you want that, and I would love to include it, but that is beyond the response DOJ gave to Conchita. I will have to run this by them.

Any other thoughts before I send this to DOJ??

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 5:07 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
Cc: [redacted] (USAFLS)
Subject: RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Please add the capitalized language (below).

I am trying to find [redacted] letter to them.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:57 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Proposed SDFL (non)response:

As you know from your communications with the DOJ's Office of Public Affairs, the defense in this case asked for an independent DOJ review of all facts, circumstances and allegations surrounding this prosecution. The Office of the Deputy Attorney General did in fact review the case, which is not uncommon, and determined that NO MISCONDUCT OCCURRED AND THAT prosecutorial discretion in the case appropriately rested with the U.S. Attorney's Office.

If you agree, I need to run this by DOJ. DOJ already provided the following comment -- but ours is slightly different (ergo, the need to run it by them) DOJ response: The Office of the Deputy Attorney General did review the case, which is not uncommon, and determined that prosecutorial discretion in the case appropriately rested with the U.S. Attorney's Office. (Off the record, note "review" would be the appropriate word, not "negotiate".) In terms of a boss, the U.S. Attorneys' Offices report through the Office of the Deputy Attorney General (at the time, Mark Filip was the DAG.)

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:12 PM
To: [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]

[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention. Lee Aitken

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 5:13 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

How about giving them the letter???

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 5:09 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)

Cc: [redacted] (USAFLS)
Subject: RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

I understand why you want that, and I would love to include it, but that is beyond the response DOJ gave to Conchita. I will have to run this by them.

Any other thoughts before I send this to DOJ??

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 5:07 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
Cc: [redacted] (USAFLS)
Subject: RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Please add the capitalized language (below).

I am trying to find [redacted] letter to them.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:57 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK

Proposed SDFL (non)response:

As you know from your communications with the DOJ's Office of Public Affairs, the defense in this case asked for an independent DOJ review of all facts, circumstances and allegations surrounding this prosecution. The Office of the Deputy Attorney General did in fact review the case, which is not uncommon, and determined that NO MISCONDUCT OCCURRED AND THAT prosecutorial discretion in the case appropriately rested with the U.S. Attorney's Office.

If you agree, I need to run this by DOJ. DOJ already provided the following comment -- but ours is slightly different (ergo, the need to run it by them) DOJ response: The Office of the Deputy Attorney General did review the case, which is not uncommon, and determined that prosecutorial discretion in the case appropriately rested with the U.S. Attorney's Office. (Off the record, note "review" would be the appropriate word, not "negotiate".) In terms of a boss, the U.S. Attorneys' Offices report through the Office of the Deputy Attorney General (at the time, Mark Filip was the DAG.)

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 4:12 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: FW: jeffrey epstein prosecution -CONTACT FROM NEWSWEEK
Importance: High

[redacted] -- This just arrived. Why do they always wait until 2 minutes before their deadline to contact us????? I did not fail to call her back, I referred the matter to you. Can you please handle this. Making clear that all allegations raised by Epstein's team were investigated by DOJ and found to be completely meritless. You might also add that Epstein had previously made false allegations against the Palm Beach Police Chief.

I would love to know how they got the letter, but they probably will not tell you their source.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: Aitken, Lee [mailto:[redacted]]
Sent: Thursday, March 24, 2011 4:07 PM
To: [redacted] (USAFLS)
Subject: jeffrey epstein prosecution

Dear Ms. [redacted] --
I am an editor at both Newsweek and the Daily Beast website. I left a phone message last week but have not received a call back. Now we are facing a deadline for posting on the Daily Beast tonight, so I'd like to give you another chance to respond to our query. We have obtained a five-page letter you wrote to attorney Jay Lefkowitz on December 13, 2007 protesting charges of misconduct on your part and laying out several details about your interactions with Jeffrey Epstein's legal team. Your co-signer, Alex Accosta, has already acknowledged the validity of this letter, but I would also like you to confirm that it came from your office. If you have any further comment to make about it or facts to add about this case I would love to hear back from you right away. We plan to post a story about the negotiations behind the Non-Prosecution agreement at 8 pm this evening.

Thank you for your time and prompt attention, Lee Aitken

---

**From:** [redacted]) <[redacted]>
**Sent:** Monday, March 28, 2011 9:43 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Let me know when you want to chat and I'll make myself available.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Monday, March 28, 2011 9:36 AM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] -- Just read all of your emails from yesterday.

[redacted] -- I think that, having read more cases, and then re-read the Department's guidance, that our position should be that the petitioners are not entitled to file a civil cause of action, even for a declaratory judgment. The statute provides them with a remedy, which is a referral of DOJ attorneys for disciplinary sanctions, and specifies that "the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by the complainant." (18 USC 3771(f)(2)(D)) "Where a statute expressly provides a particular remedy or remedies, a court must be chary of reading others into it." U.S. v. Aguirre-Gonzalez, 597 F.3d 46, 54 (1st Cir. 2010) (quoting TAMA v. Lewis, 444 U.S. 11, 19 (1979)).

Why don't we get together tomorrow face-to-face and talk it through? I can come down to Miami.

[redacted] -- maybe we can steal you for 30 minutes just to bounce some ideas off of you?

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 8:18 AM
To: [redacted] (USAFLS); [redacted]. (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

-----------------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) (mailto:[redacted])
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted]. (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts,'" which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted]. (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use

the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 10:10 AM
**To:** [redacted]. (USAFLS); [redacted])
**Cc:** [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I will be here tomorrow. The argument you suggest has a number of problems. First, there is a presumption in favor of judicial review of administrative action. McNary v. Haitian Refugee Center, Inc., 498 U.S. 479, 498 (1986). Second, since Congress establishes the subject matter jurisdiction of the lower federal courts, we would have to demonstrate that it intended section 3771(f) to be the exclusive remedy for a putative victim claiming a violation of the CVRA. There is nothing explicit in the text of section 3771 that supports that proposition. Moreover, arguing that an aggrieved person can only file an administrative complaint with the federal agency that allegedly deprived him or her of his rights under the CVRA is an argument that is likely to be viewed with much judicial skepticism.

Section 3771(d)(3) expressly provides that the rights in section 3771(a) can be asserted in the criminal case, or in the district where the crime occurred if no prosecution is underway. We would have to argue that, where there is no prosecution underway, the only remedy is to file an administrative complaint with the DOJ. That conflicts with the language of section 3771(d)(3), which permits a putative victim to file a motion in the district where the crime occurred. I recognize the DOJ has a view on what that provision means, but that argument is not based upon the existence of an exclusive administrative remedy.

[redacted]

-----Original Message-----
From: [redacted]. (USAFLS)

Sent: Monday, March 28, 2011 9:36 AM
To: [redacted]); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] -- Just read all of your emails from yesterday.

[redacted] -- I think that, having read more cases, and then re-read the Department's guidance, that our position should be that the petitioners are not entitled to file a civil cause of action, even for a declaratory judgment. The statute provides them with a remedy, which is a referral of DOJ attorneys for disciplinary sanctions, and specifies that "the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by the complainant." (18 USC 3771(f)(2)(D)) "Where a statute expressly provides a particular remedy or remedies, a court must be chary of reading others into it." U.S. v. Aguirre-Gonzalez, 597 F.3d 46, 54 (1st Cir. 2010) (quoting TAMA v. Lewis, 444 U.S. 11, 19 (1979)).

Why don't we get together tomorrow face-to-face and talk it through? I can come down to Miami.

[redacted] -- maybe we can steal you for 30 minutes just to bounce some ideas off of you?

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 8:18 AM
To: [redacted] (USAFLS); [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

---------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:44 PM

To: [redacted] (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted]) <[redacted]>
**Sent:** Monday, March 28, 2011 8:18 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)

**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

---------------------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted] (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] <[redacted]>
**Sent:** Sunday, March 27, 2011 3:15 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Good points.

-----------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 2:50 PM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

Another point is that the non-prosecution agreement would not be subject to any judicial approval, absent a claim by one of the parties to the agreement that a breach had occurred. Unlike Dean, the government never contemplated any charge being filed in the district court, nor did it seek a dispensation from the court to limit the number of victims it would contact. In Dean, there was ultimately a charge and a plea agreement for the court to review. In our case, there was neither.

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 2:44 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

I must really be clueless here, but why would we have to consult with them if no charges have been brought. That's the OLC opinion. That doesn't mean we couldn't consult with them as a courtesy, but we have no legal compulsion to do so under the CVRA because no charges were ever brought.

---------------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 2:06 PM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

The remedy they seek is a vacatur of the non-prosecution agreement. Presumably, we would then have to consult with them pursuant to 18 U.S.C. 3771(a)(5). Cassell did agree that the district court had no authority to compel the government to prosecute Epstein.

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 2:03 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted]:

The "no prosecution is underway" language has a specific meaning addressed in the OLC opinion I sent earlier. It does not mean that it creates a forum for victims to bring a non-monetary cause of action when (as here) that cause of action is divorced from a criminal case. (What relief is being sought in this case, by the way? If it's a declaratory judgment that we bring charges, then he's barred by prosecutorial discretion - we're the govt, not him)

The CVRA does not create any independent causes of action - the money damages clause was belts and suspenders, to make clear that sovereign immunity wasn't being waived. If a victim believes their rights were violated, they can, in theory, bring a cause of action under some other federal law, cf. 42 USC 1983, but the CVRA itself doesn't create a recoverable cause of action.

---------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:58 PM
To: [redacted]; [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted] and [redacted],

18 U.S.C. 3771(d)(6) provides there is no cause of action for damages. From a civil attorney's viewpoint, damages means money damages. Therefore, a victim cannot sue the United States Government, or an official of the U.S. Government, for money damages, based on a claim that their rights under the CVRA were violated.

Not having a cause of action for damages does not mean you cannot assert that your CVRA rights were violated, and you are entitled to non-monetary relief. Also, 18 U.S.C. 3771(d)(3) provides that, in cases where a criminal case has not been filed ("if no prosecution is underway"), the victim can file a motion for relief in the district court in the district in which the crime occurred. This plainly suggests that Congress intended a putative victim to have a forum where he could address his claim that his/her CVRA rights have been violated by the Government.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 1:49 PM
To: [redacted], (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

PS - Real quick, but the CVRA says it doesn't create a cause of action "for damages." My instinct is that we should emphasize the prosecutorial discretion angle over the "no cause of action" language of the CVRA, but I will do a little more digging.

[redacted]

---------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS)
[mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 9:36 AM
**To:** [redacted]; [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] -- Just read all of your emails from yesterday.

[redacted] -- I think that, having read more cases, and then re-read the Department's guidance, that our position should be that the petitioners are not entitled to file a civil cause of action, even for a declaratory judgment. The statute provides them with a remedy, which is a referral of DOJ attorneys for disciplinary sanctions, and specifies that "the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by the complainant." (18 USC 3771(f)(2)(D)) "Where a statute expressly provides a particular remedy or remedies, a court must be chary of reading others into it." U.S. [redacted] Aguirre-Gonzalez, 597 F.3d 46, 54 (1st Cir. 2010) (quoting TAMA [redacted] Lewis, 444 U.S. 11, 19 (1979)).

Why don't we get together tomorrow face-to-face and talk it through? I can come down to Miami.

[redacted] -- maybe we can steal you for 30 minutes just to bounce some ideas off of you?

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 8:18 AM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

---------------------------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) (mailto:[redacted])
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted] (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 9:23 AM
**To:** [redacted]); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I believe we can deliver to you a near-finished product by Saturday, April 2. I will be working on our response the next two days, but have to go to the NAC on Wednesday and Thursday.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 8:18 AM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

------------------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted] (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Wednesday, March 30, 2011 2:09 PM
**To:** [redacted] (CRT)
**Subject:** RE:

Ohhhh – Tell [redacted] Hi!!!!! I adore her too! I only worked one case with her and she is super-smart and dedicated. [redacted] I have known for around 15 years.

