**From:** Ghislaine Maxwell
**To:** Pro Se Filing
**Subject:** UNDER SEAL PER ORDER OF COURT GHISLAINE Maxwell 02879-509 ADD EX 69-101
**Date:** Sunday, July 26, 2026 4:57:11 PM
**Attachments:**
EX 69 EFTA 00225046 copy.pdf
EX 70 EFTA00206277 copy.pdf
EX 71 EFTA 00206285 copy.pdf
EX 72 EFTA 00206294 copy.pdf
EX 73 EFTA 00206296 copy.pdf
EX 74 EFTA 00014540 copy.pdf
EX 75 EFTA00014542 copy.pdf
EX 76 EFTA 00300483 copy.pdf
EX 77 EFTA 00194826 copy.pdf
EX 78 EFTA00023206 copy.pdf
EX 79 EFTA 00300494 copy.pdf
EX 80 EFTA 00300495 copy.pdf
EX 81 EFTA 00300530 copy.pdf
EX 82 EFTA 00300534 copy.pdf
EX 83 EFTA 00300514 copy.pdf
EX 84 EFTA00300516 copy.pdf
EX 85 EFTA 00300525 copy.pdf
EX 86 EFTA 00300527 copy.pdf
EX 87 EFTA 00300514 copy.pdf
EX 88 EFTA00026788 copy.pdf
EX 89 EFTA 00026791 copy.pdf
EX 90 EFTA 00191203 copy.pdf
EX 91 H.O. 012162 copy.pdf
EX 92 EFTA00009224 copy.pdf
EX 93 EFTA00194822 copy.pdf
EX 94 EFTA 00198424 copy.pdf
EX 95 EFTA 00194826 copy.pdf
EX 96 EFTA 00066352 copy.pdf
EX 97 EFTA 01249718 copy.pdf
EX 98 EFTA 02742044 copy.pdf
EX 99 EFTA 00191203 copy.pdf
EX 100 EFTA00009224 copy.pdf
EX 101 EFTA00194822 copy.pdf

---

CAUTION - EXTERNAL:

UNDER SEAL PER ORDER OF COURT GHISLAINE Maxwell 02879-509

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

that the state offered, including work release. Because of this, I had to withdraw the Notice of Breach and could only write a letter to the Sheriff's Office pointing out all of the false statements contained in Epstein's application for work release and letters to the victims informing them that Epstein was in work release status. The Sheriff's Office never responded to or acknowledged my letter.

On June 9, 2009, I prepared what I believe was the last Memorandum requesting authorization to issue a Notice of Breach and to indict Epstein. The Office authorized issuance of the Notice of Breach, and the Indictment Packages was re-reviewed, approved, and signed, with arrest warrants for Jeffrey Epstein, [redacted], and [redacted]. The Notice of Breach was served on June 12, 2009 at a hearing on Epstein's Motion to Dismiss one of the civil suits filed by one of the victims identified during the federal investigation. Once again, Epstein was allowed to "cure" his breach, and we were not allowed to file the indictment.

There were strong internal disagreements on a number of subjects, including: the handling of the meetings with Epstein's counsel; plea negotiations; the NPA generally; the failure to consult with the victims; continuing plea negotiations in the face of Epstein's clear bad faith; the refusal to defend me against personal attacks from Epstein's attorneys; the agreement to put off seeking Epstein's computer equipment; the consultations with Epstein's attorneys regarding victim notifications; the handling of the "appeals" to Washington; allowing delays during those "appeals," while Epstein's attorneys were harassing the victims and their family members; attempts by Epstein to renegotiate the term of imprisonment; attempts by Epstein to renegotiate the payment of damages to the victims and attorneys' fees to their attorney representative; allowing Epstein to participate in the work release program after specifically discussing it during plea negotiations; and repeatedly allowing Epstein to "cure" intentional breaches of the NPA. These were kept internal as I tried to deal professionally with opposing counsel.

In the midst of all of the post-NPA back-and-forth with Epstein, was the *Jane Doe v. United States* litigation.[4] Despite the Office's request to be recused from the case, the Justice Department decided that there was no conflict of interest and I was tasked with serving as co-counsel. The Office asserted attorney-client, executive, work product, and deliberative process privileges, so all of the internal disagreements, pros memos, and indictments were not disclosed while all of my communications with opposing counsel (often at the behest of supervisors) were disclosed. After an initial flurry of filings, Brad Edwards, as counsel for the named plaintiffs, stated on the record that he believed that setting aside the NPA would not benefit his clients, and he sued Epstein on behalf of a number of victims under the NPA. I did what I could to assist Mr. Edwards, other attorneys, including Mr. Josefsberg, the attorney selected by the Special Master, and the Court, to locate victims, provide signed copies of the NPA, and answer questions. After all of the civil suits between Epstein and the victims were settled through the spectre of breaching the NPA, Mr. Edwards re-initiated the *Jane Doe v. United States* litigation, asserting that his clients wanted to

[4] A few days after Jeffrey Epstein entered his guilty plea in state court, attorney Brad Edwards filed suit on behalf of one of the victims identified in the federal investigation (later expanded to include a second victim who had been identified in the state investigation), alleging violations of the Crime Victims' Rights Act. The suit, which is still pending, is captioned *Jane Doe 1 and Jane Doe 2 v. United States*, 08-80736-CV-KAM.

Cc: [redacted] (USAFLS)
Subject: RE: Jeffrey Epstein/[redacted]

HI Nick.
Thank you for your email. This is always the best way to get me. I am hardly ever at my desk, but always have my blackberry on me.

As to your question, I will not be able to help you. We cannot comment, confirm or deny the existence of any investigation or on our intention to open or close a matter.
Sorry
Thanks
[redacted] .

-----Original Message-----
From: [redacted] [mailto:[redacted]]
Sent: Friday, March 04, 2011 3:16 PM
To: [redacted], [redacted] (USAFLS)
Subject: Jeffrey Epstein/[redacted]

Dear [redacted],

I work for the Mail on Sunday newspaper in London, England. The Mail on Sunday last week published an interview with [redacted] about her time working for Jeffrey Epstein. We plan to publish more revelations this week.

I have been led to believe that the FBI is interested in pursuing the allegations published in the Mail on Sunday - and that Epstein may have committed offences not covered by the non prosecution agreement.

Can you give me any guidance as to whether my information is correct?

You may contact me by email or on [redacted].

Regards,

Nick Pryer
Assistant Features Editor
Mail on Sunday

This e-mail and any attached files are intended for the named addressee only. It contains information which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: [redacted].

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to

deposition by then-Palm Beach Chief of Police Michael Reiter, in which he stated that Epstein, a billionaire with many powerful friends, had received special treatment in both his plea deal and the terms of his incarceration. Although federal investigators at one point produced a draft 53-page indictment against Epstein, he was eventually allowed to plead guilty to only two relatively minor state charges and receive a short term of incarceration: 13 months in the county jail, during which he went to the office every day, and one year of community control, during which he traveled frequently to New York and his private island in the Virgin Islands.

The Daily Beast has now discovered another instance in which Epstein apparently received special consideration: As a convicted sex offender, he is required by law to undergo an impartial psychological evaluation prior to sentencing and to receive psychiatric treatment during and after incarceration. This is because child molesters tend to be repeat offenders with high rates of recidivism. According to a source in law enforcement, however, Epstein was allowed to submit a report by his private psychologist, Dr. Stephen Alexander of Palm Beach, Florida, whose phone has since been disconnected with no forwarding information.

The Daily Beast's second article provided details about Epstein's systematic abuse of underage girls at his Palm Beach mansion, where members of his staff allegedly recruited and paid a parade of teenagers, most of them 16 or younger, to perform daily massages that devolved into masturbation, groping, and sometimes full-blown sexual contact. It also revealed a monetary relationship between Epstein and Jean Luc Brunel, a frequent visitor to whom he gave $1 million around the same time that Brunel was starting his MC2 modeling agency. Some of the young girls MC2 recruited from overseas —often from Eastern Europe and South America—are known to have been passengers on Epstein's private jets.

The U.S. Attorney General's Office in Florida says that it is against policy to confirm or deny the existence of an investigation. Jeffrey Epstein's lawyer, Jack Goldberger, says he has no knowledge of an ongoing probe, and he told The Daily Beast, "Jeffrey Epstein has fully complied with all state and federal requirements that arise from the prior proceedings in Palm Beach. There are no pending civil lawsuits. There are not and should not be any pending criminal investigations, given Mr. Epstein's complete fulfillment of all the terms of his non-prosecution agreement with the federal government."

Read more: http://www.businessinsider.com/hedge-funder-joseph-epstein-investigated-for-child-trafficking-2010-7#ixzz1FxAJrdFa

---

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Monday, March 14, 2011 11:27 AM
**To:** [redacted]. (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** FW: Cassell or Edwards commenting to press re Jane Doe suit
**Attachments:** Duke of York to face fresh questions as Epstein case takes new twist - Telegraph.pdf.zip

Thought you should see this. Don't know if we need to file anything with the court about disclosing matters before the court to the press? Or whether it appears that Edwards may be trying to use the new criminal investigation to assist him in his defense of Epstein's civil suit against him (or in Edwards' counterclaim for defamation)?

The agents fly to [redacted] today to interview the witness.

Nick Pryer
Assistant Features Editor
Mail on Sunday

This e-mail and any attached files are intended for the named addressee only. It contains information which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: [redacted].

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilit!

ies.
Associated Newspapers Ltd. Registered Office: [redacted].

------------

**From:** [redacted]. (USAFLS) <[redacted]>
**Sent:** Wednesday, March 09, 2011 4:33 PM
**To:** [redacted] (USAFLS); [redacted]. (USAFLS); [redacted] (USAFLS); [redacted], [redacted] (USAFLS); [redacted] (USAFLS)
**Cc:** [redacted]. (FBI)
**Subject:** Highly Confidential -- Preliminary Investigation of Additional Crimes of Jeffrey Epstein and Others

**Importance:** High

As all of you know, there has been much in the press lately about revelations by [redacted] regarding her relationship with Jeffrey Epstein and his introduction of her to a number of highly placed world and business leaders. Ms. [redacted] was one of the victims identified in our initial investigation of Jeffrey Epstein, although at the time we were only able to speak to her briefly on the telephone, and the agency and the office were unwilling to spend the funds to fly a group to [redacted] to interview her without an assurance that she would provide complete information.

Through speaking with the press, Ms. [redacted] made contact with Brad Edwards and his investigator, [redacted] Fisten, who in turn, reached out to me, and I to Special Agent [redacted], regarding these new allegations. (They

he is willing to cooperate.

As mentioned, I will write up a formal memo with analysis and a proposed course of conduct.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

------------

**From:** [redacted] (USAFLS) <[redacted]>
**Sent:** Monday, February 28, 2011 1:35 PM
**To:** [redacted]. (USAFLS)
**Subject:** RE: Jane Does 1 and 2 v. United States - CVRA Lawsuit (S.D.Fla.)

Sure – who is [redacted] [redacted] by the way?

**From:** [redacted]. (USAFLS)
**Sent:** Monday, February 28, 2011 1:29 PM
**To:** [redacted] (USAFLS); [redacted] (USAFLS)
**Subject:** RE: Jane Does 1 and 2 v. United States - CVRA Lawsuit (S.D.Fla.)

Maybe after we finish with DOJ, the four of us (you two and [redacted] and I) can stay on and discuss a bit further? After my discussion with the person at Appellate and some case law research, I have some ideas.

[redacted]

Assistant U.S. Attorney

[redacted]

Fax [redacted]

**From:** "[redacted])" <[redacted]>
**To:** [redacted] <[redacted]>
**Cc:** "[redacted])" <[redacted]>, "[redacted])" <[redacted]>
**Subject:** RE: Briefing in Florida regarding whether the Florida NPA extends to New York
**Date:** Fri, 26 Jul 2019 02:25:20 +0000

---

Will do.

**From:** [redacted] <[redacted]>
**Sent:** Thursday, July 25, 2019 22:24
**To:** [redacted]) <[redacted]>
**Cc:** [redacted]) <[redacted]>; [redacted]) <[redacted]>
**Subject:** Re: Briefing in Florida regarding whether the Florida NPA extends to New York

Perfect - call my cell - [redacted]. [redacted]

[redacted] - sent from my iPhone - please excuse brevity and errors.

On Jul 25, 2019, at 8:21 PM, [redacted]) <[redacted]> wrote:

Thanks very much. Would 10:00 a.m. tomorrow your time (noon our time) work? If so, we can call you then at [redacted], or if not, we could also do 2:00 p.m. your time.

thanks,
[redacted].

**From:** [redacted] <[redacted]>
**Sent:** Thursday, July 25, 2019 22:13
**To:** [redacted]) <[redacted]>
**Cc:** [redacted]) <[redacted]>; [redacted]) <[redacted]>
**Subject:** Re: Briefing in Florida regarding whether the Florida NPA extends to New York

Happy to chat tomorrow. Name your time that's convenient for you.

[redacted] - sent from my iPhone - please excuse brevity and errors.

On Jul 25, 2019, at 8:07 PM, [redacted]) <[redacted]> wrote:

[redacted],

Thank you for sending us these materials, we appreciate being able to stay up to date, and we'll continue to keep an eye on the docket for submissions that may be relevant for our investigation.

Separately, might you be available for a quick call sometime tomorrow (Friday) or next week? No rush or emergency, but we wanted to talk with you about a question in connection with your expertise on the CVRA generally. At your convenience.

thanks,
[redacted].

