UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GHISLAINE MAXWELL,

Petitioner,

-v-

UNITED STATES OF AMERICA,

Respondent.

20 Cr. 330 (PAE)

25 Civ. 10468 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 23, 2026, petitioner Ghislaine Maxwell emailed to the Criminal Docketing Unit of the District Court's Docket Services division a *pro se* motion to alter or amend the Court's Order of August 24, 2026, pursuant to Federal Rule of Civil Procedure 59(e). Along with the motion, Maxwell submitted numerous exhibits. Most of these exhibits contain redactions and/or are publicly available, either on this case's docket or on the U.S. Department of Justice's website pursuant to the Epstein Files Transparency Act, Pub. L. 119–38, 139 Stat. 656 (2025). However, the Court is unable to confirm the total absence of victim-identifying information in the motion and exhibits. The Court has provided Maxwell's submissions to the Government with the instruction that the Government, by October 14, 2026, review the documents and either (i) inform the Court that these contain no victim-identifying information and may be docketed as submitted, or (ii) appropriately redact the filings and submit them to the Court. Once the Government has completed this process, the Court will direct the Clerk of Court to docket Maxwell's filings, as further redacted if applicable.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2026
New York, New York