**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2026

**BY ECF & ELECTRONIC MAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Ghislaine Maxwell*,**
**S2 20 Cr. 330 (PAE)**
**25 Civ. 10468 (PAE)**

Dear Judge Engelmayer:

The Government respectfully submits to the Court, pursuant to the Court's September 23, 2026 Order (Dkt. 870), a redacted version of the defendant's motion pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the Court's July 27, 2026 order and certain exhibits under seal.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/ Sean S. Buckley
Sean S. Buckley
Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)

The Court thanks the Government for the proposed redactions to defendant's filings, which have been reviewed. The Government is directed, by October 21, 2026, to file on the public docket defendant's Rule 59(e) motion and all attached exhibits, redacted as proposed. The Court will arrange for the unredacted motion and exhibits to be filed under seal. Thereafter, the Court will set a briefing schedule on the motion.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 16, 2026
New York, New York