| | |
|---|---|
| **From:** | ghislaine maxwell |
| **To:** | Pro Se Filing |
| **Subject:** | Ghislaine MaxwellExhibits A-F Request to take Judicial Notice 1:20Crim330 (PAE) |
| **Date:** | Tuesday, September 22, 2026 10:34:55 PM |
| **Attachments:** | Exhibit B - Data Attribution Corroborating Image (NMRGIS, Jul 31 2005_CM_Final.pdf<br>Exhibit B - Data Attribution Corroborating Image (USGS, Oct 5 1997)_CM_Final.pdf<br>Google Earth Image - ZorroRanch - 5 October 1997_Source_USGS.pdf<br>Google Earth Image - ZorroRanch - 31 July 2005_Source_NMRGIS.pdf<br>New Mexico Truth Commission Interim Report on Zorro Ranch Construction .pdf<br>[redacted] docs copy.pdf |

**CAUTION - EXTERNAL:**

Exhibits A-F Request to take Judicial Notice

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT B

## Data Attribution Corroborating Image — Jul. 31, 2005

This exhibit reproduces a contemporaneous screenshot of Google Earth Web's on-screen "Data attribution" panel (which the application displays only when a user affirmatively opens it, and which is not part of the underlying map view), captured at the identical camera position as the companion Exhibit [A] historical-imagery screenshot dated Jul. 31, 2005, and independently re-confirmed on Sept. 13, 2026.

Companion Exhibit [A]: Google Earth Web, Historical Imagery layer, natural-color aerial image of Zorro Ranch, Stanley, Santa Fe County, NM, dated Jul. 31, 2005. The on-screen "Data attribution" panel states: "This map includes data from: NMRGIS. Imagery from the dates: older-7/31/2005."




Imaging Format Note — July 31, 2005 image: This image is rendered in natural color, as directly observed in Google Earth Web's Historical Imagery display of the underlying NMRGIS aerial data. This is consistent with the national transition of federally-coordinated aerial imagery acquisition to standardized natural-color format beginning in 2003 under USDA's National Agriculture Imagery Program (NAIP), which replaced predominantly black-and-white orthophoto base imagery. (NAIP is a distinct federal program from NMRGIS, the actual state source cited for this image — offered here only as supporting timeframe context, not as an NMRGIS-specific statement.)

# EXHIBIT B

## Data Attribution Corroborating Image — Oct. 5, 1997

This exhibit reproduces a contemporaneous screenshot of Google Earth Web's on-screen "Data attribution" panel (which the application displays only when a user affirmatively opens it, and which is not part of the underlying map view), captured at the identical camera position as the companion Exhibit [A] historical-imagery screenshot dated Oct. 5, 1997, and independently re-confirmed on Sept. 13, 2026.

Companion Exhibit [A]: Google Earth Web, Historical Imagery layer, black-and-white aerial image of Zorro Ranch, Stanley, Santa Fe County, NM, dated Oct. 5, 1997. The on-screen "Data attribution" panel states: "This map includes data from: U.S. Geological Survey. Imagery from the dates: older–10/5/1997."



Imaging Format Note — Oct. 5, 1997 image: This image is rendered in black-and-white (panchromatic/grayscale) format, as directly observed in Google Earth Web's Historical Imagery display of the underlying U.S. Geological Survey aerial data. This is consistent with USGS's Digital Orthophoto Quadrangle (DOQ) program, which produced imagery in black-and-white, natural-color, or color-infrared formats across 1987–2006, with black-and-white being the predominant format for aerial photography of this era.




**Google Earth Image of Zorro Ranch, Stanley, Santa Fe County, New Mexico**

NOTE: October 5, 1997 (Pre-Major Construction)

- Undeveloped high desert terrain; sparse natural scrub vegetation typical of Santa Fe County at ~6,000 ft elevation
- No main residence structure present
- access road or dirt track visible
- No outbuildings, pools, or formal landscaping
- Raw land essentially in its natural state

**Citation:** Google Earth Web (Google LLC), Historical Imagery layer, black-and-white image dated Oct. 5, 1997, underlying aerial imagery data provided by the U.S. Geological Survey (per Google Earth's on-screen "Data attribution" panel at this view), Zorro Ranch, Stanley, Santa Fe County, N.M., search coordinates 35.2167° N, 105.8833° W (camera view center 35°13'02.37" N, 105°52'47.26" W; camera decimal coordinates 35.21732678° N, 105.8797957° W; ground-point elevation (URL "a" parameter) 2,053.26116304 m; camera range/distance above ground (URL "d" parameter) 495.05136454 m; on-screen total camera altitude 2,548 m), https://earth.google.com/web/search/35.2167%C2%B0N,+105.8833%C2%B0W/@35.21732678,-105.8797957,2053.26116304a,495.05136454d,35y,0h,0t,0r/data=Cj4iJgokCZZMCX7NxjdAEUR8Jq7NxjfAGYB9Rn1E4ERAIWiuidmdL1DAKhAIARIKMTk5Ny0xMC0wNRgBQgIIAToDCgEwQgIIAEoNCP wEQAA.

**Citation Format Basis:** Formatted per The Bluebook: A Uniform System of Citation, Rule 18.2.1 (internet sources), by analogy to Rule 18.6 / Rule 17 treatment of proprietary electronic databases, since Google Earth is a commercial geospatial database/software platform rather than a government publication; the underlying USGS

aerial data is identified separately to establish the federal-agency evidentiary source relied upon, consistent with authentication requirements under Fed. R. Evid. 901 and the self-authentication provisions of Fed. R. Evid. 902(5) for official publications, insofar as the data provider is a federal agency.

**Imaging Format Note — Oct. 5, 1997 image:**

This image is rendered in black-and-white (panchromatic/grayscale) format, as directly observed in Google Earth Web's Historical Imagery display of the underlying U.S. Geological Survey aerial data. This is consistent with USGS's Digital Orthophoto Quadrangle (DOQ) program, which produced imagery in black-and-white, natural-color, or color-infrared formats across 1987-2006, with black-and-white being the predominant format for aerial photography of this era. Source: USGS EROS Archive, "Digital Orthophoto Quadrangle (DOQs)," https://www.usgs.gov/centers/eros/science/usgs-eros-archive-aerial-photography-digital-orthophoto-quadrangle-doqs.




