**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 21, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Ghislaine Maxwell*,**
**S2 20 Cr. 330 (PAE)**
**25 Civ. 10468 (PAE)**

Dear Judge Engelmayer:

The Government respectfully submits for public filing, pursuant to the Court's October 16, 2026 Order (Dkt. 872), a redacted version of the defendant's memorandum and exhibits in connection with her motion pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the Court's July 27, 2026 order.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/ Sean S. Buckley
Sean S. Buckley
Deputy United States Attorney

Cc: Ghislaine Maxwell (by U.S. mail)

The Court thanks the Government for its thorough and timely review.

The Government's response to petitioner's Rule 59(e) motion is due **November 18, 2026**. Maxwell's reply, if any, is due **December 9, 2026**. Consistent with standard practice in this case, Maxwell shall submit her reply (and any supporting materials) to the Government, so that it can review these to assure that victims' privacy is not compromised. Within two weeks of receiving Maxwell's reply, the Government shall make any redactions to these materials necessary to protect victim confidentiality, and file these redacted materials on the public docket.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 22, 2026
New York, New York