Tell [redacted] that I am still working on an Epstein motion now. She will know what I mean.

EJ is still in temporary housing. But we will both stay in touch.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

**From:** [redacted] (CRT)
**Sent:** Wednesday, March 30, 2011 2:06 PM
**To:** [redacted] (USAFLS)
**Subject:** RE:

I know of [redacted], but have never met her. I believe she is in appellate. I was talking about [redacted] Braden! Am happy to speak with any of your friends about DC. We love it and it's a cool town....but not great for single women as my single girlfriends have told me.....-)

I am so sorry to hear about your torn cartilage. How did you manage to do that? Is the surgery laser or invasive? That really stinks.
Well, EJ better be taking good care of you! You are the best thing that's ever happened to him besides my friendship (joke). Seriously, I hope he is not too stressed and taking good care of you. Is he enjoying Colombia? How are his living quarters?

Stay in touch!

**From:** [redacted] (USAFLS)
**Sent:** Wednesday, March 30, 2011 2:01 PM
**To:** [redacted] (CRT)
**Subject:** RE:

Well, I hope it was [redacted], whom I adore. She is one of the finest people I know. A good heart and honest through and through.

I hope that you are doing well, [redacted]. I have another friend who is talking about going to DC and if she does, I will definitely put her in touch with you.

These budget cuts and everything are working havoc with for us and I just found out that I have torn cartilage in my hip and have to have surgery. So, yes, I am doing the split time, but luckily EJ has had to be here in Miami for the past week and has been home so I haven't had to sit in an uncomfortable airplane seat for 31/2 hours each way.

[redacted]

Assistant U.S. Attorney

[redacted]

[redacted]

[redacted]

Fax [redacted]

**From:** [redacted] (CRT)
**Sent:** Wednesday, March 30, 2011 1:57 PM
**To:** [redacted]. (USAFLS)
**Subject:**

Hi [redacted]:

Just wanted to say hi and see how you were doing? EJ told me that you guys are sort of doing the split time in US/Colombia. How is that working out? I was talking with one of my favorite people in the office and she mentioned your name. We got to talking and came to the conclusion that we both thought you were terrific. Any idea who it was I was talking to here in my office?

[redacted], **Trial Attorney**

Civil Rights Division, Criminal Section

[redacted] - direct

[redacted] - fax

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Wednesday, March 30, 2011 1:09 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted], [redacted] (USAFLS)
**Subject:** Article in today's Palm Beach Daily News
**Attachments:** jeffrey-epstein-attorney.pdf

A response by Roy Black to Alex's letter. I note that this is an extrajudicial statement by Roy Black where he says, without any qualifying statement that it was their opinion or belief, that "We did point out misconduct and over-reaching by certain people involved in the investigation. . . . There will always be people who abuse the great power of the government . . ."

<<jeffrey-epstein-attorney.pdf>>

**From:** [redacted] <[redacted]>
**Sent:** Wednesday, March 30, 2011 2:34 PM
**To:** [redacted]. (USAFLS)
**Subject:** RE: Article in today's Palm Beach Daily News

"Finally Mr. Acosta mentions we looked for personal peccadilloes of prosecutors," Black said. "I am not sure what he refers to but this never happened. We did point out misconduct and over-reaching by certain people involved in the investigation. Not only is there nothing wrong with this but it is a necessary part of the process. There will always be people who abuse the great power of the government and we cannot stand by silently when it occurs."

Hmmm. I sure wish I had the correspondence claiming that I should be recused because of my daughter's case.

[redacted]. [redacted], Esq.

The Ferraro Law Firm

4000 Ponce de Leon Blvd.

Suite 700

Miami, FL 33146

Website: www.ferrarolaw.com

Toll-Free 800-275-3332

Tel: (305) 375-0111

Fax: (305) 379-6222

jhs@ferrarolaw.com

Confidentiality Notice: The information contained in this transmittal, including any attachment, is privileged and confidential and is intended only for the person or entity to whom it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank.

**From:** [redacted] (USAFLS) [mailto:[redacted]]
**Sent:** Wednesday, March 30, 2011 2:26 PM
**To:** [redacted], [redacted]
**Subject:** FW: Article in today's Palm Beach Daily News

Hi [redacted] – The slander is against you and (mainly) me.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

---

**From:** [redacted] (USAFLS)
**Sent:** Wednesday, March 30, 2011 1:09 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted], [redacted] (USAFLS)
**Subject:** Article in today's Palm Beach Daily News

A response by Roy Black to Alex's letter. I note that this is an extrajudicial statement by Roy Black where he says, without any qualifying statement that it was their opinion or belief, that "We did point out misconduct and over-reaching by certain people involved in the investigation. . . . There will always be people who abuse the great power of the government . . ."

<<jeffrey-epstein-attorney.pdf>>

---

| | |
|---|---|
| **From:** | [redacted] (USAFLS) <[redacted]> |
| **Sent:** | Wednesday, March 30, 2011 2:26 PM |
| **To:** | [redacted], [redacted] |
| **Subject:** | FW: Article in today's Palm Beach Daily News |

**Attachments:** jeffrey-epstein-attorney.pdf

Hi [redacted] – The slander is against you and (mainly) me.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

---

**From:** [redacted]. (USAFLS)
**Sent:** Wednesday, March 30, 2011 1:09 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted], [redacted] (USAFLS)
**Subject:** Article in today's Palm Beach Daily News

A response by Roy Black to Alex's letter. I note that this is an extrajudicial statement by Roy Black where he says, without any qualifying statement that it was their opinion or belief, that "We did point out misconduct and over-reaching by certain people involved in the investigation. . . . There will always be people who abuse the great power of the government . . ."

<<jeffrey-epstein-attorney.pdf>>

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Wednesday, March 30, 2011 10:01 PM
**To:** [redacted] (USAFLS); [redacted])
**Subject:** Emailing: Mootness section.wpd
**Attachments:** Mootness section.wpd

<<Mootness section.wpd>> Hi [redacted] and [redacted] –

Here is a section addressing the failure to prosecute/"mootness" issue.

[redacted] -- One issue for you. I think that we need to provide evidence on two things: (1) for this section, we need to put in the dates that Epstein was released from jail and from community control and (2) for the section on "hey, we didn't violate the CVRA, we went above and beyond" I want to put in my letter to PBSO asking them to tell me when he was released so I could do victim notifications. We should be able to get all of that information from PBSO. We can get it either by a subpoena or a public records request. Which would you prefer to do? And who do you want to issue the request/subpoena? Please let me know and I can draft it and get it out tomorrow. I don't think it should come from me, but [redacted] or someone else here can do it for purposes of speed. FBI thinks that a subpoena would be better than a public records request in this instance.

Thanks.

---

**From:** [redacted]) <[redacted]>

**Sent:** Monday, March 28, 2011 10:14 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Maybe the way to split the difference is to say that it's his burden to show that there's a cause of action, and he hasn't done so, and that there are a number of good reasons, both textual and policy-wise, not to interpret the CVRA to create a freestanding cause of action, and that such a conclusion would not leave dissatisfied victims without any recourse because of the grievance process - or something along those lines.

Textually, by the way, I'd say that the no prosecution "is underway" language does not open the courts to CVRA claims whenever no charges are brought but only applies post-complaint, pre-indictment, as the OLC memo says.

[redacted]

---------------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Monday, March 28, 2011 10:10 AM
To: [redacted] (USAFLS); [redacted]
Cc: [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I will be here tomorrow. The argument you suggest has a number of problems. First, there is a presumption in favor of judicial review of administrative action. McNary v. Haitian Refugee Center, Inc., 498 U.S. 479, 498 (1986). Second, since Congress establishes the subject matter jurisdiction of the lower federal courts, we would have to demonstrate that it intended section 3771(f) to be the exclusive remedy for a putative victim claiming a violation of the CVRA. There is nothing explicit in the text of section 3771 that supports that proposition. Moreover, arguing that an aggrieved person can only file an administrative complaint with the federal agency that allegedly deprived him or her of his rights under the CVRA is an argument that is likely to be viewed with much judicial skepticism.

Section 3771(d)(3) expressly provides that the rights in section 3771(a) can be asserted in the criminal case, or in the district where the crime occurred if no prosecution is underway. We would have to argue that, where there is no prosecution underway, the only remedy is to file an administrative complaint with the DOJ. That conflicts with the language of section 3771(d)(3), which permits a putative victim to file a motion in the district where the crime occurred. I recognize the DOJ has a view on what that provision means, but that argument is not based upon the existence of an exclusive administrative remedy.

[redacted]

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Monday, March 28, 2011 9:36 AM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] – Just read all of your emails from yesterday.

[redacted] -- I think that, having read more cases, and then re-read the Department's guidance, that our position should be that the petitioners are not entitled to file a civil cause of action, even for a declaratory judgment. The statute provides them with a remedy, which is a referral of DOJ attorneys for disciplinary sanctions, and specifies that "the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by the complainant." (18 USC 3771(f)(2)(D)) "Where a statute expressly provides a particular remedy or remedies, a court must be chary of reading others into it." U.S. v. Aguirre-Gonzalez, 597 F.3d 46, 54 (1st Cir. 2010) (quoting TAMA v. Lewis, 444 U.S. 11, 19 (1979)).

Why don't we get together tomorrow face-to-face and talk it through? I can come down to Miami.

[redacted] -- maybe we can steal you for 30 minutes just to bounce some ideas off of you?

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 8:18 AM
To: [redacted] (USAFLS); [redacted]. (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

-----------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted]. (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 10:10 AM
**To:** [redacted])
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Yes. I love it!

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 9:44 AM
To: [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

Hey - Aguirre-Gonzalez that was my case!!

--------------------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Monday, March 28, 2011 9:36 AM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] -- Just read all of your emails from yesterday.

[redacted] -- I think that, having read more cases, and then re-read the Department's guidance, that our position should be that the petitioners are not entitled to file a civil cause of action, even for a declaratory judgment. The statute provides them with a remedy, which is a referral of DOJ attorneys for disciplinary sanctions, and specifies that "the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by the complainant." (18 USC 3771(f)(2)(D)) "Where a statute expressly provides a particular remedy or remedies, a court must be chary of reading others into it." U.S. v. Aguirre-Gonzalez, 597 F.3d 46, 54 (1st Cir. 2010) (quoting TAMA v. Lewis, 444 U.S. 11, 19 (1979)).

Why don't we get together tomorrow face-to-face and talk it through? I can come down to Miami.

[redacted] -- maybe we can steal you for 30 minutes just to bounce some ideas off of you?

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted])
Sent: Monday, March 28, 2011 8:18 AM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

All,

This is going to be a rough week for me work-wise so here's a suggestion. If, as [redacted] email says, the due date is 4/7, perhaps you can work up whatever you want me to look at this week and then I can make some comments as of next Monday, 4/4. If you don't think that will work or if you need comments earlier, I can try to work on it next weekend. I am just inundated right now and have an Eleventh Circuit argument on Friday, so I am going to be out of pocket much of this week.

Let me know your thoughts.

[redacted]

-------------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted] (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** Jackie Perczek <JPerczek@royblack.com>
**Sent:** Friday, April 01, 2011 4:58 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** Roy BLACK
**Subject:** Doe v. USAO
**Attachments:** WordPerfect 6.1.WPD

Good afternoon [redacted] and Ann [redacted],

Consistent with the conversation Roy and I had with [redacted] this week, attached is a working draft of the motion to intervene and the objections we intend to lodge to the recent filings of Doe 1 and Doe 2 concerning discovery and disclosure of plea negotiation letters and emails. Please let us know your position.

Have a good weekend,

Jackie

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 10:45 AM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** Conversation with Roy Black - Redacted Materials

Colleagues,

I just spoke with Roy Black regarding the U.S. Attorney's Correspondence materials the victims seek to have unredacted. I told him we advised Cassell we had no independent objection to the public filing of the

correspondence.