**To:** '[redacted])" [redacted]
**Cc:** [redacted]' [redacted])" [redacted])"
[redacted]
**Subject:** RE: Epstein - Scheduling Call
**Date:** Mon, 29 Jul 2019 23:11:26 +0000

---

Thank you, [redacted]. [redacted]

**From:** [redacted]) [redacted]
**Sent:** Monday, July 29, 2019 5:41 PM
**To:** [redacted]
**Cc:** [redacted])
[redacted]
**Subject:** RE: Epstein - Scheduling Call

[redacted] that works for us, thanks. Also, separately, regarding the return of property, you should feel free to contact Special Agent [redacted] directly, her number is [redacted] or alternatively I expect [redacted] be in court on Wednesday so you could speak with [redacted] directly then.

thank you,
[redacted]

**From:** [redacted]
**Sent:** Monday, July 29, 2019 16:59
**To:** [redacted]) [redacted]) [redacted]
[redacted]) [redacted]
**Cc:** [redacted]
**Subject:** Epstein - Scheduling Call

Dear all –

Can we plan on a call regarding Epstein scheduling issues for Wed morning at 9 am using the following dial in:

[redacted]

Correspondence
Letter of Intent

Acquisition of Execujet

1. Correspondence
2. Memorandum
3. Purchase Agreement
4. Assets
5. Wire Instructions
6. Corporate Documents of Hairoun
7. Lease agreement and Amendment b/w VI Port Authority and Hairoun
8. Assignment of Lease between Port Authority and Hairoun
9. Terms of Leasehold with VIPA and Hairoun
10. Spill Prevention Plan and Addendum
11. Small Business Administration Loan Eric Williams
12. Due Diligence ( ALSO SEE BINDER)
13. Hairoun Complaint

**GRM# 004740710**

**Robert Couturier**

Dates, Meetings, Backup
Letter to Robert dated July 14, 2010
Couturier Correspondence Binder

**2008 FLIGHT LOGS/2009 & 2010 FLIGHT LOGS BINDER**

**Hyperion Manifest 1999 & 2000**

**Hyperion Manifest 2001 & 2002**

**Hyperion Manifest 2003-2004**

**JEGE Manifest 2001-2002**

**Financial Trust Company Inc. Corporate Binder**

**GRM# 004740711**

CD – 3 calls Alfredo Rodriguez and FBI UCE 10.29.09

CD – Call Alfredo Rodriguez and CW [redacted] 10.28.09

CD – Call Alfredo Rodriguez and FBI UCE 11.2.09

CD – Call Alfredo Rodriguez and FBI UCE 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio and Video 11.3.09

**Box I:**

White binder with Victim information

Witness/Victim Names Contact List (green file folder)

Flight Manifests (file folder)

Recent Atty Notes (file folder)

[redacted] (file folder)

Summary of Sexual Activity (file folder)

White binder with Victim information – [redacted] (15), [redacted] (16), [redacted] (17), [redacted] (18), [redacted] (19), Past Employees – [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], Misc Witnesses – [redacted], [redacted], [redacted], Flight Manifests

White Binder with Victim Information – [redacted] (1), [redacted] (2), [redacted] (3), [redacted] (4), [redacted] (5), [redacted] (6), [redacted] (7), [redacted] (8)

White binder with victim call records

**Box J:**

Redwell with no label – contains (front section) Email titled Fw: Epstein Letter; 5/15/2008 letter to [redacted] from [redacted]; [redacted] handwritten list of victims; 2 copies of Privilege Log; (middle section) copies of privileged documents

Jane Doe (redwell) – contains green file folder with Sealed Document Tracking Form with Government's Sealed Ex Parte Motion for Modification; Order and Motion to Seal Motion to Disclose Grand Jury Information; Sealed Document Tracking Form with Motion to Seal Motion to Dismiss for Lack of Subject Matter Jurisdiction; Sealed Order Granting Government's motion for Limited Disclosure of Grand Jury Material; Sealed Document Tracking Form with Motion to Seal Motion to Stay Discovery Pending Ruling Upon Respondent's Motion to Dismiss; printed stickers with "Privileged Documents Submitted Ex Parte By the United States for in Camera Review Pursuant to DE 190"; printed stickers with "Jane Doe #1 &

**From:** "[redacted]>
**To:** "Weinstein, Marc A." <[redacted]
**Cc:** "[redacted]>, "[redacted]>, "[redacted]
**Subject:** RE: [EXTERNAL] Re: following up
**Date:** Sun, 24 Oct 2021 21:54:43 +0000
**Attachments:** 2021.10.24_Subpoena_to_Estate.pdf

---

Hi Marc,

Please see the attached subpoena. Thanks.

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Sunday, October 24, 2021 1:46 PM
**To:** [redacted]>
**Cc:** [redacted]>; [redacted]>;
ATomback@mclaughlinstern.com
**Subject:** RE: [EXTERNAL] Re: following up

Yes, c/o the two Co-Executors.

Thanks!

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** [redacted]>
**Sent:** Sunday, October 24, 2021 1:43 PM
**To:** Weinstein, Marc A. <[redacted]
**Cc:** [redacted]>; [redacted]>;
[redacted]
**Subject:** Re: [EXTERNAL] Re: following up

**CAUTION: This email was sent by someone outside of the Firm.**

Thanks very much. I can send a subpoena. Should it be addressed to the estate?

On Oct 24, 2021, at 1:34 PM, Weinstein, Marc A. <marc.weinstein@hugheshubbard.com> wrote:

I believe it's ready to go. Can you send us a subpoena for those records?

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Oct 24, 2021, at 11:00 AM, [redacted]> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Hi Marc,

Thanks so much, and apologies for pestering while you're on trial. Were you able to process these materials?

Thanks,

[redacted]

---

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Thursday, October 21, 2021 4:26 PM
**To:** [redacted]>
**Cc:** [redacted]>; [redacted]>; [redacted]
**Subject:** Re: [EXTERNAL] Re: following up

[redacted], my apologies as I'm on trial and the paralegal who would prepare the production is also the paralegal at the trial. We have a day off tomorrow so let me see if she can get it processed tomorrow.

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Oct 21, 2021, at 3:12 PM, [redacted]> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Hi Marc,

Just checking in on this – do you have a sense of timing? We very much appreciate your efforts to obtain these documents, but we're mindful of the approaching trial date.

Thanks,

[redacted]

**From:** [redacted])
**Sent:** Thursday, October 14, 2021 10:08 AM
**To:** 'Weinstein, Marc A.' <[redacted]>
**Cc:** [redacted]>; [redacted]>;
[redacted]
**Subject:** RE: [EXTERNAL] Re: following up

Hi Marc,

Thanks. We'd very much appreciate receiving this as soon as possible. We are scheduled to begin trial next month, and we would like to produce these materials to defense counsel in discovery immediately upon receipt.

Thanks,

[redacted]

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Wednesday, October 13, 2021 9:56 PM
**To:** [redacted]>
**Cc:** [redacted]>; [redacted]>;
[redacted]
**Subject:** RE: [EXTERNAL] Re: following up

We should be able to produce that next week.

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** [redacted]>
**Sent:** Wednesday, October 13, 2021 9:05 PM
**To:** Weinstein, Marc A. <[redacted]

**Cc:** [redacted]>; [redacted]>; [redacted]
**Subject:** Re: [EXTERNAL] Re: following up

**CAUTION: This email was sent by someone outside of the Firm.**

Marc,

Thanks very much. Do you have a timeframe for when you expect the production to be available?

Thanks,

[redacted]

On Oct 13, 2021, at 5:42 PM, Weinstein, Marc A. <marc.weinstein@hugheshubbard.com> wrote:

[redacted],

We've gathered the flight logs and will prepare them for production. Sorry for the delay.

Best regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]
marc.weinstein@hugheshubbard.com

[illegible]

On Oct 7, 2021, at 5:16 PM, [redacted]> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Hi Marc,

Checking in on this. Would it be helpful to have a call to discus the status of this request?

Thanks very much,

[redacted]

**From:** [redacted])
**Sent:** Friday, September 24, 2021 11:25 AM
**To:** Weinstein, Marc A. <[redacted]
**Cc:** [redacted]>;
[redacted]
**Subject:** RE: following up

Hi Marc,

Following up on this, can you let us know the status of this?

Thanks,

[redacted]

---

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Friday, August 27, 2021 4:06 PM
**To:** [redacted]>
**Cc:** [redacted]>; [redacted]>;
[redacted]
**Subject:** Re: following up

Allison,

Sorry for the delay, as I'm away this week. I should have something for you next week.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

[illegible]

On Aug 23, 2021, at 9:24 AM, [redacted]> wrote:

**CAUTION: This email was sent by someone outside of the Firm.**

Hi Marc,

Following up on this, could you please let us know the status of our request for flight manifests? Thanks very much for looking into this.

Best,

[redacted]

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Thursday, April 22, 2021 6:50 AM
**To:** [redacted]>; [redacted]>;
[redacted]
**Cc:** [redacted]>
**Subject:** RE: following up

[redacted]:

The investigator did not see anything of interest in the Florida home. I am checking to confirm on New Mexico.

Regards,
Marc

**Marc A. Weinstein** | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** [redacted]>
**Sent:** Wednesday, April 21, 2021 6:28 PM
**To:** Weinstein, Marc A. <[redacted]>;
[redacted]
**Cc:** [redacted]>
**Subject:** RE: following up

**CAUTION: This email was sent by someone outside of the Firm.**

Hi Marc,

I hope all is well. Following up on the below.

Thanks very much,
[redacted]

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Monday, April 12, 2021 5:57 PM
**To:** [redacted]>; [redacted]>;
[redacted]

**Cc:** [redacted]>
**Subject:** RE: following up

[redacted],

We can confirm that we are not aware of any historical surveillance video. We will be back to you later this week on the other materials.

Best regards,
Marc

**Marc A. Weinstein** | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** [redacted]>
**Sent:** Monday, April 12, 2021 2:15 PM
**To:** [redacted]>; Weinstein, Marc A. <[redacted]
**Cc:** [redacted]>
**Subject:** RE: following up

**CAUTION: This email was sent by someone outside of the Firm.**

Marc and Andy,

Thanks for your time last week. We wanted to follow up on with you on our conversation last week. When can we expect to get the materials discussed?

Thanks again,
[redacted]

---

**From:** [redacted]>
**Sent:** Wednesday, March 31, 2021 1:59 PM
**To:** Weinstein, Marc A. <[redacted]
**Cc:** [redacted]>; [redacted]>
**Subject:** RE: following up

Thanks, talk to you then. We can use this conference line: [redacted]

---

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Wednesday, March 31, 2021 1:52 PM
**To:** [redacted]>; [redacted]

**Cc:** [redacted]>; [redacted]>
**Subject:** RE: following up

3:30 works for us.

**Marc A. Weinstein** | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** [redacted]>
**Sent:** Wednesday, March 31, 2021 1:35 PM
**To:** Weinstein, Marc A. <[redacted]
**Cc:** [redacted]>; [redacted]
[redacted]>
**Subject:** RE: following up

**CAUTION: This email was sent by someone outside of the Firm.**

Thanks very much— would it be possible to speak slightly later on Monday, perhaps at 3:30 or later? Alternatively, we're available between 10:30 and 2 p.m. on Monday.

---

**From:** Weinstein, Marc A. <[redacted]
**Sent:** Wednesday, March 31, 2021 10:58 AM
**To:** [redacted]>; [redacted]
**Cc:** [redacted]>; [redacted]>
**Subject:** RE: following up

[redacted], how about Monday at 2:30pm?

**Marc A. Weinstein** | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
[redacted]

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** [redacted]>
**Sent:** Wednesday, March 31, 2021 9:33 AM
**To:** [redacted] Weinstein, Marc A. <[redacted]
**Cc:** [redacted]>; [redacted]
[redacted]>
**Subject:** following up

**CAUTION: This email was sent by someone outside of the Firm.**

Marc and Andy,

Hope you're both doing well. Are you available for a call early next week? We wanted to follow up with you on an aspect of our previous document requests.

Thanks very much,

[redacted]

[redacted]
Assistant United States Attorney
Southern District of New York
[redacted]
New York, NY 10007
[redacted]

[redacted]

[redacted] **Witness File**

[redacted] **Witness File**

[redacted] **Civil Litigation Witnesses**

**PB CIVIL LITIGATION: GENERAL**

Robert Critton Attorney Correspondence
Jeffrey Herman Suspension
Civil Litigation Research
Tolling Agreement Re Josefberg Clients
Focus Group
Request for Insurance Defense from AIG
Subpoena of Rich Kahn, HBRK and NYSG
Subpoena of Florida Science Foundation and The COUQ Foundation
Engagement Letter from Rubin Katz Law Firm to represent Zorro Ranch (May 26, 2010)
Bill Riley
Supervision of Bill Riley
Decision Re JE Bar Complaint Against Brad Edwards

**Civil Cases**

**PBL Research by DKI**

**[redacted] CASE**

**[redacted] CASE**

**[redacted] CASE**

-[redacted] (Synopsis of Case, Retention to Provide Legal Services, Notice of Change of Attorney, Consent to Change Attorney, Signed Consent to Change Attorney)

-[redacted] Notice of Appeal Nov. 11, 2008

-Settlement Agreement and General Release

**CRIME VICTIM RIGHTS ACT LITIGATION DOCS SUPPORTING OPPOSITION TO GOVT EMAIL PRODUCTION**

**GRM#004740717**

Four Star Aviation, Inc.

1. Lease Agreement VI Port Authority and Four Star Aviation, Inc. Cyril E. King Airport
2. Lease Agreement VI Port Authority and Four Star Aviation, Inc.

Flight Options
-Exchange Agreement March 2009
-Comparitive Specifications of Exchanged Aircraft
-Exchange Agreement April 22, 2009 (transferred share from N787TA to N493LX)

**SHMITKA AIR**

-Deposit Agreement with Sikorsky
-Registration Certificate

**Sale & Purchase of N722JE & N162AE**

Purchase of Island Global/AYH Ownership

## GRM#004740697 (Took From Storage June 13, 2013)

CMA vs. JEE and [redacted]
Correspondence
Summons and Complaint JEE
Summons and Complaint [redacted]
Motion, Notice and Order of Dismissal

Rosenfeldt vs. Rothstein

**Doe 1 Case # 6596 [redacted]**

**Doe II Case # 20614 Document Production**

**Doe II Case # 20614 [redacted]**

**Doe 4 Case # 80380 [redacted]**

**Doe 5 Case # 80381 [redacted]/[redacted]**

**DRAWER FOUR**

**Doe 6 Case # 80994 [redacted]**

**Doe 7 Case # [redacted]**

**Jane Doe 101 Case # 80591 [redacted]**

**FIFTH DRAWER**

**Jane Doe Case # 80893 [redacted]**

**Jane Doe II Case # 80469 [redacted]**

**LM Case # 28051 [redacted]**

LM CASE #20851 PETITION FOR WRIT OF CERTIORARI AND APPENDIX TO PETITION FOR WRIT OF CERTIORARI **(LOCATED IN A REDWELD ON ITS OWN!)**
EDWARDS

**EW Case # 28058 [redacted]**

**BB Case # 37319 [redacted]**

**Case # 80736**

**Case# 4D09-2254**

**ON THE FLOOR**

that the state offered, including work release. Because of this, I had to withdraw the Notice of Breach and could only write a letter to the Sheriff's Office pointing out all of the false statements contained in Epstein's application for work release and letters to the victims informing them that Epstein was in work release status. The Sheriff's Office never responded to or acknowledged my letter.

On June 9, 2009, I prepared what I believe was the last Memorandum requesting authorization to issue a Notice of Breach and to indict Epstein. The Office authorized issuance of the Notice of Breach, and the Indictment Packages was re-reviewed, approved, and signed, with arrest warrants for Jeffrey Epstein, [redacted], and [redacted]. The Notice of Breach was served on June 12, 2009 at a hearing on Epstein's Motion to Dismiss one of the civil suits filed by one of the victims identified during the federal investigation. Once again, Epstein was allowed to "cure" his breach, and we were not allowed to file the indictment.

There were strong internal disagreements on a number of subjects, including: the handling of the meetings with Epstein's counsel; plea negotiations; the NPA generally; the failure to consult with the victims; continuing plea negotiations in the face of Epstein's clear bad faith; the refusal to defend me against personal attacks from Epstein's attorneys; the agreement to put off seeking Epstein's computer equipment; the consultations with Epstein's attorneys regarding victim notifications; the handling of the "appeals" to Washington; allowing delays during those "appeals," while Epstein's attorneys were harassing the victims and their family members; attempts by Epstein to renegotiate the term of imprisonment; attempts by Epstein to renegotiate the payment of damages to the victims and attorneys' fees to their attorney representative; allowing Epstein to participate in the work release program after specifically discussing it during plea negotiations; and repeatedly allowing Epstein to "cure" intentional breaches of the NPA. These were kept internal as I tried to deal professionally with opposing counsel.