**Google Earth Arial Image taken July 31, 2005, Zorro Ranch, Stanley, Santa Fe County, New Mexico**

**Note:** July 31, 2005 (Post-Construction)

- Large main residence compound fully built (~10,000 sq ft main house)
- Guest structures / outbuildings visible
- Formal driveway and access roads established
- Landscaping, cleared areas, and possible water feature/pool visible
- Significantly altered ground footprint relative to 1997

**Citation:** Google Earth Web (Google LLC), Historical Imagery layer, natural-color image dated July 31, 2005, underlying aerial imagery data provided by NMRGIS (New Mexico Resource Geographic Information System), confirmed via Google Earth's on-screen "Data attribution" panel at this view ("This map includes data from: NMRGIS; Imagery from the dates: older–7/31/2005"), Zorro Ranch, Stanley, Santa Fe County, N.M., search coordinates 35.2167° N, 105.8833° W (same camera position as the Oct. 5, 1997 view above: camera view center 35°13'02.37" N, 105°52'47.26" W; camera decimal coordinates 35.21732678° N, 105.8797957° W; ground-point elevation (URL "a" parameter) 2,053.26116304 m; camera range/distance above ground (URL "d" parameter) 495.05136454 m; on-screen total camera altitude 2,548 m), https://earth.google.com/web/search/35.2167%C2%B0N,+105.8833%C2%B0W/@35.21732678,-105.8797957,2053.26116304a,495.05136454d,35y,0h,0t,0r/data=Cj4iJgokCZZMCX7NxjdAEUR8Jq7NxjfAGYB9Rn1E4ERAIWiuidmdL1DAKhAIARIKMjAwNS0wNy0zMRgBQgIIAToDCgEwQgIIAEoNCP wEQAA.

**Citation Format Basis:** Formatted per The Bluebook: A Uniform System of Citation, Rule 18.2.1 (internet sources), by analogy to Rule 18.6 / Rule 17 treatment of proprietary electronic databases, since Google Earth is a commercial geospatial database/software platform rather than a government publication; the underlying USGS aerial data is identified separately to establish the federal-agency evidentiary source relied upon, consistent with authentication requirements under Fed. R. Evid. 901 and the self-authentication provisions of Fed. R. Evid. 902(5) for official publications, insofar as the data provider is a federal agency.

**Imaging Format Note — July 31, 2005 image:**

This image is rendered in natural color, as directly observed in Google Earth Web's Historical Imagery display of the underlying NMRGIS aerial data. This is consistent with the national transition of federally coordinated aerial imagery acquisition to standardized natural-color format beginning in 2003 under USDA's National Agriculture Imagery Program (NAIP), which replaced predominantly black-and-white orthophoto base imagery. Source: USDA/Google Earth Engine Data Catalog, "NAIP: National Agriculture Imagery Program," https://developers.google.com/earth-engine/datasets/catalog/USDA_NAIP_DOQQ.

(Note: NAIP is a distinct federal program from NMRGIS, the actual state source cited for the July 31, 2005 image.)

NEW MEXICO HOUSE OF REPRESENTATIVES

INTERIM REPORT

# New Mexico Survivors' Truth Commission

*Investigation of Jeffrey Epstein at Zorro Ranch*

PREPARED BY

Special Counsel to the Commission
**Fadduol, Cluff, Hardy & Conaway P.C.**

Established pursuant to House Resolution 1 (HR-1), approved February 16, 2026, 62–0
Submitted to the Leadership of the New Mexico House of Representatives

August 5, 2026

**www.nmtruthcommission.com**



*The main residence and outbuildings at Zorro Ranch.*
*Source: United States v. Maxwell, No. 1:20-cr-00330 (S.D.N.Y. 2020)*

Zorro Ranch required continual upkeep and underwent frequent improvements from 1994 to 2019. Ranch personnel maintained regular documentation detailing maintenance requirements and taskings. Maintenance, repair, renovations, and other improvements had occurred on an ongoing basis over the years that Epstein owned the property. The Commission has not conducted a complete accounting of maintenance.

The financial records relevant to acquisition, construction, maintenance, and operation of Zorro Ranch are scattered and incomplete. The full scope of spending at Zorro Ranch — total construction costs, staff payroll over at least 25 years, property tax history — is not available

28. On or about May 6, 2014, Zorro Trust filed a "request for field assignment" with the State Land Office, seeking approval to add a grass aircraft landing strip to the property. (EFTA00101509) However, by letter dated May 12, 2014, Matt Grippi on behalf of the Zorro Trust withdrew the request. (EFTA00101512) It is not clear at this time why the request was withdrawn or when subsequently the landing strip was constructed. Flight records establish that flights terminated at Zorro Ranch, indicating that an airstrip was in use during Epstein's ownership of Zorro Ranch.

29. United States, Department of Justice. Document EFTA01305574. *The Epstein Files*, www.justice.gov/epstein/doj-disclosures. Accessed 4 Aug. 2026.

It is not clear at this time whether Epstein acquired title to the 7,621.74 acres in one transaction or whether he added acreage to the ranch over the years.[23]

## Epstein's Improvements to Zorro Ranch

What would become the 28,636 square-foot main residence did not exist upon Epstein's purchase of Zorro Ranch. Before this mansion was constructed, Epstein used a temporary structure which witnesses described as "almost like a log cabin or a mobile home" that was "made to be very nice."[24] Over time, a variety of structures were constructed totaling approximately fifty thousand square feet. These structures included staff cabins, guesthouses, stables, and other function-based outbuildings. As one witness described it, "there were all sorts of different homes, like, little cabins or guesthouses, where different staff would live."[25] Witnesses have stated that when visiting the ranch, they entered through the back of the house, through a mudroom adjacent to the kitchen, and were not permitted in other areas. Generally, they were not allowed in the rest of the house, although one witness was allowed into a library off the kitchen and occasionally in Ghislaine's bedroom.