Black told me they intended to file a notice today advising the court that Epstein intended to object, and would be filing a detailed legal memo by next Monday. Black said they would send us a courtesy copy by the end of this week. Black will assert three grounds: (1) some of the correspondence contains material covered by Fed.R.Crim.P. 6(e); (2) the correspondence included plea negotiations; and (3) victims' counsel could not be trusted to keep material from the press. Black advised he believed the five-page letter had been leaked to the Daily Beast by the victims' lawyers.

Black said he understood the DOJ had policies about public disclosure, but he wanted to know if the government would join in their motion.

[redacted]

---

**From:** [redacted] <[redacted]>
**Sent:** Sunday, March 27, 2011 2:03 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

[redacted]:

The "no prosecution is underway" language has a specific meaning addressed in the OLC opinion I sent earlier. It does not mean that it creates a forum for victims to bring a non-monetary cause of action when (as here) that cause of action is divorced from a criminal case. (What relief is being sought in this case, by the way? If it's a declaratory judgment that we bring charges, then he's barred by prosecutorial discretion - we're the govt, not him)

The CVRA does not create any independent causes of action - the money damages clause was belts and suspenders, to make clear that sovereign immunity wasn't being waived. If a victim believes their rights were violated, they can, in theory, bring a cause of action under some other federal law, cf. 42 USC 1983, but the CVRA itself doesn't create a recoverable cause of action.

--------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:58 PM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted] and [redacted],

18 U.S.C. 3771(d)(6) provides there is no cause of action for damages.
From a civil attorney's viewpoint, damages means money damages.
Therefore, a victim cannot sue the United States Government, or an

official of the U.S. Government, for money damages, based on a claim that their rights under the CVRA were violated.

Not having a cause of action for damages does not mean you cannot assert that your CVRA rights were violated, and you are entitled to non-monetary relief. Also, 18 U.S.C. 3771(d)(3) provides that, in cases where a criminal case has not been filed ("if no prosecution is underway"), the victim can file a motion for relief in the district court in the district in which the crime occurred. This plainly suggests that Congress intended a putative victim to have a forum where he could address his claim that his/her CVRA rights have been violated by the Government.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 1:49 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

PS - Real quick, but the CVRA says it doesn't create a cause of action "for damages." My instinct is that we should emphasize the prosecutorial discretion angle over the "no cause of action" language of the CVRA, but I will do a little more digging.

[redacted]

---------------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS)
[mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] –

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Sunday, March 27, 2011 1:58 PM
**To:** [redacted]); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

[redacted] and [redacted],

18 U.S.C. 3771(d)(6) provides there is no cause of action for damages. From a civil attorney's viewpoint, damages means money damages. Therefore, a victim cannot sue the United States Government, or an official of the U.S. Government, for money damages, based on a claim that their rights under the CVRA were violated.

Not having a cause of action for damages does not mean you cannot assert that your CVRA rights were violated, and you are entitled to non-monetary relief. Also, 18 U.S.C. 3771(d)(3) provides that, in cases where a criminal case has not been filed ("if no prosecution is underway"), the victim can file a motion for relief in the district court in the district in which the crime occurred. This plainly suggests that Congress intended a putative victim to have a forum where he could address his claim that his/her CVRA rights have been violated by the Government.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 1:49 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

PS - Real quick, but the CVRA says it doesn't create a cause of action "for damages." My instinct is that we should emphasize the prosecutorial discretion angle over the "no cause of action" language of the CVRA, but I will do a little more digging.

[redacted]

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS)
[mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted]) <[redacted]>
**Sent:** Sunday, March 27, 2011 1:54 PM
**To:** [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Did you find Hill v. New York Post, 2010 WL 2999795 (EDNY 2010) ("The CVRA does not afford a basis for this Court to exercise federal question jurisdiction over Hill's suit.")

---

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks,

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] <[redacted]>
**Sent:** Sunday, March 27, 2011 1:44 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Gotcha; thanks.

----------------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:44 PM
To: [redacted] (USAFLS); [redacted]
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted],

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Sunday, March 27, 2011 1:44 PM
**To:** [redacted]. (USAFLS); [redacted])
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

[redacted].

I am working on our response to their material "facts," which really aren't facts at all. I should have these done by today. I will then move on to the legal argument. I was considering responding to each motion separately, to make it easier for the court.

[redacted]

P.S. Our deadline is April 7, 2011.

-----Original Message-----
From: [redacted]. (USAFLS)
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted])
Subject: Emailing: CVRA Omnibus Response.wpd

Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted]) <[redacted]>
**Sent:** Sunday, March 27, 2011 1:42 PM
**To:** [redacted], (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

What's our deadline here again? Thanks [redacted]

---

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted], (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 8:28 PM
**To:** [redacted], (USAFLS)
**Subject:** Re: Statement re Epstein

I'm at this AUSA reception thing. Can I call you later if it's not too late?

----- Original Message -----
From: [redacted], (USAFLS)
Sent: Thursday, March 24, 2011 07:56 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Statement re Epstein

Why do you make it so hard for the good guys to follow the rules? Just release the letter. It isn't a privileged communication. It was sent to opposing counsel.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 7:51 PM
To: [redacted], (USAFLS)
Subject: Fw: Statement re Epstein

Sorry. Here it is

----- Original Message -----
From: csarnoff [mailto:[redacted]]
Sent: Thursday, March 24, 2011 06:56 PM
To: [redacted], [redacted] (USAFLS); Janet Aitken <[redacted]>
Subject: Re: Statement re Epstein

Thank you [redacted].
Best,
Conchita
------Original Message------
From: [redacted] [redacted]
To: Janet Aitken
Cc: [redacted]
Subject: Statement re Epstein
Sent: 24 Mar 2011 18:40

After reviewing the U.S. Attorneyâ€™s handling of this matter, including allegations of misconduct, the office of the deputy attorney general determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

[redacted] [redacted]
Special Counsel to the US Attorney

Sent from my Verizon Wireless BlackBerry

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Sunday, March 27, 2011 2:50 PM
**To:** [redacted]; [redacted], (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

Another point is that the non-prosecution agreement would not be subject to any judicial approval, absent a claim by one of the parties to the agreement that a breach had occurred. Unlike Dean, the government never contemplated any charge being filed in the district court, nor did it seek a dispensation from the court to limit the number of victims it would contact. In Dean, there was ultimately a charge and a plea agreement for the court to review. In our case, there was neither.

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 2:44 PM
To: [redacted] (USAFLS); [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

I must really be clueless here, but why would we have to consult with them if no charges have been brought. That's the OLC opinion. That doesn't mean we couldn't consult with them as a courtesy, but we have no legal compulsion to do so under the CVRA because no charges were ever brought.

---------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 2:06 PM
To: [redacted]; [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

The remedy they seek is a vacatur of the non-prosecution agreement. Presumably, we would then have to consult with them pursuant to 18 U.S.C. 3771(a)(5). Cassell did agree that the district court had no authority to compel the government to prosecute Epstein.

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 2:03 PM
To: [redacted] (USAFLS); [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted]:

The "no prosecution is underway" language has a specific meaning addressed in the OLC opinion I sent earlier. It does not mean that it creates a forum for victims to bring a non-monetary cause of action when (as here) that cause of action is divorced from a criminal case. (What relief is being sought in this case, by the way? If it's a declaratory judgment that we bring charges, then he's barred by prosecutorial discretion - we're the govt, not him)

The CVRA does not create any independent causes of action - the money damages clause was belts and suspenders, to make clear that sovereign immunity wasn't being waived. If a victim believes their rights were violated, they can, in theory, bring a cause of action under some other federal law, cf. 42 USC 1983, but the CVRA itself doesn't create a recoverable cause of action.

---------------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:58 PM
To: [redacted]; [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted] and [redacted],

18 U.S.C. 3771(d)(6) provides there is no cause of action for damages. From a civil attorney's viewpoint, damages means money damages. Therefore, a victim cannot sue the United States Government, or an official of the U.S. Government, for money damages, based on a claim that their rights under the CVRA were violated.

Not having a cause of action for damages does not mean you cannot assert that your CVRA rights were violated, and you are entitled to non-monetary relief. Also, 18 U.S.C. 3771(d)(3) provides that, in cases where a criminal case has not been filed ("if no prosecution is underway"), the victim can file a motion for relief in the district court in the district in which the crime occurred. This plainly suggests that Congress intended a putative victim to have a forum where he could address his claim that his/her CVRA rights have been violated by the Government.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 1:49 PM
To: [redacted], (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

PS - Real quick, but the CVRA says it doesn't create a cause of action "for damages." My instinct is that we should emphasize the prosecutorial discretion angle over the "no cause of action" language of the CVRA, but I will do a little more digging.

[redacted]

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS)
[mailto: [redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted]) <[redacted]>
**Sent:** Sunday, March 27, 2011 2:44 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

I must really be clueless here, but why would we have to consult with them if no charges have been brought. That's the OLC opinion. That doesn't mean we couldn't consult with them as a courtesy, but we have no legal compulsion to do so under the CVRA because no charges were ever brought.


---------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]


-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 2:06 PM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

The remedy they seek is a vacatur of the non-prosecution agreement. Presumably, we would then have to consult with them pursuant to 18 U.S.C. 3771(a)(5). Cassell did agree that the district court had no authority to compel the government to prosecute Epstein.

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 2:03 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted]:

The "no prosecution is underway" language has a specific meaning addressed in the OLC opinion I sent earlier. It does not mean that it creates a forum for victims to bring a non-monetary cause of action when (as here) that cause of action is divorced from a criminal case. (What relief is being sought in this case, by the way? If it's a declaratory judgment that we bring charges, then he's barred by prosecutorial discretion - we're the govt, not him).

The CVRA does not create any independent causes of action - the money damages clause was belts and suspenders, to make clear that sovereign immunity wasn't being waived. If a victim believes their rights were violated, they can, in theory, bring a cause of action under some other federal law, cf. 42 USC 1983, but the CVRA itself doesn't create a recoverable cause of action.


---------------------
[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]

fax: [redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:58 PM
To: [redacted]; [redacted], (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted] and [redacted],

18 U.S.C. 3771(d)(6) provides there is no cause of action for damages. From a civil attorney's viewpoint, damages means money damages. Therefore, a victim cannot sue the United States Government, or an official of the U.S. Government, for money damages, based on a claim that their rights under the CVRA were violated.

Not having a cause of action for damages does not mean you cannot assert that your CVRA rights were violated, and you are entitled to non-monetary relief. Also, 18 U.S.C. 3771(d)(3) provides that, in cases where a criminal case has not been filed ("if no prosecution is underway"), the victim can file a motion for relief in the district court in the district in which the crime occurred. This plainly suggests that Congress intended a putative victim to have a forum where he could address his claim that his/her CVRA rights have been violated by the Government.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 1:49 PM
To: [redacted], (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

PS - Real quick, but the CVRA says it doesn't create a cause of action "for damages." My instinct is that we should emphasize the prosecutorial discretion angle over the "no cause of action" language of the CVRA, but I will do a little more digging.

[redacted]

-----------------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]

-----Original Message-----
From: [redacted], (USAFLS)
[mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] –

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Sunday, March 27, 2011 2:06 PM
**To:** [redacted]; [redacted] (USAFLS)
**Subject:** RE: Emailing: CVRA Omnibus Response.wpd

The remedy they seek is a vacatur of the non-prosecution agreement. Presumably, we would then have to consult with them pursuant to 18 U.S.C. 3771(a)(5). Cassell did agree that the district court had no authority to compel the government to prosecute Epstein.

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 2:03 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted]:

The "no prosecution is underway" language has a specific meaning addressed in the OLC opinion I sent earlier. It does not mean that it creates a forum for victims to bring a non-monetary cause of action when (as here) that cause of action is divorced from a criminal case. (What relief is being sought in this case, by the way? If it's a declaratory judgment that we bring charges, then he's barred by prosecutorial discretion - we're the govt, not him)

The CVRA does not create any independent causes of action - the money damages clause was belts and suspenders, to make clear that sovereign immunity wasn't being waived. If a victim believes their rights were violated, they can, in theory, bring a cause of action under some other federal law, cf. 42 USC 1983, but the CVRA itself doesn't create a recoverable cause of action.