In the midst of all of the post-NPA back-and-forth with Epstein, was the *Jane Doe v. United States* litigation.[4] Despite the Office's request to be recused from the case, the Justice Department decided that there was no conflict of interest and I was tasked with serving as co-counsel. The Office asserted attorney-client, executive, work product, and deliberative process privileges, so all of the internal disagreements, pros memos, and indictments were not disclosed while all of my communications with opposing counsel (often at the behest of supervisors) were disclosed. After an initial flurry of filings, Brad Edwards, as counsel for the named plaintiffs, stated on the record that he believed that setting aside the NPA would not benefit his clients, and he sued Epstein on behalf of a number of victims under the NPA. I did what I could to assist Mr. Edwards, other attorneys, including Mr. Josefsberg, the attorney selected by the Special Master, and the Court, to locate victims, provide signed copies of the NPA, and answer questions. After all of the civil suits between Epstein and the victims were settled through the spectre of breaching the NPA, Mr. Edwards re-initiated the *Jane Doe v. United States* litigation, asserting that his clients wanted to

[4] A few days after Jeffrey Epstein entered his guilty plea in state court, attorney Brad Edwards filed suit on behalf of one of the victims identified in the federal investigation (later expanded to include a second victim who had been identified in the state investigation), alleging violations of the Crime Victims' Rights Act. The suit, which is still pending, is captioned *Jane Doe 1 and Jane Doe 2 v. United States*, 08-80736-CV-KAM.

-Police Report
-Letter from Lefcourt to [redacted] & [redacted], Feb. 1, 2007
-Letter from Lefcourt to [redacted], Feb. 23, 2007
-Letter from Lefcourt to [redacted], [redacted], [redacted] & [redacted], June 25, 2007
-Letter from Lefcourt to [redacted], [redacted], [redacted] & [redacted], July 6, 2007

## MISCELLANEOUS JE CASE DOCUMENTS

-Letter to [redacted], Chief, Criminal Division US Attorneys Office From Lilly Sanchez, Aug.2, 2007

-Letter To Lilly Sanchez From Alexander Acosta, Dec. 19, 2007

-Letter to Mike Tein from [redacted], July 17, 2008

-Notification of Identified Victim (to Edwards from [redacted]) (Victim Info 2008)

-Epstein-Responses-Confidential (Final Aug. 16. 2007)

-Compilation DVD Made by [redacted]

-Video Depositions (Could use in Brad Edwards Case)

## Bill Riley Investigations Sent to Mike Tein and Roy Black

### MERRIE SPAETH COMMUNICATIONS, INC.

MERRIE SPAETH CONFIDENTIALITY AGREEMENT
PBL INVOICES
CIVIL CASES
NON-PROSECUTION AGREEMENT
AMERICAN HOME ASSURANCE
VOLUMES I & II BACKUP BINDERS

### PALM BEACH LITIGATION

-Non-Prosecution Agreement and Addendum
-June 12, 2008 Draft DOJ Letter
-Letter to Filip from Starr and Whitley (5-27-08)
-March 28, 2008 Letter to DOJ
-DOJ Submission (Summary)
-DOJ Submission (Attachment Letter)

Letter to Jay Lefkowitz from US Attorney, July 7, 2009

Kreusler-Walsh Summary of Law RE Stays Pending Appeal

Indictment

Drafts & Misc JEE Criminal Matter

Sentence

Order on Motion

Research Re Restoration of Civil Rights

Denial of Restoration of Civil Rights by PB Parole Boar

**PALM BEACH LITIGATION**

GRAND JURY SUBPOENA MOTION

NOTICE OF HEARING DATES

POLICE REPORT

LETTER FROM LEFCOURT TO [redacted] FEB. 1, 2007 (& ANDRE [redacted])

LETTER FROM LEFCOURT TO [redacted] FEB 23,2007

LETTER FROM LEFCOURT TO [redacted], [redacted], [redacted] & [redacted] JUNE 25, 2007

LETTER FROM LEFCOURT TO [redacted], [redacted], [redacted] & VILLAFANAJULY 6, 2007

Palm Beach Litigation Invoices

1. Critton Retainer Agreementn (DKI Summary of Critton Retainer)
2. Burman, Critton, Luttier & Coleman
3. Bruce E. Reinhart
4. [redacted] Firm
5. William (Bill) Riley
6. Riley Kiraly

**DOCUMENT PRODUCTIONS REC'D FROM CRITTON**

-YLK AGREEMENT LTR RE THE ASIGNMENT OF THE PUT AGREEMENT FROM COUQ
-TRANSFER AGREEMENT B/WCOUQ & YLK
-IRREVOCABLE ASSIGNMENT
-YLK BOARD RESOLUTION APPROVAL OF ENTIRE TRANSFER
DUE DILIGENCE TO JOHN ZEIGER
-GRANT AGREEMENT
-ORGANIZATIONAL MINUTES OF YLK

**GRM#004750683**

**PALM BEACH MATTERS: Epstein Back Up Binder Volume 1 of 2**

**PALM BEACH MATTERS: Epstein Back Up Binder Volume 2 of 2**

**ATTORNEYS NOTES, RESEARCH & SUBPOENAS**

Attorney Notes
Hyperion Air Subpoenas
Epstein Interests Subpoenas
J. Epstein VI Foundation Subpoenas
J. Epstein & Compamy, Inc. Subpoenas
Financial Trust Company, Inc. Subpoenas
NES Subpoenas
[redacted] Subpoena
JEGE Inc Subpoena
NYSG Retainer Agreement Lawrence Goldman
Investigation Invoices
JEE Connection Florida
PB Days
JEE Employee List by Entity
Summary of Giving
Florida Vehicles
Medical Records
JEE Medical
[redacted] Invoices

**EMAILS FROM US ATTORNEY OFFICE TO LEFKOWITZ**

**CLOSING BINDER FOR PURCHASE OF ZORRO RANCH BY ZORRO TRUST, MARCH 8, 1993**

**ORGANIZATIONAL INFORMATION OF ENTITIES JEE, SEPT 15, 2008**

**LAUREN KWINTER'S OLD SPIRAL NOTEBOOK**

**CONTENT TO CHANGE ATTORNEY –RADAR MAGAZINE**

**GRM#004750685**

**LEFCOURT CRIMINAL FILES**

**GRM#004750686**

**LEFCOURT OCT. 19, 2006 PB BINDER**

**[redacted] CORRESPONDENCE POST 6/30/08**

**NATHAN DERSHOWITZ APPLICABLE FEDERAL LAW BINDER**

**PALM BEACH MATTERS: EPSTEIN BACKUP BINDER 1 OF 2**

**PALM BEACH MATTERS: EPSTEIN BACKUP BINDER 2 OF2**

**SEX OFFENDER REGISTRY**

**LEFCOURT INVESTIGATION OF [redacted]**

**CIVIL CASES CD**

**INDEXES OF COMPUTER FILES**

**GRM#004750687**

-Police Report
-Letter from Lefcourt to [redacted] & [redacted], Feb. 1, 2007
-Letter from Lefcourt to [redacted], Feb. 23, 2007
-Letter from Lefcourt to [redacted], [redacted], [redacted] & [redacted], June 25, 2007
-Letter from Lefcourt to [redacted], [redacted], [redacted] & [redacted], July 6, 2007

## MISCELLANEOUS JE CASE DOCUMENTS

-Letter to [redacted], Chief, Criminal Division US Attorneys Office From Lilly Sanchez, Aug.2, 2007

-Letter To Lilly Sanchez From Alexander Acosta, Dec. 19, 2007

-Letter to Mike Tein from [redacted], July 17, 2008

-Notification of Identified Victim (to Edwards from [redacted]) (Victim Info 2008)

-Epstein-Responses-Confidential (Final Aug. 16. 2007)

-Compilation DVD Made by [redacted]

-Video Depositions (Could use in Brad Edwards Case)

## Bill Riley Investigations Sent to Mike Tein and Roy Black

### MERRIE SPAETH COMMUNICATIONS, INC.

MERRIE SPAETH CONFIDENTIALITY AGREEMENT
PBL INVOICES
CIVIL CASES
NON-PROSECUTION AGREEMENT
AMERICAN HOME ASSURANCE
VOLUMES I & II BACKUP BINDERS

### PALM BEACH LITIGATION

-Non-Prosecution Agreement and Addendum
-June 12, 2008 Draft DOJ Letter
-Letter to Filip from Starr and Whitley (5-27-08)
-March 28, 2008 Letter to DOJ
-DOJ Submission (Summary)
-DOJ Submission (Attachment Letter)

Jeffrey Epstein
457 Madison Avenue
New York, NY 10022

Vicky Ward
Vanity Fair
4 Times Square
New York, NY 10036

Dear Ms. Ward,

Thank you for your letter of December 19th further documenting your reporting style. First with respect to my house. If you recall you asked me on numerous occasions, whether I had purchased #9 outright. You followed up with a similar question to Mr. [redacted] on at least 2 occasions, I have told you repeatedly that, yes, in fact I did purchase it outright and you tirelessly repeated "then why were there no transfer taxes paid?" I explained in writing that transfer taxes are in most instances not made public. After sending you documentation on #9's transfer taxes, you then continued on #11. Also in writing, I told Graydon that I never owned #11. Add that to the fact that Graydon has told me that #11 is not part of the story and once again, like a Gospel choir, you chant: "but what about the transfer taxes?" Enclosed please find a copy of the transfer taxes paid, given to you off the record, confirming that I was only a trustee and once again requiring me to spend more time on questions whose relevance you have yet to describe.

In regard your question in your latest letter regarding refuting the claims of [redacted]. Why don't you detail those claims to me so that I and the State Trooper can respond to any factual claims? I hope the copy of this letter, also given to you off the record, will be given to Vanity Fair's lawyers, who should at last understand there is cause for concern. I think you will agree that the only quote "claim" that you describe to me was that [redacted] had felt "uncomfortable" and asked her father to immediately come and get her. Are you now asking me to refute how "[redacted] felt"? A typical tabloid-like question. Or are you asking me whether she left? You certainly did not ask me who paid for her move or when or how

On the basis of what I provided you off the record, you now understand that [redacted] alleged feelings of uncomfortablness grew out of her own financial misdeeds. It is impossible to accurately tell this story without including these financial facts that would be deeply embarrassing to [redacted]. However if you choose to include this highly subjective and undocumented material relating to her feelings you would have an obligation to tell the whole story including her financial misdeeds based on her own admissions, so long as you can do so without attributing the documents to me

(b) Admitted.

(c) Denied.

(d) Denied.

(e) The government admits that, during the period from September 24, 2007 through June 2008, the USAO did not notify Jane Doe #2 of the existence of the non-prosecution agreement. The government further admits that, although FBI agents notified Jane Doe #1 of the existence and substance of the agreement at the request of the USAO on or about October 27, 2007, no employee of the USAO personally notified Jane Doe #1 of the existence of the non-prosecution agreement during the period from September 24, 2007 through June 2008. Except as otherwise admitted above, the government denies Request No. 9(e).

10. (a) Admitted. Because Request No. 10 appears directed solely to the communications between FBI agents and Jane Doe #1 during their meeting on or about October 26, 2007, the government responses to Requests No. 10(b) through 10(g) address only that meeting.

(b) The government admits that, on or about October 26, 2007, FBI agents explained to Jane Doe #1 that Epstein would plead guilty to state charges for procuring minors to engage in prostitution; that Epstein would be required to register as a sex offender; that Jane Doe #1 would be entitled to seek damages from Epstein; and that, if she desired, Jane Doe #1 would be entitled to use the services of an attorney at no expense to her in seeking those damages from Epstein. The government denies that the FBI agents explained that the state charges "involv[ed] another victim."

12. In August 2007, in a clear attempt to coerce a state settlement, Ms. Villafana threatened to broaden the investigation to include a money laundering violation (18 U.S.C. § 1956), though all the funds expended were simply Mr. Epstein's, and a violation for operating an unlicensed money-transmitting business (18 U.S.C. § 1960), though Mr. Epstein never had such a business. See Tab 22, August 31, 2007 Letter from M. Villafana to Ross (reciting, in a target letter to one of Epstein's employees, that the investigation concerns "suspected violations of federal law, including but not limited to, possible violations of Title 18, United States Code, Sections . . . 1591, . . . 1956, 1960 . . . .") (emphasis added).

13. On the very same day that the grand jury issued subpoenas to the records-custodian and employees of Epstein's businesses for all financial transactions from 2003 forward, Ms. Villafana (who we were told was not authorized to act in this regard without supervisory approval) promised to close the money-laundering investigation "if the sex offense case is resolved." See Tab 23, August 16, 2007 Letter from M. Villafana to G. Lefcourt ("In other words, if the sex offense case is resolved, the Office would close its investigation into other areas as well. The matter has not been, and it does not appear that it will be, resolved so the money laundering investigation continues, and Request Number 6 [seeking records of every financial transaction conducted by Epstein and his six businesses from "January 1, 2003 to the present"] will not be withdrawn.").

14. Two weeks later, when Mr. Epstein continued to oppose federal prosecution during negotiations and Mr. Epstein's counsel sought a meeting with the United States Attorney, AUSA Villafana then classified all of Mr. Epstein's assistants as targets (sending a target letter to one of them and promising the attorney of the other two that additional target letters would be served on them as well), dispatched FBI agents to the homes of two of his secretaries, and personally telephoned Mr. Epstein's largest business client to advise him of the nature of the investigation. See Tab 22, August 31, 2007 Letter from M. Villafana to

FAUSA Sloman Forces Mr. Epstein's Lawyers to Convince the State Prosecutors To Impose a More Severe Sentence Than They Believe Is Appropriate

15. Throughout the plea negotiations with the USAO, Mr. Sloman and Ms. Villafana continually insisted that the only way they would agree not to bring a federal indictment was if Epstein's lawyers, not the state prosecutors as required under the Petite Policy, convinced the state prosecutors to impose a more severe punishment than the state believed was appropriate under the circumstances.

16. FAUSA Sloman's version of the history with respect to the sentence he required Mr. Epstein's lawyers to seek from the State contradicts his later assertion, which is patently false—that "the SDFL indicated a willingness to defer to the State the length of incarceration" and "considered a plea to federal charges that limited Epstein's sentencing exposure . .. " See Tab 1, May 19, 2008 Letter from J. Sloman. In fact, by a email dated August 3, 2007, Criminal Division Chief Matthew Menchel advised the defense that the federal government required a minimum term of two years of incarceration. See Tab 40, August 3, 2007 Email from M. Menchel. Subsequently, Ms.



Villafana emailed the defense stating that United States Attorney Acosta would accept no less than 18 months of incarceration, following by a one-year term of house arrest.