Epstein closely directed the many improvements to the property, including construction of the main residence. The main residence was constructed by Bradbury & Stamm Construction.[26] According to the Santa Fe County Assessor, the Zorro Ranch is comprised of 7,621.74 acres.[27] Improvements include a three-story 28,636 square-foot main residence constructed in 1999; a 434 square-foot guest house constructed in 1999; a 1,895 square-foot guest house constructed in 1962; a 2,754 square-foot guest house constructed in 1994; a 1,896 square-foot guest house constructed in 1994; a 2,164 square-foot guest house constructed in 1999; a 600 square-foot guest house constructed in 1998; a 1,032 square-foot guest house constructed in 1994, and a 1,636 square-foot guest house constructed in 1994. At one point, a helipad was constructed as part of a labyrinth garden. Epstein also had a private airstrip and hangar built.[28] Epstein was also accused of relocating native petroglyphs on his property from one location to the next.[29]

23. In April 2019 Epstein stated that his ranch sits on 10.000 acres and "I have turned down 75m for my ranch." (EFTA01612462)
24. United States, Department of Justice. Document EFTA00090072. *The Epstein Files*, www.justice.gov/epstein/doj-disclosures. Accessed 4 Aug. 2026.
25. United States, Department of Justice. Document EFTA00090091. *The Epstein Files*, www.justice.gov/epstein/doj-disclosures. Accessed 4 Aug. 2026.
26. United States, Department of Justice. Document EFTA00686274. *The Epstein Files*, www.justice.gov/epstein/doj-disclosures. Accessed 4 Aug. 2026.
27. Office of the Santa Fe County Assessor, Sketch and Property Description for Zorro Ranch, May 1, 2026.

PROPERTY RECORDS

## Zorro Ranch — Land Holdings and State Lease Parcels






*Parcel map with former state land leases (left); satellite view of the ranch terrain (right).*
*Source: New Mexico State Land Office; satellite imagery, Google Maps*

The state and federal leases are subject to use and other conditions administered by the NMSLO and the Federal Bureau of Land Management (BLM). As discussed below, Epstein did not always comply with these conditions, nor were they always enforced by NMSLO and BLM. By letter dated November 10, 1993, NMSLO advised Epstein that he had not paid his lease fee by the October 1, 1993, due date and that consequently, a late fee had been assessed.[21]

On July 20, 1994, Ghislaine Maxwell signed a sworn appraisement of grazing and agricultural lands, attesting that she had inspected the property, was a disinterested party, and that the cash value per acre of the land was $300, if sold, and $400 per acre for lease purposes.[22]

21. United States, Department of Justice. Document EFTA00101506. *The Epstein Files*, www.justice.gov/epstein/doj-disclosures. Accessed 4 Aug. 2026.
22. EFTA001011523

Kelly released a statement, stating: "In 1993, I was asked by the King family, with whom I was well acquainted, if I would assist with a real estate transaction between an out-of-state buyer and the King family with respect to one of the King family properties. That out-of-state buyer turned out to be Jeffrey Epstein." Kelly admitted to meeting Mr. Epstein in connection with the transaction, stating: "I assisted with the transaction, as an attorney, at the King family's request. I do not specifically recall any direct interactions with Mr. Epstein in connection with that transaction, and I do not recall ever encountering him again after that time." Kelly's name was listed in Epstein's black book of contacts. Kelly stated he had "absolutely no knowledge of Epstein's criminal conduct until it was reported in the press." [19]

In response to a request for information, the USAO-NM stated that it could not "comment on the internal processes or deliberations that occur within our office." Records obtained by the NMSLO shed no light on Kelly's role in the real estate transaction beyond what Kelly later reported to the press.[20]

## Zorro Ranch – Acreage and Leases

Zorro Ranch is comprised of the following real property interests, which include land owned through a Special Warranty Deed, as well as state and federal grazing and agricultural leases:

84.86 acres — Section 36, T13N, R9E (Waterline Right-of-Way R-30137)

1,158.97 acres — Section 16 + parts of Section 2, T12N, R9E (Grazing Lease GR-2122)

Land appraisals dated May 22, 2012 (ADP-303, ADP-304) BLM assignments for federal land parcels (acreage unconfirmed at this time)

18. United States, Department of Justice. Document EFTA00310887-EFTA00310989. *The Epstein Files*, www.justice.gov/epstein/doj-disclosures. Accessed 4 Aug. 2026.

19. "Former U.S. Attorney John Kelly denies knowledge of Epstein abuse claims in '90s," *The Santa Fe New Mexican* (May 16, 2026).

20. John Kelly passed away in July 2026.

[redacted]

# Master Citation and Sub-Citations - [redacted]

## MASTER CITATION - the Florida docket itself

*STATE OF FLORIDA*

*VS*

[redacted] *Defendant*

*IN THE CIRCUIT COURT, PALM BEACH COUNTY, FLORIDA*

*DC No.* [redacted]

*Docket/UC No.* [redacted]

*Judge/Division: Schosberg Feuer / X*

> *State of Florida v.* [redacted] *Case No.* [redacted] *Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Docket & Documents Register (*[redacted] *docket entries, Screens 1–9 of 9), Office of the Clerk of the Circuit Court & Comptroller, Palm Beach County (Hon. Michael A. Caruso, Clerk), eCaseView (public case-search system).*

Public source: https://appsgp.mypalmbeachclerk.com/eCaseView/

Docket tab: https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets

Case number to search [redacted]

Case style: [redacted]

## SUB-CITATION A - DIN [redacted] Order of Revocation of Probation

> *State of Florida v.* [redacted] *Order of Revocation of Probation, Case No.* [redacted]*, Docket Index No.* [redacted] *Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida (Hon. Samantha Schosberg Feuer, Circuit Judge, Division X), Form DC3-259 (Rev. 5-02), DC No.* [redacted] *entered* [redacted] *nunc pro tunc* [redacted] *Electronically re-certified by the Clerk of the Circuit Court & Comptroller, Palm Beach County, June 8, 2026, Unique Reference No.* [redacted]