---------------------

[redacted]
United States Department of Justice
Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS) [mailto:[redacted]]
Sent: Sunday, March 27, 2011 1:58 PM
To: [redacted]; [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

[redacted] and [redacted],

18 U.S.C. 3771(d)(6) provides there is no cause of action for damages. From a civil attorney's viewpoint, damages means money damages. Therefore, a victim cannot sue the United States Government, or an official of the U.S. Government, for money damages, based on a claim that their rights under the CVRA were violated.

Not having a cause of action for damages does not mean you cannot assert that your CVRA rights were violated, and you are entitled to non-monetary relief. Also, 18 U.S.C. 3771(d)(3) provides that, in cases where a criminal case has not been filed ("if no prosecution is underway"), the victim can file a motion for relief in the district court in the district in which the crime occurred. This plainly suggests that Congress intended a putative victim to have a forum where he could address his claim that his/her CVRA rights have been violated by the Government.

[redacted]

-----Original Message-----
From: [redacted])
Sent: Sunday, March 27, 2011 1:49 PM
To: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Emailing: CVRA Omnibus Response.wpd

PS - Real quick, but the CVRA says it doesn't create a cause of action "for damages." My instinct is that we should emphasize the prosecutorial discretion angle over the "no cause of action" language of the CVRA, but I will do a little more digging.

[redacted]

---------------------

[redacted]
United States Department of Justice

Criminal Division, Appellate Section
[redacted]
tel: [redacted]
fax: [redacted]
[redacted]

-----Original Message-----
From: [redacted] (USAFLS)
[mailto: [redacted]]
Sent: Sunday, March 27, 2011 1:31 PM
To: [redacted] (USAFLS); [redacted]
Subject: Emailing: CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted], (USAFLS) <[redacted]>
**Sent:** Tuesday, March 29, 2011 10:13 AM
**To:** [redacted]; [redacted] (USAFLS)
**Subject:** Emailing: CVRA Omnibus Response.wpd
**Attachments:** CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> It would help if I sent this along. Sorry!

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted], (USAFLS) <[redacted]>
**Sent:** Wednesday, March 30, 2011 11:55 AM
**To:** [redacted], [redacted] (USAFLS); [redacted], (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** RE: Please click on link below

Just FYI -- The blog is, for the most part, completely nuts, but the link to William Riley is real. William Riley is the person who removed the computers from Mr. Epstein's house after Epstein or Roy Black somehow found out that a state search warrant was coming. (It was suspected that a court reporter at the state courthouse was the source of the leak, but never confirmed.) He also was one of the private investigators who investigated the agents and probably me during the investigation.

Special Agent [redacted] was followed to her home this past weekend, but it is believed that it was a reporter (British accent).

See how much fun this is!

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Wednesday, March 30, 2011 10:51 AM
To: [redacted], (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted], (USAFLS)
Subject: FW: Please click on link below

This is wackiest thing I have ever read.

-----Original Message-----
From: csarnoff [mailto:csarnoff@bellsouth.net]
Sent: Wednesday, March 30, 2011 7:55 AM
To: [redacted], [redacted] (USAFLS); [redacted], (USAFLS)
Subject: Please click on link below

Good morning,

Off The Record- Please can you comment on this piece? Just received and fitting pieces together. Call when you can
Thank you,
Conchita

http://acivilcontemptblog.blogspot.com/

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 8:20 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** Re: Statement re Epstein

It is supposedly part of the 350 pages of correspondence that the Jane Does filed on Monday. I am trying to check now. It was filed under seal and I just got it at 4:00 today

----- Original Message -----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 08:16 PM
To: [redacted] (USAFLS)
Subject: Re: Statement re Epstein

When and where was the ltr filed? That is news to me

----- Original Message -----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 07:57 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Statement re Epstein

And it has already been filed with the court!

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 7:51 PM
To: [redacted] (USAFLS)
Subject: Fw: Statement re Epstein

Sorry. Here it is

----- Original Message -----
From: csarnoff [mailto:[redacted]]
Sent: Thursday, March 24, 2011 06:56 PM
To: [redacted], [redacted] (USAFLS); Janet Aitken <[redacted]>
Subject: Re: Statement re Epstein

Thank you [redacted].
Best,
Conchita
------Original Message------
From: [redacted]
To: Janet Aitken
Cc: [redacted]
Subject: Statement re Epstein
Sent: 24 Mar 2011 18:40

After reviewing the U.S. Attorneyâ€™s handling of this matter, including allegations of misconduct, the office of the deputy attorney general determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

[redacted]
Special Counsel to the US Attorney

Sent from my Verizon Wireless BlackBerry

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 8:17 PM
**To:** [redacted] (USAFLS)
**Subject:** Re: Statement re Epstein

When and where was the ltr filed? That is news to me

----- Original Message -----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 07:57 PM
To: [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Statement re Epstein

And it has already been filed with the court!

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 7:51 PM
To: [redacted] (USAFLS)
Subject: Fw: Statement re Epstein

Sorry. Here it is

----- Original Message -----
From: csarnoff [mailto:[redacted]]
Sent: Thursday, March 24, 2011 06:56 PM
To: [redacted] (USAFLS); Janet Aitken <[redacted]>
Subject: Re: Statement re Epstein

Thank you [redacted].
Best,
Conchita
------Original Message------
From: [redacted]
To: Janet Aitken
Cc: [redacted]
Subject: Statement re Epstein
Sent: 24 Mar 2011 18:40

After reviewing the U.S. Attorneyâ€™s handling of this matter, including allegations of misconduct, the office of the deputy attorney general determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

[redacted]
Special Counsel to the US Attorney

Sent from my Verizon Wireless BlackBerry

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Thursday, March 24, 2011 8:29 PM
**To:** [redacted] (USAFLS)
**Subject:** RE: Statement re Epstein

Sure. I am still at the office but leaving soon.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 8:28 PM
To: [redacted] (USAFLS)
Subject: Re: Statement re Epstein

I'm at this AUSA reception thing. Can I call you later if it's not too late?

----- Original Message -----
From: [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 07:56 PM
To: [redacted], [redacted] (USAFLS)
Cc: [redacted] (USAFLS); [redacted] (USAFLS)
Subject: RE: Statement re Epstein

Why do you make it so hard for the good guys to follow the rules? Just release the letter. It isn't a privileged communication. It was sent to opposing counsel.

[redacted]
Assistant U.S. Attorney
[redacted]
Fax [redacted]

-----Original Message-----
From: [redacted], [redacted] (USAFLS)
Sent: Thursday, March 24, 2011 7:51 PM
To: [redacted] (USAFLS)
Subject: Fw: Statement re Epstein

Sorry. Here it is

----- Original Message -----
From: csarnoff [mailto:[redacted]]
Sent: Thursday, March 24, 2011 06:56 PM
To: [redacted], [redacted] (USAFLS); Janet Aitken <[redacted]>
Subject: Re: Statement re Epstein

Thank you [redacted].
Best,
Conchita
------Original Message------
From: [redacted]
To: Janet Aitken
Cc: [redacted]
Subject: Statement re Epstein
Sent: 24 Mar 2011 18:40

After reviewing the U.S. Attorneyâ€™s handling of this matter, including allegations of misconduct, the office of the deputy attorney general determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

[redacted]
Special Counsel to the US Attorney

Sent from my Verizon Wireless BlackBerry

---

**From:** [redacted], [redacted] (USAFLS) <[redacted]>
**Sent:** Friday, March 25, 2011 9:15 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** Fw: published today, The Daily Beast/Newsweek

FYI

**From**: [redacted] [mailto:[redacted]]
**Sent**: Friday, March 25, 2011 09:08 AM
**To**: [redacted], [redacted] (USAFLS)
**Subject**: published today, The Daily Beast/Newsweek

http://www.thedailybeast.com/blogs-and-stories/2011-03-25/jeffrey-epstein-how-the-billionaire-pedophile-got-off-easy/?cid=hp:mainpromo1

Conchita SarnoffThe message and any attachment may be confidential or privileged and isintended only for the individual or entity identified above as theaddressee. If you are not the addressee, or if this message has beenaddressed to you in error, you are not authorized to read, copy ordistribute this message or any attachments and we ask that you please deletethis message and any attachments and notify the sender by return email.Delivery of this message and any attachments to any person (s) is notintended in any way to waive confidentially or a privilege.

---

**From:** Ann [redacted] <[redacted]>
**Sent:** Friday, March 25, 2011 7:39 AM
**To:** [redacted], (USAFLS)

**Subject:** Jeffrey Epstein: How the Hedge Fund Mogul Pedophile Got Off Easy - The Daily Beast

http://www.thedailybeast.com/blogs-and-stories/2011-03-25/jeffrey-epstein-how-the-billionaire-pedophile-got-off-easy/2/

A. [redacted]

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Friday, March 25, 2011 5:41 PM
**To:** [redacted] (USAFLS)
**Attachments:** Facts response.wpd

<<Facts response.wpd>>

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Friday, March 25, 2011 9:24 AM
**To:** [redacted] (USAFLS); Waters, Robert (USAFLS)
**Subject:** FW: published today, The Daily Beast/Newsweek

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Friday, March 25, 2011 9:15 AM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** Fw: published today, The Daily Beast/Newsweek

FYI

**From**: [redacted] [mailto:[redacted]]
**Sent**: Friday, March 25, 2011 09:08 AM
**To**: [redacted], [redacted] (USAFLS)
**Subject**: published today, The Daily Beast/Newsweek

http://www.thedailybeast.com/blogs-and-stories/2011-03-25/jeffrey-epstein-how-the-billionaire-pedophile-got-off-easy/?cid=hp:mainpromo1

Conchita SarnoffThe message and any attachment may be confidential or privileged and isintended only for the individual or entity identified above as theaddressee. If you are not the addressee, or if this message has beenaddressed to you in error, you are not authorized to read, copy ordistribute this message or any attachments and we ask that you please deletethis message and any attachments and notify the sender by return email.Delivery of this message and any attachments to any person (s) is notintended in any way to waive confidentially or a privilege.

---

**From:** [redacted], [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 2:45 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** John Connolly Vanity Fair magazine -- Proposed responses

Hi guys –

Below please find my proposed answers [in red ink] to John Conolly of Vanity Fair.

Let's discuss ASAP so I can send him a response.

After we agree on a proposed response, I need to run this by DOJ-Public Affairs before sending out.

Thanks

**From:** john1885c [mailto:[redacted]]
**Sent:** Friday, March 18, 2011 1:51 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** From: John Connolly Vanity Fair magazine Please confirm receipt.

AUSA [redacted],

It was a pleasure speaking with you this morning. As per your request here are questions I would like to have answered for a piece I am researching on Jeffrey Epstein. As life would have it I am going to be on a busman's holiday this coming week on Singer Island, FL. I would like to meet you and whomever else you think I should speak with. If not, I understand perfectly.

Let me preface these questions by saying that AUSA [redacted] who was in charge of the investigation of Jeffrey Epstein has a remarkably record as a prosecutor. I also know that an AUSA does not have the authority to grant a potential defendant a non -prosecution agreement without the permission of higher ups in the Justice Department.

Not quite three years ago, the US Attorney for the Southern District of Florida, granted Jeffrey Epstein a non-prosecution agreement in return for his accepting a FL State plea deal for his illegal acts regarding sex with minor females. The state case was handled by the West Palm Beach State Prosecutor who has since left office.

**<u>Re terms and conditions of imprisonment:</u>**

--Was your office aware of the extraordinary sweet deal that Mr. Epstein was granted by that state prosecutor?

--Was your office at the time of the agreement aware that Mr. Epstein would not be sent to a state prison facility as almost all defendants who are sentenced to more that a year in prison are required to do?