Federal Prosecutors Misrepresented the Number of Alleged "Victims."

Ln 5.

A Not to my recollection. I think there's a fulsome record, and not to my recollection.

**Q All right, and is there any particular gap that you've discerned in the records that we've provided to you?**

A Not that I recall. Do you have the e-mails that I sent, out of curiosity?

**Q We do.**

A Okay. So, you have the sent, but not received.

**Q Yes.**

A Just checking.

**Q And likewise, we retrieved from the federal records center --**

A Right.

**Q -- records that were boxed up and sent there, hard copy documents, after your term ended, and there is nothing that relates to the Epstein case. There were records that were maintained that were kept in the main office --**

A Right.

**Q -- after you left, because it was an ongoing matter, but it -- do you have any idea why there are not any in the records of yours --**

A So --

**Q -- that were sent?**

A So, I have a recollection that when I left, there were some binders that I passed along to [redacted], because it was

**EPSTEIN BOX INVENTORY**

**Box A:**

Redwell with different files for each Jane Doe [redacted] Epstein case

Cd's with Documents on 2nd Supplemental Privilege Log (2) and Bates #s 002111-002266

Redwell with printout of Documents in the 2nd Supplemental Privilege Log

6001 Orders

6001 Immunity Request

[redacted] folder

Jane Doe [redacted] U.S. 6/23/15 production (redwell) with documents

2nd Supplemental Privilege Log Box 4

2nd Supplemental Privilege Log Letter 6-23-15 to [redacted]

**Box B:**

Data Demonstratives Kirkland & Ellis LLP – 6 bound copies and 1 color copy

Plea Negotiations (redwell) – folders: Non Prosecution Agreement – Final; Attorney Notes re Revised Indictment; Research re Boehm case; Research re possible misdemeanors; Notes re Plea Negotiations; Plea Agreement drafts; Draft Non Prosecution Agreements; Information Packet drafts

[redacted] (file folder)

[redacted] (green file folder)

[redacted] Re: Epstein Corp. Records (green file folder)

Non Pros Agrmt & Addendum (file folder)

Mtg w/ Ken Starr, RAA, JS, Drew (file folder)

[redacted] Target Letter (file folder)

Notes re Post Agreement Communications (file folder)

[redacted] (file folder)

6/19/08 [redacted] Submission to the DAG (file folder)

6/3/08 [redacted] Submission to the DAG (file folder)

5/27/08 [redacted] Submission to the DAG (file folder)

5/15/08 [redacted] Ltr (file folder)

Draft ltr from [redacted] to [redacted] re termination (file folder)

Redwell – Folders: 5/22/07 [redacted] to [redacted]; 6/18/07 [redacted] to [redacted]; 6/25/07 [redacted] to [redacted]; 7/6/07 [redacted] to [redacted]; 7/25/07 [redacted] & [redacted] to [redacted]; 8/2/07 [redacted] to [redacted]; 8/3/07 [redacted] to [redacted]; 9/17/07 [redacted] to [redacted]; 10/25/07 [redacted] ltr to [redacted] 11/8/07 [redacted] to [redacted]; 11/13/07 [redacted] to [redacted] (was this sent?); 11/28/07 [redacted] to [redacted]; 11/29/07 [redacted] to [redacted]; 11/30/07 [redacted] to [redacted]; 12/4/07 [redacted] to [redacted]; 12/5/07 [redacted] to [redacted]; 12/6/07 [redacted] to [redacted]; 12/7/07 [redacted] to [redacted]; 12/7/07 [redacted] to [redacted]; 12/11/07 [redacted] to [redacted]; 12/13/07 [redacted] to [redacted]; 12/21/07 [redacted] to [redacted]; 12/26/07 [redacted] to [redacted]

Redwell – Folders: 11/15/06 [redacted] to [redacted]; 11/16/06 [redacted] to [redacted]; 11/21/06 [redacted] to [redacted]; 11/29/06 [redacted] to [redacted]; 12/1/06 [redacted] to [redacted]; 1/5/07 [redacted] to [redacted]; 1/8/07 [redacted] to [redacted]; 1/17/07 [redacted] to [redacted]; 1/18/07 [redacted] to [redacted]; 1/22/07 [redacted] to [redacted]; 1/23/07 [redacted] to [redacted]; 2/1/07 [redacted] to [redacted]; 2/5/07 [redacted] to [redacted]; 2/12/07 [redacted] to [redacted]; 2/23/07 [redacted] to [redacted]

**Box C:**

White binder with correspondence filed by Janes Does with Court – clipped section of documents with [redacted] notes

White binder labeled Leap Year J Marra Issue with notes and opinion and filed documents

Redwell labeled Telephone Charts with a post it saying Duplicate

White binder with additional documents filed in Jane Doe case

White binder with CVRA Research

White binder labeled Duplicate

**Box D:**

Empty [redacted] file folder

Jane Does [redacted] U.S. Standing/Ripeness Research & 6(e) & Due Process Confidentiality Research (redwell)

Jane Does [redacted] US Supplemental Briefing (redwell)

Redwell with [redacted] notes; transcript of 8/14/08 hearing in Jane Doe case (DE27); DE 99 Order; Westlaw research on Obstruction of Justice Charges can be based on false statements in state depositions, including Civil depo, if it is likely to be turned over to federal investigation; DE15-2 Exhibit A; "Prince's friendship with pedophile causes furor across the pond" 3/9/11 article from Palm Beach Post; additional [redacted] notes; highlighted Federal Register notices; draft letter from [redacted] to Captain David [redacted] PBSO re Epstein's Work Release Application; CVRA research with notes and Westlaw printouts; CVRA Research (green file folder)

Jane Does [redacted]. U.S. Misc (green file folder)

Florida Bar (redwell) with Self Report folder and 9/16/08 [redacted] Ltr to [redacted]

**Box E:**

[redacted] (green file folder)

Motion to Quash (file folder)

Motion to Quash Riley Subpoenas (red file folder)

Stolen Globe – [redacted]. (red file folder)

[redacted] Cases (file folder)

[redacted] Research (green file folder)

Westlaw case printouts

**Box F:**

Jane Does Litigation (redwell) with 2 email printouts, Sealed Document Tracking Form with Motion to Seal Opposition to Petitioner's Motion Requesting an Order Directing the Government to File Redacted Pleadings in the Public Court File, and Red File Folder with documents filed in Jane Doe case

Jane Does 1 & 2 [redacted]. U.S. (redwell) with CD inside mailing from [redacted] and original redacted documents from [redacted]

Clipped research with Attachment to Subpoena NES, LLC; article titled "Working for Top Bosses on Wall St. Has Its Perks"; [redacted] research; [redacted]; Jeffrey Epstein

[redacted] (file folder)

Kastigar Letters (file folder)

2703 Motion & Order-Cingular (red file folder)

Grand Jury Transcripts (redwell) with folders for [redacted] Transcript 2/6/07; [redacted] Transcript 2/27/07; [redacted] Transcript 3/20/07; [redacted] Transcript 4/24/07; [redacted] Transcript 4/24/07; [redacted] Transcript 5/8/07; [redacted] Transcript 5/8/07; [redacted] Transcript 5/15/07; [redacted] Transcript 5/22/07; [redacted] Transcript 3/18/08; [redacted] Transcript 4/29/08

Pros Memo (file folder) labeled Duplicate

Proposed Jury Instructions for Violations of 18 USC 2423(b) [Travel in Interstate or Foreign Commerce to Engage in Illicit Sexual Conduct]

Pages 1-6 (of 7 pages) of Non-Prosecution Agreement with highlighted portions

[redacted] file folder with 6/23/08 letter from [redacted] (DAG) to [redacted] and [redacted]; 11/2/2010 Privileged Communication letter re Litigation Hold; clipped Non-Prosecution Agreement

Doe ([redacted].) [redacted]. Epstein, 08-80893-CV-KAM (red file folder)

**Box [redacted]:** (labeled GJ Presentation Materials)

Federal Criminal Code and Rules 2006 Edition with multiple post-its

File folder with [redacted] Testimony 5/8/07; [redacted] Testimony 4/24/07; [redacted] Testimony 5/8/07; [redacted] Testimony 2/6/07; [redacted] 2/27/07 (post it says All About [redacted]); [redacted] Testimony 4/24/07; [redacted] Testimony 5/15/07; [redacted] Testimony 3/20/07; [redacted] Testimony 5/22/07

US Attorneys' Bulletin: Crafting Helpful Indictments

**Box H:**

Green file folder with Grand Jury Subpoena Log – Operation Stolen Globe

12/19/07 [redacted]-[redacted] letter with post it – to be produced after stay is lifted

Op Stolen Globe (redwell)

4/29/2008 Grand Jury Presentation for Operation Leap Year with Indictment

[redacted] cd

Jane Does [redacted]. U.S. Bates Nos 000670-002110 cd

Jane Does [redacted]. U.S. 0001-1652 cd

Orange Composition notebook with [redacted] notes

Redwell with documents provided to [redacted] on cd (000670-002110)

Redwell with correspondence between Epstein's attorney's and USAO

10/21/2009 letter to [redacted] from [redacted]

12/9/2009 [redacted] Ltr re [redacted] Complaints (green file folder)

Epstein redwell with correspondence

Printout of [redacted]s arrest

Yellow Notepad with [redacted] notes

Enforcing Victim's Rights – April 26, 2012

Index of Victim Notification Letters

CD – 3 calls Alfredo Rodriguez and FBI UCE 10.29.09

CD – Call Alfredo Rodriguez and CW [redacted] 10.28.09

CD – Call Alfredo Rodriguez and FBI UCE 11.2.09

CD – Call Alfredo Rodriguez and FBI UCE 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio and Video 11.3.09

**Box I:**

White binder with Victim information

Witness/Victim Names Contact List (green file folder)

Flight Manifests (file folder)

Recent Atty Notes (file folder)

[redacted] (file folder)

Summary of Sexual Activity (file folder)

White binder with Victim information – [redacted] (15), [redacted] (16), [redacted] (17), [redacted] (18), [redacted] (19), Past Employees – [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], Misc Witnesses – [redacted], [redacted], [redacted], Flight Manifests

White Binder with Victim Information – [redacted] (1), [redacted] (2), [redacted] (3), [redacted] (4), [redacted] (5), [redacted] (6), [redacted] (7), [redacted] (8)

White binder with victim call records

**Box J:**

Redwell with no label – contains (front section) Email titled Fw: Epstein Letter; 5/15/2008 letter to [redacted] from [redacted]; [redacted] handwritten list of victims; 2 copies of Privilege Log; (middle section) copies of privileged documents

Jane Doe (redwell) – contains green file folder with Sealed Document Tracking Form with Government's Sealed Ex Parte Motion for Modification; Order and Motion to Seal Motion to Disclose Grand Jury Information; Sealed Document Tracking Form with Motion to Seal Motion to Dismiss for Lack of Subject Matter Jurisdiction; Sealed Order Granting Government's motion for Limited Disclosure of Grand Jury Material; Sealed Document Tracking Form with Motion to Seal Motion to Stay Discovery Pending Ruling Upon Respondent's Motion to Dismiss; printed stickers with "Privileged Documents Submitted Ex Parte By the United States for in Camera Review Pursuant to DE 190"; printed stickers with "Jane Doe #1 &

Jane Doe #2 [redacted]. United States, 08-80736-CV-Marra/Matthewman; DE 216 and DE 219 – Notice of Filing Supplemental Privilege Log; Notepad with [redacted] notes; Jane Doe No. 1 and Jane Doe No. 2's Appellee Brief (red cover); Florida Law Review from Daily Business Review Thursday, August 29, 2013; Printout of Opinion from In Re: Stake Center Locating, Inc.; DE 224; DE 225; DE 226; DE 230; email from [redacted] to [redacted] and Ed [redacted]; Draft Respondent's Opposition to Petitioner's Motion to Compel Production of Documents that are not Privileged; printout of brief regarding [redacted]; Westlaw printouts

Redwell with [redacted] emails from 2007-2008

**Box K:**

FBI Palm Beach County RA, Jeffrey E. Epstein, 31E-MM White binder with PBPD Reports

Palm Beach Police/SAO Records Redwell with post it that says "This whole stack is for opposing counsel" – includes file folders Req for [redacted].; Probably Cause Aff.; Req for Epstein [redacted]; Request for [redacted]; Incident Report; State Indictment

Work Release Notification (green file folder)

12/11/08 Ltr to PBSO re work release ([redacted] file folder)

6/12/09 Breach Ltr ([redacted] file folder) – post it says Epstein Defense 3 (Kelly)

7/29/11 Letter to [redacted] from [redacted] regarding NPA being a confidential document

Notice of Removal (DE#1) in 08-CV-8084-KAM Jane Doe case

Redwell with Epstein's Motion to Seal Non-Pros Agreement

Epstein New York Case (Redwell)

12/10/10, 3/1/11, and 9/29/11 letters from [redacted] to [redacted]

CD – Finished Work

**Box L:**

Redwell with [redacted] Notes and Jeffrey Epstein deposition documents and cds

Redwell with Breach Memo documents and documents filed by [redacted]

Final Contact (file folder) with Non Prosecution Agreement

[redacted]. & [redacted]. Civil Complaints (green file folder)

White binder with Westlaw cases

CD – Epstein Files to FBI 3.8.2011 provided by [redacted]

CD – [redacted]. Epstein Depo of Jeffrey Epstein 2.17.2010 provided by [redacted] (part 1)

CD – [redacted] Epstein Depo of Jeffrey Epstein 2.17.2010 provided by [redacted] (part 2)

**Box M:**

Redwell – Stolen Globe folder with draft indictment and documents from case; copies of phone number lists; copies of case law; green folder with attorney notes

Operation Leap Year composition book with notes

Yellow Interoffice envelope with image of 2 naked girls

[redacted] 02/14/02 – 03/07/02 2nd 30 days binder with tabs for individual women

Redwell titled Indictment Packet Prep Materials – folders for victim list, key documents, attorney notes, and drafts

Binder with Child Molesters: a Behavioral Analysis

File folder: FBI [redacted]. Log

File folder no name – includes September 17, 2009 letter to [redacted] from [redacted] (handwritten notes)

File folder: Responses to Arguments from JE counsel

File folder: Overt Act Lists

File folder: Breach Memo

File folder: 6/12/09 Victim Notif Log

File folder: 6/9/09 Signed Indictment Pkg

Binder – Motion to Quash Riley Subpoenas

Redwell – (victims) Additional 302s

Redwell – originals from 12/12/07 Indictment package

[redacted] Plea Agreement

CD – Epstein Address Book

**Box N:**

Epstein – Docs provided by [redacted] (redwell)

Certified Copy of State of Florida [redacted] Jeffrey Epstein Plea Conference transcript

Correspondence: 6/27/2008 letter from [redacted] to [redacted] and [redacted] regarding not receiving copy of proposed plea agreement; Palm Beach Post printout 9/4/2009 "Appeals court backs unsealing of

Epstein's 07 deal with feds"; 6/27/2008 letter from [redacted] to [redacted] and [redacted] regarding the plea agreement does not comply with the NPA; 7/17/2008 letter to [redacted] from [redacted]