**Certification status: CERTIFIED (electronic certification, June 8, 2026)**

# Master Citation and Sub-Citations - [redacted]

Verification page:
https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html

**Operative language (verbatim):**

> *"THE OFFENDER'S PROBATION WAS TERMINATED THE SAME DAY OF PLEA BY THE COURTS. PLEASE SEE ATTACHED PLEA AGREEMENT."*

**PDF in this folder:**
**D[redacted]_Order_of_Revocation_CERTIFIED_SeeAttachedPleaAgreement.pdf**

## SUB-CITATION B - DIN [redacted] Waiver of Rights Sheet

> *State of Florida v. [redacted] Waiver of Rights Sheet, Case No. [redacted]- [redacted], Docket Index No. [redacted] Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Form #004/#4.1 (Rev. July 2015), filed [redacted] Signed by Defendant [redacted] and by defense counsel of record [redacted] (Assistant Public Defender, 15th Judicial Circuit).*

**Certification status: NOT CERTIFIED - watermarked "NOT A CERTIFIED COPY"**

**Operative language (verbatim), Paragraph 11:**

> *"No one has forced me, pressured me, intimidated me or has made any threats against me to get me to give up these rights and enter this plea. No one has made any promises or representations to me, other than those in the written plea agreement, to get me to give up these rights. The only promises or representations made to me are those listed in the plea agreement."*

**PDF in this folder: [redacted]_Waiver_of_Rights_NOT_CERTIFIED.pdf**

## SUB-CITATION C - FBI FD-302, Serial 44

> *FD-302 (Rev. 5-8-10), File No. [redacted], Federal Bureau of Investigation, Date of entry 01/04/2021 (investigation conducted 12/18/2020, [redacted], by SA [redacted] and PBSO Detective [redacted]; drafted 12/23/2020). Produced as Jencks Act material, Bates/exhibit no. 3516-001, marked "SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17," in United States v. Ghislaine Maxwell, No. 1:20-cr-00330 (PAE) (S.D.N.Y.).*

# Master Citation and Sub-Citations - [redacted]

**Operative language (verbatim):**

> *"When advised about the subpoena and the fact that FBI New York wished to speak with him, [redacted] replied that he 'knew what they wanted to talk to him about.' [redacted] told SA [redacted] that he was willing to speak with Agents and Detectives in New York and cooperate with this investigation."*

**PDF in this folder:** FBI302_Dunkin_Donuts_KnewWhatTheyWantedToTalkAbout.pdf

# SUPPORTING CITATIONS

**Public Court Docket and Key Filings Referencing an Unproduced Plea Agreement**

**State of Florida v. [redacted], Case No [redacted]**

*Prepared: September 12, 2026. This document collects, in full pinpoint-citation form, the public docket and the two certified/on-file court filings that reference a written plea agreement which is not present anywhere in the case record. It is provided as a research aid for further legal use and has not itself been reviewed or filed by an attorney.*

## I. Master Citation — Full Case Docket

State of Florida v. [redacted], Case No. [redacted] Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Docket & Documents Register [redacted] docket entries, Screens 1–9 of 9), Office of the Clerk of the Circuit Court & Comptroller, Palm Beach County (Hon. Michael A. Caruso, Clerk), eCaseView (public case-search system).

**Public source (search portal):** https://appsgp.mypalmbeachclerk.com/eCaseView/

**Docket tab (direct):** https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets

**Case number to search:** [redacted]

**Case style on record:** [redacted]

Note on pagination: the eCaseView system displays only 25 docket entries per screen. The complete [redacted] entry docket therefore requires paging through all nine (9) result screens; no single URL or printout captures the full docket in one view. A full nine-screen image capture of the docket as it existed on June 9, 2026 is retained locally as "eCaseview 3_Docket and Documents-1.jpg" through "-9.jpg" (Screen 9 has a continuation page, "-9-pafrt ii.jpg"). Screen 1 of 9 only (Docket Index Numbers "DIN" 1–25) is additionally saved as a paginated PDF, "Dockets and Documents - eCaseView.pdf." Anyone re-verifying this record independently must page through all nine screens (or pull all nine local images) to see the complete [redacted] entry docket — Screen 1 alone will not show Docket Index Numbers [redacted] or [redacted] which appear on Screen 9 of 9.

## II. Key Individual Documents

The docket entries below are the two filings in the case record that expressly reference a written plea agreement. That plea agreement itself does not appear anywhere in the [redacted] entry docket.

### A. Docket Index No. [redacted] — Order of Revocation of Probation

State of Florida v. [redacted] Order of Revocation of Probation, Case No. [redacted] Docket Index No. ("DIN") [redacted] Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida (Hon. Samantha Schosberg Feuer, Circuit Judge, Division X), Form DC3-259 (Rev. 5-02), DC No. [redacted], entered [redacted] nunc pro tunc [redacted] Filed and stamped by Sharon R. Bock, then-Clerk of the Circuit Court, Palm Beach County, Circuit Criminal Division, [redacted] Electronically re-certified by the current Clerk of the Circuit Court & Comptroller, Palm Beach County, Hon. Michael A. Caruso, on June 8, 2026, at 8:47:02 p.m., Unique Reference No. [redacted]

**Certification status:** CERTIFIED true and correct copy (electronic certification, June 8, 2026)

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN [redacted]

**Certification verification page:**

https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html (enter Unique Reference No. [redacted]

**Local certified file:** Revocation_of-Probation [redacted] Document_ [redacted] _certified.pdf

Operative language (quoted verbatim from the certified document):

> *"THE OFFENDER'S PROBATION WAS TERMINATED THE SAME DAY OF PLEA BY THE COURTS. PLEASE SEE ATTACHED PLEA AGREEMENT."*

**No plea agreement is in fact attached to, or otherwise contained within, the certified record as produced by the Clerk of the Circuit Court & Comptroller, Palm Beach County.**

The order is dated and signed "NUNC PRO TUNC [redacted] — that is, though entered and filed on [redacted] it is backdated by court order to take legal effect as of the original plea/sentencing date, [redacted]

**B. Docket Index No. [redacted] — Waiver of Rights Sheet**

State of Florida v. [redacted] Waiver of Rights Sheet, Case No. [redacted] (handwritten on the form as "[redacted]"), Docket Index No. ("DIN") [redacted] Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Form #004 / Form #4.1 (Rev. July 2015), filed [redacted] Circuit Criminal Department, file-stamped by Sharon R. Bock, then-Clerk of the Circuit Court & Comptroller, Palm Beach County. Signed by Defendant [redacted] and by defense counsel of record, [redacted] (Assistant Public Defender, 15th Judicial Circuit; Florida Bar number handwritten on the form and only partially legible, appearing to read [redacted].