--Was your office aware that Mr. Epstein would serve his sentence in the local WPB jail?

--Was your office aware that Mr. Epstein would be allowed, what most FL law enforcement officials describe as "beyond a sweetheart deal", in that six days a week at 7:00 AM Mr. Epstein would leave the the WPB jail with a corrections officer he was personally paying for, and be escorted to the office of attorney Jack Goldberger where he would be allowed to stay until 11:00 PM and then be returned to jail for the evening?

Ostensibly this was so that Mr. Epstein could work on a new charity he had formed. This despite the fact that just prior to beginning his jail sentence, Mr. Epstein liquidated his charity and gave $18 million to a charity run by the wife of his former patron.

--Does the US Attorney believe that Mr. Epstein was working on a charity?
--Was Mr. Epstein doing work as a Confidential Informer for the federal government as he has in the past?
Mr. Eptein was Victim # 1 in the federal indictment of two Bear Stears executives on fraud charges stemming from a mortgage backed fund that went under. Mr. Epstein lost almost $70 million in that fund.

--Was Mr. Epstein working on the government case while working on "His Charity"?
--Has your office ever agreed to any allow any other prisoner the same or similar sweet deal?

--Was your office aware that in return for Mr. Goldberger's help, Mr. Epstein purchased for him a top of the line black BMW? (Sadly for Goldberger he was in an accident and totaled the vehicle three weeks later.)

The USAO reached a NPA with Mr. Epstein in good faith. The Agreement speaks for itself about the expectations of the USAO regarding the length and conditions of punishment. Ultimately, the sentence was imposed by the State Court Judge who presided over the matter.

At this time, we cannot comment further on your questions regarding any possible cooperation by Mr. Epstein, or what the USAO might have known or not known at the time of the negotiations.

**Re Alex Acosta alleged Conflict/Recusal Issue:**

It has come to my attention that the R. Alexander Acos ta former Attorney General for the Southern District of Florida during the investigation and non-prosecution agreement with Mr. Epstein had been a law partner and friend of two Mr. Epstein's lawyers. Both Ken Star and Jay Lefkowitz had been partners with Mr. Acosta at the law firm of Kirkland & Ellis prior to his being appointed by President Bush.

I have been told by sources that Mr. Acosta was the person responsible for the decision not to prosecute Mr. Epstein.

I have also been told that during Mr. Starr's trip to FL to speak with federal prosecutors he complained to Mr. Acosta that the press coverage of his trips to FL on Mr. Epstein's private jets were being leaked by FBI agents. ( I can assure you that was not true.)

--Did Mr. Acosta recuse himself from any discussions about the Epstein case so as to avoid even the appearance of impropriety?

--Was the possibility of his removing himself from the case ever discussed by officials in the Justice Department?

--Are there any memos regarding that?

--Is there currently an Office of Professional Responsibility investigation into the facts surrounding the handling of this case and Mr. Acosta actions in it?

Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters.

DOJ policy and the Privacy Act prohibit comment on the existence or non-existence of OPR investigations. However, please note that, at the request of the defense, the office of the deputy attorney general reviewed the U.S. Attorney's handling of this matter, including allegations of misconduct, and determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

Thanks so much for your help. John Connolly

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 3:05 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine – Proposed responses

I am here at my desk.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 2:45 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** John Connolly Vanity Fair magazine – Proposed responses

Hi guys –

Below please find my proposed answers [in red ink] to John Conolly of Vanity Fair.

Let's discuss ASAP so I can send him a response.

After we agree on a proposed response, I need to run this by DOJ-Public Affairs before sending out.

Thanks

**From:** john1885c [mailto:[redacted]]
**Sent:** Friday, March 18, 2011 1:51 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** From: John Connolly Vanity Fair magazine Please confirm receipt.

AUSA [redacted],

It was a pleasure speaking with you this morning. As per your request here are questions I would like to have answered for a piece I am researching on Jeffrey Epstein. As life would have it I am going to be on a busman's holiday this coming week on Singer Island, FL. I would like to meet you and whomever else you think I should speak with. If not, I understand perfectly.

Let me preface these questions by saying that AUSA [redacted] who was in charge of the investigation of Jeffrey Epstein has a remarkably record as a prosecutor. I also know that an AUSA does not have the authority to grant a potential defendant a non -prosecution agreement without the permission of higher ups in the Justice Department.

Not quite three years ago, the US Attorney for the Southern District of Florida, granted Jeffrey Epstein a non-prosecution agreement in return for his accepting a FL State plea deal for his illegal acts regarding sex with minor females. The state case was handled by the West Palm Beach State Prosecutor who has since left office.

**<u>Re terms and conditions of imprisonment:</u>**

--Was your office aware of the extraordinary sweet deal that Mr. Epstein was granted by that state prosecutor?

--Was your office at the time of the agreement aware that Mr. Epstein would not be sent to a state prison facility as almost all defendants who are sentenced to more that a year in prison are required to do?

--Was your office aware that Mr. Epstein would serve his sentence in the local WPB jail?

--Was your office aware that Mr. Epstein would be allowed, what most FL law enforcement officials describe as "beyond a sweetheart deal", in that six days a week at 7:00 AM Mr. Epstein would leave the the WPB jail with a corrections officer he was personally paying for, and be escorted to the office of attorney Jack Goldberger where he would be allowed to stay until 11:00 PM and then be returned to jail for the evening?

Ostensibly this was so that Mr. Epstein could work on a new charity he had formed. This despite the fact that just prior to beginning his jail sentence, Mr. Epstein liquidated his charity and gave $18 million to a charity run by the wife of his former patron.

--Does the US Attorney believe that Mr. Epstein was working on a charity?
--Was Mr. Epstein doing work as a Confidential Informer for the federal government as he has in the past?
Mr. Eptein was Victim # 1 in the federal indictment of two Bear Stears executives on fraud charges stemming from a mortgage backed fund that went under. Mr. Epstein lost almost $70 million in that fund.
--Was Mr. Epstein working on the government case while working on "His Charity"?
--Has your office ever agreed to any allow any other prisoner the same or similar sweet deal?

--Was your office aware that in return for Mr. Goldberger's help, Mr. Epstein purchased for him a top of the line black BMW? (Sadly for Goldberger he was in an accident and totaled the vehicle three weeks later.)

The USAO reached a NPA with Mr. Epstein in good faith. The Agreement speaks for itself about the expectations of the USAO regarding the length and conditions of punishment. Ultimately, the sentence was imposed by the State Court Judge who presided over the matter.

At this time, we cannot comment further on your questions regarding any possible cooperation by Mr. Epstein, or what the USAO might have known or not known at the time of the negotiations.

**Re Alex Acosta alleged Conflict/Recusal Issue:**

It has come to my attention that the R. Alexander Acos ta former Attorney General for the Southern District of Florida during the investigation and non-prosecution agreement with Mr. Epstein had been a law partner and friend of two Mr. Epstein's lawyers. Both Ken Star and Jay Lefkowitz had been partners with Mr. Acosta at the law firm of Kirkland & Ellis prior to his being appointed by President Bush.

I have been told by sources that Mr. Acosta was the person responsible for the decision not to prosecute Mr. Epstein.

I have also been told that during Mr. Starr's trip to FL to speak with federal prosecutors he complained to Mr. Acosta that the press coverage of his trips to FL on Mr. Epstein's private jets were being leaked by FBI agents. ( I can assure you that was not true.)

--Did Mr. Acosta recuse himself from any discussions about the Epstein case so as to avoid even the appearance of impropriety?

--Was the possibility of his removing himself from the case ever discussed by officials in the Justice Department?

--Are there any memos regarding that?

--Is there currently an Office of Professional Responsibility investigation into the facts surrounding the handling of this case and Mr. Acosta actions in it?

Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters.

DOJ policy and the Privacy Act prohibit comment on the existence or non-existence of OPR investigations. However, please note that, at the request of the defense, the office of the deputy attorney general reviewed the U.S. Attorney's handling of this matter, including allegations of misconduct, and determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

Thanks so much for your help, John Connolly

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Sunday, March 27, 2011 1:31 PM
**To:** [redacted] (USAFLS); [redacted])
**Subject:** Emailing: CVRA Omnibus Response.wpd
**Attachments:** CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] and [redacted] --

Obviously, this is just a rough draft of an introduction. I have been side-tracked by research. I found a case where a prisoner tried to use the CVRA in a habeas/Rule 35 type claim. I think that is a good example of how the CVRA, as Cassell sees it, could be abused. Since every assault on a federal prisoner is a federal crime, federal defendants could demand meetings with AUSAs claiming that they were assaulted (whether or not the assaults actually occurred) and, even if the USAO decided to defer to administrative authorities, i.e., the Bureau of Prisons, according to Cassell, we would be forced to go meet with them.

I also have found good language in several cases that suggest that the Petitioners' failure to prosecute the case will end up being a second reason to dismiss the petition. Cassell will, no doubt, try to pin the blame on us, but they had no contact with us for over a year while they were pursuing their civil claims against Epstein. In the meantime, Epstein finished serving his entire criminal sentence. And now they want to try to attack the "plea" agreement. There is good language about the need for finality in criminal proceedings that should help with that.

Talk to you all on Monday.

Thanks.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted], [redacted] R. (FBI) <[redacted]>
**Sent:** Friday, March 25, 2011 6:03 PM

**To:** [redacted]. (USAFLS)
**Subject:** Re: Epstein suit in the news

New article online re: letter from Acosta. Your mentioned.

---

**From:** [redacted]. (USAFLS) <[redacted]>
**To:** [redacted].; [redacted], [redacted] R.
**Sent:** Tue Mar 22 13:27:21 2011
**Subject:** Epstein suit in the news

Just FYI – The victims' rights suit is back in the news. [redacted] or I may be reaching out to you re affidavits or hearing dates.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 11:57 PM
**To:** [redacted])
**Subject:** Emailing: CVRA Omnibus Response.wpd
**Attachments:** CVRA Omnibus Response.wpd

<<CVRA Omnibus Response.wpd>> Hi [redacted] -- I am headed home now. Can you tell me if you think this is too cerebral?????

And take a look at 2010 WL 5108692.

The message is ready to be sent with the following file or link attachments:

CVRA Omnibus Response.wpd

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 10:59 AM

**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** RE: Conversation with Roy Black - Redacted Materials
**Attachments:** Facts response.wpd

Hi everyone – I am going to be in Miami tomorrow to meet with [redacted] about some of these things. I started drafting a response to a number of issues, one being a response to the allegations of "fact." And those allegations, if we had agreed with them, would have violated DOJ policy. (See footnote 1 of the attached.)

There is something to be said for Mr. Black's raising of this objection. For example, in one of the letters filed by Cassell, [redacted] writes something to the effect of, "we were prepared to indict Mr. Epstein so, obviously, we believe that we have proof beyond a reasonable doubt that he committed these crimes." This obviously is a comment on Epstein's guilt. If another U.S. Attorney's Office tried to indict Mr. Epstein in the future, it would be held up as an instance of the "Department of Justice" poisoning the jury pool.

I do not believe that Professor Cassell has advised his clients that this will be the effect of his filing.

Shall we discuss tomorrow?

<<Facts response.wpd>>

[redacted]

Assistant U.S. Attorney

[redacted]

[redacted]

[redacted]

Fax [redacted]

---

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 10:45 AM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** Conversation with Roy Black - Redacted Materials

Colleagues,

I just spoke with Roy Black regarding the U.S. Attorney's Correspondence materials the victims seek to have unredacted. I told him we advised Cassell we had no independent objection to the public filing of the correspondence.

Black told me they intended to file a notice today advising the court that Epstein intended to object, and would be filing a detailed legal memo by next Monday. Black said they would send us a courtesy copy by the end of this week. Black will assert three grounds: (1) some of the correspondence contains material covered by Fed.R.Crim.P. 6(e); (2) the correspondence included plea negotiations; and (3) victims' counsel could not be trusted to keep material from the press. Black advised he believed the five-page letter had been leaked to the Daily Beast by the victims' lawyers.