[redacted] Grand Jury Log Vol. 2

Redwell – State Court Criminal Pleadings; State Motion to Unseal NPA; Supplemental Appendix to Palm Beach Newspapers, Inc. Response to Emergency Petition for Writ of Certiorari

Redwell with Post DC Correspondence, Epstein Attorney's Fees Correspondence

Redwell with Correspondence with Victims

[redacted] Correspondence

**Box O:**

White Binder – Operation Leap Year Response to Motion to Quash Research

CDs: 4/24/2007 [redacted] Interview; PBPD U6-1078 Interview with [redacted], [redacted]; PBPD 061078 Interview with [redacted]

Cassette tapes: Interview with [redacted], [redacted] #2; PBPD Voicemail from [redacted]; PBPD Voicemail [redacted]; PBPD Conversation with [redacted]; PBPD Statement of [redacted], [redacted]; PBPD Follow-up phone call with [redacted], [redacted]

VHS: PBPD Interview of [redacted], [redacted]; Interview w/ [redacted]; Interview w/ [redacted], [redacted]; Interview w/ [redacted], [redacted]; Interview w/ [redacted], [redacted]; Statement of [redacted], [redacted] & [redacted], [redacted]; Private Island Helicopter

Box of Cassette tapes: Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; Voicemail message C work; Statement of [redacted], [redacted]

Box of cassette tapes: Statement of [redacted], [redacted]; Control call [redacted], Saise; Conversation of [redacted] & [redacted]; [redacted] – drive to station; Statement of [redacted], [redacted]; Phone call w/ [redacted]; Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; empty case

**Box P:**

Settlement Negotiations & Settlement Statements ([redacted] redwell) including 5/16/2016 Settlement Conference Summary letter to Honorable Dave [redacted] Brannon from [redacted]; Confidential Memorandum on Behalf of Jane Doe No. 1 and Jane Doe No. 2 Regarding Mediation; printout of docket for 08-CV-80736; printout of Crime Victims' Services for Attorney General Pam Bondi

Empty file folder SORNA and Victims' Services Info

Clean Copies of Agreement without App D & E (file folder)

Relevant Privileged Docs ([redacted] redwell) – 2 copies clipped with Bates Numbers P-003713-P-003746; P-008516; P-009105-P-009111; P-012624-P-012642; P-012646; P-014011-P-014025; P-014059-P-014061; P-014440; P-014444; P-014521-P-014522; P-014559-P-014562; P-014569-P-014573; P-014666-P-014693; P-014712-P-014716; P-014866-P-014883

Privilege Logs ([redacted] redwell) – all privilege logs clipped together

Jane Does Intervenors at Mediation (file folder) – includes notes and Westlaw printouts

Victim List (file folder) – includes 7/10/2008 Final Notification of Identified Victims

Victim List (file folder) – includes 7/5/2016 letter to Wells Fargo, 6/16/2016 email from [redacted] to [redacted], and 7/10/2008 Notification of Identified Victims to [redacted]

[redacted] Declarations (file folder) – includes 3 printouts of Declaration of A. [redacted] in Support of United States' Response to Victim's Emergency Petition for Enforcement of Crime Victim Rights Act, 18 U.S.C. 3771

Yellow envelope from [redacted] to [redacted] with Jane Doe #1 and Jane Doe #2's Supplemental Request for Production to the Government Regarding "Victim" Status

Jane Doe case (Redwell) – includes Draft letters and settlement agreements, Jane Doe Mediation (file folder), and Jane Does Settlement Agreement and Apology Letter (file folder)

Jane Doe Document Production (redwell) – includes 3 cds, and documents

Order Closing Case & Timeline (file folder)

Jane Does – Writ Ad Test (file fodler) includes Westlaw printout of U.S. [redacted]. Louis Rinchack

**Box Q:**

6/2/2017 [redacted] Declaration ([redacted] redwell)

Second Declaration of [redacted] (file folder)

Jane Doe [redacted] U.S. Summary Judgment prep ([redacted] redwell) – light green file folder with [redacted] notes, bright green file folder with notes and documents, and rubber-banded exhibits

Motion to Disclose Grand Jury Material ([redacted] redwell) – with Copy of Motion, light green file folder with signed sealed Orders, and light green file folder with Exhibits to Motion to Unseal Grand Jury Materials

White binder with Jane Doe 1 and Jane Doe 2's Consolidated Statement of Undisputed Material Facts and Motion for Partial Summary Judgment with Incorporated Memorandum of Law

**Box R:**

[redacted] re Subpoenas (file folder)

File folders for individual subpoenas: [redacted]-01 through [redacted]-81

Ritz Compact Flash SW (file folder)

PNY Technologies Compact Flash SW (flash drive)

JE Corporations (green file folder)

Capital One (green file folder)

DTG Operations/Dollar Rent-a-Car (green file folder)

JP Morgan Chase (green file folder)

Washington Mutual (green file folder)

Redwell with folders – Computer Search; Attorney Notes from Doc Review; Notes from FedEx Records

Colonial Bank Records (redwell) with folders: JEGE, Inc.; NES, LLC

Epstein Corporate Records [redacted]-51, [redacted]-52, [redacted]-53, [redacted]-54 (red folder)

Colonial Bank (green file folder)

JEGE & Hyperion from [redacted] [redacted]-46 & [redacted]-47 (file folder)

**Box S:**

Research re JE websites (file folder)

Victim Civil Suits (file folder)

[redacted] (NY AUSA) – (file folder)

[redacted] (file folder)

[redacted] Interview (file folder)

Research re Travel for Prostitution (file folder)

[redacted] Transcript (empty file folder)

[redacted] (green file folder)

PBPD Investigative File (redwell)

[redacted] (redwell)

FedEx (file folder) subpoena response with Certification

[redacted] Documents 53909-004 (green file folder)

State of Delaware records (file folder)

Jet Blue records (file folder)

FL Employment Recs (file folder)

[redacted] (green file folder)

[redacted] Records (green file folder)

[redacted] (file folder)

Bear Sterns Research (file folder)

Lawsuits involving Epstein Corps (file folder)

New York Trip (file folder)

[redacted] (green file folder)

SEC records (green file folder)

Message Pads (file folder)

[redacted] (green file folder)

Redwell with [redacted] Statement (file folder), [redacted] (green file folder) and Info Re Planes (green file folder)

Police Reports & PC Affidavit (file folder)

[redacted] Subpoena Response (file folder)

[redacted] Transcript of Interview and GJ Transcript (file folder)

2006R01181 Operation Leap Year Criminal Complaint folder with Expert Witness Forms (green file folder) and asset forfeiture folder

Extra Copies (green file folder)

<u>**Box T:**</u> (labeled Legal Research)

Epstein Redwell – folders titled: 1591 & Money Laundering; 18 USC 2425; Knowledge of Age; 2423(b) Constitutionality and Purpose of Travel; Immunity; Mistake not a defense; Research re "pandering"; Research re Grand Jury Instructions; Telephone=Facility of Commerce; Def of Prostitution; Research re Crime Victims Rights; Relevant Florida Statutes; Unit of Prosecution Research

Research re Grand Jury Transcript (file folder)

18 USC 2255 (file folder)

Research re Grand Jury Transcript (file folder)

Original proposed Ind (file folder) – includes original indictment

Research re Overt Acts and Witness Testimony (green file folder)

Extradition (green file folder)

Corporate Liability Research (green file folder)

Research re Knowledge of Age Unnecessary (file folder)

1960 & Aiding/Abetting (green file folder)

Money Laundering (green file folder)

Attorney General Guidelines for Victim and Witness Assistance May 2005

Purpose of Travel Cases (green file folder)

Redwell with folders titled: Interstate Commerce Cases; Attorney Conflict Research; Mann Act/Travel to Have Sex with a Minor; Travel Act; Florida Prostitution/Lewdness Statutes

**<u>Box U:</u>**

Folder with [redacted] notes

[redacted] subpoena (green file folder)

Research re State Incarc (redwell) with Epstein's Motion to Return Property (file folder) and State Docket Sheets (file folder)

Redwell with CD with nothing written on it (contains videos) and [redacted] cd; Notes and Westlaw printouts

Leap Year Filing (redwell)

JE Work Release (file folder)

Protective Order Samples (green file folder)

[redacted] Letter to FBI

Research Victim and Articles

Press Coverage re Work Release (green file folder)

FOIA Requests (redwell) with Lewis-[redacted] FOIA Request to FBI folder and [redacted] Ltr to FBI Demanding Case File folder

Docs from Civil Suits (file folder)

[redacted] SARS (file folder)

[redacted] Signed Protective Orders (file folder)

[redacted] Re Ethics Issue (file folder)

[redacted] Signed Protective Order (green file folder)

Notice of Withdrawal of Motion to Quash (green file folder)

Epstein press coverage; Research re Florida Procurement and Sentencing Guidelines; Operation Leap Year Revised Indictment Summary Chart (by Victim)

Research re FL DOC Regs (file folder)

Research re BOP Regs (file folder)

Supervised Release Rules (green file folder)

GJ Transcripts redwell with [redacted] Transcript 3/20/07; [redacted] Transcript 5/15/07; [redacted] Transcript 5/22/07; [redacted] Transcript 3/18/08

Redwell with Newspaper Articles and Press Coverage

**Box [redacted]:** (labeled Phone Records)

Redwell with phone records for [redacted] (victim 5), [redacted] (Victim 14), [redacted] (Victim 9), Jane Doe #4, Jane Doe #12

Redwell Corrected Phone Records 5/13/07

[redacted] phone records (file folder)

Lists of Identified Phone Numbers (file folder)

Redwell with Master Phone Records

Redwell with Epstein/[redacted] Phone Records

**Box W:**

Redwell with 8/3/2015 Doc Production Jane Doe [redacted]. U.S.

Relevant Jane Doe [redacted]. U.S. Items (Redwell) – Reinhart review (file folder), Attorney General Guidelines for Victim and Witness Assistance May 2005, United States of America's Response to Petitioners' Request for Production, Items marked as removed as non-responsive

12-7-2007 draft Crime Victims' Rights – Notification of Resolution of Epstein Investigation with envelopes (redwell)

Redwell with Items Produced to [redacted] 7/19/2013 and cd copies (1 for [redacted] and 1 for Judge)

Redwell with Joint Statement of Undisputed Facts, Stipulation, and Intervenors' Motion for a Protective Confidentiality Order and Incorporated Memorandum of Law

[redacted] binder with Doe case documents

CDs: 2nd supplemental privilege log P-013970 thru P-014923; Epstein-[redacted]; Items from Supp Priv Log filed 7.26.13 P-013279 thru P-013969; [redacted] pictures and summaries; Lit Hold; Lit Hold PST; [redacted]

Sealed yellow envelope to [redacted] and A. [redacted] from [redacted]

Redwell with Already Produced documents

2 yellow Note pads with [redacted] notes

Redwell with [redacted] Copies of Victim Notification Letters

Blue folder with Intervenor documents

CD from redwell with 8/3/15 Doc Production Jane Doe [redacted]. US labeled: Jane Doe #1 and Jane Doe #2 [redacted]. US 08-80736-cv-Marra Items from 30 Suppl Priv Log P-014924 thru P-015267, 8.3.15

CDs from [redacted] Binder with Doe Case Documents labeled: Jane Doe #1 and Jane Doe #2 [redacted]. US 08-80736-cv-Marra Items from Suppl Priv Log Filed 7.26.13; Jane Doe #1 and Jane Doe #2 [redacted]. USA, 08-80736-cv-KAM Privileged Docs 7.19.2013; Jane Doe [redacted]. Us 08-80736-cv-Marra Items from 2nd Suppl Priv Log Filed 6.23.15

**Box X:**

West's Florida Statutes Annotated Sections 934.08 to 944.29 Book

White binder with tax returns

Epstein State Court File (redwell) with PBSO Inmate Rules and Work Release Regulations

PTD Research (redwell)

Supreme Court case The Florida Bar vs. [redacted]

**Box Y: [redacted] Box (unlabeled by #):** – [redacted] found when she was packing to leave

6(e) application and Order Sealed in Red Interoffice envelope

Attorney General Guidelines for Victim and Witness Assistance 2000 Book

11 additional books re statutes and victims with notes

**Box Z: OPR Prep Box 1**

4-29-08 Grand Jury Presentation package

5-15-08 Oosterbaan [redacted] letter

5-27-08 [redacted] submission to DAG

6-19-08 [redacted] submission to DAG

6-24-08 [redacted] email to [redacted]

7-09-08 Victim Notification letters

8-15-08 [redacted] email re agreement

9-17-08 Letter to [redacted], [redacted], [redacted] re PB Daily News

11-24-08 Letter to [redacted] re Breach

Breach memo

Doe [redacted]. Epstein Motion Transcript

Information

Meeting Timeline

Non Prosecution Agreement

[redacted] GJ Log Volume 2

OPR Prep Mail & Communication Volume 1

OPR Prep Mail & Communication Volume 2

PBSO DOC information

Plea Agreement

Victim letters

Westlaw research

**Box AA: OPR Prep Box 2**

6-25-08 Victim Notification

6-27-08 Letter to [redacted] and [redacted]

7-22-08 [redacted] email

8-05-08 [redacted] email re correct agreement

9-17-09 Letter to [redacted]

Emails

Red folder

Redacted Three document agreement

Timeline summary with draft responses to OPR

Westlaw Florida Statute – Prostitution

**Box BB: OPR Prep Box 3**

OPR Response Exhibits

1-23-07 [redacted] to [redacted] letter

2-5-07 [redacted] to [redacted] letter

2-23-07 [redacted] to [redacted] letter

3-18-08 [redacted] GJ Testimony Transcript

6-3-08 [redacted] letter to DAG

6-25-08 Victim Notification letters

6-27-08 Letter to [redacted] and [redacted]

7-22-08 [redacted] email

8-05-08 [redacted] email re correct agreement

9-17-09 Letter to [redacted]

10-25-07 [redacted] letter to [redacted]

11-8-07 [redacted] letter to [redacted]

11-13-07 [redacted] letter to [redacted]

11-28-07 [redacted] letter to Attorney General

11-28-07 [redacted] letter to [redacted]

11-30-07 [redacted] letter to [redacted]

12-4-07 [redacted] letter to [redacted]

12-5-07 [redacted] letter to [redacted]

12-6-07 [redacted] letter to [redacted]

12-7-07 [redacted] letter to [redacted]

12-7-07 [redacted] letter to [redacted]

12-11-07 [redacted], [redacted] & [redacted] letter to [redacted]

12-21-07 [redacted] letter to [redacted]

12-26-07 [redacted] letter to [redacted]

2007 FL Statute 921

BOP Designations

Box notes

Crime Victim Rights

Duplicate victim letters

Emails re plea negotiations

Emails

Internal correspondence

Key Correspondence

Money Laundering

Post NPA Timeline

Red folder

Redacted Three document agreement

Subpoena [redacted]-24

Timeline summary

Victim Notification Index

Westlaw FL Statute Prostitution

Westlaw Grady [redacted]. FL

Westlaw Kobel [redacted]. FL

Westlaw McCann [redacted]. FL

Westlaw Petty [redacted]. FL

**Box CC: White Box 1**

Redwell with Misc Notes (green folder), Yellow notepad with notes, Case Docket with Westlaw cases