**IMPORTANT — CERTIFICATION STATUS: the copy of this document currently on file is watermarked "NOT A CERTIFIED COPY" on both pages. Unlike DIN [redacted] above, no electronically certified version of DIN [redacted] has yet been obtained from the Clerk's office. A certified copy of this specific document should be ordered from eCaseView (or by records request) before it is relied upon in any filing.**

**Certification status:** NOT CERTIFIED — watermarked copy only; certified copy not yet obtained

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN [redacted]

**Local uncertified file:** [redacted]_waiver of rights.pdf

Operative language (quoted verbatim), Paragraph 11:

> *"No one has forced me, pressured me, intimidated me or has made any threats against me to get me to give up these rights and enter this plea. No one has made any promises or representations to me, other than those in the written plea agreement, to get me to give up these rights. The only promises or representations made to me are those listed in the plea agreement."*

Paragraph 14:

> *"I understand that no one can assure me of how much gain time or any other form of early release credit I will receive on a prison sentence, nor my eligibility for any form of early release. Any representations regarding those issues are not binding on the Court."*

### C. Supplementary Docket Entries (Context Only)

The two entries below sit immediately adjacent to DIN [redacted] and DIN [redacted] on Screen 9 of 9 of the same docket and bear directly on the backdating/nunc pro tunc pattern discussed in Section III below. They are provided for context; neither, on its own, references the missing plea agreement the way DIN [redacted] and DIN [redacted] do.

DIN [redacted] — Sentence With Special Provisions. State of Florida v. [redacted] Sentence With Special Provisions (as to Count I — Firearm), Case No. [redacted], Docket Index No. [redacted] Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Form #14.1–14.3 (Rev. June 2014), filed [redacted] Circuit Criminal Department, file-stamped by Sharon R. Bock, then-Clerk of the Circuit Court & Comptroller, Palm Beach County.

**Certification status:** NOT CERTIFIED — watermarked "NOT A CERTIFIED COPY" copy only

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN [redacted]

**Local uncertified file:** [redacted] special provisions.pdf

Relevant content: the form imposes, by handwritten entry under the "FIREARM" provision, "the THREE (3) year minimum imprisonment provision of section 775.087(2), Florida Statutes" as to Count I. No other special-provision box on the three-page form (prison releasee re-offender, habitual felony offender, habitual violent felony offender, three-time violent felony offender, violent career criminal, etc.) is marked or completed, notwithstanding [redacted] prior record. This is the document establishing that only the statutory 3-year firearm minimum — and no available recidivist enhancement — was imposed.

DIN [redacted] — Probation Order Filed. State of Florida v. [redacted] Probation Order, Case No. [redacted], Docket Index No. [redacted] Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, filed [redacted] nunc pro tunc [redacted] (per the docket description itself, which records the entry as "PROBATION ORDER FILED" with the note "NUNC PRO TUNC [redacted]

**Certification status:** Not yet obtained — the underlying document has not yet been separately retrieved from eCaseView; the citation above reflects the docket entry itself, not a review of the filed order's full text

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN [redacted]

Significance: [redacted] between the hearing date both orders are legally deemed to have taken effect on and the date each was actually reduced to writing and filed. The order itself has not yet been pulled and read in full; obtaining and reviewing it is a reasonable next step before this document is relied on.

## III. Significance of These Citations Read Together

Docket Index No. [redacted] (Waiver of Rights, filed [redacted] is [redacted] own initialed statement that a written plea agreement exists and contains specific promises made to him. Docket Index No. [redacted] (Order of Revocation of Probation, entered [redacted] nunc pro tunc [redacted] is the court's own order directing the reader to "see attached" that same plea agreement. Read together, both a certified court order and the defendant's own signed waiver confirm the existence of a written plea agreement that has never been produced in this public docket, notwithstanding that the docket is otherwise a meticulously documented, [redacted] entry record with exact official-records book-and-page citations for every judgment entered in the case.

## IV. Quick-Reference Source and URL List

Provided as a convenience only — the full pinpoint citations in Sections I and II above control.

| ›cument | Citation Detail | URL / Location |
|---|---|---|
| ll Docket ([redacted] tries) | eCaseView Docket & Documents register, Case No. [redacted] Screens 1–9 of 9 | https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets |
| ;aseView search ›rtal | Public case-search entry point (guest access) | https://appsgp.mypalmbeachclerk.com/eCaseView/ |
| N [redacted] – Order of ›vocation of obation | Certified [redacted] (nunc pro tunc [redacted]); "See attached plea agreement" (not attached) | Docket: eCaseView, Screen 9 of 9, DIN [redacted] Verification page: https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.I [redacted] |
| N [redacted] — Waiver Rights Sheet | Filed [redacted] NOT a certified copy on file; ¶¶ 11 & 14 reference the plea agreement | Docket: eCaseView, Screen 9 of 9, DIN [redacted] (certified copy not yet ordered) |
| N [redacted] — ntence With ›ecial Provisions ıpplementary) | Filec [redacted]; NOT a certified copy on file; imposes 3-year firearm minimum only, no recidivist enhancement | Docket: eCaseView, Screen 9 of 9, DIN [redacted] |
| N [redacted] — obation Order ed ıpplementary) | Filed [redacted], nunc pro tunc [redacted] full text not yet retrieved | Docket: eCaseView, Screen 9 of 9, DIN [redacted] |
| ll docket image pture (all 9 reens) | Local working file set, as of June 9, 2026 | eCaseview 3_Docket and Documents-1.jpg through -9.jpg (and -9-pafrt GM_final_Habeas\ [redacted] |