Black said he understood the DOJ had policies about public disclosure, but he wanted to know if the government would join in their motion.

[redacted]

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 3:33 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine – Proposed responses

[redacted]: is an individual's recusal and the basis thereof Privacy Act protected?

After discussing with [redacted], I am ok leaving that out.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 3:31 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** Re: John Connolly Vanity Fair magazine -- Proposed responses

Would the recusal request also be governed by the Privacy Act? While I do not like commenting on the 2008 recusal in a vacuum because of the erroneous inferences to which it could lead, it also seems to me that we might want to say something about why we're not responding to the recusal question. It also seems to me that an individual's recusal and the basis thereof might potentially fall under the Privacy Act.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 03:16 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine -- Proposed responses

I think we should delete the line "Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters." We simply shouldn't comment on 2008 Alex's recusal. I am comfortable with the rest with one caveat. If (and only if) the Roth letter has in fact been publicly filed, we could send that as well. Make sense?

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 2:45 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** John Connolly Vanity Fair magazine -- Proposed responses

Hi guys –

Below please find my proposed answers [in red ink] to John Conolly of Vanity Fair.

Let's discuss ASAP so I can send him a response.

After we agree on a proposed response, I need to run this by DOJ-Public Affairs before sending out.

Thanks

**From:** john1885c [mailto:[redacted]]
**Sent:** Friday, March 18, 2011 1:51 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** From: John Connolly Vanity Fair magazine Please confirm receipt.

AUSA [redacted] [redacted],

It was a pleasure speaking with you this morning. As per your request here are questions I would like to have answered for a piece I am researching on Jeffrey Epstein. As life would have it I am going to be on a busman's holiday this coming week on Singer Island, FL. I would like to meet you and whomever else you think I should speak with. If not, I understand perfectly.

Let me preface these questions by saying that AUSA [redacted] who was in charge of the investigation of Jeffrey Epstein has a remarkably record as a prosecutor. I also know that an AUSA does not have the authority to grant a potential defendant a non -prosecution agreement without the permission of higher ups in the Justice Department.

Not quite three years ago, the US Attorney for the Southern District of Florida, granted Jeffrey Epstein a non-prosecution agreement in return for his accepting a FL State plea deal for his illegal acts regarding sex with minor females. The state case was handled by the West Palm Beach State Prosecutor who has since left office.

<u>**Re terms and conditions of imprisonment:**</u>

--Was your office aware of the extraordinary sweet deal that Mr. Epstein was granted by that state prosecutor?

--Was your office at the time of the agreement aware that Mr. Epstein would not be sent to a state prison facility as almost all defendants who are sentenced to more that a year in prison are required to do?

--Was your office aware that Mr. Epstein would serve his sentence in the local WPB jail?

--Was your office aware that Mr. Epstein would be allowed, what most FL law enforcement officials describe as "beyond a sweetheart deal", in that six days a week at 7:00 AM Mr. Epstein would leave the the WPB jail with a corrections officer he was personally paying for, and be escorted to the office of attorney Jack Goldberger where he would be allowed to stay until 11:00 PM and then be returned to jail for the evening?

Ostensibly this was so that Mr. Epstein could work on a new charity he had formed. This despite the fact that just prior to beginning his jail sentence, Mr. Epstein liquidated his charity and gave $18 million to a charity run by the wife of his former patron.

--Does the US Attorney believe that Mr. Epstein was working on a charity?
--Was Mr. Epstein doing work as a Confidential Informer for the federal government as he has in the past?
Mr. Eptein was Victim # 1 in the federal indictment of two Bear Stears executives on fraud charges stemming from a mortgage backed fund that went under. Mr. Epstein lost almost $70 million in that fund.
--Was Mr. Epstein working on the government case while working on "His Charity"?
--Has your office ever agreed to any allow any other prisoner the same or similar sweet deal?

--Was your office aware that in return for Mr. Goldberger's help, Mr. Epstein purchased for him a top of the line black BMW? (Sadly for Goldberger he was in an accident and totaled the vehicle three weeks later.)

The USAO reached a NPA with Mr. Epstein in good faith. The Agreement speaks for itself about the expectations of the USAO regarding the length and conditions of punishment. Ultimately, the sentence was imposed by the State Court Judge who presided over the matter.

At this time, we cannot comment further on your questions regarding any possible cooperation by Mr. Epstein, or what the USAO might have known or not known at the time of the negotiations.

**<u>Re Alex Acosta alleged Conflict/Recusal Issue:</u>**

It has come to my attention that the R. Alexander Acos ta former Attorney General for the Southern District of Florida during the investigation and non-prosecution agreement with Mr. Epstein had been a law partner and friend of two Mr. Epstein's lawyers. Both Ken Star and Jay Lefkowitz had been partners with Mr. Acosta at the law firm of Kirkland & Ellis prior to his being appointed by President Bush.

I have been told by sources that Mr. Acosta was the person responsible for the decision not to prosecute Mr. Epstein.

I have also been told that during Mr. Starr's trip to FL to speak with federal prosecutors he complained to Mr. Acosta that the press coverage of his trips to FL on Mr. Epstein's private jets were being leaked by FBI agents. ( I can assure you that was not true.)

--Did Mr. Acosta recuse himself from any discussions about the Epstein case so as to avoid even the appearance of impropriety?

--Was the possibility of his removing himself from the case ever discussed by officials in the Justice Department?

--Are there any memos regarding that?

--Is there currently an Office of Professional Responsibility investigation into the facts surrounding the handling of this case and Mr. Acosta actions in it?

Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters.

DOJ policy and the Privacy Act prohibit comment on the existence or non-existence of OPR investigations. However, please note that, at the request of the defense, the office of the deputy attorney general reviewed the U.S. Attorney's handling of this matter, including allegations of misconduct, and determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

Thanks so much for your help, John Connolly

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 4:33 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] [redacted], (USAFLS)
**Cc:** [redacted], (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine – Proposed responses

[redacted],

Information that is contained in a "system of records" is protected by the Privacy Act. Disclosure could only occur if the disclosure was pursuant to a routine use (law enforcement agencies); upon the consent of the individual; or pursuant to a court order of a court of competent jurisdiction. I do believe a recusal would be within a system of records maintained by the DOJ.

[redacted]

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 3:33 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted], (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine -- Proposed responses

[redacted]: is an individual's recusal and the basis thereof Privacy Act protected?

After discussing with [redacted], I am ok leaving that out.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 3:31 PM
**To:** [redacted] (USAFLS); [redacted], [redacted] (USAFLS); [redacted], (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** Re: John Connolly Vanity Fair magazine -- Proposed responses

Would the recusal request also be governed by the Privacy Act? While I do not like commenting on the 2008 recusal in a vacuum because of the erroneous inferences to which it could lead, it also seems to me that we might want to say something about why we're not responding to the recusal question. It also seems to me that an individual's recusal and the basis thereof might potentially fall under the Privacy Act.

**From:** [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 03:16 PM
**To:** [redacted], [redacted] (USAFLS); [redacted], (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine -- Proposed responses

I think we should delete the line "Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters." We simply shouldn't comment on 2008 Alex's recusal. I am comfortable with the rest with one caveat. If (and only if) the Roth letter has in fact been publicly filed, we could send that as well. Make sense?

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 2:45 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** John Connolly Vanity Fair magazine -- Proposed responses

Hi guys –

Below please find my proposed answers [in red ink] to John Conolly of Vanity Fair.

Let's discuss ASAP so I can send him a response.

After we agree on a proposed response, I need to run this by DOJ-Public Affairs before sending out.

Thanks

**From:** john1885c [mailto:[redacted]]
**Sent:** Friday, March 18, 2011 1:51 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** From: John Connolly Vanity Fair magazine Please confirm receipt.

AUSA [redacted] [redacted],

It was a pleasure speaking with you this morning. As per your request here are questions I would like to have answered for a piece I am researching on Jeffrey Epstein. As life would have it I am going to be on a busman's holiday this coming week on Singer Island, FL. I would like to meet you and whomever else you think I should speak with. If not, I understand perfectly.

Let me preface these questions by saying that AUSA [redacted] who was in charge of the investigation of Jeffrey Epstein has a remarkably record as a prosecutor. I also know that an AUSA does not have the authority to grant a potential defendant a non -prosecution agreement without the permission of higher ups in the Justice Department.

Not quite three years ago, the US Attorney for the Southern District of Florida, granted Jeffrey Epstein a non-prosecution agreement in return for his accepting a FL State plea deal for his illegal acts regarding sex with minor females. The state case was handled by the West Palm Beach State Prosecutor who has since left office.

**<u>Re terms and conditions of imprisonment:</u>**

--Was your office aware of the extraordinary sweet deal that Mr. Epstein was granted by that state prosecutor?

--Was your office at the time of the agreement aware that Mr. Epstein would not be sent to a state prison facility as almost all defendants who are sentenced to more that a year in prison are required to do?

--Was your office aware that Mr. Epstein would serve his sentence in the local WPB jail?

--Was your office aware that Mr. Epstein would be allowed, what most FL law enforcement officials describe as "beyond a sweetheart deal", in that six days a week at 7:00 AM Mr. Epstein would leave the the WPB jail with a corrections officer he was personally paying for, and be escorted to the office of attorney Jack Goldberger where he would be allowed to stay until 11:00 PM and then be returned to jail for the evening?

Ostensibly this was so that Mr. Epstein could work on a new charity he had formed. This despite the fact that just prior to beginning his jail sentence, Mr. Epstein liquidated his charity and gave $18 million to a charity run by the wife of his former patron.

--Does the US Attorney believe that Mr. Epstein was working on a charity?
--Was Mr. Epstein doing work as a Confidential Informer for the federal government as he has in the past?
Mr. Eptein was Victim # 1 in the federal indictment of two Bear Stears executives on fraud charges stemming from a mortgage backed fund that went under. Mr. Epstein lost almost $70 million in that fund.
--Was Mr. Epstein working on the government case while working on "His Charity"?
--Has your office ever agreed to any allow any other prisoner the same or similar sweet deal?

--Was your office aware that in return for Mr. Goldberger's help, Mr. Epstein purchased for him a top of the line black BMW? (Sadly for Goldberger he was in an accident and totaled the vehicle three weeks later.)

The USAO reached a NPA with Mr. Epstein in good faith. The Agreement speaks for itself about the expectations of the USAO regarding the length and conditions of punishment. Ultimately, the sentence was imposed by the State Court Judge who presided over the matter.

At this time, we cannot comment further on your questions regarding any possible cooperation by Mr. Epstein, or what the USAO might have known or not known at the time of the negotiations.

**Re Alex Acosta alleged Conflict/Recusal Issue:**

It has come to my attention that the R. Alexander Acos ta former Attorney General for the Southern District of Florida during the investigation and non-prosecution agreement with Mr. Epstein had been a law partner and friend of two Mr. Epstein's lawyers. Both Ken Star and Jay Lefkowitz had been partners with Mr. Acosta at the law firm of Kirkland & Ellis prior to his being appointed by President Bush.

I have been told by sources that Mr. Acosta was the person responsible for the decision not to prosecute Mr. Epstein.

I have also been told that during Mr. Starr's trip to FL to speak with federal prosecutors he complained to Mr. Acosta that the press coverage of his trips to FL on Mr. Epstein's private jets were being leaked by FBI agents. ( I can assure you that was not true.)

--Did Mr. Acosta recuse himself from any discussions about the Epstein case so as to avoid even the appearance of impropriety?

--Was the possibility of his removing himself from the case ever discussed by officials in the Justice Department?

--Are there any memos regarding that?

--Is there currently an Office of Professional Responsibility investigation into the facts surrounding the handling of this case and Mr. Acosta actions in it?

Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters.