Redwell with Victims' Rights Suit with Suppl [redacted] Decl Original folder, Filed-Stamped Response and Declaration folder, Possible Exhibits for [redacted] Decl Folder, Internal [redacted] re Suit folder

Red folder Jane Does [redacted]. United States 08-80736-CIV-MARRA

Redwell with [redacted] re Victims' Rights Suit with [redacted] Signed Protective Order folder, Non Prosecution Argreement folder, Addendum to Non-Pros Agrmt folder, 8/1/08 [redacted] Ltr to [redacted] folder, 8/15/08 [redacted] e-mail to [redacted] & [redacted] folder, 9/3/08 [redacted] ltr to [redacted] folder

Folder with Victims' Rights Action documents

Redwell with [redacted] with 9/3/08 [redacted] Ltr to [redacted] folder , 9/15/08 [redacted] Ltr to [redacted] folder, CVs from [redacted] folder, [redacted] Signed Protective Orders folder

**Box DD: White Box 2**

Redwell Final Agreements with Agrmts Filed in State Court folder, 12/19/07 [redacted] Ltr folder

Loose Papers: Flight Manifest, 11/26/08 email [redacted] to [redacted], 7/3/08 email [redacted] to [redacted], 12/6/07 Letter [redacted] to [redacted], 12/6/07 Draft Victim Notification Letter, 12.6.07 two Fax Cover Sheets, 6/25/07 Letter [redacted] to [redacted] and [redacted], Handwritten Notes

Most recent Indictments & Good Cases folder

FBI Summary Charts folder

Folder with Revised Indictment Summary Chart, Indictment, Subpoena Response Chart, and Flight Manifest

Red Folder [redacted] Grand Jury Log [redacted]-01 Through [redacted]-50

Redwell with Yellow Notepad, GJ Presentation Outline, Indictment Packet, and Victim List

[redacted] Immunity Request folder

Redwell with [redacted]./Jane Doe #4 folder, [redacted]./Jane Doe #5 folder, [redacted]./Jane Doe #6 folder, [redacted]./Jane Doe #7 folder, [redacted]./Jane Doe #8 folder

Green folder Certified Copy of State Case File

Meeting Timeline folder

Redwell with [redacted]./Jane Doe #9 folder, [redacted]./Jane Doe #13 folder, [redacted]./Jane Doe #12 folder, [redacted] "[redacted]" [redacted] folder, [redacted] folder

Redwell with [redacted]./Jane Doe #1 folder, [redacted]./Jane Doe #2 folder, [redacted]./Jane Doe #3 folder

Jane Does [redacted]. U.S. Misc (green file folder)

Florida Bar (redwell) with Self Report folder and 9/16/08 [redacted] Ltr to [redacted]

**Box E:**

[redacted] (green file folder)

Motion to Quash (file folder)

Motion to Quash Riley Subpoenas (red file folder)

Stolen Globe – [redacted]. (red file folder)

[redacted] Cases (file folder)

[redacted] Research (green file folder)

Westlaw case printouts

**Box F:**

Jane Does Litigation (redwell) with 2 email printouts, Sealed Document Tracking Form with Motion to Seal Opposition to Petitioner's Motion Requesting an Order Directing the Government to File Redacted Pleadings in the Public Court File, and Red File Folder with documents filed in Jane Doe case

Jane Does 1 & 2 [redacted]. U.S. (redwell) with CD inside mailing from [redacted] and original redacted documents from [redacted]

Clipped research with Attachment to Subpoena NES, LLC; article titled "Working for Top Bosses on Wall St. Has Its Perks"; [redacted] research; [redacted]; Jeffrey Epstein

[redacted] (file folder)

Kastigar Letters (file folder)

2703 Motion & Order-Cingular (red file folder)

Grand Jury Transcripts (redwell) with folders for [redacted] Transcript 2/6/07; [redacted] Transcript 2/27/07; [redacted] Transcript 3/20/07; [redacted] Transcript 4/24/07; [redacted] Transcript 4/24/07; [redacted] Transcript 5/8/07; [redacted] Transcript 5/8/07; [redacted] Transcript 5/15/07; [redacted] Transcript 5/22/07; [redacted] Transcript 3/18/08; [redacted] Transcript 4/29/08

Pros Memo (file folder) labeled Duplicate

Proposed Jury Instructions for Violations of 18 USC 2423(b) [Travel in Interstate or Foreign Commerce to Engage in Illicit Sexual Conduct]

Pages 1-6 (of 7 pages) of Non-Prosecution Agreement with highlighted portions

CD – 3 calls Alfredo Rodriguez and FBI UCE 10.29.09

CD – Call Alfredo Rodriguez and CW [redacted] 10.28.09

CD – Call Alfredo Rodriguez and FBI UCE 11.2.09

CD – Call Alfredo Rodriguez and FBI UCE 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio and Video 11.3.09

**Box I:**

White binder with Victim information

Witness/Victim Names Contact List (green file folder)

Flight Manifests (file folder)

Recent Atty Notes (file folder)

[redacted] (file folder)

Summary of Sexual Activity (file folder)

White binder with Victim information – [redacted] (15), [redacted]. (16), [redacted] (17), [redacted] (18), [redacted] (19), Past Employees – [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], Misc Witnesses – [redacted], [redacted], [redacted], Flight Manifests

White Binder with Victim Information – [redacted] (1), [redacted] (2), [redacted] (3), [redacted] (4), [redacted] (5), [redacted] (6), [redacted] (7), [redacted] (8)

White binder with victim call records

**Box J:**

Redwell with no label – contains (front section) Email titled Fw: Epstein Letter; 5/15/2008 letter to [redacted] from [redacted]; [redacted] handwritten list of victims; 2 copies of Privilege Log; (middle section) copies of privileged documents

Jane Doe (redwell) – contains green file folder with Sealed Document Tracking Form with Government's Sealed Ex Parte Motion for Modification; Order and Motion to Seal Motion to Disclose Grand Jury Information; Sealed Document Tracking Form with Motion to Seal Motion to Dismiss for Lack of Subject Matter Jurisdiction; Sealed Order Granting Government's motion for Limited Disclosure of Grand Jury Material; Sealed Document Tracking Form with Motion to Seal Motion to Stay Discovery Pending Ruling Upon Respondent's Motion to Dismiss; printed stickers with "Privileged Documents Submitted Ex Parte By the United States for in Camera Review Pursuant to DE 190"; printed stickers with "Jane Doe #1 &

**Box 5:**

[redacted] (green file folder)

Motion to Quash (file folder)

Motion to Quash [redacted] Subpoenas (red file folder)

Stolen Globe – [redacted] (red file folder)

Lefcourt Cases (file folder)

[redacted] Research (green file folder)

Westlaw case printouts

**Box 6:**

Jane Does Litigation (redwell) with 2 email printouts, Sealed Document Tracking Form with Motion to Seal Opposition to Petitioner's Motion Requesting an Order Directing the Government to File Redacted Pleadings in the Public Court File, and Red File Folder with documents filed in Jane Doe case

Jane Does 1 & 2 v. U.S. (redwell) with CD inside mailing from [redacted] and original redacted documents from [redacted]

Clipped research with Attachment to Subpoena NES, LLC; article titled "Working for Top Bosses on Wall St. Has Its Perks"; Jean-Luc Brunel research; Robert Maxwell; Jeffrey Epstein

Leslie Wexner (file folder)

Kastigar Letters (file folder)

2703 Motion & Order-Cingular (red file folder)

Grand Jury Transcripts (redwell) with folders [redacted]

Pros Memo (file folder) labeled Duplicate

Proposed Jury Instructions for Violations of 18 USC 2423(b) [Travel in Interstate or Foreign Commerce to Engage in Illicit Sexual Conduct]

Pages 1-6 (of 7 pages) of Non-Prosecution Agreement with highlighted portions

Brown file folder with 6/23/08 letter from John Roth (DAG) to Lefkowitz and Starr; 11/2/2010 Privileged Communication letter re Litigation Hold; clipped Non-Prosecution Agreement

Doe ([redacted]) v. Epstein, 08-80893-CV-KAM (red file folder)

FD-302 (Rev. 5-8-10)



OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 04/23/2020

[redacted], date of birth [redacted] was interviewed at [redacted] Present for this interview was Detective [redacted] and Special Agent [redacted]. Prior to beginning this interview, [redacted] was served with a subpoena requesting his participation in this interview and that he turn over materials in his possession pertaining to this investigation. [redacted] then turned over to agents two (2) boxes containing case related materials that [redacted] states he recovered from deceased case detective [redacted] home. After being advised of the identities of the interviewing Agents and the nature of the interview, [redacted] provided the following information:

[redacted] stated that in one of the boxes was an imaged copy of JEFFREY EPSTEIN's kitchen counter laptop that had phone messages that [redacted] hadn't seen before.

An employee was stealing from EPSTEIN and EPSTEIN called the Palm Beach Police Department (PBPD). This was how [redacted] met EPSTEIN.

EPSTEIN donated $40,000 to PBPD to help purchase a machine to help PBPD review security footage. He also wrote a check for $90,000 to help them purchase a finger print machine (AFIS terminal). This was around the same time that EPSTEIN's first victim had come forward to the PBPD. [redacted] did not cash this check. It was very common for PBPD to receive donations from the wealthy like this.

EPSTEIN donated to the police scholarship fund for children. He donated more than others. [redacted] asked [redacted] who EPSTEIN is. [redacted] said that EPSTEIN supports law enforcement and is an important guy. PBPD checked him out and saw a New Yorker article about him.

[redacted] became the police chief in 2001. In the early 2000's, maybe 2003, a call came into the tip line that attractive women were coming in and out

Investigation on 10/18/2019 at [redacted] (In Person)

File # 50D-NY-3027571 Date drafted 04/03/2020

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

Plaintiff,

vs.

JEFFREY EPSTEIN,

Defendant.

_______________________________/

JANE DOE NO. 7, CASE NO.: 08- 80993-CIV-MARRA/[redacted]

Plaintiff,

vs.

JEFFREY EPSTEIN,

Defendant.

_______________________________/

**ORDER**

Upon Plaintiffs' Unopposed Motion for Enlargement to Time to File Memorandum in Opposition to Motions to Compel Plaintiffs to Respond to Defendant's First Request to Produce and First Set of Interrogatories, et al., and good cause being shown, it is hereby

ORDERED that Plaintiffs' Motion is granted. Plaintiffs shall have an enlargement of time of until April 29, 2009, to respond to the Defendant's Motions to Compel, et al.

DONE AND ORDERED in [redacted], in Ft. Lauderdale, Broward County, Florida, this _____ day of _____________, 2009.

_______________________________
DISTRICT COURT JUDGE

(b) Admitted.

(c) Denied.

(d) Denied.

(e) The government admits that, during the period from September 24, 2007 through June 2008, the USAO did not notify Jane Doe #2 of the existence of the non-prosecution agreement. The government further admits that, although FBI agents notified Jane Doe #1 of the existence and substance of the agreement at the request of the USAO on or about October 27, 2007, no employee of the USAO personally notified Jane Doe #1 of the existence of the non-prosecution agreement during the period from September 24, 2007 through June 2008. Except as otherwise admitted above, the government denies Request No. 9(e).

10. (a) Admitted. Because Request No. 10 appears directed solely to the communications between FBI agents and Jane Doe #1 during their meeting on or about October 26, 2007, the government responses to Requests No. 10(b) through 10(g) address only that meeting.

(b) The government admits that, on or about October 26, 2007, FBI agents explained to Jane Doe #1 that Epstein would plead guilty to state charges for procuring minors to engage in prostitution; that Epstein would be required to register as a sex offender; that Jane Doe #1 would be entitled to seek damages from Epstein; and that, if she desired, Jane Doe #1 would be entitled to use the services of an attorney at no expense to her in seeking those damages from Epstein. The government denies that the FBI agents explained that the state charges "involv[ed] another victim."

A Not to my recollection. I think there's a fulsome record, and not to my recollection.

**Q All right, and is there any particular gap that you've discerned in the records that we've provided to you?**

A Not that I recall. Do you have the e-mails that I sent, out of curiosity?

**Q We do.**

A Okay. So, you have the sent, but not received.

**Q Yes.**

A Just checking.

**Q And likewise, we retrieved from the federal records center --**

A Right.

**Q -- records that were boxed up and sent there, hard copy documents, after your term ended, and there is nothing that relates to the Epstein case. There were records that were maintained that were kept in the main office --**

A Right.

**Q -- after you left, because it was an ongoing matter, but it -- do you have any idea why there are not any in the records of yours --**

A So --

**Q -- that were sent?**

A So, I have a recollection that when I left, there were some binders that I passed along to [redacted], because it was

**EPSTEIN BOX INVENTORY**

**Box A:**

Redwell with different files for each Jane Doe [redacted] Epstein case

Cd's with Documents on 2nd Supplemental Privilege Log (2) and Bates #s 002111-002266

Redwell with printout of Documents in the 2nd Supplemental Privilege Log

6001 Orders

6001 Immunity Request

[redacted] folder

Jane Doe [redacted] U.S. 6/23/15 production (redwell) with documents

2nd Supplemental Privilege Log Box 4

2nd Supplemental Privilege Log Letter 6-23-15 to [redacted]

**Box B:**

Data Demonstratives Kirkland & Ellis LLP – 6 bound copies and 1 color copy

Plea Negotiations (redwell) – folders: Non Prosecution Agreement – Final; Attorney Notes re Revised Indictment; Research re Boehm case; Research re possible misdemeanors; Notes re Plea Negotiations; Plea Agreement drafts; Draft Non Prosecution Agreements; Information Packet drafts

[redacted] (file folder)

[redacted] (green file folder)

[redacted] Re: Epstein Corp. Records (green file folder)

Non Pros Agrmt & Addendum (file folder)

Mtg w/ Ken Starr, RAA, JS, Drew (file folder)

[redacted] Target Letter (file folder)

Notes re Post Agreement Communications (file folder)

[redacted] (file folder)

6/19/08 [redacted] Submission to the DAG (file folder)

6/3/08 [redacted] Submission to the DAG (file folder)

5/27/08 [redacted] Submission to the DAG (file folder)

5/15/08 [redacted] Ltr (file folder)

Draft ltr from [redacted] to [redacted] re termination (file folder)