*Prepared as a research aid for Carolyn Malina; not a substitute for review by licensed counsel before any court filing.*

# SUPPORTING CITATIONS- [redacted] Full Case Docket

**Public Court Docket and Key Filings Referencing an Unproduced Plea Agreement**

**State of Florida v. [redacted] Case No. [redacted]**

*Prepared: September 12, 2026. This document collects, in full pinpoint-citation form, the public docket and the two certified/on-file court filings that reference a written plea agreement which is not present anywhere in the case record. It is provided as a research aid for further legal use and has not itself been reviewed or filed by an attorney.*

## I. Master Citation — Full Case Docket

State of Florida v. [redacted] Case No. [redacted], Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Docket & Documents Register ([redacted] docket entries, Screens 1–9 of 9), Office of the Clerk of the Circuit Court & Comptroller, Palm Beach County (Hon. Michael A. Caruso, Clerk), eCaseView (public case-search system).

**Public source (search portal):** https://appsgp.mypalmbeachclerk.com/eCaseView/

**Docket tab (direct):** https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets

**Case number to search:** [redacted]

**Case style on record:** [redacted]

Note on pagination: the eCaseView system displays only 25 docket entries per screen. The complete [redacted] entry docket therefore requires paging through all nine (9) result screens; no single URL or printout captures the full docket in one view. A full nine-screen image capture of the docket as it existed on June 9, 2026 is retained locally as "eCaseview 3_Docket and Documents-1.jpg" through "-9.jpg" (Screen 9 has a continuation page, "-9-pafrt ii.jpg"). Screen 1 of 9 only (Docket Index Numbers "DIN" 1–25) is additionally saved as a paginated PDF, "Dockets and Documents - eCaseView.pdf." Anyone re-verifying this record independently must page through all nine screens (or pull all nine local images) to see the complete [redacted] entry docket — Screen 1 alone will not show Docket Index Numbers [redacted] or [redacted] which appear on Screen 9 of 9.

# SUPPORTING CITATIONS- [redacted] Full Case Docket

## II. Key Individual Documents

The docket entries below are the two filings in the case record that expressly reference a written plea agreement. That plea agreement itself does not appear anywhere in the [redacted] entry docket.

### A. Docket Index No. [redacted] Order of Revocation of Probation

State of Florida v. [redacted] Order of Revocation of Probation, Case No. [redacted], Docket Index No. ("DIN") [redacted] Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida (Hon. Samantha Schosberg Feuer, Circuit Judge, Division X), Form DC3-259 (Rev. 5-02), DC No. [redacted] entered [redacted] nunc pro tunc [redacted] Filed and stamped by Sharon R. Bock, then-Clerk of the Circuit Court, Palm Beach County, Circuit Criminal Division, [redacted] Electronically re-certified by the current Clerk of the Circuit Court & Comptroller, Palm Beach County, Hon. Michael A. Caruso, on June 8, 2026, at [redacted]., Unique Reference [redacted]

**Certification status:** CERTIFIED true and correct copy (electronic certification, June 8, 2026)

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN [redacted]

**Certification verification page:**

https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html (enter Unique Reference No. [redacted]

**Local certified file:** Revocation_of-Probation [redacted] _Document_ [redacted] _certified.pdf

Operative language (quoted verbatim from the certified document):

> *"THE OFFENDER'S PROBATION WAS TERMINATED THE SAME DAY OF PLEA BY THE COURTS. PLEASE SEE ATTACHED PLEA AGREEMENT."*

**No plea agreement is in fact attached to, or otherwise contained within, the certified record as produced by the Clerk of the Circuit Court & Comptroller, Palm Beach County.**

# SUPPORTING CITATIONS- [redacted] Full Case Docket

The order is dated and signed "NUNC PRO TUNC [redacted] that is, though entered and filed on [redacted] it is backdated by court order to take legal effect as of the original plea/sentencing date, [redacted]

**B. Docket Index No. [redacted] — Waiver of Rights Sheet**

State of Florida v. [redacted] Waiver of Rights Sheet, Case No. [redacted] (handwritten on the form as "[redacted] Docket Index No. ("DIN") [redacted] Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Form #004 / Form #4.1 (Rev. July 2015), filed [redacted] Circuit Criminal Department, file-stamped by Sharon R. Bock, then-Clerk of the Circuit Court & Comptroller, Palm Beach County. Signed by Defendant [redacted] and by defense counsel of record, [redacted] (Assistant Public Defender, 15th Judicial Circuit; Florida Bar number handwritten on the form and only partially legible, appearing to read [redacted]).

**IMPORTANT — CERTIFICATION STATUS: the copy of this document currently on file is watermarked "NOT A CERTIFIED COPY" on both pages. Unlike DIN [redacted] above, no electronically certified version of DIN [redacted] has yet been obtained from the Clerk's office. A certified copy of this specific document should be ordered from eCaseView (or by records request) before it is relied upon in any filing.**

**Certification status:** NOT CERTIFIED — watermarked copy only; certified copy not yet obtained

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN [redacted]

**Local uncertified file:** [redacted]_waiver of rights.pdf

Operative language (quoted verbatim), Paragraph 11:

> *"No one has forced me, pressured me, intimidated me or has made any threats against me to get me to give up these rights and enter this plea. No one has made any promises or representations to me, other than those in the written plea agreement, to get me to give up these rights. The only promises or representations made to me are those listed in the plea agreement."*

# SUPPORTING CITATIONS- [redacted] Full Case Docket

Paragraph 14:

> *"I understand that no one can assure me of how much gain time or any other form of early release credit I will receive on a prison sentence, nor my eligibility for any form of early release. Any representations regarding those issues are not binding on the Court."*

## C. Supplementary Docket Entries (Context Only)

The two entries below sit immediately adjacent to DIN [redacted] and DIN [redacted] on Screen 9 of 9 of the same docket and bear directly on the backdating/nunc pro tunc pattern discussed in Section III below. They are provided for context; neither, on its own, references the missing plea agreement the way DIN [redacted] and DIN [redacted] do.