DOJ policy and the Privacy Act prohibit comment on the existence or non-existence of OPR investigations. However,. please note that, at the request of the defense, the office of the deputy attorney general reviewed the U.S. Attorney's handling of this matter, including allegations of misconduct, and determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

Thanks so much for your help. John Connolly

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 3:17 PM
**To:** [redacted], [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: John Connolly Vanity Fair magazine – Proposed responses

I think we should delete the line "Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters." We simply shouldn't comment on 2008 Alex's recusal. I am comfortable with the rest with one caveat. If (and only if) the Roth letter has in fact been publicly filed, we could send that as well. Make sense?

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 2:45 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted], (USAFLS)
**Subject:** John Connolly Vanity Fair magazine -- Proposed responses

Hi guys –

Below please find my proposed answers [in red ink] to John Conolly of Vanity Fair.

Let's discuss ASAP so I can send him a response.

After we agree on a proposed response, I need to run this by DOJ-Public Affairs before sending out.

Thanks

**From:** john1885c [mailto:[redacted]]
**Sent:** Friday, March 18, 2011 1:51 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** From: John Connolly Vanity Fair magazine Please confirm receipt.

AUSA [redacted] [redacted],

It was a pleasure speaking with you this morning. As per your request here are questions I would like to have answered for a piece I am researching on Jeffrey Epstein. As life would have it I am going to be on a busman's holiday this coming week on Singer Island, FL. I would like to meet you and whomever else you think I should speak with. If not, I understand perfectly.

Let me preface these questions by saying that AUSA [redacted] who was in charge of the investigation of Jeffrey Epstein has a remarkably record as a prosecutor. I also know that an AUSA does not have the authority to grant a potential defendant a non -prosecution agreement without the permission of higher ups in the Justice Department.

Not quite three years ago, the US Attorney for the Southern District of Florida, granted Jeffrey Epstein a non-prosecution agreement in return for his accepting a FL State plea deal for his illegal acts regarding sex with minor females. The state case was handled by the West Palm Beach State Prosecutor who has since left office.

**Re terms and conditions of imprisonment:**

--Was your office aware of the extraordinary sweet deal that Mr. Epstein was granted by that state prosecutor?

--Was your office at the time of the agreement aware that Mr. Epstein would not be sent to a state prison facility as almost all defendants who are sentenced to more that a year in prison are required to do?

--Was your office aware that Mr. Epstein would serve his sentence in the local WPB jail?

--Was your office aware that Mr. Epstein would be allowed, what most FL law enforcement officials describe as "beyond a sweetheart deal", in that six days a week at 7:00 AM Mr. Epstein would leave the the WPB jail with a corrections officer he was personally paying for, and be escorted to the office of attorney Jack Goldberger where he would be allowed to stay until 11:00 PM and then be returned to jail for the evening?

Ostensibly this was so that Mr. Epstein could work on a new charity he had formed. This despite the fact that just prior to beginning his jail sentence, Mr. Epstein liquidated his charity and gave $18 million to a charity run by the wife of his former patron.

--Does the US Attorney believe that Mr. Epstein was working on a charity?
--Was Mr. Epstein doing work as a Confidential Informer for the federal government as he has in the past?
Mr. Eptein was Victim # 1 in the federal indictment of two Bear Stears executives on fraud charges stemming from a mortgage backed fund that went under. Mr. Epstein lost almost $70 million in that fund.
--Was Mr. Epstein working on the government case while working on "His Charity"?
--Has your office ever agreed to any allow any other prisoner the same or similar sweet deal?

--Was your office aware that in return for Mr. Goldberger's help, Mr. Epstein purchased for him a top of the line black BMW? (Sadly for Goldberger he was in an accident and totaled the vehicle three weeks later.)

The USAO reached a NPA with Mr. Epstein in good faith. The Agreement speaks for itself about the expectations of the USAO regarding the length and conditions of punishment. Ultimately, the sentence was imposed by the State Court Judge who presided over the matter.

At this time, we cannot comment further on your questions regarding any possible cooperation by Mr. Epstein, or what the USAO might have known or not known at the time of the negotiations.

**Re Alex Acosta alleged Conflict/Recusal Issue:**

It has come to my attention that the R. Alexander Acos ta former Attorney General for the Southern District of Florida during the investigation and non-prosecution agreement with Mr. Epstein had been a law partner and friend of two Mr. Epstein's lawyers. Both Ken Star and Jay Lefkowitz had been partners with Mr. Acosta at the law firm of Kirkland & Ellis prior to his being appointed by President Bush.

I have been told by sources that Mr. Acosta was the person responsible for the decision not to prosecute Mr. Epstein.

I have also been told that during Mr. Starr's trip to FL to speak with federal prosecutors he complained to Mr. Acosta that the press coverage of his trips to FL on Mr. Epstein's private jets were being leaked by FBI agents. ( I can assure you that was not true.)

--Did Mr. Acosta recuse himself from any discussions about the Epstein case so as to avoid even the appearance of impropriety?

--Was the possibility of his removing himself from the case ever discussed by officials in the Justice Department?

--Are there any memos regarding that?

--Is there currently an Office of Professional Responsibility investigation into the facts surrounding the handling of this case and Mr. Acosta actions in it?

Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters.

DOJ policy and the Privacy Act prohibit comment on the existence or non-existence of OPR investigations. However, please note that, at the request of the defense, the office of the deputy attorney general reviewed the U.S. Attorney's handling of this matter, including allegations of misconduct, and determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

Thanks so much for your help, John Connolly

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, March 28, 2011 3:31 PM
**To:** [redacted] (USAFLS); [redacted], [redacted] (USAFLS); [redacted], (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted], (USAFLS)
**Subject:** Re: John Connolly Vanity Fair magazine -- Proposed responses

Would the recusal request also be governed by the Privacy Act? While I do not like commenting on the 2008 recusal in a vacuum because of the erroneous inferences to which it could lead, it also seems to me that we might want to say something about why we're not responding to the recusal question. It also seems to me that an individual's recusal and the basis thereof might potentially fall under the Privacy Act.

**From**: [redacted] (USAFLS)
**Sent**: Monday, March 28, 2011 03:16 PM
**To**: [redacted], [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc**: [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject**: RE: John Connolly Vanity Fair magazine -- Proposed responses

I think we should delete the line "Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters." We simply shouldn't comment on 2008 Alex's recusal. I am comfortable with the rest with one caveat. If (and only if) the Roth letter has in fact been publicly filed, we could send that as well. Make sense?

**From:** [redacted], [redacted] (USAFLS)
**Sent:** Monday, March 28, 2011 2:45 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** John Connolly Vanity Fair magazine -- Proposed responses

Hi guys –

Below please find my proposed answers [in red ink] to John Conolly of Vanity Fair.

Let's discuss ASAP so I can send him a response.

After we agree on a proposed response, I need to run this by DOJ-Public Affairs before sending out.

Thanks

**From:** john1885c [mailto:[redacted]]
**Sent:** Friday, March 18, 2011 1:51 PM
**To:** [redacted], [redacted] (USAFLS)
**Subject:** From: John Connolly Vanity Fair magazine Please confirm receipt.

AUSA [redacted] [redacted],

It was a pleasure speaking with you this morning. As per your request here are questions I would like to have answered for a piece I am researching on Jeffrey Epstein. As life would have it I am going to be on a busman's holiday this coming week on Singer Island, FL. I would like to meet you and whomever else you think I should speak with. If not, I understand perfectly.

Let me preface these questions by saying that AUSA [redacted] who was in charge of the investigation of Jeffrey Epstein has a remarkably record as a prosecutor. I also know that an AUSA does not have the authority to grant a potential defendant a non -prosecution agreement without the permission of higher ups in the Justice Department.

Not quite three years ago, the US Attorney for the Southern District of Florida, granted Jeffrey Epstein a non-prosecution agreement in return for his accepting a FL State plea deal for his illegal acts regarding sex with minor females. The state case was handled by the West Palm Beach State Prosecutor who has since left office.

**<u>Re terms and conditions of imprisonment:</u>**

--Was your office aware of the extraordinary sweet deal that Mr. Epstein was granted by that state prosecutor?

--Was your office at the time of the agreement aware that Mr. Epstein would not be sent to a state prison facility as almost all defendants who are sentenced to more that a year in prison are required to do?

--Was your office aware that Mr. Epstein would serve his sentence in the local WPB jail?

--Was your office aware that Mr. Epstein would be allowed, what most FL law enforcement officials describe as "beyond a sweetheart deal", in that six days a week at 7:00 AM Mr. Epstein would leave the the WPB jail with a corrections officer he was personally paying for, and be escorted to the office of attorney Jack Goldberger where he would be allowed to stay until 11:00 PM and then be returned to jail for the evening?

Ostensibly this was so that Mr. Epstein could work on a new charity he had formed. This despite the fact that just prior to beginning his jail sentence, Mr. Epstein liquidated his charity and gave $18 million to a charity run by the wife of his former patron.

--Does the US Attorney believe that Mr. Epstein was working on a charity?
--Was Mr. Epstein doing work as a Confidential Informer for the federal government as he has in the past?
Mr. Eptein was Victim # 1 in the federal indictment of two Bear Stears executives on fraud charges stemming from a mortgage backed fund that went under. Mr. Epstein lost almost $70 million in that fund.
--Was Mr. Epstein working on the government case while working on "His Charity"?
--Has your office ever agreed to any allow any other prisoner the same or similar sweet deal?

--Was your office aware that in return for Mr. Goldberger's help, Mr. Epstein purchased for him a top of the line black BMW? (Sadly for Goldberger he was in an accident and totaled the vehicle three weeks later.)

The USAO reached a NPA with Mr. Epstein in good faith. The Agreement speaks for itself about the expectations of the USAO regarding the length and conditions of punishment. Ultimately, the sentence was imposed by the State Court Judge who presided over the matter.

At this time, we cannot comment further on your questions regarding any possible cooperation by Mr. Epstein, or what the USAO might have known or not known at the time of the negotiations.

**Re Alex Acosta alleged Conflict/Recusal Issue:**

It has come to my attention that the R. Alexander Acos ta former Attorney General for the Southern District of Florida during the investigation and non-prosecution agreement with Mr. Epstein had been a law partner and friend of two Mr. Epstein's lawyers. Both Ken Star and Jay Lefkowitz had been partners with Mr. Acosta at the law firm of Kirkland & Ellis prior to his being appointed by President Bush.

I have been told by sources that Mr. Acosta was the person responsible for the decision not to prosecute Mr. Epstein.

I have also been told that during Mr. Starr's trip to FL to speak with federal prosecutors he complained to Mr. Acosta that the press coverage of his trips to FL on Mr. Epstein's private jets were being leaked by FBI agents. ( I can assure you that was not true.)

--Did Mr. Acosta recuse himself from any discussions about the Epstein case so as to avoid even the appearance of impropriety?

--Was the possibility of his removing himself from the case ever discussed by officials in the Justice Department?

--Are there any memos regarding that?

--Is there currently an Office of Professional Responsibility investigation into the facts surrounding the handling of this case and Mr. Acosta actions in it?

Mr. Acosta recused from the matter in November 2008. That recusal was reviewed and approved by the Department of Justice, as is the standard procedure in all recusal matters.

DOJ policy and the Privacy Act prohibit comment on the existence or non-existence of OPR investigations. However, please note that, at the request of the defense, the office of the deputy attorney general reviewed the U.S. Attorney's handling of this matter, including allegations of misconduct, and determined there was no basis to intervene in the matter. We will not be making additional comments. Thanks for checking with us.