Redwell – Folders: 5/22/07 [redacted] to [redacted]; 6/18/07 [redacted] to [redacted]; 6/25/07 [redacted] to [redacted]; 7/6/07 [redacted] to [redacted]; 7/25/07 [redacted] & [redacted] to [redacted]; 8/2/07 [redacted] to [redacted]; 8/3/07 [redacted] to [redacted]; 9/17/07 [redacted] to [redacted]; 10/25/07 [redacted] ltr to [redacted] 11/8/07 [redacted] to [redacted]; 11/13/07 [redacted] to [redacted] (was this sent?); 11/28/07 [redacted] to [redacted]; 11/29/07 [redacted] to [redacted]; 11/30/07 [redacted] to [redacted]; 12/4/07 [redacted] to [redacted]; 12/5/07 [redacted] to [redacted] 12/6/07 [redacted] to [redacted]; 12/7/07 [redacted] to [redacted]; 12/7/07 [redacted] to [redacted]; 12/11/07 [redacted] to [redacted]; 12/13/07 [redacted] to [redacted]; 12/21/07 [redacted] to [redacted]; 12/26/07 [redacted] to [redacted]

Redwell – Folders: 11/15/06 [redacted] to [redacted]; 11/16/06 [redacted] to [redacted]; 11/21/06 [redacted] to [redacted]; 11/29/06 [redacted] to [redacted]; 12/1/06 [redacted] to [redacted]; 1/5/07 [redacted] to [redacted]; 1/8/07 [redacted] to [redacted]; 1/17/07 [redacted] to [redacted]; 1/18/07 [redacted] to [redacted]; 1/22/07 [redacted] to [redacted]; 1/23/07 [redacted] to [redacted]; 2/1/07 [redacted] to [redacted]; 2/5/07 [redacted] to [redacted]; 2/12/07 [redacted] to [redacted]; 2/23/07 [redacted] to [redacted]

**Box C:**

White binder with correspondence filed by Janes Does with Court – clipped section of documents with [redacted] notes

White binder labeled Leap Year J Marra Issue with notes and opinion and filed documents

Redwell labeled Telephone Charts with a post it saying Duplicate

White binder with additional documents filed in Jane Doe case

White binder with CVRA Research

White binder labeled Duplicate

**Box D:**

Empty [redacted] file folder

Jane Does [redacted]. U.S. Standing/Ripeness Research & 6(e) & Due Process Confidentiality Research (redwell)

Jane Does [redacted]. US Supplemental Briefing (redwell)

Redwell with [redacted] notes; transcript of 8/14/08 hearing in Jane Doe case (DE27); DE 99 Order; Westlaw research on Obstruction of Justice Charges can be based on false statements in state depositions, including Civil depo, if it is likely to be turned over to federal investigation; DE15-2 Exhibit A; "Prince's friendship with pedophile causes furor across the pond" 3/9/11 article from Palm Beach Post; additional [redacted] notes; highlighted Federal Register notices; draft letter from [redacted] to Captain David [redacted] PBSO re Epstein's Work Release Application; CVRA research with notes and Westlaw printouts; CVRA Research (green file folder)

Jane Does [redacted]. U.S. Misc (green file folder)

Florida Bar (redwell) with Self Report folder and 9/16/08 [redacted] Ltr to [redacted]

**Box E:**

[redacted] (green file folder)

Motion to Quash (file folder)

Motion to Quash Riley Subpoenas (red file folder)

Stolen Globe – [redacted]. (red file folder)

[redacted] Cases (file folder)

[redacted] Research (green file folder)

Westlaw case printouts

**Box F:**

Jane Does Litigation (redwell) with 2 email printouts, Sealed Document Tracking Form with Motion to Seal Opposition to Petitioner's Motion Requesting an Order Directing the Government to File Redacted Pleadings in the Public Court File, and Red File Folder with documents filed in Jane Doe case

Jane Does 1 & 2 [redacted]. U.S. (redwell) with CD inside mailing from [redacted] and original redacted documents from [redacted]

Clipped research with Attachment to Subpoena NES, LLC; article titled "Working for Top Bosses on Wall St. Has Its Perks"; [redacted] research; [redacted]; Jeffrey Epstein

[redacted] (file folder)

Kastigar Letters (file folder)

2703 Motion & Order-Cingular (red file folder)

Grand Jury Transcripts (redwell) with folders for [redacted] Transcript 2/6/07; [redacted] Transcript 2/27/07; [redacted] Transcript 3/20/07; [redacted] Transcript 4/24/07; [redacted] Transcript 4/24/07; [redacted] Transcript 5/8/07; [redacted] Transcript 5/8/07; [redacted] Transcript 5/15/07; [redacted] Transcript 5/22/07; [redacted] Transcript 3/18/08; [redacted] Transcript 4/29/08

Pros Memo (file folder) labeled Duplicate

Proposed Jury Instructions for Violations of 18 USC 2423(b) [Travel in Interstate or Foreign Commerce to Engage in Illicit Sexual Conduct]

Pages 1-6 (of 7 pages) of Non-Prosecution Agreement with highlighted portions

[redacted] file folder with 6/23/08 letter from [redacted] (DAG) to [redacted] and [redacted]; 11/2/2010 Privileged Communication letter re Litigation Hold; clipped Non-Prosecution Agreement

Doe ([redacted].) [redacted]. Epstein, 08-80893-CV-KAM (red file folder)

**Box [redacted]:** (labeled GJ Presentation Materials)

Federal Criminal Code and Rules 2006 Edition with multiple post-its

File folder with [redacted] Testimony 5/8/07; [redacted] Testimony 4/24/07; [redacted] Testimony 5/8/07; [redacted] Testimony 2/6/07; [redacted] 2/27/07 (post it says All About [redacted]); [redacted] Testimony 4/24/07; [redacted] Testimony 5/15/07; [redacted] Testimony 3/20/07; [redacted] Testimony 5/22/07

US Attorneys' Bulletin: Crafting Helpful Indictments

**Box H:**

Green file folder with Grand Jury Subpoena Log – Operation Stolen Globe

12/19/07 [redacted]-[redacted] letter with post it – to be produced after stay is lifted

Op Stolen Globe (redwell)

4/29/2008 Grand Jury Presentation for Operation Leap Year with Indictment

[redacted] cd

Jane Does [redacted]. U.S. Bates Nos 000670-002110 cd

Jane Does [redacted]. U.S. 0001-1652 cd

Orange Composition notebook with [redacted] notes

Redwell with documents provided to [redacted] on cd (000670-002110)

Redwell with correspondence between Epstein's attorney's and USAO

10/21/2009 letter to [redacted] from [redacted]

12/9/2009 [redacted] Ltr re [redacted] Complaints (green file folder)

Epstein redwell with correspondence

Printout of [redacted]s arrest

Yellow Notepad with [redacted] notes

Enforcing Victim's Rights – April 26, 2012

Index of Victim Notification Letters

CD – 3 calls Alfredo Rodriguez and FBI UCE 10.29.09

CD – Call Alfredo Rodriguez and CW [redacted] 10.28.09

CD – Call Alfredo Rodriguez and FBI UCE 11.2.09

CD – Call Alfredo Rodriguez and FBI UCE 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio 11.3.09

CD – Meet Alfredo Rodriguez and FBI UCE Audio and Video 11.3.09

**Box I:**

White binder with Victim Information

Witness/Victim Names Contact List (green file folder)

Flight Manifests (file folder)

Recent Atty Notes (file folder)

[redacted] (file folder)

Summary of Sexual Activity (file folder)

White binder with Victim information – [redacted] (15), [redacted] (16), [redacted] (17), [redacted] (18), [redacted] (19), Past Employees – [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], Misc Witnesses – [redacted], [redacted], [redacted], Flight Manifests

White Binder with Victim Information – [redacted] (1), [redacted] (2), [redacted] (3), [redacted] (4), [redacted] (5), [redacted] (6), [redacted] (7), [redacted] (8)

White binder with victim call records

**Box J:**

Redwell with no label – contains (front section) Email titled Fw: Epstein Letter; 5/15/2008 letter to [redacted] from [redacted]; [redacted] handwritten list of victims; 2 copies of Privilege Log; (middle section) copies of privileged documents

Jane Doe (redwell) – contains green file folder with Sealed Document Tracking Form with Government's Sealed Ex Parte Motion for Modification; Order and Motion to Seal Motion to Disclose Grand Jury Information; Sealed Document Tracking Form with Motion to Seal Motion to Dismiss for Lack of Subject Matter Jurisdiction; Sealed Order Granting Government's motion for Limited Disclosure of Grand Jury Material; Sealed Document Tracking Form with Motion to Seal Motion to Stay Discovery Pending Ruling Upon Respondent's Motion to Dismiss; printed stickers with "Privileged Documents Submitted Ex Parte By the United States for in Camera Review Pursuant to DE 190"; printed stickers with "Jane Doe #1 &

Jane Doe #2 [redacted]. United States, 08-80736-CV-Marra/Matthewman; DE 216 and DE 219 – Notice of Filing Supplemental Privilege Log; Notepad with [redacted] notes; Jane Doe No. 1 and Jane Doe No. 2's Appellee Brief (red cover); Florida Law Review from Daily Business Review Thursday, August 29, 2013; Printout of Opinion from In Re: Stake Center Locating, Inc.; DE 224; DE 225; DE 226; DE 230; email from [redacted] to [redacted] and Ed [redacted]; Draft Respondent's Opposition to Petitioner's Motion to Compel Production of Documents that are not Privileged; printout of brief regarding [redacted]; Westlaw printouts

Redwell with [redacted] emails from 2007-2008

**Box K:**

FBI Palm Beach County RA, Jeffrey E. Epstein, 31E-MM White binder with PBPD Reports

Palm Beach Police/SAO Records Redwell with post it that says "This whole stack is for opposing counsel" – includes file folders Req for [redacted].; Probably Cause Aff.; Req for Epstein [redacted]; Request for [redacted]; Incident Report; State Indictment

Work Release Notification (green file folder)

12/11/08 Ltr to PBSO re work release ([redacted] file folder)

6/12/09 Breach Ltr ([redacted] file folder) – post it says Epstein Defense 3 (Kelly)

7/29/11 Letter to [redacted] from [redacted] regarding NPA being a confidential document

Notice of Removal (DE#1) in 08-CV-8084-KAM Jane Doe case

Redwell with Epstein's Motion to Seal Non-Pros Agreement

Epstein New York Case (Redwell)

12/10/10, 3/1/11, and 9/29/11 letters from [redacted] to [redacted]

CD – Finished Work

**Box L:**

Redwell with [redacted] Notes and Jeffrey Epstein deposition documents and cds

Redwell with Breach Memo documents and documents filed by [redacted]

Final Contact (file folder) with Non Prosecution Agreement

[redacted]. & [redacted]. Civil Complaints (green file folder)

White binder with Westlaw cases

CD – Epstein Files to FBI 3.8.2011 provided by [redacted]

CD – [redacted]. Epstein Depo of Jeffrey Epstein 2.17.2010 provided by [redacted] (part 1)

CD – [redacted] Epstein Depo of Jeffrey Epstein 2.17.2010 provided by [redacted] (part 2)

**Box M:**

Redwell – Stolen Globe folder with draft indictment and documents from case; copies of phone number lists; copies of case law; green folder with attorney notes

Operation Leap Year composition book with notes

Yellow Interoffice envelope with image of 2 naked girls

[redacted] 02/14/02 – 03/07/02 2nd 30 days binder with tabs for individual women

Redwell titled Indictment Packet Prep Materials – folders for victim list, key documents, attorney notes, and drafts

Binder with Child Molesters: a Behavioral Analysis

File folder: FBI [redacted]. Log

File folder no name – includes September 17, 2009 letter to [redacted] from [redacted] (handwritten notes)

File folder: Responses to Arguments from JE counsel

File folder: Overt Act Lists

File folder: Breach Memo

File folder: 6/12/09 Victim Notif Log

File folder: 6/9/09 Signed Indictment Pkg

Binder – Motion to Quash Riley Subpoenas

Redwell – (victims) Additional 302s

Redwell – originals from 12/12/07 Indictment package

[redacted] Plea Agreement

CD – Epstein Address Book

**Box N:**

Epstein – Docs provided by [redacted] (redwell)

Certified Copy of State of Florida [redacted] Jeffrey Epstein Plea Conference transcript

Correspondence: 6/27/2008 letter from [redacted] to [redacted] and [redacted] regarding not receiving copy of proposed plea agreement; Palm Beach Post printout 9/4/2009 "Appeals court backs unsealing of

Epstein's 07 deal with feds"; 6/27/2008 letter from [redacted] to [redacted] and [redacted] regarding the plea agreement does not comply with the NPA; 7/17/2008 letter to [redacted] from [redacted]

[redacted] Grand Jury Log Vol. 2

Redwell – State Court Criminal Pleadings; State Motion to Unseal NPA; Supplemental Appendix to Palm Beach Newspapers, Inc. Response to Emergency Petition for Writ of Certiorari

Redwell with Post DC Correspondence, Epstein Attorney's Fees Correspondence

Redwell with Correspondence with Victims

[redacted] Correspondence

**Box O:**

White Binder – Operation Leap Year Response to Motion to Quash Research

CDs: 4/24/2007 [redacted] Interview; PBPD U6-1078 Interview with [redacted], [redacted]; PBPD 061078 Interview with [redacted]"[redacted]

Cassette tapes: Interview with [redacted], [redacted] #2; PBPD Voicemail from [redacted]; PBPD Voicemail [redacted]; PBPD Conversation with [redacted]; PBPD Statement of [redacted], [redacted]; PBPD Follow-up phone call with [redacted], [redacted]

VHS: PBPD Interview of [redacted], [redacted]; Interview w/ [redacted]; Interview w/ [redacted], [redacted]; Interview w/ [redacted], [redacted]; Interview w/ [redacted], [redacted]; Statement of [redacted], [redacted] & [redacted], [redacted]; Private Island Helicopter

Box of Cassette tapes: Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; Voicemail message C work; Statement of [redacted], [redacted]

Box of cassette tapes: Statement of [redacted], [redacted]; Control call [redacted], Saise; Conversation of [redacted] & [redacted]; [redacted] – drive to station; Statement of [redacted], [redacted]; Phone call w/ [redacted]; Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; Statement of [redacted], [redacted]; empty case

**Box P:**

Settlement Negotiations & Settlement Statements ([redacted] redwell) including 5/16/2016 Settlement Conference Summary letter to Honorable Dave [redacted] Brannon from [redacted]; Confidential Memorandum on Behalf of Jane Doe No. 1 and Jane Doe No. 2 Regarding Mediation; printout of docket for 08-CV-80736; printout of Crime Victims' Services for Attorney General Pam Bondi

Empty file folder SORNA and Victims' Services Info

Clean Copies of Agreement without App D & E (file folder)

Relevant Privileged Docs ([redacted] redwell) – 2 copies clipped with Bates Numbers P-003713-P-003746; P-008516; P-009105-P-009111; P-012624-P-012642; P-012646; P-014011-P-014025; P-014059-P-014061; P-014440; P-014444; P-014521-P-014522; P-014559-P-014562; P-014569-P-014573; P-014666-P-014693; P-014712-P-014716; P-014866-P-014883

Privilege Logs ([redacted] redwell) – all privilege logs clipped together

Jane Does Intervenors at Mediation (file folder) – includes notes and Westlaw printouts

Victim List (file folder) – includes 7/10/2008 Final Notification of Identified Victims