DIN [redacted] Sentence With Special Provisions. State of Florida v. [redacted] Sentence With Special Provisions (as to Count I — Firearm), Case No. [redacted], Docket Index No. [redacted] Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Form #14.1–14.3 (Rev. June 2014), filed [redacted] Circuit Criminal Department, file-stamped by Sharon R. Bock, then-Clerk of the Circuit Court & Comptroller, Palm Beach County.

**Certification status:** NOT CERTIFIED — watermarked "NOT A CERTIFIED COPY" copy only

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted] B, Screen 9 of 9, DIN [redacted]

**Local uncertified file:** [redacted] special provisions.pdf

Relevant content: the form imposes, by handwritten entry under the "FIREARM" provision, "the THREE (3) year minimum imprisonment provision of section 775.087(2), Florida Statutes" as to Count I. No other special-provision box on the three-page form (prison releasee re-offender, habitual felony offender, habitual violent felony offender, three-time violent felony offender, violent career criminal, etc.) is marked or completed, notwithstanding Mr. [redacted] prior record. This is the document establishing that only the statutory 3-year firearm minimum — and no available recidivist enhancement — was imposed.

# SUPPORTING CITATIONS- [redacted] Full Case Docket

DIN [redacted] — Probation Order Filed. State of Florida v. [redacted] Probation Order, Case No. [redacted], Docket Index No. [redacted], Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, filed [redacted] nunc pro tunc [redacted] (per the docket description itself, which records the entry as "PROBATION ORDER FILED" with the note "NUNC PRO TUNC [redacted]

**Certification status:** Not yet obtained — the underlying document has not yet been separately retrieved from eCaseView; the citation above reflects the docket entry itself, not a review of the filed order's full text

**Docket entry (eCaseView):**

https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets — Case No. [redacted], Screen 9 of 9, DIN 216

Significance: [redacted]—[redacted] between the hearing date both orders are legally deemed to have taken effect on and the date each was actually reduced to writing and filed. The order itself has not yet been pulled and read in full; obtaining and reviewing it is a reasonable next step before this document is relied on.

## III. Significance of These Citations Read Together

Docket Index No. [redacted] (Waiver of Rights, filed [redacted] is [redacted] own initialed statement that a written plea agreement exists and contains specific promises made to him. Docket Index No. [redacted] (Order of Revocation of Probation, entered [redacted] nunc pro tunc [redacted] is the court's own order directing the reader to "see attached" that same plea agreement. Read together, both a certified court order and the defendant's own signed waiver confirm the existence of a written plea agreement that has never been produced in this public docket, notwithstanding that the docket is otherwise a meticulously documented, [redacted] entry record with exact official-records book-and-page citations for every judgment entered in the case.

## IV. Quick-Reference Source and URL List

Provided as a convenience only — the full pinpoint citations in Sections I and II above control.

# SUPPORTING CITATIONS- [redacted] Full Case Docket

| ıcument | Citation Detail | URL / Location |
|---|---|---|
| ll Docket [redacted] tries) | eCaseView Docket & Documents register, Case No. [redacted], Screens 1–9 of 9 | https://appsgp.mypalmbeachclerk.com/eCaseView/CaseData/Dockets |
| ıaseView search ırtal | Public case-search entry point (guest access) | https://appsgp.mypalmbeachclerk.com/eCaseView/ |
| N[redacted]– Order of ıvocation of obation | Certified [redacted] (nunc pro tunc [redacted] "See attached plea agreement" (not attached) | Docket: eCaseView, Screen 9 of 9, DIN[redacted] Verification page: https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.I [redacted] |
| N[redacted] — Waiver Rights Sheet | Filed [redacted] NOT a certified copy on file; ¶¶ 11 & 14 reference the plea agreement | Docket: eCaseView, Screen 9 of 9, DIN[redacted] (certified copy not yet ordered) |
| N[redacted] — ntence With ıecial Provisions ıpplementary) | Filed [redacted] NOT a certified copy on file; imposes 3-year firearm minimum only, no recidivist enhancement | Docket: eCaseView, Screen 9 of 9, DIN[redacted] |
| N[redacted] — obation Order ed ıpplementary) | Filed [redacted] nunc pro tunc [redacted] full text not yet retrieved | Docket: eCaseView, Screen 9 of 9, DIN[redacted] |
| ll docket image pture (all 9 reens) | Local working file set, as of June 9, 2026 | eCaseview 3_Docket and Documents-1.jpg through -9.jpg (and -9-pafrt GM_final_Habeas[redacted] |

*Prepared as a research aid for Carolyn Malina; not a substitute for review by licensed counsel before any court filing.*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

STATE OF FLORIDA
vs.

Case Number(s): [redacted]

[redacted]

Defendant

**FILED**
Circuit Criminal Department
DEC 15 2017
SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

## WAIVER OF RIGHTS SHEET

By placing my initials beside the following paragraphs, I state that I understand the contents of each item, either by having read each item or by having each item read and explained to me by my attorney and qualified interpreter if applicable; and that each item so initialed is true and correct as it applies to me.

1. [redacted] I am the defendant in the above-mentioned matter(s), and I am represented by the attorney indicated below. I understand I have the right to be represented by an attorney at all stages of the proceeding until the case is terminated, and if I cannot afford an attorney, one will be appointed free of charge.

2. I understand I am giving up my right to a trial and to have my case decided by a jury or a judge.

3. I understand I am giving up my right to confront, cross-examine and ask questions of the State's witnesses.

4. I understand I am giving up my right to call witnesses and make them come to court and testify.

5. I understand I am giving up my right to testify at a trial before a jury or a judge.

6. I understand I am giving up my right to make the State prove guilt a) by presenting evidence beyond a reasonable doubt that I am guilty or b) by presenting evidence that by a preponderance of the evidence I am in Violation of Probation.