Thanks so much for your help, John Connolly

———

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Friday, April 01, 2011 5:22 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted] (USAFLS)
**Subject:** FW: Doe v. USAO
**Attachments:** WordPerfect 6.1.WPD

Hi everyone – This is a draft of Epstein's motion to intervene. One strategic issue. I just took a quick glance and noticed that some of the cases and arguments that I have in my draft (which I am about to send to you) are raised in Epstein's motion. I think that we should file before Epstein does. I don't want there to be a suggestion that we "copied" from them.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

**From:** Jackie Perczek [mailto:JPerczek@royblack.com]
**Sent:** Friday, April 01, 2011 4:58 PM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS)
**Cc:** Roy BLACK
**Subject:** Doe v. USAO

Good afternoon [redacted] and Ann [redacted],

Consistent with the conversation Roy and I had with [redacted] this week, attached is a working draft of the motion to intervene and the objections we intend to lodge to the recent filings of Doe 1 and Doe 2 concerning discovery and disclosure of plea negotiation letters and emails. Please let us know your position.

Have a good weekend,

Jackie

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Tuesday, April 05, 2011 9:39 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Epstein

Is there any chance that we could start at 4:30? I have an appointment at 3:45 just to have a quick blood test down the street, but I don't want to cut it too close.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

-----Original Appointment-----
**From:** [redacted] (USAFLS) **On Behalf Of** [redacted] (USAFLS)
**Sent:** Tuesday, April 05, 2011 9:18 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** Epstein
**When:** Tuesday, April 05, 2011 4:00 PM-4:30 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** [redacted] ofc./[redacted] by phone

[redacted]

---

**Subject:** Epstein
**Location:** [redacted] ofc./[redacted] by phone

**Start:** Tue 4/5/2011 4:00 PM
**End:** Tue 4/5/2011 4:30 PM
**Show Time As:** Tentative

**Recurrence:** (none)

**Organizer:** [redacted] (USAFLS)
**Required Attendees:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS)

When: Tuesday, April 05, 2011 4:00 PM-4:30 PM (GMT-05:00) Eastern Time (US & Canada).
Where: [redacted] ofc./[redacted] by phone

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

[redacted]

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Saturday, April 02, 2011 5:20 PM
**To:** [redacted]. (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted])
**Cc:** [redacted]. (OLP) (JMD); [redacted] (USAEO); [redacted] (USAEO)

**Subject:** Draft Opposition to Victims' Motion for Finding of Violations
**Attachments:** victims_govt_opp_motion_enforce.wpd

Colleagues,

Attached please find my draft opposition to the petitioners' motion for finding of violations of the CVRA. I have responded to the arguments in Cassell's motion, and also argued that the court lacks authority to set aside the non-prosecution agreement, assuming arguendo it found a violation of section 3771(a)(5). As to the statement of uncontroverted facts, I admitted those facts which we believe to be true, but denied as irrelevant those which have no bearing on the statutory interpretation issue. We could actually contend that all the "facts" alleged by Cassell are irrelevant, but I wanted to demonstrate good faith in agreeing to certain of the facts.

I welcome your comments and suggestions. Our response is due on Thursday, April 7, 2011. I will begin working on the other two motions filed by Cassell.

Thanks for your assistance. If you have any questions, please call me at [redacted].

[redacted]

<<victims_govt_opp_motion_enforce.wpd>>

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Tuesday, April 05, 2011 9:42 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Epstein

As soon as I am back in the office I will email all of you.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

**From:** [redacted] (USAFLS)
**Sent:** Tuesday, April 05, 2011 9:41 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** Re: Epstein

Ok with me (I need to leave here by 5:00 for yet another going away party but that should give is enough time).

**From**: [redacted] (USAFLS)
**Sent**: Tuesday, April 05, 2011 09:39 AM
**To**: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject**: RE: Epstein

Is there any chance that we could start at 4:30? I have an appointment at 3:45 just to have a quick blood test down the street, but I don't want to cut it too close.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

-----Original Appointment-----
**From:** [redacted] (USAFLS) **On Behalf Of** [redacted] (USAFLS)
**Sent:** Tuesday, April 05, 2011 9:18 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** Epstein
**When:** Tuesday, April 05, 2011 4:00 PM-4:30 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** [redacted] ofc./[redacted] by phone

[redacted]

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Tuesday, April 05, 2011 9:41 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** Re: Epstein

Ok with me (I need to leave here by 5:00 for yet another going away party but that should give is enough time).

**From**: [redacted] (USAFLS)
**Sent**: Tuesday, April 05, 2011 09:39 AM
**To**: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject**: RE: Epstein

Is there any chance that we could start at 4:30? I have an appointment at 3:45 just to have a quick blood test down the street, but I don't want to cut it too close.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

-----Original Appointment-----
**From:** [redacted] (USAFLS) **On Behalf Of** [redacted] (USAFLS)
**Sent:** Tuesday, April 05, 2011 9:18 AM
**To:** [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS)
**Subject:** Epstein
**When:** Tuesday, April 05, 2011 4:00 PM-4:30 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** [redacted] ofc./[redacted] by phone

[redacted]

------------
**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Sunday, April 03, 2011 2:40 PM
**To:** [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted]); [redacted] (USAFLS)
**Cc:** [redacted]. (OLP) (JMD); [redacted] (USAEO); [redacted] (USAEO)
**Subject:** RE: Draft Opposition to Victims' Motion for Finding of Violations
**Attachments:** Response to Summary Judgment Motn 4-3-2011.wpd

Good afternoon, everyone.

Here is my attempt at addressing the same topics. I will work with [redacted] tomorrow to meld the two into one.

<<Response to Summary Judgment Motn 4-3-2011.wpd>>

One thought on the "statement of undisputed facts," I would not respond to it at all in this response, I would only discuss it in the response to Docket Entry 49 ("Jane Does Motion to Have Their Facts Accepted Because of the Government's Failure to Contest Any of the Facts.")

First I would hammer the fact that they told the court that there was no need for any more facts at the last hearing on this case. Then, I would not agree to many of their "facts" that [redacted] has listed as admitted. In my start of a draft response to DE 49, which I have sent to [redacted], I included the following:

We note the Justice Department's policy not to comment on the guilt or innocence of an unconvicted person. The ABA's Model Rules of Professional Conduct on the Special Responsibilities of a Prosecutor contains similar guidance. For example, there has been no civil or criminal finding by any judge or jury that:

> defendant Jeffrey Epstein (a billionaire with significant with significant political connections) sexually abused more than 30 minor girls at his mansion in West Palm Beach (*sic*), Florida, and elsewhere. Epstein performed repeated lewd, lascivious, and sexual acts on them, including (but not limited to) [redacted]. Because Epstein used a means of interstate commerce and knowingly traveled in interstate commerce to engage in abuse of Jane Doe #1 and Jane Doe #2 (and the other victims), he committed violations of federal law, including repeated violations of 18 U.S.C. § 2422.

(DE48 at 3-4 ¶ 1.) Jane Does No. 1 and No. 2 had the opportunity to prove these allegations at trial but elected to sign confidential settlement agreements where, presumably, there was no acknowledgement of criminal or civil liability. Respectfully, the U.S. Attorney's Office will leave the final determinations of what, if any, crimes Mr. Epstein committed (other than those to which he pled guilty in Palm Beach County Circuit Court), to any judge and/or jury who are called upon to see and hear the evidence against Mr. Epstein.

My concern is that if we agree to statements like these, on behalf of the Department of Justice, it can be used against another USAO that may try to prosecute Epstein in the future.

[redacted]

Assistant U.S. Attorney

---

**From:** [redacted] (USAFLS)
**Sent:** Saturday, April 02, 2011 5:20 PM
**To:** [redacted]. (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted])
**Cc:** [redacted]. (SMO); [redacted] (USAEO); [redacted] (USAEO)
**Subject:** Draft Opposition to Victims' Motion for Finding of Violations

Colleagues,

Attached please find my draft opposition to the petitioners' motion for finding of violations of the CVRA. I have responded to the arguments in Cassell's motion, and also argued that the court lacks authority to set aside the non-prosecution agreement, assuming arguendo it found a violation of section 3771(a)(5). As to the statement of uncontroverted facts, I admitted those facts which we believe to be true, but denied as irrelevant those which have no bearing on the statutory interpretation issue. We could actually contend that all the "facts" alleged by Cassell are irrelevant, but I wanted to demonstrate good faith in agreeing to certain of the facts.

I welcome your comments and suggestions. Our response is due on Thursday, April 7, 2011. I will begin working on the other two motions filed by Cassell.

Thanks for your assistance. If you have any questions, please call me at [redacted].

[redacted]

------------

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Thursday, April 07, 2011 8:12 AM
**To:** [redacted])
**Subject:** Fw: Blended Opposition to Motion for Finding of Violations

**Attachments:** victim_blended_opp_mot_enforce.wpd

Hi [redacted]. Since you will most likely have to defend on appeal, can you make sure everything is ok?

**From**: [redacted] (USAFLS)
**Sent**: Wednesday, April 06, 2011 04:52 PM
**To**: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Cc**: [redacted] (USAFLS)
**Subject**: Blended Opposition to Motion for Finding of Violations

Colleagues,

Attached please find a document integrating the draft oppositions that [redacted] and I prepared. I deleted the following: (1) lack of standing argument; (2) no case or controversy argument (mootness); and (3) victims' exclusive remedy is to file an administrative complaint with the Attorney General.

From [redacted] draft, I included the procedural history, the analysis of all 8 rights and how the government either complied, or the right did not attach, and the analysis on separation of powers and prosecutorial discretion.

Please let me know what you think. If you wish to discuss the revisions, please let me know. Thanks.

[redacted]

<<victim_blended_opp_mot_enforce.wpd>>

---

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Wednesday, April 06, 2011 8:43 PM
**To:** [redacted] (USAFLS)
**Subject:** RE: Emailing: Facts Response 4-6-2011 short.wpd

**Importance:** High

Hi [redacted] – Sorry – Still need your feedback on the question of attachments!

My recommendations to attach to this document are: (1) the letter to Edwards notifying his clients of Epstein's work release; (2) the letter to PBSO asking them to keep us informed of Epstein's status so that we can notify the victims; (3) some sort of record showing Epstein's release from jail and termination of community control; and (4) [I have to ask] the John Roth letter.

[redacted]

Assistant U.S. Attorney

[redacted]

[redacted]

[redacted]

Fax [redacted]

**From:** [redacted] (USAFLS)
**Sent:** Wednesday, April 06, 2011 7:24 PM
**To:** [redacted]. (USAFLS)
**Cc:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Emailing: Facts Response 4-6-2011 short.wpd

Here are my thoughts. I had already gone through 90% your response this morning, so I prepared a redlined version of your 2 drafts and consolidated my comments/suggestions/questions. I hope it helps. Call me if you have any questions.

[redacted]

-----Original Message-----
From: [redacted]. (USAFLS)
Sent: Wednesday, April 06, 2011 6:08 PM
To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS)
Cc: [redacted])
Subject: RE: Emailing: Facts Response 4-6-2011 short.wpd

Poor [redacted]!

[redacted], you do not have to read the whole thing. I have 2 strategy questions for you that I would like some input on. First, the question regarding the attachments (see below), and second, whether or not to leave in footnote 8.

Thanks,

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

-----Original Message-----

From: [redacted] (USAFLS)

Sent: Wednesday, April 06, 2011 6:05 PM

To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)

Cc: [redacted])

Subject: RE: Emailing: Facts Response 4-6-2011 short.wpd

Unless there is a reason for one of us on 8 to read this and comment, I am comfortable leaving it in the capable hands of [redacted] and [redacted]. If anyone wants or needs someone on 8 to chime in, [redacted] has graciously volunteered.

-----Original Message-----

From: [redacted] (USAFLS)

Sent: Wednesday, April 06, 2011 5:56 PM

To: [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)

Cc: [redacted])

Subject: Emailing: Facts Response 4-6-2011 short.wpd

Hi everyone -- I have done a rewrite based on [redacted] comments, but maybe take a look and give me some more comments. As you know everything is due tomorrow.

My recommendations to attach to this document are: (1) the letter to Edwards notifying his clients of Epstein's work release; (2) the letter to PBSO asking them to keep us informed of Epstein's status so that we can notify the victims; (3) some sort of record showing Epstein's release from jail and termination of community control; and (4) [I have to ask] the John Roth letter.

Thanks,

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]