Victim List (file folder) – includes 7/5/2016 letter to Wells Fargo, 6/16/2016 email from [redacted] to [redacted], and 7/10/2008 Notification of Identified Victims to [redacted]

[redacted] Declarations (file folder) – includes 3 printouts of Declaration of A. [redacted] in Support of United States' Response to Victim's Emergency Petition for Enforcement of Crime Victim Rights Act, 18 U.S.C. 3771

Yellow envelope from [redacted] to [redacted] with Jane Doe #1 and Jane Doe #2's Supplemental Request for Production to the Government Regarding "Victim" Status

Jane Doe case (Redwell) – includes Draft letters and settlement agreements, Jane Doe Mediation (file folder), and Jane Does Settlement Agreement and Apology Letter (file folder)

Jane Doe Document Production (redwell) – includes 3 cds, and documents

Order Closing Case & Timeline (file folder)

Jane Does – Writ Ad Test (file fodler) includes Westlaw printout of U.S. [redacted]. Louis Rinchack

**Box Q:**

6/2/2017 [redacted] Declaration ([redacted] redwell)

Second Declaration of [redacted] (file folder)

Jane Doe [redacted]. U.S. Summary Judgment prep ([redacted] redwell) – light green file folder with [redacted] notes, bright green file folder with notes and documents, and rubber-banded exhibits

Motion to Disclose Grand Jury Material ([redacted] redwell) – with Copy of Motion, light green file folder with signed sealed Orders, and light green file folder with Exhibits to Motion to Unseal Grand Jury Materials

White binder with Jane Doe 1 and Jane Doe 2's Consolidated Statement of Undisputed Material Facts and Motion for Partial Summary Judgment with Incorporated Memorandum of Law

**Box R:**

[redacted] re Subpoenas (file folder)

File folders for individual subpoenas: [redacted]-01 through [redacted]-81

Ritz Compact Flash SW (file folder)

PNY Technologies Compact Flash SW (flash drive)

JE Corporations (green file folder)

Capital One (green file folder)

DTG Operations/Dollar Rent-a-Car (green file folder)

JP Morgan Chase (green file folder)

Washington Mutual (green file folder)

Redwell with folders – Computer Search; Attorney Notes from Doc Review; Notes from FedEx Records

Colonial Bank Records (redwell) with folders: JEGE, Inc.; NES, LLC

Epstein Corporate Records [redacted]-51, [redacted]-52, [redacted]-53, [redacted]-54 (red folder)

Colonial Bank (green file folder)

JEGE & Hyperion from [redacted] [redacted]-46 & [redacted]-47 (file folder)

**Box S:**

Research re JE websites (file folder)

Victim Civil Suits (file folder)

[redacted] (NY AUSA) – (file folder)

[redacted] (file folder)

[redacted] Interview (file folder)

Research re Travel for Prostitution (file folder)

[redacted] Transcript (empty file folder)

[redacted] (green file folder)

PBPD Investigative File (redwell)

[redacted] (redwell)

FedEx (file folder) subpoena response with Certification

[redacted] Documents 53909-004 (green file folder)

State of Delaware records (file folder)

Jet Blue records (file folder)

FL Employment Recs (file folder)

[redacted] (green file folder)

[redacted] Records (green file folder)

[redacted] (file folder)

Bear Sterns Research (file folder)

Lawsuits involving Epstein Corps (file folder)

New York Trip (file folder)

[redacted] (green file folder)

SEC records (green file folder)

Message Pads (file folder)

[redacted] (green file folder)

Redwell with [redacted] Statement (file folder), [redacted] (green file folder) and Info Re Planes (green file folder)

Police Reports & PC Affidavit (file folder)

[redacted] Subpoena Response (file folder)

[redacted] Transcript of Interview and GJ Transcript (file folder)

2006R01181 Operation Leap Year Criminal Complaint folder with Expert Witness Forms (green file folder) and asset forfeiture folder

Extra Copies (green file folder)

<u>**Box T:**</u> (labeled Legal Research)

Epstein Redwell – folders titled: 1591 & Money Laundering; 18 USC 2425; Knowledge of Age; 2423(b) Constitutionality and Purpose of Travel; Immunity; Mistake not a defense; Research re "pandering"; Research re Grand Jury Instructions; Telephone=Facility of Commerce; Def of Prostitution; Research re Crime Victims Rights; Relevant Florida Statutes; Unit of Prosecution Research

Research re Grand Jury Transcript (file folder)

18 USC 2255 (file folder)

Research re Grand Jury Transcript (file folder)

Original proposed Ind (file folder) – includes original indictment

Research re Overt Acts and Witness Testimony (green file folder)

Extradition (green file folder)

Corporate Liability Research (green file folder)

Research re Knowledge of Age Unnecessary (file folder)

1960 & Aiding/Abetting (green file folder)

Money Laundering (green file folder)

Attorney General Guidelines for Victim and Witness Assistance May 2005

Purpose of Travel Cases (green file folder)

Redwell with folders titled: Interstate Commerce Cases; Attorney Conflict Research; Mann Act/Travel to Have Sex with a Minor; Travel Act; Florida Prostitution/Lewdness Statutes

**Box U:**

Folder with [redacted] notes

[redacted] subpoena (green file folder)

Research re State Incarc (redwell) with Epstein's Motion to Return Property (file folder) and State Docket Sheets (file folder)

Redwell with CD with nothing written on it (contains videos) and [redacted] cd; Notes and Westlaw printouts

Leap Year Filing (redwell)

JE Work Release (file folder)

Protective Order Samples (green file folder)

[redacted] Letter to FBI

Research Victim and Articles

Press Coverage re Work Release (green file folder)

FOIA Requests (redwell) with Lewis-[redacted] FOIA Request to FBI folder and [redacted] Ltr to FBI Demanding Case File folder

Docs from Civil Suits (file folder)

[redacted] SARS (file folder)

[redacted] Signed Protective Orders (file folder)

[redacted] Re Ethics Issue (file folder)

[redacted] Signed Protective Order (green file folder)

Notice of Withdrawal of Motion to Quash (green file folder)

Epstein press coverage; Research re Florida Procurement and Sentencing Guidelines; Operation Leap Year Revised Indictment Summary Chart (by Victim)

Research re FL DOC Regs (file folder)

Research re BOP Regs (file folder)

Supervised Release Rules (green file folder)

GJ Transcripts redwell with [redacted] Transcript 3/20/07; [redacted] Transcript 5/15/07; [redacted] Transcript 5/22/07; [redacted] Transcript 3/18/08

Redwell with Newspaper Articles and Press Coverage

**Box [redacted]:** (labeled Phone Records)

Redwell with phone records for [redacted] (victim 5), [redacted] (Victim 14), [redacted] (Victim 9), Jane Doe #4, Jane Doe #12

Redwell Corrected Phone Records 5/13/07

[redacted] phone records (file folder)

Lists of Identified Phone Numbers (file folder)

Redwell with Master Phone Records

Redwell with Epstein/[redacted] Phone Records

**Box W:**

Redwell with 8/3/2015 Doc Production Jane Doe [redacted] U.S.

Relevant Jane Doe [redacted] U.S. Items (Redwell) – Reinhart review (file folder), Attorney General Guidelines for Victim and Witness Assistance May 2005, United States of America's Response to Petitioners' Request for Production, Items marked as removed as non-responsive

12-7-2007 draft Crime Victims' Rights – Notification of Resolution of Epstein Investigation with envelopes (redwell)

Redwell with Items Produced to [redacted] 7/19/2013 and cd copies (1 for [redacted] and 1 for Judge)

Redwell with Joint Statement of Undisputed Facts, Stipulation, and Intervenors' Motion for a Protective Confidentiality Order and Incorporated Memorandum of Law

[redacted] binder with Doe case documents

CDs: 2nd supplemental privilege log P-013970 thru P-014923; Epstein-[redacted]; Items from Supp Priv Log filed 7.26.13 P-013279 thru P-013969; [redacted] pictures and summaries; Lit Hold; Lit Hold PST; [redacted]

Sealed yellow envelope to [redacted] and A. [redacted] from [redacted]

Redwell with Already Produced documents

2 yellow Note pads with [redacted] notes

Redwell with [redacted] Copies of Victim Notification Letters

Blue folder with Intervenor documents

CD from redwell with 8/3/15 Doc Production Jane Doe [redacted]. US labeled: Jane Doe #1 and Jane Doe #2 [redacted]. US 08-80736-cv-Marra Items from 30 Suppl Priv Log P-014924 thru P-015267, 8.3.15

CDs from [redacted] Binder with Doe Case Documents labeled: Jane Doe #1 and Jane Doe #2 [redacted]. US 08-80736-cv-Marra Items from Suppl Priv Log Filed 7.26.13; Jane Doe #1 and Jane Doe #2 [redacted]. USA, 08-80736-cv-KAM Privileged Docs 7.19.2013; Jane Doe [redacted]. Us 08-80736-cv-Marra Items from 2nd Suppl Priv Log Filed 6.23.15

**Box X:**

West's Florida Statutes Annotated Sections 934.08 to 944.29 Book

White binder with tax returns

Epstein State Court File (redwell) with PBSO Inmate Rules and Work Release Regulations

PTD Research (redwell)

Supreme Court case The Florida Bar vs. [redacted]

**Box Y: [redacted] Box (unlabeled by #):** – [redacted] found when she was packing to leave

6(e) application and Order Sealed in Red Interoffice envelope

Attorney General Guidelines for Victim and Witness Assistance 2000 Book

11 additional books re statutes and victims with notes

**Box Z: OPR Prep Box 1**

4-29-08 Grand Jury Presentation package

5-15-08 Oosterbaan [redacted] letter

5-27-08 [redacted] submission to DAG

6-19-08 [redacted] submission to DAG

6-24-08 [redacted] email to [redacted]

7-09-08 Victim Notification letters

8-15-08 [redacted] email re agreement

9-17-08 Letter to [redacted], [redacted], [redacted] re PB Daily News

11-24-08 Letter to [redacted] re Breach

Breach memo

Doe [redacted]. Epstein Motion Transcript

Information

Meeting Timeline

Non Prosecution Agreement

[redacted] GJ Log Volume 2

OPR Prep Mail & Communication Volume 1

OPR Prep Mail & Communication Volume 2

PBSO DOC information

Plea Agreement

Victim letters

Westlaw research

**<u>Box AA: OPR Prep Box 2</u>**

6-25-08 Victim Notification

6-27-08 Letter to [redacted] and [redacted]

7-22-08 [redacted] email

8-05-08 [redacted] email re correct agreement

9-17-09 Letter to [redacted]

Emails

Red folder

Redacted Three document agreement

Timeline summary with draft responses to OPR

Westlaw Florida Statute – Prostitution

**<u>Box BB: OPR Prep Box 3</u>**

OPR Response Exhibits

1-23-07 [redacted] to [redacted] letter

2-5-07 [redacted] to [redacted] letter

2-23-07 [redacted] to [redacted] letter

3-18-08 [redacted] GJ Testimony Transcript

6-3-08 [redacted] letter to DAG

6-25-08 Victim Notification letters

6-27-08 Letter to [redacted] and [redacted]

7-22-08 [redacted] email

8-05-08 [redacted] email re correct agreement

9-17-09 Letter to [redacted]

10-25-07 [redacted] letter to [redacted]

11-8-07 [redacted] letter to [redacted]

11-13-07 [redacted] letter to [redacted]

11-28-07 [redacted] letter to Attorney General

11-28-07 [redacted] letter to [redacted]

11-30-07 [redacted] letter to [redacted]

12-4-07 [redacted] letter to [redacted]

12-5-07 [redacted] letter to [redacted]

12-6-07 [redacted] letter to [redacted]

12-7-07 [redacted] letter to [redacted]

12-7-07 [redacted] letter to [redacted]

12-11-07 [redacted], [redacted] & [redacted] letter to [redacted]

12-21-07 [redacted] letter to [redacted]

12-26-07 [redacted] letter to [redacted]

2007 FL Statute 921

BOP Designations

Box notes

Crime Victim Rights

Duplicate victim letters

Emails re plea negotiations

Emails

Internal correspondence

Key Correspondence

Money Laundering

Post NPA Timeline

Red folder

Redacted Three document agreement

Subpoena [redacted]-24

Timeline summary

Victim Notification Index

Westlaw FL Statute Prostitution

Westlaw Grady [redacted]. FL

Westlaw Kobel [redacted]. FL

Westlaw McCann [redacted]. FL

Westlaw Petty [redacted]. FL

**<u>Box CC: White Box 1</u>**

Redwell with Misc Notes (green folder), Yellow notepad with notes, Case Docket with Westlaw cases

Redwell with Victims' Rights Suit with Suppl [redacted] Decl Original folder, Filed-Stamped Response and Declaration folder, Possible Exhibits for [redacted] Decl Folder, Internal [redacted] re Suit folder

Red folder Jane Does [redacted]. United States 08-80736-CIV-MARRA

Redwell with [redacted] re Victims' Rights Suit with [redacted] Signed Protective Order folder, Non Prosecution Argreement folder, Addendum to Non-Pros Agrmt folder, 8/1/08 [redacted] Ltr to [redacted] folder, 8/15/08 [redacted] e-mail to [redacted] & [redacted] folder, 9/3/08 [redacted] ltr to [redacted] folder

Folder with Victims' Rights Action documents

Redwell with [redacted] with 9/3/08 [redacted] Ltr to [redacted] folder , 9/15/08 [redacted] Ltr to [redacted] folder, CVs from [redacted] folder, [redacted] Signed Protective Orders folder

**Box DD: White Box 2**

Redwell Final Agreements with Agrmts Filed in State Court folder, 12/19/07 [redacted] Ltr folder

Loose Papers: Flight Manifest, 11/26/08 email [redacted] to [redacted], 7/3/08 email [redacted] to [redacted], 12/6/07 Letter [redacted] to [redacted], 12/6/07 Draft Victim Notification Letter, 12.6.07 two Fax Cover Sheets, 6/25/07 Letter [redacted] to [redacted] and [redacted], Handwritten Notes

Most recent Indictments & Good Cases folder

FBI Summary Charts folder

Folder with Revised Indictment Summary Chart, Indictment, Subpoena Response Chart, and Flight Manifest

Red Folder [redacted] Grand Jury Log [redacted]-01 Through [redacted]-50

Redwell with Yellow Notepad, GJ Presentation Outline, Indictment Packet, and Victim List

[redacted] Immunity Request folder

Redwell with [redacted]./Jane Doe #4 folder, [redacted]./Jane Doe #5 folder, [redacted]./Jane Doe #6 folder, [redacted]./Jane Doe #7 folder, [redacted]./Jane Doe #8 folder

Green folder Certified Copy of State Case File

Meeting Timeline folder

Redwell with [redacted]./Jane Doe #9 folder, [redacted]./Jane Doe #13 folder, [redacted]./Jane Doe #12 folder, [redacted] "[redacted]" [redacted] folder, [redacted] folder

Redwell with [redacted]./Jane Doe #1 folder, [redacted]./Jane Doe #2 folder, [redacted]./Jane Doe #3 folder