7. I understand that by entering this plea, I waive my right to direct appeal of any matters relating to judgment, including the issue of guilt or innocence, unless I plead no contest, specifically reserving my right to appeal.

8. I understand that if I were to be convicted of another charge in the future, any state or federal court could use the conviction in this case against me to enhance a charge, increase the sentence or impose a possible mandatory sentence even if adjudication of guilt in the present case is withheld.

9. I agree that there is a factual basis for the charges to which I am pleading guilty or no contest. I understand that once the plea is accepted by the court, there will not be a trial or further determination of my guilt or innocence of these charges.

10. I understand that by entering this plea, if I am sentenced to incarceration, and if this offense is found to be a sexually motivated offense or if I have been previously convicted of a sexually motivated offense, I may subject myself to involuntary civil commitment as a sexually violent predator both for this case and if I should become incarcerated in the future.

11. No one has forced me, pressured me, intimidated me or has made any threats against me to get me to give up these rights and enter this plea. No one has made any promises or representations to me, other than those in the written plea agreement, to get me to give up these rights. The only promises or representations made to me are those listed in the plea agreement.

12. I have discussed this case with my attorney, including the nature of the charges. My attorney has done everything I have asked him/her to do and I am fully satisfied with the representation I have received. I understand that for the crime(s) for which I am charged, the maximum sentence is 20yrs, and the minimum sentence is Ø.

[redacted] I understand if I am not a United States citizen, this plea may be used by the United States Government as a basis to deport me, prevent me from becoming a U.S. citizen, prevent me from obtaining or retaining my alien status or prevent me from obtaining or retaining a Permanent Resident Card (Green Card), whether or not I am adjudicated guilty or whether adjudication of guilt is withheld, and whether the crime is a misdemeanor or a felony. Should this plea result in my deportation it would not change my decision to plead guilty/no contest in this case.

I understand that no one can assure me of how much gain time or any other form of early release credit I will receive on a prison sentence, nor my eligibility for any form of early release. Any representations regarding those issues are not binding on the Court. I understand that I should assume I will serve every day of any jail or prison sentence imposed.

15.________ I understand that by pleading guilty or no contest that I am also giving up my right to contest any motion to suppress any evidence seized by law enforcement or any statement I made to law enforcement or any [redacted]led in this matter unless I plead no contest, specifically reserving my right to

[redacted]

DEFENDANT – PRINT DATE

I certify that as an interpreter fluent in the ________________ language, that I have interpreted this document in its entirety to the Defendant who understands the ________________ language. The Defendant states he/she fully understands the contents of this document and that he/she signed it freely and voluntarily.

INTERPRETER – SIGNATURE INTERPRETER – PRINT DATE

**DEFENDANT'S ATTORNEY ONLY:**
I am attorney of record. I have explained each of the above rights to the defendant. I have complied with my responsibilities under Fl. R. Crim. Proc. 3.171(c). I further stipulate that this document may be received by the Court as evidence of defendant's intelligent waiver of these rights and that it shall be filed by the Clerk as permanent record of that waiver. I am not aware of any physical evidence for which DNA testing may exonerate the Defendant.

[redacted] [redacted]

ATTORNEY FOR THE DEFENDANT – SIGNATURE FL BAR NO. DATE

[redacted]

ATTORNEY FOR THE DEFENDANT - PRINT

The State of Florida is not aware of any physical evidence for which DNA testing may exonerate the Defendant.

ASSISTANT STATE ATTORNEY– SIGNATURE ASSISTANT STATE ATTORNEY– PRINT DATE

# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

---

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Michael A. Caruso |
| **Date Issued:** | 6/8/2026 8:47:02 PM |
| **Unique Reference Number:** | [redacted] |
| **Case Number:** | [redacted] |
| **Case Docket:** | ORDER OF REVOCATION |
| **Requesting Party Code:** | 517 |

---

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Michael A. Caruso, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This electronically certified document contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and tamper-evident seal validating this document as a true and accurate copy of the original recorded. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. Instructions for verifying this instrument are available for customers in the USA and Canada and for customers in other countries.

**The web address shown above contains an embedded link to the verification page for this particular document.

| | |
|---|---|
| Officer | Sabrina Yarns |
| Office Location | 15-0 |
| Judge/Division | Schosberg Feuer / X |

STATE OF FLORIDA — IN THE CIRCUIT COURT

VS — PALM BEACH COUNTY, FLORIDA

[redacted]
Defendant

DC No. [redacted]
Docket/UC No. [redacted]

# ORDER OF REVOCATION OF PROBATION

THIS CAUSE was considered on a violation of Probation charge brought by the State. The defendant was placed on Probation on [redacted] for the offense of CT. 3 DRIVING UNDER THE INFLUENCE in the Circuit Court of Palm Beach County, for a term of Twelve (12) Months in accordance with the provisions of Chapter 948 Florida Statutes. The defendant has not properly conducted himself and violated the conditions of Probation in a material respect by

THE OFFENDER'S PROBATION WAS TERMINATED THE SAME DAY OF PLEA BY THE COURTS.

PLEASE SEE ATTACHED PLEA AGREEMENT.

Therefore, it is ORDERED AND ADJUDGED that the defendant's Probation is revoked in accordance with Section 948.06 Florida Statutes. The defendant is remanded to the custody of the sheriff of Palm Beach County for the imposition of sentence in accordance with the requirements of law.

DONE AND ORDERED ON [redacted]
NUNC PRO TUNC [redacted]

Samantha Schosberg Feuer
Circuit Court Judge

SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CRIMINAL
[redacted]
FILED

Unique Code : CAA-FBH-BCAJJ-BGAHDDFHJ BFEAGJE-I Page 1 of 1

DC3-259 (Revised 5-02)

Original: Clerk of Court
Copy: DC Offender File

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF A DOCUMENT THAT WAS FILED AS A COURT RECORD WITH THE CLERK OF THE CIRCUIT COURT & COMPTROLLER, PALM BEACH COUNTY.

VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by Michael A Caruso
Date: 2026.06.08 20:47:04 -04:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL 33401